# 21-2019

◆◆

ROBERT BARTLETT, TERREL CHARLES BARTLETT, LINDA JONES, SHAWN BARTLETT, MAXINE E. CROCKETT, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RICKY LEON CROCKETT, MARVISE L. CROCKETT, TRACIE ARSIAGA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT R. ARSIAGA, SYLVIA MACIAS, GILBERT ARSIAGA, JR., GEORGE ARSIAGA, MATTHEW ARSIAGA, ANGEL MUNOZ, ROBI ANN GALINDO, PATRICIA ARSIAGA, ON BEHALF OF THE ESTATE OF JEREMY ARSIAGA, CEDRIC HUNT, STEVEN GREENWOOD, STEVEN W. HILLER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEPHEN DUSTIN HILLER, JEREMY CHURCH, SANDRA HANKINS, INGRID FISHER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEVEN SCOTT FISHER, KRISTIN WALKER, STEVEN T. FISHER, KATHLEEN GRAMKOWSKI,

*(Caption continued on inside covers)*

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## VOLUME I OF V
### (Pages A-1 to A-300)

MICHAEL RADINE
DINA GIELCHINSKY
GARY M. OSEN
AARON A. SCHLANGER
OSEN LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
(201) 265-6400

*Attorneys for Plaintiffs-Appellees*

DAVID B. RIVKIN, JR.
ELIZABETH PRICE FOLEY
MARK W. DELAQUIL
KENDALL E. WANGSGARD
BAKER & HOSTETLER LLP
Washington Square
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 816-1500

*Attorneys for Movant-Appellant
and Defendant-Appellant*

DANIEL CARVILL, MARY CARVILL, PEGGY CARVILL-LIGUORI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF FRANK T. CARVILL, PAMELA ADLE-WATTS, JOHN WATTS, GLORIA NESBITT, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DEFOREST L. TALBERT, D.J.H., A MINOR, TAWANNA TALBERT DARRING, LATASHA MARBLE, JAMES TALBERT, MIRANDA PRUITT, VELINA SANCHEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MOSES ROCHA, ALOYSIUS SANCHEZ, JR., ROMMEL ROCHA, PHILLIP SANCHEZ, GLORIA P. REYNOSO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF YADIR G. REYNOSO, JASMIN REYNOSO, PATRICIA REYNOSO, JOSE REYNOSO, ASHLEY WELLS SIMPSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF LARRY LLOYD WELLS, CHAD WELLS, CRYSTAL STEWART, CHASITY WELLS-GEORGE, CANDICE MACHELLA, BILLY DOAL WELLS, HOPE ELIZABETH VEVERKA, DONNA JEAN HEATH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAVID MICHAEL HEATH, LOLA JEAN MODJESKA, JOHN DAVID HEATH, OLGA LYDIA GUTIERREZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JACOB DAVID MARTIR, ISMAEL MARTIR, NATHANIEL FOLEY, MICHAEL SCOTT DEWILDE, STEVEN MORRIS, DANIELLE DECHAINE-MORRIS, NICHOLAS MORRIS, K.M., A MINOR, MONICA ARIZOLA, ROBERTO AARON ARIZOLA, ROBERTO ARIZOLA, SR., CECILIA ARIZOLA, DANNY ARIZOLA, RICARDO ARIZOLA, GREG KLECKER, RAYMOND MONTGOMERY, PATRICIA MONTGOMERY, TONY WOOD, JOEDI WOOD, ADAM WOOD, MEGAN WOOD, LISA RAMACI, LISA RAMACI INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEVEN VINCENT, ISABELL VINCENT, CHARLES VINCENT, MARIA VIDAL, TAMARA HASSLER, RICHARD E. HASSLER, JOANNE SUE HASSLER, SCOTT HUCKFELDT, KATHRYN HUCKFELDT, ALISHA HUCKFELDT, MATTHEW HUCKFELDT, TIMOTHY NEWMAN, PADRAIC J. NEWMAN, AMENIA JONAUS, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JUDE JONAUS, GERNESSOIT JONAUS, DAPHNIE JONAUS MARTIN, RICKY JONAUS, MARCKENDY JONAUS, CLAIRE JONAUS, SHAREN JONAUS MARTIN, MASINA TULIAU, AUDELIA MORIN, ESTEBAN MORIN, ESTAVAN MORIN, SR., BRIANNA RENEE NAVEJAS, MARGARITO A. MARTINEZ, AMY LYNN ROBINSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JEREMIAH ROBINSON, FLOYD BURTON ROBINSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JEREMIAH ROBINSON, JACOB MICHAEL ROBINSON, LUCAS WILLIAM ROBINSON, JODEE JOHNSON, JAMES HIGGINS, WENDY COLEMAN, BRIAN RADKE, NOVA RADKE, STEVEN VERNIER, JR., CLIFFORD L. SMITH, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KEVIN J. SMITH, GEORGIANNA STEPHENS-SMITH, CORENA MARTIN, ADAM MATTIS, TERRANCE PETERSON, III, PETRA SPIALEK, DAVID G. CARDINAL, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ANTHONY CARDINAL, RICHELLE HECKER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WILLIAM F. HECKER, III, VICTORIA HECKER, W.H., A MINOR, C.H., A MINOR, WILLIAM F. HECKER, JR., NANCY HECKER, JOHN D. HECKER, ROBERT F. MARIANO, DEBRA MARIANO, BOBBIE D. MARIANO, VICKIE MICHAY WHITE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEPHEN J. WHITE, GLADYS E. REYES CENTENO, VERONICA LOPEZ REYES, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JASON LOPEZ REYES, ZORAIMA LOPEZ, JENNIFER LINK, SHARON JOHNSTON, KENNY LEE, TOM B. LEE, LING P. LEE, DEBORAH NOBLE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CHARLES E. MATHENY, IV, DAVID NOBLE, CHARLES E. MATHENY, III, JUDY COLLADO, KAIYA COLLADO, JUSTIN WALDECK, TANJA KUHLMEIER, INDIVIDUALLY AND

ON BEHALF OF THE ESTATE OF DANIEL KUHLMEIER, ROBERT J. KUHLMEIER, THERESA A. KUHLMEIER, THERESA ANN KUHLMEIER, EDWARD KUHLMEIER, THOMAS KUHLMEIER, JOHN KUHLMEIER, ROBERT W. KUHLMEIER, PATRICK FARR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CLAY P. FARR, SILVER FARR, CARROL ALDERETE, ANTHONY ALDERETE, CHAD FARR, RAYANNE HUNTER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WESLEY HUNTER, W.H., A MINOR, T.H., A MINOR, FABERSHA FLYNT LEWIS, CHRISTOPHER ANTHONY BERSHEFSKY, LORENZO SANDOVAL, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISRAEL DEVORAGARCIA, LORENZO SANDOVAL, JR., ADRIAN SANDOVAL, ROSA ESTHER SANDOVAL, HENRY J. BANDHOLD, SR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SCOTT BANDHOLD, AFONSO BANDHOLD, MARIANA BANDHOLD, H. JOSEPH BANDHOLD, DONALD C. BANDHOLD, JOSHUA P. STEIN, NICOLE B. STEIN, NICOLE B. STEIN, A MINOR, J.S.S., A MINOR, JESSE P. STEIN, ERIK ROBERTS, E.C.R, A MINOR, ROBIN ROBERTS, JAMES CRAIG ROBERTS, CARA ROBERTS, COLIN ROBERTS, LUKE MURPHY, WILLETTE MURPHY, SHANE IRWIN, T.R., A MINOR, HELEN MARGUERITE IRWIN, NICOLE IRWIN, MARIA GOMEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSE GOMEZ, JOHN DANA GREER, STEPHANIE SANDER, CHRISTOPHER D. GREER, JOSEPH L. GREER, CARL K. GREER, CHRISTOPHER JOYNER, ANNE P. JOYNER, BRIAN MONTGOMERY, K.K, A MINOR, NECOLE DUNLOW SMITH, MICHAEL R. MILLS, M.R.M., A MINOR, EDDIE JO PALINSKY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JERRY A. PALINSKY, JR., JERRY A. PALINSKY, II, ADINA PALINSKY, JERRY A. PALINSKY, SR., KATHLEEN HOKE, JOEL PALINSKY, KARALEEN HERB, ERIC BRANDON STONEKING, CARRIE SUE STONEKING, FAITH RENEE STONEKING, NANETTE SAENZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CARLOS N. SAENZ, JUAN SAENZ, JOAQINA SAENZ CHORENS, LUZ MARIA ESTRADA-PULIDO, FRANCES CATHERINE CASTRO, ELVA ESPINOZA, AMANDA VACHO, ON BEHALF OF THE ESTATE OF NATHAN J. VACHO AND ON BEHALF OF E.V., A MINOR, BAYLI VACHO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF NATHAN J. VACHO, JOHN VACHO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAROL VACHO, ASHLEY VACHO LESLIE, RONALD VEVERKA, CAROL POLLEY, DOUGLAS VEVERKA, SANDRA SOLIDAY, JEANETTE WEST, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT H. WEST, SHELBY WEST, DONNA ENGEMAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOHN W. ENGEMAN, SHANNON SHUMATE, LAUREN SHUMATE, L.S., A MINOR, NICOLE DICENZO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DOUGLAS ANDREW DICENZO, D.D., A MINOR, LARRY DICENZO, KATHY CRANE, JOHNNY ALLEN BLAIR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT EDWARD BLAIR, CHARLEE BLAIR WEBB, C.L., A MINOR, ARNE EASTLUND, TINA EASTLUND, SVEN EASTLUND, TAYLOR EASTLUND, ELIZABETH JO EASTLUND, MATTHEW ADAMSON, R.A., A MINOR, KATHY ADAMSON, RICHARD ADAMSON, CHRISTOPHER ADAMSON, JEFFREY ADAMSON, JUSTIN ADAMSON, JAMES SHEPARD, JOHN P. SKLANEY,, III, KATHY CRABTREE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DANIEL CRABTREE, M.C., A MINOR, JUDY ANN CRABTREE, RONALD WAYNE CRABTREE, DEBRA WIGBELS, JUDY HUENINK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BENJAMIN J. SLAVEN, SEAN SLAVEN, NICOLE LANDON, MISTI FISHER, STEVEN J. FRIEDRICH, A.F., A MINOR, PHILIP ALAN DERISE, NORMA ALICIA CONTRERAS, JONATHAN

CONTRERAS, JR., CARLOS CONTRERAS, CESAR CONTRERAS, HERNAN CONTRERAS, NOEL CONTRERAS, DANNYEL CONTRERAS, SHARON M. PUGH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KENNETH IRVING PUGH, BRITNEY E. CARTER, ALICIA PEARSON, DANIEL J. EVANS, JUSTIN EVANS, KEVIN GRAVES, NICHOLAS GENE KOULCHAR, MICHAEL KOULCHAR, SUHEIL CAMPBELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EDGARDO ZAYAS, A.Z.C., a minor, CATHY ANDINO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EDWIN A. ANDINO JR., LUIS JUNIOR PUERTAS, LIDIA SULLIVAN, GABRIELA D. PUERTAS VERGARA-DONOSO, CHRISTOPHER MICHAEL MELENDEZ, NARCISO MELENDEZ, CHRISTINA MELENDEZ, LAUREL BARATTIERI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GUY BARATTIERI, PATRICIA WHEATLEY, REBECCA BARATTIERI, NICOLE BARATTIERI, GINA TESNAR, GLORIA L. MAGANA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KENNY FRANCES STANTON JR., MARIO STANTON, BRANDIE STANTON, TERRYMARIE STANTON, FRED FRIGO, NANNETTE BRYNE-HAUPT, LYNN FOREHAND, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RYAN HAUPT, LANCE HAUPT, RHONDA HAUPT, TIFANY THOMPSON, SABRINA CUMBE, WILLIAM WITTE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KEVIN M. WITTE, MICHAEL MOCK, TAMMY DORSEY, ERIC PHYE, JAMES GMACHOWSKI, CONSTANCE BRIAN, AMBER HENSLEY, DAVID W. HAINES, DAWN HAINES, MACKENZIE HAINES, KARAR ALABSAWI, MICHELLE TAYLOR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAVID G. TAYLOR, JR., J.T., a minor, PHYLLIS TAYLOR, JOHN TAYLOR, BRIAN B. TAYLOR, JUDAS RECENDEZ, TYLER NORAGER, SHALEE NORAGER, M.N., a minor, HARRY RILEY BOCK, JILL ANN BOCK, MARIAH SIMONEAUX, KOUSAY AL-TAIE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AHMED AL-TAIE, NAWAL AL-TAIE, BASHAR AL-TAIE, HATHAL K. TAIE, LAWRENCE KRUGER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ERIC KRUGER, CAROL KRUGER, C.K., a minor, E.K., a minor, DOUGLAS KRUGER, JACKIE FARRAR-FINKEN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PAUL FINKEN, EMILIE FINKEN, C.F., a minor, J.F., a minor, STEPHEN FINKEN, ALAN FINKEN, RICHARD FINKEN, DAVID FINKEN, MARK FINKEN, JEAN PRUITT, JOAN HENSCHEID, PETER THOMAS, LORI ANN MCCOY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GREGORY MCCOY, L.M., a minor, T.M., a minor, GLENN MICHAEL COX, SANGSOON KIM, SEOP STEVE KIM, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JANG HO KIM, MICHELLE KIM, KURTISS LAMB, FRANCIS L. COTE, NANCY COTE, CHRISTOPHER COTE, SAMANTHA DUNFORD, MAXIMILLIAN SHROYER, SAMANTHA DUNFORD, CASEY REUBEN, BREE REUBEN, PATRICK REUBEN, JACKIE STEWART, MARK MUNNS, CRISTA MUNNS, SHARON DeBRABANDER, DENNIS DeBRABANDER, NICOLE DeBRABANDER, JOELLA PRATT, HELEN FRASER, RICHARD FRASER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAVID M. FRASER, TRICIA ENGLISH, NATHAN ENGLISH, N.C.E., a minor, A.S.E., a minor, TODD DAILY, ON BEHALF OF THE ESTATE OF SHAWN L. ENGLISH, JOSHUA STARKEY, BRENT HINSON, WILLIAM HINSON, FRAN HINSON, HILARY WESTERBERG, JOHN GIBSON, STEPHANIE GIBSON WEBSTER, SEAN ELLIOTT, TRAVIS GIBSON, WILLIAM RONALD LITTLE, BRENDA LITTLE, INDIVIDUALLY AND ON BEHALF OF WILLIAM RONALD LITTLE, JR., KIRA SIKES, RANDOLPH DELBERT NANTZ, JOSHUA RYAN NANTZ, CHAQUITA TALBERT, ALOYSIUS SANCHEZ, SR., VICTORIA M. FOLEY,

Individually and on Behalf of the Estate of Alexander Scott Arredondo, Gwendolyn Morin-Marentes, Individually and on Behalf of the Estate of Steve Morin, Jr., Alvis Burns, Keith Veverka, Suzzettee Lawson, Individually And On Behalf Of The Estate Of Isaac S. Lawson, Chastity Dawn Laflin, Alexander Zayas, Colin Haines, Lori Ann McCormick, Lori Ann McCormick Individually And On Behalf Of The Estate Of Clinton McCormick, Deborah Beavers, Denise Vennix, Individually And On Behalf Of The Estate Of Alan R. Blohm, Jeremy Blohm, Individually And On Behalf Of The Estate Of Chris Blohm, Kiana Blohm, James Smith, Mauk Mauk, Robert Vaccaro, Joanne Gutcher, Charlotte Freeman, Individually And On Behalf Of The Estate Of Brian S. Freeman, G.F., a minor, I.F., a minor, Kathleen Snyder, Randolph Freeman, Kathaleen Freeman, Albert Snyder, Richard Lee, Danny Chism, Elizabeth Chism, Individually And On Behalf Of The Estate Of Johnathan B. Chism, Vanessa Chism, Julie Chism, Russell J. Falter, Individually And On Behalf Of The Estate Of Shawn P. Falter, Linda Falter, Marjorie Falter, Russell C. Falter, John Sackett, Jason Sackett, Michael Lucas, Marsha Novak, David Lucas, Tim Lucas, Andrew Lucas, Shannon Millican, Individually And On Behalf Of The Estate Of Johnathon M. Millican, Paul Mitchell Millican, Noala Fritz, Individually And On Behalf Of The Estate Of Jacob Fritz And The Estate Of Lyle Fritz, Daniel Fritz, Ethan Fritz, Billy Wallace, Billy Wallace, Stefanie Wallace, Austin Wallace, Devon Wallace, C.W., a minor, Evan Kirby, Marcia Kirby, Steven Kirby, Johnny Washburn, Marvin Thornsberry, Cynthia Thornsberry, A.B., a minor, Tracy Anderson, Jeffrey Anderson, Adam G. Stout, Andrew Jeffrey Anderson, Elizabeth Lynn Islas, Anastasia Fuller, Individually And On Behalf Of The Estate Of Alexander H. Fuller, A.F., a minor, L.R.-W., a minor, Heath Damon Hobson, Jodi Michelle Hobson, Samantha Balsley, Individually And On Behalf Of The Estate Of Michael C. Balsley, Jodi Michelle Hobson, M.D.H., a minor, Nichole Garrigus, Deadra Garrigus, Individually And On Behalf Of The Estate Of Mickel D. Garrigus, David Garrigus, Kyla Ostenson, Matthew Garrigus, Shawn Ryan, Sharon Y. Dunn Smith, Individually And On Behalf Of The Estate Of Terrence Dunn, Dennis Dunn, Richard Landeck, Victoria Landeck, Lavonna Harper, Melba Anne F. Harris, Paul D. Harris, Hyunjung Glawson, Individually And On Behalf Of The Estate Of Curtis E. Glawson, Yolanda Brooks, Curtis Glawson,, Sr., Kierra Glawson, Sabrina Glawson, On Behalf Of The Estate Of Cortez Glawson, Jazmon Reyna, Ryan Sabinish, R.J.S., a minor, S.J.S., a minor, Carrie Thompson, Individually And On Behalf Of The Estate Of Sean M. Thomas, A.T., a minor, Daniel Thomas, Sr., Diana Thomas, Daniel Thomas, Jr., Kelly Gillis, Melinda Flick, Ann Christopher, Individually And On Behalf Of The Estate Of Kwesi Christopher, Nancy Fuentes, Individually And On Behalf Of The Estate Of Daniel A. Fuentes, Armando Fuentes, Julio Fuentes, Tatyana Fuentes, Emma McGarry, D.J.F., a minor, John Kirby, Michael Murphy-Sweet, Elizabeth Murphy-Sweet, Anona Gonelli, Lindsay Young, Individually And On Behalf Of The Estate Of Brett A. Walton,

Leasa Dollar, Eugene Delozier, Michelle Klemensberg, Individually And On Behalf Of The Estate Of Larry R. Bowman, Scott Lilley, Frank Lilley, Jolene Lilley, Matthew Lilley, Ava Tomson, Individually And On Behalf Of The Estate Of Lucas V. Starcevich, Richard Tomson, Glenda Starcevich, Ariana Starcevich, Trenton Starcevich, Samantha Tomson, Andrew Tomson, Jared S. Stevens, S.W., a minor, Bradley Starcevich, Susan Maria Doskocil Hicks, Individually And On Behalf Of The Estate Of Glenn Dale Hicks, Jr., Glenn Dale Hicks, Jr., David James Hicks, John Christopher Hicks, S.L.H., a minor, Karen Funcheon, Individually And On Behalf Of The Estate Of Alexander J. Funcheon, Robert Funcheon, Dwight Martin, Individually And On Behalf Of The Estate Of Jay E. Martin, Dove Deanna Adams, Raven Adams, Lark Adams, Holly Burson, Individually And On Behalf Of The Estate Of Jerome Potter, Nancy Umbrell, Individually And On Behalf Of The Estate Of Colby J. Umbrell, Mark Umbrell, Casey Boehmer, Jeremy D. Smith, Daniel Dixon, Individually And On Behalf Of The Estate Of Ilene Dixon And The Estate Of Robert J. Dixon, Jessica Hubbard, On Behalf Of The Estate Of Robert J. Dixon, M.R., a minor, L.R., a minor, David Dixon, Daniel Austin Dixon, Gretchen Lang, Rebecca J. Oliver, Daniel C. Oliver, Kimberlee Austin-Oliver, Tiffany M. Little, Individually And On Behalf Of The Estate Of Kyle A. Little, K.L., a minor, Shelley Ann Smith, Dakota Smith-Lizotte, Kimberlee Austin-Oliver, Tiffany M. Little, Individually And On Behalf Of The Estate Of Kyle A. Little, K.L., a minor, Shelley Ann Smith, Dakota Smith-Lizotte, Shyanne Smith-Lizotte, Erin Lee Dructor, individually and on behalf of the Estate of Blake Stephens, Trent Stephens, Kathleen Stephens, Derek Stephens, Rhett Stephens, Summer Stephens, Brittani Hobson, Cynthia Conner, William Farrar, Sr., Individually and on behalf of the Estate of William Farrar, Joshua Brooks, Joyce Brooks, Daniel Tyler Brooks, Delilah Brown, individually and on behalf of the Estate of Scott J. Brown, Tonya K. Dressler, Ardith Cecil Dressler, Melissa Dressler, Tanya Suzzette Dressler, Daniel Dressler, Elizabeth Masterson, individually and on behalf of the Estate of Joshua D. Brown, Marian Brown, Wayne Brown, Danielle Sweet, A.B., a minor, G.B., a minor, Donna Kuglics, individually and on behalf of the Estate of Matthew J. Kuglics, Les Kuglicis, Emily Adams, Derek Gajdos, Tammy Denboer, Brandeaux Campbell, Ryan Wilson, Jami Lin Wilson, Matthew Lammers, Alicia Lammers, Barbara Lammers, Gary Lammers, Stacy Pate, Angel Gomez, Denise Jackson, Scott Hood, Flora Hood, Dixie Flagg, Stephanie Hood, Cheyenne Flagg, William Parker, Meghan Parker-Crockett, Andrew Moores, Sheila Tracy, Individually and behalf of the Estate of Jacob Tracy, Donald Tracy, Nichole Sweeney, Christina Sheridan, Matthew Benson, Melissa Benson, C.B., a minor, B.B., a minor, Daniel P. Benson, Carol Benson, Daniel R. Benson, Raymond Nigel Spencer, Jr., Sylvia Johnson Spencer, Michael Dean Moody, individually and on behalf of the Estate of Michael Dean Moody, Jr., Connie Moody, Kedrick Dante Moody, Drew Edwards, Donielle Edwards, Arifah Hardy, T.C., a

MINOR, AUNDRA CRAIG, JOYCE CRAIG, DEBRA COOK-RUSSELL, NASHIMA WILLIAMS CRAIG, JONATHAN CRAIG, ANDRE BROWN, MICHAEL COOK, VALENCIA COOK, KATHERINE M. CROW, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WILLIAM J. CROW, K.A.C., A MINOR, CANDACE CATHRYN HUDSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KATHRYN ANN MONDINI, K.E.C, A MINOR, JOHN TAYLOR, CARROL ALDERETE, TRACYANDERSON, J.J., R.J.S., LORI ANN MCCORMICK, TINA EASTLUND, NANETTE SAENZ, BARBARAFARLEY, JACKIE MERK HLASTAN, KATHRYN HUCKFELDT, RANDOLPH FREEMAN, MAXINE E.CROCKETT, CAMERON FARLEY, JUAN SAENZ, THOMAS SMITH, JENNIFER RENEE YORK, BOONCHOB PRUDHOME, STEPHANIE MCCULLEY, DREW EDWARDS, RHONDA KEMPER, DANIEL C. OLIVER, CECILIA ARIZOLA, JACOB MICHAEL ROBINSON, MICHELLE TAYLOR, T.M.(A MINOR), DEREK STEPHENS, BRUCE LUKOW, KATHY KUGLER, STEPHANIE HOOD, M.R.(A MINOR), TONYA FREEMAN, MICHELLE BENAVIDEZ, EDWARD KUHLMEIER, JUSTIN ADAMSON, NICHOLE LOHRIG, ANTHONY ALDERETE, NAWAL ALTAIE, WILLIAM WITTE, ANNE P. JOYNER, CLIFFORD VAUGHN, A.F.(A MINOR), LAUREN SHUMATE, TAWANNA TALBERT DARRING, DANIEL BENAVIDEZ, SKYLAR HAKE, MICHAEL LUKOW, CHARLEE BLAIR WEBB, HENRY J. BANDHOLD, SR, JEFFREY D. PRICE, MARC STEARNS, BRANDON ARNOLD, ADAM WOOD, CHRISTOPHER LEVI, I.W., NICHOLAS GENE KOULCHAR, WAYNE BROWN, C.S.(A MINOR), B.B., GREG KLECKER, GLENN DALE HICKS, SR, ROBERT FUNCHEON, NANCY UMBRELL, COLLEEN CZAPLICKI, JOAQINA SAENZ CHORENS, DANIELCARVILL, ALOYSIUS SANCHEZ, SR, AVA TOMSON, NATHANIEL FOLEY, DONNA JEAN HEATH,AUDELIA MORIN, KATRINA COE, G.H., PHILIP ALAN DERISE, MARLYNN GONZALES, JOSHUADENMAN, CORY SMITH, ANGELA M. LAIRD, MEGAN WOOD, L.W., MATTHEW CRAIG, JUDY ANN CRABTREE, ANDREW LUKOW, DARLENE SHELTON, WESLEY WILLIAMSON, LUKE MURPHY, RAYMOND NIGEL SPENCER, SR., DEADRA GARRIGUS, KATHRYN HEAD, DENISE VENNIX, K.A.C, LARRY DICENZO, JOYCE CRAIG, CESAR CONTRERAS, EMILY LEVI, JOEDI WOOD, JOSEPH LUKOW, CANA HICKMAN, ROBIN ROBERTS, SARAH DUDEK, S.S., SEAN ELLIOTT, GEORGIANNA STEPHENSSMITH, JORDAN M. LAIRD, CHRISTOPHER BOUTEN, PATRICK WARD, MELISSA DRESSLER, TATYANA FUENTES, TANJA KUHLMEIER, ERIC PHYE, GLORIA P REYNOSO, JOAN HENSCHEID, NICHOLAS MORRIS, STEVEN J. FRIEDRICH, G.L., MATTHEW MENKE, ROBERT KUGLER, TERREL CHARLES BARTLETT, CATHY ANDINO, ADAM MATTIS, PHYLLIS TAYLOR, J.M.H., AMBER HABSIEGER, ARIANA STARCEVICH, K.A., HEATH DAMON HOBSON, S.L.H., BRENT HINSON, TIMOTHY TIFFNER, E.R., KIMBERLEE AUSTINOLIVER, MARK HURST, LISA RAMACI, KELLY GILLIS, NORMA ALICIA CONTRERAS, M.B.S., J.L.(A MINOR), JOSEPH T. MILLER, JEREMY D. SMITH, DONALD MAYES, ALAN BURKS, MEGAN PEOPLE, JOHN RICHARD TULLY, II, BRETT FARLEY, CHRISTOPHER JOYNER, ANGELICA ANDRADE, MATTHEW GARRIGUS, STEVEN T. FISHER, JENNIFER ROOSE, CASSANDRA BAILEY, ERIC NEIBERGER, SHAREN JONAUS MARTIN, TRENT STEPHENS, LEE WOLFER, NICHOLAS PROWSE, THERESA DAVIS, KAIYA COLLADO, TABITHA MCCOY, JUSTIN WALDECK, JONI ARIEL REEVES LITTLE, TAMMY DORSEY, JODEE JOHNSON, ROBERTO ARIZOLA, SR, NATHAN ENGLISH, ALISON BURKS MCRUIZ, CYNTHIA DELGADO, ANDREW BRADLEY, KEDRICK DANTE MOODY, DON JASON STONE, DONNA LEWIS, ANDY POOL, JERRY L. MYERS, JEFFREY C. MANN, GEORGE ARSIAGA, JOHN STEARNS, BRIDGET JUNEAU, BREANNA LYNN GASPER, DONNA FARLEY, AUSTIN

Wallace, Brian T. Shelton, Afonso Bandhold, Mary Neiberger, Nancy Hecker, Kira Sikes, Richard Tomson, Mackenzie Haines, Christopher Bogart, Luz Maria EstradaPulido, Jessica H. Williams, Nicholas Baumhoer, Sandra Hankins, Esteban Morin, Michael Koulchar, Gina Tesnar, Lindsay Young, Rebecca J. Oliver, Charles B. Gregston, James Smith, Jackie FarrarFinken, Sabrina Glawson, Michael Scott DeWilde, Shannon Shumate, John D Hecker, Lillian Hurst, David Wayne Hartley, Ryan Wilson, Lola Jean Modjeska, Beverley Wolfer, Denice York, Fabersha Flynt Lewis, Keri Hake, Pamela AdleWatts, Robi Ann Galindo, Brandie Stanton, Kurtiss Lamb, Bryan S. Shelton, M.R.M, Johnny Javier Miles, Jr, Jacqueline A. Smith, Melissa Benson, Mark Munns, Carl K. Greer, Carrie Thompson, Tom B. Lee, Richard Fraser, Joanne Sue Hassler, Andrew Lucas, Hunter L. Laird, Jonathan Contreras, Sr, Maria Alvarez, Alexander Zayas, Nannette BryneHaupt, Connie Haddock, Jennifer Link, Dove Deanna Adams, Charlotte Freeman, Holly Burson, Christopher Watts, Natalia White, Zachary Hake, T.S. (a minor), Sean Harrington, Tamara Runzel, Shyanne SmithLizotte, K.B., Suzzettee Lawson, Cedric Hunt, E.C.R., Gladys E. Reyes Centeno, Lavonna Harper, Dawn Haines, Robert Neiberger, Jennifer Morman, Harry Riley Bock, Carlos Contreras, Devon Wallace, Tiffany M. Little, Mary Jane Vandegrift(individually and on behalf of the Estate of Matthew R. Vandegrift), Samantha Dunford, Christina Melendez, Calvin Canine, Les Kuglicis, Wayne Newby, Rebecca Barattieri, Kyla Ostenson, Frances Catherine Castro, Judy Hoffman, Brenda Little, Paula Menke, Connie Moody, Debra Wigbels, Jean Dammann, Donna Engeman, Stephanie Kidder, Sylvia Johnson Spencer, Deborah Smith, Debra CookRussell, Michael Habsieger, H. Joseph Bandhold, I.F., Megan Mauk, Estavan Morin, Sr, J.T.B., Rayanne Hunter, Daniel Benavidez, Jr, Hernan Contreras, Taylor Eastlund, Christina Smith, Micheal Paul Allen Shelswell, J.M., Judy Collado, Dixie Flagg, Chastity Dawn Laflin, Ashley Vacho Leslie, Ricky Jonaus, M.R.M., Tanya Evrard, Colin Haines, Lucas William Robinson, John Richard Tully, Mark Umbrell, P.A., Jean Pruitt, Veronica Pena Andrade, Richard Lee, Carol Benson, Roberto Aaron Arizola, Timothy Newman, Colin Roberts, Roberto Andrade, Sr., Sven Eastlund, Sabrina Chapman, Shane Irwin, Scott Lilley, Crystal Tutwiler, Suheil Campbell, Douglas Kruger, David Finken, Mariana Bandhold, Petra Spialek, Velina Sanchez, Daniel Thomas, Sr, Patricia Montgomery, James Vaughn, A.L.R., K.K, David C. Iverson, Kaytrina Jackson, L.R., N.C.E., T.C., Dianne O'Neill, William Parker, Ethan Fritz, Edna Luz Burgos, William Farrar,Sr., Brandeaux Campbell, Christina Sheridan, Jerry A. Palinsky, Sr, Steve Wadleigh, Kathleen Hoke, Michelle West, Tifany Thompson, Jesseca Lyn Tsosie, Kevin Graves, Judas Recendez, Corena Martin, Daniel Fritz, Miranda Pruitt, James Kinsey, Kemely Pickett, Jarrett Ward, D.A.S., Mary Carvill, Jeffrey Anderson, Victor Ray Wise II, Billy Doal Wells, Nicole Barattieri, Nichole Garrigus, Victoria Landeck, Donna Kuglics, Christopher Songer, Jessalyn Holt, Valencia Cook, Ling P. Lee, Rosemarie Alfonso, Daniel

DRESSLER, LARK ADAMS, RICHARD E. HASSLER, ERIK ROBERTS, PATRICIA WHEATLEY, A.M.H., MARGARITA ARISTIZABAL, THERESA HART, MARY JANE VANDEGRIFT(INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOHN VANDEGRIFT), DANIEL MENKE, JOSEPH L. GREER, SHELLEY ANN CASEY, CHRISTOPHER MILLER, RENE POOL, JARED S. STEVENS, KENNY LEE, A.Z.C., MELINDA FLICK, JOHN GIBSON, OLGA LYDIA GUTIERREZ, FRED FRIGO, NICOLE A. KAPLAN, REBECCA L. SamtenFinch, TAMMY VANDERWAAL, TYLER NORAGER, BRITNEY E. CARTER, DAVID JAMES HICKS, SHANNON MILLICAN, R.A., CARLLIE PAUL, THEODORE LESTER, LORI ANN McCOY, K.L., BOBBIE D. MARIANO, C.L.(A MINOR), ANASTASIA FULLER, RICHARD FINKEN, JOSHUA SCHICHTL, KIERRA GLAWSON, FAITH ReneeStoneking, PATRICIA REYNOSO, BRIANNA RENEE NAVEJAS, POLOKA AIETI, DONIELLE EDWARDS, SHELBY WEST, VICTORIA M. FOLEY, RUSSEL HICKS, JR., ELVA ESPINOZA, CHAD FARR, CRISTA MUNNS, DAVID ARNOLD, ANTHONY HUDSON, JOSEPH HELTON, SR., JOHN D. LAMIE, GEORGE D. WHITE, C.F., BASHAR AlTaie, MATTHEW LILLEY, VIVIAN PICKETT, BILLY JOHNSON, CARA ROBERTS, C.B., CHRIS FARLEY, JESSICA HUBBARD, RANDALL GEIGER, ROBERT CANINE, JOHN SACKETT, J.T., LEASA DOLLAR, JOHN McCULLEY, CANDICE MACHELLA, MATTHEW LAMMERS, WILLIAM RONALD LITTLE, CASSIE COLLINS, CHRISTOPHER COTE, NICOLE LANDON, JOSHUA P. STEIN, CARRIE SUE STONEKING, URSULA ANN JOSHUA, MATTHEW BENSON, JAMES CANINE, CHRISTINA BIEDERMAN, MARIO STANTON, VERONICA DENISSE ANDRADE, BILLY WALLACE, DIANA THOMAS, MONICA ARIZOLA, DAKOTA SmithLizotte, LeaAnn WADLEIGH, LESLIE K. ReevesHardcastle, A.S.E., TONY GONZALEZ, JENNIFER LYNN HUNT, SLADE VICTOR TULLY, DOUGLAS VEVERKA, THOMAS KUHLMEIER, JOHN VACHO, KIMBERLY VESEY, ELIZABETH CHISM, AVA LANETTE BRADLEY, HILARY WESTERBERG, M.C., DEBORAH BEAVERS, MAX W. HURST, TANYA SUZZETTE DRESSLER, JAMIE BARNES, PEGGY CarvillLiguori, JEFFREY ADAMSON, SAMANTHA BALSLEY, ELIZABETH JO EASTLUND, ANGEL MAYES, ALOYSIUS SANCHEZ, JR, JUDITH TIFFNER, T.R., HOPE ELIZABETH VEVERKA, A.S., ARIFAH HARDY, JUSTIN EVANS, GILBERT ARSIAGA, JR, SELICIA FIELD, A.B.(A MINOR), FRANK LILLEY, JEANNINE VAUGHN, NOEL CONTRERAS, ADINA PALINSKY, BRIAN MONTGOMERY, EMANUELA FLOREXIL, STEPHEN FINKEN, RUSSELL J. FALTER, CASEY REUBEN, M.A.H., STEVEN GREENWOOD, SEOP KIM, PAUL MITCHELL MILLICAN, JAMES TALBERT, GEORGE J. WHITE, ANITA BAKER, KARALEEN HERB, PAM MARION, KELLI D. HAKE, BRIAN G. TAYLOR, MATTHEW ARSIAGA, DONALD C. BANDHOLD, JEANNE RHEA MCMANUS, DANIEL PRICE, MARK FINKEN, K.M., VICKIE MICHAY WHITE, REBEKAH SCOTT, ERIC BILLITER, MICHAEL J. MILLER, RICHELLE HECKER, STEVEN KIRBY, MARLEN PICKETT, SHAYLYN C. REECE, GLORIA L. MAGANA, ROMMEL ROCHA, T.H., MARILYN LOUISE TULLY, TAMARA HASSLER, DAVID DIXON, BRITTANI HOBSON, HELEN FRASER, JOHN DAVID HEATH, JOHN KUHLMEIER, P.H., KIMBERLY SONGER, MATTHEW FIESER, BRIAN COKE, DEREK ALLEN HOLLCROFT, ADAM MAGERS, JOYCE BROOKS, MARICEL MURRAY, SEBASTIAN NIUMAN, SAMANTHA TUCKER, JOSHUA P.G. WOLD, ANDREW TOMSON, JACOB BAUER, JOHNNY JAVIER MILES, SR, CLAIRE JONAUS, DANNYEL CONTRERAS, STEPHANIE C. SANDER, ROBERT WHITE, CHRISTOPHER D. GREER, DANNY CHISM, MICHAEL DEAN MOODY, ROBERT VACCARO, SHALEE NORAGER, MICHAEL LUCAS, ARDELL THOMSEN, TIMOTHY W. ELLEDGE, ARNE EASTLUND, DAVID W.

HAINES, MELBA ANNE F. HARRIS, JESSE P. STEIN, RALPH THOMSEN, MICHAEL WEATHERLY, SUSAN MARIA DOSKOCIL HICKS, VERONICA LOPEZ REYES, AUNDRA CRAIG, SANDRA SOLIDAY, ANDREW MOORES, L.R.W., RONALD SLOAN, KATHLEEN SNYDER, HATHAL K. TAIE, SHEILA TRACY, ROBERT F. MARIANO, JUDY HUENINK, MICHAEL SMITH, DENNIS DUNN, CYNTHIA CONNER, IMO AIETI, CONSTANCE BRIAN, JOHN O'NEILL, DAVID KAPLAN, ELENA SHAW, G.B.(A MINOR), ANGELA ALVAREZ, AMI NEIBERGER, JOLENE LILLEY, JENNIE L. MORIN, JONATHAN CRAIG, ANDRE BROWN, JAMES DRESSLER, KATHY ADAMSON, RHETT MURPHY, MICHAEL R. MILLS, CAROL POLLEY, CYNTHIA THORNSBERRY, ALAN FINKEN, CELESTE YANTIS, KRISTIN WHITE, JASON ROBINSON, JODI MICHELLE HOBSON, SCOTT HOOD, SHAULA SHAFFER, DANIEL J. EVANS, C.W., MARION CRIMENS, GABRIELA D. PUERTAS VERGARADONOSO, DONALD TRACY, DONALD FIELD, CHRISTOPHER GOLEMBE, ANGELICA FIELD, LANI D. BOGART, FRANK L. CONVERSE, RUSSELL C. FALTER, MARVISE L. CROCKETT, JEAN MARIANO, SENOVIA FIELD, JESSICA CABOT, LORENZO SANDOVAL, JR, EUGENE DELOZIER, SHARON JOHNSTON, STACY PATE, SHILYN JACKSON, VICTORIA HECKER, MARIO BOWEN, SETH TIFFNER, JOHN P. SKLANEY, III, JOELLA PRATT, PRESTON SHANE REECE, JEREMY BAUER, DAVID G. CARDINAL, JR, JEREMY CHURCH, LAUREL BARATTIERI, EDDIE JO PALINSKY, CHEYENNE FLAGG, JOEL PALINSKY, S.J.S., BRENDA CHAND, SAMANTHA TOMSON, MICHELLE KIM, JERRY A. PALINSKY, II, LATASHA MARBLE, PHILLIP SANCHEZ, LUIS GARZA, CHRISTOPHER MICHAEL MELENDEZ, JOHN DANA GREER, PADRAIC J. NEWMAN, ALICIA PEARSON, LINDA GIBSON, CHRISTOPHER ADAMSON, ELIZABETH MASTERSON, GREGORY BAUER, M.N., KATHY CRABTREE, J.R., EVAN D. BOGART, MAXIMILLIAN SHROYER, CHASITY WELLSGEORGE, MICHELLE KLEMENSBERG, JOHNNY WASHBURN, G.F., ISABELL VINCENT, MICHAELMURPHYSWEET, MARGARITO A. MARTINEZ, JR, STEFANIE WALLACE, NATHAN NEWBY, VANESSA CHISM, ZORAIMA LOPEZ, SUSAN ARNOLD, EMILIE FINKEN, VICKIE MCHONE, JOSHUA TIFFNER, MATTHEW HUCKFELDT, JAYDEAN HAMILTON, MARIAH SIMONEAUX, SHARON M. PUGH, DONNIE MARION, JAMES CRAIG ROBERTS, AMBER HENSLEY, AMENIA JONAUS, MELISSA DOHENY, SHELLEY ANN SMITH, NOEL S. FARLEY, TAMMY KINNEY, GLORIA NESBITT, KIMBERLY MILLER, SEAN SLAVEN, ERIC BRANDON STONEKING, JULIE CHISM, DWIGHT MARTIN, KATHY CRANE, RONALD VEVERKA, TRAVIS GIBSON, NOALA FRITZ, MATTHEW L. MERGELE, LAWRENCE KRUGER, SHARON Y. DUNN SMITH, JOSE REYNOSO, BRADLEY STARCEVICH, DANIEL P. BENSON, KEITH VEVERKA, PATRICIA SMITH, E.W., SHIRLEY STEARNS, ADAM G. STOUT, ARMANDO FUENTES, RONALD WAYNE CRABTREE, SANDRA VALENCIA, KAREN FUNCHEON, ISMAEL MARTIR, E.K., BRYANT BEARFIELD, WILLIAM J. LEE, MARVIN THORNSBERRY, ANN CHRISTOPHER, CHRISTOPHER DAVID, TAUSOLO AIETI, BENJAMIN DANIEL CARRINGTON, NANCY COTE, JANET JONES, MERLESE PICKETT, NICOLE IRWIN, AMANDA VACHO, RICHARD CASEY, PERRY WHITE, SHARON DEBRABANDER, ADRIAN SANDOVAL, JAMI LIN WILSON, HYUNJUNG GLAWSON, LINDA FALTER, KARAR ALABSAWI, JASON SACKETT, ROADY LANDTISER, JEREMY BLOHM, PETER FINKEN, TERRANCE PETERSON, III, ANGELINE JACKSON, ERIC LEVI, FRANCES ROBINSON, RYAN SABINISH, SHELBY WHITE, ASHLEY GUDRIDGE HOUPPERT, JOSHUA BROOKS, MICHAEL COOK, NICHOLE SWEENEY, SARAH CROSBY, JAMES SHEPARD, STEPHANIE JUNEAU, ROBERT W. KUHLMEIER, GARY LAMMERS, LINDA JONES, SHAWN BARTLETT, TEMIKA SWINTON, JOHN

Daggett, Lynn Forehand, Janet L. Rios, Mark E. Thomsen, Lauren Niquette, Joel Hernandez, Victoria Hernandez, Athena Hall, Matthew C. Beatty, Andrew Charles Major, H.K., Kiersten Hall, Jerrin Matthew Ogden, Ronald Alldridge, Brooke Kenney, K.R.G., Todd Alldridge, Rene Gutel, Abigail Hall, Joann Alldridge, Andrew James Raymond, Kandi Danielle Whiteside, Thomas Niquette, A.M.M., Ana M. Gomez, Randall Klingensmith, Sharon Smithey Whiteside, Kaitlyn Adams, Angela M. Garcia, Ryan Bowman, Michael Pasco, Andrew Hall, Daniel Kenney, Christopher Whiteside, Sean M. Niquette, Christopher Satterfield, Grant H. Von Letkemann, II, Ashley Meikel Major, Brian Clark Alldridge, Sheryl Ann Chen, Tara Hutchinson, Randi Jean Martz, J.K., K.M.G., M.J.H., Stephen W. Evans, Jackson Wiley Whiteside, Tyler Nicholas Ogden, M.T.W., Richard Hedgecock, II, Matthew Whiteside, Mackenzie G. Hall, Dianna Alldridge, Mary Niquette, Mark A. Hall, Gary Douglas Fishbeck, Toni Attanasio,

*Plaintiffs-Appellees,*

—against—

Dr. Muhammad Baasiri,

*Movant-Appellant,*

Jammal Trust Bank SAL,

*Defendant-Appellant.*

# TABLE OF CONTENTS

PAGE

EDNY Docket Entries Docket No.19-cv-00007 .......................... A-1

Amended Complaint, filed August 2, 2019 ............................ A-45

    Attachment A to Amended Complaint—
    Proposed Summons to Fenicia Bank ............................ A-867

    Exhibit 1 to Amended Complaint—
    Sale and Purchase Agreement between Lebanese Canadian
    Bank S.A.L. and Societe Generale De Banque Au Liban S.A.L.,
    dated June 22, 2011............................................ A-868

    Exhibit 2 to Amended Complaint—
    English and Arabic copies of ISRO's Donation Program Form .... A-872

Exhibit A to Response in Opposition to the Motion to Dismiss—
    U.S. Department of the Treasury Press Release – "Treasury
    Labels Bank Providing Financial Services to Hizballah as
    Specially Designated Global Terrorist", dated August 29, 2019 ... A-879

Pre-Motion Conference Letter to Hon. Carol B. Amon from Jammal
    Trust Bank S.A.L., dated September 1, 2020 ..................... A-887

Letter to Hon. Carol B. Amon from Gary M. Osen in Response
    to the September 1, 2020 Letter by Jammal Trust Bank S.A.L.,
    dated September 8, 2020 ....................................... A-889

August 31, 2020 Court Hearing Transcript before
    Hon. Carol B. Amon ........................................... A-891

October 26, 2020 Court Hearing Transcript before
    Hon. Carol B. Amon ........................................... A-947

Declaration of Dr. Muhammad Baasiri, filed December 30, 2020 ...... A-957

PAGE

Exhibit A to Declaration of Muhammad Baasiri—
Law 110 issued on July 11, 1991 – Reform of the Banking Sector . A-964

Exhibit B to Declaration of Muhammad Baasiri—
Central Bank of Lebanon's Notification,
dated September 27, 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-989

Second Declaration of Dr. Muhammad Baasiri,
        filed December 30, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-993

Appendix to Second Declaration of Muhammad Baasiri—
Law of 1 Aug. 1963, Code of Money and Credit, (Leb.) . . . . . . . . . . A-994

Declaration of David B. Rivkin, Jr., filed December 30, 2020 . . . . . . . . A-1129

Declaration of Patrick Duprey, filed December 30, 2020 . . . . . . . . . . . . . A-1130

Exhibit 1 to Declaration of Patrick Duprey—
Article titled "Lebanon Picks New Premier in Bid to Break
Political Deadlock," published on The Wall Street Journal's
website on December 19, 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1133

Exhibit 2 to Declaration of Patrick Duprey —
Article titled "Lebanon's Government Resigns After Protests,
Deadly Beirut Explosion," published on The Wall Street
Journal's website on August 10, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . A-1138

Exhibit 3 to Declaration of Patrick Duprey—
Article titled "NY-based Company Pulls out of Lebanon Bank's
Forensic Audit," published by the Associated Press on
November 20, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1146

Exhibit 4 to Declaration of Patrick Duprey—
Article titled "Lebanon's Central Bank Fuels Corruption,
Extremism Concerns," published on The Wall Street Journal's
website on November 30, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1152

iii

PAGE

Exhibit 5 to Declaration of Patrick Duprey —
Article titled "Behind the Beirut Explosion: Seven Years of
Official Neglect," published on The Wall Street Journal's
website on August 7, 2020 ...................................... A-1160

Exhibit 6 to Declaration of Patrick Duprey—
Capital Market Development Technical Note,
dated December 2013 .......................................... A-1173

Exhibit 7 to Declaration of Patrick Duprey—
Article titled "Lebanese Judge Orders 'Protective Freeze' on
Assets of C. Bank Governor," published by Reuters
on July 20, 2020.............................................. A-1177

Exhibit 8 to Declaration of Patrick Duprey —
Article titled "Lebanese Central Bank Governor Inflated Assets
as Liabilities Grew – Audit," published by Reuters on
July 23, 2020................................................ A-1188

Exhibit 9 to Declaration of Patrick Duprey —
News Investigation "Lebanon's Offshore Governor" by
Organized Crime and Corruption Reporting Project ("OCCRP"),
published on their website on August 11, 2020 .................. A-1200

Second Amended Complaint Excerpts, filed on December 31, 2020 ... A-1220

January 26, 2021 Court Hearing Transcript before
Hon. Carol B. Amon .......................................... A-1228

Memorandum and Order of the Hon. Carol B. Amon,
dated August 6, 2021 ......................................... A-1272

Notice of Interlocutory Appeal, filed August 19, 2021 ............... A-1296

# A-1

Query    Reports    Utilities    Help    Log Out

APPEAL,ACO

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19-cv-00007-CBA-TAM

Bartlett et al v. Societe Generale de Banque au Liban SAL et al
Assigned to: Judge Carol Bagley Amon
Referred to: Magistrate Judge Taryn A. Merkl
related Case: 1:19-cv-02096-CBA-TAM
Cause: 28:1331 Fed. Question

Date Filed: 01/01/2019
Jury Demand: Plaintiff
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 01/01/2019 | 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number ANYEDC-11063587 Was the Disclosure Statement on Civil Cover Sheet completed -YES,, filed by Matthew Arsiaga, Tracie Arsiaga, Steven W. Hiller, Terrel Charles Bartlett, Robert Bartlett, Jeremy Church, Steven Greenwood, Robi Ann Galindo, Marvise L. Crockett, Linda Jones, Gilbert Arsiaga, Jr, Angel Munoz, Cedric Hunt, Patricia Arsiaga, Ingrid Fisher, Sylvia Macias, Shawn Bartlett, George Arsiaga, Sandra Hankins, Maxine E. Crockett. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons, # 3 Exhibit 1, # 4 Exhibit 2) (Friedman, William) (Entered: 01/01/2019) |
| 01/03/2019 | 2 | NOTICE of Appearance by Aaron Schlanger on behalf of All Plaintiffs (aty to be noticed) (Schlanger, Aaron) (Entered: 01/03/2019) |
| 01/03/2019 | 3 | NOTICE of Appearance by Gary M. Osen on behalf of All Plaintiffs (aty to be noticed) (Osen, Gary) (Entered: 01/03/2019) |
| 01/03/2019 | 4 | NOTICE of Appearance by Ari Ungar on behalf of All Plaintiffs (aty to be noticed) (Ungar, Ari) (Entered: 01/03/2019) |
| 01/03/2019 | 5 | NOTICE of Appearance by Cindy T. Schlanger on behalf of All Plaintiffs (aty to be noticed) (Schlanger, Cindy) (Entered: 01/03/2019) |
| 01/03/2019 | 6 | NOTICE of Appearance by Dina Gielchinsky on behalf of All Plaintiffs (aty to be noticed) (Gielchinsky, Dina) (Entered: 01/03/2019) |
| 01/04/2019 | 7 | NOTICE of Appearance by Gerard Filitti on behalf of All Plaintiffs (aty to be noticed) (Filitti, Gerard) (Entered: 01/04/2019) |
| 01/08/2019 | | Case assigned to Judge Nina Gershon and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 01/08/2019) |
| 01/08/2019 | 8 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 01/08/2019) |
| 01/08/2019 | 9 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if** |

| | | |
|---|---|---|
| | | **all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences.** **Do NOT return or file the consent <u>unless</u> all parties have signed the consent.** (Bowens, Priscilla) (Entered: 01/08/2019) |
| 01/08/2019 | | NOTICE - it is now the responsibility of Counsel to add all Parties to their docket sheet. Parties can be added using the event Utility Events - Add Parties (under Other Documents). (Bowens, Priscilla) (Entered: 01/08/2019) |
| 01/08/2019 | [10] | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 01/08/2019) |
| 01/10/2019 | [11] | Kristin Walker, Steven T. Fisher, Kathleen Gramkowski, Mary Carvill, Peggy Carvill-Liguori, Daniel Carvill, Pamela Adle-Watts, John Watts, Gloria Nesbitt, D.J.H., Chaquita Talbert, Tawanna Talbert Darring, Latasha Marble, James Talbert, Miranda Pruitt, Velina Sanchez, Aloysius Sanchez, Sr, Rommel Rocha, Phillip Sanchez, Aloysius Sanchez, Jr, Gloria P Reynoso, Jasmin Reynoso, Patricia Reynoso, Jose Reynoso, Ashley Wells Simpson, Chad Wells, Crystal Stewart, Chasity Wells-George, Candice Machella, Billy Doal Wells, Hope Elizabeth Veverka, Donna Jean Heath, Lola Jean Modjeska, John David Heath, Olga Lydia Gutierrez, Ismael Martir, Victoria M. Foley, Nathaniel Foley, Michael Scott DeWilde, Steven Morris, Danielle Dechaine-Morris, Nicholas Morris, K.M., Monica Arizola, Roberto Aaron Arizola, Roberto Arizola, Sr, Cecilia Arizola, Danny Arizola, Ricardo Arizola, Greg Klecker, Raymond Montgomery, Patricia Montgomery, Tony Wood, Joedi Wood, Adam Wood, Megan Wood, Lisa Ramaci, Isabell Vincent, Charles Vincent, Maria Vidal, Tamara Hassler, Richard E. Hassler, Joanne Sue Hassler, Scott Huckfeldt, Kathryn Huckfeldt, Alisha Huckfeldt, Matthew Huckfeldt, Timothy Newman, Padraic J. Newman, Amenia Jonaus, Gernessoit Jonaus, Daphnie Jonaus Martin, Ricky Jonaus, Marckendy Jonaus, Claire Jonaus, Sharen Jonaus Martin, Masina Tuliau, Gwendolyn Morin-Marentes, Audelia Morin, Esteban Morin, Estavan Morin, Sr, Brianna Renee Navejas, Margarito A. Martinez, Jr, Amy Lynn Robinson, Floyd Burton Robinson, Jacob Michael Robinson, Lucas William Robinson, Alvis Burns, Jodee Johnson, James Higgins, Wendy Coleman, Brian Radke, Nova Radke, Steven Vernier, Jr, Clifford L. Smith, Jr, Georgianna Stephens-Smith, Corena Martin, Adam Mattis, Terrance Peterson, III, Petra Spialek, David G. Cardinal, Jr, Richelle Hecker, Victoria Hecker, W.H., C.H., William F. Hecker, Jr, Nancy Hecker, John D Hecker, Robert F. Mariano, Debra Mariano, Bobbie D. Mariano, Vickie Michay White, Gladys E. Reyes Centeno, Veronica Lopez Reyes, Zoraima Lopez, Jennifer Link, Sharon Johnston, Kenny Lee, Tom B. Lee, Ling P. Lee, Deborah Noble, David Noble, Charles E. Matheny, III, Judy Collado, Kaiya Collado, Justin Waldeck, Tanja Kuhlmeier, Robert J. Kuhlmeier, Theresa A. Kuhlmeier, Theresa Ann Kuhlmeier, Edward Kuhlmeier, Thomas Kuhlmeier, John Kuhlmeier, Robert W. Kuhlmeier, Patrick Farr, Silver Farr, Carrol Alderete, Anthony Alderete, Chad Farr, Rayanne Hunter, W.H., T.H., Fabersha Flynt Lewis, Christopher Anthony Bershefsky, Lorenzo Sandoval, Sr, Lorenzo Sandoval, Jr, Adrian Sandoval, Rosa Esther Sandoval, Henry J. Bandhold, Sr, Afonso Bandhold, Mariana Bandhold, H. Joseph Bandhold, Donald C. Bandhold, Joshua P. Stein, Nicole B. Stein, R.M.S., J.S.S., Jesse P. Stein, Micheal Paul Allen Shelswell, Erik Roberts, E.C.R., Robin Roberts, James Craig Roberts, Cara Roberts, Colin Roberts, Luke Murphy, Willette Murphy, Shane Irwin, T.R., Helen Marguerite Irwin, Nicole Irwin, Maria Gomez, John Dana Greer, Stephanie C. Sander, Christopher D. Greer, Joseph L. Greer, Carl K. Greer, Christopher Joyner, Anne P. Joyner, Brian Montogmery and K.K added. (Attachments: # [1] Ex. 1, # [2] Ex. 2) (Osen, Gary) (Entered: 01/10/2019) |
| 01/10/2019 | [12] | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Vincent Nabih Haddad, Middle East |

|  |  |  |
|---|---|---|
|  |  | Africa Bank Sal shipped via Fed-Ex International Priority - Tracking #7741 6183 4657, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 13 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Abul Hafiz M. Itani, Lebanon & Gulf Bank SAL shipped via Fed-Ex International Priority - Tracking #7741 6165 1460, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 14 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Adnan Kassar, Fransabank SAL shipped via Fed-Ex International Priority - Tracking #7741 6175 0065, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 15 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Antoun Sehnaqui, Societe Generale De Banque Au Liban SAL shipped via Fed-Ex International Priority - Tracking #7741 6169 2058, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 16 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Salim Sfeir, Bank of Beirut SAL shipped via Fed-Ex International Priority - Tracking #7741 6156 8598, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 17 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Semaan Bassil, Byblos Bank SAL shipped via Fed-Ex International Priority - Tracking #7741 6133 5785, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 18 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Samir N. Hanna and Dr. Imadi Itani, Bank Audi SAL shipped via Fed-Ex International Priority - Tracking #7741 6148 8130, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 19 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Ghassan T. Assaf, Bank of Beirut & The Arab Countries SAL shipped via Fed-Ex International Priority - Tracking #7741 6179 5325, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
| 01/10/2019 | 20 | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Walid Raphael, Banque Libano Francaise SAL shipped via Fed-Ex International Priority - Tracking #7741 6172 8648, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # 1 Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |

| 01/10/2019 | [21] | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Anwar A. Jammal, Jammal Trust Bank SAL shipped via Fed-Ex International Priority - Tracking #7741 6190 5296, thru the Clerk's Office on 1/10/19 at the request of Attorney William Adam Friedman. (Attachments: # [1] Letter dated 1/10/19 re: International Service) (Galeano, Sonia) (Entered: 01/10/2019) |
|---|---|---|
| 01/11/2019 | [22] | Necole Dunlow Smith, Michael R. Mills, M.R.M., M.R.M, Eddie Jo Palinsky, Jerry A. Palinsky, II, Adina Palinsky, Jerry A. Palinsky, Sr, Kathleen Hoke, Joel Palinsky, Karaleen Herb, Eric Brandon Stoneking, Carrie Sue Stoneking, Faith Renee Stoneking, Nanette Saenz, Juan Saenz, Joaqina Saenz Chorens, Luz Maria Estrada-Pulido, Frances Catherine Castro, Elva Espinoza, Amanda Vacho, Bayli Vacho, John Vacho, Ashley Vacho Leslie, Ronald Veverka, Carol Polley, Keith Veverka, Douglas Veverka, Sandra Soliday, Jeanette West, Shelby West, Donna Engeman, Shannon Shumate, Lauren Shumate, L.S., L.S., Nicole DiCenzo, D.D., Larry DiCenzo, Kathy Crane, Johnny Allen Blair, Charlee Blair Webb, Suzzettee Lawson, C.L., Arne Eastlund, Tina Eastlund, Sven Eastlund, Taylor Eastlund, Elizabeth Jo Eastlund, Matthew Adamson, R.A., Kathy Adamson, Richard Adamson, Christopher Adamson, Jeffrey Adamson, Justin Adamson, James Shepard, John P. Sklaney, III, Kathy Crabtree, M.C., Judy Ann Crabtree, Ronald Wayne Crabtree, Debra Wigbels, Ronald William Crabtree, Judy Huenink, Sean Slaven, Chastity Dawn Laflin, Nicole Landon, Misti Fisher, Steven J. Friedrich, A.F., Philip Alan Derise, Norma Alicia Contreras, Jonathan Contreras, Sr, Carlos Contreras, Cesar Contreras, Hernan Contreras, Noel Contreras, Dannyel Contreras, Sharon M. Pugh, Britney E. Carter, Alicia Pearson, Daniel J. Evans, Justin Evans, Kevin Graves, Nicholas Gene Koulchar, Michael Koulchar, Suheil Campbell, Alexander Zayas, A.Z.-C., Cathy Andino, Luis Junior Puertas, Lidia Sullivan, Gabriela D. Puertas Vergara-Donoso, Christopher Michael Melendez, Narciso Melendez, Christina Melendez, Laurel Barattieri, Patricia Wheatley, Rebecca Barattieri, Nicole Barattieri, Gina Tesnar, Gloria L. Magana, Mario Stanton, Brandie Stanton, Terrymarie Stanton, Fred Frigo, Nannette Bryne-Haupt, Lynn Forehand, Lance Haupt, Rhonda Haupt, Tifany Thompson, Sabrina Cumbe, William Witte, Michael Mock, Tammy Dorsey, Eric Phye, James Gmachowski, Constance Brian, Amber Hensley, David W. Haines, Dawn Haines, Colin Haines, Mackenzie Haines, Karar Alabsawi, Michelle Taylor, J.T., Phyllis Taylor, John Taylor, Brian G. Taylor, Judas Recendez, Tyler Norager, Shalee Norager, M.N., Harry Riley Bock, Jill Ann Bock, Mariah Simoneaux, Kousay Al-Taie, Nawal Al-Taie, Bashar Al-Taie, Hathal K. Taie, Lawrence Kruger, Carol Kruger, C.K., E.K., Douglas Kruger, Jackie Farrar-Finken, Emilie Finken, C.F., J.F., Stephen Finken, Alan Finken, Richard Finken, David Finken, Mark Finken, Jean Pruitt and Joan Henscheid added. (Attachments: # [1] Ex. 1, # [2] Ex. 2) (Osen, Gary) (Entered: 01/11/2019) |
| 01/11/2019 | [23] | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons, Complaint and Civil Cover Sheet to be served upon Saad Azhari, Blom Bank SAL shipped via Fed-Ex International Priority - Tracking #7741 6158 8578, thru the Clerk's Office on 1/11/19 at the request of Attorney William Adam Friedman. (Attachments: # [1] Letter dated 1/11/19 re: International Service) (Galeano, Sonia) (Entered: 01/11/2019) |
| 01/11/2019 | [24] | Peter Finken, Lori Ann McCoy, L.M., T.M., Glenn Michael Cox, Sangsoon Kim, Seop Kim, Michelle Kim, Kurtiss Lamb, Francis L. Cote, Nancy Cote, Christopher Cote, Samantha Dunford, Maximillian Shroyer, Casey Reuben, Bree Reuben, Patrick Reuben, Jackie Stewart, Mark Munns, Crista Munns, Sharon DeBrabander, Dennis DeBrabander, Nicole DeBrabander, Joella Pratt, Helen Fraser, Richard Fraser, Tricia English, Nathan English, N.C.E., A.S.E., Todd Daily, Joshua Starkey, Brent Hinson, William Hinson, Fran Hinson, Hilary Westerberg, Linda Gibson, John Gibson, Stephanie Gibson Webster, Sean Elliott, Travis Gibson, William Ronald Little, Brenda Little, Kira Sikes, Joshua Denman, Randolph Delbert Nantz, Joshua Ryan Nantz, Lori Ann McCormick, Deborah Beavers, |

Denise Vennix, Jeremy Blohm, Kiana Blohm, James Smith, Megan Mauk, Robert Vaccaro, Joanne Gutcher, Charlotte Freeman, G.F., I.F., Kathleen Snyder, Randolph Freeman, Kathaleen Freeman, Albert Snyder, Richard Lee, Danny Chism, Elizabeth Chism, Vanessa Chism, Julie Chism, Russell J. Falter, Linda Falter, Marjorie Falter, Russell C. Falter, John Sackett, Jason Sackett, Michael Lucas, Marsha Novak, David Lucas, Tim Lucas, Andrew Lucas, Shannon Millican, Paul Mitchell Millican, Noala Fritz, Daniel Fritz, Ethan Fritz, Billy Wallace, Stefanie Wallace, Austin Wallace, Devon Wallace, C.W., Evan Kirby, Marcia Kirby, Steven Kirby, Johnny Washburn, Marvin Thornsberry, Cynthia Thornsberry, A.B., Tracy Anderson, Jeffrey Anderson, Adam G. Stout, Andrew Jeffrey Anderson, Elizabeth Lynn Islas, Anastasia Fuller, A.F., Samantha Balsley, L.R.-W., Heath Damon Hobson, Jodi Michelle Hobson, M.D.H., Deadra Garrigus, David Garrigus, Nichole Garrigus, Kyla Ostenson, Matthew Garrigus, Shawn Ryan, Sharon Y. Dunn Smith, Dennis Dunn, Richard Landeck, Victoria Landeck, Lavonna Harper, Melba Anne F. Harris, Paul D. Harris, Hyunjung Glawson, Yolanda Brooks, Curtis Glawson, Sr, Kierra Glawson, Sabrina Glawson, Jazmon Reyna, Ryan Sabinish, R.J.S., S.J.S., Carrie Thompson, A.T., Daniel Thomas, Sr, Diana Thomas, Daniel Thomas, Jr, Kelly Gillis, Melinda Flick, Ann Christopher, Nancy Fuentes, Armando Fuentes, Julio Fuentes, Tatyana Fuentes, Emma McGarry, D.J.F., John Kirby, Michael Murphy-Sweet, Elizabeth Murphy-Sweet, Anona Gonelli, Lindsay Young, S.W., Leasa Dollar, Eugene Delozier, Michelle Klemensberg, Scott Lilley, Frank Lilley, Jolene Lilley, Matthew Lilley, Ava Tomson, Richard Tomson, Bradley Starcevich, Glenda Starcevich, Ariana Starcevich, Trenton Starcevich, Samantha Tomson, Andrew Tomson, Jared S. Stevens, Susan Maria Doskocil Hicks, Glenn Dale Hicks, Sr, David James Hicks, John Christopher Hicks, S.L.H., Karen Funcheon, Robert Funcheon, Dwight Martin, Dove Deanna Adams, Raven Adams, Lark Adams, Holly Burson, Nancy Umbrell, Mark Umbrell, Casey Boehmer, Jeremy D. Smith, Daniel Dixon, Jessica Hubbard, M.R., L.R., David Dixon, Daniel Austin Dixon, Gretchen Lang, Rebecca J. Oliver, Daniel C. Oliver, Kimberlee Austin-Oliver, Tiffany M. Little, K.L., Shelley Ann Smith and Dakota Smith-Lizotte added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/11/2019)

| | | |
|---|---|---|
| 01/11/2019 | 25 | Shyanne Smith-Lizotte, Erin Lee Dructor, Trent Stephens, Kathleen Stephens, Derek Stephens, Rhett Stephens, Summer Stephens, Brittani Hobson, Cynthia Conner, William Farrar,Sr., Joshua Brooks, Joyce Brooks, Daniel Tyler Brooks, Delilah Brown, Tonya K. Dressler, Ardith Cecil Dressler, Melissa Dressler, Tanya Suzzette Dressler, Daniel Dressler, James Dressler, Elizabeth Masterson, Marian Brown, Wayne Brown, Danielle Sweet, A.B., G.B., Donna Kuglics, Les Kuglicis, Emily Adams, Derek Gajdos, Tammy Denboer, Brandeaux Campbell, Ryan Wilson, Jami Lin Wilson, Matthew Lammers, Alicia Lammers, Barbara Lammers, Gary Lammers, Stacy Pate, Angel Gomez, Denise Jackson, Scott Hood, Flora Hood, Dixie Flagg, Stephanie Hood, Cheyenne Flagg, William Parker, Meghan Parker-Crockett, Andrew Moores, Sheila Tracy, Donald Tracy, Nichole Sweeney, Christina Sheridan, Matthew Benson, Melissa Benson, C.B., B.B., Daniel P. Benson, Carol Benson, Daniel R. Benson, Raymond Nigel Spencer, Sr., Sylvia Johnson Spencer, Michael Dean Moody, Connie Moody, Kedrick Dante Moody, Drew Edwards, Donielle Edwards, Arifah Hardy, T.C., Aundra Craig, Joyce Craig, Debra Cook-Russell, Nashima Williams Craig, Matthew Craig, Jonathan Craig, Andre Brown, Michael Cook, Valencia Cook and Katherine M. Crow added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/11/2019) |
| 01/14/2019 | 26 | K.A.C., Candace Cathryn Hudson, K.E.C., Amanda B. Adair, Patrick Tutwiler, Crystal Tutwiler, Shirley Stearns, John Stearns, Karen Hall, Marilyn Haybeck, Marc Stearns, James Cole, John D. Lamie, Donna Lewis, J.L., J.L., G.L., Jean Mariano, Katherine McRill-Fellini, Brett Coke, Brian Coke, Matthew L. Mergele, Rene Pool, Derek Allen Hollcroft, Paula C. Bobb-Miles, Johnny Javier Miles, Sr, Johnny Javier Miles, Jr, Racquel Arnae Bobb Miles, Ursula Ann Joshua, Tammy Kinney, Daniel Price, Steven Price, Tausolo Aieti, Imo Aieti, Lisi Aieti, Poloka Aieti, Christopher Bouten, Erin Bouten, |

| | | |
|---|---|---|
| | | Daniel Dudek, Margaret Dudek, Katie Woodard, Sarah Dudek, Emanuela Florexil, Andrew Dudek, Joseph T. MIller, Sean Harrington, Jessica Heinlein, Charles Heinlein, Sr, Jody Lyn Heinlein, Margarita Aristizabal, J.J., Sebastian Niuman, Richard Neiberger, Mary Neiberger, Ami Neiberger, Robert Neiberger, Eric Neiberger, Brian J. Casey, Brittany Hogan, Shelley Ann Casey, Richard Casey, Sally Chand, Michael Chand, Jr, Christina Mahon, Ryan Chand, Mario Bowen, Brenda Chand, James David Hochstetler, Leanne Lizabeth Hochstetler, J.H., P.H., Kyle Austin Marshall, John Richard Tully, Marilyn Louise Tully, Slade Victor Tully, John Richard Tully, II, Heather Ann Farkas, Robert James Hunt, M.A.H., A.M.H., Boonchob Prudhome, Michele White, S.W., Shelby White, Perry White, Robert White, Joshua P.G. Wold, E.W., P.A., Celeste Yantis, Maricel Murray, J.M., Bryan S. Shelton, Darlene Shelton, Brian T. Shelton, Dan Laird, Angela M. Laird, Jordan M. Laird, Hunter L. Laird, C.L., Leslie K. Reeves-Hardcastle, J.R., James L. Reeves, W. Jean Reeves, Sherri C. Holiman, Joni Ariel Reeves Little, William Lee, Alexandria L. Lee, William J. Lee, Lillie Lai Lee, Jennifer Lynn Hunt, Christopher Golembe, Kathryn Head, Christopher Watts, Janet L. Rios, Anita Baker, Jennie L. Morin, Randall Geiger, Jesseca Lyn Tsosie, Eric Donoho, Tyler Ginavan, Timothy Tiffner, Judith Tiffner, Joshua Tiffner, Seth Tiffner, Sarah Crosby, Alan Burks, Jackie Merk Hlastan, G.B., Alison Burks McRuiz, Sarah Phillips, Zachary Burks, Bridget Juneau, Stephanie Juneau, Tammy Vanderwaal, A.L.R., Preston Shane Reece, Shaylyn C. Reece, C.S., L.S., Emily Shaw, Melissa Doheny and Elena Shaw added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/14/2019) |
| 01/14/2019 | 27 | Kathy Kugler, Robert Kugler, Tanya Evrard, Billy Johnson, Judy Hoffman, Ashley Gudridge Houppert, Joshua Schichtl, Mark Schichtl, Katherine Prowse, Nicholas Prowse, H.S., S.S., C.S., A.S., Steve Wadleigh, Lea-Ann Wadleigh, Michael Lukow, Rikki Lukow, Bruce Lukow, Joseph Lukow, Andrew Lukow, Kristen Kelley, Maria Alvarez, K.A., Angela Alvarez, Belinda Garcia, Jason Whitehorse, Jeffrey C. Mann, Michelle West, Rebecca L. Samten-Finch, D.A.S., M.B.S., Ava Lanette Bradley, A.D.B., T.T.B., J.T.B., Anthony Hudson, Austin Bewley, Christopher Levi, Eric Levi, Debra Levi, Emily Levi, Kimberly Vesey, Marion Crimens, Timothy W. Elledge, Mary Catherine McLaughlin, Brenda Habsieger, Michael Habsieger, Amber Habsieger, Kelli D. Hake, G.H., Denice York, Russel York, Peter Hake, Jill Hake, Zachary Hake, Keri Hake, Skylar Hake, Jennifer Renee York, Jason York, Maria E. Calle, Cynthia Delgado, Tabitha McCoy, Logan McCoy, R.M., Matthew Fieser, Benjamin Daniel Carrington, Jonathan Heslop, Russell Mason, Andy Pool, Frank L. Converse, Anthony M. Gerber, Charles B. Gregston, Kimberly Miller, Michael J. Miller, Carl Reiher, Walter Bailey, Cassandra Bailey and Kacey Gilmore added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/14/2019) |
| 01/14/2019 | 28 | Terrell Gilmore, Jr., Kynesha Dhanoolal, Jason Robinson, Frances Robinson, E.R., William Justin Weatherly, Michael Weatherly, Merlese Pickett, Harry Cromity, Marlen Pickett, Kemely Pickett, Vivian Pickett, Kyshia Sutton, Rachel M. Gillette, Rebekah Scott, Lee Wolfer, L.W., M.W., I.W., Beverley Wolfer, Patricia Smith, Michael Smith, Jacqueline A. Smith, Thomas Smith and Rachelle Idol added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/14/2019) |
| 01/14/2019 | 29 | James Vaughn, Jeannine Vaughn, Clifford Vaughn, David Hartley, David Wayne Hartley, Kaylie Hartley, Lisa Duncan, Virginia Billiter, Eric Billiter, Adrianne Kidd, Allen Swinton, Temika Swinton, T.S., T.S., T.B., Linda Pritchett, William Allmon, Ronald Sloan, Mary Jane Vandegrift, Mary Jane Vandegrift, Mark E. Thomsen, Ardell Thomsen, Ralph Thomsen, Evan D. Bogart, Lani D. Bogart, Douglas R. Bogart, Christopher Bogart, Cana Hickman, Luis Rosa-Valentin, M.R., Iliana M. Rosa-Valentin, Pam Marion, Donnie Marion, Adrian Mccann, Don Jason Stone, Preston Charles Kaplan, Nicole A. Kaplan, Noni Kaplan, David Kaplan, Jamie Zarcone, Jessalyn Holt, David Woodward, D.M.W., Adam magers, Luis Garza, Susan Arnold, David Arnold, Samantha Tucker, |

| | | |
|---|---|---|
| | | Brandon Arnold, Daisy Tucker, John Daggett, Colleen Czaplicki, Russel Hicks, Sr., Russel Hicks, Jr., Wesley Williamson, Jesse Williamson, Patrick O'Neill, John O'Neill, Dianne O'Neill, Daniel Luckett and Breanna Lynn Gasper added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/14/2019) |
| 01/14/2019 | 30 | Jamie Barnes, Max W. Hurst, Lillian Hurst, Christopher Hurst, Mark Hurst, Donna Farley, Noel J. Farley, Sr., Barbara Farley, Brett Farley, Cameron Farley, Chris Farley, Vickie Mchone, Noel S. Farley, David C. Iverson, Daniel Menke, Paula Menke, Matthew Menke, Nichole Lohrig, Jessica H. Williams, J.M.H., J.J.H., J.H., Rosemarie Alfonso, K.B., Tyler Latham, Michelle Benavidez, Daniel Benavidez, Christina Biederman, Daniel Benavidez, Jr, Jennifer Morman, Christopher Miller, Bryant Bearfield, Angeline Jackson, Kaytrina Jackson, Shilyn Jackson, Tony Gonzalez, Marlynn Gonzales, Tamara Runzel, Megan People, Shaula Shaffer, Carllie Paul, Kari Carosella, Gregory Bauer, Connie Haddock, Jacob Bauer, Jeremy Bauer, Andrew Bradley, Julie Salhus, Kristen Galen, Patrick Ward, Jarrett Ward, Roberto Andrade, Sr., Veronica Pena Andrade, Sandra Valencia, Angelica Andrade, Veronica Denisse Andrade, Kara Connelly, Jean Dammann, Mark Dammann, Kevin Connelly, Theresa Davis, Rhonda Kemper, Robert Canine, S.C., Janet Jones, Calvin Canine, James Canine, Jennifer Roose, Rhett Murphy, Roady Landtiser, Nathan Richards, Steven Richards, Christopher Songer, Kimberly Songer, C.S., Linda David, Linda David, Christopher David, Kenneth J. Drevnick and Megan Marie Sabatino added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/14/2019) |
| 01/14/2019 | 31 | R.N.S., Tonya Freeman, Jerry L. Myers, Jeffrey D. Price, Cassie Collins, Deborah Smith, James Smith, Cory Smith, Christina Smith, Joseph Helton, Sr., Jessica Cabot, Jeanne Rhea Mcmanus, Victor Ray Wise II, Theodore Lester, Katrina Coe, K.A.C, K.A.C., Rhonda Smith, Matthew Coe, Sabrina Chapman, Nicholas Baumhoer, James Kinsey, Angel Mayes, Luke Stiggins, Donald Mayes, Rhonda Beattie, Jaydean Hamilton, Stephanie Kidder, George D. White, Natalia White, Kristin White, George J. White, Edna Luz Burgos, John Mcculley, Stephanie Mcculley, T.M., R.M., Donald Field, Angelica Field, Senovia Field, Selicia Field, Theresa Hart, Wayne Newby, Nathan Newby, Ed Elliott, Veronica Hickman, David Eugene Hickman and Devon Fletcher Hickman added. (Attachments: # 1 Ex. 1, # 2 Ex. 2) (Osen, Gary) (Entered: 01/14/2019) |
| 01/14/2019 | | Case Reassigned to Judge Carol Bagley Amon. Judge Nina Gershon no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 01/14/2019) |
| 01/15/2019 | 32 | SUMMONS Returned Executed by Robert Bartlett. Societe Generale de Banque au Liban SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/15/2019) |
| 01/15/2019 | 33 | SUMMONS Returned Executed by Robert Bartlett. Fransabank SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/15/2019) |
| 01/15/2019 | 34 | SUMMONS Returned Executed by Robert Bartlett. Bank of Beirut and the Arab Countries SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/15/2019) |
| 01/16/2019 | 35 | SUMMONS Returned Executed by Robert Bartlett. Bank of Beirut SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/16/2019 | 36 | SUMMONS Returned Executed by Robert Bartlett. Middle East Africa Bank SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) |

# A-8

|  |  |  |
|---|---|---|
|  |  | (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/16/2019 | 37 | SUMMONS Returned Executed by Robert Bartlett. Lebanon and Gulf Bank SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/16/2019 | 38 | SUMMONS Returned Executed by Robert Bartlett. Byblos Bank SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/16/2019 | 39 | SUMMONS Returned Executed by Robert Bartlett. Bank Audi SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/16/2019 | 40 | SUMMONS Returned Executed by Robert Bartlett. Banque Libano-Francaise SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/16/2019 | 41 | SUMMONS Returned Executed by Robert Bartlett. Jammal Trust Bank SAL served on 1/14/2019, answer due 2/4/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/16/2019) |
| 01/17/2019 | 42 | SUMMONS Returned Executed by Robert Bartlett. BLOM Bank SAL served on 1/17/2019, answer due 2/7/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 01/17/2019) |
| 02/01/2019 | 43 | NOTICE of Appearance by Michael Jacob Radine on behalf of All Plaintiffs (aty to be noticed) (Radine, Michael) (Entered: 02/01/2019) |
| 02/04/2019 | 44 | NOTICE of Appearance by Jonathan D. Siegfried on behalf of Bank of Beirut and the Arab Countries SAL, Byblos Bank SAL, Lebanon and Gulf Bank SAL (aty to be noticed) (Siegfried, Jonathan) (Entered: 02/04/2019) |
| 02/04/2019 | 45 | Letter MOTION for Extension of Time to File Answer *Joint letter motion on behalf of all parties regarding interim extension of time* by Bank of Beirut and the Arab Countries SAL, Byblos Bank SAL, Lebanon and Gulf Bank SAL. (Siegfried, Jonathan) (Entered: 02/04/2019) |
| 02/04/2019 |  | ORDER granting 45 Motion for Extension of Time to Answer on consent of the parties. The parties are directed to file a stipulation and proposed order concerning service of process and the time within which Defendants shall respond to the Complaint by February 14, 2019. Ordered by Judge Carol Bagley Amon on 2/4/2019. (Bannon, Zachary) (Entered: 02/04/2019) |
| 02/12/2019 | 46 | MOTION for Extension of Time to File Answer *Joint Stipulation and [Proposed] Order Accepting Service and Extending Time to Respond to Complaint* by Bank of Beirut and the Arab Countries SAL, Byblos Bank SAL, Lebanon and Gulf Bank SAL. (Siegfried, Jonathan) (Entered: 02/12/2019) |
| 02/14/2019 | 47 | Letter MOTION to Intervene *on a limited basis for leave to file*, Letter MOTION to Strike 1 Complaint,, *paragraphs 348 and 352* by Achraf Safieddine. (Lin, David) (Entered: 02/14/2019) |
| 02/14/2019 | 48 | NOTICE of Appearance by Brian Howard Polovoy on behalf of Bank of Beirut SAL (aty to be noticed) (Polovoy, Brian) (Entered: 02/14/2019) |
| 02/14/2019 | 49 | NOTICE of Appearance by Henry Sabath Weisburg on behalf of Bank of Beirut SAL (aty to be noticed) (Weisburg, Henry) (Entered: 02/14/2019) |
| 02/14/2019 | 50 | Corporate Disclosure Statement by Bank of Beirut SAL (Polovoy, Brian) (Entered: |

# A-9

|            |      | 02/14/2019)                                                                                                                                                                                                                                                                                                                                      |
|------------|------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 02/14/2019 | 51   | NOTICE of Appearance by Douglas Walter Mateyaschuk, II on behalf of Bank of Beirut and the Arab Countries SAL, Byblos Bank SAL, Lebanon and Gulf Bank SAL (aty to be noticed) (Mateyaschuk, Douglas) (Entered: 02/14/2019)                                                                                                                         |
| 02/14/2019 | 52   | NOTICE of Appearance by Linda C. Goldstein on behalf of BLOM Bank SAL, Fransabank SAL (aty to be noticed) (Goldstein, Linda) (Entered: 02/14/2019)                                                                                                                                                                                               |
| 02/14/2019 | 53   | NOTICE of Appearance by Christopher James Houpt on behalf of Bank Audi SAL (aty to be noticed) (Houpt, Christopher) (Entered: 02/14/2019)                                                                                                                                                                                                        |
| 02/15/2019 | 54   | NOTICE of Appearance by Mark G. Hanchet on behalf of Banque Libano-Francaise SAL (aty to be noticed) (Hanchet, Mark) (Entered: 02/15/2019)                                                                                                                                                                                                       |
| 02/15/2019 | 55   | NOTICE of Appearance by Robert William Hamburg on behalf of Banque Libano-Francaise SAL (aty to be noticed) (Hamburg, Robert) (Entered: 02/15/2019)                                                                                                                                                                                              |
| 02/15/2019 | 56   | NOTICE of Appearance by Christopher Mark Curran on behalf of Jammal Trust Bank SAL (aty to be noticed) (Curran, Christopher) (Entered: 02/15/2019)                                                                                                                                                                                               |
| 02/15/2019 | 57   | NOTICE of Appearance by Nicole Erb on behalf of Jammal Trust Bank SAL (aty to be noticed) (Erb, Nicole) (Entered: 02/15/2019)                                                                                                                                                                                                                   |
| 02/15/2019 | 58   | NOTICE of Appearance by Claire Delelle on behalf of Jammal Trust Bank SAL (aty to be noticed) (Delelle, Claire) (Entered: 02/15/2019)                                                                                                                                                                                                           |
| 02/15/2019 | 59   | NOTICE of Appearance by Naomi B Weinberg on behalf of All Plaintiffs (aty to be noticed) (Weinberg, Naomi) (Entered: 02/15/2019)                                                                                                                                                                                                                |
| 02/20/2019 | 60   | MOTION to Appear Pro Hac Vice *by Michael J. Sullivan* Filing fee $ 150, receipt number ANYEDC-11216375. by Societe Generale de Banque au Liban SAL. (Attachments: # 1 Affidavit of Michael J. Sullivan, # 2 Exhibit Certificate of Good Standing) (Sullivan, Michael) (Entered: 02/20/2019)                                                       |
| 02/22/2019 | 61   | NOTICE of Appearance by Gassan Adnan Baloul on behalf of Middle East Africa Bank SAL (aty to be noticed) (Baloul, Gassan) (Entered: 02/22/2019)                                                                                                                                                                                                  |
| 02/22/2019 | 62   | NOTICE of Appearance by Mitchell Rand Berger on behalf of Middle East Africa Bank SAL (aty to be noticed) (Berger, Mitchell) (Entered: 02/22/2019)                                                                                                                                                                                               |
| 02/22/2019 | 63   | Corporate Disclosure Statement by Societe Generale de Banque au Liban SAL (Sullivan, Michael) (Entered: 02/22/2019)                                                                                                                                                                                                                             |
| 02/25/2019 |      | SCHEDULING ORDER: On February 14, 2019, Proposed Intervenor Achraf Safieddine filed a Letter Motion to Intervene, D.E. # 47, not in accordance with this Court's Individual Motion Practices and Rules. The Court construes this motion as a letter for a pre-motion conference. Plaintiffs are directed to respond to this letter by March 4, 2019. A pre-motion conference will be held March 11, 2019 at 3:00 PM in Courtroom 10D South before the Honorable Carol Bagley Amon. Ordered by Judge Carol Bagley Amon on 2/25/2019. (Bannon, Zachary) (Entered: 02/25/2019) |
| 02/25/2019 |      | ORDER REFERRING MOTION: Defendant's MOTION to Appear Pro Hac Vice, D.E. # 60, is respectfully referred to the Honorable Vera M. Scanlon. Ordered by Judge Carol Bagley Amon on 2/25/2019. (Bannon, Zachary) (Entered: 02/25/2019)                                                                                                                |
| 02/25/2019 |      | ORDER REFERRING MOTION: The parties' joint MOTION for Extension of Time to File Answer - Joint Stipulation and [Proposed] Order Accepting Service and Extending Time to Respond to Complaint, D.E. # 46, is respectfully referred to the Honorable Vera |

| | | M. Scanlon. Ordered by Judge Carol Bagley Amon on 2/25/2019. (Bannon, Zachary) (Entered: 02/25/2019) |
|---|---|---|
| 02/27/2019 | 64 | Corporate Disclosure Statement by Middle East Africa Bank SAL (Baloul, Gassan) (Entered: 02/27/2019) |
| 02/27/2019 | 65 | Corporate Disclosure Statement by Bank Audi SAL (Houpt, Christopher) (Entered: 02/27/2019) |
| 02/27/2019 | | ORDER deferring ruling on 60 Motion for Leave to Appear Pro Hac Vice. Per Local Civil Rule 1.3(c), a motion for leave to appear *pro hac vice* must include a properly sworn and notarized affidavit, with the locus of notarization below the case caption, containing the information specified by the Local Rule. The affidavit attached to counsel's motion at 60 does not satisfy this requirement. Counsel is ordered to supplement his motion by filing a properly sworn and notarized affidavit in accordance with the Local Rules. The affidavit should not be filed as a new motion. It will be considered as a supplement to the existing motion. Ordered by Magistrate Judge Vera M. Scanlon on 2/27/2019. (Tuffaha, Omar) (Entered: 02/27/2019) |
| 02/27/2019 | | ORDER: The motion at 46 is granted in part and denied in part. Defendants' time to answer or otherwise respond to the Complaint is extended to 5/31/2019. The Parties may stipulate to any earlier schedule, but given the length of the Complaint, the fact-intensive investigation required to respond to the Complaint and the complex legal issues raised by the Complaint, the Court will not require Defendants to respond by the proposed earlier dates. Any pre-motion conference letter must include a complete proposed briefing schedule in accordance with Rule 3.B of Judge Amon's Individual Motion Practices and Rules. Ordered by Magistrate Judge Vera M. Scanlon on 2/27/2019. (Tuffaha, Omar) (Entered: 02/27/2019) |
| 02/27/2019 | | SCHEDULING ORDER: An Initial Conference is set for 7/17/2019 at 11:00 AM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. The Parties should be prepared to discuss discovery and any settlement possibilities. Ordered by Magistrate Judge Vera M. Scanlon on 2/27/2019. (Tuffaha, Omar) (Entered: 02/27/2019) |
| 03/01/2019 | 66 | Corporate Disclosure Statement by Byblos Bank SAL (Mateyaschuk, Douglas) (Entered: 03/01/2019) |
| 03/01/2019 | 67 | Corporate Disclosure Statement by Lebanon and Gulf Bank SAL (Mateyaschuk, Douglas) (Entered: 03/01/2019) |
| 03/01/2019 | 68 | Corporate Disclosure Statement by Bank of Beirut and the Arab Countries SAL (Mateyaschuk, Douglas) (Entered: 03/01/2019) |
| 03/01/2019 | 69 | Supplemental MOTION to Amend/Correct/Supplement 60 MOTION to Appear Pro Hac Vice *by Michael J. Sullivan* Filing fee $ 150, receipt number ANYEDC-11216375. by Societe Generale de Banque au Liban SAL. (Attachments: # 1 Affidavit of Michael J. Sullivan, # 2 Exhibit Certificate of Good Standing) (Sullivan, Michael) (Entered: 03/01/2019) |
| 03/04/2019 | 70 | RESPONSE in Opposition re 47 Letter MOTION to Intervene *on a limited basis for leave to file*Letter MOTION to Strike 1 Complaint,, *paragraphs 348 and 352* filed by Robert Bartlett. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7) (Osen, Gary) (Entered: 03/04/2019) |
| 03/04/2019 | 71 | Corporate Disclosure Statement by BLOM Bank SAL (Goldstein, Linda) (Entered: 03/04/2019) |
| 03/04/2019 | 72 | Corporate Disclosure Statement by Fransabank SAL (Goldstein, Linda) (Entered: 03/04/2019) |

| | | |
|---|---|---|
| 03/05/2019 | | ORDER granting 60 Motion for Leave to Appear Pro Hac Vice, as supplemented at 69 . The attorney shall register for ECF. Registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. The supplemental submission at 69 was incorrectly filed as a Motion to Amend/Correct/Supplement. *See* 2/27/2019 Order deferring ruling on motion for leave to appear pro hac vice. Accordingly, that motion is terminated. Ordered by Magistrate Judge Vera M. Scanlon on 3/5/2019. (Tuffaha, Omar) (Entered: 03/05/2019) |
| 03/07/2019 | 73 | NOTICE of Appearance by Michael Sullivan on behalf of Societe Generale de Banque au Liban SAL (notification declined or already on case) (Sullivan, Michael) (Entered: 03/07/2019) |
| 03/07/2019 | | PRO HAC VICE FILING FEE: re 60 MOTION to Appear Pro Hac Vice *by Michael J. Sullivan* Filing fee $ 150, receipt number ANYEDC-11216375. $ 150, receipt number ANYEDC-11264927 (Sullivan, Michael) (Entered: 03/07/2019) |
| 03/11/2019 | | Minute Entry for Pre-Motion Conference: For Plaintiff - Gary M. Osen; For Proposed Intervenor Safieddine - David D. Lin. Safieddine's motion to intervene/strike is due March 25, 2019. Plaintiffs' response is due April 8, 2019. Any reply is due April 15, 2019. The parties are directed to appear for oral argument on May 9, 2019 at 10:00 AM in Courtroom 10D South before the Honorable Carol Bagley Amon. (Court Reporter Holly Driscoll.) (Bannon, Zachary) (Entered: 03/11/2019) |
| 03/12/2019 | 74 | MOTION to Appear Pro Hac Vice *Andrew J. Pincus* Filing fee $ 150, receipt number ANYEDC-11279644. by Bank Audi SAL. (Attachments: # 1 Declaration of Andrew J. Pincus in Support of Motion, # 2 Certificate of Good Standing, # 3 Certificate of Good Standing, # 4 Proposed Order) (Pincus, Andrew) (Entered: 03/12/2019) |
| 03/13/2019 | 75 | NOTICE of Appearance by Kevin Charles Kelly on behalf of Bank Audi SAL (aty to be noticed) (Kelly, Kevin) (Entered: 03/13/2019) |
| 03/14/2019 | | ORDER granting 74 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee* . Ordered by Magistrate Judge Vera M. Scanlon on 3/14/2019. (McCuiston, Hannah) (Entered: 03/14/2019) |
| 03/14/2019 | 76 | NOTICE of Appearance by Andrew J. Pincus on behalf of Bank Audi SAL (notification declined or already on case) (Pincus, Andrew) (Entered: 03/14/2019) |
| 03/25/2019 | 77 | Letter *re: Motion to Intervene/Strike* by Achraf Safieddine (Lin, David) (Entered: 03/25/2019) |
| 04/08/2019 | 78 | Letter *regarding Mr. Safieddine's Motion for Limited Intervention and Motion to Strike* by Robert Bartlett (Osen, Gary) (Entered: 04/08/2019) |
| 04/12/2019 | 79 | Notice of Related Case (Davis, Kimberly) (Entered: 04/12/2019) |
| 04/15/2019 | 80 | Fully Briefed MOTION to Intervene , Fully Briefed MOTION to Strike 1 Complaint,, by Achraf Safieddine. (Attachments: # 1 Declaration of Achraf Safieddine in Support of Motion, # 2 Exhibit A to Safieddine Decl., # 3 Exhibit B to Safieddine Decl., # 4 Exhibit C to Safieddine Decl., # 5 Exhibit D to Safieddine Decl., # 6 Exhibit E to Safieddine Decl., # 7 Memorandum in Support) (Lin, David) (Entered: 04/15/2019) |

# A-12

| | | |
|---|---|---|
| 04/15/2019 | 81 | REPLY in Support re 80 Fully Briefed MOTION to Intervene Fully Briefed MOTION to Strike 1 Complaint,, filed by Achraf Safieddine. (Lin, David) (Entered: 04/15/2019) |
| 04/15/2019 | 82 | MEMORANDUM in Opposition re 80 Fully Briefed MOTION to Intervene Fully Briefed MOTION to Strike 1 Complaint,, filed by Robert Bartlett. (Osen, Gary) (Entered: 04/15/2019) |
| 04/18/2019 | 83 | NOTICE of Appearance by Joseph Stewart Alonzo on behalf of Middle East Africa Bank SAL (aty to be noticed) (Alonzo, Joseph) (Entered: 04/18/2019) |
| 04/19/2019 | 84 | Corporate Disclosure Statement by Jammal Trust Bank SAL identifying Corporate Parent Hanover International Holding Limited for Jammal Trust Bank SAL. (Curran, Christopher) (Entered: 04/19/2019) |
| 04/30/2019 | 85 | MOTION to Appear Pro Hac Vice *by Brian J. Leske* Filing fee $ 150, receipt number ANYEDC-11434308. by Societe Generale de Banque au Liban SAL. (Attachments: # 1 Declaration of Brian J. Leske, # 2 Exhibit A - MA Certificate of Good Standing, # 3 Exhibit B - DC Certificate of Good Standing, # 4 Exhibit C - VA Certificate of Good Standing) (Leske, Brian) (Entered: 04/30/2019) |
| 04/30/2019 | 86 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11435454. by BLOM Bank SAL, Fransabank SAL. (Attachments: # 1 Affidavit of Michael H. McGinley In Support, # 2 Proposed Order) (McGinley, Michael) (Entered: 04/30/2019) |
| 05/01/2019 | | ORDER granting 85 Motion for Leave to Appear Pro Hac Vice The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 5/1/2019. (Oliner, Daniel) (Entered: 05/01/2019) |
| 05/01/2019 | | ORDER granting 86 Motion for Leave to Appear Pro Hac Vice The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 5/1/2019. (Oliner, Daniel) (Entered: 05/01/2019) |
| 05/02/2019 | 87 | NOTICE of Appearance by Brian Leske on behalf of Societe Generale de Banque au Liban SAL (notification declined or already on case) (Leske, Brian) (Entered: 05/02/2019) |
| 05/02/2019 | | PRO HAC VICE FILING FEE: re 85 MOTION to Appear Pro Hac Vice *by Brian J. Leske* Filing fee $ 150, receipt number ANYEDC-11434308. $ 150, receipt number ANYEDC-11444588 (Leske, Brian) (Entered: 05/02/2019) |
| 05/09/2019 | | Minute Entry for proceedings held before Judge Carol Bagley Amon: For Plaintiffs - Gary Osen, Ari Unger; For Proposed Intervenor Achraf Safieddine - David Lin. Oral Argument held on Proposed Intervenor Safieddine's motion to strike, D.E. # 80. Safieddine's motion to strike is granted, order to follow. (Court Reporter Linda Danelczyk.) (Bannon, Zachary) (Entered: 05/09/2019) |
| 05/09/2019 | 88 | MEMORANDUM AND ORDER: As such, the Court strikes the allegations in Paragraphs 348 and 352 of the Complaint without prejudice to Plaintiffs' amending the Complaint to allege additional facts that would establish the relevance of the Safieddine |

# A-13

| | | |
|---|---|---|
| | | allegations to the issues in this case. Ordered by Judge Carol Bagley Amon on 5/9/2019. (Fernandez, Erica) (Entered: 05/09/2019) |
| 05/09/2019 | 89 | Corporate Disclosure Statement by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 05/09/2019) |
| 05/31/2019 | 90 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11532177. by A.B.(a minor). (Attachments: # 1 Affidavit in Support Affidavit in Support of Motion, # 2 Certificate of Service Certificate of Good Standing) (Turner, Clyde) (Entered: 05/31/2019) |
| 05/31/2019 | 91 | Joint MOTION for pre motion conference *on behalf of all Defendants* by Banque Libano-Francaise SAL. (Hanchet, Mark) (Entered: 05/31/2019) |
| 05/31/2019 | 92 | Letter by Middle East Africa Bank SAL (Baloul, Gassan) (Entered: 05/31/2019) |
| 05/31/2019 | 93 | MOTION for pre motion conference by Societe Generale de Banque au Liban SAL. (Sullivan, Michael) (Entered: 05/31/2019) |
| 06/05/2019 | | ORDER deferring ruling on 90 Motion for Leave to Appear Pro Hac Vice. Counsel shall supplement the filing at 90 to provide, pursuant to Local Rule 1.3(c): "a certificate of the court for each of the *states* in which the applicant is a member of the bar... and [which] states that the applicant is a member in good standing of the bar of that state court...." (emphasis added). Ordered by Magistrate Judge Vera M. Scanlon on 6/5/2019. (Oliner, Daniel) (Entered: 06/05/2019) |
| 06/05/2019 | 94 | NOTICE by Robert Bartlett re 90 MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-11532177. *Supplemented COG* (Turner, Clyde) (Entered: 06/05/2019) |
| 06/06/2019 | | ORDER granting 90 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 6/6/2019. (Oliner, Daniel) (Entered: 06/06/2019) |
| 06/06/2019 | 95 | NOTICE of Appearance by Clyde T. Turner on behalf of Robert Bartlett (aty to be noticed) (Turner, Clyde) (Entered: 06/06/2019) |
| 06/07/2019 | 96 | Letter *from Gary M. Osen to Hon. Carol Bagley Amon regarding Defendants' May 31, 2019 Pre-Motion Conference Letters, ECF Nos. 91-93* by Robert Bartlett (Osen, Gary) (Entered: 06/07/2019) |
| 06/11/2019 | | ORDER granting [91-93] Motions for Pre-Motion Conference. A Pre-Motion Conference will be held on June 21, 2019 at 3:00 PM in Courtroom 10D South. Ordered by Judge Carol Bagley Amon on 6/11/2019. (Bannon, Zachary) (Entered: 06/11/2019) |
| 06/12/2019 | | SCHEDULING ORDER: In light of the parties' joint proposed briefing schedule, D.E. # 91 at 3, the premotion conference currently scheduled for June 21, 2019 is adjourned sine die. Defendants shall file their omnibus motion, not to exceed 50 pages, by July 15, 2019. MEAB and SGBL shall file their supplemental motions, not to exceed 25 pages each, on the same date. Plaintiff shall file a joint response, not to exceed 75 pages, by August 19, 2019. Defendants shall file their omnibus reply, not to exceed 25 pages, by September 20, 2019. MEAB and SGBL shall file their individual replies, not to exceed 15 pages, on the same date. Ordered by Judge Carol Bagley Amon on 6/12/2019. (Bannon, Zachary) (Entered: 06/12/2019) |

# A-14

| | | |
|---|---|---|
| 07/05/2019 | 97 | MOTION to Withdraw as Attorney by Robert Bartlett. (Attachments: # 1 Declaration of William A. Friedman) (Friedman, William) (Entered: 07/05/2019) |
| 07/08/2019 | | ORDER granting 97 Motion to Withdraw as Attorney. Attorney William Adam Friedman terminated. Ordered by Magistrate Judge Vera M. Scanlon on 7/8/2019. (Quinlan, Krista) (Entered: 07/08/2019) |
| 07/10/2019 | 98 | NOTICE of Appearance by Franklin George Monsour, Jr on behalf of Middle East Africa Bank SAL (aty to be noticed) (Monsour, Franklin) Modified on 7/11/2019 to correct the spelling of attorney name (Piper, Francine). (Entered: 07/10/2019) |
| 07/12/2019 | 99 | Letter MOTION to Adjourn Conference *Letter motion on behalf of all defendants requesting the adjournment of the July 17, 2019 Initial Conference* by Bank of Beirut and the Arab Countries SAL, Byblos Bank SAL, Lebanon and Gulf Bank SAL. (Siegfried, Jonathan) (Entered: 07/12/2019) |
| 07/12/2019 | | ORDER granting in part and denying in part 99 Motion to Adjourn Conference. Counsel are advised that the Initial Conference currently scheduled for 7/17/2019 has been rescheduled to 10/16/2019 at 11:00 AM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Counsel are to confirm amongst themselves that all are aware of this change. Ordered by Magistrate Judge Vera M. Scanlon on 7/12/2019. (Quinlan, Krista) (Entered: 07/12/2019) |
| 07/15/2019 | 100 | Letter *Cover Letter re Service of Defendants' Joint Motion to Dismiss* by Banque Libano-Française SAL (Hanchet, Mark) (Entered: 07/15/2019) |
| 07/15/2019 | 101 | Letter *to Counsel pursuant to Judge Amon's Individual Rule 3(D) regarding service of Supplemental Motion To Dismiss* by Societe Generale de Banque au Liban SAL (Sullivan, Michael) (Entered: 07/15/2019) |
| 07/15/2019 | 102 | Letter *Cover Letter re. Service of Defendant MEAB's Motion to Dismiss* by Middle East Africa Bank SAL (Baloul, Gassan) (Entered: 07/15/2019) |
| 07/16/2019 | 103 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on May 9, 2019, before Judge Carol B. Amon. Court Reporter/Transcriber Linda D Danelczyk, Telephone number 718-613-2330. Email address: Linda_Danelczyk@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 8/6/2019. Redacted Transcript Deadline set for 8/16/2019. Release of Transcript Restriction set for 10/14/2019. (Danelczyk, Linda) (Entered: 07/16/2019) |
| 07/25/2019 | 104 | NOTICE of Appearance by Michael E. Elsner on behalf of All Plaintiffs (aty to be noticed) (Elsner, Michael) (Entered: 07/25/2019) |
| 08/02/2019 | 105 | AMENDED COMPLAINT against All Defendants, filed by Marjorie Falter, Belinda Garcia, Marilyn Haybeck, Flora Hood, Kathaleen Freeman, Theresa A. Kuhlmeier, Daniel Dixon, R.M.S., Charles E. Matheny, III, Rikki Lukow, Tammy Denboer, Elizabeth Lynn Islas, Russel Hicks, Sr., James David Hochstetler, Richard Adamson, Maria Vidal, J.F., Trenton Starcevich, David Hartley, Mark Dammann, Heather Ann Farkas, Kathleen Gramkowski, Jesse Williamson, Jill Ann Bock, Alisha Huckfeldt, Tony Wood, Brian Radke, James Gmachowski, Glenn Michael Cox, Lorenzo Sandoval, Sr, Tyler Ginavan, Marian Brown, A.T., M.D.H., Patricia Arsiaga, Raven Adams, Steven Morris, Matthew Coe, Walter Bailey, Shawn Ryan, Anona Gonelli, James L. Reeves, Veronica Hickman, Jill Hake, Sylvia Macias, David Woodward, Angel Gomez, David Lucas, Nova Radke, Preston Charles Kaplan, Jackie Stewart, Russell Mason, Jessica Heinlein, Barbara Lammers, Sally Chand, Logan McCoy, Nathan Richards, Randolph Delbert Nantz, |

Nancy Fuentes, Kari Carosella, Deborah Noble, L.S.(a minor), Katherine Prowse, Dan Laird, Summer Stephens, Linda David(individually and on behalf of the Estate of Timothy A. David), C.H., Maria E. Calle, Yolanda Brooks, Nicole DeBrabander, John Watts, Marcia Kirby, Angel Munoz, William F. Hecker, Jr, Daisy Tucker, Sarah Phillips, Carol Kruger, Robert Bartlett, John Kirby, D.M.W., Kyshia Sutton, Alvis Burns, Patrick Tutwiler, Danielle Sweet, Kevin Connelly, Racquel Arnae Bobb Miles, S.C., Amy Lynn Robinson, Lisa Duncan, Luis Junior Puertas, John Christopher Hicks, Kaylie Hartley, T.B., Francis L. Cote, Kathleen Stephens, Danny Arizola, William Hinson, Christopher Anthony Bershefsky, Albert Snyder, Terrell Gilmore, Jr., Ryan Chand, Alexandria L. Lee, Kara Connelly, Daniel Dudek, Adrian Mccann, Margaret Dudek, Linda Pritchett, Anthony M. Gerber, Lidia Sullivan, Katherine McRill-Fellini, Devon Fletcher Hickman, Amanda B. Adair, Sangsoon Kim, Ingrid Fisher, Bayli Vacho, Allen Swinton, Kiana Blohm, Iliana M. Rosa-Valentin, Virginia Billiter, S.W.(a minor), W. Jean Reeves, Austin Bewley, Jazmon Reyna, Gretchen Lang, Christopher Hurst, Joanne Gutcher, Danielle Dechaine-Morris, Patrick Farr, Harry Cromity, W.H.(a minor), Daphnie Jonaus Martin, Emily Shaw, Patrick O'Neill, Rachelle Idol, Andrew Dudek, Nicole B. Stein, Steven Price, Adrianne Kidd, Andrew Jeffrey Anderson, Daniel Luckett, Denise Jackson, Jason Whitehorse, Russel York, Elizabeth Murphy-Sweet, J.S.S., D.J.F., Richard Neiberger, Tim Lucas, Steven W. Hiller, Daniel Tyler Brooks, Scott Huckfeldt, William Allmon, J.H. (a minor), Charles Vincent, Helen Marguerite Irwin, Julie Salhus, Daniel Austin Dixon, Steven Richards, Leanne Lizabeth Hochstetler, Tonya K. Dressler, Paul D. Harris, Erin Lee Dructor, Tricia English, Ed Elliott, Rhonda Smith, Kenneth J. Drevnick, Evan Kirby, Noel J. Farley, Sr., Michael Chand, Jr, William Justin Weatherly, Jody Lyn Heinlein, Kristen Kelley, Tracie Arsiaga, Chaquita Talbert, Eric Donoho, Fran Hinson, Carl Reiher, Rachel M. Gillette, Douglas R. Bogart, Ashley Wells Simpson, Jonathan Heslop, Masina Tuliau, Glenda Starcevich, Rhonda Beattie, A.D.B., Joshua Ryan Nantz, Ronald William Crabtree, Silver Farr, Sabrina Cumbe, Johnny Allen Blair, Paula C. Bobb-Miles, D.J.H., Kristin Walker, Nashima Williams Craig, R.N.S., Peter Hake, Kyle Austin Marshall, Nicole DiCenzo, Kacey Gilmore, M.W., Todd Daily, R.M.(a minor), Steven Vernier, Jr, David Noble, Brett Coke, Brittany Hogan, Maria Gomez, C.K., Richard Landeck, H.S., Marckendy Jonaus, Floyd Burton Robinson, Curtis Glawson, Sr, James Cole, Ricardo Arizola, Derek Gajdos, Mark Schichtl, Rosa Esther Sandoval, Rhett Stephens, Robert James Hunt, Brenda Habsieger, Alicia Lammers, Wendy Coleman, Candace Cathryn Hudson, Kynesha Dhanoolal, Linda David(individually and on behalf of the Estate of Michael David), Meghan Parker-Crockett, Patrick Reuben, Robert J. Kuhlmeier, Chad Wells, Dennis DeBrabander, Lance Haupt, K.A.C. (a minor), Charles Heinlein, Sr, Debra Mariano, Jason York, Necole Dunlow Smith, Willette Murphy, Narciso Melendez, Tyler Latham, David Eugene Hickman, Debra Levi, Noni Kaplan, Emma McGarry, Katie Woodard, Crystal Stewart, Lillie Lai Lee, Michele White, Clifford L. Smith, Jr, Lisi Aieti, Luke Stiggins, Mary Catherine McLaughlin, Gernessoit Jonaus, Daniel R. Benson, D.D., Ardith Cecil Dressler, Kousay Al-Taie, William Lee, Jeanette West, Brian J. Casey, Matthew Adamson, Megan Marie Sabatino, Delilah Brown, Christina Mahon, Zachary Burks, Marsha Novak, Misti Fisher, Bree Reuben, L.M., Rhonda Haupt, Luis Rosa-Valentin, Jasmin Reynoso, Gwendolyn Morin-Marentes, Theresa Ann Kuhlmeier, Michael Mock, Daniel Thomas, Jr, Julio Fuentes, Erin Bouten, David Garrigus, T.T.B., Kristen Galen, J.J.H., Katherine M. Crow, Casey Boehmer, James Higgins, Emily Adams, Karen Hall, Raymond Montgomery, Terrymarie Stanton, Sherri C. Holiman, Stephanie Gibson Webster, Jamie Zarcone, Joshua Starkey, K.E.C., John Taylor, Carrol Alderete, Tracy Anderson, J.J., R.J.S., Lori Ann McCormick, Tina Eastlund, Nanette Saenz, Barbara Farley, Jackie Merk Hlastan, Kathryn Huckfeldt, Randolph Freeman, Maxine E. Crockett, Cameron Farley, Juan Saenz, Thomas Smith, Jennifer Renee York, Boonchob Prudhome, Stephanie Mcculley, Drew Edwards, Rhonda Kemper, Daniel C. Oliver, Cecilia Arizola, Jacob Michael Robinson, Michelle Taylor, T.M.(a minor), Derek Stephens, Bruce Lukow, Kathy Kugler, Stephanie Hood, M.R.(a minor), Tonya Freeman,

# A-16

Michelle Benavidez, Edward Kuhlmeier, Justin Adamson, Nichole Lohrig, Anthony Alderete, Nawal Al-Taie, William Witte, Anne P. Joyner, Clifford Vaughn, A.F.(a minor), Lauren Shumate, Tawanna Talbert Darring, Daniel Benavidez, Skylar Hake, Michael Lukow, Charlee Blair Webb, Henry J. Bandhold, Sr, Jeffrey D. Price, Marc Stearns, Brandon Arnold, Adam Wood, Christopher Levi, I.W., Nicholas Gene Koulchar, Wayne Brown, C.S.(a minor), B.B., Greg Klecker, Glenn Dale Hicks, Sr, Robert Funcheon, Nancy Umbrell, Colleen Czaplicki, Joaqina Saenz Chorens, Daniel Carvill, Aloysius Sanchez, Sr, Ava Tomson, Nathaniel Foley, Donna Jean Heath, Audelia Morin, Katrina Coe, G.H., Philip Alan Derise, Marlynn Gonzales, Joshua Denman, Cory Smith, Angela M. Laird, Megan Wood, L.W., Matthew Craig, Judy Ann Crabtree, Andrew Lukow, Darlene Shelton, Wesley Williamson, Luke Murphy, Raymond Nigel Spencer, Sr., Deadra Garrigus, Kathryn Head, Denise Vennix, K.A.C, Larry DiCenzo, Joyce Craig, Cesar Contreras, Emily Levi, Joedi Wood, Joseph Lukow, Cana Hickman, Robin Roberts, Sarah Dudek, S.S., Sean Elliott, Georgianna Stephens-Smith, Jordan M. Laird, Christopher Bouten, Patrick Ward, Melissa Dressler, Tatyana Fuentes, Tanja Kuhlmeier, Eric Phye, Gloria P Reynoso, Joan Henscheid, Nicholas Morris, Steven J. Friedrich, G.L., Matthew Menke, Robert Kugler, Terrel Charles Bartlett, Cathy Andino, Adam Mattis, Phyllis Taylor, J.M.H., Amber Habsieger, Ariana Starcevich, K.A., Heath Damon Hobson, S.L.H., Brent Hinson, Timothy Tiffner, E.R., Kimberlee Austin-Oliver, Mark Hurst, Lisa Ramaci, Kelly Gillis, Norma Alicia Contreras, M.B.S., J.L.(a minor), Joseph T. MIller, Jeremy D. Smith, Donald Mayes, Alan Burks, Megan People, John Richard Tully, II, Brett Farley, Christopher Joyner, Angelica Andrade, Matthew Garrigus, Steven T. Fisher, Jennifer Roose, Cassandra Bailey, Eric Neiberger, Sharen Jonaus Martin, Trent Stephens, Lee Wolfer, Nicholas Prowse, Theresa Davis, Kaiya Collado, Tabitha McCoy, Justin Waldeck, Joni Ariel Reeves Little, Tammy Dorsey, Jodee Johnson, Roberto Arizola, Sr, Nathan English, Alison Burks McRuiz, Cynthia Delgado, Andrew Bradley, Kedrick Dante Moody, Don Jason Stone, Donna Lewis, Andy Pool, Jerry L. Myers, Jeffrey C. Mann, George Arsiaga, John Stearns, Bridget Juneau, Breanna Lynn Gasper, Donna Farley, Austin Wallace, Brian T. Shelton, Afonso Bandhold, Mary Neiberger, Nancy Hecker, Kira Sikes, Richard Tomson, Mackenzie Haines, Christopher Bogart, Luz Maria Estrada-Pulido, Jessica H. Williams, Nicholas Baumhoer, Sandra Hankins, Esteban Morin, Michael Koulchar, Gina Tesnar, Lindsay Young, Rebecca J. Oliver, Charles B. Gregston, James Smith, Jackie Farrar-Finken, Sabrina Glawson, Michael Scott DeWilde, Shannon Shumate, John D Hecker, Lillian Hurst, David Wayne Hartley, Ryan Wilson, Lola Jean Modjeska, Beverley Wolfer, Denice York, Fabersha Flynt Lewis, Keri Hake, Pamela Adle-Watts, Robi Ann Galindo, Brandie Stanton, Kurtiss Lamb, Bryan S. Shelton, M.R.M, Johnny Javier Miles, Jr, Jacqueline A. Smith, Melissa Benson, Mark Munns, Carl K. Greer, Carrie Thompson, Tom B. Lee, Richard Fraser, Joanne Sue Hassler, Andrew Lucas, Hunter L. Laird, Jonathan Contreras, Sr, Maria Alvarez, Alexander Zayas, Nannette Bryne-Haupt, Connie Haddock, Jennifer Link, Dove Deanna Adams, Charlotte Freeman, Holly Burson, Christopher Watts, Natalia White, Zachary Hake, T.S. (a minor), Sean Harrington, Tamara Runzel, Shyanne Smith-Lizotte, K.B., Suzzettee Lawson, Cedric Hunt, E.C.R., Gladys E. Reyes Centeno, Lavonna Harper, Dawn Haines, Robert Neiberger, Jennifer Morman, Harry Riley Bock, Carlos Contreras, Devon Wallace, Tiffany M. Little, Mary Jane Vandegrift(individually and on behalf of the Estate of Matthew R. Vandegrift), Samantha Dunford, Christina Melendez, Calvin Canine, Les Kuglicis, Wayne Newby, Rebecca Barattieri, Kyla Ostenson, Frances Catherine Castro, Judy Hoffman, Brenda Little, Paula Menke, Connie Moody, Debra Wigbels, Jean Dammann, Donna Engeman, Stephanie Kidder, Sylvia Johnson Spencer, Deborah Smith, Debra Cook-Russell, Michael Habsieger, H. Joseph Bandhold, I.F., Megan Mauk, Estavan Morin, Sr, J.T.B., Rayanne Hunter, Daniel Benavidez, Jr, Hernan Contreras, Taylor Eastlund, Christina Smith, Micheal Paul Allen Shelswell, J.M., Judy Collado, Dixie Flagg, Chastity Dawn Laflin, Ashley Vacho Leslie, Ricky Jonaus, M.R.M., Tanya Evrard, Colin Haines, Lucas William Robinson, John Richard Tully,

# A-17

Mark Umbrell, P.A., Jean Pruitt, Veronica Pena Andrade, Richard Lee, Carol Benson, Roberto Aaron Arizola, Timothy Newman, Colin Roberts, Roberto Andrade, Sr., Sven Eastlund, Sabrina Chapman, Shane Irwin, Scott Lilley, Crystal Tutwiler, Suheil Campbell, Douglas Kruger, David Finken, Mariana Bandhold, Petra Spialek, Velina Sanchez, Daniel Thomas, Sr, Patricia Montgomery, James Vaughn, A.L.R., K.K, David C. Iverson, Kaytrina Jackson, L.R., N.C.E., T.C., Dianne O'Neill, William Parker, Ethan Fritz, Edna Luz Burgos, William Farrar,Sr., Brandeaux Campbell, Christina Sheridan, Jerry A. Palinsky, Sr, Steve Wadleigh, Kathleen Hoke, Michelle West, Tifany Thompson, Jesseca Lyn Tsosie, Kevin Graves, Judas Recendez, Corena Martin, Daniel Fritz, Miranda Pruitt, James Kinsey, Kemely Pickett, Jarrett Ward, D.A.S., Mary Carvill, Jeffrey Anderson, Victor Ray Wise II, Billy Doal Wells, Nicole Barattieri, Nichole Garrigus, Victoria Landeck, Donna Kuglics, Christopher Songer, Jessalyn Holt, Valencia Cook, Ling P. Lee, Rosemarie Alfonso, Daniel Dressler, Lark Adams, Richard E. Hassler, Erik Roberts, Patricia Wheatley, A.M.H., Margarita Aristizabal, Theresa Hart, Mary Jane Vandegrift(individually and on behalf of the Estate of John Vandegrift), Daniel Menke, Joseph L. Greer, Shelley Ann Casey, Christopher Miller, Rene Pool, Jared S. Stevens, Kenny Lee, A.Z.-C., Melinda Flick, John Gibson, Olga Lydia Gutierrez, Fred Frigo, Nicole A. Kaplan, Rebecca L. Samten-Finch, Tammy Vanderwaal, Tyler Norager, Britney E. Carter, David James Hicks, Shannon Millican, R.A., Carllie Paul, Theodore Lester, Lori Ann McCoy, K.L., Bobbie D. Mariano, C.L.(a minor), Anastasia Fuller, Richard Finken, Joshua Schichtl, Kierra Glawson, Faith Renee Stoneking, Patricia Reynoso, Brianna Renee Navejas, Poloka Aieti, Donielle Edwards, Shelby West, Victoria M. Foley, Russel Hicks, Jr., Elva Espinoza, Chad Farr, Crista Munns, David Arnold, Anthony Hudson, Joseph Helton, Sr., John D. Lamie, George D. White, C.F., Bashar Al-Taie, Matthew Lilley, Vivian Pickett, Billy Johnson, Cara Roberts, C.B., Chris Farley, Jessica Hubbard, Randall Geiger, Robert Canine, John Sackett, J.T., Leasa Dollar, John Mcculley, Candice Machella, Matthew Lammers, William Ronald Little, Cassie Collins, Christopher Cote, Nicole Landon, Joshua P. Stein, Carrie Sue Stoneking, Ursula Ann Joshua, Matthew Benson, James Canine, Christina Biederman, Mario Stanton, Veronica Denisse Andrade, Billy Wallace, Diana Thomas, Monica Arizola, Dakota Smith-Lizotte, Lea-Ann Wadleigh, Leslie K. Reeves-Hardcastle, A.S.E., Tony Gonzalez, Jennifer Lynn Hunt, Slade Victor Tully, Douglas Veverka, Thomas Kuhlmeier, John Vacho, Kimberly Vesey, Elizabeth Chism, Ava Lanette Bradley, Hilary Westerberg, M.C., Deborah Beavers, Max W. Hurst, Tanya Suzzette Dressler, Jamie Barnes, Peggy Carvill-Liguori, Jeffrey Adamson, Samantha Balsley, Elizabeth Jo Eastlund, Angel Mayes, Aloysius Sanchez, Jr, Judith Tiffner, T.R., Hope Elizabeth Veverka, A.S., Arifah Hardy, Justin Evans, Gilbert Arsiaga, Jr, Selicia Field, A.B.(a minor), Frank Lilley, Jeannine Vaughn, Noel Contreras, Adina Palinsky, Brian Montogmery, Emanuela Florexil, Stephen Finken, Russell J. Falter, Casey Reuben, M.A.H., Steven Greenwood, Seop Kim, Paul Mitchell Millican, James Talbert, George J. White, Anita Baker, Karaleen Herb, Pam Marion, Kelli D. Hake, Brian G. Taylor, Matthew Arsiaga, Donald C. Bandhold, Jeanne Rhea Mcmanus, Daniel Price, Mark Finken, K.M., Vickie Michay White, Rebekah Scott, Eric Billiter, Michael J. Miller, Richelle Hecker, Steven Kirby, Marlen Pickett, Shaylyn C. Reece, Gloria L. Magana, Rommel Rocha, T.H., Marilyn Louise Tully, Tamara Hassler, David Dixon, Brittani Hobson, Helen Fraser, John David Heath, John Kuhlmeier, P.H., Kimberly Songer, Matthew Fieser, Brian Coke, Derek Allen Hollcroft, Adam magers, Joyce Brooks, Maricel Murray, Sebastian Niuman, Samantha Tucker, Joshua P.G. Wold, Andrew Tomson, Jacob Bauer, Johnny Javier Miles, Sr, Claire Jonaus, Dannyel Contreras, Stephanie C. Sander, Robert White, Christopher D. Greer, Danny Chism, Michael Dean Moody, Robert Vaccaro, Shalee Norager, Michael Lucas, Ardell Thomsen, Timothy W. Elledge, Arne Eastlund, David W. Haines, Melba Anne F. Harris, Jesse P. Stein, Ralph Thomsen, Michael Weatherly, Susan Maria Doskocil Hicks, Veronica Lopez Reyes, Aundra Craig, Sandra Soliday, Andrew Moores, L.R.-W., Ronald Sloan, Kathleen Snyder, Hathal K. Taie, Sheila Tracy, Robert F. Mariano, Judy Huenink, Michael Smith,

Dennis Dunn, Cynthia Conner, Imo Aieti, Constance Brian, John O'Neill, David Kaplan, Elena Shaw, G.B.(a minor), Angela Alvarez, Ami Neiberger, Jolene Lilley, Jennie L. Morin, Jonathan Craig, Andre Brown, James Dressler, Kathy Adamson, Rhett Murphy, Michael R. Mills, Carol Polley, Cynthia Thornsberry, Alan Finken, Celeste Yantis, Kristin White, Jason Robinson, Jodi Michelle Hobson, Scott Hood, Shaula Shaffer, Daniel J. Evans, C.W., Marion Crimens, Gabriela D. Puertas Vergara-Donoso, Donald Tracy, Donald Field, Christopher Golembe, Angelica Field, Lani D. Bogart, Frank L. Converse, Russell C. Falter, Marvise L. Crockett, Jean Mariano, Senovia Field, Jessica Cabot, Lorenzo Sandoval, Jr, Eugene Delozier, Sharon Johnston, Stacy Pate, Shilyn Jackson, Victoria Hecker, Mario Bowen, Seth Tiffner, John P. Sklaney, III, Joella Pratt, Preston Shane Reece, Jeremy Bauer, David G. Cardinal, Jr, Jeremy Church, Laurel Barattieri, Eddie Jo Palinsky, Cheyenne Flagg, Joel Palinsky, S.J.S., Brenda Chand, Samantha Tomson, Michelle Kim, Jerry A. Palinsky, II, Latasha Marble, Phillip Sanchez, Luis Garza, Christopher Michael Melendez, John Dana Greer, Padraic J. Newman, Alicia Pearson, Linda Gibson, Christopher Adamson, Elizabeth Masterson, Gregory Bauer, M.N., Kathy Crabtree, J.R., Evan D. Bogart, Maximillian Shroyer, Chasity Wells-George, Michelle Klemensberg, Johnny Washburn, G.F., Isabell Vincent, Michael Murphy-Sweet, Margarito A. Martinez, Jr, Stefanie Wallace, Nathan Newby, Vanessa Chism, Zoraima Lopez, Susan Arnold, Emilie Finken, Vickie Mchone, Joshua TIffner, Matthew Huckfeldt, Jaydean Hamilton, Mariah Simoneaux, Sharon M. Pugh, Donnie Marion, James Craig Roberts, Amber Hensley, Amenia Jonaus, Melissa Doheny, Shelley Ann Smith, Noel S. Farley, Tammy Kinney, Gloria Nesbitt, Kimberly Miller, Sean Slaven, Eric Brandon Stoneking, Julie Chism, Dwight Martin, Kathy Crane, Ronald Veverka, Travis Gibson, Noala Fritz, Matthew L. Mergele, Lawrence Kruger, Sharon Y. Dunn Smith, Jose Reynoso, Bradley Starcevich, Daniel P. Benson, Keith Veverka, Patricia Smith, E.W., Shirley Stearns, Adam G. Stout, Armando Fuentes, Ronald Wayne Crabtree, Sandra Valencia, Karen Funcheon, Ismael Martir, E.K., Bryant Bearfield, William J. Lee, Marvin Thornsberry, Ann Christopher, Christopher David, Tausolo Aieti, Benjamin Daniel Carrington, Nancy Cote, Janet Jones, Merlese Pickett, Nicole Irwin, Amanda Vacho, Richard Casey, Perry White, Sharon DeBrabander, Adrian Sandoval, Jami Lin Wilson, Hyunjung Glawson, Linda Falter, Karar Alabsawi, Jason Sackett, Roady Landtiser, Jeremy Blohm, Peter Finken, Terrance Peterson, III, Angeline Jackson, Eric Levi, Frances Robinson, Ryan Sabinish, Shelby White, Ashley Gudridge Houppert, Joshua Brooks, Michael Cook, Nichole Sweeney, Sarah Crosby, James Shepard, Stephanie Juneau, Robert W. Kuhlmeier, Gary Lammers, Linda Jones, Shawn Bartlett, Temika Swinton, John Daggett, Lynn Forehand, Janet L. Rios, Mark E. Thomsen, Lauren Niquette, Joel Hernandez, Victoria Hernandez, Athena Hall, Matthew C. Beatty, Andrew Charles Major, H.K., Kiersten Hall, Jerrin Matthew Ogden, Ronald Alldridge, Brooke Kenney, K.R.G., Todd Alldridge, Rene Gutel, Abigail Hall, Joann Alldridge, Andrew James Raymond, Kandi Danielle Whiteside, Thomas Niquette, A.M.M., Ana M. Gomez, Randall Klingensmith, Sharon Smithey Whiteside, Kaitlyn Adams, Angela M. Garcia, Ryan Bowman, Michael Pasco, Andrew Hall, Daniel Kenney, Christopher Whiteside, Sean M. Niquette, Christopher Satterfield, Grant H. Von Letkemann, II, Ashley Meikel Major, Brian Clark Alldridge, Sheryl Ann Chen, Tara Hutchinson, Randi Jean Martz, J.K., K.M.G., M.J.H., Stephen W. Evans, Jackson Wiley Whiteside, Tyler Nicholas Ogden, M.T.W., Richard Hedgecock, II, Matthew Whiteside, Mackenzie G. Hall, Dianna Alldridge, Mary Niquette, Mark A. Hall, Gary Douglas Fishbeck, Toni Attanasio. (Attachments: # 1 Proposed Summons as to Fenicia Bank, # 2 Exhibit 1, # 3 Exhibit 2) (Osen, Gary) (Entered: 08/02/2019)

| 08/05/2019 | 106 | Summons Issued as to Fenicia Bank. (Fernandez, Erica) (Entered: 08/05/2019) |
| 08/07/2019 | 107 | NOTICE of Appearance by Gassan Adnan Baloul on behalf of Fenicia Bank (aty to be noticed) (Baloul, Gassan) (Entered: 08/07/2019) |

| 08/07/2019 | [108](#) | NOTICE of Appearance by Mitchell Rand Berger on behalf of Fenicia Bank (aty to be noticed) (Berger, Mitchell) (Entered: 08/07/2019) |
|---|---|---|
| 08/07/2019 | [109](#) | CERTIFICATE OF SERVICE, re: International Service Abroad of (1) Copy of Summons as to Fenicia Bank and Amended Complaint to be served upon Abdul Razzak Achour, Fenicia Bank, Beirut Central District, Foch Street, Fenicia Bank Bldg, Beirut 1103-2110, Lebanon shipped via Fed-Ex International Priority - Tracking #7889 3165 8183, thru the Clerk's Office on 8/6/19 at the request of Attorney Aaron Schlanger. (Attachments: # [1](#) Letter dated 8/6/19 re: International Service) (Fernandez, Erica) (Entered: 08/07/2019) |
| 08/16/2019 | [110](#) | Joint MOTION for pre motion conference *on behalf of all Defendants* by Banque Libano-Francaise SAL. (Hanchet, Mark) (Entered: 08/16/2019) |
| 08/16/2019 | [111](#) | MOTION for pre motion conference by Societe Generale de Banque au Liban SAL. (Sullivan, Michael) (Entered: 08/16/2019) |
| 08/19/2019 | [112](#) | Letter MOTION for Extension of Time to File Answer - *Joint letter motion on behalf of Plaintiffs and Defendant Fenicia Bank regarding extension of time to respond to Amended Complaint* by Fenicia Bank. (Attachments: # [1](#) Proposed Order - Stipulation and Proposed Order) (Baloul, Gassan) (Entered: 08/19/2019) |
| 08/19/2019 | [113](#) | RESPONSE to Motion re [111](#) MOTION for pre motion conference , [110](#) Joint MOTION for pre motion conference *on behalf of all Defendants* filed by All Plaintiffs. (Osen, Gary) (Entered: 08/19/2019) |
| 08/26/2019 | | ORDER granting [110](#) and [111](#) motions for pre-motion conference. A pre-motion conference will be held on <u>Wednesday, September 11, 2019, at 3:00 PM</u> in Courtroom 10D South before Judge Carol Bagley Amon. Ordered by Judge Carol Bagley Amon on 8/26/2019. (Phillips, Alice) (Entered: 08/26/2019) |
| 08/28/2019 | [114](#) | MOTION to Appear Pro Hac Vice *John Michel Eubanks* Filing fee $ 150, receipt number ANYEDC-11800211. by Cassandra Bailey, Walter Bailey, Anita Baker, Samantha Balsley, Afonso Bandhold, Donald C. Bandhold, H. Joseph Bandhold, Henry J. Bandhold, Sr, Mariana Bandhold, Laurel Barattieri, Nicole Barattieri, Rebecca Barattieri, Jamie Barnes, Robert Bartlett, Shawn Bartlett, Terrel Charles Bartlett, Gregory Bauer, Jacob Bauer, Jeremy Bauer, Nicholas Baumhoer, Bryant Bearfield, Rhonda Beattie, Matthew C. Beatty, Deborah Beavers, Daniel Benavidez, Michelle Benavidez, Daniel Benavidez, Jr, Carol Benson, Daniel R. Benson, Daniel P. Benson, Matthew Benson, Melissa Benson, Christopher Anthony Bershefsky, Austin Bewley, Christina Biederman, Eric Billiter, Virginia Billiter, Johnny Allen Blair, Jeremy Blohm, Kiana Blohm, Racquel Arnae Bobb Miles, Paula C. Bobb-Miles, Harry Riley Bock, Jill Ann Bock, Casey Boehmer, Christopher Bogart, Douglas R. Bogart, Evan D. Bogart, Lani D. Bogart, Christopher Bouten, Erin Bouten, Mario Bowen, Ryan Bowman, Andrew Bradley, Ava Lanette Bradley, Constance Brian, Daniel Tyler Brooks, Joshua Brooks, Joyce Brooks, Yolanda Brooks, Andre Brown, Delilah Brown, Marian Brown, Wayne Brown, Nannette Bryne-Haupt, Edna Luz Burgos, Alan Burks, Zachary Burks, Alvis Burns, Holly Burson, C.B., C.F., C.H., C.K., C.L.(a minor), C.S.(a minor), C.W., Jessica Cabot, Maria E. Calle, Brandeaux Campbell, Suheil Campbell, Calvin Canine, James Canine, Robert Canine, David G. Cardinal, Jr, Kari Carosella, Benjamin Daniel Carrington, Britney E. Carter, Daniel Carvill, Mary Carvill, Peggy Carvill-Liguori, Brian J. Casey, Richard Casey, Shelley Ann Casey, Frances Catherine Castro, Brenda Chand, Michael Chand, Jr, Ryan Chand, Sally Chand, Sabrina Chapman, Sheryl Ann Chen, Danny Chism, Elizabeth Chism, Julie Chism, Vanessa Chism, Joaqina Saenz Chorens, Ann Christopher, Jeremy Church, Katrina Coe, Matthew Coe, Brett Coke, Brian Coke, James Cole, Wendy Coleman, Judy Collado, Kaiya Collado, Cassie Collins, Kara Connelly, Kevin Connelly, Cynthia Conner, Carlos Contreras, Cesar Contreras, Dannyel Contreras, Hernan Contreras, Jonathan Contreras, Sr, Noel Contreras, Norma Alicia Contreras, Frank L. |

Converse, Michael Cook, Valencia Cook, Debra Cook-Russell, Christopher Cote, Francis L. Cote, Nancy Cote, Glenn Michael Cox, Judy Ann Crabtree, Kathy Crabtree, Ronald William Crabtree, Ronald Wayne Crabtree, Aundra Craig, Jonathan Craig, Joyce Craig, Matthew Craig, Nashima Williams Craig, Kathy Crane, Marion Crimens, Marvise L. Crockett, Maxine E. Crockett, Harry Cromity, Sarah Crosby, Katherine M. Crow, Sabrina Cumbe, Colleen Czaplicki, D.A.S., D.D., D.J.F., D.J.H., D.M.W., John Daggett, Todd Daily, Jean Dammann, Mark Dammann, Christopher David, Linda David(individually and on behalf of the Estate of Timothy A. David), Linda David(individually and on behalf of the Estate of Michael David), Theresa Davis, Dennis DeBrabander, Nicole DeBrabander, Sharon DeBrabander, Michael Scott DeWilde, Danielle Dechaine-Morris, Cynthia Delgado, Eugene Delozier, Tammy Denboer, Joshua Denman, Philip Alan Derise, Kynesha Dhanoolal, Larry DiCenzo, Nicole DiCenzo, Daniel Dixon, Daniel Austin Dixon, David Dixon, Billy Doal Wells, Melissa Doheny, Leasa Dollar, Eric Donoho, Tammy Dorsey, Susan Maria Doskocil Hicks, Ardith Cecil Dressler, Daniel Dressler, James Dressler, Melissa Dressler, Tanya Suzzette Dressler, Tonya K. Dressler, Kenneth J. Drevnick, Erin Lee Dructor, Andrew Dudek, Daniel Dudek, Margaret Dudek, Sarah Dudek, Lisa Duncan, Samantha Dunford, Dennis Dunn, Sharon Y. Dunn Smith, E.C.R., E.K., E.R., E.W., Arne Eastlund, Elizabeth Jo Eastlund, Sven Eastlund, Taylor Eastlund, Tina Eastlund, Donielle Edwards, Drew Edwards, Timothy W. Elledge, Ed Elliott, Sean Elliott, Donna Engeman, Nathan English, Tricia English, Elva Espinoza, Luz Maria Estrada-Pulido, Daniel J. Evans, Justin Evans, Stephen W. Evans, Tanya Evrard, Linda Falter, Marjorie Falter, Russell J. Falter, Russell C. Falter, Heather Ann Farkas, Barbara Farley, Brett Farley, Cameron Farley, Chris Farley, Donna Farley, Noel S. Farley, Noel J. Farley, Sr., Chad Farr, Patrick Farr, Silver Farr, William Farrar,Sr., Jackie Farrar-Finken, Angelica Field, Donald Field, Selicia Field, Senovia Field, Matthew Fieser, Alan Finken, David Finken, Emilie Finken, Mark Finken, Peter Finken, Richard Finken, Stephen Finken, Gary Douglas Fishbeck, Ingrid Fisher, Misti Fisher, Steven T. Fisher, Cheyenne Flagg, Dixie Flagg, Melinda Flick, Emanuela Florexil, Fabersha Flynt Lewis, Nathaniel Foley, Victoria M. Foley, Lynn Forehand, Helen Fraser, Richard Fraser, Charlotte Freeman, Kathaleen Freeman, Randolph Freeman, Tonya Freeman, Steven J. Friedrich, Fred Frigo, Daniel Fritz, Ethan Fritz, Noala Fritz, Armando Fuentes, Julio Fuentes, Nancy Fuentes, Tatyana Fuentes, Anastasia Fuller, Karen Funcheon, Robert Funcheon, G.B.(a minor), G.F., G.H., G.L., Derek Gajdos, Kristen Galen, Robi Ann Galindo, Angela M. Garcia, Belinda Garcia, David Garrigus, Deadra Garrigus, Matthew Garrigus, Nichole Garrigus, Luis Garza, Breanna Lynn Gasper, Randall Geiger, Anthony M. Gerber, John Gibson, Linda Gibson, Travis Gibson, Rachel M. Gillette, Kelly Gillis, Kacey Gilmore, Terrell Gilmore, Jr., Tyler Ginavan, Curtis Glawson, Sr, Hyunjung Glawson, Kierra Glawson, Sabrina Glawson, James Gmachowski, Christopher Golembe, Ana M. Gomez, Angel Gomez, Maria Gomez, Anona Gonelli, Marlynn Gonzales, Tony Gonzalez, Kathleen Gramkowski, Kevin Graves, Steven Greenwood, Carl K. Greer, Christopher D. Greer, John Dana Greer, Joseph L. Greer, Charles B. Gregston, Ashley Gudridge Houppert, Joanne Gutcher, Rene Gutel, Olga Lydia Gutierrez, H.K., H.S., Amber Habsieger, Brenda Habsieger, Michael Habsieger, Connie Haddock, Colin Haines, David W. Haines, Dawn Haines, Mackenzie Haines, Jill Hake, Kelli D. Hake, Keri Hake, Peter Hake, Skylar Hake, Zachary Hake, Abigail Hall, Andrew Hall, Athena Hall, Karen Hall, Kiersten Hall, Mackenzie G. Hall, Mark A. Hall, Jaydean Hamilton, Sandra Hankins, Arifah Hardy, Lavonna Harper, Sean Harrington, Melba Anne F. Harris, Paul D. Harris, Theresa Hart, David Hartley, David Wayne Hartley, Kaylie Hartley, Joanne Sue Hassler, Richard E. Hassler, Tamara Hassler, Lance Haupt, Rhonda Haupt, Marilyn Haybeck, Kathryn Head, Donna Jean Heath, John David Heath, John D Hecker, Nancy Hecker, Richelle Hecker, Victoria Hecker, William F. Hecker, Jr, Richard Hedgecock, II, Charles Heinlein, Sr, Jessica Heinlein, Jody Lyn Heinlein, Joseph Helton, Sr., Joan Henscheid, Amber Hensley, Karaleen Herb, Joel Hernandez, Victoria Hernandez, Jonathan Heslop, Cana Hickman, David Eugene

Hickman, Devon Fletcher Hickman, Veronica Hickman, David James Hicks, Glenn Dale Hicks, Sr, John Christopher Hicks, Russel Hicks, Jr., Russel Hicks, Sr., James Higgins, Steven W. Hiller, Brent Hinson, Fran Hinson, William Hinson, Jackie Merk Hlastan, Brittani Hobson, Heath Damon Hobson, Jodi Michelle Hobson, James David Hochstetler, Leanne Lizabeth Hochstetler, Judy Hoffman, Brittany Hogan, Kathleen Hoke, Sherri C. Holiman, Derek Allen Hollcroft, Jessalyn Holt, Flora Hood, Scott Hood, Stephanie Hood, Jessica Hubbard, Alisha Huckfeldt, Kathryn Huckfeldt, Matthew Huckfeldt, Scott Huckfeldt, Anthony Hudson, Candace Cathryn Hudson, Judy Huenink, Cedric Hunt, Jennifer Lynn Hunt, Robert James Hunt, Rayanne Hunter, Christopher Hurst, Lillian Hurst, Mark Hurst, Max W. Hurst, Tara Hutchinson, I.F., I.W., Rachelle Idol, Helen Marguerite Irwin, Nicole Irwin, Shane Irwin, Elizabeth Lynn Islas, David C. Iverson, J.F., J.H.(a minor), J.J., J.J.H., J.K., J.L.(a minor), J.M., J.M.H., J.R., J.S.S., J.T., J.T.B., Angeline Jackson, Denise Jackson, Kaytrina Jackson, Shilyn Jackson, Billy Johnson, Jodee Johnson, Sharon Johnston, Amenia Jonaus, Claire Jonaus, Gernessoit Jonaus, Marckendy Jonaus, Ricky Jonaus, Daphnie Jonaus Martin, Sharen Jonaus Martin, Janet Jones, Linda Jones, Ursula Ann Joshua, Anne P. Joyner, Christopher Joyner, Bridget Juneau, Stephanie Juneau, K.A., K.A.C., K.A.C.(a minor), K.B., K.E.C, K.K, K.L., K.M., K.M.G., K.R.G., David Kaplan, Nicole A. Kaplan, Noni Kaplan, Preston Charles Kaplan, Kristen Kelley, Rhonda Kemper, Brooke Kenney, Daniel Kenney, Adrianne Kidd, Stephanie Kidder, Michelle Kim, Sangsoon Kim, Seop Kim, Tammy Kinney, James Kinsey, Evan Kirby, John Kirby, Marcia Kirby, Steven Kirby, Greg Klecker, Michelle Klemensberg, Randall Klingensmith, Michael Koulchar, Nicholas Gene Koulchar, Carol Kruger, Douglas Kruger, Lawrence Kruger, Kathy Kugler, Robert Kugler, Les Kuglicis, Donna Kuglics, Edward Kuhlmeier, John Kuhlmeier, Robert J. Kuhlmeier, Robert W. Kuhlmeier, Tanja Kuhlmeier, Theresa A. Kuhlmeier, Theresa Ann Kuhlmeier, Thomas Kuhlmeier, L.M., L.R., L.R.-W., L.S.(a minor), L.W., Chastity Dawn Laflin, Angela M. Laird, Dan Laird, Hunter L. Laird, Jordan M. Laird, Kurtiss Lamb, John D. Lamie, Alicia Lammers, Barbara Lammers, Gary Lammers, Matthew Lammers, Richard Landeck, Victoria Landeck, Nicole Landon, Roady Landtiser, Gretchen Lang, Tyler Latham, Suzzettee Lawson, Alexandria L. Lee, Kenny Lee, Lillie Lai Lee, Ling P. Lee, Richard Lee, Tom B. Lee, William Lee, William J. Lee, Ashley Vacho Leslie, Theodore Lester, Christopher Levi, Debra Levi, Emily Levi, Eric Levi, Donna Lewis, Frank Lilley, Jolene Lilley, Matthew Lilley, Scott Lilley, Jennifer Link, Brenda Little, Tiffany M. Little, William Ronald Little, Nichole Lohrig, Zoraima Lopez, Veronica Lopez Reyes, Andrew Lucas, David Lucas, Michael Lucas, Tim Lucas, Daniel Luckett, Andrew Lukow, Bruce Lukow, Joseph Lukow, Michael Lukow, Rikki Lukow, M.A.H., M.B.S., M.C., M.D.H., M.J.H., M.N., M.R.(a minor), M.R.M, M.R.M., M.T.W., M.W., Joseph T. MIller, Candice Machella, Sylvia Macias, Gloria L. Magana, Christina Mahon, Andrew Charles Major, Ashley Meikel Major, Jeffrey C. Mann, Latasha Marble, Bobbie D. Mariano, Debra Mariano, Jean Mariano, Robert F. Mariano, Donnie Marion, Pam Marion, Kyle Austin Marshall, Corena Martin, Dwight Martin, Margarito A. Martinez, Jr, Ismael Martir, Randi Jean Martz, Russell Mason, Elizabeth Masterson, Charles E. Matheny, III, Adam Mattis, Megan Mauk, Angel Mayes, Donald Mayes, Lori Ann McCormick, Logan McCoy, Lori Ann McCoy, Tabitha McCoy, Emma McGarry, Mary Catherine McLaughlin, Katherine McRill-Fellini, Alison Burks McRuiz, Adrian Mccann, John Mcculley, Stephanie Mcculley, Vickie Mchone, Jeanne Rhea Mcmanus, Christina Melendez, Christopher Michael Melendez, Narciso Melendez, Daniel Menke, Matthew Menke, Paula Menke, Matthew L. Mergele, Vickie Michay White, Johnny Javier Miles, Jr, Johnny Javier Miles, Sr, Christopher Miller, Kimberly Miller, Michael J. Miller, Paul Mitchell Millican, Shannon Millican, Michael R. Mills, Michael Mock, Lola Jean Modjeska, Patricia Montgomery, Raymond Montgomery, Brian Montogmery, Connie Moody, Kedrick Dante Moody, Michael Dean Moody, Andrew Moores, Audelia Morin, Estavan Morin, Sr, Esteban Morin, Jennie L. Morin, Gwendolyn Morin-Marentes, Jennifer Morman, Nicholas Morris, Steven Morris, Crista Munns, Mark Munns, Angel Munoz, Luke

Murphy, Rhett Murphy, Willette Murphy, Elizabeth Murphy-Sweet, Michael Murphy-Sweet, Maricel Murray, Jerry L. Myers, N.C.E., Joshua Ryan Nantz, Randolph Delbert Nantz, Brianna Renee Navejas, Ami Neiberger, Eric Neiberger, Mary Neiberger, Richard Neiberger, Robert Neiberger, Gloria Nesbitt, Nathan Newby, Wayne Newby, Padraic J. Newman, Timothy Newman, Lauren Niquette, Mary Niquette, Sean M. Niquette, Thomas Niquette, Sebastian Niuman, David Noble, Deborah Noble, Shalee Norager, Tyler Norager, Marsha Novak, Dianne O'Neill, John O'Neill, Patrick O'Neill, Jerrin Matthew Ogden, Tyler Nicholas Ogden, Daniel C. Oliver, Rebecca J. Oliver, Kyla Ostenson, P.A., P.H., Adina Palinsky, Eddie Jo Palinsky, Jerry A. Palinsky, Sr, Jerry A. Palinsky, II, Joel Palinsky, William Parker, Meghan Parker-Crockett, Michael Pasco, Stacy Pate, Carllie Paul, Alicia Pearson, Megan People, Terrance Peterson, III, Sarah Phillips, Eric Phye, Kemely Pickett, Marlen Pickett, Merlese Pickett, Vivian Pickett, Carol Polley, Andy Pool, Rene Pool, Joella Pratt, Daniel Price, Jeffrey D. Price, Steven Price, Linda Pritchett, Katherine Prowse, Nicholas Prowse, Boonchob Prudhome, Jean Pruitt, Miranda Pruitt, Luis Junior Puertas, Sharon M. Pugh, R.A., R.J.S., R.M.(a minor), R.M.S., R.N.S., Brian Radke, Nova Radke, Lisa Ramaci, Andrew James Raymond, Judas Recendez, Preston Shane Reece, Shaylyn C. Reece, James L. Reeves, W. Jean Reeves, Joni Ariel Reeves Little, Leslie K. Reeves-Hardcastle, Carl Reiher, Bree Reuben, Casey Reuben, Patrick Reuben, Gladys E. Reyes Centeno, Jazmon Reyna, Gloria P Reynoso, Jasmin Reynoso, Jose Reynoso, Patricia Reynoso, Nathan Richards, Steven Richards, Janet L. Rios, Cara Roberts, Colin Roberts, Erik Roberts, James Craig Roberts, Robin Roberts, Amy Lynn Robinson, Floyd Burton Robinson, Frances Robinson, Jacob Michael Robinson, Jason Robinson, Lucas William Robinson, Rommel Rocha, Jennifer Roose, Iliana M. Rosa-Valentin, Luis Rosa-Valentin, Tamara Runzel, Shawn Ryan, S.C., S.J.S., S.L.H., S.S., S.W.(a minor), Megan Marie Sabatino, Ryan Sabinish, Jason Sackett, John Sackett, Juan Saenz, Nanette Saenz, Julie Salhus, Rebecca L. Samten-Finch, Aloysius Sanchez, Sr, Aloysius Sanchez, Jr, Phillip Sanchez, Velina Sanchez, Stephanie C. Sander, Adrian Sandoval, Lorenzo Sandoval, Sr, Lorenzo Sandoval, Jr, Rosa Esther Sandoval, Christopher Satterfield, Joshua Schichtl, Mark Schichtl, Rebekah Scott, Shaula Shaffer, Elena Shaw, Emily Shaw, Micheal Paul Allen Shelswell, Brian T. Shelton, Bryan S. Shelton, Darlene Shelton, James Shepard, Christina Sheridan, Maximillian Shroyer, Lauren Shumate, Shannon Shumate, Kira Sikes, Mariah Simoneaux, John P. Sklaney, III, Sean Slaven, Ronald Sloan, Christina Smith, Clifford L. Smith, Jr, Cory Smith, Deborah Smith, Jacqueline A. Smith, James Smith, Jeremy D. Smith, Michael Smith, Necole Dunlow Smith, Patricia Smith, Shelley Ann Smith, Thomas Smith, Rhonda Smith, Dakota Smith-Lizotte, Shyanne Smith-Lizotte, Albert Snyder, Kathleen Snyder, Sandra Soliday, Christopher Songer, Kimberly Songer, Sylvia Johnson Spencer, Raymond Nigel Spencer, Sr., Petra Spialek, Brandie Stanton, Mario Stanton, Terrymarie Stanton, Ariana Starcevich, Bradley Starcevich, Glenda Starcevich, Trenton Starcevich, Joshua Starkey, John Stearns, Marc Stearns, Shirley Stearns, Jesse P. Stein, Joshua P. Stein, Nicole B. Stein, Derek Stephens, Kathleen Stephens, Rhett Stephens, Summer Stephens, Trent Stephens, Georgianna Stephens-Smith, Jared S. Stevens, Crystal Stewart, Jackie Stewart, Luke Stiggins, Don Jason Stone, Carrie Sue Stoneking, Eric Brandon Stoneking, Faith Renee Stoneking, Adam G. Stout, Lidia Sullivan, Kyshia Sutton, Nichole Sweeney, Danielle Sweet, Allen Swinton, Temika Swinton, T.B., T.C., T.H., T.M.(a minor), T.R., T.S.(a minor), T.T.B., Joshua TIffner, Hathal K. Taie, Chaquita Talbert, James Talbert, Tawanna Talbert Darring, Brian G. Taylor, John Taylor, Michelle Taylor, Phyllis Taylor, Gina Tesnar, Daniel Thomas, Jr, Daniel Thomas, Sr, Diana Thomas, Carrie Thompson, Tifany Thompson, Ardell Thomsen, Mark E. Thomsen, Ralph Thomsen, Cynthia Thornsberry, Marvin Thornsberry, Judith Tiffner, Seth Tiffner, Timothy Tiffner, Andrew Tomson, Ava Tomson, Richard Tomson, Samantha Tomson, Donald Tracy, Sheila Tracy, Jesseca Lyn Tsosie, Daisy Tucker, Samantha Tucker, Masina Tuliau, John Richard Tully, II, John Richard Tully, Marilyn Louise Tully, Slade Victor Tully, Crystal Tutwiler, Patrick Tutwiler, Mark Umbrell, Nancy Umbrell, Robert Vaccaro, Amanda Vacho, Bayli Vacho,

| | | |
|---|---|---|
| | | John Vacho, Sandra Valencia, Mary Jane Vandegrift(individually and on behalf of the Estate of Matthew R. Vandegrift), Mary Jane Vandegrift(individually and on behalf of the Estate of John Vandegrift), Tammy Vanderwaal, Clifford Vaughn, James Vaughn, Jeannine Vaughn, Denise Vennix, Gabriela D. Puertas Vergara-Donoso, Steven Vernier, Jr, Kimberly Vesey, Douglas Veverka, Hope Elizabeth Veverka, Keith Veverka, Ronald Veverka, Maria Vidal, Charles Vincent, Isabell Vincent, Grant H. Von Letkemann, II, W.H.(a minor), Lea-Ann Wadleigh, Steve Wadleigh, Justin Waldeck, Kristin Walker, Austin Wallace, Billy Wallace, Devon Wallace, Stefanie Wallace, Jarrett Ward, Patrick Ward, Johnny Washburn, Christopher Watts, John Watts, Michael Weatherly, William Justin Weatherly, Charlee Blair Webb, Stephanie Gibson Webster, Chad Wells, Ashley Wells Simpson, Chasity Wells-George, Jeanette West, Michelle West, Shelby West, Hilary Westerberg, Patricia Wheatley, George D. White, George J. White, Kristin White, Michele White, Natalia White, Perry White, Robert White, Shelby White, Jason Whitehorse, Christopher Whiteside, Jackson Wiley Whiteside, Kandi Danielle Whiteside, Matthew Whiteside, Sharon Smithey Whiteside, Debra Wigbels, Jessica H. Williams, Jesse Williamson, Wesley Williamson, Jami Lin Wilson, Ryan Wilson, Victor Ray Wise II, William Witte, Joshua P.G. Wold, Beverley Wolfer, Lee Wolfer, Adam Wood, Joedi Wood, Megan Wood, Tony Wood, Katie Woodard, David Woodward, Celeste Yantis, Denice York, Jason York, Jennifer Renee York, Russel York, Lindsay Young, Jamie Zarcone, Alexander Zayas, Adam magers. (Attachments: # 1 Affidavit in Support Affidavit in Support of Notice of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Maryland Certificate of Good Standing, # 3 Exhibit South Carolina Certificate of Good Standing) (Eubanks, John) (Entered: 08/28/2019) |
| 08/29/2019 | | ORDER granting 114 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 8/29/2019. (Oliner, Daniel) (Entered: 08/29/2019) |
| 09/06/2019 | 115 | Letter MOTION to Adjourn Conference *Letter on behalf of all parties requesting adjournment of the September 11, 2019 pre-motion conference* by Bank of Beirut and the Arab Countries SAL, Byblos Bank SAL, Lebanon and Gulf Bank SAL. (Siegfried, Jonathan) (Entered: 09/06/2019) |
| 09/09/2019 | | SCHEDULING ORDER: Order granting 115 Motion to Adjourn Conference. The parties' request to adjourn *sine die* the pre-motion conference previously scheduled for September 11, 2019, is granted. The Court adopts the parties' proposed briefing schedule: Defendants shall file their omnibus motion, not to exceed 50 pages, by November 1, 2019; any supplemental motions by individual defendants are due on the same date and shall not exceed 25 pages each. Plaintiffs' opposition, not to exceed 75 pages, is due December 16, 2019. Defendants' omnibus reply, not to exceed 25 pages, is due January 31, 2020; supplemental replies by individual defendants are due on the same date and shall not exceed 15 pages each. Ordered by Judge Carol Bagley Amon on 9/9/2019. (Phillips, Alice) (Entered: 09/09/2019) |
| 10/07/2019 | 116 | Letter MOTION to Adjourn Conference *Letter Motion on Behalf of All Parties to Adjourn the October 16, 2019 Initial Conference* by Banque Libano-Francaise SAL. (Hanchet, Mark) (Entered: 10/07/2019) |
| 10/08/2019 | | ORDER granting 116 Motion to Adjourn Conference. In light of the District Judge's 9/9/2019 Order, the 10/16/2019 initial conference is adjourned sine die. Ordered by Magistrate Judge Vera M. Scanlon on 10/8/2019. (Quinlan, Krista) (Entered: 10/08/2019) |
| 10/30/2019 | | ORDER granting 112 Motion for Extension of Time to Answer. Ordered by Magistrate |

# A-24

|            |     | Judge Vera M. Scanlon on 10/30/2019. (Oliner, Daniel) (Entered: 10/30/2019) |
|------------|-----|------------------------------------------------------------------------|
| 11/01/2019 | 117 | Letter *Cover Letter re Service of Moving Defendants' Joint Motion to Dismiss* by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 11/01/2019) |
| 11/01/2019 | 118 | Letter *Cover Letter re Service of SGBL's Renewed Motion to Dismiss* by Societe Generale de Banque au Liban SAL (Sullivan, Michael) (Entered: 11/01/2019) |
| 11/01/2019 | 119 | NOTICE of Appearance by Reuben J. Sequeira, II on behalf of Jammal Trust Bank SAL (aty to be noticed) (Sequeira, Reuben) (Entered: 11/01/2019) |
| 11/01/2019 | 120 | Letter *Cover Letter re Service of Jammal Trust Bank SAL's Motion to Dismiss* by Jammal Trust Bank SAL (Erb, Nicole) (Entered: 11/01/2019) |
| 12/02/2019 | 121 | NOTICE of Appearance by Lisa Fried on behalf of European Banking Federation, Institute of International Bankers (aty to be noticed) (Fried, Lisa) (Entered: 12/02/2019) |
| 12/02/2019 | 122 | NOTICE of Appearance by Benjamin Andrew Fleming on behalf of European Banking Federation, Institute of International Bankers (aty to be noticed) (Fleming, Benjamin) (Entered: 12/02/2019) |
| 12/02/2019 | 123 | Letter MOTION for pre motion conference *concerning their contemplated motion seeking leave to file a brief as amici curiae in support of the Moving Defendants motion to dismiss the Amended Complaint* by European Banking Federation, Institute of International Bankers. (Attachments: # 1 Exhibit A - Proposed Brief of Amici) (Fried, Lisa) (Entered: 12/02/2019) |
| 12/11/2019 | 124 | Letter MOTION to Withdraw as Attorney *as to Attorney Gerard Filitti* by Robert Bartlett. (Osen, Gary) (Entered: 12/11/2019) |
| 12/11/2019 |     | Email Notification Test - DO NOT REPLY (Entered: 12/11/2019) |
| 12/12/2019 |     | ORDER granting 124 Motion to Withdraw as Attorney. Attorney Gerard Filitti terminated. Ordered by Magistrate Judge Vera M. Scanlon on 12/12/2019. (Quinlan, Krista) (Entered: 12/12/2019) |
| 12/13/2019 |     | The request in letter 123 for leave to file a brief as *amici curiae* is GRANTED, unopposed by the parties. No pre-motion conference will be necessary. The proposed *amici* shall serve their brief on the parties and file the brief via ECF. So Ordered by Judge Carol Bagley Amon on 12/13/2019. (Phillips, Alice) (Entered: 12/13/2019) |
| 12/16/2019 | 125 | Letter *Cover letter re: Service of Brief of Amici Curiae* by European Banking Federation, Institute of International Bankers (Fleming, Benjamin) (Entered: 12/16/2019) |
| 12/16/2019 | 126 | Letter *Cover Letter re Service of Plaintiffs' Opposition to Defendants' Motions to Dismiss the Amended Complaint* by Robert Bartlett (Schlanger, Aaron) (Entered: 12/16/2019) |
| 01/06/2020 | 127 | NOTICE of Appearance by Kendall Eugene Wangsgard on behalf of Jammal Trust Bank SAL (aty to be noticed) (Wangsgard, Kendall) (Entered: 01/06/2020) |
| 01/06/2020 | 128 | MOTION to Appear Pro Hac Vice *of David B. Rivkin, Jr.* Filing fee $ 150, receipt number ANYEDC-12220910. by Jammal Trust Bank SAL. (Attachments: # 1 Affidavit in Support, # 2 Exhibit 1- Certificate of Good Standing, # 3 Proposed Order) (Rivkin, David) (Entered: 01/06/2020) |
| 01/06/2020 | 129 | MOTION to Appear Pro Hac Vice *of Mark W. Delaquil* Filing fee $ 150, receipt number ANYEDC-12221316. by Jammal Trust Bank SAL. (Attachments: # 1 Affidavit in Support, # 2 Exhibit 1 - Certificate of Good Standing, # 3 Proposed Order) (DeLaquil, Mark) (Entered: 01/06/2020) |
| 01/07/2020 |     | ORDER granting 128 Motion for Leave to Appear Pro Hac Vice. The attorney shall |

| | | |
|---|---|---|
| | | register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 1/7/2020. (Quinlan, Krista) (Entered: 01/07/2020) |
| 01/07/2020 | | ORDER granting 129 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 1/7/2020. (Quinlan, Krista) (Entered: 01/07/2020) |
| 01/07/2020 | 130 | NOTICE of Appearance by David B. Rivkin, Jr on behalf of Jammal Trust Bank SAL (notification declined or already on case) (Rivkin, David) (Entered: 01/07/2020) |
| 01/07/2020 | 131 | NOTICE of Appearance by Mark DeLaquil on behalf of Jammal Trust Bank SAL (notification declined or already on case) (DeLaquil, Mark) (Entered: 01/07/2020) |
| 01/07/2020 | | Email Notification Test - DO NOT REPLY. (Latka-Mucha, Wieslawa) (Entered: 01/07/2020) |
| 01/22/2020 | 132 | MOTION to Appear Pro Hac Vice *of Elizabeth Price Foley on Behalf of Defendant Jammal Trust Bank* Filing fee $ 150, receipt number ANYEDC-12281943. by Jammal Trust Bank SAL. (Attachments: # 1 Affidavit in Support, # 2 Exhibit 1- Certificate of Good Standing from the Washington D.C. Court of Appeals, # 3 Exhibit 2- Certificate of Good Standing from the Supreme Court of Florida, # 4 Exhibit 3- Certificate of Good Standing from the Supreme Court of Texas, # 5 Proposed Order) (Foley, Elizabeth) (Entered: 01/22/2020) |
| 01/23/2020 | | ORDER granting 132 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that she receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 1/23/2020. (Quinlan, Krista) (Entered: 01/23/2020) |
| 01/23/2020 | 133 | NOTICE of Appearance by Elizabeth Price Foley on behalf of Jammal Trust Bank SAL (notification declined or already on case) (Foley, Elizabeth) (Entered: 01/23/2020) |
| 01/31/2020 | 134 | MOTION to Dismiss */ Defendant Jammal Trust Bank Sal's Notice of Motion to Dismiss the Amended Complaint* by Jammal Trust Bank SAL. (Attachments: # 1 Memorandum in Support of Defendant Jammal Trust Bank Sal's Motion to Dismiss the Amended Complaint) (Erb, Nicole) (Entered: 01/31/2020) |
| 01/31/2020 | 135 | REPLY in Support re 134 MOTION to Dismiss */ Defendant Jammal Trust Bank Sal's Notice of Motion to Dismiss the Amended Complaint* filed by Jammal Trust Bank SAL. (Rivkin, David) (Entered: 01/31/2020) |
| 01/31/2020 | 136 | MOTION to Dismiss *Defendant SGBL's Notice of Renewed Motion to Dismiss the Amended Complaint* by Societe Generale de Banque au Liban SAL. (Attachments: # 1 Memorandum in Support of Renewed Motion to Dismiss, # 2 Declaration of Michael J. Sullivan, # 3 Exhibit A, # 4 Exhibit B) (Sullivan, Michael) (Entered: 01/31/2020) |
| 01/31/2020 | 137 | REPLY in Support re 136 MOTION to Dismiss *Defendant SGBL's Notice of Renewed Motion to Dismiss the Amended Complaint* filed by Societe Generale de Banque au Liban SAL. (Attachments: # 1 Declaration of Michael J. Sullivan, # 2 Exhibit A) (Sullivan, Michael) (Entered: 01/31/2020) |

# A-26

| 01/31/2020 | 138 | Letter *to Judge Amon re Courtesy Copies* by Societe Generale de Banque au Liban SAL (Sullivan, Michael) (Entered: 01/31/2020) |
|---|---|---|
| 01/31/2020 | 139 | MOTION to Dismiss *Notice of Moving Defendants' Motion to Dismiss the Amended Complaint* by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Attachments: # 1 Joint Memorandum of Law in Support of Motion to Dismiss) (Hanchet, Mark) (Entered: 01/31/2020) |
| 01/31/2020 | 140 | REPLY in Support re 139 MOTION to Dismiss *Notice of Moving Defendants' Motion to Dismiss the Amended Complaint* filed by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Hanchet, Mark) (Entered: 01/31/2020) |
| 02/03/2020 | 141 | MEMORANDUM in Support re 140 Reply in Support, 139 MOTION to Dismiss *Notice of Moving Defendants' Motion to Dismiss the Amended Complaint Brief of Amici Curiae the European Banking Federation and the Institute of International Bankers in Support of Defendants' Joint Motion to Dismiss the Amended Complaint* filed by European Banking Federation, Institute of International Bankers. (Fried, Lisa) (Entered: 02/03/2020) |
| 02/03/2020 | 142 | RESPONSE in Opposition re 134 MOTION to Dismiss */ Defendant Jammal Trust Bank Sal's Notice of Motion to Dismiss the Amended Complaint,* 136 MOTION to Dismiss *Defendant SGBL's Notice of Renewed Motion to Dismiss the Amended Complaint,* 139 MOTION to Dismiss *Notice of Moving Defendants' Motion to Dismiss the Amended Complaint* filed by All Plaintiffs. (Attachments: # 1 Declaration of Aaron Schlanger, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Osen, Gary) (Entered: 02/03/2020) |
| 02/03/2020 | 143 | Letter *re: Courtesy Copies of Defedant Jammal Trust Bank SAL's Motion to Dismiss the Amended Complaint and Supporting Documents* by Jammal Trust Bank SAL (Wangsgard, Kendall) (Entered: 02/03/2020) |
| 02/03/2020 | 144 | Letter *re Courtesy Copies of Moving Defendants' Motion to Dismiss the Amended Complaint* by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 02/03/2020) |
| 02/03/2020 | 145 | Letter *re: courtesy copies of the Brief of Amici Curiae the European Banking Federation and the Institute of International Bankers in Support of Defendants' Joint Motion to Dismiss the Amended Complaint 141* by European Banking Federation, Institute of International Bankers (Fleming, Benjamin) (Entered: 02/03/2020) |
| 02/20/2020 | | Motion 80 terminated, as per 88 . (Phillips, Alice) (Entered: 02/20/2020) |
| 02/27/2020 | 146 | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon providing new authority in support of Plaintiffs' opposition to Defendants' motions to dismiss* by Robert Bartlett (Attachments: # 1 Exhibit A) (Osen, Gary) (Entered: 02/27/2020) |
| 03/02/2020 | 147 | Letter *to Judge Carol Bagley Amon in Response to Plaintiffs' Letter Dated February 27, 2020* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 03/02/2020) |
| 03/03/2020 | 148 | Letter *to Judge Carol Bagley Amon from Mark G. Hanchet in Response to Plaintiffs' Letter Dated February 27, 2020* by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 03/03/2020) |
| 03/05/2020 | 149 | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon in response to Defendants' March 3, 2020 letter* by Robert Bartlett (Attachments: # 1 Exhibit A) (Osen, Gary) (Entered: 03/05/2020) |

| 07/23/2020 | 150 | Letter *on behalf of the Moving Defendants regarding supplemental authority in support of pending motions to dismiss the Amended Complaint* by Byblos Bank SAL (Attachments: # 1 Atchley v. AstraZeneca UK Ltd., No. CV 17-2136 (RJL), 2020 WL 4040345 (D.D.C. July 17, 2020)) (Siegfried, Jonathan) (Entered: 07/23/2020) |
| 07/29/2020 | 151 | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon in response to the Moving Defendants' July 23, 2020 letter* by Robert Bartlett (Osen, Gary) (Entered: 07/29/2020) |
| 08/07/2020 | | SCHEDULING ORDER: Oral argument on Defendants' motions to dismiss 134 136 139 will be held via telephone on August 31, 2020 at 2:00 p.m. before Judge Carol Bagley Amon. The parties are directed to call the toll free number 888-398-2342, no later than 1:50 p.m. on August 31, 2020, and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. The attorneys are reminded that they are not to independently record any court proceedings, pursuant to Local Civil Rule 1.8. Ordered by Judge Carol Bagley Amon on 8/7/2020. (Cohn, Caroline) (Entered: 08/07/2020) |
| 08/21/2020 | 152 | MOTION for pre motion conference re 105 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , by Achraf Safieddine. (Lin, David) (Entered: 08/21/2020) |
| 08/24/2020 | | ORDER: Given the number of parties and counsel involved in this case, counsel for plaintiffs and defendants are directed to file a joint letter on the docket by August 28, 2020 identifying which counsel will be appearing and which counsel will be arguing at the oral argument scheduled for August 31, 2020. The Court requests that no more than one attorney be designated to argue for each side for each motion. The same attorney may argue multiple motions. Counsel are directed to dial in to the number provided in the Court's August 7, 2020 Order no later than 1:50 p.m. on August 31, 2020. In the event that counsel are unable to dial in due to the conference call system being overloaded, (1) the Court will convene the oral argument at 2:15 p.m. at the number already provided, (2) only counsel will be permitted to dial in, and (3) the Court will thereafter make the hearing transcript publicly available. Ordered by Judge Carol Bagley Amon on 8/24/2020. (Marks, Aaron) (Entered: 08/24/2020) |
| 08/26/2020 | 153 | RESPONSE to Motion re 152 MOTION for pre motion conference re 105 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , filed by All Plaintiffs. (Osen, Gary) (Entered: 08/26/2020) |
| 08/28/2020 | 154 | Letter *from Mark G. Hanchet to Hon. Carol Bagley Amon dated August 28, 2020 re: Oral Argument* by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 08/28/2020) |
| 08/31/2020 | | ORDER: Non-party Achraf Safieddine's Motion for Pre-Motion Conference 152 is stayed, on consent of Plaintiffs and non-party Achraf Safieddine, pending the resolution of Defendants' motions to dismiss 134 136 139 . Ordered by Judge Carol Bagley Amon on 8/31/2020. (Marks, Aaron) (Entered: 08/31/2020) |
| 09/01/2020 | | Minute Entry: Oral argument was held on defendants' motions to dismiss before Judge Carol Bagley Amon on August 31, 2020. Appearances: For plaintiffs: Gary Osen, Ari Ungar, and Michael Radine. For defendant Societe Generale de Banque au Liban SAL: Michael Sullivan. For defendants Fransabank SAL and BLOM Bank SAL: Linda C. Goldstein and Michael H. McGinley. For defendants Middle East Africa Bank SAL and Fenicia Bank: Mitchell R. Berger and Gassan Baloul. For defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Lebanon and Gulf Bank SAL: Jonathan D. Siegfried. For defendant Bank Audi SAL: Andrew Pincus. For defendant Bank of Beirut SAL: Brian H. Polovoy. For defendant Banque Libano-Francaise SAL: Mark G. Hanchet. For defendant Jammal Trust Bank: Mark W. DeLaquil. The Court reserved decision on the motions. Defendants' motions to dismiss are submitted, and the Court |

| | | |
|---|---|---|
| | | reserves judgment on the motions. (Court Reporter Georgette Betts.) (Marks, Aaron) (Entered: 09/01/2020) |
| 09/01/2020 | [155](#) | Letter *re: Pre-Motion Conference* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 09/01/2020) |
| 09/08/2020 | [156](#) | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon in response to the September 1, 2020 letter by Jammal Trust Bank SAL requesting a Pre-Motion Conference* by Robert Bartlett (Osen, Gary) (Entered: 09/08/2020) |
| 09/09/2020 | | ORDER granting [155](#) Request for Pre-Motion Conference. A pre-motion conference on Dr. Muhammad Baasiri's and Defendant Jammal Trust Bank's anticipated motions for substitution, to intervene, and to dismiss will be held via telephone on October 26, 2020 at 2:00 p.m. before Judge Carol Bagley Amon. Counsel for Dr. Muhammad Baasiri and Defendant Jammal Trust Bank, and counsel for Plaintiffs are directed to call the toll free number 888-398-2342, no later than 1:50 p.m. on October 26, 2020, and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. The attorneys are reminded that they are not to independently record any court proceedings, pursuant to Local Civil Rule 1.8. Ordered by Judge Carol Bagley Amon on September 9, 2020. (Marks, Aaron) (Entered: 09/09/2020) |
| 09/17/2020 | [157](#) | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon providing new authority in support of Plaintiffs' opposition to Defendants' motions to dismiss* by Robert Bartlett (Attachments: # [1](#) Exhibit A) (Osen, Gary) (Entered: 09/17/2020) |
| 09/25/2020 | [158](#) | Letter *to Judge Carol Bagley Amon from Mark G. Hanchet in Response to Plaintiffs' Letter Dated September 17, 2020* by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL (Hanchet, Mark) (Entered: 09/25/2020) |
| 09/29/2020 | [159](#) | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon in response to Defendants' September 25, 2020 letter* by Robert Bartlett (Osen, Gary) (Entered: 09/29/2020) |
| 09/30/2020 | [160](#) | MOTION to Withdraw as Attorney by Bank of Beirut SAL. (Polovoy, Brian) (Entered: 09/30/2020) |
| 10/01/2020 | | ORDER granting [160](#) Motion to Withdraw as Attorney. Attorney Brian Howard Polovoy terminated. Ordered by Magistrate Judge Vera M. Scanlon on 10/1/2020. (Quinlan, Krista) (Entered: 10/01/2020) |
| 10/20/2020 | [161](#) | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon providing new authority in support of Plaintiffs' opposition to Defendants' motions to dismiss* by Robert Bartlett (Attachments: # [1](#) Henkin et al v. Kuveyt Turk Katilim Bankasi A.S., No. 19-cv-05394 (BMC )) (Osen, Gary) (Entered: 10/20/2020) |
| 10/26/2020 | | MINUTE ENTRY: A pre-motion conference was held on October 26, 2020 on Defendant Jamaal Trust Bank and Dr. Muhammad Baasiri's anticipated motion to substitute or intervene, and to dismiss. For Plaintiffs: Gary Osen, Esq. For Defendant Jamaal Trust Bank and Dr. Muhammad Baasiri: Elizabeth Foley, Esq. and David Rivkin, Esq. The motion is due November 17, 2020. Plaintiffs' opposition is due December 8, 2020. The reply, if any, is due December 15, 2020. Oral Argument on the motion will be held via telephone on January 12, 2021 at 2:00 p.m. before Judge Carol Bagley Amon. Counsel for Dr. Muhammad Baasiri and Defendant Jammal Trust Bank, and counsel for Plaintiffs are directed to call the toll free number 888-398-2342, no later than 1:50 p.m. on January 12, 2021, and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. The attorneys are reminded that they are |

# A-29

| | | not to independently record any court proceedings, pursuant to Local Civil Rule 1.8. (Court Reporter Victoria Butler.) (Marks, Aaron) (Entered: 10/26/2020) |
|---|---|---|
| 11/16/2020 | 162 | Letter *in Response to Plaintiffs' Letter re: Supplemental Authority dated October 20, 2020 [Doc. 161]* by BLOM Bank SAL, Fransabank SAL (Attachments: # 1 Exhibit A) (Goldstein, Linda) (Entered: 11/16/2020) |
| 11/17/2020 | 163 | Letter *Re: Service of Jamal Trust Bank SAL's Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity with Supporting Papers* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 11/17/2020) |
| 11/25/2020 | 164 | MEMORANDUM AND ORDER granting in part and denying in part 134 , 136 , and 139 : For the foregoing reasons, Defendants' motions to dismiss the Amended Complaint are granted as to Plaintiffs' First and Fourth Claims for Relief. The motions are denied as to Plaintiffs' Second and Third Claims for Relief under 18 U.S.C. § 2333(d). Ordered by Judge Carol Bagley Amon on 11/25/2020. (Fernandez, Erica) (Entered: 11/25/2020) |
| 11/25/2020 | | ORDER granting 152 Motion for Pre Motion Conference. A pre-motion conference on Achraf Saffieddine's anticipated motion to intervene and/or strike will be held via telephone on December 14, 2020 at 2:00 p.m. before Judge Carol Bagley Amon. Counsel are directed to call the toll free number 888-398-2342, no later than 1:50 p.m. on December 14, 2020, and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. The attorneys are reminded that they are not to independently record any court proceedings, pursuant to Local Civil Rule 1.8. Ordered by Judge Carol Bagley Amon on November 25, 2020. (Marks, Aaron) (Entered: 11/25/2020) |
| 11/30/2020 | 165 | Letter MOTION for Extension of Time to File Response/Reply as to 163 Letter *Jammal Trust Bank SALs motion for substitution of party, to intervene, and to dismiss based on subject matter jurisdiction and international comity* by Robert Bartlett. (Schlanger, Aaron) (Entered: 11/30/2020) |
| 11/30/2020 | | ORDER granting 165 Motion for Extension of Time to File Response/Reply. On consent of the parties, Plaintiffs' opposition to JTB's motion is due December 15, 2020. JTB's reply, if any, is due December 30, 2020. Oral argument will be held on January 26, 2021 at 2:00p.m. via telephone before Judge Carol Bagley Amon using the dial-in information supplied in the Court's October 26, 2020 Order. Ordered by Judge Carol Bagley Amon on November 30, 2020. (Marks, Aaron) (Entered: 11/30/2020) |
| 12/01/2020 | 166 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings held on August 31, 2020, before Judge Carol B. Amon. Court Reporter/Transcriber Georgette K. Betts, Telephone number 718.804.2777. Email address: Georgette_Betts@nyed.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 12/22/2020. Redacted Transcript Deadline set for 1/4/2021. Release of Transcript Restriction set for 3/1/2021. (Betts, Georgette) (Entered: 12/01/2020) |
| 12/08/2020 | 167 | Letter MOTION for pre motion conference by Banque Libano-Francaise SAL. (Hanchet, Mark) (Entered: 12/08/2020) |
| 12/08/2020 | 168 | Letter MOTION for pre motion conference by Jammal Trust Bank SAL. (Rivkin, David) (Entered: 12/08/2020) |
| 12/09/2020 | 169 | Consent MOTION for Extension of Time to File Answer *to the Amended Complaint* by Banque Libano-Francaise SAL. (Hanchet, Mark) (Entered: 12/09/2020) |

# A-30

| | | |
|---|---|---|
| 12/09/2020 | 170 | Letter MOTION for Extension of Time to File Answer re 105 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , *(On Consent)* by Jammal Trust Bank SAL. (Rivkin, David) (Entered: 12/09/2020) |
| 12/10/2020 | | ORDER: On consent of the parties, Defendants' requests for an extension of the deadline to file an answer 169 170 are GRANTED. The deadline to file an answer is adjourned sine die pending the Court's consideration of the stay requests 167 168 . Ordered by Judge Carol Bagley Amon on December 10, 2020. (Fernandez, Erica) (Entered: 12/10/2020) |
| 12/14/2020 | 171 | NOTICE of Appearance by Justin Ryann Mercer on behalf of Achraf Safieddine (aty to be noticed) (Mercer, Justin) (Entered: 12/14/2020) |
| 12/15/2020 | 172 | RESPONSE in Opposition re 167 Letter MOTION for pre motion conference filed by All Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Osen, Gary) (Entered: 12/15/2020) |
| 12/15/2020 | 173 | Letter MOTION for pre motion conference by Robert Bartlett. (Attachments: # 1 Proposed Second Amended Complaint, # 2 Proposed Second Amended Complaint Ex. 1, # 3 Proposed Second Amended Complaint Ex. 2, # 4 Proposed Second Amended Complaint Ex. 3) (Osen, Gary) (Entered: 12/15/2020) |
| 12/16/2020 | | Minute Entry and Order: A pre-motion conference was held on proposed intervenor Achraf Safieddine's anticipated motion to intervene and/or strike before Judge Carol Bagley Amon on December 14, 2020 at 2:00p.m. Appearances: For Achraf Safieddine: Justin Mercer, Esq.; For Plaintiffs: Gary Osen, Esq. As stated on the record, the motion shall be served no later than December 28, 2020. Plaintiffs' opposition is due January 11, 2021. The reply, if any, is due January 18, 2021. Oral argument will be held on February 11, 2021 at 2:00p.m. via telephone before Judge Carol Bagley Amon. Counsel are directed to call the toll free number 888-398-2342, no later than 1:50 p.m. on February 11, 2021, and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. The attorneys are reminded that they are not to independently record any court proceedings, pursuant to Local Civil Rule 1.8. Ordered by Judge Carol Bagley Amon on December 14, 2020. (Court Reporter: Anthony Mancuso.) (Marks, Aaron) (Entered: 12/16/2020) |
| 12/16/2020 | | ORDER granting 167 168 Motions for Pre Motion Conference. A pre-motion conference on Defendants' anticipated motions to certify an interlocutory appeal and to issue a stay of proceedings will be held via telephone on December 29, 2020 at 2:00 p.m. before Judge Carol Bagley Amon. Counsel are directed to call the toll free number 888-398-2342, no later than 1:50 p.m. on December 29, 2020, and enter the access code 1840743, followed by the pound key. These proceedings will be recorded by a court reporter. The attorneys are reminded that they are not to independently record any court proceedings, pursuant to Local Civil Rule 1.8. Ordered by Judge Carol Bagley Amon on December 16, 2020. (Marks, Aaron) (Entered: 12/16/2020) |
| 12/16/2020 | 174 | NOTICE of Appearance by Patrick Duprey on behalf of All Plaintiffs (aty to be noticed) (Duprey, Patrick) (Entered: 12/16/2020) |
| 12/18/2020 | 175 | Letter *from Gary M. Osen to the Hon. Carol Bagley Amon regarding Honickman Appeal* by Robert Bartlett (Attachments: # 1 Exhibit A) (Osen, Gary) (Entered: 12/18/2020) |
| 12/22/2020 | 176 | RESPONSE in Opposition re 173 Letter MOTION for pre motion conference filed by BLOM Bank SAL, Fransabank SAL. (Goldstein, Linda) (Entered: 12/22/2020) |
| 12/22/2020 | 177 | REPLY in Opposition re 172 Response in Opposition to Motion filed by Societe Generale de Banque au Liban SAL. (Sullivan, Michael) (Entered: 12/22/2020) |

| 12/22/2020 | 178 | Letter *in Response to Plaintiffs' December 15, 2020 Letter Seeking Leave to Amend the First Amended Complaint* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 12/22/2020) |
|---|---|---|
| 12/23/2020 | | ORDER granting 173 Motion for Pre Motion Conference. The Court will consider Plaintiffs' request to move for leave to further amend their operative Amended Complaint during the pre-motion conference scheduled for December 29, 2020 at 2:00p.m., in addition to the motions 167 168 already scheduled for that conference. The conference shall be held via telephone before Judge Carol Bagley Amon using the dial-in information set forth in the Court's December 16, 2020 Order. Ordered by Judge Carol Bagley Amon on December 23, 2020. (Marks, Aaron) (Entered: 12/23/2020) |
| 12/28/2020 | 179 | Letter *to Judge Carol Bagley Amon from Mark G. Hanchet in Response to Plaintiffs' Letter Dated December 18, 2020* by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 12/28/2020) |
| 12/28/2020 | 180 | Letter *Response to Plaintiff's December 18, 2020 Letter* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 12/28/2020) |
| 12/28/2020 | 181 | Letter *Cover letter re: service of Second Motion to Intervene and Strike* by Achraf Safieddine (Mercer, Justin) (Entered: 12/28/2020) |
| 12/30/2020 | | MINUTE ENTRY AND ORDER: A pre-motion conference was held before Judge Carol Bagley Amon on December 29, 2020 at 2:00p.m. Appearances: For Plaintiffs: Michael Radine, Esq.; Gary Osen, Esq.; Naomi Weinberg, Esq.; Ari Ungar, Esq.; For Defendants Banque Libano Francaise SAL and Bank Audi SAL: Mark G. Hanchet, Esq.; For Defendant Societe Generale de Banque au Liban SAL: Michael J. Sullivan, Esq.; Brian Leske, Esq.; For Defendant Jammal Trust Bank SAL ("JTB"): Mark DeLaquil, Esq.; For Defendants Byblos Bank SAL, Bank of Beirut and the Arab Countries SAL, and Lebanon and Gulf Bank SAL: Jonathan D. Siegfried, Esq.; For Defendants BLOM Bank SAL and Fransabank SAL: Linda C. Goldstein, Esq.; Michael McGinley, Esq.; For Defendants MEAB Bank SAL and Fenicia Bank: Mitchell R. Berger, Esq.; For Defendant Bank of Beirut SAL: Henry Weisburg, Esq. <br><br>As stated on the record, the application to certify the Court's motion-to-dismiss decision 164 for interlocutory appeal is denied. The request for a stay of proceedings is granted as follows. Defendant JTB may proceed in briefing its pending motion to dismiss 163 , and the Court will hear oral argument on that motion as scheduled. (See Order dated Nov. 30, 2020.) Plaintiffs may file their Second Amended Complaint and may send third-party document preservation subpoenas as requested 172 173 . All other deadlines--including deadlines to respond to Plaintiffs' Second Amended Complaint--are adjourned sine die. This stay shall expire upon the Second Circuit's issuance of an opinion in Reuvane, et al. v. Lebanese Canadian Bank, SAL, No. 19-3522-cv. No later than 10 days from the issuance of that opinion, the parties in this case shall file a joint letter indicating how they wish to proceed--including whether any party seeks (i) a further stay of proceedings pending opinions in additional Second Circuit cases, or (ii) the opportunity to move for dismissal of Plaintiffs' Second Amended Complaint in light of new Second Circuit guidance. Should any party propose to move for dismissal, the joint submission shall include a proposed briefing schedule. Ordered by Judge Carol Bagley Amon on 12/30/2020. (Court Reporter Rivka Teich.) (Marks, Aaron) (Entered: 12/30/2020) |
| 12/30/2020 | 182 | MEMORANDUM in Support *of Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity* filed by Jammal Trust Bank SAL. (Rivkin, David) Modified on 1/27/2021 as per chambers (Fernandez, Erica). (Entered: 12/30/2020) |
| 12/30/2020 | 183 | AFFIDAVIT in Support *(Declaration of Dr. Muhammad Baasiri)* by Jammal Trust Bank |

| | | |
|---|---|---|
| | | SAL. (Attachments: # 1 Exhibit A-Law 110, # 2 Exhibit B-Central Bank's Order) (Rivkin, David) (Entered: 12/30/2020) |
| 12/30/2020 | 184 | AFFIDAVIT in Support *(Second Declaration of Dr. Muhammad Baasiri)* by Jammal Trust Bank SAL. (Attachments: # 1 Appendix) (Rivkin, David) (Entered: 12/30/2020) |
| 12/30/2020 | 185 | REPLY in Support *(Defendant Jammal Trust Bank's Reply in Further Support of Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity)* filed by Jammal Trust Bank SAL. (Rivkin, David) (Entered: 12/30/2020) |
| 12/30/2020 | 186 | AFFIDAVIT in Support *(Declaration of David B. Rivkin, Jr.)* by Jammal Trust Bank SAL. (Rivkin, David) (Entered: 12/30/2020) |
| 12/30/2020 | 187 | MEMORANDUM in Opposition re 182 Memorandum in Support filed by All Plaintiffs. (Attachments: # 1 Declaration of Patrick Duprey, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9) (Gielchinsky, Dina) (Entered: 12/30/2020) |
| 12/31/2020 | 188 | Letter *re: Courtesy Copies of Jammal Trust Bank SAL's Motion for Substitution of Party, to Intervene, and to Dismiss Based on Subject Matter Jurisdiction and International Comity* by Jammal Trust Bank SAL (Wangsgard, Kendall) (Entered: 12/31/2020) |
| 12/31/2020 | 189 | AMENDED COMPLAINT against All Defendants, filed by Marjorie Falter, Belinda Garcia, Marilyn Haybeck, Flora Hood, Kathaleen Freeman, Theresa A. Kuhlmeier, Daniel Dixon, R.M.S., Charles E. Matheny, III, M.J.H., Daniel Kenney, Rikki Lukow, Tammy Denboer, Elizabeth Lynn Islas, Russel Hicks, Sr., James David Hochstetler, Richard Adamson, Maria Vidal, Lauren Niquette, J.F., Trenton Starcevich, David Hartley, Mark Dammann, Heather Ann Farkas, Kathleen Gramkowski, Jesse Williamson, Jill Ann Bock, Alisha Huckfeldt, Tony Wood, Brian Radke, James Gmachowski, Glenn Michael Cox, Lorenzo Sandoval, Sr, Tyler Ginavan, Marian Brown, A.T., Sharon Smithey Whiteside, M.D.H., Patricia Arsiaga, Raven Adams, Steven Morris, Matthew Coe, Walter Bailey, Shawn Ryan, Anona Gonelli, Randall Klingensmith, James L. Reeves, Veronica Hickman, Jill Hake, Sylvia Macias, David Woodward, Angel Gomez, David Lucas, Nova Radke, Preston Charles Kaplan, Jackie Stewart, Russell Mason, Jessica Heinlein, Barbara Lammers, Sally Chand, Logan McCoy, Nathan Richards, Randolph Delbert Nantz, Nancy Fuentes, Kari Carosella, Deborah Noble, L.S.(a minor), Katherine Prowse, Dan Laird, Summer Stephens, Linda David(individually and on behalf of the Estate of Timothy A. David), C.H., Maria E. Calle, Yolanda Brooks, Joann Alldridge, Nicole DeBrabander, John Watts, J.K., Marcia Kirby, Angel Munoz, William F. Hecker, Jr, Daisy Tucker, Sarah Phillips, Carol Kruger, Robert Bartlett, John Kirby, D.M.W., Mary Niquette, Kyshia Sutton, Alvis Burns, Patrick Tutwiler, Danielle Sweet, Kevin Connelly, Racquel Arnae Bobb Miles, H.K., S.C., Amy Lynn Robinson, Lisa Duncan, Luis Junior Puertas, John Christopher Hicks, Kaylie Hartley, T.B., Francis L. Cote, Kathleen Stephens, Danny Arizola, Todd Alldridge, William Hinson, Christopher Anthony Bershefsky, Albert Snyder, Terrell Gilmore, Jr., Ryan Chand, Alexandria L. Lee, Kara Connelly, Daniel Dudek, Adrian Mccann, Margaret Dudek, Linda Pritchett, Anthony M. Gerber, Lidia Sullivan, Katherine McRill-Fellini, Devon Fletcher Hickman, Amanda B. Adair, Sangsoon Kim, Ingrid Fisher, Bayli Vacho, Allen Swinton, Kiana Blohm, Iliana M. Rosa-Valentin, Virginia Billiter, S.W.(a minor), W. Jean Reeves, Austin Bewley, Jazmon Reyna, Gretchen Lang, Christopher Hurst, Joanne Gutcher, Danielle Dechaine-Morris, Patrick Farr, Harry Cromity, W.H.(a minor), Daphnie Jonaus Martin, Emily Shaw, Patrick O'Neill, Rachelle Idol, Andrew Dudek, Nicole B. Stein, Steven Price, Adrianne Kidd, Andrew Jeffrey Anderson, Daniel Luckett, Denise Jackson, Jason Whitehorse, Russel York, Elizabeth Murphy-Sweet, J.S.S., D.J.F., Richard Neiberger, Tim Lucas, Steven W. Hiller, Daniel Tyler Brooks, Scott Huckfeldt, William Allmon, J.H. |

(a minor), Charles Vincent, Helen Marguerite Irwin, Toni Attanasio, Ana M. Gomez, Julie Salhus, Daniel Austin Dixon, Steven Richards, Leanne Lizabeth Hochstetler, Tonya K. Dressler, Paul D. Harris, Erin Lee Dructor, Tricia English, Ed Elliott, Rhonda Smith, Kenneth J. Drevnick, Evan Kirby, Noel J. Farley, Sr., Andrew Hall, Michael Chand, Jr, William Justin Weatherly, Jody Lyn Heinlein, Kristen Kelley, Tracie Arsiaga, Chaquita Talbert, Eric Donoho, Fran Hinson, Carl Reiher, Rachel M. Gillette, Douglas R. Bogart, Ashley Wells Simpson, Jonathan Heslop, Masina Tuliau, Glenda Starcevich, Rhonda Beattie, A.D.B., Joshua Ryan Nantz, Ronald William Crabtree, Silver Farr, Sabrina Cumbe, Johnny Allen Blair, Paula C. Bobb-Miles, D.J.H., Kristin Walker, Nashima Williams Craig, R.N.S., Rene Gutel, Peter Hake, Kyle Austin Marshall, Nicole DiCenzo, Kacey Gilmore, M.W., Gary Douglas Fishbeck, Todd Daily, R.M.(a minor), Steven Vernier, Jr, David Noble, Brett Coke, Brittany Hogan, Maria Gomez, C.K., Richard Landeck, H.S., Marckendy Jonaus, Floyd Burton Robinson, Curtis Glawson, Sr, James Cole, Ricardo Arizola, Derek Gajdos, Mark Schichtl, Rosa Esther Sandoval, Rhett Stephens, Robert James Hunt, Brenda Habsieger, Alicia Lammers, Wendy Coleman, Candace Cathryn Hudson, Kynesha Dhanoolal, Linda David(individually and on behalf of the Estate of Michael David), Meghan Parker-Crockett, Patrick Reuben, Randi Jean Martz, Robert J. Kuhlmeier, Chad Wells, Dennis DeBrabander, Lance Haupt, K.A.C. (a minor), Charles Heinlein, Sr, Debra Mariano, Jason York, Necole Dunlow Smith, Willette Murphy, Narciso Melendez, Tyler Latham, David Eugene Hickman, Debra Levi, Noni Kaplan, Emma McGarry, Katie Woodard, Crystal Stewart, Lillie Lai Lee, Thomas Niquette, Michele White, Clifford L. Smith, Jr, Lisi Aieti, Luke Stiggins, Mary Catherine McLaughlin, Gernessoit Jonaus, Daniel R. Benson, D.D., Ardith Cecil Dressler, Kousay Al-Taie, William Lee, Jeanette West, Brian J. Casey, Matthew Adamson, Megan Marie Sabatino, Delilah Brown, Christina Mahon, Zachary Burks, Marsha Novak, Misti Fisher, Bree Reuben, L.M., Rhonda Haupt, Luis Rosa-Valentin, Jasmin Reynoso, Gwendolyn Morin-Marentes, Theresa Ann Kuhlmeier, Michael Mock, Daniel Thomas, Jr, Julio Fuentes, Erin Bouten, David Garrigus, T.T.B., J.J.H., Kristen Galen, Katherine M. Crow, Jackson Wiley Whiteside, Casey Boehmer, James Higgins, Emily Adams, Karen Hall, Raymond Montgomery, Terrymarie Stanton, Sherri C. Holiman, Stephanie Gibson Webster, Jamie Zarcone, Joshua Starkey, K.E.C, John Taylor, Carrol Alderete, Tracy Anderson, J.J., R.J.S., Lori Ann McCormick, Tina Eastlund, Kiersten Hall, Nanette Saenz, Barbara Farley, Jackie Merk Hlastan, Kathryn Huckfeldt, Randolph Freeman, Maxine E. Crockett, Cameron Farley, Juan Saenz, Thomas Smith, Jennifer Renee York, Boonchob Prudhome, Stephanie Mcculley, Drew Edwards, Rhonda Kemper, Brian Clark Alldridge, Daniel C. Oliver, Cecilia Arizola, Jacob Michael Robinson, Michelle Taylor, T.M.(a minor), Derek Stephens, Bruce Lukow, Kathy Kugler, Stephanie Hood, M.R.(a minor), Tonya Freeman, Michelle Benavidez, Edward Kuhlmeier, Justin Adamson, Nichole Lohrig, Anthony Alderete, Nawal Al-Taie, Matthew C. Beatty, William Witte, Christopher Whiteside, Anne P. Joyner, Clifford Vaughn, A.F.(a minor), Lauren Shumate, Tawanna Talbert Darring, Daniel Benavidez, Skylar Hake, Michael Lukow, Charlee Blair Webb, Henry J. Bandhold, Sr, Jeffrey D. Price, Marc Stearns, Brandon Arnold, Adam Wood, Christopher Levi, I.W., Nicholas Gene Koulchar, Wayne Brown, C.S.(a minor), B.B., Greg Klecker, Glenn Dale Hicks, Sr, Robert Funcheon, Nancy Umbrell, Colleen Czaplicki, Joaqina Saenz Chorens, Daniel Carvill, Aloysius Sanchez, Sr, Ava Tomson, Kaitlyn Adams, Nathaniel Foley, Donna Jean Heath, Audelia Morin, Katrina Coe, G.H., Philip Alan Derise, Marlynn Gonzales, Joshua Denman, Cory Smith, Angela M. Laird, Megan Wood, L.W., Matthew Craig, Judy Ann Crabtree, Andrew Lukow, Darlene Shelton, Wesley Williamson, Luke Murphy, Raymond Nigel Spencer, Sr., Deadra Garrigus, Kathryn Head, Denise Vennix, K.A.C, Larry DiCenzo, Joyce Craig, Cesar Contreras, Emily Levi, Joedi Wood, Joseph Lukow, Cana Hickman, Robin Roberts, Sarah Dudek, S.S., Sean Elliott, Georgianna Stephens-Smith, Jordan M. Laird, Christopher Bouten, Patrick Ward, Melissa Dressler, Tatyana Fuentes, Tanja Kuhlmeier, Eric Phye, Gloria P Reynoso, Joan Henscheid, Nicholas Morris, Steven J. Friedrich, G.L., Matthew

# A-34

Menke, Robert Kugler, Terrel Charles Bartlett, Cathy Andino, Adam Mattis, Phyllis Taylor, J.M.H., Amber Habsieger, Ariana Starcevich, K.A., Heath Damon Hobson, S.L.H., Brent Hinson, Timothy Tiffner, E.R., Kimberlee Austin-Oliver, Mark Hurst, Lisa Ramaci, Stephen W. Evans, Kelly Gillis, Norma Alicia Contreras, M.B.S., J.L.(a minor), Joseph T. MIller, Jeremy D. Smith, Donald Mayes, Alan Burks, Megan People, John Richard Tully, II, Brett Farley, Christopher Joyner, Angelica Andrade, Matthew Garrigus, Steven T. Fisher, Jennifer Roose, Cassandra Bailey, Eric Neiberger, Sharen Jonaus Martin, Trent Stephens, Lee Wolfer, Nicholas Prowse, Theresa Davis, Kaiya Collado, Tabitha McCoy, Justin Waldeck, Joni Ariel Reeves Little, Tammy Dorsey, Jodee Johnson, Roberto Arizola, Sr, Nathan English, Alison Burks McRuiz, Cynthia Delgado, Andrew Bradley, Kedrick Dante Moody, Don Jason Stone, Donna Lewis, Andy Pool, Jerry L. Myers, Jeffrey C. Mann, George Arsiaga, John Stearns, Bridget Juneau, Breanna Lynn Gasper, Donna Farley, Austin Wallace, Brian T. Shelton, Afonso Bandhold, Mary Neiberger, Nancy Hecker, Kira Sikes, Richard Tomson, Mackenzie Haines, Christopher Bogart, Luz Maria Estrada-Pulido, Jessica H. Williams, Nicholas Baumhoer, Sandra Hankins, Esteban Morin, Michael Koulchar, Gina Tesnar, Lindsay Young, Rebecca J. Oliver, Charles B. Gregston, James Smith, Jackie Farrar-Finken, Sabrina Glawson, Michael Scott DeWilde, Shannon Shumate, John D Hecker, Lillian Hurst, David Wayne Hartley, Ryan Wilson, Lola Jean Modjeska, Beverley Wolfer, Dianna Alldridge, Denice York, Fabersha Flynt Lewis, Keri Hake, Pamela Adle-Watts, Robi Ann Galindo, Brandie Stanton, Kurtiss Lamb, Bryan S. Shelton, M.R.M, Johnny Javier Miles, Jr, Jacqueline A. Smith, Melissa Benson, Mark Munns, Carl K. Greer, Carrie Thompson, Tom B. Lee, Richard Fraser, Athena Hall, Joanne Sue Hassler, Andrew Lucas, Hunter L. Laird, Jonathan Contreras, Sr, Maria Alvarez, Alexander Zayas, Nannette Bryne-Haupt, Connie Haddock, Jennifer Link, Dove Deanna Adams, Charlotte Freeman, Holly Burson, Christopher Watts, Natalia White, Zachary Hake, T.S. (a minor), Sean Harrington, Tamara Runzel, Shyanne Smith-Lizotte, K.B., Suzzettee Lawson, Cedric Hunt, E.C.R., Gladys E. Reyes Centeno, Lavonna Harper, Dawn Haines, Robert Neiberger, Jennifer Morman, Harry Riley Bock, Devon Wallace, Carlos Contreras, Tiffany M. Little, Mary Jane Vandegrift(individually and on behalf of the Estate of Matthew R. Vandegrift), Samantha Dunford, Christina Melendez, Calvin Canine, Les Kuglicis, Wayne Newby, Rebecca Barattieri, Kyla Ostenson, Frances Catherine Castro, Judy Hoffman, Brenda Little, Paula Menke, Connie Moody, Debra Wigbels, Jean Dammann, Donna Engeman, Stephanie Kidder, Sylvia Johnson Spencer, Deborah Smith, Debra Cook-Russell, Michael Habsieger, H. Joseph Bandhold, I.F., Megan Mauk, Estavan Morin, Sr, J.T.B., Rayanne Hunter, Daniel Benavidez, Jr, Hernan Contreras, Taylor Eastlund, Christina Smith, Micheal Paul Allen Shelswell, J.M., Judy Collado, Dixie Flagg, Chastity Dawn Laflin, Ashley Vacho Leslie, Ricky Jonaus, M.R.M., Tanya Evrard, Colin Haines, Mark Umbrell, John Richard Tully, Lucas William Robinson, P.A., Jean Pruitt, Veronica Pena Andrade, Richard Lee, Carol Benson, Roberto Aaron Arizola, Timothy Newman, Colin Roberts, Roberto Andrade, Sr., Sven Eastlund, Sabrina Chapman, Shane Irwin, Scott Lilley, Crystal Tutwiler, Suheil Campbell, Douglas Kruger, Andrew James Raymond, David Finken, Mariana Bandhold, Petra Spialek, Velina Sanchez, Daniel Thomas, Sr, James Vaughn, Patricia Montgomery, A.L.R., K.K, David C. Iverson, Kaytrina Jackson, L.R., N.C.E., T.C., Dianne O'Neill, William Parker, Ethan Fritz, Edna Luz Burgos, William Farrar,Sr., Brandeaux Campbell, Christina Sheridan, Jerry A. Palinsky, Sr, Steve Wadleigh, Mark A. Hall, Kathleen Hoke, Michelle West, Tifany Thompson, Jesseca Lyn Tsosie, Kevin Graves, Judas Recendez, Corena Martin, Daniel Fritz, Miranda Pruitt, James Kinsey, Jarrett Ward, Kemely Pickett, D.A.S., Tyler Nicholas Ogden, Mary Carvill, Jeffrey Anderson, Victor Ray Wise II, Billy Doal Wells, Nicole Barattieri, Nichole Garrigus, Victoria Landeck, Donna Kuglics, Christopher Songer, Jessalyn Holt, Valencia Cook, Ling P. Lee, Rosemarie Alfonso, Lark Adams, Daniel Dressler, Richard E. Hassler, Erik Roberts, Patricia Wheatley, A.M.H., Margarita Aristizabal, Theresa Hart, Mary Jane Vandegrift(individually and on behalf of the Estate of John Vandegrift), Sheryl

Ann Chen, Daniel Menke, Joseph L. Greer, Shelley Ann Casey, Christopher Miller, Rene Pool, Jared S. Stevens, Kenny Lee, A.Z.-C., A.M.M., Melinda Flick, John Gibson, Olga Lydia Gutierrez, Fred Frigo, Nicole A. Kaplan, Rebecca L. Samten-Finch, Tammy Vanderwaal, Tyler Norager, Britney E. Carter, David James Hicks, Shannon Millican, R.A., Carllie Paul, Theodore Lester, Andrew Charles Major, Lori Ann McCoy, K.L., Bobbie D. Mariano, C.L.(a minor), Anastasia Fuller, Mackenzie G. Hall, Richard Finken, Joshua Schichtl, Kierra Glawson, Faith Renee Stoneking, Patricia Reynoso, Brianna Renee Navejas, Poloka Aieti, Donielle Edwards, Shelby West, Victoria M. Foley, Russel Hicks, Jr., Elva Espinoza, Chad Farr, Crista Munns, David Arnold, Anthony Hudson, Joseph Helton, Sr., John D. Lamie, George D. White, C.F., Bashar Al-Taie, Matthew Lilley, Vivian Pickett, Billy Johnson, Cara Roberts, C.B., Chris Farley, Jessica Hubbard, Randall Geiger, Robert Canine, John Sackett, J.T., Leasa Dollar, John Mcculley, Candice Machella, Matthew Lammers, William Ronald Little, Cassie Collins, M.T.W., Christopher Cote, Nicole Landon, Joshua P. Stein, Carrie Sue Stoneking, Tara Hutchinson, Ursula Ann Joshua, Matthew Benson, Grant H. Von Letkemann, II, James Canine, Christina Biederman, Mario Stanton, Billy Wallace, Veronica Denisse Andrade, Diana Thomas, Monica Arizola, Lea-Ann Wadleigh, Dakota Smith-Lizotte, Leslie K. Reeves-Hardcastle, A.S.E., Slade Victor Tully, Tony Gonzalez, Jennifer Lynn Hunt, Douglas Veverka, Thomas Kuhlmeier, John Vacho, Kimberly Vesey, Elizabeth Chism, Ava Lanette Bradley, Hilary Westerberg, M.C., Deborah Beavers, Max W. Hurst, Jamie Barnes, Tanya Suzzette Dressler, Peggy Carvill-Liguori, Jeffrey Adamson, Samantha Balsley, Elizabeth Jo Eastlund, Angel Mayes, Aloysius Sanchez, Jr, Judith Tiffner, Hope Elizabeth Veverka, T.R., A.S., Arifah Hardy, Justin Evans, Gilbert Arsiaga, Jr, Selicia Field, A.B.(a minor), Jeannine Vaughn, Frank Lilley, Noel Contreras, Adina Palinsky, Michael Pasco, Brian Montogmery, Emanuela Florexil, Stephen Finken, Russell J. Falter, Casey Reuben, M.A.H., Steven Greenwood, Ryan Bowman, Seop Kim, Sean M. Niquette, Paul Mitchell Millican, James Talbert, George J. White, Anita Baker, Karaleen Herb, Pam Marion, Kelli D. Hake, Brian G. Taylor, Matthew Arsiaga, Donald C. Bandhold, Jeanne Rhea Mcmanus, Daniel Price, Mark Finken, K.M., Vickie Michay White, Rebekah Scott, Eric Billiter, Michael J. Miller, Richelle Hecker, Steven Kirby, K.R.G., Marlen Pickett, Shaylyn C. Reece, Gloria L. Magana, Rommel Rocha, T.H., Marilyn Louise Tully, Tamara Hassler, David Dixon, Brittani Hobson, Helen Fraser, John David Heath, John Kuhlmeier, P.H., Kimberly Songer, Matthew Fieser, Brian Coke, Joel Hernandez, Deborah Allen Hollcroft, Adam magers, Joyce Brooks, Maricel Murray, Sebastian Niuman, Samantha Tucker, Joshua P.G. Wold, Andrew Tomson, Jacob Bauer, Johnny Javier Miles, Sr, Richard Hedgecock, II, Claire Jonaus, Dannyel Contreras, Stephanie C. Sander, Robert White, Abigail Hall, Christopher D. Greer, Danny Chism, Michael Dean Moody, Robert Vaccaro, Shalee Norager, Michael Lucas, Ardell Thomsen, Timothy W. Elledge, Arne Eastlund, Ashley Meikel Major, David W. Haines, Angela M. Garcia, Melba Anne F. Harris, Jesse P. Stein, Ralph Thomsen, Michael Weatherly, Susan Maria Doskocil Hicks, Veronica Lopez Reyes, Aundra Craig, Sandra Soliday, Andrew Moores, L.R.-W., Ronald Sloan, Kathleen Snyder, Hathal K. Taie, Sheila Tracy, Robert F. Mariano, Judy Huenink, Michael Smith, Dennis Dunn, Cynthia Conner, Imo Aieti, Jerrin Matthew Ogden, Constance Brian, John O'Neill, David Kaplan, Elena Shaw, G.B.(a minor), Angela Alvarez, Ami Neiberger, Jolene Lilley, Jennie L. Morin, Jonathan Craig, Andre Brown, James Dressler, Kathy Adamson, Rhett Murphy, Michael R. Mills, Carol Polley, Cynthia Thornsberry, Alan Finken, Celeste Yantis, Kristin White, Jason Robinson, Jodi Michelle Hobson, Scott Hood, Shaula Shaffer, Matthew Whiteside, Daniel J. Evans, C.W., Gabriela D. Puertas Vergara-Donoso, Victoria Hernandez, Marion Crimens, Donald Tracy, Donald Field, Christopher Golembe, Angelica Field, Lani D. Bogart, Frank L. Converse, Russell C. Falter, Marvise L. Crockett, Jean Mariano, Senovia Field, Jessica Cabot, Lorenzo Sandoval, Jr, Eugene Delozier, Sharon Johnston, Stacy Pate, Victoria Hecker, Shilyn Jackson, Mario Bowen, Seth Tiffner, John P. Sklaney, III, Joella Pratt, Preston Shane Reece, Jeremy Bauer, David G. Cardinal, Jr, Jeremy Church, Laurel

| | | |
|---|---|---|
| | | Barattieri, Eddie Jo Palinsky, Cheyenne Flagg, Joel Palinsky, S.J.S., Brenda Chand, Samantha Tomson, Brooke Kenney, Michelle Kim, Jerry A. Palinsky, II, Latasha Marble, Phillip Sanchez, Luis Garza, Christopher Michael Melendez, John Dana Greer, Padraic J. Newman, Alicia Pearson, Linda Gibson, Christopher Adamson, Elizabeth Masterson, Gregory Bauer, M.N., Kathy Crabtree, Evan D. Bogart, J.R., Maximillian Shroyer, Chasity Wells-George, Michelle Klemensberg, Johnny Washburn, G.F., Isabell Vincent, K.M.G., Michael Murphy-Sweet, Margarito A. Martinez, Jr, Stefanie Wallace, Nathan Newby, Vanessa Chism, Zoraima Lopez, Susan Arnold, Emilie Finken, Vickie Mchone, Joshua TIffner, Matthew Huckfeldt, Jaydean Hamilton, Mariah Simoneaux, Sharon M. Pugh, Donnie Marion, James Craig Roberts, Amber Hensley, Amenia Jonaus, Melissa Doheny, Shelley Ann Smith, Noel S. Farley, Tammy Kinney, Gloria Nesbitt, Kimberly Miller, Sean Slaven, Eric Brandon Stoneking, Julie Chism, Dwight Martin, Kathy Crane, Christopher Satterfield, Ronald Veverka, Travis Gibson, Noala Fritz, Matthew L. Mergele, Lawrence Kruger, Sharon Y. Dunn Smith, Jose Reynoso, Bradley Starcevich, Daniel P. Benson, Keith Veverka, Patricia Smith, E.W., Shirley Stearns, Adam G. Stout, Armando Fuentes, Ronald Wayne Crabtree, Sandra Valencia, Karen Funcheon, Ismael Martir, E.K., Bryant Bearfield, William J. Lee, Marvin Thornsberry, Ann Christopher, Christopher David, Tausolo Aieti, Benjamin Daniel Carrington, Nancy Cote, Janet Jones, Merlese Pickett, Amanda Vacho, Nicole Irwin, Richard Casey, Perry White, Sharon DeBrabander, Adrian Sandoval, Jami Lin Wilson, Hyunjung Glawson, Linda Falter, Karar Alabsawi, Jason Sackett, Roady Landtiser, Jeremy Blohm, Peter Finken, Terrance Peterson, III, Angeline Jackson, Eric Levi, Frances Robinson, Ryan Sabinish, Shelby White, Ashley Gudridge Houppert, Joshua Brooks, Michael Cook, Nichole Sweeney, Kandi Danielle Whiteside, Sarah Crosby, James Shepard, Stephanie Juneau, Robert W. Kuhlmeier, Gary Lammers, Linda Jones, Shawn Bartlett, Temika Swinton, John Daggett, Lynn Forehand, Ronald Alldridge, Janet L. Rios, Mark E. Thomsen. (Attachments: # 1 Proposed Summons, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3) (Osen, Gary) (Entered: 12/31/2020) |
| 01/06/2021 | 190 | Summons Issued as to Lebanese Canadian Bank SAL. (Fernandez, Erica) (Entered: 01/06/2021) |
| 01/19/2021 | 191 | Second MOTION to Intervene , Second MOTION to Strike 189 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , 105 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , by Achraf Safieddine. (Attachments: # 1 Declaration of Achraf Safieddine, # 2 Memorandum in Support) (Mercer, Justin) (Entered: 01/19/2021) |
| 01/19/2021 | 192 | RESPONSE in Opposition re 191 Second MOTION to Intervene Second MOTION to Strike 189 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , 105 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , filed by All Plaintiffs. (Attachments: # 1 Declaration of Aaron Schlanger, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F) (Gielchinsky, Dina) (Entered: 01/19/2021) |
| 01/19/2021 | 193 | REPLY in Support re 191 Second MOTION to Intervene Second MOTION to Strike 189 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , 105 Amended Complaint,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,,, , filed by Achraf Safieddine. (Mercer, Justin) (Entered: 01/19/2021) |
| 01/27/2021 | | Minute Entry: Oral argument on Defendant Jammal Trust Bank SAL and Proposed Intervenor Dr. Muhammad Baasiri's motions to substitute, intervene, and dismiss was held before Judge Carol Bagley Amon on January 26, 2021. Appearances: for Plaintiffs: Michael Radine, Gary Osen, and Ari Ungar. For Defendant Jammal Trust Bank SAL and Proposed Intervenor Dr. Muhammad Baasiri: Elizabeth Foley and David Rivkin. |

| | | |
|---|---|---|
| | | Decision on motions reserved. (Court Reporter Georgette Betts). (Morse, Allison) (Entered: 01/27/2021) |
| 02/11/2021 | | MINUTE ENTRY: Oral argument was held on proposed intervenor Achraf Safieddine's motion to intervene and strike 191 on February 11, 2021 before Judge Carol Bagley Amon. Appearances: For Plaintiffs: Dina Gelchinsky, Esq.; Gary Osen, Esq.; Michael Radine, Esq.; Ari Ungar, Esq. For Proposed Intervenor Achraf Safieddine: Justin Mercer, Esq. The Court reserved decision on the motion. (Court Reporter: Anthony Frisolone.) (Marks, Aaron) (Entered: 02/11/2021) |
| 02/12/2021 | 194 | Letter *requesting service of the summons and complaint on Lebanese Canadian Bank pursuant to FRCP 4(f)(2)(C)(ii)* by Robert Bartlett (Schlanger, Aaron) (Entered: 02/12/2021) |
| 02/16/2021 | 195 | Summons and Amended Complaint as to Lebanese Canadian Bank SAL served via International Federal Express, tracking number: 7728 9495 5987. (Brown, Marc) (Entered: 02/16/2021) |
| 03/12/2021 | 196 | Letter *re Update on Status of Appeal in Henkin v. Kuveyt Turk Katilim Bankasi A.S.* by BLOM Bank SAL, Fransabank SAL (Goldstein, Linda) (Entered: 03/12/2021) |
| 05/04/2021 | 197 | SUMMONS Returned Executed by Robert Bartlett. Lebanese Canadian Bank SAL served on 2/26/2021, answer due 3/19/2021. (Attachments: # 1 Exhibit A, # 2 Exhibit B) (Schlanger, Aaron) (Entered: 05/04/2021) |
| 06/21/2021 | 198 | Letter *in Response to the Court's December 30, 2020 Minute Order* by Banque Libano-Francaise SAL (Hanchet, Mark) (Entered: 06/21/2021) |
| 06/25/2021 | | Case Reassigned to Magistrate Judge Taryn A. Merkl. Magistrate Judge Vera M. Scanlon no longer assigned to the case. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Mahoney, Brenna) (Entered: 06/25/2021) |
| 06/25/2021 | | ORDER: The application for a further stay is denied. Defendants indicate 198 that they are considering seeking leave to file a renewed motion to dismiss in light of the Second Circuit's opinion in Kaplan v. Lebanese Canadian Bank, SAL, No. 19-3522, 2021 WL 2345642 (2d Cir. June 9, 2021). No later than July 2, 2021, Defendants shall file a letter indicating whether they (1) intend to answer the Second Amended Complaint, or (2) request leave to file a renewed motion to dismiss. Ordered by Judge Carol Bagley Amon on June 25, 2021. (Marks, Aaron) (Entered: 06/25/2021) |
| 06/28/2021 | 199 | Request for Certificate of Default by All Plaintiffs (Attachments: # 1 Affirmation in Support of Request for Certificate of Default, # 2 Exhibit A, # 3 Exhibit B) (Schlanger, Aaron) (Entered: 06/28/2021) |
| 07/02/2021 | 200 | Letter *in Response to the Court's Order of June 25, 2021* by Jammal Trust Bank SAL, Dr. Muhammad Baasiri (Rivkin, David) (Entered: 07/02/2021) |
| 07/02/2021 | 201 | Letter *to Hon. Carol Bagley Amon in Response to the Courts June 25, 2021 Minute Order* by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL (Baloul, Gassan) (Entered: 07/02/2021) |
| 07/02/2021 | 202 | Letter *to Hon. Carol Bagley Amon in Response to the Court's June 25, 2021 Minute Order* by Bank of Beirut SAL (Weisburg, Henry) (Entered: 07/02/2021) |
| 07/06/2021 | | ORDER: Defendants' requests for leave to file motions to dismiss the Second Amended |

|  |  | Complaint are GRANTED. The motions shall be limited to addressing the effect of the Second Circuit's decision in <u>Kaplan v. Lebanese Canadian Bank, SAL</u>, No. 19-3522, 2021 WL 2345642 (2d Cir. June 9, 2021), on this Court's Order denying the motions to dismiss the prior complaint. [164] Defendants Jammal Trust Bank SAL, Bank of Beirut SAL, and the remaining group of Moving Defendants [201] , shall file their briefs (three in total), each not to exceed ten pages, no later than July 27, 2021. Plaintiffs may file a consolidated opposition brief, not to exceed thirty pages, no later than August 24, 2021. Defendants' replies, if any, shall each be limited to five pages and filed no later than September 7, 2021. Should the Court find it necessary to hear oral argument, a separate scheduling order will follow. Ordered by Judge Carol Bagley Amon on 7/6/2021. (Marks, Aaron) (Entered: 07/06/2021) |
| 07/07/2021 | [203] | Clerk's ENTRY OF DEFAULT It appearing from the docket maintained in this action that defendant Lebanese Canadian Bank SAL has failed to appear or otherwise defend this action, the default of defendant Lebanese Canadian Bank SAL is hereby noted pursuant to Rule 55a of the Federal Rules of Civil Procedure. (Poveda, J.) (Entered: 07/07/2021) |
| 07/22/2021 | [204] | Letter MOTION to Compel *Defendants to comply with Federal Rule of Civil Procedure 26(f)'s requirements* by All Plaintiffs. (Attachments: # [1] Exhibit A, # [2] Exhibit B, # [3] Exhibit C, # [4] Exhibit D, # [5] Exhibit E, # [6] Exhibit F, # [7] Exhibit G) (Ungar, Ari) (Entered: 07/22/2021) |
| 07/23/2021 |  | ORDER. Pursuant to EDNY Local Rule 6.1(a), Defendants are directed to respond to Plaintiffs Letter Motion to Compel with any opposing affidavits and answering memoranda of law by **7/29/21**. Plaintiffs are directed to reply within two days after service of the answering papers. Ordered by Magistrate Judge Taryn A. Merkl on 7/23/2021. (Devanathan, Deepa) (Entered: 07/23/2021) |
| 07/27/2021 | [205] | Letter *Re: Service of Jamal Trust Bank SAL's Motion to Dismiss and Memorandum of Law in Support* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 07/27/2021) |
| 07/27/2021 | [206] | MOTION to Dismiss */Notice of Bank of Beirut SAL's Motion to Dismiss the Second Amended Complaint* by Bank of Beirut SAL. (Weisburg, Henry) (Entered: 07/27/2021) |
| 07/27/2021 | [207] | MEMORANDUM in Support re [206] MOTION to Dismiss */Notice of Bank of Beirut SAL's Motion to Dismiss the Second Amended Complaint* filed by Bank of Beirut SAL. (Weisburg, Henry) (Entered: 07/27/2021) |
| 07/27/2021 | [208] | AFFIDAVIT/DECLARATION in Support re [206] MOTION to Dismiss */Notice of Bank of Beirut SAL's Motion to Dismiss the Second Amended Complaint - Declaration of Henry Weisburg* filed by Bank of Beirut SAL. (Weisburg, Henry) (Entered: 07/27/2021) |
| 07/27/2021 | [209] | MOTION to Dismiss */Notice of Moving Defendants' Motion to Dismiss the Second Amended Complaint* by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Attachments: # [1] Joint Memorandum of Law in Support of Motion to Dismiss, # [2] Declaration of Linda C. Goldstein, # [3] Exhibit A., # [4] Exhibit B.) (Goldstein, Linda) (Entered: 07/27/2021) |
| 07/29/2021 | [210] | Letter *in Opposition to Plaintiffs' Letter Motion of July 22, 2021* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 07/29/2021) |
| 07/29/2021 | [211] | RESPONSE in Opposition re [204] Letter MOTION to Compel *Defendants to comply with Federal Rule of Civil Procedure 26(f)'s requirements (Opposition filed on behalf of the Moving Defendants)* filed by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East |

| | | |
|---|---|---|
| | | Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Siegfried, Jonathan) (Entered: 07/29/2021) |
| 07/30/2021 | 212 | MOTION to Substitute Attorney . *Stipulation and [Proposed] Order to Substitute Squire Patton Boggs (US) LLP as Attorneys of Record for Defendant Lebanon and Gulf Bank S.A.L. in Place of DLA Piper LLP (US)* by Lebanon and Gulf Bank SAL. (Attachments: # 1 Declaration Gassan A. Baloul) (Baloul, Gassan) (Entered: 07/30/2021) |
| 07/30/2021 | 213 | Letter MOTION for Leave to File Document *re Amended Motions to Dismiss* by BLOM Bank SAL, Fransabank SAL. (Attachments: # 1 Exhibit A) (Goldstein, Linda) (Entered: 07/30/2021) |
| 07/30/2021 | 214 | Letter MOTION for Leave to File Document *re Amended Motion to Dismiss Following Honickman (2d Cir.) Decision* by Jammal Trust Bank SAL. (Rivkin, David) (Entered: 07/30/2021) |
| 08/02/2021 | 215 | REPLY in Support re 204 Letter MOTION to Compel *Defendants to comply with Federal Rule of Civil Procedure 26(f)'s requirements* filed by All Plaintiffs. (Ungar, Ari) (Entered: 08/02/2021) |
| 08/02/2021 | | ORDER: On consent of the parties, Defendants' requests to file amended opening briefs are GRANTED. The amended opening briefs shall be filed no later than August 6, 2021. Plaintiffs' opposition shall be filed no later than August 24, 2021. Defendants' replies, if any, shall be filed no later than September - 9, 2021. Ordered by Judge Carol Bagley Amon on August 2, 2021. (Marks, Aaron) (Entered: 08/02/2021) |
| 08/05/2021 | 216 | STIPULATION AND ORDER SUBSTITUTING COUNSEL granting 212 Motion to Substitute Attorney: The undersigned hereby stipulate and consent to the substitution of the law firm of Squire Parron Boggs (US) LLP as attorneys of record for Defendant Lebanon and Gulf Bank S.A.L. in the above-captioned action in place and instead of the law firm of DLA Piper LLP (US). Ordered by Judge Carol Bagley Amon on 8/5/2021. (Fernandez, Erica) (Entered: 08/05/2021) |
| 08/05/2021 | 217 | MEMORANDUM AND ORDER granting in part and denying in part 191 Motion to Strike: For the reasons stated, Safieddine's motion to strike is GRANTED in part. The following text is stricken from Paragraph 801 of the SAC: "Ashraf Assem Safieddine was listed as the attorney and co-founder of the country" [sic] and "Mr. Safieddine also served as the company's attorney." Paragraphs 1276 of the SAC is stricken in its entirety. Paragraph 1280 is stricken except for the following text: "Liban Stars SARL. The following individuals were involved with the company: Kamel Amhaz founded the company and owned shares in the company. Jihad Hussein al-Anan was listed as a co-founder, partner and authorized signatory for the company." The motion is DENIED as to Paragraphs 1277-1279 of the SAC, which do not mention Safieddine. Ordered by Judge Carol Bagley Amon on 8/5/2021. (Fernandez, Erica) (Entered: 08/05/2021) |
| 08/06/2021 | 218 | NOTICE of Appearance by Gassan Adnan Baloul on behalf of Lebanon and Gulf Bank SAL (aty to be noticed). (Baloul, Gassan) (Entered: 08/06/2021) |
| 08/06/2021 | 219 | NOTICE of Appearance by Mitchell Rand Berger on behalf of Lebanon and Gulf Bank SAL (aty to be noticed) (Berger, Mitchell) (Entered: 08/06/2021) |
| 08/06/2021 | 220 | NOTICE of Appearance by Joseph Stewart Alonzo on behalf of Lebanon and Gulf Bank SAL (aty to be noticed) (Alonzo, Joseph) (Entered: 08/06/2021) |
| 08/06/2021 | 221 | MEMORANDUM AND ORDER re 182 Motion to Substitute Party: For the foregoing reasons, the motion to substitute is DENIED, the motion to intervene is GRANTED, and the motion to dismiss is DENIED. The Clerk of Court is respectfully directed to enter |

| | | |
|---|---|---|
| | | Muhammad Baasiri as a defendant in this case. Ordered by Judge Carol Bagley Amon on 8/6/2021. (Fernandez, Erica) (Entered: 08/06/2021) |
| 08/06/2021 | 222 | Letter *dated August 6, 2021 re: Service of Amended Motion to Dismiss and Amended Memorandum of Law in Support* by Jammal Trust Bank SAL (Rivkin, David) (Entered: 08/06/2021) |
| 08/06/2021 | 223 | MEMORANDUM in Support re 209 MOTION to Dismiss *Notice of Moving Defendants' Motion to Dismiss the Second Amended Complaint* filed by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Goldstein, Linda) (Entered: 08/06/2021) |
| 08/06/2021 | 224 | MEMORANDUM in Support re 206 MOTION to Dismiss *Notice of Bank of Beirut SAL's Motion to Dismiss the Second Amended Complaint / Amended Memorandum of Law* filed by Bank of Beirut SAL. (Weisburg, Henry) (Entered: 08/06/2021) |
| 08/13/2021 | 225 | NOTICE of Appearance by David B. Rivkin, Jr on behalf of Muhammad Baasiri (aty to be noticed) (Rivkin, David) (Entered: 08/13/2021) |
| 08/13/2021 | 226 | NOTICE of Appearance by Mark DeLaquil on behalf of Muhammad Baasiri (aty to be noticed) (DeLaquil, Mark) (Entered: 08/13/2021) |
| 08/13/2021 | 227 | NOTICE of Appearance by Elizabeth Price Foley on behalf of Muhammad Baasiri (aty to be noticed) (Foley, Elizabeth) (Entered: 08/13/2021) |
| 08/13/2021 | 228 | NOTICE of Appearance by Kendall Eugene Wangsgard on behalf of Muhammad Baasiri (aty to be noticed) (Wangsgard, Kendall) (Entered: 08/13/2021) |
| 08/19/2021 | 229 | NOTICE OF APPEAL as to 221 Order on Motion to Substitute Party, by Dr. Muhammad Baasiri, Muhammad Baasiri, Jammal Trust Bank SAL. Filing fee $ 505, receipt number ANYEDC-14767945. (Rivkin, David) (Entered: 08/19/2021) |
| 08/19/2021 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 229 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Jones, Vasean) (Entered: 08/19/2021) |
| 08/25/2021 | 230 | MOTION to Appear Pro Hac Vice *Alex C. Lakatos* Filing fee $ 150, receipt number ANYEDC-14782594. by Bank Audi SAL. (Attachments: # 1 Declaration of Alex C. Lakatos, # 2 Certificate of Good Standing, # 3 Proposed Order) (Lakatos, Alex) (Entered: 08/25/2021) |
| 08/25/2021 | 231 | MOTION to Appear Pro Hac Vice *Marc R. Cohen* Filing fee $ 150, receipt number ANYEDC-14782958. by Bank Audi SAL. (Attachments: # 1 Declaration of Marc R. Cohen, # 2 Certificate of Good Standing, # 3 Certificate of Good Standing, # 4 Proposed Order) (Cohen, Marc) (Entered: 08/25/2021) |
| 08/26/2021 | 232 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Schlanger, Aaron) (Entered: 08/26/2021) |
| 08/26/2021 | 233 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Osen, Gary) (Entered: 08/26/2021) |
| 08/26/2021 | 234 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Duprey, Patrick) (Entered: 08/26/2021) |
| 08/26/2021 | 235 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Schlanger, Cindy) (Entered: 08/26/2021) |

| 08/26/2021 | | ORDER: The Motion of Alex C. Lakatos for Leave to Appear Pro Hac Vice 230 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 8/26/2021. (Devanathan, Deepa) (Entered: 08/26/2021) |
| 08/26/2021 | | ORDER: The Motion of Marc R. Cohen for Leave to Appear Pro Hac Vice 231 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 8/26/2021. (Devanathan, Deepa) (Entered: 08/26/2021) |
| 08/26/2021 | 236 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Ungar, Ari) (Entered: 08/26/2021) |
| 08/26/2021 | 237 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Radine, Michael) (Entered: 08/26/2021) |
| 08/26/2021 | 238 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Radine, Michael) (Entered: 08/26/2021) |
| 08/26/2021 | 239 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Weinberg, Naomi) (Entered: 08/26/2021) |
| 08/26/2021 | 240 | NOTICE of Appearance by Alex C. Lakatos on behalf of Bank Audi SAL (notification declined or already on case) (Lakatos, Alex) (Entered: 08/26/2021) |
| 08/26/2021 | 241 | NOTICE of Change of Address Once the filing has been made, you must login to www.pacer.gov and update your account. (Gielchinsky, Dina) (Entered: 08/26/2021) |
| 08/26/2021 | 242 | NOTICE of Appearance by Marc R. Cohen on behalf of Bank Audi SAL (notification declined or already on case) (Cohen, Marc) (Entered: 08/26/2021) |
| 09/08/2021 | 243 | NOTICE of Appearance by Tamer Mallat on behalf of BLOM Bank SAL, Fransabank SAL (aty to be noticed) (Mallat, Tamer) (Entered: 09/08/2021) |
| 09/08/2021 | 244 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC-14818741. by BLOM Bank SAL, Fransabank SAL. (Attachments: # 1 Affidavit of Justin M. Remeo, # 2 Exhibit A - Pennsylvania Certificate of Good Standing, # 3 Exhibit B - District of Columbia Certificate of Good Standing, # 4 Proposed Order) (Romeo, Justin) (Entered: 09/08/2021) |
| 09/09/2021 | | ORDER: The Motion of Justin M. Romeo for Leave to Appear Pro Hac Vice 244 is granted. The attorney shall register for ECF; registration is available online at the EDNY's homepage. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure that the $150 admission fee be submitted to the Clerk's Office via filing the event *Pro Hac Vice Filing Fee*. So Ordered by Magistrate Judge Taryn A. Merkl on 9/9/2021. (Devanathan, Deepa) (Entered: 09/09/2021) |
| 09/09/2021 | 245 | Amended MOTION to Dismiss for Failure to State a Claim *in Light of Recent Second Circuit Authority* by Muhammad Baasiri, Jammal Trust Bank SAL. (Rivkin, David) (Entered: 09/09/2021) |
| 09/09/2021 | 246 | MEMORANDUM in Support re 245 Amended MOTION to Dismiss for Failure to State |

| | | |
|---|---|---|
| | | a Claim *in Light of Recent Second Circuit Authority* filed by Muhammad Baasiri, Jammal Trust Bank SAL. (Rivkin, David) (Entered: 09/09/2021) |
| 09/09/2021 | 247 | REPLY in Support re 245 Amended MOTION to Dismiss for Failure to State a Claim *in Light of Recent Second Circuit Authority* filed by Muhammad Baasiri, Jammal Trust Bank SAL. (Rivkin, David) (Entered: 09/09/2021) |
| 09/09/2021 | 248 | NOTICE of Appearance by George E. Anhang on behalf of Bank of Beirut SAL (aty to be noticed) (Anhang, George) (Entered: 09/09/2021) |
| 09/09/2021 | 249 | MEMORANDUM in Opposition re 209 MOTION to Dismiss */Notice of Moving Defendants' Motion to Dismiss the Second Amended Complaint*, 245 Amended MOTION to Dismiss for Failure to State a Claim *in Light of Recent Second Circuit Authority*, 206 MOTION to Dismiss */Notice of Bank of Beirut SAL's Motion to Dismiss the Second Amended Complaint Plaintiffs' Opposition to Defendants' Motions to Dismiss* filed by All Plaintiffs. (Osen, Gary) (Entered: 09/09/2021) |
| 09/09/2021 | 250 | REPLY in Support re 209 MOTION to Dismiss */Notice of Moving Defendants' Motion to Dismiss the Second Amended Complaint*, 223 Memorandum in Support, filed by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Goldstein, Linda) (Entered: 09/09/2021) |
| 09/09/2021 | 251 | REPLY in Support re 206 MOTION to Dismiss */Notice of Bank of Beirut SAL's Motion to Dismiss the Second Amended Complaint* filed by Bank of Beirut SAL. (Weisburg, Henry) (Entered: 09/09/2021) |
| 09/10/2021 | 252 | Letter *re: Courtesy Copies of Amended Motion to Dismiss In Light of Recent Second Circuit Authority* by Muhammad Baasiri, Jammal Trust Bank SAL (Rivkin, David) (Entered: 09/10/2021) |
| 09/10/2021 | 253 | Letter *re Courtesy Copies of Motion Papers* by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL (Goldstein, Linda) (Entered: 09/10/2021) |
| 09/10/2021 | 254 | Letter *re: Courtesy Copies of Motion Papers* by Bank of Beirut SAL (Weisburg, Henry) (Entered: 09/10/2021) |
| 09/20/2021 | 255 | Letter MOTION for Discovery *of Third Party Records* by All Plaintiffs. (Radine, Michael) (Entered: 09/20/2021) |
| 09/21/2021 | | ORDER. Pursuant to EDNY Local Rule 6.1(a), Defendants are directed to respond to Plaintiffs' Letter Motion for Discovery with any opposing affidavits and answering memoranda of law by **9/27/2021**. Plaintiffs are directed to reply within two days after service of the answering papers. A telephonic Status Conference will take place on **10/8/2021 at 4:15 p.m.** before Magistrate Judge Taryn A. Merkl. The parties are directed to call the toll-free number **(877) 336-1839**. The access code is **3914302**. The parties shall dial in five (5) minutes before the scheduled conference. Ordered by Magistrate Judge Taryn A. Merkl on 9/21/2021. (Devanathan, Deepa) (Entered: 09/21/2021) |
| 09/24/2021 | 256 | Letter *Response to Plaintiff's Letter Motion of September 20, 2021* by Muhammad Baasiri, Jammal Trust Bank SAL (Rivkin, David) (Entered: 09/24/2021) |
| 09/27/2021 | 257 | RESPONSE to Motion re 255 Letter MOTION for Discovery *of Third Party Records Moving Defendants Response to Plaintiffs September 20, 2021, Letter-Motion Regarding Third Party Discovery* filed by BLOM Bank SAL, Bank Audi SAL, Bank of Beirut SAL, |

|  |  | Bank of Beirut and the Arab Countries SAL, Banque Libano-Francaise SAL, Byblos Bank SAL, Fenicia Bank, Fransabank SAL, Lebanon and Gulf Bank SAL, Middle East Africa Bank SAL, Societe Generale de Banque au Liban SAL. (Hanchet, Mark) (Entered: 09/27/2021) |
| 09/29/2021 | 258 | REPLY in Support re 255 Letter MOTION for Discovery *of Third Party Records* filed by All Plaintiffs. (Radine, Michael) (Entered: 09/29/2021) |
| 10/04/2021 | 259 | Letter *Response to Plaintiff's Letter Motion dated September 30, 2021* by Muhammad Baasiri, Jammal Trust Bank SAL (Rivkin, David) (Entered: 10/04/2021) |
| 10/08/2021 |  | Minute Entry and Order: A telephonic Status Conference was held on 10/8/2021 before Magistrate Judge Taryn A. Merkl. Appearances by Gary Osen, Ari Ugar, Dina Gielchinsky and Michael Radine for Plaintiffs; Linda Goldstein, Michael McGinley and Tamar Mallat for Fransabank SAL and BLOM Bank SAL; Gassan Baloul, Joseph Alonzo and Mitchell Berger for Defendants Middle East Africa Bank SAL and Fenicia Bank; Robert Hamburg for Defendant Banque Libano-Francaise SAL; Elizabeth Foley for Defendants Dr. Muhammed Baasiri and Jammal Trust Bank SAL; Alex Lakatos for Defendant Bank Audi SAL; George Anhang for Defendant Bank of Beirut SAL.

For the reasons further discussed on the record, Plaintiffs' Letter Motion for Discovery 255 is granted in part. As discussed, the Court finds that the Defendants who object to engaging in discovery have not demonstrated good cause to stay all discovery given the age and procedural posture of this case. *See Contracto Ltd. v. Fast Search & Transfer Int'l, AS*, No. 12-CV-1930 (JS) (ARL), 2012 WL 12252587, at *1 (E.D.N.Y. July 12, 2012) (citing *Richards v. North Shore Long Island Jewish Health Sys.*, No. 10-CV4544 (LDW) (ETB), 2011 WL 4407518, at *1 (E.D.N.Y. Sept. 21, 2011) ("To determine whether a stay discovery is appropriate... courts consider the following factors: (1) whether the defendants have made a strong showing that the plaintiff's claim is not meritorious; (2) the breadth of discovery and burden of responding to it; and (3) the risk of unfair prejudice to the plaintiff.")). Analyzing these factors, the Court finds that the relatively small scope of discovery sought at this time, namely, a Rule 26(f) conference to plan discovery and issuance of third-party subpoenas, does not pose a significant burden on Defendants, who have not made a strong showing that Plaintiffs' claims are entirely lacking in merit, although the case may be narrowed by the pending motions to dismiss. In addition, given the age and procedural posture of the case, a continued stay risks unfair prejudice to Plaintiffs as staying discovery is likely to cause significant additional delays and/or hamper Plaintiffs' ability to prosecute the instant case. These factors do not apply to Defendants Dr. Muhammed Baasiri and Jammal Trust Bank SAL, as noted on the record, because their interlocutory appeal on sovereign immunity grounds is pending before the Second Circuit (*see* ECF No. 229).

The parties are respectfully directed to meet and confer at an initial Rule 26(f) conference by **11/8/2021**. A telephonic Status Conference will take place on **12/13/2021 at 10:15 a.m.** before Magistrate Judge Taryn A. Merkl. The parties are directed to call the toll-free number **(877) 336-1839**. The access code is **3914302**. The parties shall dial in five (5) minutes before the scheduled conference. So Ordered by Magistrate Judge Taryn A. Merkl on 10/8/2021.

The Court notes that, on October 12, 2021, Michael J. Sullivan, Esq., submitted a letter 260 to inform the Court that he was in attendance at the 10/8/2021 Status Conference, appearing on behalf of Socit Gnrale de Banque au Liban S.A.L., et al., but did not state his appearance on the record at the conference.(AT&T Log #4:40-5:49.) (Devanathan, Deepa) Modified on 10/14/2021 (Chan, Kaity). (Entered: 10/08/2021) |
| 10/12/2021 |  | ORDER: In light of the Court's ruling on Plaintiffs' Letter Motion for Discovery 255 , |

# A-44

|  |  | Plaintiffs' Letter Motion to Compel 204 is granted in part, as set forth in the Court's prior Minute Entry and Order. (*See* October 8, 2021 ECF Minute Entry and Order.) So Ordered by Magistrate Judge Taryn A. Merkl on 10/12/2021. (Devanathan, Deepa) (Entered: 10/12/2021) |
|---|---|---|
| 10/12/2021 | 260 | Letter *from Michael J. Sullivan to the Hon. Taryn A. Merkl* by Societe Generale de Banque au Liban SAL (Sullivan, Michael) (Entered: 10/12/2021) |
| 10/14/2021 | 261 | TRANSCRIPT of Proceedings held on October 8, 2021, before Judge Merkl. Court Reporter/Transcriber Transcriptions Plus II, Inc. Email address: rl.transcriptions2@gmail.com. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER.File redaction request using event "Redaction Request - Transcript" located under "Other Filings - Other Documents". Redaction Request due 11/4/2021. Redacted Transcript Deadline set for 11/15/2021. Release of Transcript Restriction set for 1/12/2022. (Hong, Loan) (Entered: 10/14/2021) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/22/2021 16:35:17 | | |
| **PACER Login:** | Tab261000 | **Client Code:** | 095879.000021 |
| **Description:** | Docket Report | **Search Criteria:** | 1:19-cv-00007-CBA-TAM |
| **Billable Pages:** | 30 | **Cost:** | 3.00 |

# A-45

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------x

ROBERT BARTLETT, TERREL CHARLES
BARTLETT, LINDA JONES, SHAWN BARTLETT, :
MAXINE E. CROCKETT, *individually and on behalf of* :
*the* ESTATE OF RICKY LEON CROCKETT, :
MARVISE L. CROCKETT, TRACIE ARSIAGA, :
*individually and on behalf of the* ESTATE OF ROBERT :
R. ARSIAGA, SYLVIA MACIAS, GILBERT :
ARSIAGA, JR., GEORGE ARSIAGA, MATTHEW :
ARSIAGA, ANGEL MUNOZ, ROBI ANN GALINDO, :
PATRICIA ARSIAGA *on behalf of the* ESTATE OF :
JEREMY ARSIAGA, CEDRIC HUNT, STEVEN :
GREENWOOD, STEPHEN W. HILLER, *individually* :
*and on behalf of the* ESTATE OF STEPHEN DUSTIN :
HILLER, JEREMY CHURCH, SANDRA HANKINS, :
INGRID FISHER, *individually and on behalf of the* :
ESTATE OF STEVEN SCOTT FISHER, KRISTIN :
WALKER, STEVEN T. FISHER, KATHLEEN :
GRAMKOWSKI, MARY CARVILL, PEGGY :
CARVILL-LIGUORI, *individually and on behalf of the* :
ESTATE OF FRANK T. CARVILL, DANIEL :
CARVILL, PAMELA ADLE-WATTS, *individually and* :
*on behalf of the* ESTATE OF PATRICK ADLE, JOHN :
WATTS, GLORIA NESBITT, *individually and on behalf* :
*of the* ESTATE OF DEFOREST L. TALBERT, D.J.H., *a* :
*minor*, CHIQUITA TALBERT, TAWANNA TALBERT :
DARRING, LATASHA MARBLE, JAMES TALBERT, :
MIRANDA PRUITT, VELINA SANCHEZ, *individually* :
*and on behalf of the* ESTATE OF MOSES ROCHA, :
ALOYSIUS SANCHEZ, SR., ROMMEL ROCHA, :
PHILLIP SANCHEZ, ALOYSIUS SANCHEZ, JR., :
GLORIA P. REYNOSO, *individually and on behalf of* :
*the* ESTATE OF YADIR G. REYNOSO, JASMIN :
REYNOSO, PATRICIA REYNOSO, JOSE REYNOSO, :
ASHLEY WELLS SIMPSON, *individually and on behalf* :
*of the* ESTATE OF LARRY LLOYD WELLS, CHAD :
WELLS, CRYSTAL STEWART, CHASITY WELLS-
GEORGE, CANDICE MACHELLA, BILLY DOAL :
WELLS, HOPE ELIZABETH VEVERKA, DONNA :
JEAN HEATH, *individually and on behalf of the* :
ESTATE OF DAVID MICHAEL HEATH, LOLA JEAN :
MODJESKA, JOHN DAVID HEATH, OLGA LYDIA :
GUTIERREZ, *individually and on behalf of the* ESTATE :
OF JACOB DAVID MARTIR, ISMAEL MARTIR, :

**AMENDED COMPLAINT**

**JURY TRIAL DEMANDED**

**19-cv-007 (CBA) (VMS)**

# A-46

VICTORIA M. FOLEY, *individually and on behalf of* : \
*the* ESTATE OF ALEXANDER SCOTT : \
ARREDONDO, NATHANIEL FOLEY, MICHAEL : \
SCOTT DEWILDE, STEVEN MORRIS, DANIELLE : \
DECHAINE-MORRIS, NICHOLAS MORRIS, K.M., *a* : \
*minor*, MONICA ARIZOLA, ROBERTO AARON : \
ARIZOLA, ROBERTO ARIZOLA, SR., CECILIA : \
ARIZOLA, DANNY ARIZOLA, RICARDO ARIZOLA, : \
GREG KLECKER, RAYMOND MONTGOMERY, : \
PATRICIA MONTGOMERY, BRYAN : \
MONTGOMERY, TONY WOOD, JOEDI WOOD, : \
ADAM WOOD, MEGAN WOOD, LISA RAMACI, : \
*individually and on behalf of the* ESTATE OF STEVEN : \
VINCENT, ISABELL VINCENT, ESTATE OF : \
CHARLES VINCENT, MARIA VIDAL, TAMARA : \
HASSLER, RICHARD E. HASSLER, JOANNE SUE : \
HASSLER, SCOTT HUCKFELDT, KATHRYN : \
HUCKFELDT, ALISHA HUCKFELDT, MATTHEW : \
HUCKFELDT, TIMOTHY NEWMAN, PADRAIC J. : \
NEWMAN, AMENIA JONAUS, *individually and on* : \
*behalf of the* ESTATE OF JUDE JONAUS, : \
GERNESSOIT JONAUS, DAPHNIE JONAUS : \
MARTIN, RICKY JONAUS, MARCKENDY JONAUS, : \
CLAIRE JONAUS, SHAREN JONAUS MARTIN, : \
MASINA TULIAU, GWENDOLYN MORIN- : \
MARENTES, *individually and on behalf of the* ESTATE : \
OF STEVE MORIN, JR., ESTEBAN MORIN, : \
AUDELIA MORIN, ESTAVAN MORIN, SR., : \
BRIANNA RENEE NAVEJAS, MARGARITO A. : \
MARTINEZ, JR., AMY LYNN ROBINSON and : \
FLOYD BURTON ROBINSON, *individually and on* : \
*behalf of the* ESTATE OF JEREMIAH ROBINSON, : \
JACOB MICHAEL ROBINSON, LUCAS WILLIAM : \
ROBINSON, ALVIS BURNS, JODEE JOHNSON, : \
JAMES HIGGINS, WENDY COLEMAN, BRIAN : \
RADKE, NOVA RADKE, STEVEN VERNIER, JR., : \
CLIFFORD L. SMITH, JR., *individually and on behalf* : \
*of the* ESTATE OF KEVIN J. SMITH, GEORGIANNA : \
STEPHENS-SMITH, CORENA MARTIN, ADAM : \
MATTIS, TERRANCE PETERSON, III, PETRA : \
SPIALEK, DAVID G. CARDINAL, JR., *individually* : \
*and on behalf of the* ESTATE OF ANTHONY : \
CARDINAL, RICHELLE HECKER, *individually and on* : \
*behalf of the* ESTATE OF WILLIAM F. HECKER, III, : \
VICTORIA HECKER, W.H., *a minor*, C.H., *a minor*, : \
WILLIAM F. HECKER, JR., NANCY HECKER, JOHN :

ii

D. HECKER, ROBERT F. MARIANO, *individually and*                    :
*on behalf of the* ESTATE OF ROBBIE M. MARIANO,                     :
DEBRA MARIANO, BOBBIE D. MARIANO, VICKIE                            :
MICHAY WHITE, *individually and on behalf of the*                   :
ESTATE OF STEPHEN J. WHITE, GLADYS E.                               :
REYES CENTENO, VERONICA LOPEZ REYES,                                :
*individually and on behalf of the* ESTATE OF JASON                 :
LOPEZ REYES, ZORAIMA LOPEZ, JENNIFER LINK,                          :
SHARON JOHNSTON, TARA HUTCHINSON,                                   :
KENNY LEE, TOM B. LEE, LING P. LEE, DEBORAH                         :
NOBLE, *individually and on behalf of the* ESTATE OF                :
CHARLES E. MATHENY, IV, DAVID NOBLE,                                :
CHARLES E. MATHENY, III, JUDY COLLADO,                              :
KAIYA COLLADO, JUSTIN WALDECK, TANJA                                :
KUHLMEIER, *individually and on behalf of the*                      :
ESTATE OF DANIEL KUHLMEIER, K.K., *a minor*,                        :
ROBERT J. KUHLMEIER, THERESA A.                                     :
KUHLMEIER, THERESA ANN KUHLMEIER,                                   :
EDWARD KUHLMEIER, THOMAS KUHLMEIER,                                 :
JOHN KUHLMEIER, ROBERT W. KUHLMEIER,                                :
PATRICK FARR, *individually and on behalf of the*                   :
ESTATE OF CLAY P. FARR, SILVER FARR,                                :
CARROL ALDERETE, ANTHONY ALDERETE,                                  :
CHAD FARR, RAYANNE HUNTER, *individually and*                       :
*on behalf of the* ESTATE OF WESLEY HUNTER,                         :
W.H., *a minor*, T.H., *a minor*, FABERSHA FLYNT                    :
LEWIS, CHRISTOPHER ANTHONY BERSHEFSKY,                              :
LORENZO SANDOVAL, SR., *individually and on*                        :
*behalf of the* ESTATE OF ISRAEL DEVORA-GARCIA,                     :
LORENZO SANDOVAL, JR., ADRIAN SANDOVAL,                             :
ROSA ESTHER SANDOVAL, HENRY J.                                      :
BANDHOLD, SR., *individually and on behalf of the*                  :
ESTATE OF SCOTT BANDHOLD, AFONSO                                    :
BANDHOLD, MARIANA BANDHOLD, H. JOSEPH                               :
BANDHOLD, DONALD C. BANDHOLD, JOSHUA P.                             :
STEIN, NICOLE B. STEIN, R.M.S., *a minor*, J.S.S., *a*              :
*minor*, JESSE P. STEIN, MICHAEL PAUL ALAN                          :
SHELSWELL, ERIK ROBERTS, E.C.R., *a minor*,                         :
ROBIN ROBERTS, JAMES CRAIG ROBERTS, CARA                           :
ROBERTS, COLIN ROBERTS, LUKE MURPHY,                                :
WILLETTE MURPHY, SHANE IRWIN, T.R., *a minor*,                      :
HELEN MARGUERITE IRWIN, NICOLE IRWIN,                               :
MARIA GOMEZ, *individually and on behalf of the*                    :
ESTATE OF JOSE GOMEZ, JOHN DANA GREER,                              :
STEPHANIE C. SANDER, CHRISTOPHER D.                                 :
GREER, JOSEPH L. GREER, CARL K. GREER,                              :

CHRISTOPHER JOYNER, ANNE P. JOYNER,    :
NECOLE DUNLOW SMITH, MICHAEL R. MILLS,    :
M.R.M., *a minor*, M.R.M., *a minor*, EDDIE JO    :
PALINSKY, *individually and on behalf of the* ESTATE    :
OF JERRY A. PALINSKY, JR., JERRY A. PALINSKY,    :
II, ADINA PALINSKY, JERRY A. PALINSKY, SR.,    :
KATHLEEN HOKE, JOEL PALINSKY, KARALEEN    :
HERB, ERIC BRANDON STONEKING, CARRIE SUE    :
STONEKING, FAITH RENEE STONEKING,    :
NANETTE SAENZ, *individually and on behalf of the*    :
ESTATE OF CARLOS N. SAENZ, JUAN SAENZ,    :
JOAQINA SAENZ CHORENS, LUZ MARIA    :
ESTRADA-PULIDO, FRANCES CATHERINE    :
CASTRO, ELVA ESPINOZA, AMANDA VACHO *on*    :
*behalf of the* ESTATE OF NATHAN J. VACHO *and on*    :
*behalf of* E.V., *a minor*, BAYLI VACHO, *individually*    :
*and on behalf of the* ESTATE OF NATHAN J. VACHO,    :
JOHN VACHO, *individually and on behalf of the*    :
ESTATE OF CAROL VACHO, ASHLEY VACHO    :
LESLIE, RONALD VEVERKA, CAROL POLLEY,    :
KEITH VEVERKA, DOUGLAS VEVERKA, SANDRA    :
SOLIDAY, JEANETTE WEST, *individually and on*    :
*behalf of the* ESTATE OF ROBERT H. WEST,    :
SHELBY WEST, DONNA ENGEMAN, *individually*    :
*and on behalf of the* ESTATE OF JOHN W.    :
ENGEMAN, SHANNON SHUMATE, LAUREN    :
SHUMATE, L.S., *a minor*, L.S., *a minor*, NICOLE    :
DICENZO, *individually and on behalf of the* ESTATE    :
OF DOUGLAS ANDREW DICENZO, D.D., *a minor*,    :
LARRY DICENZO, KATHY CRANE, JOHNNY    :
ALLEN BLAIR, *individually and on behalf of the*    :
ESTATE OF ROBERT EDWARD BLAIR, CHARLEE    :
BLAIR WEBB, SUZZETTEE LAWSON, *individually*    :
*and on behalf of the* ESTATE OF ISAAC S. LAWSON,    :
C.L., *a minor*, ARNE EASTLUND, TINA EASTLUND,    :
SVEN EASTLUND, TAYLOR EASTLUND,    :
ELIZABETH JO EASTLUND, MATTHEW    :
ADAMSON, R.A., *a minor*, KATHY ADAMSON,    :
RICHARD ADAMSON, CHRISTOPHER ADAMSON,    :
JEFFREY ADAMSON, JUSTIN ADAMSON, JAMES    :
SHEPARD, JOHN P. SKLANEY, III, KATHY    :
CRABTREE, *individually and on behalf of the* ESTATE    :
OF DANIEL CRABTREE, M.C., *a minor*, JUDY ANN    :
CRABTREE, RONALD WAYNE CRABTREE,    :
DEBRA WIGBELS, RONALD WILLIAM    :
CRABTREE, JUDY HUENINK*, individually and on*    :

*behalf of the* ESTATE OF BENJAMIN J. SLAVEN, :
SEAN SLAVEN, CHASTITY DAWN LAFLIN, :
NICOLE LANDON, MISTI FISHER, STEVEN J. :
FRIEDRICH, A.F., *a minor*, PHILIP ALAN DERISE, :
NORMA ALICIA CONTRERAS, JONATHAN :
CONTRERAS, SR., CARLOS CONTRERAS, CESAR :
CONTRERAS, HERNAN CONTRERAS, NOEL :
CONTRERAS, DANNYEL CONTRERAS, SHARON :
M. PUGH, *individually and on behalf of the* ESTATE OF :
KENNETH IRVING PUGH, BRITNEY E. CARTER, :
ALICIA PEARSON, DANIEL J. EVANS, JUSTIN :
EVANS, KEVIN GRAVES, NICHOLAS GENE :
KOULCHAR, MICHAEL KOULCHAR, SUHEIL :
CAMPBELL, *individually and on behalf of the* ESTATE :
OF EDGARDO ZAYAS, ALEXANDER ZAYAS, A.Z.- :
C., *a minor*, CATHY ANDINO, *individually and on* :
*behalf of the* ESTATE OF EDWIN A. ANDINO, JR., :
LUIS JUNIOR PUERTAS, LIDIA SULLIVAN, :
GABRIELA D. PUERTAS VERGARA-DONOSO, :
CHRISTOPHER MICHAEL MELENDEZ, NARCISO :
MELENDEZ, CHRISTINA MELENDEZ, LAUREL :
BARATTIERI, *individually and on behalf of the* :
ESTATE OF GUY BARATTIERI, PATRICIA :
WHEATLEY, REBECCA BARATTIERI, NICOLE :
BARATTIERI, GINA TESNAR, GLORIA L. :
MAGANA, *individually and on behalf of the* ESTATE :
OF KENNY FRANCES STANTON, JR., MARIO :
STANTON, BRANDIE STANTON, TERRYMARIE :
STANTON, FRED FRIGO, NANNETTE BRYNE- :
HAUPT, LYNN FOREHAND, *individually and on* :
*behalf of the* ESTATE OF RYAN HAUPT, LANCE :
HAUPT, RHONDA HAUPT, TIFANY THOMPSON, :
SABRINA CUMBE, WILLIAM WITTE, *individually* :
*and on behalf of the* ESTATE OF KEVIN M. WITTE, :
MICHAEL MOCK, TAMMY DORSEY, ERIC PHYE, :
JAMES GMACHOWSKI, CONSTANCE BRIAN, :
*individually and on behalf of the* ESTATE OF BRIAN :
BRIAN, AMBER HENSLEY, DAVID W. HAINES, :
DAWN HAINES, COLIN HAINES, MACKENZIE :
HAINES, KARAR ALABSAWI, MICHELLE :
TAYLOR, *individually and on behalf of the* ESTATE OF :
DAVID G. TAYLOR, JR., J.T., *a minor*, PHYLLIS :
TAYLOR, JOHN TAYLOR, BRIAN G. TAYLOR, :
JUDAS RECENDEZ, TYLER NORAGER, SHALEE :
NORAGER, M.N., *a minor*, HARRY RILEY BOCK, :
JILL ANN BOCK, MARIAH SIMONEAUX, KOUSAY :

v

AL-TAIE, *individually and on behalf of the* ESTATE OF   :
AHMED AL-TAIE, NAWAL AL-TAIE, BASHAR AL-   :
TAIE, HATHAL K. TAIE, LAWRENCE KRUGER,   :
*individually and on behalf of the* ESTATE OF ERIC   :
KRUGER, CAROL KRUGER, C.K., *a minor*, E.K., *a*   :
*minor*, DOUGLAS KRUGER, KRISTY KRUGER,   :
JACKIE FARRAR-FINKEN, *individually and on behalf*   :
*of the* ESTATE OF PAUL FINKEN, EMILIE FINKEN,   :
C.F., *a minor*, J.F., *a minor*, STEPHEN FINKEN, ALAN   :
FINKEN, RICHARD FINKEN, DAVID FINKEN,   :
MARK FINKEN, PETER FINKEN, JEAN PRUITT,   :
JOAN HENSCHEID, LORI ANN MCCOY, *individually*   :
*and on behalf of the* ESTATE OF GREGORY MCCOY,   :
L.M., *a minor*, T.M., *a minor*, GLENN MICHAEL COX,   :
SANGSOON KIM, SEOP KIM, *individually and on*   :
*behalf of the* ESTATE OF JANG HO KIM, MICHELLE   :
KIM, KURTISS LAMB, FRANCIS L. COTÉ, NANCY   :
COTÉ, CHRISTOPHER COTÉ, SAMANTHA   :
DUNFORD, MAXIMILLIAN SHROYER, CASEY   :
REUBEN, BREE REUBEN, PATRICK REUBEN,   :
JACKIE STEWART, MARK MUNNS, CRISTA   :
MUNNS, SHARON DEBRABANDER, DENNIS   :
DEBRABANDER, NICOLE DEBRABANDER,   :
JOELLA PRATT, HELEN FRASER, RICHARD   :
FRASER, *individually and on behalf of the* ESTATE OF   :
DAVID M. FRASER, TRICIA ENGLISH, NATHAN   :
ENGLISH, N.C.E., *a minor*, A.S.E., *a minor*, TODD   :
DAILY *on behalf of the* ESTATE OF SHAWN L.   :
ENGLISH, JOSHUA STARKEY, BRENT HINSON,   :
WILLIAM HINSON, FRAN HINSON, HILARY   :
WESTERBERG, LINDA GIBSON, JOHN GIBSON,   :
STEPHANIE GIBSON WEBSTER, SEAN ELLIOTT,   :
TRAVIS GIBSON, WILLIAM RONALD LITTLE,   :
BRENDA LITTLE, *individually and on behalf of*   :
WILLIAM RONALD LITTLE, JR., KIRA SIKES,   :
JOSHUA DENMAN, RANDOLPH DELBERT NANTZ,   :
JOSHUA RYAN NANTZ, LORI ANN MCCORMICK,   :
*individually and on behalf of the* ESTATE OF   :
CLINTON MCCORMICK, DEBORAH BEAVERS,   :
DENISE VENNIX, *individually and on behalf of the*   :
ESTATE OF ALAN R. BLOHM, JEREMY BLOHM,   :
*individually and on behalf of the* ESTATE OF CHRIS   :
BLOHM, KIANA BLOHM, JAMES SMITH, MEGAN   :
MAUK, ROBERT VACCARO, JOANNE GUTCHER,   :
CHARLOTTE FREEMAN, *individually and on behalf of*   :
*the* ESTATE OF BRIAN S. FREEMAN, G.F., *a minor*,   :

I.F., *a minor*, KATHLEEN SNYDER, RANDOLPH          :
FREEMAN, KATHALEEN FREEMAN, ALBERT                 :
SNYDER, RICHARD LEE, DANNY CHISM,                  :
ELIZABETH CHISM, *individually and on behalf of the*  :
ESTATE OF JOHNATHAN B. CHISM, VANESSA              :
CHISM, JULIE CHISM, RUSSELL J. FALTER,             :
*individually and on behalf of the* ESTATE OF SHAWN  :
P. FALTER, LINDA FALTER, MARJORIE FALTER,          :
RUSSELL C. FALTER, JOHN SACKETT, JASON             :
SACKETT, MICHAEL LUCAS, MARSHA NOVAK,              :
DAVID LUCAS, TIM LUCAS, ANDREW LUCAS,              :
SHANNON MILLICAN, *individually and on behalf of*   :
*the* ESTATE OF JOHNATHON M. MILLICAN, PAUL        :
MITCHELL MILLICAN, NOALA FRITZ, *individually*      :
*and on behalf of the* ESTATE OF JACOB FRITZ *and*   :
*the* ESTATE OF LYLE FRITZ, DANIEL FRITZ,          :
ETHAN FRITZ, BILLY WALLACE, STEFANIE              :
WALLACE, AUSTIN WALLACE, DEVON                     :
WALLACE, C.W., *a minor*, EVAN KIRBY, MARCIA       :
KIRBY, STEVEN KIRBY, JOHNNY WASHBURN,             :
MARVIN THORNSBERRY, CYNTHIA                        :
THORNSBERRY, A.B., *a minor*, M.T., *a minor*, N.T., *a*  :
*minor*, L.T., *a minor*, TRACY ANDERSON, JEFFREY   :
ANDERSON, ADAM G. STOUT, ANDREW JEFFREY           :
ANDERSON, ELIZABETH LYNN ISLAS,                   :
ANASTASIA FULLER, *individually and on behalf of*   :
*the* ESTATE OF ALEXANDER H. FULLER, A.F., *a*      :
*minor*, SAMANTHA BALSLEY, *individually and on*    :
*behalf of the* ESTATE OF MICHAEL C. BALSLEY,      :
L.R.-W., *a minor*, HEATH DAMON HOBSON, JODI       :
MICHELLE HOBSON, M.D.H., *a minor*, DEADRA         :
GARRIGUS, *individually and on behalf of the* ESTATE :
OF MICKEL D. GARRIGUS, DAVID GARRIGUS,            :
NICHOLE GARRIGUS, KYLA OSTENSON,                  :
MATTHEW GARRIGUS, SHAWN RYAN, SHARON              :
Y. DUNN SMITH, *individually and on behalf of the*   :
ESTATE OF TERRENCE DUNN, DENNIS DUNN,             :
RICHARD LANDECK, VICTORIA LANDECK,                :
LAVONNA HARPER, MELBA ANNE F. HARRIS,            :
PAUL D. HARRIS, HYUNJUNG GLAWSON,                 :
*individually and on behalf of the* ESTATE OF CURTIS  :
E. GLAWSON, YOLANDA M. BROOKS, CURTIS             :
GLAWSON, SR., KIERRA GLAWSON, SABRINA             :
GLAWSON *on behalf of the* ESTATE OF CORTEZ        :
GLAWSON, JAZMON REYNA, RYAN SABINISH,             :
R.J.S., *a minor*, S.J.S., *a minor*, CARRIE THOMPSON,  :

# A-52

*individually and on behalf of the* ESTATE OF SEAN M.    :
THOMAS, A.T., *a minor*, DANIEL THOMAS, SR.,    :
DIANA THOMAS, DANIEL THOMAS, JR., KELLY    :
GILLIS, MELINDA FLICK, ANN CHRISTOPHER,    :
*individually and on behalf of the* ESTATE OF KWESI    :
CHRISTOPHER, NANCY FUENTES, *individually and*    :
*on behalf of the* ESTATE OF DANIEL A. FUENTES,    :
ARMANDO FUENTES, JULIO FUENTES, TATYANA    :
FUENTES, EMMA MCGARRY, D.J.F., *a minor*, JOHN    :
KIRBY, MICHAEL MURPHY-SWEET, ELIZABETH    :
MURPHY-SWEET, ANONA GONELLI, LINDSAY    :
YOUNG, *individually and on behalf of the* ESTATE OF    :
BRETT A. WALTON, S.W., *a minor*, LEASA    :
DOLLAR, EUGENE DELOZIER, MICHELLE    :
KLEMENSBERG, *individually and on behalf of the*    :
ESTATE OF LARRY R. BOWMAN, SCOTT LILLEY,    :
FRANK LILLEY, JOLENE LILLEY, MATTHEW    :
LILLEY, AVA TOMSON, *individually and on behalf of*    :
*the* ESTATE OF LUCAS V. STARCEVICH, RICHARD    :
TOMSON, BRADLEY STARCEVICH, GLENDA    :
STARCEVICH, ARIANA STARCEVICH, TRENTON    :
STARCEVICH, SAMANTHA TOMSON, ANDREW    :
TOMSON, JARED S. STEVENS, SUSAN MARIA    :
DOSKOCIL HICKS, *individually and on behalf of the*    :
ESTATE OF GLENN DALE HICKS, JR., GLENN    :
DALE HICKS, SR., DAVID JAMES HICKS, JOHN    :
CHRISTOPHER HICKS, S.L.H., *a minor*, KAREN    :
FUNCHEON, *individually and on behalf of the* ESTATE    :
OF ALEXANDER J. FUNCHEON, ROBERT    :
FUNCHEON, DWIGHT MARTIN, *individually and on*    :
*behalf of the* ESTATE OF JAY E. MARTIN, DOVE    :
DEANNA ADAMS, RAVEN ADAMS, LARK    :
ADAMS, HOLLY BURSON, *individually and on behalf*    :
*of the* ESTATE OF JEROME POTTER, NANCY    :
UMBRELL, *individually and on behalf of the* ESTATE    :
OF COLBY J. UMBRELL, MARK UMBRELL, CASEY    :
BOEHMER, JEREMY D. SMITH, DANIEL DIXON,    :
*individually and on behalf of the* ESTATE OF ILENE    :
DIXON *and the* ESTATE OF ROBERT J. DIXON,    :
JESSICA HUBBARD *on behalf of the* ESTATE OF    :
ROBERT J. DIXON, M.R., *a minor*, L.R., *a minor*,    :
DAVID DIXON, DANIEL AUSTIN DIXON,    :
GRETCHEN LANG, REBECCA J. OLIVER, DANIEL    :
C. OLIVER, KIMBERLEE AUSTIN-OLIVER,    :
TIFFANY M. LITTLE, *individually and on behalf of the*    :
ESTATE OF KYLE A. LITTLE, K.L., *a minor*,    :

SHELLEY ANN SMITH, DAKOTA SMITH-LIZOTTE,   :
SHYANNE SMITH-LIZOTTE, ERIN LEE DRUCTOR,   :
*individually and on behalf of the* ESTATE OF BLAKE   :
STEPHENS, TRENT STEPHENS, KATHLEEN   :
STEPHENS, DEREK STEPHENS, RHETT STEPHENS,   :
SUMMER STEPHENS, BRITTANI HOBSON,   :
CYNTHIA CONNER, WILLIAM FARRAR, SR.,   :
*individually and on behalf of the* ESTATE OF   :
WILLIAM A. FARRAR, JOSHUA BROOKS, JOYCE   :
BROOKS, DANNY BROOKS, DANIEL TYLER   :
BROOKS, DELILAH BROWN, *individually and on*   :
*behalf of the* ESTATE OF SCOTT J. BROWN, TONYA   :
K. DRESSLER, ARDITH CECIL DRESSLER,   :
MELISSA DRESSLER, TANYA SUZZETTE   :
DRESSLER, DANIEL DRESSLER, JAMES   :
DRESSLER, ELIZABETH MASTERSON, *individually*   :
*and on behalf of the* ESTATE OF JOSHUA D. BROWN,   :
MARIAN BROWN, WAYNE BROWN, DANIELLE   :
SWEET, *individually and on behalf of the* ESTATE OF   :
RYAN A. BALMER, A.B., *a minor*, G.B., *a minor*,   :
DONNA KUGLICS, *individually and on behalf of the*   :
ESTATE OF MATTHEW J. KUGLICS, LES   :
KUGLICS, EMILY ADAMS, DEREK GAJDOS,   :
TAMMY DENBOER, BRANDEAUX CAMPBELL,   :
RYAN WILSON, JAMI LIN WILSON, MATTHEW   :
LAMMERS, ALICIA LAMMERS, BARBARA   :
LAMMERS, GARY LAMMERS, STACY PATE,   :
ANGEL GOMEZ, DENISE JACKSON, SCOTT HOOD,   :
FLORA HOOD, DIXIE FLAGG, STEPHANIE HOOD,   :
CHEYENNE FLAGG, WILLIAM PARKER, MEGHAN   :
PARKER-CROCKETT, ANDREW MOORES, SHEILA   :
TRACY, *individually and on behalf of the* ESTATE OF   :
JACOB TRACY, DONALD TRACY, NICHOLE   :
SWEENEY, CHRISTINA SHERIDAN, MATTHEW   :
BENSON, MELISSA BENSON, C.B., *a minor*, B.B., *a*   :
*minor*, DANIEL P. BENSON, CAROL BENSON,   :
DANIEL R. BENSON, ANDREW JAMES RAYMOND,   :
RAYMOND NIGEL SPENCER, SR., SYLVIA   :
JOHNSON SPENCER, MICHAEL DEAN MOODY,   :
SR., *individually and on behalf of the* ESTATE OF   :
MICHAEL DEAN MOODY, JR., CONNIE MOODY,   :
KEDRICK DANTE MOODY, DREW EDWARDS,   :
DONIELLE EDWARDS, ARIFAH HARDY, T.C., *a*   :
*minor*, AUNDRA CRAIG, JOYCE CRAIG, DEBRA   :
COOK-RUSSELL, NASHIMA WILLIAMS CRAIG,   :
MATTHEW CRAIG, JONATHAN CRAIG, ANDRE   :

BROWN, MICHAEL COOK, VALENCIA COOK,          :
KATHERINE M. CROW, *individually and on behalf of*   :
*the* ESTATE OF WILLIAM J. CROW, K.A.C., *a minor*,   :
K.E.C., *a minor*, CANDACE CATHRYN HUDSON,   :
*individually and on behalf of the* ESTATE OF   :
KATHRYN ANN MONDINI, AMANDA B. ADAIR,   :
PATRICK TUTWILER, CRYSTAL TUTWILER,   :
SHIRLEY STEARNS and JOHN STEARNS,   :
*individually and on behalf of the* ESTATE OF   :
MICHELLE R. RING, KAREN HALL, MARILYN   :
HAYBECK, MARC STEARNS, JAMES COLE *on*   :
*behalf of* B.C., *a minor*, JOHN D. LAMIE, DONNA   :
LEWIS, *individually and on behalf of the* ESTATE OF   :
JASON DALE LEWIS, J.L.*, a minor*, J.L., *a minor*,   :
G.L., *a minor*, JEAN MARIANO, KATHERINE   :
MCRILL-FELLINI, *individually and on behalf of the*   :
ESTATE OF ROBERT MCRILL, BRETT COKE,   :
BRIAN COKE, RONALD MCRILL, MATTHEW L.   :
MERGELE, RENE POOL, DEREK ALLEN   :
HOLLCROFT, PAULA C. BOBB-MILES, *individually*   :
*and on behalf of the* ESTATE OF BRANDON K. BOBB,   :
JOHNNY JAVIER MILES, SR., JOHNNY JAVIER   :
MILES, JR., RACQUEL ARNAE BOBB MILES,   :
URSULA ANN JOSHUA, *individually and on behalf of*   :
*the* ESTATE OF RON J. JOSHUA, JR., TAMMY   :
KINNEY, DANIEL PRICE, STEVEN PRICE,   :
TAUSOLO AIETI, IMO AIETI, LISI AIETI, POLOKA   :
AIETI, CHRISTOPHER BOUTEN, ERIN BOUTEN,   :
DANIEL DUDEK, MARGARET DUDEK, KATIE   :
WOODARD, SARAH DUDEK, ANDREW DUDEK,   :
EMANUELA FLOREXIL, *individually and on behalf of*   :
*the* ESTATE OF CAMY FLOREXIL, JOSEPH T.   :
MILLER, SEAN HARRINGTON, JESSICA   :
HEINLEIN, *individually and on behalf of the* ESTATE   :
OF CHARLES T. HEINLEIN, JR., CHARLES   :
HEINLEIN, SR., JODY LYN HEINLEIN,   :
MARGARITA ARISTIZABAL, *individually and on*   :
*behalf of the* ESTATE OF ALFRED H. JAIRALA, J.J., *a*   :
*minor*, SEBASTIAN NIUMAN, RICHARD   :
NEIBERGER, MARY NEIBERGER, AMI   :
NEIBERGER, ROBERT NEIBERGER, ERIC   :
NEIBERGER, *individually and on behalf of the* ESTATE   :
OF CHRISTOPHER NEIBERGER, BRIAN J. CASEY,   :
BRITTANY HOGAN, SHELLEY ANN CASEY,   :
RICHARD CASEY, SALLY CHAND, *individually and*   :
*on behalf of the* ESTATE OF MICHAEL CHAND, SR.,   :

x

MICHAEL CHAND, JR., CHRISTINA MAHON,   :
RYAN CHAND, BRENDA CHAND, MARIO BOWEN,  :
JAMES DAVID HOCHSTETLER, LEANNE   :
LIZABETH HOCHSTETLER, J.H., *a minor*, P.H., *a*  :
*minor*, KYLE AUSTIN MARSHALL, JOHN RICHARD  :
TULLY, *individually and on behalf of the* ESTATE OF  :
MICHAEL TULLY, MARILYN LOUISE TULLY,  :
SLADE VICTOR TULLY, JOHN RICHARD TULLY,  :
II, HEATHER ANN FARKAS, ROBERT JAMES  :
HUNT, M.A.H., *a minor*, A.M.H., *a minor*,  :
BOONCHOB PRUDHOME, MICHELE WHITE,  :
*individually and on behalf of the* ESTATE OF DELMAR  :
WHITE, S.W., *a minor*, SHELBY WHITE, PERRY  :
WHITE, ROBERT WHITE, JOSHUA P.G. WOLD,  :
E.W., *a minor*, P.A., *a minor*, CELESTE YANTIS,  :
MARICEL MURRAY, *individually and on behalf of the*  :
ESTATE OF JOEL L. MURRAY, J.M., *a minor*,  :
BRYAN S. SHELTON, *individually and on behalf of the*  :
ESTATE OF RANDOL S. SHELTON, DARLENE  :
SHELTON, AMANDA SHELTON, BRIAN T.  :
SHELTON, DAN LAIRD, ANGELA M. LAIRD,  :
JORDAN M. LAIRD, HUNTER L. LAIRD, C.L., *a*  :
*minor*, LESLIE K. REEVES-HARDCASTLE,  :
*individually and on behalf of the* ESTATE OF JOSHUA  :
REEVES, J.R., *a minor*, JAMES L. REEVES, W. JEAN  :
REEVES, JARED REEVES, SHERRI C. HOLIMAN,  :
JONI ARIEL REEVES LITTLE, WILLIAM LEE,  :
ALEXANDRIA L. LEE, WILLIAM J. LEE, LILLIE  :
LAI LEE, JENNIFER LYNN HUNT, CHRISTOPHER  :
GOLEMBE, KATHRYN HEAD, CHRISTOPHER  :
WATTS, JANET L. RIOS, ANITA BAKER, JENNIE L.  :
MORIN, RANDALL GEIGER, *individually and on*  :
*behalf of the* ESTATE OF WAYNE M. GEIGER,  :
KIMBERLY GEIGER, JESSECA LYN TSOSIE, ERIC  :
DONOHO, TYLER GINAVAN, TIMOTHY TIFFNER,  :
*individually and on behalf of the* ESTATE OF  :
BENJAMIN DAVID TIFFNER, JUDITH TIFFNER,  :
JOSHUA TIFFNER, SETH TIFFNER, SARAH  :
CROSBY, ALAN BURKS, *individually and on behalf of*  :
*the* ESTATE OF PETER BURKS, JACKIE MERK  :
HLASTAN, G.B., *a minor*, ALISON BURKS MCRUIZ,  :
SARAH PHILLIPS, ZACHARY BURKS, BRIDGET  :
JUNEAU, *individually and on behalf of the* ESTATE OF  :
WILLIAM JUNEAU, STEPHANIE JUNEAU, TAMMY  :
VANDERWAAL, A.L.R., *a minor*, PRESTON SHANE  :
REECE, SHAYLYN C. REECE, ELENA SHAW, C.S.,  :

*a minor*, L.S., *a minor*, EMILY SHAW, MELISSA    :
DOHENY, *individually and on behalf of the* ESTATE    :
OF MICHAEL DOHENY, KATHY KUGLER,    :
ROBERT KUGLER, TANYA EVRARD, BILLY    :
JOHNSON, JUDY HOFFMAN, ASHLEY GUDRIDGE    :
HOUPPERT, JOSHUA SCHICHTL, MARK    :
SCHICHTL, KATHERINE PROWSE, NICHOLAS    :
PROWSE, H.S., *a minor*, S.S., *a minor*, C.S., *a minor*,    :
A.S., *a minor*, STEVE WADLEIGH, LEA-ANN    :
WADLEIGH, MICHAEL LUKOW, RIKKI LUKOW,    :
BRUCE LUKOW, JOSEPH LUKOW, ANDREW    :
LUKOW, KRISTEN KELLEY, MAIRA ALVAREZ,    :
*individually and on behalf of the* ESTATE OF CONRAD    :
ALVAREZ, K.A., *a minor*, ANGELA ALVAREZ *on*    :
*behalf of* A.A. and C.A., *minors*, BELINDA GARCIA,    :
JASON WHITEHORSE, JEFFREY C. MANN,    :
MICHELLE WEST, REBECCA L. SAMTEN-FINCH,    :
*individually and on behalf of the* ESTATE OF TENZIN    :
LOBSANG SAMTEN, D.A.S., *a minor*, M.B.S., *a*    :
*minor*, AVA LANETTE BRADLEY, *individually and on*    :
*behalf of the* ESTATE OF JUANTREA TYRONE    :
BRADLEY, A.D.B., *a minor*, T.T.B., *a minor*, J.T.B., *a*    :
*minor*, ANTHONY HUDSON, AUSTIN BEWLEY,    :
CHRISTOPHER LEVI, ERIC LEVI, DEBRA LEVI,    :
EMILY LEVI, KIMBERLY VESEY, MARION    :
CRIMENS, TIMOTHY W. ELLEDGE, MARY    :
CATHERINE MCLAUGHLIN, BRENDA    :
HABSIEGER, *individually and on behalf of the* ESTATE    :
OF ANDREW J. HABSIEGER, MICHAEL    :
HABSIEGER, AMBER HABSIEGER *on behalf of the*    :
ESTATE OF JACOB MICHAEL HABSIEGER, KELLI    :
D. HAKE, *individually and on behalf of the* ESTATE OF    :
CHRISTOPHER HAKE, G.H., *a minor*, DENICE    :
YORK, RUSSEL YORK, PETER HAKE, JILL HAKE,    :
ZACHARY HAKE, KERI HAKE, SKYLAR HAKE,    :
JENNIFER RENEE YORK, JASON YORK, MARIA E.    :
CALLE, *individually and on behalf of the* ESTATE OF    :
GEORGE DELGADO, CYNTHIA DELGADO,    :
TABITHA MCCOY, *individually and on behalf of the*    :
ESTATE OF STEVE A. MCCOY, LOGAN MCCOY,    :
R.M., *a minor*, MATTHEW FIESER, BENJAMIN    :
DANIEL CARRINGTON, JONATHAN HESLOP,    :
RUSSELL MASON, ANDY POOL, FRANK L.    :
CONVERSE, *individually and on behalf of the* ESTATE    :
OF PAUL R. CONVERSE, ANTHONY M. GERBER,    :
CHARLES B. GREGSTON, KIMBERLY MILLER,    :

MICHAEL J. MILLER, CARL REIHER, WALTER       :
BAILEY, CASSANDRA BAILEY, KACEY GILMORE,    :
TERRELL GILMORE, JR., KYNESHA DHANOOLAL,    :
*individually and on behalf of the* ESTATE OF DAYNE  :
D. DHANOOLAL, JASON ROBINSON, FRANCES        :
ROBINSON, E.R., *a minor*, WILLIAM JUSTIN    :
WEATHERLY, MICHAEL WEATHERLY, GRANT          :
VON LETKEMANN, MERLESE PICKETT,              :
*individually and on behalf of the* ESTATE OF  :
EMANUEL PICKETT, HARRY CROMITY, MARLEN       :
PICKETT, KEMELY PICKETT, VIVIAN PICKETT,     :
KYSHIA SUTTON, RACHEL M. GILLETTE,           :
REBEKAH SCOTT, LEE WOLFER, *individually and on*  :
*behalf of the* ESTATE OF STUART WOLFER, L.W., *a*  :
*minor*, M.W., *a minor*, I.W., *a minor*, BEVERLEY  :
WOLFER, PATRICIA SMITH, MICHAEL SMITH,       :
JACQUELINE A. SMITH, THOMAS SMITH,           :
RACHELLE IDOL, JAMES VAUGHN, JEANNINE        :
VAUGHN, CLIFFORD VAUGHN, DAVID HARTLEY,      :
*individually and on behalf of the* ESTATE OF JEFFERY  :
HARTLEY, DAVID WAYNE HARTLEY, KAYLIE         :
HARTLEY, LISA DUNCAN, VIRGINIA BILLITER,     :
ERIC BILLITER, ADRIANNE KIDD, ALLEN          :
SWINTON, TEMIKA SWINTON, T.S., *a minor*, T.S., *a*  :
*minor*, T.B., *a minor*, LINDA PRITCHETT, WILLIAM  :
ALLMON, *individually and on behalf of the* ESTATE  :
OF WILLIAM E. ALLMON, RONALD SLOAN,          :
MARY JANE VANDEGRIFT, *individually and on*   :
*behalf of the* ESTATE OF MATTHEW R.          :
VANDEGRIFT *and the* ESTATE OF JOHN           :
VANDEGRIFT, MARK E. THOMSEN, ARDELL          :
THOMSEN, RALPH THOMSEN, EVAN D. BOGART,      :
LANI D. BOGART, DOUGLAS R. BOGART,           :
CHRISTOPHER BOGART, CANA HICKMAN, LUIS       :
ROSA-VALENTIN, M.R., *a minor*, ILIANA M. ROSA-  :
VALENTIN, PAM MARION, DONNIE MARION,         :
ADRIAN MCCANN, DON JASON STONE, PRESTON      :
CHARLES KAPLAN, NICOLE A. KAPLAN, NONI       :
KAPLAN, DAVID KAPLAN, JAIME ZARCONE,         :
JESSALYN HOLT, DAVID WOODARD, D.M.W., *a*     :
*minor*, ADAM MAGERS, LUIS GARZA, SUSAN       :
ARNOLD, *individually and on behalf of the* ESTATE  :
OF RONALD J. TUCKER, DAVID ARNOLD,           :
SAMANTHA TUCKER, BRANDON ARNOLD,             :
DAISY TUCKER, JOHN DAGGETT, COLLEEN          :
CZAPLICKI, RUSSEL HICKS, SR., RUSSEL HICKS,   :

# A-58

JR., WESLEY WILLIAMSON, JESSE WILLIAMSON,    :
PATRICK O'NEILL, JOHN O'NEILL, DIANNE        :
O'NEILL, DANIEL LUCKETT, BREANNA LYNN        :
GASPER, *individually and on behalf of the* ESTATE OF  :
FRANK J. GASPER, JAMIE BARNES, MAX W.        :
HURST, *individually and on behalf of the* ESTATE OF  :
DAVID R. HURST, LILLIAN HURST,               :
CHRISTOPHER HURST, MARK HURST, DONNA         :
FARLEY, NOEL J. FARLEY, SR., BARBARA         :
FARLEY, BRETT FARLEY, CAMERON FARLEY,        :
CHRIS FARLEY, VICKIE MCHONE, NOEL S.         :
FARLEY, DAVID C. IVERSON, DANIEL MENKE,      :
*individually and on behalf of the* ESTATE OF  :
JONATHAN D. MENKE, PAULA MENKE,              :
MATTHEW MENKE, NICHOLE LOHRIG, JESSICA       :
H. WILLIAMS, *individually and on behalf of the*  :
ESTATE OF JAMES M. HALE, J.M.H., *a minor*, J.J.H.,  :
*a minor*, J.H., *a minor*, ROSEMARIE ALFONSO, K.B.,  :
*a minor*, TYLER LATHAM, MICHELLE            :
BENAVIDEZ, *individually and on behalf of the*  :
ESTATE OF KENNITH W. MAYNE, DANIEL           :
BENAVIDEZ, CHRISTINA BIEDERMAN, DANIEL       :
BENAVIDEZ, JR., JENNIFER MORMAN,             :
CHRISTOPHER MILLER, BRYANT BEARFIELD,        :
ANGELINE JACKSON, KAYTRINA JACKSON,          :
SHILYN JACKSON, TONY GONZALEZ, MARLYNN       :
GONZALES, TAMARA RUNZEL, MEGAN PEOPLE,       :
SHAULA SHAFFER, CARLLIE PAUL, KARI           :
CAROSELLA, *individually and on behalf of the*  :
ESTATE OF JUSTIN BAUER, GREGORY BAUER,       :
CONNIE HADDOCK, JACOB BAUER, JEREMY          :
BAUER, ANDREW BRADLEY, JULIE SALHUS,         :
KRISTEN WARD, PATRICK WARD, JARRETT          :
WARD, ROBERTO ANDRADE, SR., *individually and*  :
*on behalf of the* ESTATE OF ROBERTO ANDRADE,  :
JR., VERONICA PENA ANDRADE, SANDRA           :
VALENCIA, ANGELICA ANDRADE, VERONICA         :
DENISSE ANDRADE, RICHARD HEDGECOCK, II,      :
KARA CONNELLY, JEAN DAMMANN, MARK            :
DAMMANN, KEVIN CONNELLY, RYAN BOWMAN,        :
MATTHEW C. BEATTY, THERESA DAVIS,            :
RHONDA KEMPER, ROBERT CANINE, S.C., *a*      :
*minor*, JANET JONES, CALVIN CANINE, JAMES   :
CANINE, JENNIFER ROOSE, RHETT MURPHY,        :
ROADY LANDTISER, NATHAN RICHARDS,            :
STEVEN RICHARDS, CHRISTOPHER SONGER,         :

KIMBERLY SONGER, C.S., *a minor*, LINDA DAVID,  :
*individually and on behalf of the* ESTATE OF  :
TIMOTHY A. DAVID *and the* ESTATE OF MICHAEL  :
DAVID, CHRISTOPHER DAVID, KENNETH J.  :
DREVNICK, RANDALL KLINGENSMITH, MEGAN  :
MARIE SABATINO, *individually and on behalf of the*  :
ESTATE OF ZACHARY T. MYERS, R.N.S., *a minor*,  :
TONYA FREEMAN, JERRY L. MYERS, JEFFREY D.  :
PRICE, CASSIE COLLINS, *individually and on behalf*  :
*of the* ESTATE OF SHANNON M. SMITH, DEBORAH  :
SMITH, JAMES SMITH, CORY SMITH, CHRISTINA  :
SMITH, JOSEPH HELTON, SR., *individually and on*  :
*behalf of the* ESTATE OF JOSEPH D. HELTON, JR.,  :
JESSICA CABOT, JEANNE RHEA MCMANUS,  :
VICTOR RAY WISE, II, STEPHEN W. EVANS,  :
THEODORE LESTER, KATRINA COE, *individually*  :
*and on behalf of the* ESTATE OF KEITH COE, K.A.C.,  :
*a minor*, K.A.C., *a minor*, K.A.C., *a minor*, RHONDA  :
SMITH, MATTHEW COE, SABRINA CHAPMAN,  :
NICHOLAS BAUMHOER, MATTHEW WHITESIDE,  :
KANDI DANIELLE WHITESIDE, M.T.W., *a minor*,  :
SHARON SMITHEY WHITESIDE, JACKSON WILEY  :
WHITESIDE, CHRISTOPHER WHITESIDE, JAMES  :
KINSEY, ANGELA M. GARCIA, *individually and on*  :
*behalf of the* ESTATE OF CHRISTIAN ANTHONY  :
SARACHO GARCIA, K.M.G., *a minor*, K.R.G., *a*  :
*minor*, JOEL HERNANDEZ, CHRISTOPHER  :
SATTERFIELD, VICTORIA HERNANDEZ,  :
MICHAEL PASCO, ANGEL MAYES, *individually and*  :
*on behalf of the* ESTATE OF ANTONIO STIGGINS,  :
LUKE STIGGINS, DONALD MAYES, RHONDA  :
BEATTIE, *individually and on behalf of the* ESTATE  :
OF CLIFFORD BEATTIE, JAYDEAN HAMILTON,  :
STEPHANIE KIDDER, TONI ATTANASIO,  :
*individually and on behalf of the* ESTATE OF  :
CHRISTOPHER BROOK FISHBECK, GARY  :
DOUGLAS FISHBECK, ANA M. GOMEZ, RANDI  :
JEAN MARTZ, RENE GUTEL, MARK A. HALL,  :
ATHENA HALL, M.J.H., *a minor*, KIERSTEN HALL,  :
KAITLYN ADAMS, MACKENZIE G. HALL,  :
ABIGAIL HALL, ANDREW HALL, GEORGE D.  :
WHITE, NATALIA WHITE, KRISTIN WHITE,  :
GEORGE J. WHITE, EDNA LUZ BURGOS, JOHN  :
MCCULLEY, STEPHANIE MCCULLEY, T.M., *a*  :
*minor*, R.M., *a minor*, DONALD FIELD, ANGELICA  :
FIELD, SENOVIA FIELD, SELICIA FIELD,  :

THERESA HART, WAYNE NEWBY, NATHAN        :
NEWBY, TYLER NICHOLAS OGDEN, SHERYL      :
ANN CHEN JERRIN OGDEN, SEAN M. NIQUETTE, :
LAUREN NIQUETTE, MARY NIQUETTE, THOMAS   :
NIQUETTE, DANIEL KENNEY, BROOKE KENNEY,  :
J.K., *a minor*, H.K., *a minor*, ED ELLIOTT, BRIAN :
CLARK ALLDRIDGE, JOANN ALLDRIDGE,        :
ANDREW CHARLES MAJOR, ASHLEY MEIKEL      :
MAJOR, A.M.M., *a minor*, DIANNA ALLDRIDGE, :
RONALD ALLDRIDGE, TODD ALLDRIDGE,        :
VERONICA HICKMAN, DAVID EUGENE           :
HICKMAN, and DEVON FLETCHER HICKMAN,     :
                                         :
              Plaintiffs,                :
                                         :
-against-                                :
                                         :
SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, :
FRANSABANK SAL, MEAB BANK SAL, BLOM      :
BANK SAL, BYBLOS BANK SAL, BANK AUDI SAL, :
BANK OF BEIRUT SAL, LEBANON AND GULF     :
BANK SAL, BANQUE LIBANO-FRANÇAISE SAL,   :
BANK OF BEIRUT AND THE ARAB COUNTRIES    :
SAL, JAMMAL TRUST BANK SAL, FENICIA BANK  :
and JOHN DOES 1-50,                      :
                                         :
              Defendants.                :
-----------------------------------------------------------------------x

## TABLE OF CONTENTS

I.  NATURE OF THE ACTION ........................................................................................... 1

II.  HISTORICAL BACKGROUND .................................................................................... 4

III.  THE STRUCTURE OF LEBANON'S ECONOMY IS DEPENDENT ON
     HEZBOLLAH'S INFLOWS OF U.S. DOLLARS, AND DEFENDANTS'
     PROFITABILITY IS DEPENDENT ON U.S. CORRESPONDENT BANK
     ACCOUNTS AND U.S. DOLLAR CLEARING ON HEZBOLLAH'S BEHALF ... 12

IV.  THE LEBANESE CANADIAN BANK INVESTIGATION REVEALED THE
     MECHANICS OF THE SYSTEM ............................................................................... 18

V.  JURISDICTION AND VENUE .................................................................................... 27

VI.  THE DEFENDANTS ..................................................................................................... 27

    A.  SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL ("SGBL") ............. 27

    B.  FRANSABANK SAL .............................................................................................. 32

    C.  MEAB BANK SAL .................................................................................................. 36

    D.  BLOM BANK SAL ("BLOM") ............................................................................ 40

    E.  BYBLOS BANK SAL ("BYBLOS") .................................................................... 43

    F.  BANK AUDI SAL .................................................................................................. 45

    G.  BANK OF BEIRUT SAL ....................................................................................... 49

    H.  LEBANON AND GULF BANK SAL ("LGB") ................................................. 52

    I.  BANQUE LIBANO-FRANÇAISE SAL ("BLF") ............................................ 54

    J.  BANK OF BEIRUT AND THE ARAB COUNTRIES SAL ("BBAC") ........ 56

    K.  JAMMAL TRUST BANK SAL ............................................................................ 59

    L.  FENICIA BANK ..................................................................................................... 62

VII.  ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC) ....................................... 64

VIII.  HEZBOLLAH ............................................................................................................... 67

    A.  HEZBOLLAH'S INITIAL TERRORIST OPERATIONS AND
        ORGANIZATIONAL STRUCTURE ............................................................. 67

**B.** **HEZBOLLAH'S KEY LEADERS AND CURRENT ORGANIZATIONAL STRUCTURE** ................................................................................... 72

    **1.** **HEZBOLLAH'S EMBRACE OF TERRORISM IS OPEN AND PUBLIC** ................................................................................... 73

    **2.** **SHURA COUNCIL (MAJLIS AL-SHURA)** ............................................. 74

    **3.** **EXECUTIVE COUNCIL** ................................................................... 75

    **4.** **PARLIAMENTARY COUNCIL** .......................................................... 75

    **5.** **JIHAD COUNCIL** ........................................................................... 75

        **a.** **Imad Mughniyah** ................................................................ 76

        **b.** **Mustafa Badr al-Din** ......................................................... 78

        **c.** **Muhammad Kawtharani** .................................................... 80

    **6.** **THE JIHAD COUNCIL'S ISLAMIC JIHAD ORGANIZATION ("IJO") OR EXTERNAL SECURITY ORGANIZATION ("ESO")** ...... 81

        **a.** **Talal Hamiyah** .................................................................. 82

        **b.** **Wafiq Safa** ......................................................................... 82

**C.** **HEZBOLLAH'S "SOCIAL WELFARE" SECTOR – THE *DA'WA*** ............ 83

    **1.** **IRSO – THE ISLAMIC RESISTANCE SUPPORT ORGANIZATION** 83

    **2.** **JIHAD AL-BINA** ............................................................................. 88

        **a.** **Meamar Company for Engineering and Development SARL** ...................... 91

        **b.** **Seasons Corporation for Agricultural Projects and Services SARL** ........... 91

        **c.** **Arch Consulting SARL** .......................................................... 92

        **d.** **Al-Raed SARL** ........................................................................ 94

    **3.** **THE MARTYRS FOUNDATION–LEBANON** ......................................... 95

        **a.** **Al-Rasul al-Azam Hospital and Other Hezbollah-controlled Hospitals** ...... 99

        **b.** **Atlas Holding SAL** ................................................................. 101

            **i.** **Shahed Pharm Drugstore SARL** ......................................... 103
            **ii.** **Al-Amana SARL** ................................................................. 103
            **iii.** **Amana Plus Company SAL** ................................................. 104
            **iv.** **Société Orientale Libanaise d'Investissement et Développement SAL** 104
            **v.** **Medical Equipments and Drugs International Corporation SAL** ........ 105
            **vi.** **Al-Kawthar** ........................................................................ 106
           **vii.** **City Pharma SARL** ........................................................... 106

      **viii.Global Touristic Services SAL** .................................................................. 106

   **4.** **AL-MABARRAT CHARITABLE SOCIETY** .......................................... 107

      **a.** **Arab Lebanese Trading & Contracting Company** ...................................... 109

      **b.** **Assaha International Group (Offshore) SAL** .............................................. 109

      **c.** **Assaha Travel and Tourism SARL** ............................................................ 109

      **d.** **Al-Aytam Company for General Trading and Fuels** .................................. 110

      **e.** **The Lebanese-Arab Company for Touristic Services SARL** ...................... 111

      **f.** **Rayan Foods SAL** ...................................................................................... 111

   **5.** **IMAM KHOMEINI RELIEF COMMITTEE – LEBANON ("IKRC")** 112

   **6.** **WOUNDED ASSOCIATION** ................................................................... 114

**D.** **HEZBOLLAH MEDIA** ....................................................................................... 114

   **1.** **LEBANESE COMMUNICATION GROUP** ........................................... 114

      **a.** *Al-Manar* ..................................................................................................... 115

      **b.** *Al-Nour* ....................................................................................................... 116

   **2.** **HEZBOLLAH'S *BAQIYAT ALLAH* MAGAZINE** ............................... 116

   **3.** **LEBANESE ARTS COUNCIL** ................................................................ 117

**E.** **HEZBOLLAH'S BUSINESS AFFAIRS COMPONENT (BAC)** ................ 117

   **1.** **HEZBOLLAH BAC LEADERSHIP** ....................................................... 119

      **a.** **Abdallah Ali Safieddine** ............................................................................ 119

      **b.** **Adham Hussein Tabaja** .............................................................................. 119

      **c.** **Sultan Khalifa As'ad** ................................................................................. 139

      **d.** **Ali Youssef Charara** ................................................................................... 140

      **e.** **The Tajideen Family** .................................................................................. 146

         **i.** **Kassim Tajideen** ............................................................... 148

         **ii.** **Ali Muhammad Tajideen** ................................................. 152

         **iii.** **Hussein Muhammad Tajideen** ......................................... 156

         **iv.** **Ahmad Muhammad Tajideen** .......................................... 157

         **v.** **Jaffar Muhammad Tajideen** ............................................. 160

         **vi.** **Fatimah Muhammad Tajideen** ........................................ 160

         **vii.** **Mahmoud Muhammad Tajideen** ..................................... 161

         **viii.Youssef Muhammad Tajideen** ........................................ 161

         **ix.** **Hassan Muhammad Tajideen** ......................................... 164

         **x.** **Ibrahim Muhammad Tajideen** ........................................ 164

# A-64

f.  Muhammad Ibrahim Bazzi .................................................... 166

g.  Saleh Ali Assi ...................................................................... 171

h.  Kamel Amhaz ....................................................................... 173

i.  Hassan Shateri ..................................................................... 176

j.  Imad Abdul Reda Bakri ........................................................ 178

2.  HEZBOLLAH'S CONFLICT DIAMOND AND MONEY
    LAUNDERING NETWORK ................................................................ 180

    a.  The Nassour Clan Network ................................................... 182

    b.  The Ahmad Clan Network ..................................................... 187

        i.    Said Ali Ahmad ............................................................. 193
        ii.   Nazim Said Ali Ahmad ................................................... 195
        iii.  Hassan Said Ali Ahmad .................................................. 200
        iv.   Ali Said Ali Ahmad ........................................................ 202
        v.    Ibtisam Said Ali Ahmad ................................................. 203
        vi.   Seada Said Ali Ahmad .................................................... 203
        vii.  Youssef Ali Ahmad ........................................................ 203
        viii. Suleiman Ali Ahmad ....................................................... 204
        ix.   Ahmad Ali Ahmad .......................................................... 206

    c.  The Issawi Family Network ................................................... 210

        i.    Ibrahim Ahmad Issawi .................................................... 210
        ii.   Hussein Ahmad Issawi ..................................................... 214
        iii.  Wa'el Ahmad Issawi ........................................................ 215
        iv.   Ha'el Ahmad Issawi ........................................................ 215

    d.  The Abu Darwish Family Network ......................................... 216

    e.  The Darwish Family Network ................................................ 220

    f.  The Khalil Nazem Ibrahim Network ....................................... 225

3.  NARCOTICS TRAFFICKING NETWORKS ....................................... 226

    a.  Operation Titan ................................................................... 227

    b.  Ayman Joumaa Network ....................................................... 229

    c.  The Role of the Lebanese Exchange Houses ............................ 232

        i.    New Line Exchange Network ............................................ 234
        ii.   Elissa Exchange Network ................................................ 236
        iii.  Hassan Ayash Exchange Network ...................................... 239
        iv.   Halawi Exchange Network ............................................... 239
        v.    Mecattaf Exchange Network ............................................ 241
        vi.   Kassem Rmeiti Network .................................................. 244
        vii.  Fayed Exchange Network ................................................. 245

4.  ARMS DEALING .......................................................................... 246

a.   **Weapons Trafficking in the United States** ..................................... 246

b.   **Weapons Trafficking in Nigeria** ................................................. 249

c.   **Weapons Trafficking and Dual-Use Technologies** ....................... 251

5.   **ILLICIT INTERNATIONAL TRADE** ............................................. 252

6.   **LEBANESE LAWYERS ASSOCIATED WITH BAC COMPANIES** .. 258

a.   **Ali Hassan Berro** ...................................................................... 258

b.   **Fadi Adel Jamal al-Din** ............................................................. 259

c.   **Ali Hussein al-Ashi** ................................................................... 261

d.   **Amer Afif Abu Khalil** ............................................................... 262

e.   **Ashraf Assem Safieddine** ......................................................... 263

f.   **Muhammad Hussein Dakrub** .................................................. 264

g.   **Muhammad Farid Mattar** ....................................................... 265

h.   **Nabil Kamil al-Akhras** ............................................................ 265

i.   **Osama Abbas Ramal** ................................................................ 266

j.   **Joseph George Zgheib** ............................................................. 267

k.   **Aline George Choucair Prince** ................................................ 268

l.   **Claire Elias Assaf Abu Rajili** .................................................. 268

7.   **LEBANESE ACCOUNTANTS / AUDITORS ASSOCIATED WITH BAC COMPANIES** ........................................................................... 269

a.   **Jihad Muhammad Qansu** ........................................................ 269

b.   **Mashhur Abd al-Nabi Hamqah** .............................................. 270

c.   **Shawqi Ra'if Abu Khalil** ......................................................... 270

d.   **Edmond Youssef Saadeh** ......................................................... 271

e.   **Zuhayr Habib Saydani** ............................................................ 272

IX.   **DEFENDANTS' MATERIAL SUPPORT TO HEZBOLLAH** .............................. 273

A.   **BANK AL MADINA: THE BETA TEST FOR LEBANESE CANADIAN BANK** .................................................................................................... 273

B.   **SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL** ............................. 279

1.   **SGBL'S PREDECESSOR, LCB, CONSPIRED WITH AND AIDED AND ABETTED HEZBOLLAH** ................................................................. 279

        **a.**  **LCB Participated in Hezbollah's Narcotics Money Laundering Operations and Transferred Over $250 Million for Hezbollah Through its New York Correspondent Bank Accounts** ...............................281

        **b.**  **LCB Maintained Accounts for Various Hezbollah-Controlled Entities** .....286

        **c.**  **LCB Disregarded Anti-Money Laundering Rules for Individuals and Entities Associated with Hezbollah** ...............................................................291

        **d.**  **LCB's Gambian Subsidiary, Prime Bank, Was Co-Owned by Muhammad Bazzi (SDGT)** ..................................................................294

        **e.**  **LCB'S Subsidiary Société Financière de Banque SARL Was Used to Launder Money for Hezbollah** ..........................................................297

     **2.**  **SGBL ACQUIRED LCB'S LIABILITIES** ...............................................297

     **3.**  **SGBL AIDED AND ABETTED AND CONSPIRED WITH HEZBOLLAH IN ITS OWN CAPACITY BEFORE AND AFTER ITS PURCHASE OF LCB'S ASSETS AND LIABILITIES** ....301

  **C.**     **FRANSABANK SAL** ..................................................................................305

  **D.**     **BLOM BANK SAL** ....................................................................................309

  **E.**     **MEAB BANK** .............................................................................................316

  **F.**     **BYBLOS BANK SAL** ...............................................................................322

  **G.**     **BANK AUDI SAL** .....................................................................................327

  **H.**     **LEBANON AND GULF BANK SAL** ......................................................333

  **I.**     **BANQUE LIBANO-FRANÇAISE SAL** ..................................................339

  **J.**     **BANK OF BEIRUT SAL** .........................................................................346

  **K.**     **BANK OF BEIRUT AND THE ARAB COUNTRIES SAL** .........................350

  **L.**     **JAMMAL TRUST BANK SAL** ................................................................354

  **M.**     **FENICIA BANK** .......................................................................................356

**X.**    **THE IRGC DEPLOYED HEZBOLLAH'S SIGNATURE WEAPONS IN IRAQ** 360

**XI.**    **HEZBOLLAH'S CRITICAL ROLE IN TERRORIST ATTACKS IN IRAQ** .......364

**XII.**    **HEZBOLLAH'S AND THE IRGC'S AGENTS & PROXIES IN IRAQ** ................383

  **A.**     **THE BADR CORPS (a/k/a BADR ORGANIZATION)** ...............................383

| | | |
|---|---|---|
| **B.** | **ASA'IB AHL AL–HAQ ("AAH" OR THE "LEAGUE OF THE RIGHTEOUS")** | 385 |
| **C.** | **JAYSH AL MAHDI ("JAM" or the "MAHDI ARMY") AND THE PROMISED DAY BRIGADES ("PDB")** | 388 |
| **D.** | **KATA'IB HEZBOLLAH ("KH")** | 389 |
| **XIII.** | **THE PLAINTIFFS** | 395 |
| | **1.** | **THE MAY 3, 2005 ATTACK – BAGHDAD** | 395 |
| | **2.** | **THE JANUARY 12, 2004 ATTACK – BAGHDAD** | 397 |
| | **3.** | **THE APRIL 4, 2004 ATTACK – BAGHDAD** | 397 |
| | **4.** | **THE APRIL 9, 2004 ATTACK – BAGHDAD** | 401 |
| | **5.** | **THE JUNE 4, 2004 ATTACK – BAGHDAD** | 403 |
| | **6.** | **THE JUNE 29, 2004 ATTACK – BAGHDAD** | 404 |
| | **7.** | **THE JULY 27, 2004 ATTACK – BALAD RUZ** | 405 |
| | **8.** | **THE AUGUST 5, 2004 ATTACK – NAJAF** | 406 |
| | **9.** | **THE AUGUST 6, 2004 ATTACK – NAJAF** | 409 |
| | **10.** | **THE AUGUST 15, 2004 ATTACK – NAJAF** | 410 |
| | **11.** | **THE AUGUST 16, 2004 ATTACK – SADR CITY** | 411 |
| | **12.** | **THE AUGUST 18, 2004 ATTACK – SADR CITY** | 412 |
| | **13.** | **THE AUGUST 25, 2004 ATTACK – NAJAF** | 412 |
| | **14.** | **THE AUGUST 26, 2004 ATTACK – NAJAF** | 413 |
| | **15.** | **THE FEBRUARY 10, 2005 ATTACK** | 414 |
| | **16.** | **THE JUNE 8, 2005 ATTACK – BAGHDAD** | 415 |
| | **17.** | **THE JUNE 27, 2005 ATTACK – BAGHDAD** | 416 |
| | **18.** | **THE JULY 3, 2005 ATTACK – BAGHDAD** | 417 |
| | **19.** | **THE JULY 27, 2005 ATTACK** | 418 |
| | **20.** | **THE AUGUST 2, 2005 ATTACK – BASRA** | 419 |

21.    THE AUGUST 7, 2005 ATTACK – BAGHDAD ............................................. 420

22.    THE SEPTEMBER 2, 2005 ATTACK – BAGHDAD ................................... 421

23.    THE SEPTEMBER 6, 2005 ATTACK – BAGHDAD ................................... 424

24.    THE SEPTEMBER 26, 2005 ATTACK – BAGHDAD ................................ 426

25.    THE SEPTEMBER 28, 2005 ATTACK – UMM QASR ............................. 426

26.    THE OCTOBER 6, 2005 ATTACK – BAGHDAD .................................... 428

27.    THE DECEMBER 8, 2005 ATTACK – BAGHDAD .................................. 433

28.    THE DECEMBER 25, 2005 ATTACK – BAGHDAD ................................ 436

29.    THE JANUARY 5, 2006 ATTACK – NAJAF ............................................ 437

30.    THE JANUARY 5, 2006 ATTACK – BAGHDAD ...................................... 440

31.    THE JANUARY 18, 2006 ATTACK – BASRA ............................................ 441

32.    THE FEBRUARY 14, 2006 ATTACK – BAGHDAD .................................. 442

33.    THE FEBRUARY 17, 2006 ATTACK – BAGHDAD .................................. 443

34.    THE FEBRUARY 18, 2006 ATTACK – BAGHDAD .................................. 444

35.    THE FEBRUARY 20, 2006 ATTACK –HINDIYAH ................................... 445

36.    THE FEBRUARY 20, 2006 ATTACK – BAGHDAD .................................. 446

37.    THE FEBRUARY 26, 2006 ATTACK – BAGHDAD .................................. 448

38.    THE MARCH 13, 2006 ATTACK – RUSTAMIYAH .................................. 450

39.    THE MARCH 26, 2006 ATTACK – BAGHDAD ........................................ 451

40.    THE APRIL 1, 2006 ATTACK – BAGHDAD ............................................. 452

41.    THE APRIL 12, 2006 ATTACK – MISIAB ................................................. 453

42.    THE APRIL 16, 2006 ATTACK – BAWB ASH-SHAM ............................. 454

43.    THE APRIL 25, 2006 ATTACK – SADR CITY .......................................... 457

44.    THE APRIL 28, 2006 ATTACK – BAGHDAD ........................................... 460

45.    THE MAY 2, 2006 ATTACK – BAGHDAD ................................................ 461

46.    **THE MAY 3, 2006 ATTACK – NASIRIYAH**................................................ 465

47.    **THE MAY 5, 2006 ATTACK – BAGHDAD**.................................................. 468

48.    **THE MAY 6, 2006 ATTACK – DIWANIYAH**............................................. 471

49.    **THE MAY 14, 2006 ATTACK – BAGHDAD**............................................... 472

50.    **THE MAY 21, 2006 ATTACK – MOSUL**..................................................... 473

51.    **THE MAY 25, 2006 ATTACK – BAGHDAD**............................................... 474

52.    **THE JUNE 5, 2006 ATTACK – BAGHDAD**................................................ 476

53.    **THE JUNE 8, 2006 ATTACK – AL KUT**..................................................... 482

54.    **THE JUNE 9, 2006 ATTACK – DIWANIYAH**........................................... 484

55.    **THE JUNE 10, 2006 ATTACK – RUSTAMIYAH**...................................... 485

56.    **THE JULY 11, 2006 ATTACK – KARBALA**.............................................. 486

57.    **THE JULY 15, 2006 ATTACK – BAGHDAD**............................................. 486

58.    **THE JULY 17, 2006 ATTACK – BAGHDAD**............................................. 488

59.    **THE JULY 22, 2006 ATTACK – SADR CITY**............................................ 489

60.    **THE JULY 25, 2006 ATTACK – BAGHDAD**............................................. 490

61.    **THE AUGUST 26, 2006 ATTACK – JISR DIYALA**................................. 490

62.    **THE SEPTEMBER 3, 2006 ATTACK – BAGHDAD**................................. 492

63.    **THE SEPTEMBER 20, 2006 ATTACK – BAGHDAD**............................... 492

64.    **THE SEPTEMBER 30, 2006 ATTACK – BAGHDAD**............................... 494

65.    **THE OCTOBER 4, 2006 ATTACK – BAGHDAD**...................................... 495

66.    **THE OCTOBER 13, 2006 ATTACK – BAGHDAD**.................................... 496

67.    **THE OCTOBER 17, 2006 ATTACK – BAQUBAH**.................................... 497

68.    **THE OCTOBER 20, 2006 ATTACK – BAGHDAD**.................................... 499

69.    **THE OCTOBER 22, 2006 ATTACK – BAGHDAD**.................................... 500

70.    **THE OCTOBER 22, 2006 ATTACK – BAGHDAD**.................................... 501

71.   **THE OCTOBER 22, 2006 ATTACK – BAGHDAD** ..................................... 502

72.   **THE OCTOBER 22, 2006 ATTACK – SADR CITY** .................................... 507

73.   **THE OCTOBER 23, 2006 ATTACK – BAGHDAD** ..................................... 508

74.   **THE OCTOBER 2006 ATTACK – BAGHDAD** ........................................... 509

75.   **THE NOVEMBER 2, 2006 ATTACK – BAGHDAD** ................................... 510

76.   **THE NOVEMBER 9, 2006 ATTACK – BAGHDAD** ................................... 513

77.   **THE NOVEMBER 13, 2006 ATTACK – BAGHDAD** ................................. 515

78.   **THE NOVEMBER 16, 2006 ATTACK – BASRA** ....................................... 516

79.   **THE NOVEMBER 26, 2006 ATTACK – BAGHDAD** ................................. 520

80.   **THE DECEMBER 3, 2006 ATTACK – BAGHDAD** ................................... 521

81.   **THE DECEMBER 4, 2006 ATTACK – BAGHDAD** ................................... 523

82.   **THE DECEMBER 10, 2006 ATTACK – BAGHDAD** ................................. 524

83.   **THE DECEMBER 20, 2006 ATTACK – BAGHDAD** ................................. 525

84.   **THE DECEMBER 22, 2006 ATTACK – BAGHDAD** ................................. 527

85.   **THE DECEMBER 27, 2006 ATTACK – BAGHDAD** ................................. 528

86.   **THE DECEMBER 30, 2006 ATTACK – BAGHDAD** ................................. 529

87.   **THE DECEMBER 31, 2006 ATTACK – BAGHDAD** ................................. 529

88.   **THE DECEMBER 31, 2006 ATTACK – BAQUBAH** ................................. 530

89.   **THE JANUARY 14, 2007 ATTACK – BAGHDAD** ................................... 531

90.   **THE JANUARY 18, 2007 ATTACK – BAGHDAD** ................................... 532

91.   **THE JANUARY 20, 2007 ATTACK – KARBALA** .................................... 533

92.   **THE JANUARY 22, 2007 ATTACK – BAGHDAD** ................................... 547

93.   **THE JANUARY 25, 2007 ATTACK – BAGHDAD** ................................... 548

94.   **THE JANUARY 27, 2007 ATTACK – BAGHDAD** ................................... 550

95.   **THE JANUARY 27, 2007 ATTACK – TAJI** .............................................. 551

**96.** **THE FEBRUARY 1, 2007 ATTACK – BAGHDAD** ..................................... 552

**97.** **THE FEBRUARY 2, 2007 ATTACK – MAHMUDIYAH** ........................... 553

**98.** **THE FEBRUARY 26, 2007 ATTACK – DIWANIYAH** .............................. 554

**99.** **THE MARCH 15, 2007 ATTACK – BAQUBAH** ...................................... 555

**100.** **THE MARCH 20, 2007 ATTACK – BAGHDAD** ...................................... 556

**101.** **THE MARCH 23, 2007 ATTACK – NASIRIYAH** ..................................... 557

**102.** **THE MARCH 27, 2007 ATTACK – BAGHDAD** ...................................... 559

**103.** **THE MARCH 31, 2007 ATTACK – DIWANIYAH** .................................... 560

**104.** **THE APRIL 4, 2007 ATTACK – NASIRIYAH** ........................................ 561

**105.** **THE APRIL 6, 2007 ATTACK – BAGHDAD** .......................................... 562

**106.** **THE APRIL 6, 2007 ATTACK – SADR CITY** ........................................ 563

**107.** **THE APRIL 7, 2007 ATTACK – BAGHDAD** .......................................... 564

**108.** **THE APRIL 9, 2007 ATTACK – BAGHDAD** .......................................... 565

**109.** **THE APRIL 13, 2007 ATTACK – BAGHDAD** ........................................ 566

**110.** **THE APRIL 15, 2007 ATTACK – BAGHDAD** ........................................ 567

**111.** **THE APRIL 16, 2007 ATTACK – BAGHDAD** ........................................ 568

**112.** **THE APRIL 28, 2007 ATTACK – BAGHDAD** ........................................ 570

**113.** **THE APRIL 28, 2007 ATTACK – SALMAN PAK** .................................... 570

**114.** **THE APRIL 29, 2007 ATTACK – BAGHDAD** ........................................ 572

**115.** **THE MAY 3, 2007 ATTACK – BAGHDAD** ............................................. 574

**116.** **THE MAY 3, 2007 ATTACK – MUSAYYIB** ........................................... 574

**117.** **THE MAY 5, 2007 ATTACK – KAMALIYAH** ......................................... 575

**118.** **THE MAY 6, 2007 ATTACK – BAGHDAD** ............................................. 576

**119.** **THE MAY 6, 2007 ATTACK – BAGHDAD** ............................................. 578

**120.** **THE MAY 8, 2007 ATTACK – SALMAN PAK** ........................................ 579

121.    **THE MAY 8, 2007 ATTACK – BAGHDAD** .................................................. 580

122.    **THE MAY 9, 2007 ATTACK – AL-HILLAH** .............................................. 581

123.    **THE MAY 11, 2007 ATTACK – AL ISKANDARIYAH** ............................ 582

124.    **THE MAY 14, 2007 ATTACK – BAGHDAD** ............................................ 583

125.    **THE MAY 18, 2007 ATTACK – BAGHDAD** ............................................ 584

126.    **THE MAY 29, 2007 ATTACK – SADR CITY** ........................................... 585

127.    **THE JUNE 2, 2007 ATTACK – BAGHDAD** ............................................ 585

128.    **THE JUNE 5, 2007 ATTACK – KIRKUK** ................................................ 587

129.    **THE JUNE 6, 2007 ATTACK – BAGHDAD** ............................................ 589

130.    **THE JUNE 8, 2007 ATTACK – BAGHDAD** ............................................ 590

131.    **THE JUNE 10, 2007 ATTACK – BAGHDAD** .......................................... 591

132.    **THE JUNE 11, 2007 ATTACK – BAGHDAD** .......................................... 594

133.    **THE JUNE 13, 2007 ATTACK - SCANIA** ............................................... 595

134.    **THE JUNE 14, 2007 ATTACK – SCANIA** .............................................. 596

135.    **THE JUNE 17, 2007 ATTACK – BAGHDAD** .......................................... 597

136.    **THE JUNE 20, 2007 ATTACK – BAGHDAD** .......................................... 600

137.    **THE JUNE 21, 2007 ATTACK – BAGHDAD** .......................................... 600

138.    **THE JUNE 23, 2007 ATTACK – BAGHDAD** .......................................... 601

139.    **THE JUNE 25, 2007 ATTACK – BAGHDAD** .......................................... 602

140.    **THE JUNE 28, 2007 ATTACK – BAGHDAD** .......................................... 605

141.    **THE JUNE 29, 2007 ATTACK – BAGHDAD** .......................................... 606

142.    **THE JUNE 30, 2007 ATTACK – BAGHDAD** .......................................... 607

143.    **THE JULY 5, 2007 ATTACK – BAGHDAD** ............................................ 607

144.    **THE JULY 6, 2007 ATTACK – BAGHDAD** ............................................ 609

145.    **THE JULY 6, 2007 ATTACK – BAGHDAD** ............................................ 609

146.	THE JULY 6, 2007 ATTACK – BAGHDAD .................................................. 612

147.	THE JULY 7, 2007 ATTACK – BAGHDAD .................................................. 612

148.	THE JULY 11, 2007 ATTACK – BAGHDAD ................................................ 613

149.	THE JULY 17, 2007 ATTACK – BAGHDAD ................................................ 614

150.	THE JULY 17, 2007 ATTACK – SADR CITY .............................................. 615

151.	THE JULY 17, 2007 ATTACK – BAGHDAD ................................................ 618

152.	THE JULY 19, 2007 ATTACK – HUSSEINYAH ........................................ 619

153.	THE JULY 23, 2007 ATTACK – BAGHDAD ................................................ 620

154.	THE JULY 24, 2007 ATTACK – BAGHDAD ................................................ 621

155.	THE JULY 24, 2007 ATTACK – UMM QASR ............................................. 621

156.	THE JULY 31, 2007 ATTACK – BAGHDAD ................................................ 622

157.	THE AUGUST 6, 2007 ATTACK – BAGHDAD ........................................... 624

158.	THE AUGUST 14, 2007 ATTACK – BAGHDAD ......................................... 626

159.	THE AUGUST 17, 2007 ATTACK – BASRA ................................................ 627

160.	THE AUGUST 23, 2007 ATTACK – BAGHDAD ......................................... 628

161.	THE AUGUST 23, 2007 ATTACK – AZIZIYAH .......................................... 629

162.	THE SEPTEMBER 2, 2007 ATTACK – BAGHDAD .................................... 633

163.	THE SEPTEMBER 2, 2007 – RUSTAMIYAH .............................................. 634

164.	THE SEPTEMBER 4, 2007 ATTACK – BAGHDAD .................................... 635

165.	THE SEPTEMBER 12, 2007 ATTACK – BAGHDAD .................................. 637

166.	THE SEPTEMBER 22, 2007 ATTACK – RUSTAMIYAH ........................... 638

167.	THE SEPTEMBER 26, 2007 ATTACK – BAGHDAD .................................. 640

168.	THE SEPTEMBER 29, 2007 ATTACK – BAGHDAD .................................. 642

169.	THE SEPTEMBER 30, 2007 ATTACK – BAGHDAD .................................. 643

170.	THE OCTOBER 18, 2007 ATTACK – BAGHDAD ...................................... 644

171.   THE OCTOBER 21, 2007 ATTACK – ISKANDARIYAH .......................... 645

172.   THE OCTOBER 29, 2007 ATTACK – UMM QASR ................................... 646

173.   THE NOVEMBER 7, 2007 ATTACK – BAGHDAD .................................... 647

174.   THE NOVEMBER 14, 2007 ATTACK – BAGHDAD .................................. 648

175.   THE NOVEMBER 26, 2007 ATTACK – AZIZIYAH .................................. 649

176.   THE DECEMBER 1, 2007 ATTACK – BAGHDAD .................................... 650

177.   THE DECEMBER 9, 2007 ATTACK – AZ ZUBAYDIYAH ...................... 651

178.   THE JANUARY 6, 2008 ATTACK – BAGHDAD ........................................ 655

179.   THE JANUARY 30, 2008 ATTACK – BAGHDAD ...................................... 658

180.   THE FEBRUARY 19, 2008 ATTACK – BAGHDAD ................................... 660

181.   THE FEBRUARY 19, 2008 ATTACK – BAGHDAD ................................... 662

182.   THE MARCH 11, 2008 ATTACK – BABIL PROVINCE ........................... 663

183.   THE MARCH 12, 2008 ATTACK – CAMP ADDER ................................. 664

184.   THE MARCH 14, 2008 ATTACK – MUSAYYIB ....................................... 666

185.   THE MARCH 17, 2008 ATTACK – BAGHDAD ......................................... 667

186.   THE MARCH 17, 2008 ATTACK – BAGHDAD ......................................... 668

187.   THE MARCH 23, 2008 ATTACK – BAGHDAD ......................................... 670

188.   THE MARCH 23, 2008 ATTACK – BAGHDAD ......................................... 681

189.   THE MARCH 27, 2008 ATTACK – SADR CITY ....................................... 682

190.   THE MARCH 29, 2008 ATTACK – BAGHDAD ......................................... 684

191.   THE MARCH 29, 2008 ATTACK – BAGHDAD ......................................... 685

192.   THE MARCH 30, 2008 ATTACK – BAGHDAD ......................................... 685

193.   THE MARCH 30, 2008 ATTACK – BAGHDAD ......................................... 686

194.   THE MARCH 31, 2008 ATTACK – BAGHDAD ......................................... 687

195.   THE APRIL 3, 2008 ATTACK – SADR CITY ............................................ 688

196.   **THE APRIL 4, 2008 ATTACK – BAGHDAD** ............................................... 689

197.   **THE APRIL 6, 2008 ATTACK – BAGHDAD** ............................................... 690

198.   **THE APRIL 6, 2008 ATTACK – BAGHDAD** ............................................... 691

199.   **THE APRIL 7, 2008 ATTACK – BAGHDAD** ............................................... 693

200.   **THE APRIL 7, 2008 ATTACK – BAGHDAD** ............................................... 694

201.   **THE APRIL 8, 2008 ATTACK – KHARGULIAH** ....................................... 695

202.   **THE APRIL 9, 2008 ATTACK – SADR CITY** ............................................. 696

203.   **THE APRIL 12, 2008 ATTACK** .................................................................... 697

204.   **THE APRIL 12, 2008 ATTACK – BAGHDAD** ............................................. 699

205.   **THE APRIL 17, 2008 ATTACK – SADR CITY** ........................................... 699

206.   **THE APRIL 21, 2008 ATTACK – BASRA** .................................................... 700

207.   **THE APRIL 21, 2008 ATTACK – SADR CITY** ........................................... 701

208.   **THE APRIL 21, 2008 ATTACK – BAGHDAD** ............................................. 702

209.   **THE APRIL 21, 2008 ATTACK – SADR CITY** ........................................... 703

210.   **THE APRIL 28, 2008 ATTACK – BAGHDAD** ............................................. 704

211.   **THE APRIL 28, 2008 ATTACK – SADR CITY** ........................................... 706

212.   **THE APRIL 28, 2008 ATTACK – SADR CITY** ........................................... 707

213.   **THE APRIL 29, 2008 ATTACK – BAGHDAD** ............................................. 708

214.   **THE APRIL 29, 2008 ATTACK – SADR CITY** ........................................... 710

215.   **THE APRIL 30, 2008 ATTACK – BAGHDAD** ............................................. 710

216.   **THE MAY 1, 2008 ATTACK – SADR CITY** ................................................ 711

217.   **THE MAY 2, 2008 ATTACK – BAGHDAD** .................................................. 712

218.   **THE MAY 9, 2008 ATTACK – BAGHDAD** .................................................. 713

219.   **THE MAY 9, 2008 ATTACK – SADR CITY** ................................................ 715

220.   **THE MAY 9, 2008 ATTACK – SADR CITY** ................................................ 716

**221.** **THE MAY 11, 2008 ATTACK – BAGHDAD** ................................................. 716

**222.** **THE MAY 11, 2008 ATTACK – BALAD** ..................................................... 718

**223.** **THE MAY 25, 2008 ATTACK – AN-NAJAF** .............................................. 718

**224.** **THE JUNE 7, 2008 ATTACK – BAGHDAD** ............................................... 719

**225.** **THE JUNE 24, 2008 ATTACK - BAGHDAD** .............................................. 720

**226.** **THE AUGUST 4, 2008 ATTACK – BAGHDAD** .......................................... 723

**227.** **THE AUGUST 13, 2008 ATTACK – BAGHDAD** ........................................ 724

**228.** **THE AUGUST 26, 2008 ATTACK – SADR CITY** ...................................... 725

**229.** **THE SEPTEMBER 4, 2008 ATTACK – BAGHDAD** ................................... 728

**230.** **THE OCTOBER 5, 2008 ATTACK – MUSAYYIB** ..................................... 730

**231.** **THE OCTOBER 16, 2008 ATTACK – BAQUBAH** .................................... 731

**232.** **THE DECEMBER 28, 2008 ATTACK – SADR CITY** ................................ 732

**233.** **THE DECEMBER 28, 2008 ATTACK – SADR CITY** ................................ 733

**234.** **THE JANUARY 10, 2009 ATTACK – BAGHDAD** .................................... 733

**235.** **THE JANUARY 18, 2009 ATTACK – BAGHDAD** .................................... 737

**236.** **THE FEBRUARY 18, 2009 ATTACK – MAYSAN PROVINCE** ............... 738

**237.** **THE FEBRUARY 26, 2009 ATTACK – ADHAMIYAH** ........................... 739

**238.** **THE APRIL 13, 2009 ATTACK** ................................................................. 740

**239.** **THE APRIL 22, 2009 ATTACK – SALADIN PROVINCE** ........................ 741

**240.** **THE APRIL 22, 2009 ATTACK – BAGHDAD** .......................................... 742

**241.** **THE MAY 16, 2009 ATTACK – BASRA** ................................................... 743

**242.** **THE MAY 17, 2009 ATTACK – BAGHDAD** ............................................. 743

**243.** **THE JUNE 14, 2009 ATTACK – BALAD** .................................................. 748

**244.** **THE JUNE 28, 2009 ATTACK – BAGHDAD** ........................................... 749

**245.** **THE JULY 16, 2009 ATTACK – BASRA** ................................................... 750

246.    THE AUGUST 21, 2009 ATTACK – BAGHDAD ......................................... 751

247.    THE SEPTEMBER 8, 2009 ATTACK – TIKRIT ........................................ 752

248.    THE SEPTEMBER 8, 2009 ATTACK – BAGHDAD .................................. 754

249.    THE OCTOBER 12, 2009 ATTACK – AMARA ........................................... 756

250.    THE JANUARY 18, 2010 ATTACK – BAGHDAD .................................... 757

251.    THE APRIL 27, 2010 ATTACK – KHALIS ................................................ 758

252.    THE SEPTEMBER 1, 2010 ATTACK – MAYSAN PROVINCE .............. 760

253.    THE MARCH 10, 2011 ATTACK – BAGHDAD ........................................ 761

254.    THE APRIL 2, 2011 ATTACK – ISKANDARIYAH PROVINCE ............ 762

255.    THE APRIL 15, 2011 ATTACK – BAGHDAD ........................................... 763

256.    THE APRIL 22, 2011 ATTACK – NUMANIYAH ..................................... 764

257.    THE MAY 22, 2011 ATTACK – BAGHDAD ............................................. 765

258.    THE JUNE 6, 2011 ATTACK – BAGHDAD .............................................. 765

259.    THE JUNE 18, 2011 ATTACK - AL-QADISIYAH .................................... 767

260.    THE JUNE 29, 2011 ATTACK – WASIT PROVINCE .............................. 768

261.    THE JULY 3, 2011 ATTACK – AMARA ................................................... 772

262.    THE JULY 7, 2011 ATTACK – BAGHDAD .............................................. 773

263.    THE JULY 8, 2011 ATTACK – BAGHDAD .............................................. 774

264.    THE JULY 10, 2011 ATTACK – MAYSAN PROVINCE .......................... 775

265.    THE JULY 15, 2011 ATTACK – BASRA ................................................... 777

266.    THE OCTOBER 12, 2011 ATTACK – AMARA ........................................ 778

267.    THE NOVEMBER 14, 2011 ATTACK – BAGHDAD ............................... 779

CLAIMS FOR RELIEF ........................................................................................ 780

FIRST CLAIM FOR RELIEF .............................................................................. 780

SECOND CLAIM FOR RELIEF .......................................................................... 782

**THIRD CLAIM FOR RELIEF** ............................................................................ 784

**FOURTH CLAIM FOR RELIEF** ....................................................................... 785

**PRAYER FOR RELIEF**...................................................................................... 787

Plaintiffs, by their attorneys, allege the following:

I.      **NATURE OF THE ACTION**

1.      This is a civil action brought under 18 U.S.C. § 2333(a) and (d) of the Anti-Terrorism Act ("ATA") by American nationals who were injured, and by the estates and families of American nationals who were killed or injured, by reason of terrorist attacks in Iraq between 2004 and 2011 that were committed, planned and authorized by the United States-designated Foreign Terrorist Organization ("FTO") Hezbollah[1] in coordination with the United States-designated FTO Iran's Islamic Revolutionary Guard Corps ("IRGC") and its external directorate, the IRGC Qods Force ("IRGC-QF").[2]

2.      Each attack set forth in the Complaint was committed by Hezbollah and the IRGC as part of a campaign to drive the U.S. and Multi-National Force - Iraq ("MNF-I") out of Iraq. To implement its terror campaign, the IRGC and Hezbollah worked together to recruit, train, fund and arm proxies and directed them to attack U.S. and other MNF-I personnel in Iraq. The weapons the IRGC and Hezbollah provided to their agents in Iraq included a signature anti-armor weapon designed by Hezbollah and supplied by the IRGC-QF known as an Explosively Formed Penetrator ("EFP").

3.      In a 2017 interview, Jamal Ja'far Muhammad Ali al-Ibrahimi, a Specially

---

[1]      Hezbollah is transliterated in a variety of ways. The U.S. government prefers the spelling "Hizballah," but for the sake of consistency, all spellings in the Complaint use the more common iteration, "Hezbollah." In 1997, the United States designated Hezbollah an FTO (as that term is defined in 8 U.S.C. § 1189 of the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA")). *See Foreign Terrorist Organizations* (U.S. Department of State, October 8, 1997), *available at* https://www.state.gov/foreign-terrorist-organizations/. Hezbollah has remained designated an FTO since that time.

[2]      In 2019, the United States designated the IRGC an FTO (as that term is defined in 8 U.S.C. § 1189 of the AEDPA). *See Designation of the Islamic Revolutionary Guard Corps* (U.S. Department of State, April 8, 2019), *available at* https://www.state.gov/designation-of-the-islamic-revolutionary-guard-corps/. The IRGC has remained designated an FTO since that time. The IRGC-QF was designated a Specially Designated Global Terrorist in 2007. See *Fact Sheet: Designation of Iranian Entities and Individuals for Proliferation Activities and Support for Terrorism* (U.S. Department of the Treasury, October 25, 2007), *available at* https://www.treasury.gov/press-center/press-releases/pages/hp644.aspx. The IRGC-QF has remained designated an SDGT since that time.

Designated Global Terrorist ("SDGT") better known as Abu Mahdi al-Muhandis, confirmed that Hezbollah played an "essential role" in organizing and training "resistance cells" to attack Americans in Iraq.

4.      Muhandis had previously worked closely with Imad Mughniyah, Hezbollah's iconic terrorist "mastermind" since the early 1980s. And according to the U.S. Department of the Treasury, from 2004 – 2011 Muhandis also worked as "an advisor to Qasem Soleimani," commander of the IRGC-QF, which "provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians."

5.      Defendants are Lebanese commercial banks that violated 18 U.S.C. § 2339B by knowingly providing extensive and sustained material support, including financial services, to Hezbollah and its companies, social welfare organizations, operatives, and facilitators. That support included providing vital access to the United States financial system through Defendants' respective correspondent interbank accounts in New York and helping Hezbollah covert massive sums of bulk cash in U.S. dollar banknotes that Hezbollah has deposited into Lebanese exchange houses into deposits at Defendant banks

6.      Defendants thereby violated § 2333(a) because their material support to Hezbollah involved acts dangerous to human life that violated U.S. criminal laws and that objectively appeared to be intended to intimidate or coerce a civilian population or influence the policy of a government by intimidation or coercion.

7.      Moreover, as set forth in detail below, each Defendant worked closely with, laundered money on behalf of, and provided terror financing for, Hezbollah's terrorism directorate known as the Islamic Jihad Organization ("IJO") or External Security Organization ("ESO"),

which, together with the IRGC, was responsible for committing the attacks in Iraq that injured Plaintiffs herein. By enabling Hezbollah and its IJO to launder vast quantities of U.S. banknotes, each Defendant also provided Hezbollah with access to the United States financial system and thereby facilitated the flow of U.S. dollar-denominated funds Hezbollah used to bankroll its operations in Iraq, recruit and pay its operatives and proxies, and acquire weapons, technology and material needed to conduct its terrorist attacks in Iraq and elsewhere.

8.      In fact, at least five Defendants (FRANSABANK, BYBLOS BANK, LEBANON AND GULF BANK, JAMMAL TRUST BANK and BANQUE LIBANO-FRANÇAISE) even held accounts for the Islamic Resistance Support Organization ("IRSO"), Hezbollah's infamous public fundraising arm for its terrorist operations. As detailed below, the IRSO explicitly raises funds to purchase weapons and to subsidize its fighters.

9.      Defendants conduct also violated § 2333(d) because each Defendant aided and abetted Hezbollah by knowingly providing substantial assistance to the terrorist organization. They did so by agreeing to help Hezbollah and its IJO launder vast sums of bulk cash that Hezbollah's social welfare organizations, companies and operatives collected in U.S. dollar-denominated banknotes from narcotics trafficking, diamond smuggling, arms dealing and other illicit activities.

10.     As set forth in detail below, each Defendant was aware of its role (and the role of the Lebanese banking sector as a whole) in facilitating Hezbollah's illicit schemes through which the terrorist organization funded its IJO and committed attacks on American service members in Iraq.

11.     Defendants also violated § 2333(d) by (each) conspiring with Hezbollah by agreeing to participate in a criminal enterprise sometimes known in Lebanon as "The System" through which Lebanese-organized crime families, working with Hezbollah and the IRGC, *first*,

launder billions of U.S. dollars annually; *second*, provide Hezbollah with financial services and resources, including, but not limited to, access to the U.S. financial system through their respective correspondent bank accounts in New York (while Defendants intentionally concealed this information from U.S. correspondent banks and U.S. regulatory, law enforcement, and intelligence agencies); and *third*, help to further facilitate Hezbollah's terrorist activities by enabling the IJO's operational funding, including its operations in Iraq from 2003 to 2011.

12.     Defendants all knowingly agreed to participate in The System and the criminal conspiracy it entails, including money laundering (encompassing both cross-border electronic funds transfers and physical bulk-transfers of banknotes), sanctions evasion, arms export violations, drug trafficking, kidnapping for ransom, and direct terrorist financing.

## II.     HISTORICAL BACKGROUND

13.     Most of what is publicly known about Hezbollah, its exploitation of the U.S. financial system, and its collaboration with Lebanese banks comes from four principal sources: (a) U.S. Department of the Treasury designations of Hezbollah leaders, operatives and commercial enterprises; (b) publicly available information concerning what became known as Project Cassandra, which originated in the Drug Enforcement Administration's ("DEA") investigation of Hezbollah's development into an international crime syndicate that collected funds worth as much as $1 billion U.S. dollars a year from narcotics and weapons trafficking, money laundering, and other criminal activities across Europe, Africa, and the Americas; (c) publicly disclosed materials relating to U.N. and European investigations of diamond smugglers and money launderers; and (d) published reports by prominent non-governmental organizations like Global Witness, Sentinel TMS, Bellingcat, C4ADS, the Washington Institute for Near East Policy and others.

14.     Hezbollah is a Lebanon-based terrorist organization, founded circa 1982 with the support and assistance of Iran's IRGC. It is widely regarded as the most dangerous terrorist

organization in the world, responsible for some of the most dramatic terrorist attacks in the last three decades, that have cost thousands of lives. These attacks include the hundreds of attacks it directed against U.S. forces in Iraq.

15.     Even in its early years, Hezbollah developed a social welfare infrastructure (with Iranian support and financing) to support its operatives and their families and to cultivate the large, generally poor Shi'a communities of Lebanon and expand its political base of support. This network – which includes the IRSO, the Martyrs Foundation - Lebanon and other institutions described in detail below – forms the backbone of Hezbollah's political support and is essential to its ability to recruit terror operatives and sustain public support in Shi'a communities.

16.     For more than two decades, Hezbollah has also participated directly in the fragmented Lebanese political system.

17.     While it does not *formally* control Lebanon's government or judicial system, it wields enormous political influence and maintains its own private militia which not only rivals but is militarily superior to the Lebanese army.

18.     Operating a terrorist organization of Hezbollah's size, ambition, reach and sophistication requires vast amounts of money annually. And despite Hezbollah's virulent hatred of the United States, because Lebanon is a dollarized economy (as discussed below), the terrorist organization is also highly dependent on access to the U.S. financial system – via Defendants.

19.     For many years, American intelligence and law enforcement agencies were aware of Hezbollah's growing capabilities and its increasing reliance on illicit activities to fund its operations.

20.     According to published reports, Project Cassandra Taskforce members in particular came to learn that Hezbollah, working closely with Iran's intelligence services and its IRGC, had

carefully cultivated illicit networks among Lebanese expatriate communities around the world to create a web of businesses that acted as front companies for Hezbollah's and the IRGC's black-market trading and money laundering activities.

21.     According to these published reports, Project Cassandra Taskforce members tracked Hezbollah's flow of weapons, drugs, Conflict Diamonds,[3] ammunition, explosives, military-grade spare parts (including parts for Iran's illicit nuclear and ballistic missile programs), and U.S. dollar-denominated funds along the same Hezbollah corporate routes that carried shipments of ostensibly legal goods, such as frozen chicken, raw materials, precious metals, used cars, cigarettes, and consumer electronics.

22.     Following Hezbollah's July 2006 conflict with Israel (which devastated parts of southern Lebanon and Hezbollah-controlled neighborhoods south of Beirut), Hezbollah further intensified its efforts to raise funds (mostly denominated in U.S. dollars) in order to fund its post-conflict rebuilding efforts in the Shi'a-dominated areas of Lebanon while simultaneously funding its terror operations in Iraq (including the targeting of Plaintiffs herein).

23.     Hezbollah's urgent need for larger amounts of cash led the transnational terrorist organization to greatly expand its role in the global cocaine trade to an unprecedented level.

24.     As Project Cassandra Taskforce members would learn, Hezbollah ran these networks through its Business Affairs Component ("BAC"), i.e., its "commercial apparatus," a special financial and business unit established by the late Imad Mughniyah, then Hezbollah's most senior terrorist commander, and overseen by two deputies, Adham Hussein Tabaja, a prominent

---

[3]     "Conflict Diamonds" (a/k/a "Blood Diamonds") as used herein refers to the illegal trade in diamonds with African countries where violent conflicts have taken place between armed militias and African government forces. Almost two decades ago, the United Nations Security Council initiated international embargos regarding trading in diamonds with countries like Liberia, Sierra Leone and Angola. Beginning in 1999, the European Union ("EU") adopted regulations regarding banning the direct or indirect import into the EU of rough diamonds from Liberia, Sierra Leone and Angola.

Hezbollah financier and real estate developer in Lebanon, and Abdallah Ali Safieddine (a/k/a "Safi al-Din"), the brother of Hashem Safieddine, one of Hezbollah's most senior leaders who is reportedly the designated successor to Hezbollah's supreme leader and U.S.-designated terrorist Hassan Nasrallah.

25.    Both Adham Tabaja and Abdallah Safieddine have been designated SDGTs by the U.S. Department of the Treasury.

26.    As discussed in detail below, the BAC oversees Hezbollah's vast network of world-wide criminal and commercial enterprises which it uses to finance its terrorist operations.

27.    In addition to funding Hezbollah's terrorist infrastructure, the BAC provides the terrorist organization with numerous illicit revenue streams for criminal syndicates operating among the Lebanese diaspora communities of West Africa, South America and the Persian Gulf. Hezbollah views these revenue streams as part of its Islamic resistance activity—even when conducted with criminal organizations that share no ideological affinity with Hezbollah. As a U.S. National Defense University report on Combating Crime-Terror Pipelines stated:

> Ideology is not an obstacle: when it comes to money, Hizballah will do business with anyone. Violent Extremists may justify their involvement in drug trafficking in many creative ways, including as a weapon against infidel consumers.[4]

28.    After Mr. Mughniyah was killed in 2008, leadership of Hezbollah's BAC was assumed by both Adham Tabaja and Abdallah Safieddine.

29.    The U.S. government ultimately concluded that Abdallah Safieddine was one of the key connections between Hezbollah's BAC and Iran's IRGC and the IRGC-QF.

---

[4]    Final Report, "Trans-Atlantic Dialogue on Combating Crime-Terror Pipelines Dismantling Converging Threat Networks to Strengthen Global Security," National Defense University (June 25-26, 2012).

7

30.     As Project Cassandra proceeded, multiple narcotics investigations also linked Mr. Safieddine to international drug smuggling and money laundering networks, and especially to a Colombian national named Ayman Joumaa, a major international drug-trafficker, who served as the key contact between Hezbollah and Mexico's murderous Los Zetas cartel and Colombia's La Oficina de Envigado cartel.

31.     Mr. Joumaa was subsequently designated by the U.S. Department of the Treasury as a Specially Designated Narcotics Trafficker Kingpin ("SDNTK").[5]

32.     The Project Cassandra Taskforce investigations of Mr. Safieddine and Mr. Joumaa eventually intersected with a separate effort by U.S. Special Operations Command ("SOCOM") that was tracking the source of funds used by Iranian proxies that were deploying sophisticated weapons against U.S. armored vehicles in Iraq, including, among other weapons, IRGC-supplied (and Hezbollah-designed) EFPs (discussed in detail below).

33.     When phone numbers connected to the IRGC network supplying EFPs to Iranian and Hezbollah proxies in Iraq matched phone numbers intercepted during the Project Cassandra Taskforce's Colombia investigation of Mr. Joumaa's network, Project Cassandra and SOCOM investigative teams were able to tie Mr. Safieddine's EFP network in Iran to Hezbollah's narcotics trafficking and money laundering network operating in Colombia and the Tri-Border Area ("TBA") (covering the joint borders between Paraguay, Brazil, and Argentina).

34.     Ultimately, the U.S. Intelligence Community and Department of Justice's analysis of thousands of hours of intercepted Arabic phone conversations from Colombia, among other

---

[5]     See *Treasury Targets Major Money Laundering Network Linked to Drug Trafficker Ayman Joumaa and a Key Hizballah Supporter in South America* (U.S. Department of the Treasury, June 27, 2012), *available at* https://www.treasury.gov/press-center/press-releases/Pages/tg1624.aspx. Mr. Joumaa was indicted in November 2011 for narcotics trafficking and money laundering. *See U.S. Charges Alleged Lebanese Drug Kingpin with Laundering Drug Proceeds for Mexican and Colombian Drug Cartels* (U.S. Department of Justice, December 13, 2011), *available at* https://www.justice.gov/archive/usao/vae/news/2011/12/20111213joumaanr.html.

locations, painted a picture of Abdallah Safieddine as a central figure in Hezbollah's (and the IRGC's) global financial network and in the provision of U.S. dollars emanating from the Lebanese banking system into  Iraq to fuel attacks against U.S. service members, among others.

35.     According to then-DEA Acting Deputy Administrator Jack Riley, "[t]hese drug trafficking and money laundering schemes utilized by the Business Affairs Component provide a revenue and weapons stream for an international terrorist organization responsible for devastating terror attacks around the world."

36.     Armed with a better understanding of Hezbollah's BAC network, the Project Cassandra team soon targeted Lebanese Canadian Bank SAL ("LCB") by gathering evidence showing how Ayman Joumaa's narcotics network was laundering an estimated $200 million a month in U.S. dollar-denominated funds through LCB directly and through various Lebanese money exchange houses, including New Line Exchange Trust Company SAL ("New Line Exchange"), Elissa Exchange Company SARL ("Elissa Exchange"), Hassan Ayash Exchange Company SAL ("Hassan Ayash Exchange"), Halawi Exchange Company SAL ("Halawi Exchange"), and Mecattaf SAL that held accounts with LCB and several Defendants herein.[6]

37.     These exchange houses (and the banks that maintained their accounts) were also a vital conduit for BAC narcotics proceeds transited to Iraq to help Hezbollah underwrite its terrorist proxies, including so-called Special Groups (discussed below) that targeted Plaintiffs herein and hundreds of other Americans.

---

[6]     *See Treasury Targets Major Lebanese-Based Drug Trafficking and Money Laundering Network* (U.S. Department of the Treasury, January 26, 2011), *available at* https://www.treasury.gov/press-center/press-releases/Pages/ tg1035.aspx. The U.S. Department of the Treasury later designated Kassem Rmeiti and Company for Exchange SAL ("Rmeiti Exchange"), Halawi Exchange and, more recently, Chams Exchange Company SAL ("Chams Exchange") for laundering money through The System on behalf of Mr. Joumaa, among others.

38.    After the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") designated Mr. Joumaa, *The New York Times* published the following chart showing the intricate money laundering system LCB used to "divert money to the Shiite militant group Hezbollah":[7]



39.    As Hezbollah's money laundering activities came into focus it became clear that the terrorist organization was not simply involved in isolated fundraising activities or random criminal conduct.

40.    Instead, Hezbollah's finances were closely tied to a larger, highly sophisticated, criminal enterprise that involved much of Lebanon's banking sector (including Defendants herein), many of the country's pre-existing organized crime families, and a significant portion of its political class (comprising members of all major religious groups in Lebanon, i.e. Sunni, Shi'a, Maronite, Druze, etc.).

---

[7]    *Money Laundering at Lebanese Bank* (*The New York Times*, December 13, 2011), *available at* https://archive.nytimes.com/www.nytimes.com/interactive/2011/12/13/world/middleeast/lebanese-money-laundering.html.

41.     As noted above, this arrangement is sometimes referred to by Hezbollah and others in Lebanon as "The System."

42.     The System predates Hezbollah's central involvement in it over the course of the past two decades. However, in the 21st century, The System reflects Hezbollah's integration of several different criminal networks ranging from Conflict Diamond dealers, counterfeiters, narcotics traffickers, weapons traffickers, and trade-based money launderers.

43.     The System is modeled on Lebanon's "confessional system" of political power sharing, in which political representation is divided amongst Lebanon's various religious and ethnic groups.

44.     In the wake of the assassination of Lebanese Prime Minister Rafic Hariri on February 14, 2005, Hezbollah took over the central role of managing The System.

45.     The System churns proceeds from all these illicit activities through Lebanon's banks and exchange houses; secondarily, it pours significant sums of money into Lebanon's real estate sector.

46.     Although the most important players in The System are Hezbollah's operatives, numerous Shi'a, Sunni, Maronite and other participants play prominent roles – both to shield The System's operations from being overtly associated outside of Lebanon with Hezbollah and to co-opt Hezbollah's political rivals by dividing the spoils and ensuring that all Lebanese factions are invested in The System's continuation and success.[8]

---

[8]     In this Complaint, the nominal religious affiliations of certain individuals are mentioned solely for two reasons: First, because Lebanon's political and social system is confessional in nature (i.e. individuals' religious affiliation is noted on official documents and is integral to their positions in Lebanese society and commerce). Second, because although Hezbollah is a political and religious movement closely associated with Iran's current form of Shi'a Islam, the terrorist organization and its operatives deliberately work with individuals associated with all of Lebanon's religious and ethnic sects.

47.     Many of the participants in The System, including Defendants, actively and knowingly further Hezbollah's illicit activities (including terrorism) because their own financial and political interests are dependent on Hezbollah's continued participation in The System.

III.   **THE STRUCTURE OF LEBANON'S ECONOMY IS DEPENDENT ON HEZBOLLAH'S INFLOWS OF U.S. DOLLARS, AND DEFENDANTS' PROFITABILITY IS DEPENDENT ON U.S. CORRESPONDENT BANK ACCOUNTS AND U.S. DOLLAR CLEARING ON HEZBOLLAH'S BEHALF**

48.     Lebanon is a predominantly importing country characterized by large trade deficits, generally offset by capital account inflows, domestic income earnings, and a large volume of cross-border remittances.

49.     As the International Monetary Fund ("IMF") noted in its July 2, 2009 Statement on Lebanon, the country has long suffered from large fiscal deficits which have left public debt at over 150 percent of Gross Domestic Product ("GDP"). That public debt has historically been primarily purchased by Lebanese commercial banks whose balance sheets are heavily weighted toward sovereign debt.

50.     According to the Central Bank of Lebanon (a/k/a Banque du Liban), Lebanon's banking system is well-regulated, exhibits good financial sector soundness indicators, and has good ratings relative to peers. It is an attractive destination for domestic and expatriate deposits because bank failures have never caused depositors to lose money (the Central Bank of Lebanon has chosen to deal with troubled monetary institutions largely through mergers).

51.     In reality, Lebanon is in many respects a failed state, dominated if not wholly controlled by Hezbollah, the world's most powerful terrorist organization, which plays a decisive role in its political and security arrangements and a significant role in its economy.

12

52.     At the same time, Lebanon has long suffered from a significant balance of payments problem: It receives far less capital investment and foreign tourism dollars than its citizens spend and invest abroad.

53.     In 2006, almost 75 percent of Lebanese bank deposits (approximately $45 billion U.S. dollars) were denominated in U.S. dollars.

54.     In 2018, approximately 67 percent of Lebanese bank deposits (approximately $120 billion U.S. dollars) were denominated in U.S. dollars.

55.     The U.S. Department of the Treasury characterized the dynamics of the Lebanese banking system as follows:

> [A] steady flow of diaspora deposits in recent years have helped the Lebanese banking system to maintain relatively robust lending, improve asset quality, and maintain adequate liquidity and capitalization positions. However, banks remain highly exposed to the heavily indebted sovereign, carry significant currency risk on their balance sheets, and operate in a volatile political security environment…. *Of particular relevance is the possibility that a portion of the substantial flow of remittances from the Lebanese diaspora, estimated at $7 billion—21% of GDP—in 2009, according to the World Bank, could be associated with underground finance and Trade-Based Money Laundering ("TBML") activities. Laundered criminal proceeds come primarily from Lebanese criminal activity and organized crime*. (Emphasis added.)

56.     To service its debt with minimal exportable production of its own, the Lebanese government runs on debt on a scale that places it as the third most indebted economy in the world.

57.     For example, Lebanon's trade balance recorded deficits of approximately $7.9 billion U.S. dollars in 2007, $11.1 billion U.S. dollars in 2008, $11.2 billion U.S. dollars in 2009, $12.3 billion U.S. dollars in 2010, and $12.8 billion U.S. dollars in 2011.

58.     In 2010, for example, Moody's rated Lebanon's government debt on the same level as Senegal and Vietnam. Standard and Poor's and Fitch ranked Vietnam higher.

59.     In 2011, Lebanon's government debt service represented approximately 42.9 percent of total expenditures and 34.3 percent of total revenues.

60.     Compared to other countries, Lebanon has a high net outstanding public debt to GDP ratio, reaching 119 percent by the end of 2011.

61.     To finance its massive debt, Lebanon chose to link its economy to the U.S. dollar, running a massive proportion of its economy through correspondent accounts[9] with U.S. financial institutions, largely in New York.

62.     Specifically, the Lebanese economy is dependent on the following inter-related policies:

63.     For two decades the Lebanese pound has been pegged to the U.S. dollar at a fixed rate sometimes called a "currency peg."

64.     To keep the public sector afloat, two thirds of the Lebanese banking sector's balance sheets consist of loans to the Lebanese Central Bank and the Lebanese government.

65.     The Lebanese Central Bank maintains high interest rates that keep money flowing into banks.

66.     With economic growth slowing and traditional sources of foreign exchange, such as tourism, real estate and foreign investment having proven insufficient, Lebanon heavily relies on the billions of U.S. dollars that expatriate Lebanese deposit into Lebanon's banks.

67.     With its currency tied to the U.S. dollar and its dependence on infusions of U.S. dollars in hard currency from expatriate Lebanese, the entire structure of the Lebanese financial

---

[9]     Correspondent banking is an essential component of the global financial system, especially for cross-border electronic funds transfers. Banks establish and maintain correspondent banking relationships to access financial services in different jurisdictions and provide international payment services for their customers. However, correspondent banking is also a major vehicle for financial crime, including, money laundering and terror financing.

system is dependent on Lebanese commercial banks maintaining access to U.S. dollar-clearing capabilities through the maintenance of correspondent accounts with U.S. financial institutions.

68.     Therefore, the Lebanese banks have chosen to maintain correspondent banking relationships with U.S. financial institutions in New York.

69.     The fact that Lebanon has voluntarily waived its sovereign immunity defense as to any disputes relating to the government notes it issues, accepts New York law as the governing law, and submits to jurisdiction in U.S. courts, highlights that the entire Lebanese banking sector is dependent on access to U.S. dollars through networks of correspondent accounts.

70.     The willingness of Lebanon's banks, including Defendants, to finance the government is to a large degree explained by the fact that over half of these banks' assets are invested in Lebanon's sovereign debt (issued by either the Ministry of Finance or the Central Bank of Lebanon).

71.     The circularity and mutual dependence of this level of investment and re-investment in the sovereign creates a high-risk strategy for the Central Bank of Lebanon and the commercial banks because it relies on an ever-increasing level of domestic and expatriate deposits, mostly in U.S. dollars.

72.     Ultimately, the ability of Lebanon's banks to continue financing the Lebanese government's public debt (and to profit significantly from doing so) rests on the steady growth of each of the banks' respective hard currency deposit bases, fueled by U.S. dollar-denominated remittances and transfers from the Lebanese diaspora in general, and Hezbollah in particular.

73.     For instance, as stated above, Lebanon's substantial influx of remittances from expatriates has been estimated by the World Bank at approximately $7.6 billion U.S. dollars annually over the last four years.[10]

74.     This includes enormous amounts of U.S. dollars that flow from drug-trafficking, the Conflict Diamond trade, arms dealing, contracts obtained by Hezbollah operatives from friendly African governments and even ordinary (i.e., otherwise legal) trade conducted by Hezbollah's world-wide enterprises.

75.     It also includes massive amounts of Iranian financial support (most of it in U.S. dollars, the currency in which Iranian crude oil was priced and upon which Lebanon was and is dependent) that is laundered through Hezbollah and Iranian organizations based in Lebanon, Hezbollah's commercial networks, and Iran's global sanctions evasions networks that is then routed through Lebanese entities and banks.

76.     Not only are Defendants herein aware of this, they depend on these U.S. dollar deposits from Hezbollah flowing from South America, Africa and elsewhere through the United States and onto their balance sheets, which in turn underwrites the Lebanese government's enormous and otherwise unsustainable debt structure.

77.     Thus, deposit accounts in Lebanese banks that receive U.S. dollars from Hezbollah are primarily U.S. dollar-denominated (Eurodollar)[11] accounts.

---

[10]     According to the U.S. Department of the Treasury, "Lebanon's banking sector continues to rely on significant capital inflows from the Lebanese diaspora community, which has been a large contributor to banking sector liquidity and capitalization, estimated by the World Bank at $7.6 billion—18% of GDP—in 2011." *See*, https://www.fincen.gov/sites/default/files/special_measure/311--ExchHouse-R-NoticeofFinding-Final.pdf.

[11]     Eurodollar refers to a multinational bank's unsecured time-deposit liability (chose in action), denominated in the U.S. dollar unit of account and maintained by credit and debit book-entries, but not directly subject to U.S. banking regulations. Clearing of Eurodollar electronic funds transfers occurs primarily through a bank-owned clearinghouse in New York, based on payment orders issued by correspondent banks and transmitted cross-border through a bank-

78.     Lebanon is formally a member of the Middle East and North Africa Financial
Action Task Force, an intergovernmental regional body similar to the global Financial Action Task
Force.

79.     Lebanon's Financial Intelligence Unit ("FIU") is the Special Investigation
Commission ("SIC–Beirut"), a nominally independent legal entity empowered to investigate
suspicious financial transactions and freeze assets.

80.     Despite these ostensible anti-money laundering tools, according to the U.S. State
Department's Bureau for International Narcotics and Law Enforcement Affairs, Lebanon faces
significant money laundering and terrorism financing challenges by Hezbollah, the IRGC-QF, and
other malign actors.

81.     This is inevitable due to Hezbollah's preeminent role in the Lebanese government
and its complementary position as an armed faction with capabilities far superior to the hapless
Lebanese army (which it also dominates).

82.     For two decades this economic structure has kept Lebanon's economy afloat,
provided Lebanese diaspora communities (and most importantly, Hezbollah) repatriated "fresh"
hard currency (primarily denominated in U.S. dollars) that offset some of the balance of payment
gap and made its way to Lebanon's Central Bank to help sustain the country's currency peg to the
U.S. dollar.

83.     This marriage of convenience between Lebanon's commercial banks, Hezbollah
and the country's criminal organizations provided each participant in The System with what it
needed. The criminal organizations benefited from Hezbollah's global reach and sophisticated

---

owned secure messaging service. The settlement of Eurodollar electronic funds transfers occurs *only* in New York,
across the balance sheet of the Federal Reserve Bank of New York ("FRB–New York"), acting in its role as the U.S.
Central Bank and "lender of last resort" for all Eurodollar deposits globally. For purposes of this Complaint, Eurodollar
transactions and accounts are referred to as "U.S. Dollar-denominated."

logistics networks to expand their operations and gain political protection in Lebanon. The banks gained steady streams of U.S. bank notes that helped to maintain the structural Ponzi scheme that sustains Lebanon's sovereign debt and has until recently provided them with steady returns on the sovereign debt they have heavily invested in. Hezbollah was afforded opportunities to develop new revenue streams for itself, new channels to launder money and material for the IRGC, and seamless channels to access the U.S. financial system that in turn provided Hezbollah with a competitive advantage in its narcotics trafficking, arms-trading, and money laundering business lines.

84.     In sum, The System offered (and offers) something significant for every Lebanese faction. For the less scrupulous members of the country's political class, it has purchased delay and pushed off reforms and austerity measures necessitated by runaway government spending (subsidized by the purchase of that debt by Lebanon's commercial banks).

85.     The System has also enriched select politicians across the Lebanese political spectrum who have either been invited to join as investors in various projects or had their close family members serve as board members of companies that benefit from The System.

86.     For Hezbollah, The System ensures that Lebanon's institutions and preferred members of its ruling class are all heavily invested (literally and figuratively) in its financial success and continued ability to acquire, invest and launder billions of U.S. dollars.

## IV.     THE LEBANESE CANADIAN BANK INVESTIGATION REVEALED THE MECHANICS OF THE SYSTEM

87.     As noted above, a large portion of Hezbollah's illicit proceeds in bulk cash were deposited in cash in Lebanese exchange houses, then deposited by the exchange houses into Lebanese banks.

88.     For example, in less than two years in the mid-2000s, Hezbollah laundered illicit funds worth more than $300 million U.S. dollars through Halawi Exchange and $150 million U.S. dollars through Hassan Ayash Exchange alone.

89.     As the LCB investigation revealed, Hezbollah's laundered U.S. dollar-denominated narcotics proceeds, among other sources of revenue, migrated through Lebanese exchange houses to LCB and Defendants BLOM BANK and MEAB BANK and were then, among other things, transferred to used-car dealerships in the United States to buy and ship thousands of vehicles to West Africa, where Hezbollah's BAC network operated hundreds of businesses.

90.     In February 2011, however, the U.S. Department of the Treasury, pursuant to 31 U.S.C. § 5318A ("Section 311" of the USA Patriot Act), identified LCB as "a financial institution of primary money laundering concern."

91.     This immediately threatened to cut LCB off from its U.S. correspondent banks – a result that would have drastically reduced LCB's capacity to operate as an international bank.

92.     More importantly, the announcement threatened to expose The System and jeopardize *other* Lebanese banks' access to U.S. correspondent banking. Therefore, Lebanese officials rushed to Washington to contain the damage and only *three weeks* after LCB was named a financial institution of primary money laundering concern a public announcement was made that Defendant SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL ("SGBL") was going to purchase LCB.

93.     In December 2011, the work of the Project Cassandra team resulted in the U.S. Department of Justice ("DOJ") filing a $483 million civil action against LCB.

94.     In August 2012, the U.S. government filed a civil forfeiture action pursuant to 18 U.S.C. § 981(k) to seize $150 million U.S. dollars held by Defendant BANQUE LIBANO-

FRANÇAISE SAL that U.S. law enforcement officials believed constituted criminal proceeds belonging to Hezbollah.[12]

95.     As part of the Lebanese effort to contain the crisis caused by the civil action against LCB, it was important to Defendant SGBL to dispel any impression that it was simply taking over LCB's role as Hezbollah's most favored bankers.[13]

96.     To assure its U.S. correspondent banks as well as U.S. and international bank regulators that this was not the case, Defendant SGBL retained the local offices of a prominent international accounting firm to audit LCB's accounts and brought in the Ashcroft firm (founded by former U.S. Attorney General John Ashcroft) to further oversee the process of allegedly purging Hezbollah accounts at LCB prior to LCB's complete absorption into SGBL.

97.     According to a December 2011 report in *The New York Times*, "auditors brought in to scrub the books discovered nearly 200 accounts that were suspicious for their links to Hezbollah and their classic signs of money laundering."[14] The process was described as follows:

> Initially, the auditors looked only at records for the past year. As they began combing through thousands of accounts, they looked for customers with known links to Hezbollah. They also looked for telltale patterns: repeated deposits of vast amounts of cash, huge wire transfers broken into smaller transactions and transfers between companies in such wildly incongruous lines of business that they made sense only as fronts to camouflage the true origin of the funds.

---

[12]     In June 2013, the DOJ settled with LCB and Defendant SGBL, with the U.S. government retaining $102 million of the $150 million U.S. dollars seized from the "Escrow Account" at Defendant BANQUE LIBANO-FRANÇAISE SAL.

[13]     As noted below, Israeli officials had previously warned the U.S. Department of the Treasury that SGBL was involved in facilitating Hezbollah's financial activities. While Defendant SGBL did close many (but not all) of LCB's Hezbollah accounts and temporarily froze several of the accounts belonging to the Joumaa Network, there is no publicly available information to indicate that Defendant SGBL terminated LCB's business with Iran's Central Bank, shuttered LCB's Prime Bank Gambia operations on Hezbollah's behalf, or closed the accounts of the Hezbollah organizations it failed to list as part of its post-acquisition audits.

[14]     Jo Becker, *Beirut Bank Seen as a Hub of Hezbollah's Financing* (*The New York Times*, December 13, 2011), *available* at https://www.nytimes.com/2011/12/14/world/middleeast/beirut-bank-seen-as-a-hub-of-hezbollahs-financing.html.

Each type of red flag was assigned a point value. An account with 1 or 2 points on a scale to 10 was likely to survive. One with 8 or 9 cried out for further scrutiny. Ultimately, the auditors were left with nearly 200 accounts that appeared to add up to a giant money-laundering operation, with Hezbollah smack in the middle, according to American officials. Complex webs of transactions featured the same companies over and over again, most of them owned by Shiite businessmen, many known Hezbollah supporters. Some have since been identified as Hezbollah fronts.

98.     As the *Times* report noted:

In all, hundreds of millions of dollars a year sloshed through the accounts, held mainly by Shiite Muslim businessmen in the drug-smuggling nations of West Africa, many of them known Hezbollah supporters, trading in everything from rough-cut diamonds to cosmetics and frozen chicken, according to people with knowledge of the matter in the United States and Europe. The companies appeared to be serving as fronts for Hezbollah to move all sorts of dubious funds, on its own behalf or for others. The system allowed Hezbollah to hide not only the sources of its wealth, but also its involvement in a range of business enterprises.

99.     The *Times* report, though detailed and accurate, understated the matter.

100.    To begin with, there were in fact more than 200 customer accounts associated with Hezbollah and the IRGC; only a subset of those accounts was formally identified by the Lebanese authorities.

101.    Moreover, although the article paraphrased lawyers for Mr. Ashcroft's firm as claiming that "all the problematic accounts had been excised," that proved not to be the case.

102.    Mr. Ashcroft was quoted in the *Times* report as saying that "[a]s current and potential problems have been uncovered, [his client] has not hesitated to act." However, according to the Lebanese government's own internal investigation, several accounts identified among the "accounts that appeared to add up to a giant money-laundering operation with Hezbollah smack in the middle" migrated to SGBL after the merger (including the suspended accounts for Ayman Joumaa and his brothers Anwar and Akram Joumaa – the individuals at the center of the narcotics trafficking activity that sparked the LCB investigation).

21

103.     Finally, the *Times* report concluded "as Treasury officials acknowledge … most of the accounts were simply transferred to several other Lebanese banks."

104.     In fact, many of the more than 200 Hezbollah accounts simply moved to the other Defendant banks *in this action* (as detailed below) with the full knowledge of the Lebanese government, whose own investigation and findings were widely circulated.

105.     For example, according to the Lebanese government, the following key (Hezbollah / BAC) accounts migrated to Defendants in 2011-2012 once LCB was forced to close the accounts:

| Defendant | Former LCB Account Holder |
|---|---|
| **SGBL** | • Nazem Ahmad;<br>• Anwar Joumaa;<br>• Muhammad Issam Abu Darwish;<br>• Ziyad Muhammad Youssef (SDNTK);<br>• Ayman Joumaa (SDNTK). |
| **FRANSABANK** | • Saleh Ali Assi;<br>• Inter Aliment SAL Offshore;<br>• Muhammad Bazzi (SDGT);<br>• Global Trading Group (SDGT);<br>• Euro African Group Ltd. (SDGT);<br>• Muhammad Issam Abu Darwish;<br>• Mustafa Faysal Ahmad;<br>• Mercury Development Offshore SAL;<br>• Millennium Diamond Offshore SAL;<br>• Phoenicia Shipping Offshore SAL (SDNTK).[15] |
| **MEAB BANK** | • Saleh Ali Assi;<br>• Inter Aliment SAL Offshore;<br>• Muhammad Issam Abu Darwish;<br>• Said Hassan Fuani;<br>• Mustafa Faysal Ahmad;<br>• Safi Yahya Darwish;<br>• Ali Muhammad Kharrubi (SDNTK);<br>• Elissa Exchange Co. SARL (SDNTK). |
| **BLOM BANK** | • Nazem Ahmad;<br>• Youssef Tajideen; |

---

[15]     The U.S. Department of the Treasury uses the spelling "Phenicia Shipping Offshore SARL."

|  | • Millennium Diamond Offshore SAL;<br>• SOGEAC SPRL;<br>• Mustafa Faysal Ahmad;<br>• Akram Joumaa. |
|---|---|
| **BYBLOS BANK** | • Afrimex (Offshore) SAL;<br>• Ali Hussein Darwish;<br>• Muhammad Hussein Darwish;<br>• Safi Yahya Darwish;<br>• Khodr Hussein Darwish;<br>• Ali Musa Nachar;<br>• Tarek Khalil Musa;<br>• Said Hassan Fuani;<br>• Ibrahim Muhammad Faqih. |
| **BANK AUDI** | • Ibrahim Issawi;<br>• Nazem Ahmad;<br>• Youssef Tajideen;<br>• Ali Charara (SDGT);<br>• Muhammad Issam Abu Darwish;<br>• Congo Diam SPRL;<br>• Fawzi Muhammad Malek;<br>• Ali Hussein Darwish;<br>• Muhammad Hussein Darwish;<br>• Khalil Nazem Ibrahim;<br>• Phoenicia Shipping Offshore SAL (SDNTK). |
| **BANK OF BEIRUT** | • Galaxy Flame Trading SAL Offshore;<br>• Samir Muhammad Hijazi;<br>• Youssef Tajideen. |
| **LEBANON AND GULF BANK** | • Adham Tabaja (SDGT);<br>• Fantasy World SARL;<br>• Ovlas Trading SA (SDGT);<br>• Leaders of Supply & Products (Offshore) SAL;<br>• Youssef Tajideen;<br>• Fayed Exchange;<br>• Elissa Exchange SARL (SDNTK). |
| **BANQUE LIBANO-FRANÇAISE** | • Ibrahim Issawi;<br>• Socimex;<br>• Saleh Ali Assi;<br>• Inter Aliment SAL Offshore;<br>• Nabila Wazni;<br>• SOGEAC SPRL;<br>• Hussein Ibrahim Bdeir;<br>• Ras Beirut 1442 SAL;<br>• S.I.M. SAL Offshore; |

|  | • Muhammad Issam Abu Darwish;<br>• Ideal Development I.D. SAL;<br>• Wa'el Ahmad Issawi. |
| --- | --- |
| **BANK OF BEIRUT AND THE ARAB COUNTRIES** | • Teltac Worldwide Incorporated (Offshore) SAL;<br>• Fayed Exchange. |
| **FENICIA BANK** | • Elissa Exchange Co. SARL (SDNTK);<br>• Phoenicia Shipping Offshore SAL (SDNTK);<br>• Hussein Ahmad Issawi;<br>• Fun World Company SAL;<br>• Samir Muhammad Hijazi;<br>• Ali Ahmad Choueib;<br>• Golden Eye Trading Ithalat Ihracat Ltd.;<br>• Said Jamil Muhammad;<br>• Al-Jiyeh for Tourism & Construction SAL;<br>• New Land SARL. |

106. In short, SGBL and the Lebanese government specifically identified more than 200 Hezbollah-related accounts at LCB, but these individuals and companies – many of whom are among the most prominent BAC leaders and companies – were not forced out of the Lebanese banking system.[16]

107. On the contrary, their accounts simply moved to other banks (including the other Defendants). As *The New York Times* reported, "most of the accounts were simply transferred to several other Lebanese banks."

108. Moreover, as detailed below, many of Hezbollah's and the Iranian governmental entities' accounts at LCB were omitted from the Lebanese reports inventorying suspect accounts at LCB, and there is no indication that these (unlisted) accounts were ever closed by Defendant SGBL.

---

[16] For future reference in this Complaint, Hezbollah-related LCB accounts identified and listed by the Lebanese government are denoted with the * symbol.

109.    On the contrary, several of these illicit accounts, including accounts for U.S.-designated entities such as Elissa Holding SAL (SDNTK) and Yousser Company for Finance and Investment (a/k/a "Yousser") (SDGT) were retained by Defendant SGBL.

110.    The court filings from DOJ's civil action and the U.S. Department of the Treasury's regulatory action did not reveal the full extent of Defendants' complicity in Hezbollah's financial operations, but they did expose several key facts beyond the criminal wrongdoing of LCB and its management, including, among others:

(a) The vast amounts of U.S. dollar-denominated funds from Hezbollah secretly flowing into the Lebanese banking system through LCB's willful participation;

(b) The close ties and financial connections between Hezbollah's BAC and its social welfare institutions;

(c) The vast amounts of cash imported by those Hezbollah social welfare institutions;

(d) Hezbollah's (and the IRGC's) dependence on Lebanese commercial banks to provide it access to the U.S. financial system to launder drug money (in USD) and clear U.S. dollar-denominated electronic funds transfers; and

(e) The intersection between Hezbollah's BAC network, narcotics trafficking, and terrorist operations, including terrorist attacks carried out against Americans in Iraq.

111.    In recent years, the LCB action was followed by a marked increase in U.S. Department of the Treasury designations of Hezbollah leaders, senior BAC operatives (for example, designating Messrs. Safieddine, Tabaja, Bazzi and Joumaa) and key components of the BAC network.

112.    In 2015, the U.S. Congress enacted The Hizballah International Financing Prevention Act of 2015, Pub. L. No. 114-102 to further confront the threat to U.S. national security posed by Hezbollah and address the terrorist organization's use of foreign financial institutions

and their correspondent bank accounts to finance terrorism. Section 102 of the statute states in part:

> The President shall prohibit or impose strict conditions on the opening or maintaining in the United States of a correspondent account or a payable-through account by a foreign financial institution that knowingly:
>
> - facilitates a transaction or transactions for Hizballah;
> - facilitates a significant transaction or transactions of a person on specified lists of specially designated nationals and blocked persons, property, and property interests for acting on behalf of or at the direction of, or being owned or controlled by, Hizballah;
> - engages in money laundering to carry out such an activity; or
> - facilitates a significant transaction or provides significant financial services to carry out such an activity.

113.    Subsequent congressional enactments, including the Hizballah International Financing Prevention Amendments Act of 2018, specifically targeted foreign persons who knowingly provide significant financial, material, or technological support for or to Hezbollah's social welfare network, including the IRSO and Hezbollah's IJO (External Security Organization).

114.    Finally, 18 U.S.C. § 2333(a) of the ATA (incorporating 18 U.S.C. § 23339B) separately empowers Plaintiffs herein to identify and highlight integral parts of the BAC network and to hold legally accountable Hezbollah's "financial angels." These "financial angels" – including Defendants - have provided financial and material support to the IRSO and other designated components of Hezbollah's social welfare network as well as to the operatives and corporate assets of Hezbollah's IJO.

115.    In doing so, Defendants have knowingly and actively laundered the proceeds of Hezbollah's illicit revenue streams that have midwifed this terrorist organization's birth into a truly global financial empire.

116.    That "System," actively perpetuated with Defendants' vital assistance as well as the assistance of Lebanese currency exchange houses, in turn, sustains Hezbollah's global terrorist

operations, including the FTO's training camps, intelligence operations, procurement supply-chains, and research and development of various weapons systems that allowed it to play a central role in Iran's (largely successful) efforts to maim and murder vast numbers of Americans in Iraq and drive the United States from that country.

## V.   JURISDICTION AND VENUE

117.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, 18 U.S.C. § 2333(a) and (d), and 18 U.S.C. § 2338 as a civil action brought by nationals of the United States who have been injured by reason of acts of international terrorism, and/or their estates, survivors, or heirs.

118.   Venue is proper in this District pursuant to 18 U.S.C. § 2334(a) and 28 U.S.C. § 1391(b) and (d).

119.   Defendants are each subject to personal jurisdiction in New York pursuant to 18 U.S.C. § 2334(a), CPLR § 302, and Fed. R. Civ. P. 4(k)(1)-(2).

120.   As set forth below, Defendants have purposefully and deliberately used their correspondent accounts with U.S. financial institutions in New York (and elsewhere in the United States) over a long period of time to provide financial services to Hezbollah on a recurring basis, including facilitating the transfer of at least hundreds of millions of U.S. dollars through the United States on Hezbollah's behalf and for Hezbollah's benefit.

## VI.   THE DEFENDANTS

### A.   SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL ("SGBL")

121.   Defendant SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL is a private joint stock company with limited liability (*société anonyme libanaise*), incorporated in 1953. SGBL was registered under number "3696" with the Commercial Registry of Beirut and under number "19" on the list of banks licensed by Banque du Liban, the Central Bank of Lebanon.

122.    Defendant SGBL's headquarters is located at Saloumeh Square, Sin El Fil, Beirut, Lebanon.

123.    According to Defendant SGBL's 2017 annual report, the bank ended the year with assets valued at over $21 billion U.S. dollars; operated 70 branches across Lebanon; and employed 2,161 people in Lebanon, Jordan, and Cyprus.

124.    Antoun N. Sehnaoui is Defendant SGBL's Chairman and its majority shareholder (owning 51.65 percent of the bank's common shares).

125.    Defendant SGBL participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

126.    Defendant SGBL is the Lebanese subsidiary of SOCIÉTÉ GÉNÉRALE SA ("SOCGEN"), one of the largest bank-holding companies in France.

127.    According to SOCGEN's 2017 annual report, the company owns 16.78 percent of Defendant SGBL's common shares.

128.    SOCGEN maintains a branch in New York, New York ("SOCGEN–New York"). SOCGEN–New York's primary business activity is correspondent banking (including, among other things, processing Eurodollar transactions through the U.S. financial system and managing U.S. dollar-denominated correspondent accounts).

129.    SOCGEN is a founding member of the Wolfsberg Group, an association of thirteen global banks, formed in 2000, that develops "frameworks and guidance for the management of financial crime risks, particularly with respect to Know Your Customer, Anti-Money Laundering and Counter Terrorist Financing policies."

130.    Defendant   SGBL's   Board   of   Directors   includes   an   Anti-Money

28

Laundering/Counter-Financing of Terrorism ("AML/CFT") Committee that purports to assist Defendant SGBL's Board with carrying out its "supervisory role with respect to fighting money laundering and terrorist financing and understanding the related risks."

131.    In coordination with SOCGEN, Defendant SGBL purports to utilize the following technical capabilities for complying with various AML/CFT requirements from, among others, the Central Bank of Lebanon, European Union ("EU"), United Nations ("UN"), Financial Action Task Force ("FATF"), and OFAC:

> Accuity's "Fircosoft" sanctions watchlist filtering software;
> Thomson Reuters's "World-Check" financial crime risk-screening database; and
> FICO TONBELLER's "Siron AML" money-laundering detection and analytics software.

132.    Defendant SGBL maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

> **From 2003 to 2011:**
> The Bank of New York Mellon ("BNY–New York"),
> account number 8033216603;
>
> JP Morgan Chase Bank NA ("JPM–New York"),
> account number 00155161;
>
> SOCGEN–New York,
> account number 00150347; and
>
> **From 2004 to 2008:**
> American Express Bank Ltd. ("AMEX–New York").[17]

133.    Defendant SGBL's Eurodollar clearing account at CHIPS–New York is identified

---

[17]    AMERICAN EXPRESS BANK LTD. was acquired by STANDARD CHARTERED BANK in 2008.

by Universal Identifier ("UID") number "001079."

134.    According to the Society for Worldwide Interbank Financial Telecommunications SCRL ("SWIFT–Belgium"),[18] Defendant SGBL's secure financial messaging account on SWIFT–Belgium's network ("SWIFT–Net")[19] is identified by Bank Identifier Code ("BIC") routing address "SGLILBBX."

135.    Defendant SGBL settles its foreign exchange transactions through, among others, settlement member SOCGEN's account at CLS Bank International in New York ("CLS–New York").[20]

136.    As noted above, in February 2011, the U.S. Department of the Treasury's Financial Crimes Enforcement Network ("FinCEN") issued a notice concluding that LCB was a "financial institution of primary money laundering concern"; and further issued a Notice of Proposed Rule Making giving notice of FinCEN's proposal to issue a rule prohibiting, among other things, all U.S. financial institutions from establishing, maintaining, administering, or managing a correspondent or payable-through account in the United States for, or on behalf of, LCB.

137.    Four months later, after receiving approval from the Central Bank of Lebanon, LCB entered into a $580 million U.S. dollar Sale and Purchase Agreement ("Purchase Agreement")

---

[18]     SWIFT–Belgium, founded in 1973, is a limited-purpose financial institution organized under Belgian law as a limited-liability cooperative society (*société coopérative à responsabilité limitée*). Member commercial banks own and control SWIFT–Belgium. An oversight committee comprising representatives from the Group of Ten ("G–10") central banks oversees SWIFT–Belgium, including representatives from, among others, the Federal Reserve Board of Governors ("FRB–DC"), Federal Reserve Bank of New York ("FRB–NY"), and National Bank of Belgium ("NBB–Brussels") (lead central-bank overseer).

[19]     SWIFT–Net, launched in 1977, replaced international Telex and telegraph systems by providing customers with improved financial messaging services for correspondent banking activities, securities market infrastructures, U.S. Department of the Treasury operations, trade finance, precious metals trading, large-value payment systems, and foreign exchange transactions.

[20]     CLS–New York is a limited-purpose Edge Act banking corporation organized under U.S. federal law, owned and controlled by its member banks, and regulated by FRB–DC. CLS–Bank began operations in September 2002, using payment-versus-payment settlement to reduce the risk involved in settling obligations related to foreign exchange transactions.

with Defendant SGBL.

138.    Pursuant to paragraphs 2.1 and 2.3 of the Purchase Agreement, attached as **Exhibit 1**, Defendant SGBL assumed all of LCB's liabilities, defined as follows:

> The Assumed Liabilities consist *inter alia* of any and all of the Seller's liabilities and/or obligations and/or debts of any kind, character or description, absolute or contingent, accrued or unaccrued, disputed or undisputed, liquidated or unliquidated, secured or unsecured, joint or several, due or to become due, vested or unvested, determined, determinable or otherwise, to the extent they relate to the Seller's Business, all as at the Completion Date. (Emphasis in original.)

139.    Furthermore, by assuming all of LCB's liabilities, Defendant SGBL also assumed LCB's liability for the banking and financial services that LCB knowingly performed for Hezbollah, the material support LCB knowingly provided to Hezbollah, and the conduct of LCB's managers, officers and directors who knowingly conspired with and/or aided and abetted Hezbollah in its money-laundering and drug trafficking operations, several of whom became senior employees of Defendant SGBL after its acquisition of LCB.

140.    In September 2011, the Central Bank of Lebanon's Central Council granted final approval of Defendant SGBL's acquisition of all of LCB's assets and liabilities.

141.    Two years later, LCB, SGBL and the DOJ reached an agreement whereby LCB paid $102 million U.S. dollars to settle the claims for money-laundering and International Emergency Economic Powers Act ("IEEPA") violations raised by the U.S. government in its 2011 civil complaint against LCB.

142.    At all relevant times, both Defendant SGBL and LCB purposefully and deliberately used their New York correspondent banks to "clear" U.S. dollar-denominated transactions on

Hezbollah's behalf on an ongoing and recurring basis.[21]

143.    LCB conspired with Hezbollah and knowingly facilitated billions of U.S. dollar-denominated funds transfers through New York on Hezbollah's behalf, including for Hezbollah's Conflict Diamond Money Laundering Network, Hezbollah narcotics traffickers, and arms dealers (discussed *infra*).

144.    Defendant SGBL, independent of its role as successor-in-interest to LCB, also purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

### B.    FRANSABANK SAL

145.    Defendant FRANSABANK SAL was established in 1921 and incorporated in its present form in 1984 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. Defendant FRANSABANK was registered under number "25699" with the Commercial Registry of Beirut and registered under number "1" on the list of banks licensed by the Central Bank of Lebanon.

146.    Defendant FRANSABANK is controlled by the Kassar family. In October 2004,

---

[21]    Defendants all participate in the Eurodollar payment system, which includes a set of instruments, procedures, and rules for transferring funds between or among financial institution participants. Within that payment system, dollar "clearing" is the process of transmitting, reconciling, and, in some cases, confirming dollar-denominated electronic funds transfer transactions prior to settlement. "Settlement" in this context refers to the funds transfer process where the paying institution's debt obligation (denominated in U.S. dollars) is discharged and the receiving institution obtains irrevocable access to the transferred funds. The "clearing" of U.S. dollar-denominated payment orders occurs primarily at CHIPS–New York, and settlement only occurs across the balance sheet of the Federal Reserve Bank of New York.

Adnan Kassar was appointed Lebanon's Minister of Economy and Trade. Later, Mr. Kassar served as the Minister of State from November 2009 to 2011.

147.   Defendant FRANSABANK's head office address is Fransabank Center, Hamra Street, PO Box 11-0393, Riad El Solh, Beirut, 1107 2803, Lebanon.

148.   According to Defendant FRANSABANK's 2017 annual report, the bank ended the year with assets valued at over $22.1 billion U.S. dollars, denominated in, among others, the following units of account: U.S. dollars (47.2 percent), Lebanese pounds (45.8 percent), and EU euros (4.9 percent); its customers' deposits funded 80.5 percent of the bank's assets; the bank operated 75 branches across Lebanon; and it employed 1,735 people in Lebanon.

149.   Defendant FRANSABANK participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

150.   According to Defendant FRANSABANK's 2003 Anti-Money Laundering Guidelines, part of its Know Your Customer ("KYC") due diligence involves "Checking on client credibility & morality":

> The Bank verifies correctness of client address and phone numbers supplied and checks on the veracity of the information provided through specialized agencies (local or foreign) or through other banks. Account will become operational only in case of positive feedback.

151.   According to a questionnaire completed in 2006 by Defendant FRANSABANK's Vice President of Correspondent Banking, Khalil Zeidan, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

152.   In a September 14, 2006 memorandum to all branches, Defendant FRANSABANK

warned that "Culture, production or illicit trading of the narcotics and illicit traffic of weapons"

constitute illicit funds.

153.    That same memorandum listed various money laundering techniques, including,

among others:

- Exchange of an important number of small denominations of banknotes against high denominations, of the same currency or different one;
- Important or repetitive exchange transactions against banknotes, which total amount is exceeding USD 10.000 (or c/v);
- Deposit of a big amount or repetitive deposits, whose total could reach an important amount, not justified by the customer's economic activity;
- Using an account for mainly issuing transfers abroad of important amounts or for receiving same from abroad, when the customer's professional activity does not justify it;
- Operation linked to an activity abroad (Offshore), especially if this operation appears not having economic justification or of a lawful object, and mainly in case of a disproportion between the amount and the customer's professional activity;
- Cash deposit transactions and / or incoming transfers received in favor of the customer, followed immediately by successive withdrawals;
- Deposits transactions exceeding USD 10.000 (or c/v) or portioned out in smaller amounts, credited to a specific account or several accounts belonging to the same person; and
- Incoming transfers received from abroad mainly for amounts exceeding USD 10.000 (or c/v) executed at the counter instead through account.

154.    Defendant FRANSABANK describes its AML/CFT compliance program as

implementing the following objectives:

Promoting a Know Your Customer (KYC) standard as a cornerstone principle for Fransabank Group business ethics and practices:

- Prior to any transaction of any type, Fransabank Group's entities gather and document the relevant customer identification data, along with the background information, the purpose and the intended nature of the business.

- Fransabank Group's entities retain and document any additional customer information relevant to the assessment of the money laundering risk, by adopting a risk-based approach which triggers the proper enhanced due diligence for the relevant customers.

Enforcing the following additional due diligence measures while establishing and maintaining correspondent relations:

- Gathering sufficient documentary evidence on a respondent institution, to avoid any relationships with 'shell banks';

- Enquiring about the good reputation of a respondent institution from public sources of information, including whether it has been subject to a money laundering or terrorist financing investigation or other regulatory action;

- Verifying, on a periodic basis, that the respondent institution is implementing sufficient and effective procedures to fight money laundering and terrorist financing.

Monitoring and reporting suspicious transactions/activity:

- Fransabank Group's entities apply due diligence measures whenever they detect any unusual or suspicious transaction or activity, taking into account the legal framework of the concerned institution.

- All suspicious transactions or activities complying with the laws and regulations of the corresponding jurisdiction are reported.

- The Group's compliance department is notified of all suspicious transactions or activities when doubts arise.

Developing an effective internal control structure where no activity with a customer is carried out without obtaining in advance all the required information relating to the customer.

155. Defendant FRANSABANK maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

**From 2003 to 2011:**
BNY–New York,
account number 8900018224;

**From 2003 to 2005:**
HSBC Bank USA NA ("HSBC–New York");

**From 2005 to 2008:**
AMEX–New York; and

**From 2005 to 2011:**
JPM–New York,
account number 544728788.

156.   Defendant FRANSABANK's Eurodollar clearing account at CHIPS–New York is identified by UID number "002233."

157.   According to SWIFT–Belgium, Defendant FRANSABANK's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "FSABLBBX."

158.   Defendant FRANSABANK primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

159.   At all relevant times, Defendant FRANSABANK purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein),  and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

## C.   MEAB BANK SAL

160.   Defendant MEAB BANK SAL[22] was incorporated in its present form in 1991 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years.

161.   Defendant MEAB BANK was registered under number "58153" with the

---

[22]       During the relevant period, MEAB BANK SAL was also known as Middle East and Africa Bank SAL.

Commercial Registry of Beirut and registered under number "110" on the list of banks licensed by The Central Bank of Lebanon.

162.    Defendant MEAB BANK's head office address is MEAB Building, Adnan al-Hakim Avenue, Beirut, 1105 2080, Lebanon.

163.    Defendant MEAB BANK describes itself as a family-owned commercial bank in Lebanon whose creation was propelled by the tremendous success of its founding Hejeij brothers in business ventures developing underserved regions of Africa.

164.    Defendant MEAB BANK claims to be a full-service bank with 11 branches throughout Lebanon, with a reputation for high-quality financial services and a strong record of modernization and growth.

165.    According to Defendant MEAB BANK's 2016 annual report, the bank had total assets of over $1.8 billion U.S. dollars and employed 335 people in Lebanon.

166.    Defendant MEAB BANK claims to be the 15th largest bank in Lebanon by deposits. The bank was named the "Fastest Growing Bank in Lebanon" by Banker Middle East Industry Awards in 2011 and was named "Best Private Bank in Lebanon" by the World Finance Banking Awards in 2012.

167.    Kassem Hejeij co-founded Defendant MEAB BANK and served as the bank's Chairman until June 2015 when he was forced to step down as a result of being designated an SDGT for his direct links to Hezbollah.

168.    During the relevant period, Defendant MEAB BANK participated in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

169.    Defendant MEAB BANK's November 2002 Money Laundering Procedures set forth two general rules as most important in the protection against money laundering:

- **Know Your Customer**
- **Know Your Customer's Business**.

170.    Defendant MEAB BANK's November 2002 Money Laundering Procedures stated that the bank had a "list of exemptions regarding some well-known clients to permit their daily cash deposit without filling CTS [cash transaction slips], prepared by the branch compliance unit officer and approved by the branch manager."

171.    It also recognized the warning signs indicated by "an operation effected in unusually complicated conditions, including deposit of funds followed by quick and frequent withdrawals."

172.    Defendant MEAB BANK's November 2002 Money Laundering Procedures further identified as a "Warning Sign" circumstances "[w]hen the account is basically used for a [sic] big amounts to be transferred to, or received from, foreign countries, if it appears to the bank officer carrying out the operations that the activities of the person or corporation in question do not justify such funds movements."

173.    Defendant MEAB BANK describes its AML/CFT compliance program as follows:

> The bank's Anti-Money Laundering/Counter Terrorist Financing (AML/CFT) programs meet or exceed the requirements of both the Banque du Liban and the international standards of the Financial Action Task Force (FATF).

> In addition to screening customers and transactions against the requirements of the Banque du Liban, MEAB also screens its banking activity against the U.S. Office of Foreign Assets Control (OFAC) Specifically Designated National (SDN) list, the U.S. sanction lists, among others, using EastNet's state-of-the-art SafeWatch system.

174.    Defendant MEAB BANK maintained a U.S. dollar-denominated correspondent

account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

> **From 2003 to 2004:**
> Union Bank of California ("UBOCI") – New York;

> **From 2004 to 2007:**
> Standard Chartered Bank ("SCB") – New York;

> **In 2006:**
> Wachovia Bank ("WB") – New York; and

> **From 2008 to 2011:**
> Dresdner Bank – Frankfurt (via Dresdner Bank branch in New York).[23]

175.   During the relevant period, Defendant MEAB BANK also maintained a correspondent account (# 0005297836325) and cleared U.S. dollars through Branch Banking & Trust Company (BB&T) in Guilford-Greensboro, NC.

176.   According to SWIFT–Belgium, Defendant MEAB BANK's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "MEABLBBE."

177.   Defendant MEAB BANK primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

178.   At all relevant times, Defendant MEAB BANK purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein),  and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United

---

[23]   DRESDNER BANK AG was later acquired by COMMEZBANK AG, Frankfurt, Germany.

States for the benefit of Hezbollah and its IJO.

179.   This specifically included clearing transactions worth almost $2 million on behalf of Lebanese exchange houses such as Elissa Exchange and Ayash Exchange, that have been designated for their money laundering activities on Hezbollah's behalf.

### D.    BLOM BANK SAL ("BLOM")

180.   Defendant BLOM BANK SAL was established in 1951 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. BLOM was registered under number "2464" with the Commercial Registry of Beirut and registered under number "14" on the list of banks licensed by the Central Bank of Lebanon.

181.   Defendant BLOM BANK's head office address is BLOM Bank Building, Rashid Karameh Street, Beirut, Lebanon.

182.   The bank's shares are listed on the Beirut Stock Exchange and the Luxembourg Stock Exchange.

183.   Mr. Sa'd Azhari serves as the bank's Chairman and General Manager, and Dr. Numan al-Azhari serves as the Chairman of BLOM Group (BLOM's ultimate parent).

184.   In June 2017, Defendant BLOM BANK acquired 100 percent of the assets and liabilities of HSBC Bank Middle East Limited, Lebanon Branch, for a total consideration of $146 million U.S. dollars.

185.   According to Defendant BLOM BANK's 2017 annual report, the bank ended the year with assets valued at over $32.5 billion U.S. dollars, denominated in, among others, the following units of account: U.S. dollars (47.1 percent), Lebanese pounds (31.8 percent), and EU euros (7.3 percent); its customers' deposits funded 81.9 percent of the bank's assets; and the bank operated 77 branches across Lebanon and employed 4,357 people.

186.   Defendant BLOM BANK participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

187.   Defendant BLOM BANK's Board of Directors includes a Compliance Committee that purportedly assists the Board with carrying out its functions and supervisory role with respect to "proper implementation and effectiveness of AML/CFT procedures and regulations."

188.   According to Defendant BLOM BANK's February 24, 2004 Anti-Money Laundering Policy, the bank's policy objectives were:

- To prevent use of Bank's products or services for money laundering.
- To prevent damage to the Bank's name and reputation by association with money launderers.
- To ensure that the Bank complies with money laundering legislation/ regulations wherever it does business.

189.   To achieve those stated objectives, Defendant BLOM BANK stated in its AML Policy manual that:

- Procedures were put in place to monitor customers' transactions. The Compliance Unit at the Head Office generates daily and quarterly reports to achieve this task.

- Any transaction which does not fit within a customer's transaction profile should be reviewed by the Anti Money Laundering Compliance Officer at the branch and the branch manager, to determine whether the circumstances give rise to any suspicion of money laundering.

190.   According to a questionnaire completed in 2007 by Defendant BLOM BANK's Head of AML, Malek Costa, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

191.   Defendant BLOM BANK maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following

41

correspondent banks in New York:

> **From 2003 to 2011:**
> BNY–New York;
>
> **From 2005 to 2011:**
> JPM–New York;
>
> **From 2005 to 2008:**
> AMEX–New York;
> UBOCI–New York;
>
> **From 2008 to 2011:**
> Deutsche Bank Trust Company Americas ("DBTCA–New York"); and
> WB–New York.

192.    Defendant BLOM BANK's Eurodollar clearing account at CHIPS–New York is identified by UID number "001871."

193.    According to SWIFT–Belgium, Defendant BLOM BANK's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "BLOMLBBX."

194.    Defendant BLOM BANK primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

195.    At all relevant times, Defendant BLOM BANK purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

196.    This specifically included clearing transactions worth more than $27 million on

behalf of Lebanese exchange houses such as Elissa Exchange and Ayash Exchange, that have been designated for their money laundering activities on behalf of Hezbollah.

**E.      BYBLOS BANK SAL ("BYBLOS")**

197.    Defendant BYBLOS BANK SAL was established in 1950 and incorporated in its present form in 1961 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. BYBLOS was registered under number "14150" with the Commercial Registry of Beirut and registered under number "39" on the list of banks licensed by the Central Bank of Lebanon.

198.    Defendant BYBLOS BANK's head office address is Elias Sarkis Street, Ashrafieh, Beirut, Lebanon.

199.    According to Defendant BYBLOS BANK's 2017 annual report, the bank ended the year with total assets of over $22.7 billion U.S. dollars and employed 2,485 people in Lebanon.

200.    Defendant BYBLOS BANK participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

201.    Defendant BYBLOS BANK's December 1, 2003 "Know Your Customer" Memorandum noted that "All Byblos branches should be aware of any unusual transaction or activity that is disproportionate to the customer's known business, for which a proper reason should be explained through the normal course of the relationship." It also noted various suspicious activities that might signal illicit activity such as when the customer "makes frequent deposits or withdrawals of large amounts of currency for no apparent business reason, or for a business that generally does not involve large amounts of cash" or when the customer initiates "[i]nternational

transfers for accounts with no history of such transfers or where the stated business of the customer does not warrant such activity."

202.   Defendant BYBLOS BANK describes its corporate governance program—including AML/CFT compliance—as implementing the following objectives:

> Byblos Bank's governance model is based on recommendations from the Basel Committee on Banking Supervision, guidelines published by the Financial Action Task Force, all relevant national regulations, and the constantly evolving body of international best practice. In keeping with this by-the-book approach, the Bank has developed a world-class toolbox of compliance policies, procedures, and systems, all helping us to meet our obligations to help identify and block money laundering, terrorism financing, sanctions violations, and other illicit activities.

203.   According to a questionnaire completed in 2006 by Defendant BYBLOS BANK's Head of Compliance, Antoine Dagher, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

204.   Defendant BYBLOS BANK maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

> **From 2003 to 2011**:
> BNY–New York,
> account number 8033218622;
>
> Citibank NA ("CITI–New York"),
> account number 10948284;
>
> Wells Fargo Bank ("WFB–New York"),
> account number 2000191103571;
>
> SCB–New York,
> account number 3582049770001; and

**Prior to 2009**:
AMEX–New York,
account number 00716613.

205.    Defendant BYBLOS BANK's Eurodollar clearing account at CHIPS–New York is identified by UID number "037179."

206.    According to SWIFT–Belgium, Defendant BYBLOS BANK's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "BYBALBBX."

207.    Defendant BYBLOS BANK primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

208.    At all relevant times, Defendant BYBLOS BANK purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

### F.    BANK AUDI SAL

209.    Defendant BANK AUDI SAL was founded in 1830 and incorporated in its present form in 1962 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. **Defendant** BANK AUDI was registered under number "11347" with the Commercial Registry of Beirut and registered under number "56" on the list of banks licensed by the Central Bank of Lebanon.

210.    **Defendant** BANK AUDI's head office address is Bank Audi Plaza, Omar Daouk Street, Bab Idriss, Beirut, 2021 8102, Lebanon.

211.   As of 2014, Deutsche Bank Trust Company Americas owns 29 percent of **Defendant** BANK AUDI.

212.   According to **Defendant** BANK AUDI's 2017 annual report, the bank has total assets of over $43.8 billion U.S. dollars and employs 6,541 people in Lebanon and ten other countries.

213.   **Defendant** BANK AUDI participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

214.   **Defendant** BANK AUDI's Board of Directors includes a "Compliance/AML/CFT Committee" that purports to assist the Board with carrying out its functions and supervisory role with respect to "fighting money laundering and terrorist financing," "protecting the Bank from other compliance-related risks," and "overseeing the Bank's compliance with applicable laws, policies and regulations."

215.   **According to Defendant** BANK AUDI's Anti-Money Laundering & Combatting the Financing of Terrorism Policy (2010):

> Knowledge is what the entire money laundering compliance program is built upon. A sound program should include the following 9 elements:
>
> - Definition and acceptance of customers.
> - Full identification of customers, source of funds and wealth.
> - Development of transaction and activity profiles of each customer's anticipated activity.
> - Assessment and grading of risks presented by the customer or the account.
> - Account and transaction monitoring based on the risks presented.
> - Investigation and examination of unusual customer or account activity.
> - Documentation of findings.
> - Appropriate internal and external reporting.
> - Staff training about the importance of KYC.

46

216.    **Defendant** BANK AUDI's Anti-Money Laundering & Combatting the Financing of Terrorism Policy (2010) further states that the bank "has adopted a proactive Risk-Based Approach (RBA) to fighting money laundering and terrorist financing. By doing so, the Bank is able to ensure that measures to prevent or mitigate money laundering and terrorist financing are commensurate to the risks identified."

217.    The policy further states that "[a] risk analysis must be performed to determine where the money laundering and terrorist financing risks are the greatest. The objective is to identify higher risk customers, products and services, including delivery channels, and geographical locations."

218.    It also noted that "considering geographic locations that pose a higher risk of violations than others is essential to the Bank AML/CFT program" and identified certain indicia of high-risk jurisdictions which included:

- Countries identified by credible sources as having tight banking secrecy laws.
- Countries subject to sanctions or embargoes (e.g. OFAC sanctions list, state sponsors of terrorism).
- Countries identified by credible sources as having significant levels of criminal activities (e.g. drug trafficking).
- Countries identified by credible sources as having significant levels of corruption.

219.    **Defendant** BANK AUDI maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

**From 2003 to 2011:**
BNY–New York,
account number 8900111712;

JPM–New York,
account number 544729027;

**From 2003 to 2005:**
BANK AUDI (USA);

**From 2005 to 2008:**
AMEX–New York;
Interaudi Bank, New York;

**From 2008 to 2011:**
SCB–New York,
account number 3582023406001;

HSBC–New York,
account number 0000301159;

WFB–New York,
account number 2000191102776; and
CITI–New York.

220.    **Defendant** BANK AUDI's Eurodollar clearing account at CHIPS–New York is identified by UID number "000980."

221.    According to SWIFT–Belgium, BANK AUDI's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "AUDBLBBX."

222.    **Defendant** BANK AUDI primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

223.    At all relevant times, Defendant BANK AUDI purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

48

### G.    BANK OF BEIRUT SAL

224.    Defendant BANK OF BEIRUT SAL was incorporated in 1963 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. Defendant BANK OF BEIRUT was registered under number "13187" with the Commercial Registry of Beirut and registered under number "75" on the list of banks licensed by the Central Bank of Lebanon.

225.    Defendant BANK OF BEIRUT's head office address is Bank of Beirut Building, Foch Street, Beirut, Lebanon.

226.    According to Defendant BANK OF BEIRUT's 2016 annual report, the bank has total assets of over $17.2 billion U.S. dollars and employs 1,491 people in Lebanon.

227.    Defendant BANK OF BEIRUT participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

228.    Defendant BANK OF BEIRUT's internal manual on anti-money laundering policies and procedures identified several indicators of money laundering, including:

- Large cash exchange transactions;
- Requests of wire transfers or bankers checks in exchange for Bank Notes;
- Large cash deposits and withdrawals that are not consistent with the normal course of transactions on the account and/or the business activities of the client;
- High volume of deposits and transfers, where the nature of the account holder's business does not justify such volume of cash;
- High volume or repeated operations related to foreign jurisdiction & OFF-Shore operations, where the nature of the account holder's [business] does not justify these operations.

229.    Defendant BANK OF BEIRUT claims to maintain an "AML Compliance Program" that includes the following functions:

AML Procedures designed to implement the Bank's Customer Identification Program;

The designation of an Anti-Money Laundering Compliance Officer responsible for coordinating and monitoring day-to-day compliance with the Anti-Money Laundering Policy and applicable laws, rules and regulations;

Recordkeeping and reporting practices in accordance with the Anti-Money Laundering Policy and applicable laws, rules and regulations;

Appropriate methods of monitoring transactions and account relationships to identify potential suspicious activities;

Reporting suspicious activities to competent authorities in accordance with the Anti-Money Laundering Policy and applicable laws, rules and regulations;

On-going training of appropriate personnel with regard to anti-money laundering and counter financing of terrorism issues and their responsibilities for compliance; and

Independent testing to ensure that the Anti-Money Laundering Compliance Program has been implemented and continues to be appropriately maintained.

230.    According to a questionnaire completed in 2007 by Defendant BANK OF BEIRUT's Head of AML Compliance, Robert Zouein, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

231.    Defendant BANK OF BEIRUT maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

**From 2003 to 2011:**
BNY–New York,
account number 8900097906;

50

JPM–New York,
account number 400228661;

**From 2003 to 2008:**
AMEX–New York,
account number 28134;

**From 2008 to 2011:**
HSBC–New York;

CITI–New York,
account number 10952793;

SCB–New York,
account number 3582036868001; and
WB–New York.

232.    Defendant BANK OF BEIRUT's Eurodollar clearing account at CHIPS–New York

is identified by UID number "030264."

233.    According to SWIFT–Belgium, Defendant BANK OF BEIRUT's secure financial

messaging account on the SWIFT–Network is identified by BIC routing address "BABELBBE."

234.    Defendant BANK OF BEIRUT primarily settles its foreign exchange transactions

through the accounts of settlement members at CLS–New York.

235.    At all relevant times, Defendant BANK OF BEIRUT purposefully and deliberately

used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on

Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict

Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted

Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed

to participate in The System and to help facilitate the transit of illicit proceeds through the United

States for the benefit of Hezbollah and its IJO.

**H.**     **LEBANON AND GULF BANK SAL ("LGB")**

236.     Defendant LEBANON AND GULF BANK SAL was established in 1963 as Banque de Crédit Agricole and incorporated in its present form in 1980 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. Defendant LEBANON AND GULF BANK was registered under number "43171" with the Commercial Registry of Beirut and registered under number "94" on the list of banks licensed by the Central Bank of Lebanon.

237.     Defendant LEBANON AND GULF BANK's head office address is located in Allenby Street, Beirut, Lebanon.

238.     According to Defendant LEBANON AND GULF BANK's website, in 2017 the bank had total assets of over $4.7 billion U.S. dollars and employed 420 people in Lebanon.

239.     Defendant LEBANON AND GULF BANK participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

240.     Defendant LEBANON AND GULF BANK describes its AML/CFT compliance program as follows:

> LGB Bank has implemented a set of rules that apply to all Bank's activities to ensure compliance with Lebanese AML/CFT laws and regulations as well as international standards. The Bank has in place policies and procedures for the better knowledge of the customers' activities and their expected use of Bank's products and services.

241.     Its Manual of Anti Money Laundering (December 2002) states:

> Two general rules are regarded as the most important in the protection against money laundering:
>
> - **Know Your Customer**
> - **Know Your Customer's Business**

> Not only because of any possible legal obligation, but also for the above-mentioned reasons it is advisable to extend verification of identity of the (eventual) beneficiary of an account as far as possible in all cases.

242.   Defendant LEBANON AND GULF BANK maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at each of the following correspondent banks in New York:

> **From 2003 to 2011:**
> JPM–New York,
> account number 544729422;
>
> **From 2005 to 2008:**
> BNY–New York,
> account number 8900256141;
>
> SCB–New York,
> account number 3582023247001;
>
> DBTCA–New York,
> account number 04449171;
>
> WB–New York,
> account number 2000191104101;
>
> UBOCI–New York,
> account number 91267070112/NY; and
> AMEX–New York.

243.   LEBANON AND GULF BANK's Eurodollar clearing account at CHIPS–New York is identified by UID number "160871."

244.   According to SWIFT–Belgium, LEBANON AND GULF BANK's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "LGBALBBX."

245.   LEBANON AND GULF BANK primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

246.     At all relevant times, LEBANON AND GULF BANK purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

**I.      BANQUE LIBANO-FRANÇAISE SAL ("BLF")**

247.     Defendant BANQUE LIBANO-FRANÇAISE SAL was established in 1930 as a branch of the French Bank Compagnie Algérienne de Crédit et de Banque and incorporated in its present form in 1967 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. BANQUE LIBANO-FRANÇAISE was registered under number "19618" with the Commercial Registry of Beirut and registered under number "10" on the list of banks licensed by the Central Bank of Lebanon.

248.     Defendant BANQUE LIBANO-FRANÇAISE's head office address is Beirut Liberty Plaza, 5 Rome Street, Hamra, Beirut, 1107 2060, Lebanon.

249.     According to Defendant BANQUE LIBANO-FRANÇAISE's website, in 2017 the bank had total assets of over $13.6 billion U.S. dollars and employed 1,546 people in Lebanon.

250.     Defendant BANQUE LIBANO-FRANÇAISE participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

251.     Defendant BANQUE LIBANO-FRANÇAISE's Board of Directors purportedly includes a Compliance Committee that assists the Board with carrying out its functions and

supervisory role with respect to "proper implementation and effectiveness of AML/CFT procedures and regulations."

252.    In 2007, Farid Raphael, President and Director General, and Walid Raphael, Deputy General Manager, of Defendant BANQUE LIBANO-FRANÇAISE, represented to the United States government that their bank had no dealings with Hezbollah and that the bank ran the names of its customers against OFAC's SDN list and the Lebanese Central Bank Special Investigation Committee (SIC) list daily.

253.    According to a questionnaire completed in 2007 by Defendant BANQUE LIBANO-FRANÇAISE's Head of Risk Management and Compliance Unit, Mrs. Nada Awad Rizkalla, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

254.    According to Ms. Josephine Chahine, Head of Risk Management & Compliance and Mr. Wadih Soueidy of Defendant BANQUE LIBANO-FRANÇAISE's Compliance Unit, the bank "takes the matter of the prevention and combating of money laundering activities very seriously. It has established policies and procedures that arc constantly reviewed, updated and implemented throughout the bank. These policies and procedures apply to the Bank's head office and branches in Lebanon as well as its subsidiaries or offices in Lebanon and abroad."

255.    Furthermore, according to the bank's senior compliance staff, the "bank has implemented an automated process to monitor transactions, including all payments, transfers and other fund movements."

256.    Defendant BANQUE LIBANO-FRANÇAISE maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer

transactions—at each of the following correspondent banks in New York:

**From 2003 to 2011:**
BNY–New York, account number 8033222085;

**From 2005 to 2011:**
CITI–New York, account number 36154781;

**From 2008 to 2011:**
JPM–New York;
SCB–New York, account number 3582023510001;
DBTCA–New York, account number 04089495; and
AMEX–New York (prior to 2009).

257.   BANQUE LIBANO-FRANÇAISE's Eurodollar clearing account at CHIPS–New York is identified by UID number "002902".

258.   According to SWIFT–Belgium, BANQUE LIBANO-FRANÇAISE's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "BLFSLBBX".

259.   BANQUE LIBANO-FRANÇAISE primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

260.   At all relevant times, BANQUE LIBANO-FRANÇAISE purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on behalf of Hezbollah on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network *(see, e.g.* ¶868 herein),   and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

**J.   BANK OF BEIRUT AND THE ARAB COUNTRIES SAL ("BBAC")**

261.   Defendant BANK OF BEIRUT AND THE ARAB COUNTRIES SAL was founded

in 1956 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years. Defendant BBAC was registered under number "6196" with the Commercial Registry of Beirut and registered under number "28" on the list of banks licensed by the Central Bank of Lebanon.

262.    The bank was founded by Tawfiq Assaf, whose son, Ghassan, replaced him as chairman and general manager after Tawfiq's death in 1996.

263.    In 2000, the bank changed its name in a rebranding push, to become BBAC.

264.    Defendant BBAC's head office is located at BBAC Building, 250 Clemenceau Street, Beirut, Lebanon.

265.    According to Defendant BBAC's 2016 annual report, the bank had total assets of over $6.4 billion U.S. dollars and employed 833 people in Lebanon.

266.    Defendant BBAC participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

267.    Defendant BBAC claims that the role of its "AML/CFT and Sanctions section is to ensure that the Bank is operating in compliance with the applicable laws related to fighting money laundering and terrorism financing."

268.    According to a questionnaire completed in 2007 by Defendant BANK OF BEIRUT AND THE ARAB COUNTRIES's Compliance Unit Manager, Mr. Talal Abou Zeki, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

269.    Defendant BANK OF BEIRUT AND THE ARAB COUNTRIES's 2002 circular

on its monitoring system for anti-money laundering identified various indicia of money laundering,

including:

- Deposits of large amounts of money or repeated deposits of amounts that total a certain limit or a huge volume unjustified compared to the client's evident activities.
- Operating an account mainly to transfer large amount of money to foreign countries or to receive large transfers from the same, at a time when it appears to the employee connected to these transactions that the client's activity does not justify such transactions.
- Large or repeated transactions connected to an Offshore foreign company, considered by the bank or the financial establishment as disproportional with this activity's volume.
- Exchanging monetary amounts by demands of electronic/wire transfers or bank checks.

270.    Defendant BBAC maintained a U.S. dollar-denominated correspondent account—

used for its Eurodollar electronic funds transfer transactions—at each of the following

correspondent banks in New York:

**From 2003 to 2011:**
BNY–New York, account number 8033216271;
JPM–New York, account number 544729289;
CITI–New York, account number 36070254; and

**From 2005 to 2008:**
AMEX–New York, account number 00716738.

271.    Defendant BBAC–Beirut's Eurodollar clearing account at CHIPS–New York is

identified by UID number "000724".

272.    According to SWIFT–Belgium, Defendant BBAC's secure financial messaging

account on the SWIFT–Network is identified by BIC routing address "BBACLBBX".

273.    Defendant BBAC primarily settles its foreign exchange transactions through the

accounts of settlement members at CLS–New York.

274.    At all relevant times, Defendant BBAC purposefully and deliberately used its New

York correspondent banks to "clear" U.S. dollar-denominated transactions on behalf of Hezbollah on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶1105 herein),  and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

### K.   JAMMAL TRUST BANK SAL

275.   Defendant JAMMAL TRUST BANK SAL was founded in 1963 as a private joint stock company with limited liability (*société anonyme libanaise*) with a duration of 99 years.

276.   Defendant JAMMAL TRUST BANK was registered under number "13578" with the Commercial Registry of Beirut and registered under number "80" on the list of banks licensed by the Central Bank of Lebanon.

277.   Defendant JAMMAL TRUST BANK's head office is located at JTB Tower, Tahweeta Highway, Elias al-Harawi Street, Beirut, Lebanon.

278.   Defendant JAMMAL TRUST BANK maintains dozens of branches in Lebanon and internationally, including branches in Egypt, Nigeria, Ivory Coast, and the United Kingdom.

279.   According to Defendant JAMMAL TRUST BANK's 2016 annual report, the bank had total assets of over $997 million U.S. dollars and employed over 541 people in Lebanon.

280.   Defendant JAMMAL TRUST BANK participates in various domestic and international payment, clearing, and settlement systems (including, but not limited to, electronic funds transfer, check clearinghouse, credit-card, and automated teller machine networks).

281.   Defendant JAMMAL TRUST BANK claims that the bank is "in full and accurate compliance with all the laws, regulations and circulars related to Anti-Money Laundering and

Countering the Financing of Terrorism of which most notably those issued by the Financial Action Task Force (FATF/GAFI)."

282.    Defendant JAMMAL TRUST BANK's Chairman and General Manager, Anwar Jammal, represented to the United States government in 2007 that his bank has no dealings with Hezbollah, that the Bank runs the names of its customers against OFAC's Specially Designated Nationals and Blocked Persons List ("SDN") and the Lebanese Central Bank Special Investigation Committee (SIC) list daily and that the bank's compliance officers check not only names but civil registration numbers and customers' mothers' maiden names.

283.    According to a questionnaire completed in 2007 by Defendant JAMMAL TRUST BANK's Assistant General Manager, Mr. Adnan Youssef, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

284.    Defendant JAMMAL TRUST BANK's 2003 Money Laundering Abatement Procedures Guide noted various indicia of money laundering, including:

- large and repeated Cambia (currency exchange) transactions starting from cash amounts;
- depositing big amounts or big deposits whose aggregate amounts form a certain, huge and unjustifiable amounts with respect to the client's apparent activities;
- operating the account mainly to transfer huge amounts into foreign countries to receive transfers in the same whereas the employee in charge of such transactions believes that the client's business doesn't justify such transactions;
- clients who receive regular large payments whose sources are countries that usually participate in producing, processing and trafficking drugs, or from countries which permit the activities of terrorist organizations or from countries which are considered to be 'tax havens';
- repeated transfers into a country which is reputed for drugs manufacturing and production.

285.   Defendant JAMMAL TRUST BANK maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at the following correspondent banks in New York:

> **From 2003 to 2005:**
> HSBC–New York;
>
> **From 2003 to 2008:**
> AMEX–New York,
> account number 000197640;
>
> BNY–New York,
> account number 8033219009;
>
> **From 2005 to 2008:**
> SCB–New York,
> account number 3582023316001;
>
> UBOCI–New York,
> account number 91291740112; and
>
> **From 2007 to 2008:**
> WB–New York,
> account number 2000193002162.

286.   Defendant JAMMAL TRUST BANK's Eurodollar clearing account at CHIPS–New York is identified by UID number "025502."

287.   According to SWIFT–Belgium, Defendant JAMMAL TRUST BANK's secure financial messaging account on the SWIFT–Network is identified by BIC routing address "JTBKLBBE."

288.   Defendant JAMMAL TRUST BANK primarily settles its foreign exchange transactions through the accounts of settlement members at CLS–New York.

289.   At all relevant times, Defendant JAMMAL TRUST BANK purposefully and

deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein) and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

## L.    FENICIA BANK[24]

290.    Defendant FENICIA BANK was incorporated in Lebanon in 1962 and registered with the Lebanese Commercial Register under Corporate Registration number 11923 as the Bank of Kuwait and the Arab World.

291.    The Achour Group took over management of the bank in 1992 and exercises a controlling stake in the institution.

292.    The Bank of Kuwait and the Arab World changed its name to FENICIA BANK on December 20, 2010.

293.    Defendant FENICIA BANK's head office is located at Fenicia Bank Building, Foch street, Beirut Central District, Majidiyeh sector, Beirut, Lebanon.

294.    Abd al-Razak Achour (a/k/a Ashur) has served as Chairman and Director General of Defendant FENICIA BANK since 1994.

295.    His father, Mahmud Muhammad Achour, previously served as a municipal mayor on behalf of Amal,[25] and remains a major shareholder of the bank.

---

[24]    Because FENICIA BANK was only included in the Amended Complaint, the claims against this Defendant are limited to those Plaintiffs whose claims are predicated on terrorist attacks that occurred on or after August 2, 2009 and Plaintiff service members who were not discharged from their military service prior to August 2, 2009.

[25]    Amal was a political movement and militia established in the mid-1970s by Musa al-Sadr, a leading Shi'a cleric who emigrated to Lebanon. After Sadr's disappearance (and presumed death) in Libya, Hezbollah broke away from Amal in the early 1980s. The two groups have remained competitors, but also actively cooperate in many spheres.

296.    Youssef Abbas Merhi and Abd al-Ilah Mahmud Achour are board members of the bank.

297.    In June 2012, Ibrahim Chebli, manager of the Abbassieh branch of Defendant FENICIA BANK in Lebanon, was designated an SDNTK by the U.S. Department of the Treasury for facilitating the movement of millions of dollars for (among others) Ayman Joumaa's Hezbollah narcotics trafficking network.

298.    According to a questionnaire completed in 2007 by Defendant FENICIA BANK's assistant General Manager, Dr. Asa'ad A. Koshiesh and its Compliance Officer, Mr. Sami Neheme, the bank had "a monitoring program for suspicious or unusual activity that covers funds transfers and monetary instruments" and took steps "to understand the normal and expected transactions of its customers based on its risk assessment of its customers."

299.    According to Defendant FENICIA BANK, its secure financial messaging account on the SWIFT–Network is identified by BIC routing address "BKAWLBBE."

300.    Defendant FENICIA BANK maintained a U.S. dollar-denominated correspondent account—used for its Eurodollar electronic funds transfer transactions—at the following correspondent banks in New York:

> **From 2004 to 2007:**
> American Express Bank Ltd. - P.O. Box 740, New York, NY 10008;
> Bank of New York - 1 Wall Street, New York, NY 10286;
> HSBC - 452 Fifth Avenue, NY 10018 - 2706, New York;
>
> **From 2008 to 2009:**
> Standard Chartered Bank (which acquired American Express Bank);
> Bank of New York - 1 Wall Street, New York, NY 10286;
> HSBC - 452 Fifth Avenue, NY 10018 - 2706, New York;
>
> **From 2010 to 2011:**
> The Bank of New York Mellon; and
> Standard Chartered Bank.

301.    At all relevant times, Defendant FENICIA BANK purposefully and deliberately used its New York correspondent banks to "clear" U.S. dollar-denominated transactions on Hezbollah's behalf on an ongoing and recurring basis, including on behalf of Hezbollah's Conflict Diamond Money Laundering Network (*see, e.g.* ¶868 herein), and knowingly aided and abetted Hezbollah and its Islamic Jihad Organization, provided them with substantial assistance and agreed to participate in The System and to help facilitate the transit of illicit proceeds through the United States for the benefit of Hezbollah and its IJO.

## VII.    ISLAMIC REVOLUTIONARY GUARD CORPS (IRGC)

302.    On May 5, 1979, Ayatollah Ruhollah Khomeini, the first Supreme Leader of the Islamic Republic of Iran, promulgated a decree establishing the *Pasdaran e-Enqelab* (literally the "Guardians of the Revolution," also referred to in English as the Revolutionary Guard and later as the "Islamic Revolutionary Guard Corps") three months after the fall of the Shah and his government.

303.    Initially composed of a disparate group of militias that emerged after the revolution, the newly-formed IRGC was established to ensure that there would be no backsliding in implementing Ayatollah Khomeini's vision for an Islamic theocratic government in Iran based on his concept of an Islamic state ruled by a *velayat-e faqih* (guardianship of the jurist).

304.    The IRGC and (later) its subordinate directorate, the IRGC-QF, were established as entities under the direction, control and authority of the Supreme Leader of Iran, and they report directly to him.

305.    In September 1980, when Iraq invaded Iran, the Iranian armed forces suffered numerous setbacks on the battlefield. The newly formed IRGC and an affiliated militia known as the Basij helped the Iranian army halt the Iraqi invasion and drive the Iraqi army back to roughly the original border between the two countries.

64

306.    For eight years, until the war ended in 1988, Iran responded to Iraq's superior military matériel by deploying highly motivated infantry formations populated by the IRGC and Basij.

307.    In 1982, despite being heavily engaged in combat with Iraqi forces, the Iranian government sent IRGC members to assist the Lebanese Shi'a community build a political movement and military capable of pushing the Israeli army out of southern Lebanon (following the Israeli army's 1982 incursion known as "Operation Peace for Galilee" to evict the Palestine Liberation Organization from Lebanon).

308.    Initially, the IRGC supported Amal, which garnered support from southern Lebanon's Shi'a community. But the IRGC also provided critical assistance to newly emerging Hezbollah, which swore an oath of fealty to Iran, thereby tying it to decisions made by the theocratic Supreme Leader of Iran, Ayatollah Khomeini.

309.    Hezbollah's fealty to the IRGC and Iran's Supreme Leader ensured that Iran would provide funding, military equipment, advisors and training for Hezbollah at a level not enjoyed by Amal. That support and coordination continues to this day and is reciprocal: Iran bankrolls, arms and trains Hezbollah, and Hezbollah supports Iranian strategy and interests in Lebanon, Syria, Iraq and elsewhere.

310.    From Hezbollah's inception, the IRGC funded, armed, and supported it and provided it with the ability to attack Israeli forces in southern Lebanon.

311.    The October 23, 1983 bombing of the U.S. Marine Corps barracks in Beirut, Lebanon (resulting in the death of 220 Marines, 18 Sailors, and 3 Soldiers), was a coordinated attack sponsored and planned by the IRGC and carried out by Hezbollah operatives under the command of Imad Mughniyah and his successor, Mustafa Badr al-Din.

312.    The IRGC-QF was later created as a special IRGC directorate tasked with exporting Iran's terrorism and terrorist tactics internationally.

313.    The IRGC-QF was, and remains, separate from (and hierarchically superior to) Iran's regular military and is accountable directly to Iran's second, and current, Supreme Leader, Ayatollah Sayyid Ali Hosseini Khamenei.

314.    In many cases, young officers and leaders of the IRGC's new formations during the Iran-Iraq War are now senior members of the IRGC's leadership, including its IRGC-QF, such as Major General Qasem Soleimani, who assumed his position as IRGC-QF leader in 1998.

315.    Major General Soleimani was designated by the United States on October 25, 2007 under Executive Order 13382, based on his "relationship to the IRGC"; in May 2011, under Executive Order 13572, which focuses on human rights abuses in Syria, for his role as IRGC-QF commander; and again, on October 11, 2011, as an SDGT.

316.    In an April 1990 interview, Major General Mohsen Rezai, then-IRGC Commander, explained the reasoning behind the IRGC-QF's establishment and the scope of its responsibilities:

> [T]he Qods Force, which is for assisting Muslims, Islamic states or Islamic governments, should they ask for help in training or advice. That is now a global custom. If an Islamic state, government or people need to be put through some training, well the corps will go there and give them training; it will take measures to provide training support for world Muslims or Islamic states. There was a need for a force to perform this task, and the Eminent Leader commanded the corps to set it up.

317.    On October 25, 2007, the U.S. Department of the Treasury designated the IRGC-QF an SDGT for supporting terrorism as it: "…provides lethal support in the form of weapons, training, funding, and guidance to select groups of Iraqi Shi'a militants who target and kill Coalition and Iraqi forces and innocent Iraqi civilians."

318.    The IRGC-QF trains, advises and logistically supports terrorist organizations, and

performs related clandestine and covert special operations activities, on behalf of the Iranian government. According to a U.S. Department of Defense assessment:

> The Iranian regime uses the Islamic Revolutionary Guard Corps-Qods Force (IRGC-QF) to clandestinely exert military, political, and economic power to advance Iranian national interests abroad. IRGC–QF global activities include: gathering tactical intelligence; conducting covert diplomacy; providing training, arms, and financial support to surrogate groups and terrorist organizations; and facilitating some of Iran's provision of humanitarian and economic support to Islamic causes.

## VIII.   HEZBOLLAH

### A.   HEZBOLLAH'S INITIAL TERRORIST OPERATIONS AND ORGANIZATIONAL STRUCTURE

319.   Hezbollah was established in Lebanon circa 1982 by Sheikh Subhi al-Tufayli and Abbas al-Musawi with the support and assistance of Iran's IRGC.

320.   Mr. al-Tufayli was Hezbollah's first Secretary General, from 1989 until 1991.

321.   Sheikh Muhammad Hussein Fadlallah served as the group's "Spiritual Leader," providing Hezbollah its intellectual basis for both pursuing *jihad* and departing from the more apolitical and passive theological trend in Shi'a Islam.

322.   In 1995, the U.S. Department of the Treasury designated Sheikh Fadlallah a Specially Designated Terrorist ("SDT").

323.   At all times relevant hereto, Hezbollah is and was a radical Islamic terrorist organization that views the United States and other Western countries as its enemies.

324.   Since its founding, Hezbollah has committed numerous acts of international terrorism, including, but not limited to, the following:

- July 19, 1982: The kidnapping of American University president David S. Dodge in Beirut.

- April 18, 1983: A car bomb attack on the United States Embassy in Beirut, in which sixty-three people were killed.

- October 23, 1983: A truck bomb attack on the U.S. Marine barracks where American military personnel stationed in Beirut were serving as part of a peace-keeping force in which 241 American military personnel were killed; a separate attack against the French military compound in Beirut killed 58 people.

- December 12, 1983: Bombings against U.S. and French embassies in Kuwait, in which 5 people were killed.

- September 20, 1984: A car bomb attack on the U.S. Embassy annex in Beirut, in which two Americans and twenty-two others were killed.

325.    From its founding through the present, Hezbollah has carried out hundreds of terrorist attacks against American targets that have killed hundreds of U.S. citizens and wounded hundreds more.

326.    Hezbollah's policy and practice of carrying out terrorist attacks against United States targets was well known to Defendants, because Hezbollah has openly, publicly and repeatedly acknowledged having such a policy and carrying out such attacks.

327.    Hezbollah made these acknowledgments on its official websites, in its official press releases, on its official television station, *Al-Manar*, on its official radio station, *Al-Nour*, and in numerous press conferences and news media interviews conducted by senior Hezbollah officials.

328.    As a result of its mission, conduct, and terrorist activities, on January 23, 1995, Hezbollah was designated an SDT by the United States. It has retained this designation since that time.

329.    On October 8, 1997, Hezbollah was designated an FTO by the United States. It has retained this designation since that time.

330.    On October 31, 2001, Hezbollah was designated an SDGT by the United States. It has retained this designation since that time.

331.    The IRGC has funded, trained and supplied Hezbollah, and facilitated its attacks

against the Israel Defense Forces ("IDF") from at least as early as 1983.

332.    Hezbollah had developed advanced tactical capabilities through the battlefield experience of attacking the IDF in southern Lebanon, including the use of roadside bombs featuring remote detonators and passive infrared ("PIR") switch systems.

333.    By the late 1990s, Hezbollah effectively deployed EFPs (described further below) against IDF armor and had developed sophisticated tools to defeat IDF countermeasures.

334.    Over time, Hezbollah became increasingly adept at inflicting casualties on the Israeli military, and it eventually forced the IDF to withdraw into what Israel called a "Security Zone" in southern Lebanon.

335.    The Security Zone added depth to Israel's security along its northern border. The IDF and its proxy militia, the South Lebanese Army ("SLA"), occupied strong points within the zone, conducted patrols, and occasionally used its bases to launch raids on Hezbollah targets deeper in Lebanon.

336.    For 15 years, the IDF maintained this buffer zone until increasing IDF casualties precipitated an Israeli withdrawal in 2000 to its current border with Lebanon.

337.    During that 15-year period, southern Lebanon served as a laboratory for Hezbollah to hone its tactical war fighting skills and weapons development.

338.    Attacks on the IDF's Security Zone allowed Hezbollah to study and improve its insurgent tactics, including: *first*, effectively ambushing Israeli patrols; *second*, deploying Improvised Explosive Devices ("IEDs"); *third*, kidnapping Israeli soldiers; and, *fourth*, developing and deploying EFPs in the late 1990s against Israeli armored vehicles.

339.    The accumulated experience Hezbollah gained through its decades-long campaign against the IDF also included developing precision use of indirect fire weapons and employing

69

Iranian-provided 107mm and 122mm rockets to launch indirect fire attacks on Israeli fortified outposts and on Israel itself.

340.    Hezbollah's tactics evolved and improved over time. Examples included:

- Beginning in August 1991, Hezbollah began regularly detonating bombs by remote radio control, precluding the need for command wire. The IDF attempted to counter the remote-control detonations by sweeping a wide spectrum of radio frequencies from its listening bases on the mountain peak of Mount Hermon to explode the bombs prematurely.

- In response, Hezbollah resumed using command-wire, victim-initiated pressure plates and mat detonations for a while, before introducing a new coded remote-control system in mid-1993. The bombs were fitted with two receivers and scramblers, initially defeating Israeli attempts to reproduce the detonating signals. Hezbollah engineers then refined the bombs' switches further by incorporating small jammers and turning the weapons on using computerized multi-frequency transmissions.

- By 1995, Hezbollah was equipping its IEDs with cellular phone receivers to trigger firing switches. In turn, Israel jammed cell phone frequencies from aircraft flying high above southern Lebanon. As the technology improved and grew smaller, the IDF fitted cell phone jammers into armored personnel carriers and vehicles. Eventually foot soldiers could carry the equipment in a backpack.

- In a major step change in capability, Hezbollah began using passive infrared receivers in 1997 with the IED detonating when the target, human or vehicular, crossed the beam, thereby negating the effectiveness of IDF jamming devices.

341.    The relatively rapid evolution of Hezbollah's Tactics, Techniques & Procedures ("TTP") was a product of at least three related factors. First, Hezbollah's operatives were highly motivated and willing to risk heavy losses in their confrontations with Israel. Second, Hezbollah benefited enormously from Iranian financial support and IRGC training and technology transfers. Finally, Hezbollah took advantage of the first two factors and perfected its TTP through trial and error against the SLA and IDF. These combined factors allowed Hezbollah to inflict significant (but not decisive) casualty levels on the IDF.

342.     The status quo began to change, however, with the first reported use of an EFP by Hezbollah in southern Lebanon on October 5, 1998, when an Israeli High Mobility Multipurpose Wheeled Vehicle ("HMMWV") was struck, killing two Israeli soldiers and wounding six more.

343.     EFPs introduced into the Israeli Security Zone in southern Lebanon quickly began to significantly increase Israeli casualties because they were highly effective against Israeli armor and therefore diminished the IDF's ability to protect its patrols and supply lines, forcing the IDF to resupply their now isolated and beleaguered outposts by helicopter, thereby avoiding the use of armored convoys whenever possible.

344.     By the late 1990s, Hezbollah effectively deployed EFPs against IDF armor and had developed sophisticated tools to defeat IDF counter-IED measures.

345.     As noted above, in 2000, the Israelis withdrew their forces to the current border with Lebanon rather than suffer further personnel losses that were becoming politically unsustainable.

346.     In 2003, Hezbollah began to successfully export its TTP to Iraq – particularly its experience deploying EFPs against HMMWVs, including hiding EFPs inside fiberglass 'rocks' painted to match the limestone geology of South Lebanon.

347.     This included TTP for ambushes, kidnappings, indirect fire on stationary bases and particularly its experience deploying EFPs against HMMWVs.

348.     Hezbollah's transfer of weapons, technology and tactics was critical to the effectiveness and lethality of its proxies in Iraq that would go on to kill and maim more than a thousand Americans between 2004 and 2011.

349.     Another early warning sign of Hezbollah's threat to American personnel in Iraq occurred in May 2003 when Israeli naval commandos seized a small fishing boat off the country's

northern coast and captured a Hezbollah explosives expert who had bomb detonators and computer disks containing, among other things, bomb making instructions stowed on board.

350.   For example, the computer disks contained detailed instructions on how to manufacture and assemble EFPs:

> Anti-armor devices -
>
> Like with anti-personnel devices, one of the most important factors in increasing the effectiveness of anti-armor devices is:
>
> 1.  The speed of the explosive substance: the faster the explosive substance is and the more powerful it is, the more effective the device is.
> 2.  The weight of the explosive substance: the greater the weight of the explosive substance, the more effective the device is.
> 3.  The case: the thicker the case is, the more effective the device is. The container is normally between 5 mm and 2½ cm in thickness.
>
> Anti-armor devices come in two types: plate devices and hollow devices.
>
> 1.  Plate devices: these are devices designed to be used against light armor, such as: Land Hummer and the M113 armored personnel carrier.
>
>     To penetrate armor, these devices depend on a formed projectile moving at a speed 2,000 to 3,000 meters per second.
>
>     This is a concave projectile

351.   As set forth below, the IRGC-QF and Hezbollah jointly played a pivotal role in fomenting sectarian violence in Iraq between 2004 and 2011, and they orchestrated numerous attacks against U.S. service members in Iraq, including nearly all attacks involving EFPs, Improvised Rocket Assisted Munitions ("IRAMs") and other specified weapons.

**B.    HEZBOLLAH'S KEY LEADERS AND CURRENT ORGANIZATIONAL STRUCTURE**

352.   After its founding, Hezbollah evolved into a multifaceted, sophisticated, highly organized, politically powerful, and well-financed terrorist organization.

353.     Hezbollah now resembles a multinational corporate or governmental entity, with departments, agencies, branches, in-house banking, insurance, and other financial services, and media outreach. Its estimated enterprise value is worth billions of U.S. dollars.

354.     Hezbollah's network consists of a multitude of departments that assist its leadership in carrying out its mission, and includes, but is not limited to, entities that are tasked with: *first*, terrorist and paramilitary activities; *second*, social services and "charitable" activities; *third*, general fundraising; *fourth*, construction and infrastructure; *fifth*, financial and insurance services; and, *sixth*, media services. Notwithstanding Hezbollah's multifaceted nature, it is a single, unified entity dedicated to religiously inspired terrorism.

## 1.     HEZBOLLAH'S EMBRACE OF TERRORISM IS OPEN AND PUBLIC

355.     Hassan Nasrallah (discussed below) has been Hezbollah's Secretary General and supreme leader for decades.

356.     Mr. Nasrallah's public pronouncements leave no doubt about Hezbollah's embrace of terrorism. For example:

- "... put a knife in your shirt, then get close to an Israeli occupier and stab him." *(Nightline*, October 19, 2000)

- "Suicide attacks shake the enemy from within, they plunge him into an existential crisis, and thus prepare the ground for victory; these acts are completely legitimate, since there are no innocent civilians in Israel; rather they all are occupiers and accomplices to crime and massacre." (Statement broadcast on *Al-Manar* TV, September 14, 2001)

- "Martyrdom operations - suicide bombings - should be exported outside Palestine. I encourage Palestinians to take suicide bombings worldwide. Don't be shy about it." *(Washington Times,* December 6, 2002)

- "…This American administration is an enemy. Our motto, which we are not afraid to repeat year after year, is: 'Death to America.'" (Statement broadcast on *Al-Manar* TV, February 18-19, 2005)

- "The Lebanese resistance today inspires all the resistance in the world, all the free persons, all the noble people and all who refuse to surrender to American humiliation in the world. This is our victory, and this too is the result of our battle." (Speech after the July 2006 War "Divine Victory Rally," September 22, 2006)

- "There is no doubt that American terrorism is the source of all terrorism in the world. The Bush administration has turned the U.S. into a danger—threatening the whole world, on all levels." (Statement broadcast, November 2009).

## 2.      SHURA COUNCIL (MAJLIS AL-SHURA)

357.    Hezbollah's Shura Council (a/k/a Majlis al-Shura) is the decision-making body within the terrorist organization, composed of Hezbollah's highest in command—its Secretary-General, the heads of the other Councils (see below) and advisors to Hezbollah leader Hassan Nasrallah.

358.    All Councils in Hezbollah are subordinate to and overseen by the Shura Council.

359.    Mr. Nasrallah presides over the Shura Council and functions as the group's leader under the authority of the "jurist theologian" Ayatollah Ali Khamenei, Iran's Supreme Leader.

360.    Hezbollah's Shura Council comprises the following members:

- **Hassan Nasrallah**. In 1992, after Mr. al-Musawi's death, Hassan Nasrallah became Hezbollah's leader and Secretary General. At all relevant times, he has remained in that position. He was designated an SDT on January 24, 1995, and an SDGT on May 16, 2018.

- **Naim Qassem**. Sheikh Naim Qassem is Hezbollah's Deputy Secretary General. He was designated an SDGT on May 16, 2018.

- **Hashem Safieddine**. In 1995, Hashem Safieddine was promoted to the Majlis al-Shura. He is the Head of the Executive Council, Hezbollah's largest council. He was designated an SDGT on May 19, 2017.

- **Muhammad Yazbek**. Muhammad Yazbek is the Head of Hezbollah's Judicial Council. He was designated an SDGT on May 16, 2018. He is considered the personal representative of the Supreme Leader of the Islamic Revolution, Ali Khamenei, in Lebanon. Moreover, Mr. Yazbek manages many of Hezbollah's bank accounts.

74

- **Ibrahim Amin al-Sayyed**. Ibrahim Amin al-Sayyed is the Head of Hezbollah's Political Council. He was Hezbollah's first official spokesperson and was involved in Hezbollah's formation in the 1980's. He was designated an SDGT on May 16, 2018.

- **Hussein Khalil**. Hussein Khalil is Mr. Nasrallah's top political advisor. He was designated an SDGT on May 16, 2018.

- **Hussein al-Shami**. Mr. Al-Shami was formerly the head of the Islamic Resistance Support Organization and Bayt al-Mal, fundraising institutions that help finance Hezbollah. Due to Mr. Al-Shami's significant role in this effort, he was appointed to be a member of Hezbollah's Governing Council. Prior to that time, Mr. Al-Shami headed Hezbollah's Social Services Unit. He was designated an SDGT on September 7, 2006.

### 3.   EXECUTIVE COUNCIL

361.   Hezbollah's executive council (*Majlis al-Tanfizi*) ensures the execution of the Shura Council's policies and runs the day-to-day operations of Hezbollah and its educational networks, youth movements, hospitals and health associations, women's association, labor unions, professional associations and other "charitable" and social organizations.

362.    The executive council is headed by Shura Council member, Hashem Safieddine (SDGT).

### 4.   PARLIAMENTARY COUNCIL

363.   Hezbollah's Parliamentary Council is subordinate to the Shura Council and is composed of Hezbollah's members of Lebanon's parliament and ministers, both current and past. This council supervises the actions of Hezbollah's bloc in Lebanon's parliament, known as "the Loyalty to the Resistance." In the latest Lebanese general elections, held on May 6, 2018, Hezbollah's bloc won thirteen seats in the parliament.

### 5.   JIHAD COUNCIL

364.   The Jihad Council is the functional council underneath the Shura Council,

responsible for Hezbollah's paramilitary and terrorist activities. The Jihad Council overseas the organization's "Resistance" operations, including oversight, recruitment, training, equipment and internal security. This includes Hezbollah's terror apparatus, the Islamic Jihad Organization a/k/a External Security Organization.

365.    The Jihad Council is officially headed by Mr. Nasrallah. Below are (or were) the most prominent figures in the IJO.

### a.  Imad Mughniyah

366.    Imad Mughniyah was one of the founders of Hezbollah in the 1980s and, until his death in 2008, headed the organization's IJO (under the supervision of the Jihad Council).

367.    Mr. Mughniyah was known as Hezbollah's "Chief of Staff" and, as such, oversaw Hezbollah's military, intelligence, and security apparatuses.

368.    Mr. Mughniyah began his career in terrorism with the Palestinian Fatah movement and rose through the organization's ranks.

369.    He helped found and organize the unit that would eventually turn into Yasser Arafat's Force 17, a commando and special operations unit of Fatah in Beirut. After the PLO fled from Lebanon, Mr. Mughniyah joined Amal, and through it he was introduced to the IRGC in Baalbek, Lebanon.

370.    Later, he joined Hezbollah and formed the organization's IJO with his brother-in-law, cousin, and successor Mustafa Badr al-Din.

371.    Mr. Mughniyah was identified by both Israeli and American officials as personally involved in planning and directing many of Hezbollah's suicide bombings, terrorist attacks, murders, kidnappings and assassinations throughout the 1980s and 1990s against the United States and other Western countries, and against Israel and Jewish targets around the world.

372.   Below is a partial list of Hezbollah's terrorist operations that Mr. Mughniyah planned, directed, and/or executed:

| Date | Hezbollah Terrorist Attack Description | Location | Innocent Deaths |
|---|---|---|---|
| April 18, 1983 | Suicide Vehicle Borne Improvised Explosive Device ("SVBIED") terrorist attack against the U.S. Embassy–Lebanon. | Beirut, Lebanon | 63 |
| October 23, 1983 | Two separate SVBIED terrorist attacks against the Multi-National Peacekeeping Force (U.S. and French barracks). | Beirut, Lebanon | 305 |
| November 4, 1983 | SVBIED terrorist attack against the IDF regional headquarters building. | Tyre, Lebanon | 60 |
| December 12, 1983 | SVBIED terrorist attack against the U.S. Embassy–Kuwait. | Kuwait City, Kuwait | 5 |
| March 16, 1984 | Kidnapping, torture, and murder (June 3, 1985) of CIA Officer and Chief of Station, William F. Buckley. | Beirut, Lebanon | 1 |
| September 20, 1984 | SVBIED terrorist attack against the U.S. Embassy Annex–Lebanon. | Beirut, Lebanon | 24 |
| December 4, 1984 | Hijacking of Kuwait Airways Flight 221, including murder of two American passengers. | Tehran, Iran | 2 |
| March 10, 1985 | SVBIED terrorist attack against an IDF convoy of military vehicles and Israeli soldiers. | Southern Lebanon | 12 |
| June 14, 1985 | Hijacking of TWA Flight 847, including the murder of U.S. Navy diver Robert D. Stethem. | Beirut, Lebanon | 1 |
| September 30, 1985 | Kidnapping of four Soviet diplomats from the Soviet Embassy–Lebanon, including the murder of Consul Attaché Arkady Katov. | Beirut, Lebanon | 1 |
| February 17, 1988 | Kidnapping, torture, and murder (declared dead July 6, 1990) of U.S. Marine Corps Colonel William Higgins. | Beirut, Lebanon | 1 |
| April 5, 1988 | Hijacking of Kuwait Airways Flight 422, including the murder of two Kuwaiti passengers. | Larnaca, Cyprus | 2 |

| Date | Hezbollah Terrorist Attack Description | Location | Innocent Deaths |
|---|---|---|---|
| October 19, 1988 | SVBIED terrorist attack against an IDF convoy of military vehicles and Israeli soldiers. | Southern Lebanon | 8 |
| March 17, 1992 | SVBIED terrorist attack against the Israeli Embassy–Argentina. | Buenos Aires, Argentina | 29 |
| July 18, 1994 | SVBIED terrorist attack against the Argentine Israelite Mutual Association ("AMIA") building. | Buenos Aires, Argentina | 85 |
| June 25, 1996 | Vehicle Borne Improvised Explosive Device ("VBIED") terrorist attack against the U.S. Air Force's Khobar Towers housing complex. | Khobar, Saudi Arabia | 20 |
| October 4, 2000 | Kidnapping of IDF Colonel Elhanan Tannenbaum. | Dubai, UAE | - |
| October 7, 2000 | Kidnapping and murder of three IDF soldiers. | Northern Israel | 3 |
| March 12, 2002 | Small Arms Fire terrorist attack against Israeli civilian vehicles traveling on the Shlomi-Matzuva road. | Matzuva, Israel | 6 |
| February 14, 2005 | VBIED assassination of Rafic Hariri, former Prime Minister of Lebanon. | Beirut, Lebanon | 21 |
| April 4, 2005 | Kidnapping and torture of two Israeli citizens. | Northern Israel | - |
| July 12, 2006 | Complex terrorist attack against an IDF military convoy, including the kidnapping and murder of two IDF soldiers. | Northern Israel | 5 |

373.    Mr. Mughniyah also helped construct Hezbollah's military terrorist infrastructure in Lebanon, which was used against the IDF in 2006. As noted in detail below, Mr. Mughniyah was a key figure in establishing, training and directing the Shi'a terrorist cells that caused Plaintiffs' injuries.

### b.  Mustafa Badr al-Din

374.    Mustafa Badr al-Din was a Hezbollah military leader and both the cousin and

brother-in-law of Mr. Mughniyah (Mughniyah was married to Mustafa Badr al-Din's sister Sa'ada).[26]

375.    Like Mr. Mughniyah, Mr. Badr al-Din served in Fatah's Force 17 in Beirut (before 1982) and joined Hezbollah with him.

376.    Mr. Badr al-Din later became an expert bomb maker.

377.    He headed Hezbollah's security apparatus and was a member of the Shura Council as well as Head of the IJO unit responsible for overseas operations. He was a key participant in the bombing of the U.S. Marine Corps barracks in Lebanon in 1983, killing 241 Marines.

378.    Soon after that bombing, Mr. Badr al-Din was dispatched to Kuwait to work with a joint Iraqi Da'wa Party–Hezbollah operation to attack Western targets at the IRGC's behest.

379.    At the beginning of his terrorist career, Mr. Badr al-Din commanded the IRGC's operation to assassinate the Emir of Kuwait. The attempt failed, and he ultimately spent five years in a Kuwaiti jail. (He was also charged with the bombing of the American and French embassies in Kuwait City.)

380.    The Kuwaiti authorities sentenced him to death, but he fled from prison during the Iraqi invasion of Kuwait in August 1990.

381.    Hezbollah had previously tried to gain his release, along with other Hezbollah operatives held in Kuwait, by hijacking airplanes as bargaining chips, including hijacking a TWA flight in 1985 and Kuwaiti aircraft in 1984 and 1988.

382.    In June 2011, the prosecutor of the Special Tribunal for Lebanon charged Mr. Badr al-Din with involvement in the February 14, 2005 bombing that killed former Lebanese Prime

---

[26]      Mustafa Badr al-Din had a brother named Muhammad Amin Badr al-Din who is discussed *infra*.

Minister Rafic Hariri and 21 others.[27]

383.   The U.S. Department of the Treasury designated Mr. Badr al-Din an SDGT in September 2012 "for providing support to Hizballah's terrorist activities in the Middle East and around the world." Saudi Arabia also designated Mr. Badr al-Din as a global terrorist linked to Hezbollah, and as an activist in the Syrian war.

### c.   Muhammad Kawtharani

384.   Since 2003, Muhammad Kawtharani has been responsible for Hezbollah's Iraq portfolio, overseeing all of the terrorist organization's Iraqi operations. He has also assisted in coordinating the movement of Hezbollah fighters to support pro-regime forces in Syria.

385.   As the individual in charge of Hezbollah's Iraq activities, Mr. Kawtharani worked on behalf of Hezbollah's leadership to promote the terrorist group's interests in Iraq, including Hezbollah's efforts to provide training, funding, political, and logistical support to Iranian-backed terror cells in Iraq.

386.   As a member of Hezbollah's Political Council, Mr. Kawtharani also helped secure the release from Iraqi custody of senior Hezbollah commander Ali Mussa Daqduq. The latter was designated an SDGT by the U.S. Department of the Treasury in November 2012 and was responsible for numerous attacks against the Coalition Forces in Iraq, including the January 20, 2007 attack on a compound in Karbala that claimed the lives of five American soldiers and injured many others.

387.   On August 22, 2013, Mr. Kawtharani was designated an SDGT by the U.S. Department of the Treasury for, among other things, his supervisory role in Iraq where he "worked on behalf of Hizballah's leadership to promote the group's interests in Iraq, including Hizballah

---

[27]   *Treasury Designates Hizballah Commander Responsible for American Deaths in Iraq* (U.S. Department of the Treasury, November 19, 2012), online at https://www.treasury.gov/press-center/press-releases/Pages/tg1775.aspx.

efforts to provide training, funding, political, and logistical support to Iraqi Shi'a insurgent groups."[28]

## 6.   THE JIHAD COUNCIL'S ISLAMIC JIHAD ORGANIZATION ("IJO") OR EXTERNAL SECURITY ORGANIZATION ("ESO")

388.   The Jihad Council's Islamic Jihad Organization was established in 1983, after Hezbollah's attack on the U.S. military personnel conducting peace-keeping operations in Beirut.

389.   The IJO is a sub-directorate of the Jihad Council, working alongside, but distinct from, Hezbollah's formal militia activity in Lebanon.

390.   The IJO is a discrete branch within Hezbollah, responsible for procurement, intelligence, counterintelligence, surveillance, planning, coordination, and execution of terrorist attacks against Hezbollah's and Iran's enemies outside of Lebanon.

391.   The IJO is responsible for numerous significant attacks against targets outside of Lebanon, including the following terrorist operations:

- On July 18, 2012, a bomb exploded on an Israeli tourist bus at Sarafovo Airport in Burgas, Bulgaria, killing five Israelis and their Bulgarian bus driver. The Bulgarian authorities have charged two individuals in connection with the attack; they state the individuals were IJO members.

- On July 18, 1994, a van carrying explosives was detonated outside the Argentinian-Israeli Mutual Association in Buenos Aires, Argentina, killing 85 people and injuring more than 300 others. In 1999, Argentinian authorities issued an arrest warrant for IJO leader Imad Mughniyah for his alleged involvement. No group claimed responsibility for the attack, and Hezbollah has repeatedly denied accusations that it perpetrated it. However, Argentinian authorities concluded that the IJO was responsible.

- On March 17, 1992, a truck laden with explosives was used to destroy the Israeli Embassy in Buenos Aires, killing 29 people and injuring 242 others. Although Hezbollah denied involvement, responsibility for the attack was claimed in the name of the IJO. Argentinian authorities

---

[28]   *Treasury Sanctions Hizballah Leadership* (U.S. Department of the Treasury, August 22, 2013), online at https://www.treasury.gov/press-center/press-releases/Pages/jl2147.aspx.

eventually issued an arrest warrant for IJO leader Imad Mughniyah for organizing the attack.

### a. **Talal Hamiyah**

392.    The IJO's current Commander is Talal Hamiyah, previously a deputy of Mr. Mughniyah's. Mr. Hamiyah was implicated in the 1992 and 1994 attacks in Argentina (listed above). The U.S. Department of the Treasury designated Mr. Hamiyah an SDGT on September 13, 2012. The U.S. State Department is offering a reward of up to $7 million U.S. dollars for information that leads to Mr. Hamiyah's location, arrest, or conviction in any country.

### b. **Wafiq Safa**

393.    Wafiq Safa is a senior Hezbollah commander who has chaired the terrorist organization's liaison and central coordination committee (formerly its "security committee"). Although his role within Hezbollah does not formally fall under the Jihad Council's remit, operationally he is a senior Hezbollah liaison to the IJO, responsible for, among other things, facilitating and directing activities related to the IJO's Business Affairs Component, discussed below, particularly the BAC's access to Beirut's international airport and many ports.

394.    When the U.S. Department of the Treasury designated Wafiq Safa on July 9, 2019, it noted that he "serves as a Hizballah interlocutor to the Lebanese security forces. As the head of Hizballah's security apparatus, which is directly linked to Secretary General Hassan Nasrallah, Safa has exploited Lebanon's ports and border crossings to smuggle contraband and facilitate travel on behalf of Hizballah…. For example, Hizballah leveraged Safa to facilitate the passage of items, including illegal drugs and weapons, into the port of Beirut, Lebanon. Hizballah specifically routed certain shipments through Safa to avoid scrutiny. Additionally, as of 2018, Hizballah facilitated favors at the Beirut airport. Safa also facilitated travel for Hizballah associates through a border crossing."

**C.      HEZBOLLAH'S "SOCIAL WELFARE" SECTOR – THE *DA'WA***

395.    Since its emergence in the 1980s, Hezbollah has developed a network of social welfare institutions or *da'wa* that it uses as an instrument of its political, psychological and military strategy.

396.    For example, Hezbollah provides welfare benefits to the families of its "martyrs" (*shahid*, or *shuhadaa*, plural), particularly their children.

397.    The children of Hezbollah's *shuhadaa* are privileged because they are educated in Hezbollah-subsidized schools and receive free health care in a country where, for many years, Lebanese citizens spent an estimated 40 percent of their income on medical expenses.

398.    Hezbollah's social welfare institutions are not only operated by senior Hezbollah operatives, but these institutions and their leaders are also actively involved in Hezbollah's network of commercial enterprises which, in turn, provide services to these social welfare institutions.

399.    For example, the Martyrs Foundation–Lebanon (SDGT) operates hospitals and health clinics. Companies belonging to another Hezbollah institution, Jihad al-Bina (SDGT), receive the construction contracts for those projects, and still other Hezbollah companies arrange the financing, acquire the real estate, and provide the architectural and engineering services for the projects.

**1.      IRSO – THE ISLAMIC RESISTANCE SUPPORT ORGANIZATION**

400.    The Islamic Resistance Support Organization ("IRSO"), officially known in Arabic as *Hay'at Da'am al-Muqawama al-Islamiya Fi Lubnan*, is an umbrella organization that Hezbollah uses to solicit, collect and disperse donations in support of its terrorist activities.

Case 1:19-cv-00007-CBA-TAM   Document 105   Filed 08/02/19   Page 118 of 822 PageID #: 7386

401.    In 2016, Mr. Nasrallah said that IRSO's mission is to provide Hezbollah with a "kind of financial and material support" as well as moral and political support.[29]

402.    The IRSO was established in 1989 to professionalize Hezbollah's fund-raising campaigns. The money IRSO collects is earmarked primarily for the purchase of weapons for Hezbollah terrorist-operations and support for its cadres.

403.    The IRSO collects considerable sums of money in Lebanon from both private and public entities, including businesses, mosques, educational institutions, gas stations, shopping centers and roadblocks.

404.    The IRSO maintains branches across Lebanon as well as a women's division and an international division.

405.    Funds are raised in Lebanon and Muslim communities–especially Shi'a communities–around the world, mainly in the Gulf States and Western countries.

406.    A pamphlet recovered by Israeli forces in Lebanon in 2006 states: "The resistance collection box is small and placed inside the house so that all members of the family will sense the importance of participating in supporting the resistance by contributing."

407.    The IRSO also maintains the website www.moqawama.org, one of Hezbollah's official media organs.

408.    The IRSO is currently headed by Sayeed Qassem Tawil.

409.    Previously, the IRSO was headed by Hussein al-Shami (a designated SDGT).

---

[29]    Interestingly, at an IRSO event in 2013, Mr. Nasrallah gave a speech denying Hezbollah's involvement in any commercial activities, stating:

> I would like to reiterate that we do not have economic or investing projects in Lebanon or abroad. Well yes, we have service projects. However, we do not have projects that bring in profits and money. I will even make use of this occasion to tell the Lebanese that if anyone tells you that I have a commercial project in which he invested a capital and ask you to share with him or partake with him claiming that its returns are for the party or the party has a share in it, be sure that he is a liar.

410.   Al-Shami is a senior Hezbollah official in several Hezbollah controlled-organizations, such as Bayt al-Mal and al-Qard al-Hassan, which also help Hezbollah fund its activities. He was also the director of Hezbollah's social services division and helped establish the Martyrs Foundation - Lebanon.

411.   Mr. Al-Shami was designated an SDGT by the U.S. Department of the Treasury on September 7, 2006.

412.   As mentioned above, Mr. Al-Shami is a Shura Council member due to his prominent position in Hezbollah's fundraising institutions.

413.   The IRSO was designated an SDGT by the U.S. Department of the Treasury on August 29, 2006.

414.   According to the U.S. Department of the Treasury, the IRSO solicited donations through Hezbollah's *al-Manar* satellite television in Lebanon.

415.   In its 2006 press release, the U.S. Department of the Treasury noted that: "[s]olicitation materials distributed by IRSO inform prospective donors that funds will be used to purchase sophisticated weapons and conduct operations. Indeed, donors can choose from a series of projects to contribute to, including, supporting and equipping fighters and purchasing rockets and ammunition."

416.   Furthermore, the U.S. Department of the Treasury provided a copy of the IRSO's donation form (allowing a donor to specify the Hezbollah program that the donation should be directed toward).

417.   The IRSO openly offered prospective donors the opportunity to earmark funds toward different types of terrorist activities, including the acquisition of missiles and ammunition,

and payments to terrorists. Both English and Arabic copies of the IRSO's donation program form are appended hereto as **<u>Exhibit 2</u>**.

418.    Stuart Levey, then-U.S. Department of the Treasury Under Secretary for Terrorism and Financial Intelligence, noted in testimony before Congress that the IRSO does not attempt to conceal its purpose:

> While some terrorist-supporting charities try to obscure their support for violence, *IRSO makes no attempt to hide its true colors*. IRSO's fundraising materials present donors with the option of sending funds to equip Hezbollah fighters *or to purchase missiles that Hezbollah uses to target civilian populations. IRSO works to inflict suffering rather than alleviate it.* (Emphasis added.)

419.    In fact, prior to the IRSO's 2006 designation, Hezbollah used its television station, *Al-Manar*, to raise money through the IRSO in support of Hezbollah's terror campaign by running commercials requesting wire transfers be sent to four Lebanese commercial banks (specifying the account numbers for donations, including an account at Defendant BYBLOS BANK[30]).

420.    The IRSO owned the following bank accounts for the express purpose of supporting and funding Hezbollah's violent "resistance" operations:

- FRANSABANK, Al-Shiyah Branch,
  account number: 252010/692830.21;

- FRANSABANK, Al-Shiyah Branch,
  account number: 78.02.251.133553.0.8;

- BYBLOS BANK, Hreik Neighborhood Branch,
  account number: 78-2-252-133521-1-5;

- BANQUE LIBANO-FRANÇAISE SAL, Hreik Neighborhood Branch,
  account numbers: 657409.17 and 657469.171;

- LEBANON AND GULF BANK, Mazra'a Branch,
  account number: 202-336254;

---

[30]    Beirut Riyadh Bank was explicitly mentioned.

- LEBANON AND GULF BANK, Mazra'a Branch,
  account number: 202-329665; and

- JAMMAL TRUST BANK, Ghobeiry Branch,
  account number: 140-028355.28/0/5 (published in Al-Ahed Newspaper
  on February 21, 1986).

421.    A July 25, 2006 report that aired on *MSNBC* demonstrated that: *first*, Hezbollah used U.S. currency to support its activities; and *second*, often did so openly, including its appeals for donations. During the *MSNBC* broadcast, an NBC reporter contacted a number advertised on *Al-Manar*, the Hezbollah-owned-and-controlled Lebanese television network, posing as a prospective Hezbollah donor:

> NBC Reporter: I want to donate money to the Mujahedeen [Hezbollah resistance], is this the right number?
>
> Hezbollah Facilitator: You have to send to The Lebanese-French Bank [Defendant BANQUE LIBANO-FRANÇAISE SAL].
>
> NBC Reporter: Do you have the number?
>
> Hezbollah Facilitator: There is an account number. You deposit the money and wire it to the Lebanese French Bank.
>
> NBC Reporter: How can I know that this is accurate? I'm so worried to deposit the money, can you tell me and confirm that this money will be sent to the Mujahideen?
>
> Hezbollah Facilitator: Yes, sure.
>
> NBC Reporter: And where are you from? Are you from the bank or no?
>
> Hezbollah Facilitator: No. I'm from the resistance.
>
> NBC Reporter: How would we know? I'm so worried when I deposit the money it will reach Mujahideen.
>
> Hezbollah Facilitator: You go to the bank and deposit the money, and they will wire it to the Lebanese French Bank. You have to go [sic] the bank. Where are you calling from?
>
> NBC Reporter: I am from America.

87

Hezbollah Facilitator: You have to go to the bank—any bank.

NBC Reporter: That for sure will reach the Mujahedeen?

Hezbollah Facilitator: For sure. Do not mention resistance or anything like that. If you do, they won't wire them.

NBC Reporter: Thank you—God be with you. Bye bye.

Hezbollah Facilitator: You are welcome. God be with you.[31]

### 2.    JIHAD AL-BINA

422.    Jihad al-Bina (a/k/a Jihad al-Binaa, a/k/a Jihad al-Bina'a, a/k/a Construction Jihad) was established in September 1988 and registered in Lebanon as a charitable organization.

423.    It is supervised and overseen by Hezbollah's Shura Council, which is responsible for Jihad al-Bina's operation.

424.    Sultan Khalifa As'ad was its founder and first general manager. He serves as Deputy Chairman of Hezbollah's Executive Council for Municipal Affairs and formerly headed Hezbollah's Finance Unit.

425.    Muhammad Said Khansa, one of Hezbollah's "Founding Fathers," serves as Director of Agricultural and Environmental Affairs at Jihad al-Bina. Since 1998, he has been elected three times as the mayor of Ghobeiry (a Hezbollah-dominated suburb of Beirut) as Hezbollah's candidate. He has also served as the President of the Union of the Dahiya municipalities.

426.    Qassem Aliq, who was designated an SDGT by the U.S. Department of the Treasury on July 24, 2007, served as the Director of Jihad al-Bina.

427.    Ibrahim Abdallah Ismail, another prominent Hezbollah leader, also served as

---

[31]    Adam Ciralsky and Lisa Myers, *Hezbollah Banks Under Attack in Lebanon* (NBC News, July 25, 2006), archived at https://web.archive.org/web/20060809013901/http://www.msnbc.msn.com:80/id/14015377/page/2/.

Director General of Jihad al-Bina.

428.   In 2006, Walid Ali Jaber was named the Beirut director for Jihad al-Bina and was given responsibility for rebuilding and reconstructing the Dahiya area – a collection of suburbs predominantly populated by Shi'a and situated in south Beirut.

429.   Mr. Jaber was also Hezbollah's candidate in the Burj al-Barajneh's (municipality located in the southern suburbs of Beirut between Rafic Hariri International Airport and Haret Hreik neighborhood) municipal elections.

430.   Ali Tajideen, a key Hezbollah financier and Hezbollah's commander in Hanouay, Tyre, Lebanon (who, as described below, was designated an SDGT on December 9, 2010) was described by the U.S. Department of the Treasury as "a major player in Jihad Al-Bina."

431.   Jihad Al-Bina was modeled on its Iranian counterpart, the Construction Jihad Movement—an Iranian charity working to support the holy war Hezbollah waged against Israel and Iran's other external enemies.

432.   Jihad al-Bina rehabilitates and builds schools in remote villages and towns, subsidizes education in poor Shi'a areas, and is responsible for numerous infrastructure projects that help solidify Hezbollah's hold on the Shi'a populace in Lebanon.

433.   In exchange for improving their quality of life, Jihad al-Bina expects its Shi'a beneficiaries to pledge their allegiance to Hezbollah.

434.   According to the U.S. Department of the Treasury's February 20, 2007 designation of Jihad al-Bina as an SDGT, Hezbollah operates the organization for its own construction needs as well as to attract popular support in Lebanon by sponsoring civilian construction projects.

435.   The U.S. Department of the Treasury described the organization as "a Lebanon-based construction company formed and operated by Hizballah. Jihad al-Bina receives direct

funding from Iran, is run by Hizballah members, and is overseen by Hizballah's Shura Council, at the head of which sits Hezbollah's Secretary General Hassan Nasrallah."

436.    The U.S. Department of the Treasury further noted that "[i]n cases when intended solicitation targets were thought to object to the group's relationship with Hezbollah and the Iranian government, the organization employed deceptive practices, applying in the name of proxies not publicly linked to Hezbollah."

437.    Jihad al-Bina, as part of its efforts to continue its large-scale operations in Lebanon after it was designated by the United States, diversified into several private construction companies, principally to protect its bankers and major suppliers from any negative repercussions from openly doing business with Hezbollah's construction arm.

438.    Jihad al-Bina and its commercial entities are inextricable from the Iranian Committee for the Reconstruction of Lebanon ("ICRL"), the IRGC-QF's strategic construction arm in Lebanon.

439.    Jointly Jihad al-Bina and ICRL have sponsored projects to build infrastructure in southern Lebanon, the Bekaa valley and the municipalities in Dahiya. Along with these projects serving as public works that bolster Hezbollah's support, particularly in the country's predominantly Shi'a population areas, the two organizations provide the backbone for Hezbollah and Iran's strategic engineering plans in furtherance of Hezbollah and the IRGC-QF's jihad against Israel. Accordingly, Jihad al-Bina and ICRL's road, bridge and tunnel building serve military / terrorist objectives as well as political ones.

440.    The companies that Jihad al-Bina established and controls include the following entities:

Case 1:19-cv-00007-CBA-TAM   Document 105   Filed 08/02/19   Page 125 of 822 PageID #: 7393

### a. **Meamar Company for Engineering and Development SARL**

441.   Since its founding in 1988, Meamar Company for Engineering and Development SARL has been involved with more than 150 projects, including constructing and building sporting facilities, Shi'a religious institutions, schools and hospitals.

442.   For these projects, Meamar's clients are almost exclusively organizations linked to Hezbollah, including the Islamic Health Society, the ICRL, the Mehdi Scouts, the Shahid Association, the Islamic Religious Education Association ("IREA") and municipalities controlled by Hezbollah Mayors (such as Ghobeiry in Beirut and Bint Jbeil in South Lebanon).

443.   Among its founders are SDGT Qassem Aliq and Sultan Khalifa As'ad, who was the director of Jihad al-Bina itself. The construction company is currently headed by Hussein Muhammad Kheir al-Din and Burhan Hussein Qataya. Its attorney is Osama Abbas Ramal.

444.   According to Joseph Daher's monograph: *Hezbollah – The Political Economy of Lebanon's Party of God*:

> At the celebration of the company's 25th anniversary, many Hezbollah members were present including Muhammad Raad, head of the Hezbollah Deputy bloc in parliament, Muhammad Fneich, Minister of Administrative Development, and the two Deputies Ali Fayyad and Ali Mekdad. The event was prominently covered on Hezbollah's Al-Manar TV (2014) ….

### b. **Seasons Corporation for Agricultural Projects and Services SARL**

445.   As its name suggests, the company provides agricultural services and establishes projects in the field of agriculture. According to Hezbollah's *Al-Manar*, it reportedly started its operations in the northern Bekaa valley town of al-Nabi Othman. According to an agreement made between Jihad al-Bina and the Lebanese University's School of Agriculture, Seasons is obligated to provide courses for the school's students. As in the case of Meamar, SDGT Qassem Aliq is one of its founders.

446.　The following individuals were involved with the company:

- **Ibrahim Abdallah Ismail** was listed as an authorized signatory, co-founder and shareholder (holding 1,220 shares) of the company;

- **Muhammad Ni'mah al-Hajj** was listed as an authorized signatory and shareholder (holding 260 shares) of the company;

- **Qassem Aliq** (SDGT) was listed as a co-founder of the company;

- **Abbas Muhammad Raslan** was listed as a co-founder of the company;

- **Fawzat Abdallah Ibrahim al-Hajj** was listed as a co-founder of the company;

- **Adel Mahmud Salim** was listed as a shareholder (holding 260 shares) of the company;

- **Tareq Muhammad al-Musawi** was listed as a shareholder (holding 260 shares) of the company; and

- **Osama Abbas Ramal** was listed as the company's attorney.

### c.　Arch Consulting SARL

447.　Arch Consulting SARL is one of Hezbollah's main construction partners. The company has built hospitals, schools and religious institutions in the Hezbollah-controlled areas in Beirut, South Lebanon and the Bekaa Valley.

448.　Arch Consulting SARL maintained an account at Defendant BLOM BANK.

449.　Arch Consulting SARL is also involved in tourism, infrastructure, and hydraulic projects.

450.　In international markets, the company built the Abidjan Islamic Cultural Center in the Ivory Coast, a Shi'a religious association established by a supporter of Hezbollah.

451.　Before registering in early 2005, Arch Consulting SARL operated under the name of Research Institute of Jihad al-Bina.

452.　Arch Consulting SARL cooperates with more than 30 municipalities in South

Lebanon and Beqaa, for which they consult and draw up engineering researches.[32]

453.   Together with Adham Tabaja's Al-Inmaa Engineering and Contracting SARL (SDGT) and Meamar Company for Engineering and Development SARL, Arch Consulting SARL was involved in the construction of Al-Mahdi Secondary School and a "Martyr's Hall" in the village of Hadath.

454.   Hezbollah leader Hashem Safieddine attended the opening ceremony for the school together with Tabaja and Walid Ali Jaber, the former director of Jihad al-Bina, who serves as the general manager of Arch Consulting SARL and owns 40 percent of it.

455.   Jaafar Musa Musa, another founder of Arch Consulting SARL, owns 30 percent of it. In 2016, he was a candidate in the municipal elections in his hometown of Houmine al-Faouqa and won a seat. Musa is also listed as a 25 percent shareholder in National Crushers Company SARL, a company co-founded by Muhammad Issam Abu Darwish and his brother Sami Issam Abu Darwish, with Osama Abbas Ramal registered as the company's attorney.

456.   Muhammad Haidar Qansu is another founder of Arch Consulting SARL and owns 30 percent of it. In 2016, Qansu was a Hezbollah candidate in the municipal elections in the Lebanese town Doueir. Additionally, he was named a member in a municipal committee later that year.

457.   Aside from Arch Consulting SARL, Mr. Qansu worked with IRGC-QF commander, Hassan Shateri, in National Crushers Company SAL and Cleany & Company SARL.

458.   Arch Consulting SARL's attorney was listed as Osama Abbas Ramal.

459.   Arch Consulting SARL is also closely tied with another prominent Hezbollah

---

[32]     According to Joseph Daher's monograph: *Hezbollah – The Political Economy of Lebanon's Party of God*, Arch Consulting SARL "was previously part of Jihad al-Bina (Hezbollah's construction organization) but became an independent company in 2005."

A-172

entity, the U.S.-designated Martyrs Foundation–Lebanon (SDGT).

460.    Arch Consulting SARL has undertaken at least two major projects for Atlas Holding SAL, the commercial arm and a corporate alter-ego (discussed below) of the Martyrs-Foundation - Lebanon.

461.    Arch Consulting SARL's website proudly notes projects the company has worked on for Atlas Holding SAL:



### d.  Al-Raed SARL

462.    Al-Raed SARL was established in 1994 by Sultan Khalifa As'ad's deputy, Karim Ibrahim Fadlallah who is, among other things, deputy administrator for Hezbollah's Central Municipal Labor Committee.

463.    Al-Raed SARL purports to provide general contracting services.

464.    The company's attorney is also Osama Abbas Ramal.

465.    The company maintained one or more accounts at Defendant BLOM BANK.

466.    Once again, as Joseph Daher wrote in *Hezbollah – The Political Economy of Lebanon's Party of God,* describing the collection of Jihad al-Bina corporate entities:

> These companies offer important insights into the nature of the Hezbollah's

94

economic activities. Each of them is privately owned and operated, and thus help to enrich a narrow layer of the Shi'a community who control them. At the same time, they are very closely linked to the party itself; all four companies are headed by Hezbollah members and supporters, including electoral candidates for the party. Their projects are largely based in the Hezbollah-controlled areas with clients mostly drawn from Hezbollah's educational, media and schooling institutions. Hezbollah officials frequently praise these institutions in publicly organized celebrations. Indeed, the close links between the Hezbollah and these companies have led to public concerns being expressed around clientelism and patronage stemming from the party's position in the state apparatus. The explicit and open nature of their relationship with the party is one further indication of the network of private sector institutions that have arisen around construction and real estate activities in Shi'a-populated areas, and points to the emergence of a bourgeoisie linked to the Hezbollah.

### 3.   THE MARTYRS FOUNDATION–LEBANON

467.   The Martyrs Foundation–Lebanon (a/k/a *Shahid* Foundation, a/k/a *Mua'assasat al-Shahid*) is a branch of the Iranian Martyrs Foundation. It was established after the Israeli incursion into Lebanon in 1982, with the goal of supporting the families of Hezbollah fighters who died as a result of their attacks on the IDF.

468.   Martyrs Foundation–Lebanon is controlled and operated by Hezbollah and is one of the most open and notorious Hezbollah institutions in Lebanon.

469.   One of the Martyrs Foundation–Lebanon's associated organizations is the U.S.-based Goodwill Charitable Organization ("GCO").

470.   GCO was founded by the Martyrs Foundation–Lebanon as a fundraising office in Dearborn, Michigan.

471.   GCO was designated an SDGT on July 24, 2007 by the U.S. Department of the Treasury as a "front organization that reports directly to the leadership of the Martyrs Foundation in Lebanon."

472.   According to the U.S. Department of the Treasury, Hezbollah's leaders in Lebanon instructed Hezbollah operatives in the United States to send their contributions to GCO and to

contact GCO for the purpose of contributing to the Martyrs Foundation–Lebanon.

473.    Since its founding, GCO has sent a significant amount of money to the Martyrs
Foundation in Lebanon.

474.    The Martyrs Foundation–Lebanon glorifies death in *jihad* by cultivating
Hezbollah's 'cult of the martyr.'

475.    The foundation's purpose since its inception has been to help Hezbollah wage *jihad*
against the perceived enemies of Shi'a Islam.

476.    The Director of the Foundation is a Hezbollah operative named Shawki Nur al-Din
and its former chairman was Hussein al-Shami, an SDGT (former head of the IRSO; discussed
above).

477.    The Martyrs Foundation–Lebanon is made up of five institutes: The Culture
Institute promotes Hezbollah's ideology of the *shahid* (or martyr); the Check and Balance Institute
monitors and provides aid to the families of Hezbollah's martyrs; the Health Institute overseas
Hezbollah's hospitals and clinics for the families of the martyrs; the Social Institute is responsible
for martyrs' children's education; and the most important of the five institutes is the Takaful
Institute, whose director for much of the relevant period was Hussein al-Shami (also the director
of the Foundation at the time).

478.    The Takaful Institute is essentially the fundraising arm of the foundation,
responsible for identifying *kafils* (benefactors) who will sponsor families of the martyrs.

479.    The Takaful Institute used Hezbollah media to recruit these *kafils,* printing
photographs of the children of recently deceased martyrs in its *Al Safir* publication.

480.    The Takaful Institute also targets the Lebanese Shi'a expat communities living in
the Persian Gulf and in Africa.

96

481.     The Culture Institute aims at preserving the legacy of individual Hezbollah "martyrs" by transforming artifacts and their personal effects into icons. To this end, the Institute has established several local "museums," converting apartments located in Hezbollah quarters or villages and redesigning them as a kind of shrine in the hometown of the martyr.

482.     The shrines often include pieces of bloodied clothes the martyr wore when he was killed as well as photographs of the decedent in Hezbollah gear placed with family photos of the fallen, posing with his children or wife, or if unmarried, featured with his parents.

483.     The Culture Institute shrines often feature the Koran the martyrs allegedly used, opened to the page of *fatiha* (first sura of the Koran) and prayers said for the souls of the dead.

484.     As of November 2009, there were approximately 800 employees and volunteers working in the foundation.

485.     The Martyrs Foundation–Lebanon claims to take care of approximately 5,000 people, including the families of Hezbollah's "martyrs" who died during the 2006 conflict with Israel.

486.     According to the Martyrs Foundation–Lebanon's spokesman, Muhammad al-Husseini, the foundation assists only people who are affiliated with Hezbollah.

487.     The Martyrs Foundation–Lebanon has established a large hospital in Hezbollah's stronghold in Beirut—the Dahiya (or southern suburbs of Beirut).

488.     There are several branches all over Lebanon. The main branches are located in Beirut, Baalbek (the western Beqaa), Tripoli, and Tyre.

489.     The Martyrs Foundation–Lebanon was designated an SDGT by the U.S. Department of the Treasury on July 24, 2007.

490.     According to the U.S. Department of the Treasury, "Martyrs Foundation branches

in Lebanon has also provided financial support to the families of killed or imprisoned Hizballah

[sic]… In addition to fundraising responsibilities, senior Martyrs Foundation officials were

directly involved in Hizballah operations against Israel during the July-August 2006 conflict."

491.    The U.S. Department of the Treasury also found that:

> [T]he Martyrs Foundation is an Iranian parastatal organization that channels
> financial support from Iran to several terrorist organizations in the Levant,
> including Hezbollah, Hamas, and the Palestinian Islamic Jihad (PIJ). To this
> end, the Martyrs Foundation established branches in Lebanon staffed by
> leaders and members of these same terrorist groups. Martyrs Foundation
> branches in Lebanon has also provided financial support to the families of
> killed or imprisoned Hezbollah and PIJ members, including suicide
> bombers in the Palestinian territories.

492.    The Martyrs Foundation–Lebanon does not conduct itself like any recognizable

charity in the United States. The Martyrs Foundation–Lebanon imports and distributes cash

(usually in U.S. dollars) at volumes that are unthinkable for a legitimate and ordinary charitable

institution.

493.    As detailed below, during the relevant period, LCB exempted the Martyrs

Foundation–Lebanon from signing cash transaction slips disclosing the source of funds for

transactions up to $100,000 per day at its Airport Road branch in Beirut.[33]

494.    The Martyrs Foundation–Lebanon owns and operates, among other facilities:

---

[33]    The Financial Action Task Force (FATF), an independent inter-governmental body that develops and
promotes policies to protect the global financial system against money laundering, terrorist financing and the financing
of proliferation of weapons of mass destruction, issued a guide in 2015 titled *Combating The Abuse of Non-Profit
Organisations*. It provides:

> There may be circumstances in which cash may be the only means possible for the NPO to operate,
> for example, to provide assistance to a particularly remote region where financial services are not
> available. While cash is inherently more risky to terrorist abuse, when cash is used, *it should be used
> appropriately in line with international and national laws and regulations, including cash
> declaration and/or cash disclosure requirements to promote greater transparency and
> accountability of the funds*." (Emphasis added.)

### a. **Al-Rasul al-Azam Hospital and Other Hezbollah-controlled Hospitals**

495.     The Martyrs Foundation–Lebanon receives funding from the Imam Khomeini Relief Foundation (an SDGT discussed later in the Complaint), which pays all medical expenses for Hezbollah's wounded operatives and an estimated 70 percent of the cost of caring for civilians injured in "resistance"-related fighting.

496.     Al-Rasul al-Azam Hospital is located in one of Beirut's southern suburbs, Burj al-Barajneh, which is effectively controlled and governed by Hezbollah.

497.     Al-Rasul al-Azam Hospital and the new Hezbollah hospitals recently built in the South and in Baalbek employ large staffs and maintain substantial pools of medical professionals whose livelihood depends on Hezbollah.

498.     The Lebanese Syndicate of Hospitals lists the Martyrs Foundation as having established the Al-Rasul al-Azam Hospital and opened its doors in 1988.

499.     Dr. Muhammad Ali Bashir serves as the hospital's CEO, and Shawki Nur al-Din serves as the hospital's chairman.

500.     Al-Rasul al-Azam Hospital has a list of 1,800 Hezbollah martyrs' family members who receive preferential treatment, including priority appointments, superior rooms and nurses dedicated to their treatment.

501.     This happens even though Al-Rasul al-Azam claims to be committed to treating all Lebanese citizens; it is common knowledge that Hezbollah fighters and their families receive top priority.

502.     For example, a May 2013 article in *The New York Times* quotes a nurse from the hospital who stated that the facility was closed to civilian patients because it was "full of Hezbollah fighters." The article continues: "A Hezbollah militiaman stood guard with a walkie-talkie, near a

large poster of a fighter who died recently and was commemorated as a martyr."

503.    In honor of the hospital's 25th anniversary, Hezbollah leader Hassan Nasrallah delivered a speech at the hospital. He acknowledged the role of the Martyrs Foundation–Lebanon in establishing the hospital and went on to describe the hospital as part of the *jihad*, of the resistance.

504.    In July 2015, several sources published reports that an Iranian military delegation recovered the bodies of eight IRGC personnel after they were identified in, and transferred from, Al-Rasul al-Azam Hospital.

505.    In November 2015, ISIS claimed responsibility for twin suicide attacks near the hospital that left 43 dead. ISIS has declared such attacks are an attempt to exact revenge on Hezbollah for its involvement in Syria.

506.    As a result of the ISIS attacks on the hospital, Hezbollah has erected walls and iron and concrete barriers in the vicinity of the hospital.

507.    Before the 2018 elections in Lebanon, the Hezbollah-affiliated publication *Al-Ahed* published an article calling Lebanese voters to support Hezbollah because of the services provided by Al-Rasul al-Azam Hospital.

508.    The article publicly noted that the hospital received over $1 million U.S. dollars per month from the Imam Khomeini Foundation that subsidized costs to patients and urged voters to cast ballots for those who protect the country with "blood and medicine."

509.    The Martyrs Foundation–Lebanon also controls several other major hospitals in Lebanon including Baalbek Hospital, Bahman Hospital, West Bekaa Hospital and Saint George Hospital.

510.    Several such installations are reported to serve a secondary function as Hezbollah

command-and-control facilities, effectively shielded from Israeli airstrikes by their proximity to the hospitals they are situated in.

### b. Atlas Holding SAL

511.    The Martyrs Foundation–Lebanon also owns a holding company, Atlas Holding SAL, which it formally established in 2006 but operated in other forms previously.

512.    Atlas Holding SAL is effectively the investment arm of the Martyrs Foundation–Lebanon.

513.    Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendants SGBL and BANK AUDI maintained an account for and provided financial services to Atlas Holding SAL.

514.    Atlas Holding SAL was co-founded by Hezbollah operative and Al-Rasul al-Azam Hospital CEO, Muhammad Ali Bashir; is managed by Hezbollah operative Qassem Muhammad Ali Bazzi; and was incorporated by one of Hezbollah's lawyers, Ali Hassan Berro.

515.    Atlas Holding SAL makes no effort to conceal the fact that it is owned by the Martyrs Foundation–Lebanon and the latter publicly advertises the affiliation.

516.    Atlas Holding SAL has a sister company (located at the same address) called Atlas for Trade and Industry Ltd.

517.    Atlas for Trade and Industry Ltd. was co-founded by Qassem Aliq, who, as noted above, was designated an SDGT on July 24, 2007, as "a Hizballah official who was previously the director for the Martyrs Foundation branch in Lebanon. In addition to overseeing Martyrs Foundation's operation, Aliq worked closely with senior Hizballah officials. Aliq currently serves as the director of Jihad al-Bina, a Lebanon-based construction company formed and operated by

Hizballah and previously designated by the U.S. Department of the Treasury."

518.    Another founder of this company is Adnan Muhammad Ali Qassir, who served as the Hezbollah mayor of Dir Qanoun al-Nahr.

519.    As with Atlas Holding SAL, Atlas for Trade and Industry Ltd. lists one of Hezbollah's lawyers, Ali Hassan Berro, as the company's attorney.

520.    Atlas Holding SAL owns or controls several commercial enterprises. These include:

- **Shahed Pharm Drugstore SARL** (2,700 of 3,000 shares);
- **Al-Amana SARL** (39,200 of 40,000 shares);
- **Amana Plus Co.** (9,997 of 10,000 shares);
- **Amana Sanitary and Paints Company LLC ASPCO** (98 of 100 shares);
- **Société Orientale Libanaise d'Investissement et Développement SAL "SOLID"** (co-founder, no shares);
- **Medical Equipments and Drugs International Corporation SAL "MEDIC"** (28,000 of 30,000 shares);
- **Al-Kawthar** (98 of 100 shares);
- **City Pharma SARL** (co-founder, no shares); and
- **Global Touristic Services SAL "GTS"** (9,997 of 10,000 shares).

521.    The Martyrs Foundation – Lebanon / Atlas Holding family of companies had the following Lebanese banking relationships (detailed below):

| Atlas Holding Companies (Martyrs Foundation - Lebanon) | Defendant Bank |
|---|---|
| **Atlas Holding SAL** | - SGBL<br>- BANK AUDI |
| **Shahed Pharm Drugstore SARL** | - LEBANON AND GULF BANK |
| **Al-Amana SARL** | - BYBLOS BANK<br>- LEBANON AND GULF BANK |
| **Amana Plus Company SAL** | - LEBANON AND GULF BANK |
| **Société Orientale Libanaise d'Investissement et Développement SAL** | - BYBLOS BANK |
| **Medical Equipments and Drugs International Corporation SAL** | - BYBLOS BANK<br>- BANK AUDI<br>- BANK OF BEIRUT<br>- JAMMAL TRUST BANK |

| City Pharma SARL | • LEBANON AND GULF BANK |
| Global Touristic Services SAL | • BYBLOS BANK |

### i.    Shahed Pharm Drugstore SARL

522.    Shahed Pharm Drugstore SARL was co-founded and co-owned by Martyrs Foundation–Lebanon / Atlas Holding SAL sub-company (holds 2,700 shares), by Hezbollah operative and Al-Rasul al-Azam Hospital CEO Muhammad Ali Bashir, and by Martyrs Foundation–Lebanon Director Shawki Nur al-Din; is managed by Hezbollah operative Qassem Muhammad Ali Bazzi; and was incorporated by one of Hezbollah's lawyers, Ali Hassan Berro.

523.    Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendant LEBANON AND GULF BANK maintained an account for and provided financial services to this Atlas Holding SAL sub-company, Shahed Pharm Drugstore SARL.

### ii.    Al-Amana SARL

524.    Al-Amana SARL is owned by the Martyrs Foundation–Lebanon through Atlas Holding SAL, which holds 98 percent of Al-Amana SARL.

525.    Hezbollah operative Qassim Muhammad Ali Bazzi is the general manager and owns 1 percent, and the remaining one per cent is held by Osama Muhammad Aliq. Muhammad Ali Bashir is listed as founder of Al-Amana SARL. Al-Amana SARL was incorporated by one of Hezbollah's lawyers, Ali Hassan Berro.

526.    Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendants LEBANON AND GULF BANK and BYBLOS BANK each maintained an account for and provided financial services to this Atlas Holding SAL sub-company, Al-Amana SARL.

### iii.  Amana Plus Company SAL

527.  Amana Plus Company SAL was co-founded by Hezbollah operative and Al-Rasul al-Azam Hospital CEO, Muhammad Ali Bashir, Martyrs Foundation–Lebanon Director, Shawki Nur al-Din, and Qassem Muhammad Ali Bazzi. It is also managed by Hezbollah operative Qassem Muhammad Ali Bazzi, and was incorporated by one of Hezbollah's lawyers, Ali Hassan Berro.

528.  Amana Plus operates gas stations in Lebanon. An example below demonstrates that this is an open, commercial enterprise:



529.  Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendant LEBANON AND GULF BANK (main branch) maintained an account for and provided financial services to this Atlas Holding SAL sub-company, Amana Plus Company SAL.

### iv.  Société Orientale Libanaise d'Investissement et Développement SAL

530.  Atlas Holding SAL is listed as a founder of the company, but 50 percent of the registered shares were listed as belonging to Hassan Ali Tajideen, executive manager of Tajco (SDGT), shareholder in Tajco SAE and son of Ali Muhammad Tajideen—the U.S.-designated SDGT and Hezbollah financier.

531.  The following individuals were involved with the company:

- **Hassan Ali Tajideen** was listed as the chairman, majority shareholder (holding 50 percent of the shares), co-founder and authorized signatory of the company;

- **Nur al-Ain Muhammad Ali Atwi** (Hassan's mother and wife of Ali Muhammad Tajideen) was listed as a shareholder (holding 35 percent of the shares), co-founder and member of the board of directors of the company;

- **Jihad Muhammad Qansu** (SDGT) was listed as the company's auditor; he serves as statutory auditor of numerous companies associated with Hezbollah (see dedicated section below);

- **Ibrahim Mahmoud Youssef** was listed as a partner and board member of the company; and

- **Ali Hassan Berro** was listed as the company's attorney.

532.    Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendant BYBLOS BANK maintained an account for and provided financial services to this Hezbollah-controlled company in the BAC network, Société Orientale Libanaise d'Investissement et Développement SAL.

### v.    Medical Equipments and Drugs International Corporation SAL

533.    Medical Equipments and Drugs International Corporation SAL was established in 2013—*six years* after the U.S. designation of the Martyrs Foundation–Lebanon. It warehouses pharmaceutical products and medical equipment.

534.    Hezbollah operative Qassem Muhammad Ali Bazzi is the company's manager.

535.    Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendants BYBLOS BANK SAL, JAMMAL TRUST BANK SAL, BANK AUDI SAL and BANK OF BEIRUT SAL each maintained an account for and provided financial services to this Atlas Holding

SAL sub-company, Medical Equipments and Drugs International Corporation SAL.

### vi.    Al-Kawthar

536.    Al-Kawthar is a clothing store chain in Lebanon. The company is owned by the Martyrs Foundation–Lebanon through Atlas Holding SAL, but 2 percent of the shares are owned by Hezbollah operative and Al-Rasul al-Azam Hospital CEO Muhammad Ali Bashir and Martyrs Foundation–Lebanon Director Shawki Nur al-Din (1 percent each). One of Hezbollah's lawyers, Ali Hassan Berro, is listed as the company's attorney.

### vii.    City Pharma SARL

537.    City Pharma SARL is a Hezbollah-controlled pharmaceutical distributor also involved in counterfeit drug smuggling. The company is owned by the Martyrs Foundation–Lebanon through Atlas Holding SAL, but 2 percent of the shares are owned by Hezbollah operative and Al-Rasul al-Azam Hospital CEO Muhammad Ali Bashir and Martyrs Foundation–Lebanon Director Shawki Nur al-Din (1 percent each).

538.    Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendant LEBANON AND GULF BANK maintained an account for and provided financial services to this Atlas Holding SAL sub-company, City Pharma SARL.

### viii.    Global Touristic Services SAL

539.    Global Touristic Services SAL is owned by the Martyrs Foundation–Lebanon through Atlas Holding SAL. It was founded in 2008, after the Martyrs Foundation–Lebanon was designated as an SDGT. The company claims to invest in tourism and hotel projects, hotels, restaurants, motels, furnished apartments, and restaurants in Lebanon and abroad. It also claims to invest in restaurants, cafes, snack bars, coffee and tea lounges of all grades as well as zoos,

amusement parks and games, art museums, craft festivals and tourism festivals.

540.     Al-Rasul al-Azam Hospital's CEO Muhammad Ali Bashir and Martyrs Foundation–Lebanon Director (until 2009) Shawki Nur al-Din were co-founders of the company along with Hezbollah operative Qassem Muhammad Ali Bazzi.

541.     Jihad Muhammad Qansu, a U.S.-designated SDGT associated with Adham Tabaja, was listed as the company's auditor, and one of Hezbollah's lawyers, Ali Hassan Berro, is listed as the company's attorney.

542.     Notwithstanding Atlas Holding SAL being owned and controlled by the Martyrs Foundation–Lebanon and that organization's designation in 2006 as an SDGT, Defendant BYBLOS BANK maintained an account for and provided financial services to this Atlas Holding SAL sub-company, Global Touristic Services SAL.

### 4.     AL-MABARRAT CHARITABLE SOCIETY

543.     Al-Mabarrat Charitable Society (a/k/a Benevolent Charity Society) was established in 1978 and was founded by Hezbollah's spiritual leader, Sheikh Muhammad Hussein Fadlallah, who, as noted above, was designated an SDT in 1995.

544.     Al-Mabarrat operates a chain of schools, orphanages, clinics, educational and vocational centers, mosques and hospitals, including the Al-Hadi Institute.

545.     Just as Sheikh Fadlallah provided "spiritual guidance" and Islamic legal justifications for Hezbollah's terrorist activities but denied being a formal member of the organization, Al-Mabarrat has long maintained the pretense that it is sympathetic to, but not part of, Hezbollah.

546.     Sheikh Fadlallah's brother, Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah, serves as the organization's general manager.

547.     Sheikh Fadlallah's son, Ali al-Sayyid Muhammad Hussein Fadlallah, serves as the organization's president.

548.     During the relevant period, the Al-Mabarrat Society maintained one or more accounts at LCB and was exempted from signing CTSs for cash transactions up to $55,000 per day at the Airport Road branch.

549.     Al-Mabarrat established a satellite organization in the United States known as "Al-Mabarrat Society," which was established in 1991 in Dearborn, Michigan.

550.     According to its English website, the charity's aim is to educate orphans and to secure sponsors and donations for fifteen schools and nine orphanages in Lebanon and Iraq.

551.     Talal Khalil Chahine (a/k/a Talal Shahin), the former owner of the La Shish restaurant chain, was prominently linked to the U.S. organization (as a Hezbollah fundraiser) prior to his indictment on federal tax evasion charges for allegedly concealing more than $20 million U.S. dollars in restaurant profits and funneling some of those funds to Lebanon.

552.     In 2002, Chahine, whom federal prosecutors asserted had "connections at the highest levels of ... Hezbollah," attended an Al-Mabarrat fundraiser in Lebanon at which he and Sheikh Fadlallah (SDT) served as the keynote speakers.

553.     Chahine is a relative and business partner of Muhammad Bazzi, a senior member of the BAC and an SDGT.

554.     Chahine maintained U.S. dollar-denominated accounts (in 2001) at Defendant BYBLOS BANK and Defendant FRANSABANK and transferred more than $2 million U.S. dollars through the United States using those accounts.

555.     On July 24, 2007, FBI agents raided Al-Mabarrat's office in Dearborn, and seized files, paperwork and financial records, but the organization was never indicted or closed.

556.    LCB and Defendants SGBL and BLOM BANK maintained accounts for and provided financial services to the Al-Mabarrat Society.

557.    In addition to funds it has raised in the United States through the Al-Mabarrat Society, the parent organization owns and operates several commercial enterprises in Lebanon and around the world. These include the following entities:

### a.    Arab Lebanese Trading & Contracting Company

558.    Arab Lebanese Trading & Contracting Company was incorporated by one of Hezbollah's lawyers, Ali Hassan Berro. The company is co-owned by Al-Mabarrat's general manager, Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah, its president, Ali al-Sayyid Muhammad Hussein Fadlallah, and Hamzah Safieddine, the brother of two of Hezbollah's most powerful leaders, Hashem and Abdallah Safieddine.

559.    Hamzah Safieddine's (nominal) ownership stake highlights Al-Mabarrat's role as a key institution in Hezbollah's network of social services organizations.

### b.    Assaha International Group (Offshore) SAL

560.    Assaha International Group (Offshore) SAL was incorporated by one of Hezbollah's lawyers, Ali Hassan Berro (who also owns shares in the company). The company is co-owned by Al-Mabarrat's general manager, Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah, and an architect named Jamal Makke, who is involved in several companies associated with Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah. Hassan Hamd Surur was listed as the company's auditor.

### c.    Assaha Travel and Tourism SARL

561.    Assaha Travel and Tourism SARL was also incorporated by one of Hezbollah's lawyers, Ali Hassan Berro, but is owned by Al-Mabarrat directly (which holds 90 percent of the

company's shares).

562.    Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah and Jamal Makke co-founded the company and are partners in it, each holding 5 percent of the shares.

563.    The company operates Assaha Village, a historically themed restaurant and event space in the heart of the Hezbollah-controlled southern outskirts of Beirut.

### d.  Al-Aytam Company for General Trading and Fuels

564.    Al-Aytam Company for General Trading and Fuels (a/k/a Aytam Petroleum), is a company which deals with trade, import and export, especially in the field of hydrocarbons trade and other petroleum derivatives. It operates a network of gas stations in the greater Beirut area.

565.    Hamzah Safieddine was listed as a co-founder and partner of the company, and Hassan Hamd Surur was listed as its director (he was also listed as the auditor of Assaha International Group Offshore SAL).

566.    Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah was listed as a partner and authorized signatory; Ahmad Muhammad Hussein Fadlallah (Sheikh Fadlallah's son) was listed as a partner and co-founder; Abdallah Ismail al-Zayn was listed as a partner and co-founder; Ali al-Sayyid Muhammad Hussein Fadlallah (Sheikh Fadlallah's son) was listed as a partner and authorized signatory; and Muhammad Ali al-Sayyid Abd al-Ra'uf Fadlallah (Sheikh Fadlallah's brother) was listed as a partner and co-founder of the company. Al-Mabarrat itself is listed as a partner and co-founder of the company.

567.    Both Hamzah Safieddine's role as partner co-founder and Sheikh Fadlallah's brother and son's roles serving as founders and partners in the company highlight the close connection between Al-Mabarrat, Al-Aytam and Hezbollah.

568.    Al-Aytam was incorporated and co-founded by one of Hezbollah's lawyers, Ali

Hassan Berro's sister—Zeinab Hassan Berro.

569.    During the relevant period, the Al-Aytam Company maintained one or more accounts at LCB and was exempted from signing CTSs for cash transactions up to $50,000 per day at the Airport Road branch.

### e.  The Lebanese-Arab Company for Touristic Services SARL

570.    The Lebanese-Arab Company for Touristic Services SARL is a tourism company owned by and co-founded by Al-Mabarrat.

571.    The following individuals were involved with the company:

- **Hamzah Safieddine** (brother of Hashem and Abdallah Safieddine, both SDGTs) was listed as a co-owner, co-founder and authorized signatory of the company;

- **Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah** was listed as a co-founder and authorized signatory of the company;

- **Jamal Ali Makke** was listed as a co-owner, co-founder and authorized signatory of the company;

- **Ali al-Sayyid Muhammad Hussein Fadlallah** was listed as a co-owner, authorized signatory and co-founder of the company;

- **Ra'fat Yunas Sa'id** was listed as an authorized signatory of the company; and

- **Ali Hassan Berro** was listed as the attorney for the company.

572.    During the relevant period, the Lebanese-Arab Company for Touristic Services SARL maintained one or more accounts at LCB and was exempted from signing CTSs for cash transactions up to $22,000 per day at the Airport Road branch.

### f.  Rayan Foods SAL

573.    The Lebanese-Arab Company for Touristic Services SARL is the major shareholder (63 percent) of Rayan Foods, nominally an import and export company that focuses

on renting, manufacturing, buying and selling various kinds of machinery and equipment, building materials, artificial stones, sanitary ware, electricals, paints, fuel, wood, metals, plastic, fertilizers, agricultural medicines, material and non-material movables, labor and brokering, abroad and in Lebanon. It also purports to be involved in management, investment, construction and rental of restaurants, amusement parks, cafes, cinemas, hotels, furnished apartments, and the use of all tourism businesses.

574.    Another major shareholder of Rayan Foods is Ali Radwan Aidibi (31.81 percent). Ali Muhammad Hussein Fadlallah holds thirty shares and is the chairman; Jihad Muhammad Qansu (SDGT) is its auditor; Jamal Ali Makke is a board member and authorized signatory; and Muhammad Baqir al-Sayyid Abd al-Ra'uf Fadlallah is a board member, managing member and authorized signatory. It was also incorporated by Hezbollah's attorney, Ali Hassan Berro.

## 5.    IMAM KHOMEINI RELIEF COMMITTEE – LEBANON ("IKRC")

575.    The Imam Khomeini Relief Committee (a/k/a Islamic Charitable Emdad Committee, Emdad Assistance Foundation) was formed in 1979 by the Iranian government as a charitable organization, officially to help poor families and allow them to regain financial stability. It operates throughout the Middle East and has branches all over the region. As a key instrument of soft power used to promote Iran's ideological and political goals, the IKRC is a humanitarian aid organization that also organizes anti-American protests, promotes Shi'a Islam, and has been known to work closely with the IRGC–QF.

576.    The Imam Khomeini Relief Committee–Lebanon is the Lebanese branch of the IKRC ("IKRC-Lebanon"). It was reportedly established in Lebanon in 1987 and became a public welfare association by Lebanese presidential decree in 1994.

577.    The IKRC–Lebanon defined itself in 1997 as "a charitable NGO started by Hizballah to alleviate social hardship in that part of the Lebanese population most affected by the

Israeli occupation of the south of the country." The IKRC–Lebanon maintains branches throughout Shi'a populated areas of Lebanon.

578.    Hezbollah controls and sets the policy for the IKRC–Lebanon and determines the allocation of its budget.

579.    The IKRC–Lebanon was designated an SDGT by the U.S. Department of the Treasury on August 3, 2010 together with its director, Ali Hassan Zreik.

580.    According to the U.S. Department of the Treasury, the IKRC–Lebanon "is a Hizballah social service organization that was created by the Government of Iran in the 1980s and is directed and run by Hizballah members or cadre. Iran has provided millions of dollars to the Hizballah-run branch in Lebanon since 2007. The IKRC has helped fund and operate Hizballah youth training camps, which have been used to recruit future Hizballah members and operatives. Hizballah Secretary General Hassan Nasrallah has acknowledged the IKRC branch in Lebanon as one of Hizballah's openly-functioning institutions linked to and funded by Iran."

581.    The IKRC-Lebanon held account no. 39144* at LCB in the names of four individuals jointly: "Mohamad Rahme, Sobhi Sakr, Mohamad Al Makhour and Ali Zreik." It was closed in October 2010, two months after the U.S. designation of the organization and director, Ali Hassan Zreik.

582.    Muhammad al-Maqhur (a/k/a Mohamad Al Makhour) also worked for the organization and served as a local Hezbollah official in the Hermel municipality.

583.    Subhi Ali Saqr (a/k/a Sobhi Sakr) serves as the Hezbollah mayor of Hermel.

584.    During the relevant period, Defendant MEAB BANK maintained accounts (including a U.S. dollar-denominated account) and provided financial services to the IKRC-Lebanon.

### 6.    WOUNDED ASSOCIATION

585.    The Wounded Association (a/k/a *Muassasat Al-Jarha* / Al-Jarha Association) was registered in Lebanon on October 31, 1992. The organization's stated focus is caring for people wounded in the "Resistance."

586.    The Wounded Association belongs to and is controlled by Hezbollah and serves as a key "safety net" for the families of Hezbollah operatives, providing financial benefits to wounded Jihadists and their familes.

587.    During the relevant period, Defendant FRANSABANK maintained account number 805458023 and provided financial services to the Wounded Association.

588.    The Association's long-standing public affiliation with Hezbollah is well known. For example, the Lebanon-based *Daily Star* published a feature story in 2002 about the Wehbe family that received financial assistance from the Association:

> The purchase of the apartment and all its perks come with compliments from the Al-Jarha (Wounded) Association, which caters to the war-wounded and disabled and is one of the social services provided by Hizbullah.
>
> Established in 1989, the association, located in Beirut's southern suburbs, cares for over 3,000 men, women and children. Eighty percent of the men the association assists were resistance fighters.

589.    The Association was also mentioned in Hezbollah leader Naim Qassem's book, *Hizbullah: The Story from Within.*

### D.    HEZBOLLAH MEDIA

### 1.    LEBANESE COMMUNICATION GROUP

590.    The Lebanese Communication Group was designated an SDGT by the U.S. Department of the Treasury on March 23, 2006. This media holding company is the parent company of Hezbollah's satellite television station *Al-Manar* and its radio station *Al-Nour*. Ali

Muhammad Dahir is the company's director, and Osama Abbas Rahal is listed as the company's attorney.

591.    The following individuals were previously identified as shareholders of the company:

- **Adham Hussein Tabaja** (SDGT);
- **Amin Muhammad Cherri** (SDGT) (brother-in-law of Ahmad Safa, former LCB manager);
- **Sultan Khalifa As'ad**;
- **Muhammad Hassan Raad** (head of Hezbollah's parliamentary bloc);
- **Ali Muhammad Dahir** (listed as director);
- **Kamal Elias Haddad** (listed as director);
- **Ahmed Hadi Mustapha Mazboudi** (listed as director); and
- **Youssef Ismail Zein** (listed as director).

### a.   *Al-Manar*

592.    *Al-Manar* started broadcasting in 1991 and began satellite broadcasts in 2000.

593.    *Al-Manar* raised funds for Hezbollah through advertisements broadcast on the network and an accompanying website that requested donations for the terrorist organization.

594.    As recently as late 2005, Hezbollah-affiliated charities aired commercials on *Al-Manar*, providing contact information and bank account numbers for donations. Moreover, Hezbollah Secretary General Nasrallah publicized an invitation for all Lebanese citizens to volunteer for Hezbollah military training on *Al-Manar* and *Al-Nour* (discussed below).

595.    The U.S. Department of State added *Al-Manar* to the Terrorism Exclusion List ("TEL") in December 2004.

596.    *Al-Manar* was designated an SDGT by the U.S. Department of the Treasury on March 23, 2006.

**b.** *Al-Nour*

597.　*Al-Nour* is Hezbollah's primary radio station. The station started broadcasting on May 9, 1988 and is supported by the IRGC. The station had several names, including: Voice of Islam (*Sawt al-Islam*), Voice of Faith (*Sawt al-Iman*), and Voice of the Oppressed (*Sawt al-Mustadafin*). The station chiefly broadcasts news, but also airs programs with religious content and programs about the lives of terrorists who were killed or captured.

598.　*Al-Nour* was designated as SDGT by the U.S. Department of the Treasury on March 23, 2006.

## 2.　HEZBOLLAH'S *BAQIYAT ALLAH* MAGAZINE

599.　*Baqiyat Allah* Magazine was founded in 1991 as a cultural magazine to be distributed to Hezbollah operatives and commanders.

600.　It is printed by Hezbollah's Dbouk International for Printing and General Trading, which was registered by leading Hezbollah-affiliated attorney Ali Hassan Berro.

601.　Defendant SGBL maintained an account for, and provided financial services to, Dbouk International for Printing and General Trading.

602.　The magazine is supervised by Al-Ma'aref Islamic Cultural Society.

603.　A 2015 issue of the magazine (No. 119) describes Hezbollah's various charitable institutions as part of the "society in resistance."

604.　Among the institutions described in the article are the Islamic Resistance Support Organization, The Martyrs Foundation–Lebanon, The Wounded Association, the Imam Khomenei Relief Foundation, and Jihad al-Bina. The articles emphasize how these institutions are all integral parts of the "Resistance."

### 3.   LEBANESE ARTS COUNCIL

605.    The Lebanese Arts Foundation (a/k/a Risalat) was established in 2006, as a Hezbollah-run cultural institution. It is subordinate to Hezbollah's "Technical Activities" unit (part of the Executive Council, under Hashem Safieddine). Risalat operates exhibitions and offers art courses, lectures and workshops. It is headed by Muhammad Kamal al-Din Kawtharani.

606.    Mleeta Museum (a/k/a "The Tourist Landmark of the Resistance," a/k/a "Museum for Resistance Tourism") is a "war" museum operated by Hezbollah's Executive Council.

607.    The museum was established on May 25, 2010 and aims to "circulate the culture of the resistance and work on building a resisting society; give attention to the ideological, artistic and cultural activities of relevance to the resistance; deepen the concept of martyrdom and explain its role in making life and preserving homeland, territory and sanctities."

608.    The site offers its visitors a chance to see its "spoils of war" exhibitions "gained by the resistance fighters since the beginning of the conflict with the enemy. In addition, information about the Zionist enemy and its different military formations are exhibited."

609.    Other sections of the museum include "The Pathway" – "a trail where thousands of Mujahedeen had positioned during the years of occupation… [and] launched to execute military operations against the opposing enemy outposts, reaching the occupied buffer zone." Another exhibit is titled "The Cave," which the museum states was "built by the resistance fighters for shelter … dug in rotation by more than 1,000 freedom fighters over a span of 3 years."

### E.   HEZBOLLAH'S BUSINESS AFFAIRS COMPONENT (BAC)

610.    The BAC is an international apparatus orchestrating Hezbollah's network of businesses and enterprises across the world, tasked with raising funds for Hezbollah through illicit activities, such as money laundering and drug trafficking, as well as ordinary business

enterprises.[34]

611.    These proceeds are later used for purchasing weaponry and funding the
organization's activities in Lebanon, Iraq and Syria.

612.    BAC's apparatus within Hezbollah was founded by Imad Mughniyah but is now
headed by Abdallah Safieddine and Adham Tabaja.

613.    According to the DEA, Hezbollah's BAC has developed extensive operational and
financial linkages with various drug cartels and money laundering networks across South America:

> Members of the Hizballah BAC have established business relationships
> with South American drug cartels, such as La Oficina de Envigado,
> responsible for supplying large quantities of cocaine to the European and
> United States drug markets. Further, the Hizballah BAC continues to
> launder significant drug proceeds as part of a trade-based money laundering
> scheme known as the Black-Market Peso Exchange.

614.    As set forth in granular detail in this Complaint, Hezbollah is a complex
organization with many components, but it is ultimately a single, unified entity that serves its
central purpose, to wage *jihad* according to its theological principles.

615.    Hezbollah's political leadership works collaboratively with its terrorism
directorates, which are – in turn – part and parcel of its network of social welfare institutions and
commercial enterprises that are ubiquitous in much of Lebanon and *openly* identify with the
terrorist organization.

616.    While the work of the IJO's terror cells is conducted clandestinely, Hezbollah's
political, social and commercial activity in Lebanon is conducted *openly* and is well understood
by the Defendants, which service the organization's financial and logistical needs.

---

[34]       BAC also aided Hezbollah in other areas such as intelligence-gathering and weapons shipments.

1.    **HEZBOLLAH BAC LEADERSHIP**

a.   **Abdallah Ali Safieddine**

617.    Abdallah Safieddine is the co-head of Hezbollah's BAC.

618.    Mr. Safieddine is also Hezbollah's longtime Tehran-based envoy to the IRGC and oversees Hezbollah's international drug trafficking networks and operations.

619.    Mr. Safieddine was involved in Iranian officials' access to LCB and key LCB managers, who provide Iran and Hezbollah with banking services (including Eurodollar bank accounts and access to the U.S. financial system). He is also the brother of senior Hezbollah leader Hashem Safieddine, and of Hamzah Safieddine, who represents his brothers' and Hezbollah's interests on the boards of several companies and businesses.

620.    Abdallah Safieddine was designated an SDGT by the U.S. Department of the Treasury on May 17, 2018. He was described by the U.S. Department of the Treasury as "Hizballah's representative to Iran."

621.    He is also closely connected to another senior BAC operative named Muhammad Bazzi, who was designated an SDGT on the same date.

b.   **Adham Hussein Tabaja**

622.    Adham Hussein Tabaja is a prominent Hezbollah leader and one of its most important financiers. Alongside Abdallah Safieddine, Mr. Tabaja presides over the BAC and operates an enormous network of well-known companies and businesses, whose proceeds support Hezbollah's terrorist endeavors.

623.    In Lebanon, Mr. Tabaja has been a public figure for decades and is widely known as a leading Hezbollah operative and real estate mogul, standing at the forefront of Hezbollah's leading projects from building hospitals and schools to public works projects to a series of

amusement parks and entertainment projects.

624.    For these reasons, Mr. Tabaja himself, his company, Al-Inmaa Group for Tourism Works, and its subsidiaries Al-Inmaa Engineering and Contracting SARL and Al-Inmaa for Entertainment and Leisure Projects, were all designated SDGTs by the U.S. Department of the Treasury on June 10, 2015.

625.    Al-Inmaa Group's subsidiary Al-Inmaa Engineering and Contracting SARL is one of the largest and most successful real estate companies in Lebanon. It has been used by Hezbollah as an "investment mechanism" and has provided Hezbollah with financial and organizational infrastructure for its real estate investment, construction, and money laundering requirements.

626.    According to the U.S. Department of the Treasury, "Tabaja maintains direct ties to senior Hizballah organizational elements, including the terrorist group's operational component, the Islamic Jihad, and holds properties in Lebanon on behalf of the group."[35]

627.    As a prominent Hezbollah leader, Adham Tabaja was the elected mayor of Kfar Tibnit (located in the Nabatiyeh district in South Lebanon) until his recent resignation in 2017 as a result of his designation as an SDGT.

628.    Mr. Tabaja's successor as mayor is also a Hezbollah operative.

629.    Adham Tabaja is an investor and holds key positions in a wide variety of Hezbollah commercial enterprises, which together form the "Tabaja Network." These entities also share common shareholders and officers, many of whom are U.S.-designated terrorist entities or individuals.

630.    Mr. Tabaja first became an LCB customer in 1998.

---

[35]     In 2009, Adham Tabaja bought a $27 million U.S. dollars plot of land in Lebanon. The deal was negotiated in meetings that took place at LCB's offices. According to a 2017 official report issued by the Lebanese General Directorate of Land Registry & Cadastre, Adham Tabaja is also linked to Defendant MEAB regarding the following properties in Lebanon: Ras Beirut 3361 Section 27 Block A and Nabatieh al-Tahta 688.

631.    Mr. Tabaja and his uncle Ahmad Ali Tabaja and other members of the "Tabaja
Network" have owned dozens of properties across Lebanon that they have used as collateral to
borrow large sums of money from Defendants to finance their operations.

632.    For example, on December 1, 2007, Adham Hussein Tabaja and Ahmad Ali Tabaja
took a $1.3 million mortgage on a property they jointly owned (No. 177 J6, al-Hadath) from
Defendant LEBANON AND GULF BANK.

633.    Defendant MEAB BANK has lent Mr. Tabaja and the "Tabaja Network" more than
$10 million to finance their projects.

634.    On April 23, 2019 the U.S. government's "Rewards for Justice" Program
announced a reward of up to $10 million "for information leading to the disruption of the financial
mechanisms of Lebanese Hizballah."

635.    The announcement described Mr. Tabaja as a "Hizballah member who maintains
direct ties to senior Hizballah organizational elements, including the terrorist group's operational
component, Islamic Jihad. Tabaja also holds properties in Lebanon on behalf of the group."

636.    Adham Tabaja controls a vast network of companies in Lebanon (and Iraq) on
Hezbollah's behalf that encompasses everything from real estate development to engineering to
large entertainment projects to insurance.

637.    Mr. Tabaja's corporate holdings in Iraq provided Hezbollah with commercial cover
for the movement of both money and personnel in and out of Iraq.

638.    For example, Mr. Tabaja is affiliated with Trust Compass Insurance SAL
(previously Compass Insurance Company SAL).

639.    The chairman of Trust Compass Insurance is Ahmad Ali Tabaja, Adham's uncle.

640.    Adham's aunt also sits on the company's board.

641.    The company insures, among other things, various hospitals and clinics owned by Hezbollah and its Martyrs Foundation (SDGT).

642.    Trust Compass Insurance also owns a significant stake in Adham Tabaja's company – Fun World Company SAL.

643.    Trust Compass Insurance was also a significant investor in LCB before the bank's legal difficulties precipitated its sale to SGBL.

644.    Trust Compass Insurance maintained accounts at Defendants SGBL (Chtaura Branch), MEAB BANK (Main Branch) and BANK OF BEIRUT.

645.    Adham Tabaja, his uncle Ahmad Tabaja, and Trust Compass Insurance, were also involved together in Nest Contracting Company SAL (discussed below).

646.    Mr. Tabaja and his Al-Inmaa group of companies (discussed below) are widely known and acknowledged to be affiliated with Hezbollah. For example, at the 2012 opening of a newly-constructed "Hall of the Martyr Sayyid Muhammad Baqir al-Sadr," one of Hezbollah's most senior leaders, Hashem Safieddine (brother of Abdallah Safieddine), honored and publicly thanked Al-Inmaa Engineering and Contracting SARL, Meamar Company for Engineering and Development SARL, and Arch Consulting SARL for their contributions to the project.

647.    Mr. Tabaja controls the following companies within the Hezbollah BAC network in Lebanon:

- **Al-Inmaa Group for Tourism Works** (SDGT**)** (and its subsidiaries). This company, founded in May 2006, provides travel and tourism services and operates amusement parks. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as a co-founder, partner and authorized signatory of the company;
  o Issam Ahmad Saad (SDGT) was listed as an authorized signatory,

co-founder, and partner of the company;[36]

o Imad Ramez Wazani (a/k/a Wazne) was listed as an authorized signatory, co-founder, and partner of the company; he was listed as a co-founder of at least six other Tabaja companies;

o Muhammad Taha Jumaa was listed as an authorized signatory, co-founder, and partner of the company;

o Ibrahim Waked Issa was listed as a co-founder and partner of the company;

o Nabil Mahmoud Assaf (SDGT) was listed as a co-founder and partner of the company;

o Hassan Muhammad Attiya was listed as a co-founder and partner of the company;

o Attallah Jamil Shaito was listed as a co-founder and partner of the company;[37] and

o Ali Hussein al-Ashi was listed as the attorney for the company.

Defendant BANK OF BEIRUT AND THE ARAB COUNTRIES maintained an account for and provided financial services to Al-Inmaa Group for Tourism Works.

- **Al-Inmaa Engineering and Contracting SARL** (SDGT). This company is a subsidiary of Al-Inmaa Group for Tourism Works and provides construction services. It was established in Lebanon in 1991 but later operated in Iraq on Hezbollah's behalf. The following individuals were involved with the company:

o Adham Hussein Tabaja (SDGT) was listed as manager, partner, co-founder and authorized signatory of the company;

o Issam Ahmad Saad (SDGT) was listed as an authorized signatory, co-founder, and partner of the company;

o Ibrahim Waked Issa was listed as co-founder, partner and authorized signatory of the company;

o Muhammad Taha Jumaa was listed as an authorized signatory, co-founder and partner of the company;

o Imad Ramez Wazani was listed as a co-founder and partner of the company;

o Attallah Jamil Shaito was listed as a co-founder and partner of the company;

o Nabil Mahmoud Assaf (SDGT) was listed as a co-founder and partner of the company;

---

[36]     Mr. Tabaja and his business partners took out a $3 million mortgage with Defendant FENICIA BANK on a property (3086 No. 7 Ras Beirut) owned by Issam Ahmad Saad.

[37]     Attallah Jamil Shaito (a/k/a Shai'tu or Cheaito) is a prominent member of the Tabaja Network and holds various positions in companies directly owned by Adham Tabaja. Additionally, he is a politician from South Lebanon, and has run for a seat in a Hezbollah-supported list in the Lebanese elections of 2004. In 2010, he was elected president of Bint Jbeil District's Municipalities' Federation.

- o Hassan Muhammad Attiya was listed as a co-founder and partner of the company;
- o Jihad Muhammad Qansu (SDGT) was listed as the financial manager of the company;
- o Abdul Latif Saad (SDGT) was listed as manager of the Baghdad branch of the company;
- o Ali Hussein al-Ashi was listed as the attorney for the company;
- o Muhammad al-Mukhtar Fallah Kallas (SDGT) was listed as an accountant of the company; and
- o Muhammad Badr al-Din (SDGT, brother of Mustafa Badr al-Din) was listed as manager of the Basra branch.

Defendants SGBL, FENICIA BANK, MIDDLE EAST AFRICA BANK, LEBANON AND GULF BANK SAL, BANQUE LIBANO-FRANÇAISE and BANK OF BEIRUT AND THE ARAB COUNTRIES maintained accounts for and provided financial services to Al-Inmaa Engineering and Contracting SARL.

- **Al-Inmaa for Entertainment and Leisure Projects** (SDGT), a subsidiary of Al-Inmaa Group for Tourism Works.

- **Family Park SARL**, an amusement park, which is a subsidiary of Al-Inmaa for Entertainment and Leisure Projects (SDGT). The following individuals were involved with the company:

  - o Issam Ahmad Saad (SDGT) was listed as a partner and authorized signatory of the company;
  - o Raed Hashem al-Amin was listed as a partner of the company;
  - o Ali Rauf Shaito was listed as a partner of the company;
  - o Rauf Ali Shaito was listed as a partner and authorized signatory of the company; and
  - o Attallah Jamil Shaito was listed as a partner and authorized signatory of the company.

LCB maintained account no. 110544* and provided financial services to Family Park SARL.

- **Car Care Center** (SDGT), which trades in new and used cars, and is a subsidiary of Al-Inmaa Group for Tourism Works. The company was designated by the U.S. Department of the Treasury on June 2015 for its ties with Hezbollah. Former manager of Car Care Center, Hussein Ali Faour (SDGT), worked with Adham Hussein Tabaja to manage Al-Inmaa's projects in Iraq. Car Care Center is one of the most important companies Hezbollah established. The company was located in a compound Hezbollah owned in south Beirut and was secured by Hezbollah personnel. According to the U.S. Department of the

Treasury, Car Care Center is "a front company based in Lebanon that supports Hizballah's transportation needs." The following individuals were involved with the company:

- o  Hussein Ali Faour (SDGT) was listed as a co-founder, partner and authorized signatory of the company;
- o  Ali Saleh Shuaib was listed as a co-founder of the company;
- o  Batoul Hussein Faour was listed as a co-founder and partner of the company;
- o  Abdallah Hassan Romani was listed as a partner of the company; and
- o  Faruq Muhammad Raef Hammoud was listed as the attorney for the company.

Defendant BLOM BANK maintained an account for and provided financial services to Car Care Center.

- **Nest Contracting Company SAL**. This construction and real estate company was established in 1996 and its initial capitalization was deposited at Defendant MEAB BANK. It appears to have wound down in 2016. The following individuals and companies were involved in the ownership and management of the company:

  - o  Adham Hussein Tabaja (SDGT) was listed as owning 49% of the company's shares and serving as a director of the company;
  - o  Ahmad Tabaja was listed as owning nominal shares in the company but serving as its chairman and general manager; and
  - o  Trust Compass Insurance SAL was listed as the owner of 50% of the company's shares.

Defendant MEAB BANK maintained an account for, provided financial services to, and served as main banker of Nest Contracting Company SAL.

- **Cooperative Al-Wafaa SARL**. The company owned and operated minimarts, selling food, beverages and tobacco products. The following individuals and companies were involved in the ownership and management of the company:

  - o  Adham Hussein Tabaja (SDGT) was listed as a shareholder in the company and as one of its co-founders;
  - o  Raouf Ali Shaito was listed as a shareholder in the company and as one of its co-founders and a managing partner;
  - o  Ghassan Muhammad Shaito was listed as a shareholder in the company and as one of its managing partners; and
  - o  Ahmad Tabaja was listed as a shareholder in the company.

125

Defendant BLOM BANK maintained an account for, provided financial services to, and served as main banker of Cooperative Al-Wafaa SARL.

- **Golden Hall**. The company owns and operates a bowling alley and billiards / gaming center. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as a co-founder, partner and authorized signatory of the company;
  o Imad Ramez Wazani was listed as a co-founder, partner and authorized signatory of the company;
  o Attiya Muhammad Abbas (Adham Tabaja's wife) was listed as a co-founder and partner of the company;
  o Rita Hassam Abu Samra was listed as a co-founder and partner of the company; and
  o Ahmad Saad was the company's manager until 2011.

- **Trading Development Company SARL**. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as a co-founder of the company;
  o Imad Ramez Wazani was listed as a co-founder of the company;
  o Attallah Jamil Shaito was listed as a co-founder of the company;
  o Muhammad al-Mukhtar Fallah Kallas (SDGT) was listed as the director, partner and authorized signatory of the company;
  o Yasser Ibrahim Issa was listed as co-founder, partner and authorized signatory of the company; and
  o Naji Tawfiq al-Mazzawi was listed as a partner of the company.

- **Family House SARL**. The company operates an amusement center, health club, and restaurants. When it was established in 2007, the company's initial capital was deposited at Defendant LEBANON AND GULF BANK. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as a managing partner, director, co-founder and authorized signatory of the company;
  o Hassan Muhammad Attiya was listed as a 30 percent partner and co-founder of the company;
  o Imad Ramez Wazani was listed as a managing partner, co-founder, director and authorized signatory of the company;
  o Zaher Ismail al-Zayek (a/k/a Lezayk) was listed as a partner, majority shareholder and co-founder of the company;
  o Ahmad Saad was listed as the general manager of the company; and

    o  Ali Hussein al-Ashi was listed as the attorney for the company.

Defendant FENICIA BANK maintained an account for and provided financial services to Family House SARL.

- **Fun World Company** (a/k/a Aalam al-Marah Co SAL). The company operates a well-known amusement park in Beirut. The following entities and individuals were involved with the company:

  o  Adham Hussein Tabaja (SDGT) was listed as a co-founder of the company;
  o  Abbas Musallam Wahbah was listed as a shareholder and board member of the company;
  o  Issam Ahmad Saad (SDGT) was listed as a co-founder of the company;
  o  Muhammad Taha Jumaa was listed as a co-founder of the company;
  o  Imad Ramez Wazani was listed as a co-founder of the company;
  o  Ali Hussein al-Ashi is the attorney for the company;
  o  Fadi Ali Hawi was listed as the chairman, majority shareholder and authorized signatory of the company;
  o  Ali Muhammad Qubaysi is the statutory auditor of the company;
  o  Hassan Mussa Awada was listed as a co-founder, board member and shareholder of the company; and
  o  Trust Compass Insurance was listed as a shareholder of the company.

Prior to its closure in 2011 as part of Defendant SGBL's acquisition, LCB maintained account no. 110553* and provided financial services to Fun World. When the account was forced to close, the account balance migrated to an account at Defendant FENICIA BANK.

- **Farah Travels Company SARL (a/k/a Farah Company for Tourism)**. The company was established in August 2001. The following individuals were involved with the company:

  o  Adham Hussein Tabaja (SDGT) was listed as the director, partner and authorized signatory of the company;
  o  Abbas Ahmad Fahas was listed as a partner of the company;
  o  Issam Ahmad Saad (SDGT) was listed as a partner of the company;
  o  Ali Hussein Tabaja (brother of Adham Tabaja) was listed as a partner of the company; and
  o  Nada Hassan Hijazi was listed as a partner of the company.

LCB maintained an account for Farah Travels Company SARL and extended it credit knowing that it was a subsidiary of Yousser Company for Finance and Investment (SDGT), a Hezbollah finance company.

- **City Park SARL**. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as a co-founder and partner of the company;
  o Abbas Ahmad Fahs was listed as a co-founder, managing director, partner and authorized signatory of the company;
  o Nada Hassan Hijazi was listed as a co-founder and partner of the company;
  o Issam Ahmad Saad (SDGT) was listed as a co-founder and partner of the company;
  o Romel Hussein Tabaja (brother of Adham Tabaja) was listed as a co-founder and partner of the company; and
  o Butrus Michel Ghanimah was listed as the attorney for the company.

  Defendant FENICIA BANK maintained an account for and provided financial services to City Park SARL.

- **Fantasy World SARL**. This company which appears to have been established in 1999 owns and operates an amusement park and restaurant in Dahiya. It is widely known as a Hezbollah project and meeting place. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as the director, co-founder, board member, authorized signatory and partner of the company;
  o Romel Hussein Tabaja was listed as a co-founder of the company;
  o Amin Muhammad Cherri (SDGT) was listed as a co-founder of the company;
  o Raouf Ali Shaito was listed as a co-founder of the company;
  o Muhammad Amin Badr al-Din (SDGT) was listed as a co-founder of the company;
  o Imad Muhammad Cherri was listed as a co-founder and partner of the company;
  o Ali Adham Tabaja was listed as a partner of the company;
  o Muhammad Adham Tabaja (Adham Tabaja's son) was listed as a partner of the company; and
  o Ali Hussein al-Ashi was listed as the attorney for the company.

  When the U.S. Department of the Treasury recently designated Amin Muhammad Cherri (a/k/a Sherri), it noted that: "Sherri has maintained a close relationship with Adham Tabaja, a Hizballah financier, whom OFAC designated as an SDGT in June 2015 for providing support and services to Hizballah. Sherri and Tabaja have continued to do business

together despite the latter's designation. Sherri and Tabaja, among others, founded and were involved in a Lebanon-based company. Sherri also facilitated Tabaja's access to Lebanese banks and was directed by Hizballah Secretary General Nasrallah to settle issues related to his designation."[38]

LCB held account no. 70167* for Fantasy World SARL. Three individuals were authorized to borrow funds from LCB on behalf of the company: Raouf Ali Shaito, Adham Tabaja and Amine Cherri. The company's account was closed in September 2011. According to the Lebanese government, the account migrated to Defendant LEBANON AND GULF BANK and another bank.

In addition, Defendants SGBL, MEAB BANK and FENICIA BANK each maintained an account for and provided financial services to Fantasy World SARL. Defendant SGBL served as its main banker.

- **Technoplast Industrial & Trading Company SARL**. The company was established in 1994 and manufactured rubber and plastic products. The following individuals were involved in the ownership of the company:

  o Adham Hussein Tabaja (SDGT) held a 20 percent stake and was a co-founder of the company;
  o Amin Muhammad Cherri (SDGT) held a 20 percent stake and was a co-founder of the company;
  o Muhammad Amin Badr al-Din (SDGT) held a 20 percent stake, was a co-founder and served as managing partner of the company; and
  o Khalil Abdel Hussein Cherri held a 10 percent stake, was a co-founder and served as managing partner of the company.

- **Madan Tourism Projects Company SAL** (a/k/a "Green City"; Moudon SAL). The company was established in Maaroub, Lebanon in 1993. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as a co-founder and member of the Board of Directors of the company;
  o Salah Abd al-Rauf Izz al-Din was listed as a board member of the company;
  o Hassan Mussa Awada was listed as a board member of the company (as well as a co-founder of Fun World);

---

[38] *Treasury Targets Iranian-Backed Hizballah Officials for Exploiting Lebanon's Political and Financial System* (U.S. Department of the Treasury, July 9, 2019), online at https://home.treasury.gov/news/press-releases/sm724.

o Hassan Abd al-Muttalib Fneish (brother of Hezbollah operative Muhammad Fneish) was listed as a co-founder and board member of the company;

o Youssef Muhammad Hussein Faour was listed as the director, chairman, co-founder and authorized signatory of the company; and

o Ali Hussein al-Ashi was listed as the attorney for the company.

- **Global Cleaners SARL** (SDGT). The company operated in Iraq in the waste management business and provided Hezbollah with an operational base in Baghdad. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as owner and manager of the company;

  o Issam Ahmad Saad (SDGT) was listed as a partner and authorized signatory of the company;

  o Maitham Muhsin Ubayd al-Zaydi was listed as a co-founder, partner and authorized signatory of the company;

  o Shibl Muhsin Ubayd al-Zaydi (SDGT) was listed as a partner and co-founder of the company;

  o Muhammad Adham Tabaja was listed as a partner of the company;

  o Adnan Hussein Kawtharani (SDGT) was listed as a partner of the company;

  o Hassan Muhammad Faour was listed as the attorney for the company;

  o Ahmad Jawad Shalash al-Fartusi was listed as a co-founder of the company; and

  o Raed Hamid Taher Abu Eini was listed as a co-founder of the company.

- **United Company for Insurance Services SARL**. The company provides insurance and pension funding. The following individuals were involved with the company:

  o Muhammad Taha Jumaa was listed as a co-founder of the company;

  o Adham Hussein Tabaja (SDGT) was listed as a co-founder and managing director of the company; and

  o Taleb Muhammad Ali Abou-Zeinab was listed as a co-founder and managing director of the company.

  Defendant BANQUE LIBANO-FRANÇAISE maintained an account for and provided financial services to United Company for Insurance Services SARL.

648. In addition to the companies listed above, the Tabaja Network consists of many

more companies affiliated with Adham Tabaja, his family, and/or his companies, but that are not

directly headed by him, including the following entities:

- **Al-Yaqout Restaurant** is an affiliated company of City Park SARL and Fantasy World SARL along with Farah Travels Company SARL, Fun World Company, Medical Cooperation Co SAL, Development Group for Touristic Projects SARL, Family House SARL, and Al-Inmaa for Engineering and Contracting SARL.

- **Medical Cooperation Co SAL** (a/k/a Al Taaoun Medical SAL; Al-Khiam Hospital SAL; Al Khiyam Hospital) is part of the Tabaja network. The following individuals were involved with the company:

  o Adham Hussein Tabaja (SDGT) was listed as owning 515 shares and serving as a director of the company;
  o Issam Ahmad Saad (SDGT) was listed as owning 480 shares and serving as a director of the company;
  o Imad Ramez Wazani was listed as a director of the company; and
  o Ali Abdel Reda Hassan was listed as owning 995 shares and serving as the chairman and general manager of the company.

  Defendant FENICIA BANK maintained an account for and provided financial services to Medical Cooperation Co SAL.

- **New Land SARL**. The company appears to have been established in 2008. The following individuals were involved with the company:

  o Imad Ramez Wazani was listed as the director, co-founder, partner and authorized signatory of the company;
  o Tareq Ali Hawi was listed as a co-founder and partner of the company;
  o Nabil Mahmoud Assaf (SDGT) was listed as a co-founder and partner of the company;
  o Ahmad Saad was listed as human resources manager of the company; and
  o Ali Hussein al-Ashi was listed as the attorney for the company.

  Prior to its closure in 2011 as part of Defendant SGBL's acquisition, LCB maintained account no. 28681* and provided financial services to New Land SARL. According to the Lebanese government, New Land SARL's account balance migrated to accounts at Defendants FENICIA BANK and MEAB BANK.

- **Gresco for Contracting and Trading Company SARL**. The following individuals were involved with the company:

131

- o Muhammad Taha Jumaa was listed as a co-founder, partner and authorized signatory of the company;
- o Ibrahim Waked Issa was listed as a co-founder, partner and authorized signatory of the company;
- o Attallah Jamil Shaito was listed as a co-founder, partner and authorized signatory of the company;
- o Abd al-Karim Ahmad Saad was listed as a co-founder and partner of the company; and
- o Ali Hussein al-Ashi was listed as the attorney for the company.

- **Sanabel for Urban Studies and Architectural Design SAL**. The following individuals were involved with the company:

  - o Jihad Muhammad Qansu (SDGT) was listed as the chairman and statutory auditor of the company;
  - o Ali Hussein al-Haj was listed as a shareholder, co-founder and authorized signatory of the company;
  - o Adnan Abd al-Halim Mahdi was listed as a shareholder, co-founder and board member of the company;
  - o Rafat Said Yunis was listed as a shareholder, co-founder and board member of the company;
  - o Fadi Dawud al-Nimr was listed as a shareholder, co-founder and board member of the company; and
  - o Ali Hassan Berro was listed as the attorney for the company.

- **Al-Inmaa General Contractors SARL**. The following individuals were involved with the company:

  - o Ibrahim Waked Issa was listed as a co-founder, authorized signatory and partner of the company;
  - o Attallah Jamil Shaito was listed as a co-founder, authorized signatory and partner of the company;
  - o Haidar Saadallah Zgheib was listed as a co-founder, authorized signatory and partner of the company; and
  - o Ali Hussein al-Ashi was listed as the attorney for the company.

- **King Company for Manufacturing Trading Building Materials SARL**. The following individuals were involved with the company:

  - o Ibrahim Waked Issa was listed as an authorized signatory, co-founder and partner of the company;
  - o Ali Muhammad Qansu (SDGT) was listed as an authorized signatory of the company;
  - o Mahdi Ali Awada was listed as an authorized signatory, co-founder and partner of the company;

- o Muhammad Ahmad Farhat was listed as an authorized signatory of the company;
- o Muhammad Fayyad Jafal was listed as a co-founder of the company; and
- o Ali Adham Tabaja was listed as a partner of the company.

- **Development Studies SARL**. The following individuals were involved with the company:

  - o Nabil Mahmoud Assaf (SDGT) was listed as the director, co-founder, partner and authorized signatory of the company;
  - o Issam Ahmad Saad (SDGT) was listed as a co-founder and partner of the company;
  - o Hassan Muhammad Attiya was listed as the director, co-founder, partner and authorized signatory of the company;
  - o Ahmad Izzat Khalil Muhammad was listed as the director, co-founder, partner and authorized signatory of the company;
  - o Zinab Muhammad Saraeb was listed as a co-founder and partner of the company; and
  - o Ali Hussein al-Ashi was listed as the attorney for the company.

- **Alia Company SAE**. The following individuals were involved with the company:

  - o Nabil Mahmoud Assaf (SDGT) was listed as an authorized signatory, co-founder and partner of the company;
  - o Zaher Hassan Dabuq was listed as an authorized signatory and co-founder of the company;
  - o Yasser Hassan Dabuq was listed as an authorized signatory and co-founder of the company;
  - o Muhammad Adham Tabaja was listed as an authorized signatory, co-founder and partner of the company;
  - o City Food Company SARL was listed as a partner of the company; and
  - o Ali Hussein al-Ashi was listed as the attorney for the company.

- **Farah Tyre Company**. The following individuals were involved with the company:

  - o Hassan Muhammad Attiya was listed as an authorized signatory, co-founder and partner of the company;
  - o Ali Hussein Tabaja was listed as an authorized signatory, co-founder and partner of the company;[39]
  - o Abbas Musallam Wahbah was listed as a co-founder and partner of

---

[39]    Defendant MEAB took over Mr. Tabaja's shares in the company.

the company; and

- o Ali Hussein al-Ashi was listed as the attorney for the company.

- **Cheaito Group SARL**. The following individuals were involved with the company:

  - o Attallah Jamil Shaito was listed as an authorized signatory and partner of the company;
  - o Ahmad Muhammad Shaito was listed as an authorized signatory and co-founder of the company;
  - o Fairuz Khalil Shaito was listed as a co-founder and partner of the company;
  - o Attallah Khalil Shaito was listed as a co-founder of the company;
  - o Najah Khalil Shaito was listed as a co-founder and partner of the company;
  - o Zainab Khalil Shaito was listed as a co-founder and partner of the company; and
  - o Hisham Ali Faqih was listed as the attorney for the company.

- **Lebanese Bread & Confectionery Company SAL**. The following individuals were involved with the company:

  - o Hassan Muhammad Attiya was listed as general director, chairman, shareholder, co-founder and authorized signatory of the company;
  - o Bassam Muhammad Tabaja was listed as vice-chairman, board member, co-founder, shareholder and authorized signatory of the company;
  - o Jihad Muhammad Qansu (SDGT) was listed as statutory auditor of the company;
  - o Ahmad Mustafa Mahmoud Hammoud was listed as a shareholder, co-founder and board member of the company; and
  - o Ali Hussein al-Ashi was listed as the attorney for the company.

- **African Fish Company (Offshore) SAL**. The following individuals were involved with the company:

  - o Jihad Muhammad Qansu (SDGT) was listed as a co-founder of the company;
  - o Ali Muhammad Qansu (SDGT) was listed as statutory auditor of the company;
  - o Muhammad Abdallah al-Amin (SDGT) was listed as a co-founder of the company;
  - o Ahmad Muhammad Makke was listed as general director, chairman, shareholder, and authorized signatory of the company;
  - o Khalil Hassan Faqih was listed as a shareholder, co-founder and board member of the company;

- o Muhammad Khadir Mattar was listed as a shareholder and board member of the company; and
- o Faruq Muhammad Raef Hammoud was listed as the attorney for the company.

- **Africa Invest Company (Offshore) SAL**. The following individuals were involved with the company:

  - o Jihad Muhammad Qansu (SDGT) was listed as a co-founder of the company;
  - o Muhammad Abdallah al-Amin (SDGT) was listed as the chairman, shareholder, co-founder and authorized signatory of the company;
  - o Roland Amin Madi was listed as statutory auditor of the company;
  - o Khalil Hassan Faqih was listed as a shareholder and board member of the company;
  - o Ali Khalil Faqih was listed as a shareholder and board member of the company;
  - o Hassan Said Farran was listed as a co-founder of the company; and
  - o Malik Jamil al-Sayyed was listed as the attorney for the company.

- **Farah Trading Company for Iron & Building Materials SAE**. The following individuals were involved with the company:

  - o Ali Hussein Tabaja was listed as an authorized signatory and partner for the company;
  - o Muhammad Ali Hawi was listed as an authorized signatory and partner for the company;
  - o Ibrahim Waked Issa was listed as an authorized signatory and partner for the company;
  - o Batul Adham Tabaja (Adham Tabaja's daughter) was listed as a partner of the company;
  - o Fatima al-Zahra Adham Tabaja (Adham Tabaja's daughter) was listed as a partner of the company; and
  - o Wala Tabaja (Adham Tabaja's daughter) was listed as a partner of the company.

- **King Charcoal SARL**. The following individuals were involved with the company:

  - o Ali Hussein Tabaja was listed as an authorized signatory and partner of the company;
  - o Muhammad Adham Tabaja (son of Adham Tabaja) was listed as an authorized signatory and partner of the company; and
  - o Hussein Abd al-Rida Tabaja was listed as an authorized signatory and partner of the company.

- **Béton Plus SAL**. The company was established in 2007 and purportedly was engaged in construction. The following individuals were involved with the company:

  o Salah Abd al-Rauf Izz al-Din (SDGT), a business associate of Adham Tabaja, was listed as the founder of the company; and
  o Osama Abbas Ramal was listed as the attorney of the company.

  Defendant BLOM BANK maintained an account for and provided financial services to Béton Plus SAL.

649.    The following individuals were designated as SDGTs by OFAC as a result of their

connections with Adham Hussein Tabaja:

- **Hussein Ali Faour** worked with Adham Tabaja to secure Al-Inmaa Engineering and Contracting SARL (SDGT) projects in Iraq. Mr. Faour is a member of Hezbollah's Islamic Jihad Organization and was listed as the co-founder, partner and authorized signatory for Hezbollah's Car Care Center (SDGT).

- **Muhammad al-Mukhtar Kallas** provided financial services to Adham Tabaja through his work as an accountant for SDGT Al-Inmaa Engineering and Contracting SARL.

- **Shibl Muhsin Ubayd al-Zaydi** facilitated money transfers from Iraq to Lebanon on behalf of Adham Tabaja. Mr. al-Zaydi was listed as a partner and co-founder of SDGT Global Cleaners SARL. He had longstanding operational ties to Abu Mahdi al-Muhandis (discussed below) and in 2014 became Secretary General of Kata'ib al-Imam Ali, an Iranian proxy militia in Iraq.

- **Muhammad Abdallah al-Amin** assisted Adham Tabaja in concealing funds and circumventing the impact of sanctions.[40]

- **Muhammad Noureddine** used his company Trade Point International SARL (SDGT) in order to provide financial services to Adham Tabaja and his company Al-Inmaa Engineering and Contracting SARL (SDGT).

- **Hamdi Zaher El Dine**, an employee of SDGT Trade Point International SARL, transferred funds to Adham Tabaja and to employees of Al-Inmaa Engineering and Contracting SARL (SDGT).

---

[40]    Muhammad Abdallah al-Amin was listed as the chairman of Aya SAL Offshore, S.I.M. SAL Offshore and was affiliated with more than a dozen companies. He held account no. 170881* at LCB until August 2011.

136

- **Youssef Hashim** oversaw Hezbollah operations in Iraq and arranged for the security and protection of Adham Tabaja inside Iraq.

- **Jihad Muhammad Qansu** provided financial services to Adham Tabaja through his work as a financial manager for Al-Inmaa Engineering and Contracting SARL (SDGT). Mr. Qansu assisted Adham Tabaja in accounting matters.

- **Ali Muhammad Qansu** maintained millions of dollars in bonds for Adham Tabaja.

- **Issam Ahmad Saad** was listed as co-founder, partner and authorized signatory for Al-Inmaa Engineering and Contracting SARL (SDGT).

- **Nabil Mahmoud Assaf** was listed as a co-founder and partner in Al-Inmaa Engineering and Contracting SARL (SDGT).

- **Abdul Latif Saad** was listed as the manager of Al-Inmaa Engineering and Contracting SARL – Baghdad Branch (SDGT), and as such coordinated with Car Care Center (SDGT) and Global Cleaners SARL (SDGT) – both companies were affiliated with Adham Tabaja's Al-Inmaa Group for Tourism Works (SDGT).

- **Muhammad Badr al-Din** was the manager of Al-Inmaa Engineering and Contracting SARL – Basra Branch (SDGT) in Iraq.

- **Muhammad Ibrahim Bazzi** provided funds to Adham Tabaja and held a joint line of credit together with Mr. Tabaja.

- **Ali Youssef Charara** (SDGT) worked together with Adham Tabaja on oil ventures in Iraq.

650.     Adham Hussein Tabaja also held a personal account at LCB (no. 70306) which was closed in June 2012.

651.     According to the Lebanese government, Mr. Tabaja's personal account migrated to Defendant LEBANON AND GULF BANK.

652.     Below is a partial list of Tabaja Network individuals and companies and the Defendants that maintained accounts for them and provided them with financial services:

| Adham Tabaja Corporate Network | Bank |
|---|---|
| Trust Compass Insurance SAL | • SGBL<br>• MEAB BANK<br>• BANK OF BEIRUT |
| Al-Inmaa Group for Tourism Works | • BANK OF BEIRUT AND THE ARAB COUNTRIES |
| Al-Inmaa Engineering and Contracting | • SGBL<br>• MEAB BANK<br>• LEBANON AND GULF BANK<br>• BANQUE LIBANO-FRANÇAISE<br>• BANK OF BEIRUT AND THE ARAB COUNTRIES<br>• FENICIA BANK |
| Family Park SARL | • LCB |
| Car Care Center | • BLOM BANK |
| Nest Contracting Company SAL | • MEAB BANK |
| Cooperative al-Wafaa SARL | • BLOM BANK |
| Family House SARL | • LEBANON AND GULF BANK<br>• FENICIA BANK |
| Fun World Company SAL | • LCB<br>• FENICIA BANK |
| City Park SARL | • FENICIA BANK |
| Farah Company for Tourism (Farah Travels Company SARL) | • LCB |
| Fantasy World SARL | • LCB<br>• SGBL<br>• LEBANON AND GULF BANK<br>• MEAB BANK<br>• FENICIA BANK |
| Medical Cooperation Co SAL | • FENICIA BANK |
| New Land SARL | • LCB<br>• MEAB BANK<br>• FENICIA BANK |
| Béton Plus SAL | • BLOM BANK |
| United Company for Insurance Services SARL | • BANQUE LIBANO-FRANÇAISE |
| Adham Hussein Tabaja | • LCB<br>• LEBANON AND GULF BANK<br>• MEAB BANK (mortgage lender) |
| Muhammad Abdallah al-Amin | • LCB |

### c. **Sultan Khalifa As'ad**

653.     Sultan Khalifa As'ad is a prominent and longstanding Hezbollah leader and financier who serves as Deputy Chairman of the Executive Council for Municipal Affairs for Hezbollah and formerly headed Hezbollah's Finance Unit.

654.     He was the founder of Hezbollah's construction arm, Jihad al-Bina, and one of its main front companies, the Meamar Company for Engineering and Development SARL.

655.     Both are closely tied to and effectively agents of the IRGC-QF.

656.     Sultan Khalifa As'ad wrote a chapter in a book dedicated to the memory of IRGC-QF General Hassan Shateri, who was killed in Syria (discussed below).

657.     Mr. As'ad was also a co-founder and partner of Hezbollah's think tank, the Consultative Center for Studies and Documentation.

658.     Mr. As'ad was also a founder and early shareholder in the Lebanese Communication Group (SDGT), the parent company of Hezbollah's satellite television station and SDGT, *Al-Manar*.

659.     Mr. As'ad owns several properties associated with Hezbollah, including the building that houses the Lebanese Arts Association – Risalat, one of Hezbollah's leading cultural institutions.

660.     Mr. As'ad is also the largest shareholder (together with Sobhi Mohamed Saqr) in Compu House SARL, a Hezbollah-controlled company serving as a wholesale and retail seller of computers and software.

661.     LCB and Defendants FRANSABANK and BANK OF BEIRUT maintained accounts for and provided financial services to Compu House SARL.

662.     In addition to his shareholdings in Compu House SARL, Sobhi Mohamed Saqr is

also a co-owner of Gas Transport and Storage SARL, which was co-founded by Mustafa Badr al-Din's brother, Muhammad Amin Badr al-Din (SDGT), a close associate of Adham Tabaja.

663.   Mr. Saqr is also a co-founder of Al Huda Agriculture Company, a company closely associated with Jihad al-Bina (SDGT).

### d.  <u>Ali Youssef Charara</u>

664.   Ali Youssef Charara (a/k/a Ali Sharara) is a Hezbollah operative and financier who owns and operates several companies with his brother, Muhammad Youssef Charara.

665.   Ali Youssef Charara was listed as the chairman, majority shareholder and authorized signatory for Spectrum Investment Group Holding SAL, a Lebanon-based telecommunications company that provides integrated telecommunications services in the Middle East, Africa, and Europe. On January 7, 2016, both Ali Youssef Charara and Spectrum Investment Group Holding SAL were designated SDGTs by the U.S. Department of the Treasury.

666.   According to the U.S. Department of the Treasury, Hezbollah invests millions of U.S. dollars with Mr. Charara on projects that financially support the organization.

667.   Ali Youssef Charara (SDGT) also worked with Hezbollah supporter Kassem Hejeij (SDGT) of Defendant MEAB BANK and Adham Hussein Tabaja (SDGT) on oil ventures in Iraq.

668.   Mr. Charara is involved in several Hezbollah-related companies, including:

- **Spectrum Investment Group Holding SAL** (SDGT), which is a Lebanon-based telecommunications services company, established in 2003. The following individuals were involved with the company:

  o Ali Youssef Charara (SDGT) was listed as the chairman, co-founder, authorized signatory and the main shareholder (holding 750 shares) of the company;
  o Abd al-Halim al-Shaykh Musa Charara was listed as the statutory auditor of the company;
  o Youssef Abd al-Amir Charara was listed as a shareholder (holding 20 shares) and a member of the board of directors of the company;
  o Muhammad Youssef Charara was listed as a shareholder (holding

230 shares), co-founder and a member of the board of directors of the company;
- o  Ali Ibrahim Charara was listed as a co-founder of the company; and
- o  Muhammad Farid Mattar was listed as the company's attorney.

Defendants LEBANON AND GULF BANK SAL, BLOM BANK and JAMMAL TRUST BANK maintained accounts for and provided financial services to Spectrum Investment Group Holding SAL.

- **Spectrum International Investment Holding SAL** (SDGT),[41] which is a Lebanon-based telecommunications services company established on December 9, 2007. It has affiliates in The Gambia and the British Virgin Islands. The following individuals were involved with the company:

  - o  Ali Youssef Charara (SDGT) was listed as the chairman of the board of directors, a partner (holding 1,760 shares), co-founder and authorized signatory of the company;
  - o  Muhammad Youssef Charara was listed as a partner (holding 200 shares), co-founder and member of the board of directors of the company;
  - o  Edmond Youssef Saadeh served as statutory auditor of the company; and
  - o  Muhammad Farid Mattar was listed as the attorney, as well as a partner (holding 40 shares) co-founder and a member of the board of directors of the company.

Defendants LEBANON AND GULF BANK, BANK AUDI and JAMMAL TRUST BANK maintained accounts for and provided financial services to Spectrum International Investment Holding SAL.

- **Spectrum (Offshore) SAL.** The following individuals were involved with the company:

  - o  Ali Youssef Charara (SDGT) was listed as the chairman, authorized signatory, co-founder and a shareholder of the company;
  - o  Edmond Youssef Saadeh served as statutory auditor of the company;
  - o  Muhammad Youssef Charara was listed as a co-founder, shareholder and board member of the company;
  - o  Youssef al-Shaykh Abd al-Amir Charara was listed as a shareholder, co-founder and board member of the company; and
  - o  Muhammad Farid Mattar was listed as the attorney for the company

---

[41]     Spectrum International Investment Holding SAL was designated as an a/k/a of Spectrum Investment Group Holding SAL on January 7, 2016. *See*, https://www.federalregister.gov/documents/2016/02/02/2016-01828/sanctions-actions-pursuant-to-executive-orders-13224.

(served as attorney for many Hezbollah-controlled companies).

- **B.I. Group Holding SAL**. The following individuals were involved with the company:

  o Ali Youssef Charara (SDGT) was listed as the chairman, co-founder and a majority shareholder of the company;
  o Muhammad Youssef Charara was listed as the director general, co-founder, board member and shareholder of the company; and
  o Mohammad Farid Mattar was listed as the attorney, co-founder, board member and shareholder of the company.

- **Signum International Holding SAL**. The following individuals were involved with the company:

  o Ali Youssef Charara (SDGT) was listed as the chairman, co-founder and a major shareholder of the company;
  o Carla Saba was listed as a co-founder, board member and a major shareholder of the company; and
  o Muhammad Farid Mattar was listed as the attorney, co-founder, board member and minor shareholder of the company.

Defendant FRANSABANK maintained an account for and provided financial services to Signum International Holding SAL.

- **Car Escort Services (Offshore) SAL** (a/k/a Car Escort Services SAL Offshore), which was listed as an import/export company established in 2007 and based in Lebanon, was designated an SDGT by the U.S. Department of the Treasury on May 17, 2018. The following individuals were involved with the company:

  o Fuad Haidar Najm was listed as the liquidator of the company;
  o Ali Muhammad Kharrubi (SDNTK) was listed as the chairman, general manager, co-founder, authorized signatory and co-equal shareholder of the company;
  o Ali Youssef Charara (SDGT) was listed as a co-founder, board member, and co-equal shareholder of the company;
  o Muhammad Ibrahim Bazzi (SDGT) was listed as a co-founder, board member, and co-equal shareholder of the company;
  o Edmond Youssef Saadeh served as statutory auditor for the company; and
  o Muhammad Farid Mattar was listed as the attorney for the company.

Defendant JAMMAL TRUST BANK maintained an account for and provided financial services to Car Escort Services (Offshore) SAL.

142

- **Hoda for Touristic Services & Management Holding SAL** appears to act as a holding company. The following individuals were involved with the company:

  o Abbas Abd al-Latif Fawaz was listed as the chairman, co-founder, shareholder (holding 17,500 shares), and authorized signatory of the company;
  o Ali Ahmad Ismail was listed as a co-founder and shareholder (holding 7,500 shares) of the company;
  o Ali Youssef Charara (SDGT) was listed as a co-founder, shareholder (holding 5,000 shares) and member of the board of directors of the company;
  o Jalal Muhammad Rashed Bitar was listed as a co-founder and shareholder (holding 2,000 shares) of the company;
  o Fadl Abbas Fawaz was listed as a shareholder (holding 2,500 shares), co-founder and member of the board of directors of the company;
  o Sadeq Abbas Fawaz was listed as a shareholder (holding 2,500 shares), co-founder and member of the board of directors of the company;
  o Ziyad Ali Ismail was listed as a shareholder (holding 2,500 shares), co-founder and member of the board of directors of the company;
  o Ahmad Ali Ismail was listed as a shareholder (holding 2,500 shares), co-founder, authorized signatory and member of the board of directors of the company;
  o Wa'el Jalal Bitar was listed as a shareholder (holding 1,500 shares) and co-founder of the company;
  o Nasser Jalal Bitar was listed as a shareholder (holding 1,500 shares), co-founder and member of the board of directors of the company;
  o Fadi Fawzi Fawaz was listed as a co-founder of the company;
  o Abd al-Reda Abdallah Khorshid was listed as a shareholder (holding 5,000 shares) of the company;
  o Price-Waterhouse-Coopers was listed as the audit firm for the company; and
  o Muhammad Farid Mattar was listed as the attorney for the company.

  Defendants SGBL and BANQUE LIBANO-FRANÇAISE maintained accounts for and provided financial services to Hoda for Touristic Services & Management Holding SAL.

- **One Globe Operator SAL Holding**. The following individuals were involved with the company:

  o E.B.D. Group Holding SAL was listed as a shareholder (holding 818 shares) and member of the board of directors of the company;
  o Ali Youssef Charara (SDGT) was listed as a co-founder of the

company;
- o Samir Subhi Abu-Hassan was listed as an authorized signatory and a shareholder (holding one share) of the company;
- o Raghid Wasif Charara was listed as an authorized signatory, a shareholder (holding 100 shares), and member of the board of directors of the company;
- o Ihab Awsaf Ghurayb was listed as an authorized signatory, a shareholder (holding 80 shares), and member of the board of directors of the company;
- o Ali Ibrahim Charara was listed as a co-founder of the company;
- o Abd al-Ghani Ra'if Qassem was listed as a co-founder of the company;
- o Wajih Masoun Maliki was listed as a shareholder (holding one share), chairman and authorized signatory of the company;
- o Abd al-Halim al-Shaykh Musa Charara served as the statutory auditor for the company; and
- o Muhammad Farid Mattar was listed as the attorney for the company.

- **International Group Holding SAL**. The following individuals and entities were involved with the company:

  - o Abbas Abd al-Latif Fawaz was listed as the director general, chairman, majority shareholder (holding 23,950 shares), co-founder, and authorized signatory of the company;
  - o Ali Ahmad Ismail was listed as vice president, a shareholder (holding 3,750 shares), co-founder, authorized signatory and member of the board of directors of the company;
  - o Ziyad Ali Ismail was listed as a shareholder (holding 3,750 shares), co-founder, and member of the board of directors of the company;
  - o Nasrin Ali Ismail was listed as a shareholder (holding 3,750 shares) and co-founder of the company of the company;
  - o Ahmad Ali Ismail was listed as a shareholder (holding 3,750 shares), co-founder and member of the board of directors of the company;
  - o Fadl Abbas Fawaz was listed as a shareholder (holding 5,000 shares), co-founder and member of the board of directors of the company;
  - o Sadeq Abbas Fawaz was listed as a shareholder (holding 3,000 shares), co-founder and member of the board of directors of the company;
  - o Farah Abbas Fawaz was listed as a shareholder (holding 3,000 shares) and a co-founder of the company;
  - o Ali Youssef Charara (SDGT) was listed as a co-founder of the company;
  - o Abd al-Reda Abdallah Khorshid was listed as a co-founder of the company;
  - o Hoda for Touristic Services & Management Holding SAL was listed

as a minor shareholder in the company;

- o Wassim Hatem Shahin served as statutory auditor for the company; and
- o Muhammad Farid Mattar was listed as the attorney for the company.

- **Medical Aid (Offshore) SAL** (MEDAID) was founded on December 12, 2002. The following individuals were involved with the company:

  - o Ali Youssef Charara (SDGT) was listed as a co-founder and member of the board of directors of the company;
  - o Abd al-Halim al-Sheikh Musa Charara was listed as the auditor of the company; and
  - o Mohammad Samir Ali Ahmad was listed as a co-founder, board member, shareholder and authorized signatory of the company.

- **EBD Teltac (Offshore) SAL**, founded in 2003, operates in Iran as well as Lebanon. The following individuals were involved with the company:

  - o Ali Youssef Charara (SDGT) was listed as the general manager, co-founder, and authorized signatory of the company;
  - o Ali Ibrahim Charara was listed as a co-founder, board member and shareholder of the company;
  - o Abd al-Ghani Ra'if Qassem was listed as the chairman and authorized signatory of the company;
  - o Muhammad Farid Mattar was listed as a co-founder and attorney for the company;
  - o Wajih Masoun al-Maliki was listed as an authorized signatory of the company;
  - o Abd al-Halim al-Sheikh Musa Charara was listed as the auditor of the company;
  - o One Globe Operator SAL Holding was listed as a shareholder (holding 900 shares) of the company;
  - o Spectrum Investment Group Holding SAL (SDGT) was listed as a shareholder (holding 73 shares) and had a seat on the board of directors of the company; and
  - o EBD Group (Holding) SAL was listed as a shareholder (holding 25 shares) and had a seat on the board of directors of the company.

Defendant LEBANON AND GULF BANK maintained an account for and provided financial services to EBD Teltac (Offshore) SAL.

669.    Below is a partial list of Charara Network entities and individuals and the Lebanese banks that maintained accounts for them and provided them with financial services:

| Charara Corporate Network | Bank |
|---|---|
| **Ali Youssef Charara (SDGT)** | • BLOM BANK<br>• MEAB BANK<br>• LCB<br>• BANK AUDI |
| **Spectrum Investment Group Holding SAL (SDGT)** | • LEBANON AND GULF BANK SAL<br>• BLOM BANK<br>• JAMMAL TRUST BANK |
| **Spectrum International Investment Holding SAL (SDGT)** | • LEBANON AND GULF BANK<br>• BANK AUDI<br>• JAMMAL TRUST BANK |
| **Signum International Holding SAL** | • FRANSABANK |
| **Car Escort Services (Offshore) SAL** | • JAMMAL TRUST BANK |
| **Hoda for Touristic Services & Management Holding SAL** | • SGBL<br>• BANQUE LIBANO-FRANÇAISE |
| **EBD Teltac (Offshore) SAL** | • LEBANON AND GULF BANK |
| **Teltac Worldwide Inc. (Offshore) SAL** | • LCB<br>• BLOM BANK<br>• BANK OF BEIRUT AND THE ARAB COUNTRIES<br>• BANK AUDI |

### e.  The Tajideen Family

670.    The Tajideen (a/k/a "Taj al-Din") family owns many businesses in Lebanon and several other countries, including the Democratic Republic of Congo, The Gambia, Sierra Leone, Ghana, Mozambique, Angola, Belgium and the United Arab Emirates.

671.    There were originally eleven siblings, at least nine of whom are or were active in the Tajideen Network in some fashion:

- Kassim Muhammad Tajideen;
- Mahmoud Muhammad Tajideen;
- Hassan Muhammad Tajideen (deceased);
- Ali Muhammad Tajideen;
- Hussein Muhammad Tajideen;

- Fatimah Muhammad Tajideen;
- Youssef Muhammad Tajideen;
- Ibrahim Muhammad Tajideen;
- Ahmad Muhammad Tajideen;
- Jaffar Muhammad Tajideen; and
- Mariam Muhammad Tajideen.

672.    The Tajideen brothers Kassim Tajideen, Ali Tajideen and Hussein Tajideen are Lebanese businessmen who have been designated SDGTs for their role as Hezbollah fundraisers, money launderers, and financial contributors. Further, the other Tajideen family members listed above, though not (yet) designated SDGTs, play important supporting roles in the Tajideen Network.

673.    Together, the Tajideen family controls a vast network of interlocking companies spanning the globe.

674.    The Tajideen family network is a vast commercial and criminal enterprise operated in the service of Hezbollah's BAC, built on a foundation of sizeable bribes to top officials in cooperative jurisdictions.

675.    By bribing officials across Africa for decades, Tajideen companies were able to evade import and export tariffs, undercut local competitors' prices, gain monopolies and government contracts, and secure discrete access to airports, landing strips and ports across central and western Africa.

676.    Although likely known to Western intelligence long before the turn of the century, the Tajideens and their business associates first came to the attention of European law enforcement after the September 11, 2001 attacks when these law enforcement agencies were collecting intelligence on radical Islamists and the Belgian Federal Police placed one particular individual under surveillance.

677.    This individual had taken a low-level administrative job at a trading company in

Antwerp known as Soafrimex which conducted extensive trade with Africa.

678.    Soafrimex was a company registered in Antwerp in 1989 by Kassim Tajideen (listed as residing in Sierra Leone) and Salim Reda (listed as a resident of the Ivory Coast).

679.    Through the investigation of Soafrimex, police investigators began to better understand The System (as described herein).

680.    Soafrimex would (on paper) purchase commodities from companies all over Africa (*e.g.* food, clothing, wood) that belonged to its own network of companies and would transport the goods using its own transport network, principally in Africa.

681.    These commodities would then be re-sold (through affiliated companies) and the proceeds (in local currency) would be used to purchase Conflict Diamonds for further sale and /or money laundering or deposited in "cooperative" banks in Lebanon and then reinvested.

### i.    Kassim Tajideen

682.    The eldest brother, Kassim Tajideen (a/k/a Kassem or Qassem a/k/a Taj al-Din), has built a global network of food-trading companies and real-estate holdings in Lebanon and Africa.

683.    Kassim Tajideen first emigrated from Lebanon to Africa in 1976.

684.    Initially, he settled in Sierra Leone before setting up shop in Cote d'Ivoire, Angola, and the Democratic Republic of Congo over the next two decades.

685.    In May 2003, as the result of the Soafrimex investigation, Kassim Tajideen and his wife Huda were arrested in Belgium in connection with fraud, money laundering, and diamond smuggling.

686.    Belgian police had discovered more than a dozen affiliated diamond companies that operated in Africa and received funds transfers through the same money laundering network.

687.    Nevertheless, a Belgian judge determined that the Tajideens were not a flight risk and released them on bail.

688.    They immediately fled to Beirut, and Kassim Tajideen restructured Soafrimex, folding it into a newly acquired corporate vehicle called Ovlas Trading SA (SDGT, discussed below).

689.    On May 27, 2009, Kassim Tajideen was designated an SDGT by the U.S. Department of the Treasury, which identified him as "an important financial contributor to Hizballah who operates a network of businesses in Lebanon and Africa. He has contributed tens of millions of dollars to Hizballah and has sent funds to Hizballah through his brother, a Hizballah commander in Lebanon. In addition, Kassim Tajideen and his brothers run cover companies for Hizballah in Africa."

690.    Kassim Tajideen was arrested in Morocco in 2017 and extradited to the United States. In December 2018, he pleaded guilty to various OFAC violations and was sentenced to five years in prison.

691.    Kassim Tajideen owns or controls several companies designated as SDGTs, including the following entities:

- **Tajco Company** (Ltd.; SARL; LLC). On December 9, 2010, Tajco was designated an SDGT. Tajco is a multinational company involved with real estate, international trade, and merchandising based in The Gambia. It manages a series of grocery stores in The Gambia called "Kairaba Shopping Centre" (SDGT), as well as other organizations throughout Lebanon, Sierra Leone, the Democratic Republic of Congo, Angola, and the British Virgin Islands. In 2013, it was reported that the company's name was changed to "Senesco Banjul." The following individuals were involved with the company:

  o Kassim Tajideen was listed as a co-owner and founder of the company;
  o Ali Tajideen was listed as a co-owner and director general of the company;

- o Hassan Ali Tajideen was listed as executive director of the company; and
- o Hussein Tajideen was listed as a co-owner and managing director in the company.

- **Kairaba Supermarket** (a/k/a Kairaba Shopping Center). Kairaba Supermarket is a subsidiary business of SDGT Tajco Ltd. Both companies named Hussein Tajideen as the same point of contact and manager, and both use the same primary business address.[42]

- **Ovlas Trading SA**. Ovlas Trading SA is the parent company of Ovlas Trading SAL (Offshore) and Béton Liban SARL (a/k/a BL SARL). The company deals with general trading and food manufacturing. Ovlas Trading SA was designated an SDGT by the U.S. Department of the Treasury on December 9, 2010. Ovlas Trading SA opened a branch in the British Virgin Islands in 2005, shortly after being founded in Lebanon. The following individuals were involved with the company:

  - o Kassim Tajideen was listed as the owner of the company, according to the U.S. Department of the Treasury;
  - o Hassan Muhammad Tajideen was listed as managing director, authorized signatory and a shareholder U.S. Department of the Treasury;
  - o Najmah Hassan Jabir (Hassan's widow) was listed as a shareholder of the company; and
  - o Nadin Hassan Tajideen (Hassan's and Najmah's daughter) was listed as a shareholder of the company.

  LCB maintained account no. 174123* for Ovlas Trading SA until the account was closed in December 2010 and the account balance migrated to the company's account at Defendant LEBANON AND GULF BANK.

  Defendants BLOM BANK, BANK AUDI, BANQUE LIBANO-FRANÇAISE SAL, BANK OF BEIRUT AND THE ARAB COUNTRIES SAL, and LEBANON AND GULF BANK maintained accounts for and provided financial services to Ovlas Trading SA.

- **Ovlas Trading SAL (Offshore)**. The following individuals were involved with the company:

  - o Ahmad Hassan Tajideen was listed as the chairman, majority shareholder (holding 3,000 shares), and authorized signatory of the

---

[42]   A December 17, 2013 OFAC enforcement action demonstrates the way the Tajideen Network conducts its operations between Africa and Lebanon via U.S. dollar-clearing in the U.S. *See e.g.* https://www.U.S. Department of the Treasury.gov/resource-center/sanctions/CivPen/Documents/20131217_hsbc.pdf.

company;

- o Najmah Hassan Jaber (Ahmad's mother) was listed as a shareholder (holding 1,250 shares), co-founder, and member of the board of directors of the company;
- o Anwar Hussein Sa'ad was listed as a shareholder (holding 750 shares), co-founder, and member of the board of directors of the company;
- o Hassan Muhammad Abd al-Hassan Tajideen was listed as a co-founder of the company (his wife remained on the board of directors after he died in a 2010 plane crash);
- o Shawqi Ra'if Abu Khalil was listed as the auditor for the company; and
- o Amer Afif Abu Khalil was listed as the attorney for the company.

Defendants BANK AUDI and LEBANON AND GULF BANK maintained accounts for and provided financial services to Ovlas Trading SAL (Offshore).

- **Golfrate Holdings (Angola) LDA**. Purchased by Kassim Tajideen in 2005, Golfrate is a wholly owned subsidiary of Ovlas Trading SA (SDGT), with part of its main operations located in Angola. It was, until designated an SDGT in 2010, one of the most prominent importers of U.S. and international brands in Angola and served as the exclusive representatives for several global brands. Together with its various subsidiaries, Golfrate employed more than a thousand people in Angola.

- **Afri Belg Commercio E Industria LDA**. Afri Belg Commercio E Industria LDA, is a subsidiary of Ovlas Trading SA (SDGT) and was presided over by Kassim Tajideen. It is believed to have operated more than 25 supermarkets in Angola.

- **Grupo Arosfran Empreendimentos E Participacoes SARL** (Grupo Arosfran). Kassim Tajideen founded Grupo Arosfran in Luanda, Angola, in November 1991. He has been the primary decision-maker and leader of Grupo Arosfran, and a member of the board of directors. Grupo Arosfran is listed as either a branch or a subsidiary of Ovlas Trading SA (SDGT) on multiple international business websites.

- **Congo Futur SPRL** was established in the Democratic Republic of Congo in 1997 as a subsidiary of Soaframex BV. Officially, the company is controlled by Ahmad Tajideen, but Kassim Tajideen controls the company and the entire network of subsidiaries and sister companies related to it.

692.   Kassim's brothers, Ali and Hussein Tajideen, were designated SDGTs by the U.S.

Department of the Treasury. Ali Tajideen and Hussein Tajideen were business partners of Kassim Tajideen.

### ii.   Ali Muhammad Tajideen

693.    Ali Muhammad Tajideen was a Hezbollah commander in southern Lebanon, providing cash to Hezbollah in tranches as large as $1 million U.S. dollars each.

694.    Ali Muhammad Tajideen is also a major player in Jihad al-Bina, the Lebanon-based construction company which was designated an SDGT by the U.S. Department of the Treasury in February 2007 and which was formed and operated by Hezbollah (described above) under the IRGC-QF's direction.

695.    As of December 2010, and since at least December 2007, Ali Muhammad Tajideen used Tajco SARL, operating as Tajco Company LLC, as the primary entity to purchase and develop properties in Lebanon on Hezbollah's behalf.

696.    Under the name of Tajco Company LLC, Ali Muhammad Tajideen developed the properties, established mortgage loans, and acquired mortgage-life insurance to cover the mortgage borrowers.

697.    Ali Muhammad Tajideen's real estate empire is of strategic importance to Hezbollah because the Tajideen clan is from southern Lebanon and Ali Muhammad Tajideen's acquisitions have often been situated in militarily strategic locations south of the Litani river where U.N. peacekeeping forces have nominally been responsible for preventing Hezbollah from entrenching along the border with Israel.

698.    As the recent discovery of networks of Hezbollah tunnels burrowed under Israeli territory attest, U.N. peacekeeping forces have – at best – been ineffectual in their stated purpose.

699.    On the other hand, Ali Muhammad Tajideen, Jihad al-Bina, the IRGC-QF and

Hezbollah's BAC have been highly effective in rebuilding Hezbollah's military / terror infrastructure south of the Litani river.

700.   Ali Muhammad Tajideen was designated an SDGT by the U.S. Department of the Treasury on December 9, 2010.

701.   Ali Muhammad Tajideen controlled the following companies in Lebanon:

- **Al-Omran SARL**, which deals mainly with the buying and selling of ready-made concrete. The following individuals were involved with the company:

    o Hassan Muhammad Abd al-Hassan Tajideen was the authorized signatory of the company before his death;
    o Ali Muhammad Tajideen (SDGT) was listed as a partner (holding 100 shares) of the company;
    o Hassan Ali Tajideen was listed as a partner (holding 100 shares) of the company; and
    o Muhammad Ni'mah Shams al-Din was listed as a partner (holding 100 shares) of the company.

- **Al-Ataa Company – Hassan Bazoun & Partners**, which was established in 1994 and purportedly deals with import and export of real estate-related materials and products. The following individuals were involved with the company:

    o Ali Muhammad Tajideen (SDGT) was listed as a partner (holding 3,729 shares) of the company;
    o Ali Ibrahim Tajideen (Ali Tajideen's nephew, Ibrahim Muhammad Tajideen's son) was listed as a partner (holding 648 shares) of the company;
    o Majida Zayna Ahmad Awada was nominally the chairwoman of the company;
    o Ali Balhis (Majida Zayna Ahmad Awada's husband; Hezbollah mayor of the town of Siddikine in southern Lebanon) was listed as a shareholder (holding 2,989 shares) of the company;
    o Reda Ali Atawi was listed as a partner in the company and also in New Roads Company SARL (discussed below; affiliated with Jihad al-Bina); and
    o Ibrahim Muhammad Rakin was listed as the auditor of the company.[43]

---

[43]   Mr. Rakin also served as auditor for General Medical Provider (Offshore) SAL (a/k/a GMP Offshore SAL) – a company belonging to the Qauq family. Nabil Qauq is one of Hashem Safieddine's deputies.

- **Advanced Sports Center SAL** (ASC), which runs a sports center located in Beirut. The following individuals were involved with the company:

  o Youssef Muhammad Tajideen was listed as a co-founder of the company; and
  o Ali Muhammad Tajideen (SDGT) was listed as a co-founder of the company.

- **Ad-Diyar Trading and Contracting SARL**, which deals with general trading, contracting, and real estate. The following individuals were involved with the company:

  o Ali Muhammad Tajideen (SDGT) was listed as a partner, owning 33 percent of the shares, and authorized signatory of the company;
  o Hassan Ali Suwaydan was listed as a partner, owning 33 percent of the shares of the company; and
  o Ibrahim Mahmoud Youssef was listed as a partner, owning 33 percent of the shares of the company.[44]

- **Al-Izdihar for Contracting SARL**, which deals with real estate and construction. The following individuals were involved with the company:

  o Ali Muhammad Tajideen (SDGT) was the founder of the company;
  o Hassan Ali Abbas was listed as a co-founder and a partner (holding 100 shares) of the company;[45]
  o Hassan Ali Suwaydan was listed as a partner of the company; and
  o Amer Afif Abu Khalil was listed as the company's attorney.

- **Company for Development and Prosperity**, which deals mainly with the establishment, construction, and investment in parks, hotels, restaurants, and swimming pools. The following individuals were involved with the company:

  o Youssef Muhammad Tajideen was listed as owning 17 percent (holding 5,000 shares) of the company;
  o Samiha Ibrahim Tajideen (Youssef's wife) was listed as owning 17 percent, and a member of the board of directors of the company;
  o Ali Muhammad Tajideen (SDGT) was listed as the chairman, authorized signatory, and a shareholder (holding 10,000 shares) of

---

[44]     Mr. Youssef is another prominent member of the Tajideen Network, as partner and board member in BMC SAL and Société Orientale Libanaise d'Investissement et Développement SAL.

[45]     Mr. Abbas was also listed as a partner in the Tajideen company Atwi and Abbas Trading Company, alongside Hassan Ali Tajideen and Amir Afif Abu Khalil.

the company;

- o Shawqi Ra'if Abu Khalil was listed as the auditor, shareholder, and member of the board of directors of the company; and
- o Amer Afif Abu Khalil was listed as the company's attorney.

- **Hyram Maritime SAL**, which was involved in transportation and logistics. Established in 2000, according to its auditor, the company was closed down and has not been operational since 2013. The following individuals were involved with the company:

  - o Ali Muhammad Tajideen (SDGT) was listed as the co-founder of the company;
  - o Youssef Tajideen was listed as the co-founder of the company;
  - o Ali Hussein Saad was listed as the shareholder (holding 4,000 shares), authorized signatory and chairman of the company;
  - o Khadijah Amin Mahmoud was listed as the vice-president, shareholder (holding 4,000 shares), and board member of the company;
  - o Elissar Hussein Sayegh (Fatimah Tajideen's daughter, Ali Tajideen's niece) was listed as a shareholder (holding 2,000 shares) and board member of the company;
  - o Shawqi Ra'if Abu Khalil was auditor and shareholder (holding 4,000 shares) of the company; and
  - o Amer Afif Abu Khalil was the company's attorney.

Defendant BANK OF BEIRUT AND THE ARAB COUNTRIES maintained an account for and provided financial services to Hyram Maritime SAL.

- **Tajco Company SAE**. Tajco Company SAE is the Lebanese sister company of Tajco. Tajco Company SAE has been used for many years as Hezbollah's conduit for purchasing land in Lebanon to expand its areas of control and to acquire strategic parcels for political and strategic purposes. The following individuals were involved with the company:

  - o Kassim Muhammad Tajideen (SDGT) was listed as the co-founder of the company;
  - o Ali Muhammad Tajideen (SDGT) was listed as the partner (owning 20% of the shares), co-founder and authorized signatory of the company;
  - o Nur al-Ain Muhammad Ali Atwi (Ali Tajideen's wife) was listed as one of the partners (owning 20% of the shares) in the company;
  - o Hussein Muhammad Tajideen (SDGT) was listed as one of the partners (owning 20% of the shares) in the company;
  - o Hassan Ali Tajideen was listed as the CEO of the company after his father's death and likely inherited his father's shares;

- o Mahmoud Muhammad Tajideen was listed as one of the partners (owning 20% of the shares) in the company;
- o Ibrahim Muhammad Tajideen was listed as the co-founder of the company;
- o Youssef Muhammad Tajideen was listed as the co-founder of the company; and
- o Amer Afif Abu Khalil was listed as the company's attorney.

- **Tajideen Building and Construction Enterprise** (a/k/a Tajideen Establishment for Building & Construction), which was established in 2004. Ali Tajideen was listed as a trader and authorized signatory.

702.    Ali Tajideen, through Tajco, also controlled a network of companies in The Gambia, Sierra Leone, the Democratic Republic of Congo, Angola, and the British Virgin Islands.

703.    One of those Tajco-affiliated companies was Matrix (Offshore) SAL, owned by Qassem Muhammad Ajami and his uncle, Muhammad Ali Izz-al-Din, and established in 2003.

704.    Previously, Mr. Izz-al-Din had moved to Nigeria in 1987 and established a company called Babylon Enterprises Nigeria Ltd. which was involved in the construction business. The company conducted business with LCB and secured letters of credit from the bank.

705.    Mr. Ajami joined his uncle in Nigeria in the mid-1990s. He held multiple accounts at LCB.

706.    Muhammad Ali Izz-al-Din also held a personal account at LCB.

707.    LCB also maintained a banking relationship with Matrix (Offshore) SAL.

### iii.    Hussein Muhammad Tajideen

708.    Both Ali and Hussein Tajideen are among Hezbollah's top financiers in Africa. Hussein Tajideen is a primary Hezbollah fundraiser and prominent Hezbollah supporter in The Gambia.

709.    As of December 2010, and since at least March 2006, Hussein Tajideen owned 50 percent of Tajco Ltd., in Banjul, The Gambia, and served as the managing director of the company.

710.    Hussein Tajideen was designated an SDGT by the U.S. Department of the Treasury on December 9, 2010 together with his brother, Ali.

711.    Tajideen resided in The Gambia for 15 years until he was expelled on June 7, 2013.

### iv.    Ahmad Muhammad Tajideen

712.    Ahmad Muhammad Tajideen manages the family's businesses and money laundering operations in the Democratic Republic of Congo.[46]

713.    His company Congo Futur is a Tajideen Network / Hezbollah conglomerate that has been designated an SDGT by the U.S. Department of the Treasury. Its operations include mining, real estate, construction, and trade companies.

714.    In December 2010, the U.S. Department of the Treasury sanctioned the company as part of "the network of businesses" that the three Tajideen brothers—Ali, Hussein and Kassim— "owned or controlled."

715.    One of Congo Futur's subsidiary companies in Kinshasa is Trans-M,[47] which won lucrative contracts from the Congolese government for forestry rights, contracts that netted Mr. Ahmad Tajideen hundreds of millions of U.S. dollars in revenue and profits.[48]

716.    Another of its subsidiary companies, Congolese Company of Modern Construction

---

[46]    Ahmad Muhammad Tajideen and his brother Ibrahim Muhammad Tajideen also owned a company in the Democratic Republic of the Congo called Panikin SPRL.

[47]    Trans-M changed its name to Cotrefor in 2012 after Congo Futur was sanctioned, but it maintains the same address as Trans-M, inside the Congo Futur tower. According to a 2017 report by Global Witness:

> After the change of name, Cotrefor continued to work in the same logging concessions using the same permits and contracts that were issued to Trans-M by the Congolese government. The company has remained in the same offices that were occupied by Trans-M — on the third floor of the Congo Futur building on the Boulevard 30 Juin in Kinshasa. Cotrefor has continued to use the same company registration number as that used by Trans-M. In this light, there are compelling grounds to believe that Congo Futur, to all intents and purposes, continues to control Cotrefor just as it did Trans-M before it.

[48]    As of 2009, Ahmad Tajideen was listed as the largest shareholder in Trans-M SPRL.

(SCCM in French), has received several contracts from the Congolese Ministry of Finance totaling more than $12 million to do work on buildings in the Congolese capital of Kinshasa.

717.    Congo Futur's success has been tied to its links with senior government officials in Congo.

718.    A 2013 report by the Congolese Ministry of Trade alleged that "Congo Futur and other companies belonging to the Lebanese group Ovlas Trading SA (SDGT) controlled a significant proportion of Congo's foodstuffs market through a set of offshore companies in Lebanon – a setup that held significant fiscal advantages."

719.    An audit report conducted in 2013 on behalf of the Congolese Ministry of Trade found that Atlantic Trading, a reported subsidiary of Congo Futur that operates out of the same Kinshasa address, has extensive linkages with several Ovlas Trading SA (SDGT) subsidiaries.

720.    According to the 173-page audit:

> [W]e confirmed the existence of horizontal links with the suppliers of ATCOM (CONGO FUTUR Group) in Lebanon where three companies supply 85% of the Group's supplies: Leaders of Supply & Products, Global & Infinite Traders, Galaxy Flame Trading. These three companies, registered in the Lebanese commercial register under the offshore companies, belong to the same group (Ovlas) ... These companies mainly supply the Congo-Futur group through its subsidiary Atlantic Trade Company (ATCOM).

721.    Leaders of Supply & Products (Offshore) SAL and Galaxy Flame Trading SAL Offshore are two companies that are controlled by the Tajideen family. Both were identified by the Lebanese government as belonging to the Tajideen Network and maintaining accounts at LCB.

722.    According to the Lebanese government's assessment, Leaders of Supply & Products (Offshore) SAL maintained account no. 40022* at LCB until September 2011 – when it moved to Defendant LEBANON & GULF BANK.

723.     Leaders of Supply & Products (Offshore) SAL also maintained accounts with Defendants BANK AUDI and BANK OF BEIRUT.

724.     LCB maintained account no. 43286* for Galaxy Flame Trading SAL Offshore.

725.     According to the Lebanese government's assessment, the balance in that account migrated to Defendant BANK OF BEIRUT when LCB closed the account in August 2011.

726.     As noted above, Congo Futur is ultimately controlled by Kassim Tajideen and as discussed below, both Kassim Tajideen and Congo Futur have utilized companies nominally controlled by Saleh Ali Assi as intermediaries once Kassim Tajideen and Congo Futur were designated SDGTs by the United States.

727.     Ahmad Tajideen controls or is affiliated with the following companies in Lebanon:

- **Al-Massar Real Estate SAL**. Although not (yet) designated as an SDGT, Al-Massar Real Estate SAL is clearly controlled by the Tajideen family. The following individuals were involved with the company:

  o Ahmad Muhammad Tajideen was listed as a member of the board of directors and a shareholder of the company;
  o Jaffar Muhammad Tajideen was listed as a member of the board of directors and a shareholder of the company;
  o Youssef Muhammad Tajideen was listed as authorized signatory, chairman and a member of the board of directors of the company;
  o Qassem Hassan Tajideen (their nephew) was listed as a shareholder and board member of the company;
  o Shawqi Ra'if Abu Khalil was listed as the company's auditor;
  o Bassam Zafir Tamim was listed as the company's accountant; and
  o Amer Afif Abu Khalil was listed as the company's attorney.

- **Bream Star Line SAL Offshore**. The following individuals were involved with the company:

  o Ahmad Tajideen was listed as a shareholder, co-founder, general manager and authorized signatory of the company;
  o Bashir Qassem Jaffal was listed as a co-founder of the company;
  o Ibrahim Amin Salman was listed as a board member and shareholder of the company;
  o Shawqi Abu Khalil was listed as the company's auditor;
  o Amer Abu Khalil was listed as the company's attorney;

159

  o Ali Hussein Saad was listed as a co-founder, chairman, shareholder and signed commissioner of the company; and

  o Khadijah Amin Mahmoud was listed as deputy chairman, shareholder, co-founder and member of the board of directors of the company.

### v. Jaffar Muhammad Tajideen

728. Jaffar Muhammad Tajideen was listed as a member of the board of directors of Al-Massar Real Estate SAL (discussed above), together with his brothers Ahmad and Youssef Muhammad Tajideen.

### vi. Fatimah Muhammad Tajideen

729. Fatimah Tajideen was born in 1966. Fatimah Tajideen is the sister of the Tajideen brothers. Although not directly involved in the Tajideen Network, her husband, Hussein Tawfiq Sayegh, and their daughter, Elissar Hussein Sayegh, are shareholders in several Tajideen holdings:

- **Afrimex (Offshore) SAL**. Established in 2003, the company is part of the Tajideen Network in Africa and is also linked to Ayman Joumaa's narcotics trafficking and money laundering network. The company is owned and controlled by Fatimah Tajideen's family together with Hana Jawad (Fatimah Tajideen's sister-in-law, Ibrahim Muhammad Tajideen's wife). The following individuals were involved with the company:

  o Hussein Tawfiq Sayegh was listed as a co-founder, vice president/vice chairman, member of the board of directors and shareholder of the company;

  o Youssef Muhammad Tajideen was listed as a co-founder of the company;

  o Elissar Hussein Sayegh was listed as chairwoman, an authorized signatory and a shareholder of the company;

  o Hana Abd al-Karim Jawad was listed as a shareholder, co-founder and a member of the board of directors of the company;

  o Amer Afif Abu Khalil served as the company's attorney; and

  o Shawqi Ra'if Abu Khalil served as the company's statutory auditor.

Until it was forced to close in February 2011, Afrimex (Offshore) SAL maintained account no. 40580* at LCB. According to the Lebanese government, that account migrated to Defendant BYBLOS BANK. At the same time, it maintained its account at LCB. Afrimex also

maintained at least one account at Defendant BANK AUDI in Tyre, Lebanon. That account was used to launder funds for Ayman Joumaa's network.

- **Union Real Estate Development Company SAL**. Deals with real estate, construction, and tourism. The company is owned wholly by members of the Tajideen family. The following individuals were involved with the company:

  o Hussein Tawfiq Sayegh was listed as the chairman, co-founder, signed commissioner, authorized signatory and a shareholder (holding 75 shares) of the company;
  o Mahmoud Muhammad Tajideen was listed as a majority shareholder (holding 750 shares), board member and co-founder of the company;
  o Youssef Muhammad Tajideen was listed as vice president, co-founder, shareholder (holding 100 shares) of the company;
  o Khadijah Hassan Mattar (Mahmoud Tajideen's wife, Youssef's sister in law) was listed as a board member, co-founder, and shareholder (holding 75 shares) of the company;
  o Shawqi Ra'if Abu Khalil was listed as the company's auditor; and
  o Amer Afif Abu Khalil was listed as the company's attorney.

- **Hyram Maritime SAL** (discussed above).

### vii.    Mahmoud Muhammad Tajideen

730.    Mahmoud Muhammad Tajideen is the brother of the aforementioned Tajideen brothers (SDGTs).

731.    Mahmoud Muhammad Tajideen is directly involved in the Tajideen Network through two Tajideen holdings:

- **Union Real Estate Development Company SAL** (discussed above); and

- **Tajco Company SAE** (discussed above).

### viii.    Youssef Muhammad Tajideen

732.    Youssef Muhammad Tajideen was born in 1967. He is the brother of the designated Tajideen brothers (SDGTs).

733.    Youssef Muhammad Tajideen maintained account no. 160549* at LCB until February 2011.

734.    When LCB was finally compelled to close his accounts, according to the Lebanese government, his accounts migrated to Defendants BANK OF BEIRUT, LEBANON & GULF BANK, BLOM BANK SAL and BANK AUDI.

735.    Youssef Muhammad Tajideen is directly involved in the Tajideen Network through more than a dozen Tajideen holdings, including the following Hezbollah entities:

- **Tajco Company SAE** (discussed above).

- **Hyram Maritime SAL** (discussed above).

- **Al-Massar Real Estate SAL** (discussed above).

- **Afrimex (Offshore) SAL** (discussed above).

- **Al-Dalhamiya Country Club Company** is a country club in the Chouf region controlled by the Tajideen family. The following individuals were listed in connection with the company:

  o  Youssef Muhammad Tajideen was listed as the general manager, chairman of the board, authorized signatory and shareholder of the company;
  o  Abdallah Youssef Tajideen (Youssef's son) was listed as the vice-chairman, board member, authorized signatory and a major shareholder of the company;
  o  Ibrahim Muhammad Tajideen was listed as a principal shareholder and a board member of the company;
  o  Najmah Hassan Jabir was listed as the principal shareholder and a board member of the company;
  o  Wafa Muhammad Nussar Alamah was listed as a shareholder of the company;
  o  Hussein Abd al-Muttalib Jawad was listed as a shareholder of the company;
  o  Charles Antoun Kattanah was listed as a co-founder of the company;
  o  Shawqi Ra'if Abu Khalil was listed as the company's auditor; and
  o  Wissam Hussein Hammoud was listed as the company's attorney.

- **Rifieh Pour L'amélioration** (a/k/a Rural Real Estate Improvement SARL) is a Lebanese real estate company founded in 1975. The

162

company's offices are located in the Tajco building in Beirut. The company demonstrates the overlap between networks, in this case the Tajideen Network and the Ahmad Clan (discussed below). The following individuals were involved with the company:

- o Ibrahim Muhammad Tajideen was listed as the majority shareholder (owning 69 percent of the company's shares) of the company;
- o Youssef Muhammad Tajideen was listed as a partner, authorized signatory and shareholder of the company;
- o Abdallah Youssef Tajideen was listed as a partner and shareholder of the company;
- o Firas Nazim Ahmad (son of Nazim Ahmad, a senior Hezbollah BAC operative) was listed as a partner of the company;
- o Rami Kamil Ya'qub Baqir (brother-in-law of Nazim Ahmad) was listed as a partner of the company;
- o Hussein Abd al-Muttalib Jawad was listed as a partner of the company; and
- o Wissam Hussein Hammoud was listed as the company's lawyer.

- **Union Real Estate Development Company SAL** (discussed above).

- **Advanced Sports Center - ASC SAL** (discussed above).

- **Lebanese Real Estate Development & Investment Company SAL**, which deals with purchasing real estate and the rights to it, leasing, investments, construction and tourism. The following individuals were involved with the company:

- o Youssef Muhammad Tajideen was listed as a member of the board of directors and owned 12.5 percent of the shares (holding 125 shares) of the company;
- o Najmah Hassan Jabir (Youssef's sister-in-law) was listed as the co-founder, signed commissioner, head of board of directors, authorized signatory and a shareholder (holding 50 percent of the shares) of the company;
- o Anwar Hussein Saad was listed as a shareholder, board member and co-founder of the company;
- o Shawqi Ra'if Abu Khalil was listed as the company's auditor; and
- o Amer Afif Abu Khalil was listed as the company's attorney.

- **Company for Development and Prosperity** (discussed above).

- **Distributions and Agencies Company SAL**, which deals with commercial activities such as selling, buying, exporting, importing, and renting. The following individuals were involved with the company:

- o Youssef Muhammad Tajideen was listed as the vice-president, signed commissioner, member of the board of directors, authorized signatory and shareholder (holding 1,000 shares) of the company;
- o Ahmad Hassan Tajideen was listed as head of the board of directors, signed commissioner, authorized signatory and shareholder (holding 26,500 shares) of the company;
- o Hassan Ali Tajideen was listed as a shareholder (holding 2,000 shares) of the company;
- o Ahmad Abd al-Karim Said Muhammad Jawad (Ibrahim Muhammad Tajideen's brother-in-law) was listed as a shareholder (holding 500 shares) and a member of the board of directors of the company;
- o Shawqi Ra'if Abu Khalil was listed as the auditor; and
- o Amer Afif Abu Khalil was listed as the attorney for the company.

### ix.  Hassan Muhammad Tajideen

736.   Hassan Muhammad Tajideen was born in 1960. He was the third oldest brother after Kassim and Mahmoud.

737.   Hassan was on board Ethiopian Airlines Flight 409 when it crashed into the Mediterranean Sea shortly after take-off from Beirut, Lebanon, in January 2010.

738.   Hassan Muhammad Tajideen was also heavily involved in the following Hezbollah-controlled companies:

- **Ovlas Trading SA** (SDGT, discussed above).

- **Al-Omran SARL** (discussed above).

### x.  Ibrahim Muhammad Tajideen

739.   Ibrahim is the younger brother of the aforementioned Tajideen brothers. Ibrahim, alongside his wife Hana Abd al-Karim Jawad and their two adult children, Duaa and Ali, is involved with prominent companies and business of the Tajideen Network, directly linked to Hezbollah.

740.   Ibrahim Muhammad Tajideen is directly affiliated with the following Hezbollah-controlled companies:

- **Tajco Company SAE** (discussed above).

- **Enmaa Dalhamiya Company SAL** (a/k/a Deliku), which deals with real estate and construction. The following individuals were involved with the company:

  o Najmah Hassan Jabir was listed as the manager, a board member and partner (holding 785 shares) of the company;
  o Youssef Muhammad Tajideen was listed as chairman and partner (holding 829 shares) of the company;
  o Abdallah Youssef Tajideen was listed as vice-president, a board member and partner (holding 536 shares) of the company;
  o Ibrahim Muhammad Tajideen was listed as the majority shareholder (holding 13,510 shares) and a board member of the company;
  o Wafa Muhammad Nussar Alamah was listed as a shareholder of the company;
  o Hussein Abd al-Muttalib Jawad was listed as a shareholder of the company;
  o Charles Antoun Kattanah was listed as a co-founder of the company;
  o Shawqi Ra'if Abu Khalil was listed as the auditor for the company; and
  o Wissam Hussein Hammoud was listed as the attorney for the company.

  LCB maintained account no. 46467* for the company until July 2011 when it was forced to close.

- **Al-Dalhamiya Country Club Company** (discussed above).

- **Rifieh Pour L'amélioration** (discussed above).

741. Ibrahim Muhammad Tajideen's son, Ali Ibrahim Tajideen, is a shareholder in Al-Ataa Company - Hassan Bazoun & Partners, a real estate company in southern Lebanon tied to both the Tajideen family's network (described above), Jihad al-Binna, and the IRGC.

742. Below is a partial list of Tajideen Network individuals and companies and the Defendants that maintained accounts for them and provided them with financial services:

| Tajideen Corporate Network | Lebanese Bank |
|---|---|
| **Ovlas Trading SA** | • LCB<br>• BLOM BANK<br>• BANK AUDI<br>• LEBANON AND GULF BANK |

| | • BANQUE LIBANO-FRANÇAISE<br>• BANK OF BEIRUT AND THE ARAB COUNTRIES |
|---|---|
| **Ovlas Trading SAL (Offshore)** | • BANK AUDI<br>• LEBANON AND GULF BANK |
| **Hyram Maritime SAL** | • BANK OF BEIRUT AND THE ARAB COUNTRIES |
| **Matrix (Offshore) SAL** | • LCB |
| **Leaders of Supply & Products** | • LCB<br>• BANK AUDI<br>• LEBANON AND GULF BANK<br>• BANK OF BEIRUT |
| **Galaxy Flame Trading SAL Offshore** | • LCB<br>• BANK OF BEIRUT |
| **Amigo Travel and Transport SAL** | • BYBLOS BANK |
| **Afrimex (Offshore) SAL** | • LCB<br>• BYBLOS BANK<br>• BANK AUDI |
| **Enmaa Dalhamiya Company SAL** | • LCB |
| **ETCIMEX** | • BYBLOS BANK |
| **Société Orientale Libanaise d'Investissement et Développement SAL** | • BYBLOS BANK |
| **Youssef Muhammad Tajideen** | • LCB<br>• BANK OF BEIRUT<br>• LEBANON AND GULF BANK<br>• BLOM BANK<br>• BANK AUDI |

### f.  Muhammad Ibrahim Bazzi

743.    Born on August 10, 1964 in Bint Jbeil in southern Lebanon, Muhammad Ibrahim

Bazzi is a Hezbollah financier who has fundraised millions of dollars for Hezbollah through his

business activities in Belgium, Lebanon, Iraq, and West Africa.

744.    On May 17, 2018, Mr. Bazzi was designated an SDGT by the U.S. Department of

the Treasury.[49] Five companies he owned or controlled were also designated by the U.S. Department of the Treasury on the same date.

745.    Mr. Bazzi worked closely with former Gambian president Yahyah Jammeh to loot the country and open it up to Hezbollah for narcotics trafficking, money laundering and arms dealing.

746.    According to the Lebanese government, until 2012, Mr. Bazzi was the owner of U.S. dollar-denominated account no. 170037* at LCB.

747.    According to the Lebanese government, after Mr. Bazzi's LCB account was closed in 2012, the balance in his LCB account was moved to his account at Defendant FRANSABANK.

748.    Mr. Bazzi also held accounts at Defendants MEAB BANK and BLOM BANK.

749.    Mr. Bazzi runs several companies around the world, often with a business associate named Fadi George Mazegi, who is a Greek Orthodox Christian.

750.    In The Gambia, Mr. Bazzi installed Fadi George Mazegi as a "Non-Executive Director" of Prime Bank, a subsidiary of LCB (discussed *infra*). Although official documents reportedly show Mr. Bazzi as an owner of the bank, he has told *The Wall Street Journal* that "he had only helped procure a banking license for friends."

751.    Prime Bank (Gambia) became a key money laundering hub for Hezbollah and a favored channel for moving Hezbollah's money to LCB in Lebanon. It also moved hundreds of

---

[49]    A month after designating him for supporting Hezbollah's terrorist activities, the U.S. Department of the Treasury released a report on human rights that criticized the Gambian regime of Yahya Jammeh. The State Department also described The Gambia as "a source and destination country for women and children subjected to forced labor and sex trafficking." According to the State Department, "Gambian women are subjected to forced labor and sex trafficking in the Middle East, including Lebanon and Kuwait." Muhammad Bazzi has been linked to the Gambian human trafficking network, and a published report further linked him to "the process of using the Syrian girls who are collected from refugee camps and trading them for money to help Hezbollah."

millions of dollars for Iran at the behest of and in coordination with Muhammad Bazzi (SDGT)

and Abdallah Safieddine.

752.   Mr. Bazzi's son, Wa'el Muhammad Bazzi, owns shares in several of his father's

corporate holdings and has assumed control of several of them following his father's SDGT

designation (in order to facilitate sanctions evasion).[50]

753.   Mr. Bazzi owned or controlled the following OFAC designated companies:

- **Global Trading Group NV** (SDGT), a global energy products and services company headquartered in Antwerp, Belgium that also has locations in Sierra Leone, The Gambia, Ivory Coast, and Benin.

  According to the Lebanese government, the company held U.S. dollar-denominated account no. 170782* at Lebanese Canadian Bank until it was closed in June 2012 and then moved its accounts to Defendant FRANSABANK.[51]

  On August 9, 2018, the company changed its name to Energy Engineers Procurement and Construction. One of its co-founders was Hisham Hussein Makki, a Lebanese national and resident of Sierra Leone who also serves as a board member of Ali Ibrahim Charara's Teltac Worldwide Incorporated (Offshore) SAL.

- **Euro African Group Ltd.** (SDGT), a major fuel supplier in The Gambia.

  According to the Lebanese government, the company held U.S. dollar-denominated account no. 42402* at LCB until it was closed in August 2012 and then moved its accounts to Defendant FRANSABANK.

  According to *Reuters*, Euro African Group Ltd. held exclusive rights to import fuel to The Gambia between 2008 and 2013 and a fuel supply deal to the state-run utility. Mr. Bazzi acknowledged to *Reuters* that the

---

[50]   Wa'el Bazzi was designated an SDGT on April 24, 2019.

[51]   Wa'el Bazzi (SDGT), Muhammad Ibrahim Bazzi's son, has replaced both Bazzi and Fadi George Mazegi as managing director and board member of Global Trading Group NV (SDGT) in Belgium as of June 10, 2018 (now Energy Engineers Procurement and Construction). The other new board member and managing director of the company is Voltra Transcor Energy BVBA in Belgium, a company also controlled by Wa'el Bazzi. On April 24, 2019 Voltra Transcor Energy BVBA was also designated as an SDGT. According to the U.S. Department of the Treasury, Wa'el Bazzi "likely established an account for Voltra Transcor Energy, in connection with Mohammad Bazzi's attempted use of an intermediary company to move money to [Global Trading Group NV] and circumvent OFAC sanctions."

company made three payments to the Jammeh Foundation for Peace totaling $1.3 million in 2013. Documents obtained by *Reuters* reflect five payments into the account in 2013 totaling $2.55 million – each referencing Euro African Group.

- **Africa Middle East Investment Holding SAL** (SDGT), held with Mr. Bazzi's wife.

- **Premier Investment Group SAL Offshore** (SDGT).
  Defendant BANK AUDI maintained an account for and provided financial services to Premier Investment Group SAL Offshore.

- **Car Escort Services (Offshore) SAL** (discussed above).
  Defendant JAMMAL TRUST BANK held an account for and provided financial services to the company.

754.    The following (as-yet-undesignated) companies are owned or controlled by Mr. Bazzi:

- **Wanour Real Estate SAL**. The following individuals were involved with the company:[52]

  o  Prior to his designation as an SDGT, Muhammad Bazzi held half the shares in, and was listed as the chairman of, the company; and
  o  Wa'el Bazzi (SDGT) was listed as a minority shareholder of the company.

  Defendant FRANSABANK held an account for and provided financial services to Wanour Real Estate SAL.

- **Lebanese Printing Company (Dar al-Farabi) SAL**.

- **Global Electrical Group Holding SAL**. The following individuals were involved with the company:

  o  Prior to his designation as an SDGT, Muhammad Bazzi held almost half the shares in, and was listed as the chairman of, the company;
  o  Talal Khalil Chahine (fugitive from the United States discussed above) owned a slight majority of the shares of the company;
  o  Fadi George Mazegi was listed as a member of the board of directors of the company;
  o  Claire Elias Assaf Abu Rajili was listed as a co-founder of the

---

[52]      Wa'el Bazzi (SDGT) also replaced his father as 40 percent shareholder and President of the Board of Wanour following his father's SDGT designation.

company;

- o Aline George Choucair Prince was listed as a co-founder of the company; and
- o Joseph George Zgheib was listed as a co-founder and attorney of the company.

According to the Lebanese government, the company held account no. 172658* at LCB until October 2012.

- **GAM Petroleum**.

- **Prime Bank** (The Gambia) (discussed below).

755.    Muhammad Bazzi's family of companies had the following Lebanese banking relationships listed herein and detailed below:

| Muhammad Bazzi Corporate Network | Bank |
|---|---|
| Global Trading Group NV | • LCB<br>• FRANSABANK |
| Euro African Group Ltd. | • LCB<br>• FRANSABANK |
| Premier Investment Group SAL Offshore | • BANK AUDI |
| Car Escort Services (Offshore) SAL | • JAMMAL TRUST BANK |
| Wanour Real Estate SAL | • FRANSABANK |
| Global Electrical Group Holding SAL | • LCB |
| Ibrahim Muhammad Bazzi | • LCB |
| Ibrahim Muhammad Bazzi | • FRANSABANK |
| Ibrahim Muhammad Bazzi | • MEAB BANK |
| Ibrahim Muhammad Bazzi | • BLOM BANK |

756.    Muhammad Bazzi is (or was prior to his SDGT designation) a director of the Gambia Milling Corporation along with Fadi George Mazegi. Bazzi's Premier Investment Group SAL Offshore (SDGT) appears to have owned 50 percent of the company.

757.    Between 2009 and 2011, Mr. Bazzi had extensive business connections with Abdallah Safieddine, the co-head of Hezbollah's BAC and Hezbollah's representative to Iran.

758.    In 2011, Mr. Bazzi and Mr. Safieddine worked to resolve a dispute and reestablish relations between Iran and The Gambia. According to the U.S. Department of the Treasury, Mr.

Bazzi was a "close associate" of Yahya Jammeh, the former president of The Gambia, who was sanctioned by the United States in December 2017 for his record of human rights abuses and money laundering.

759.   Mr. Bazzi maintains ties to other U.S.-designated individuals, including Hezbollah financiers Adham Hussein Tabaja and Ali Youssef Charara. He also had extensive links to Hezbollah's most senior narcotics traffickers, including the U.S.-designated SDNTK, Ayman Joumaa.

760.   On April 23, 2019, the U.S. government's "Rewards for Justice" Program announced a reward of up to $10 million "for information leading to the disruption of the financial mechanisms of Lebanese Hizballah."

761.   The announcement described Mr. Bazzi as a "key Hizballah financier, who has provided millions of dollars to Hizballah generated from his business activities" and noted that the reward offer was highlighting him and two other individuals "as examples of key Hizballah financiers and facilitators about whom it seeks information and whom the U.S. Department of the Treasury has designated as SDGTs."

### g.  Saleh Ali Assi

762.   Saleh Ali Assi was a leading money launderer on behalf of Hezbollah's BAC and was a significant business partner of Kassim Tajideen (SDGT), Muhammad Bazzi (SDGT), and the Ahmad clan (described below), among others.

763.   Mr. Assi is a Lebanese national, but in recent years has lived in Paris, France and the Democratic Republic of Congo.

764.   He is reportedly being sought by Interpol for questioning and faces possible arrest in Lebanon if he returns.

765.     During the relevant period, Mr. Assi opened and maintained U.S. dollar-denominated accounts at Defendants BANQUE LIBANO-FRANÇAISE, BANK AUDI and LCB.

766.     Mr. Assi controls a milling company in the Democratic Republic of Congo called Minocongo SPRL and a bakery chain called Bread Victory ("Pain Victoire"), both of which are part of the U.S.-designated Tajideen Network of companies under the rubric of Congo Futur.[53]

767.     In Mr. Assi's capacity as a vehicle for the Ahmad clan's money laundering enterprises in the Democratic Republic of Congo and Belgium, he received millions of dollars (through correspondent banks in New York) to his account at Defendant BANQUE LIBANO-FRANÇAISE in Lebanon and lesser sums to his account at Defendant BANK AUDI in Lebanon from companies controlled by Nazim Ahmad, including Rilton Traders and Primogems.

768.     Mr. Assi was also co-founder and partner in the company Lebanese Development & Investment Company LLC with Abd al-Karim Yusuf Ahmad, son-in-law of Ali Ahmad.

769.     Mr. Assi was also the co-founder of Global Supply and Consultancy SAL Offshore in 2009, a BAC-controlled company that maintained an account for and received financial services from Defendant FRANSABANK.

770.     The chairman of Global Supply and Consultancy SAL Offshore is Muhammad Arkan al-Seblani, a senior BAC operative and business associate of Muhammad Abdallah al-Amin (designated an SDGT in 2018 for "assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, Adham Hussein Tabaja").

771.     According to the Lebanese government, when LCB was finally compelled to close Mr. Assi's personal and corporate accounts, Mr. Assi's personal accounts migrated to Defendants

---

[53]     Mr. Assi has lately faced some legal troubles in the Democratic Republic of Congo. His bakery chain has been accused of price gouging.

BANQUE LIBANO-FRANÇAISE, FRANSABANK, MEAB BANK, and SGBL.

772.    Mr. Assi served as chairman and general manager of Inter Aliment SAL Offshore, a BAC facilitating company he established in 2005. His sister and nephew served as board members and shareholders.

773.    Inter Aliment SAL Offshore shared the same accountant / auditor as many of the Ahmad clan's companies, and two of its co-founders were involved in companies connected to Kamel Muhammad Amhaz (SDGT) discussed below.

774.    According to the Lebanese government, Inter Aliment SAL Offshore maintained a U.S. dollar-denominated account at LCB which was closed in December 2011 and whose balance migrated to Defendants BANQUE LIBANO-FRANÇAISE, FRANSABANK and MEAB BANK.

775.    Separately, Defendants SGBL and BANK AUDI maintained accounts for and provided financial services to Inter Aliment SAL Offshore.

776.    During the relevant period, Inter Aliment SAL Offshore laundered an excess of $70 million through its Lebanese bank accounts.

777.    According to the Lebanese government assessment, Fayed Exchange Company in Beirut was also associated with Mr. Assi. The company's U.S. dollar-denominated account at LCB was closed in June 2011 and thereafter migrated to Defendants LEBANON & GULF BANK and BANK OF BEIRUT AND THE ARAB COUNTRIES.

778.    Mr. Assi was involved in the Bank Al Madina scandal (discussed in detail below) and was a business partner of Ms. Rana Koleilat (the Lebanese fugitive most closely associated with the 2003 collapse of Bank Al Madina.)

### h.  Kamel Amhaz

779.    Kamel Muhammad Amhaz and his brother Issam Muhammad Amhaz were

designated SDGTs by the U.S. Department of the Treasury in July 2014 for aiding the procurement

of sophisticated electronics for military equipment, including unmanned aerial vehicles ("UAVs")

used in Hezbollah military operations in Syria and Israel.

780.    Kamel Amhaz is known in Lebanon as both a premier arms dealer and smuggler.

He worked closely with Kassem Hejeij (SDGT), the head of Defendant MEAB.

781.    The brothers acquired these electronics using their Lebanon-based company, Stars

Group Holding SAL, and its six subsidiaries, which are listed below and were included in the U.S.

Department of the Treasury designation:

- **Stars Group Holding SAL**, which purportedly sells cell phones and tablets, was designated an SDGT in July 2014. It owns several consumer electronics businesses in Beirut and elsewhere. The following individuals were involved with the company:

    o  Kamel Amhaz was listed as a board member and owned 40 percent of the company;
    o  Issam Amhaz was listed as the chairman and owned 40 percent of the company; and
    o  Hani Amhaz, the youngest brother, was listed as a board member and owned 20 percent of the company.

- **Unique Stars Mobile Phones LLC** (UAE) (Stars Group Holding SAL subsidiary) was designated an SDGT in July 2014. The following individuals were involved with the company:

    o  The Amhaz brothers owned the company; and
    o  Ayman Ahmad Ibrahim was listed as general manager; he was designated by the U.S. Department of the Treasury on July 10, 2014, along with the Amhaz brothers.

- **Stars International Ltd.** (Stars Group Holding SAL subsidiary) was designated an SDGT in July 2014. The following individuals were involved with the company:

    o  The Amhaz brothers owned the company; and
    o  Ali Zeaiter was listed as the general manager; he was designated by the U.S. Department of the Treasury on July 10, 2014, along with the Amhaz brothers.

- **Stars Communications Ltd.** (Stars Group Holding SAL subsidiary), which purportedly sells cell phones and other consumer electronics was designated an SDGT in July 2014. The following individuals were involved with the company:

  o Kamel Amhaz was listed as co-founder, director and signed commissioner of the company;
  o Ali Youssef Tarhini was listed as a director of the company;
  o Hussein Ahmad Amhaz was listed as co-founder and partner (owning 1 percent) of the company;
  o Abdallah Zuhayr al-Sahili was listed as majority shareholder (owning 98 percent) of the company; and
  o Samira Muhammad al-Sahili was listed as a partner (owning 1 percent) of the company.

- **Teleserve Plus SAL** (Stars Group Holding SAL subsidiary), which purportedly deals with communication and computers and was designated an SDGT on July 10, 2014. The following individuals were involved with the company:

  o Hani Amhaz was listed as the general manager, chairman and majority shareholder (owning 70 percent) of the company;
  o Michel Gabriel Ma'rawi was listed as a board member and partner (owning 25 percent) of the company;
  o Ahmad Hisham Amhaz was listed as a board member and partner (owning 5 percent) of the company;
  o Ibrahim Muhammad Rakin was listed as the auditor / accountant of the company; and
  o Ashraf Assem Safieddine was listed as the attorney and co-founder of the country.

- **Stars Communications (Offshore) SAL** (Stars Group Holding SAL subsidiary), which purportedly imports electronics into Lebanon was designated an SDGT in July 2014. The following individuals were involved with the company:

  o Kamel Amhaz was listed as the chairman and majority shareholder (owning 90 percent) of the company;
  o Fatima Ahmad Qubaysi was listed as a board member and shareholder (owning 5 percent) of the company;
  o Hani Amhaz was listed as a board member and shareholder (owning 5 percent) of the company; and
  o Ali Muhammad Amhaz was listed as general manager of the company.

- **Special Operations Group SAL**, which specialized in selling Czech

weapons, officially to the Lebanese Armed Forces. It was established in 2013 – after the relevant time period, but it is notable because it maintained an account with and received financial services from Defendant BANK AUDI despite Mr. Amhaz's controversial reputation. The following individuals were involved with the company:

- o Kamel Amhaz was listed as founder of the company;
- o Jihad Hussein al-Anan served as the company's attorney; and
- o Mr. Safieddine also served as the company's attorney.

782. Another prominent member of the Amhaz brothers' network is Hanna Elias Khalifa (a/k/a Khalifeh) (SDGT), a Hezbollah operative and Lebanese businessman who worked directly with Stars Group Holding SAL network managers to facilitate procurement activities on Hezbollah's behalf.

### i. **Hassan Shateri**

783. Hassan Shateri (a/k/a Hussam Khoshnevis) was a senior commander in the IRGC–QF. After the 2006 conflict between Hezbollah and Israel, Mr. Shateri was sent to Lebanon under the alias of "Hussam Khoshnevis" and was put in charge of the Iranian Committee for the Reconstruction of Lebanon ("ICRL") together with another Iranian operative named Reza Dehnavi. Mr. Dehnavi was the manager of the ICRL southern branch.

784. According to the *Fars New Agency,* Mr. Shateri served as an IRGC-QF officer in Kurdistan, Afghanistan, Iraq and Lebanon.

785. As indicated by Mr. Shateri's rank, the ICRL was (and is) an organization controlled by the IRGC-QF.

786. According to an *Asharq al-Awsat*'s report, Mr. Shateri received $200 million U.S. dollars a year in order to restore Hezbollah's military capabilities and its position within Lebanon.

787. With these funds, he created a business empire including banks, shopping malls, hotels, transport companies, radio and television networks, newspapers, and travel agencies.

788.   Mr. Shateri was designated an SDGT by the U.S. Department of the Treasury in August 2010.

789.   According to the U.S. Department of the Treasury, Mr. Shateri also operated as then-Iranian President Mahmoud Ahmadinejad's personal representative in Lebanon.

790.   He was killed by Syrian rebels at the beginning of 2013.

791.   He was partner and founder of several companies linked to the Tajideen family and Jihad al-Bina (Hezbollah's SDGT construction arm), and of several companies under the umbrella of the Ansar Group run by his Iranian colleague, Reza Dehnavi, including the following entities:

- **New Roads SARL**, which deals with building materials, particularly cement. It is based in Nabatieh, South Lebanon. The following individuals were involved with the company:

  o   Hassan Shateri was listed as a partner of the company;
  o   Reda Ali Atawi of the Tajideen Network was listed as a partner of the company (through Al-Ataa Company Hassan Bazoun & Partners, described above);
  o   Muhammad Tarhini was listed as account manager of the company;
  o   Hussein Bahjat was listed as auditor of the company; and
  o   Muhammad Ali al-Seblani was listed as managing director, authorized signatory and a partner of the company.

- **National Crushers Company SAL**, which deals with cement production. The following individuals were involved with the company:

  o   Muhammad Ali al-Seblani was listed as chairman, a partner and authorized signatory of the company;
  o   Hassan Shateri was listed as the general director, partner and authorized signatory of the company;
  o   Muhammad Haidar Qansu was listed as a partner of the company;
  o   Kazem Abbas Darabi was listed as a board member and partner of the company; he is both a Hezbollah and IRGC operative and was previously responsible for planning the murderous attack on the Mykonos restaurant in Berlin in 1992; and
  o   Reza Dehnavi was listed as the manager of the company.

- **Cleany & Company SARL**, which deals mainly with maintenance and repairing of houses, offices, real estate and buildings. The following individuals were involved with the company:

o  Hassan Shateri was the founder and a partner (holding 100 shares) of the company;
o  **Saad Habib Lahud was listed as a co-founder, authorized signatory, and majority shareholder (holding 4,800 shares) of the company;**
o  Muhammad Haidar Qansu was listed as a co-founder and shareholder (holding 100 shares) of the company; and
o  Jihad George Lutfi was listed as the attorney for the company.

### j.  **Imad Abdul Reda Bakri**

792.    Imad Bakri is a prolific "businessman" and BAC operative who was involved in companies from Lebanon to Europe to Africa to South America.

793.    According to a French news report, Mr. Bakri was involved trading meat, fish and flour, in Belgium, Romania, Lebanon, Algeria and Angola, through his company Metro Trading Company established in Belgium in 1989 and then incorporated in Lebanon as Metro Trading SARL and Metro Trading Company Offshore SAL (both) in 2008.

794.    During 2006-2007, Metro Trading laundered more than $15 million U.S. dollars through LCB on Hezbollah's behalf.

795.    **Mr.** Bakri personally laundered more than $3 million through his personal account at LCB during the same time period on Hezbollah's behalf.

796.    Metro Trading Company Offshore SAL has held accounts at Defendants SGBL and BANQUE LIBANO-FRANÇAISE.

797.    According to a United Nations report, Mr. Bakri has been the main weapons and military equipment supplier for the Angolan militia known as UNITA and has supplied the group via Kinshasa, Democratic Republic of Congo.

798.    Mr. Bakri has also been accused of orchestrating arms shipments through another company he controls in Romania called Romagro Cereal SRL, in Romania.

178

799.   A July 2000 Belgian intelligence report identified specific Lebanese diamond traders and companies tied to Hezbollah, including Imad Abdul Reda Bakri, Ali Ahmad (discussed below), Afrostars Diamonds BVBA (controlled by Mr. Bakri), Triple A Diamonds NV (discussed below), and Ezzideen Diamonds BVBA.

800.   According to the report, "there are indications that certain persons, the 'Lebanese connection' mentioned in the diamond smuggling file, also put in an appearance in files on money laundering, the drugs trade and the financing of Lebanese 'terrorist' organizations such as Amal and Hizballah."

801.   In April 2003, the British NGO "Global Witness" described Mr. Bakri as having "close ties with President Mobutu in the former Zaire, working closely with Zairian generals to arm UNITA" and further observed that "[t]he BAKRI family is connected with Shi'ite organizations, in particular HIZBOLLAH." (emphasis in the original).

802.   Mr. Bakri also reportedly orchestrated weapons trafficking logistics between UNITA and notorious Russian arms dealer Victor Bout.[54]

803.   Mr. Bakri co-founded Metro Trading Company Offshore SAL with Iman Abd al-Saheb Dhiyab believed to be the wife of Imad Chukrallah Nasrallah, who was partners with Mr. Bakri in Romagro Cereal SRL.[55]

---

[54]    *See*, for example, *International Arms Dealer Viktor Bout Convicted in New York of Terrorism Crimes Bout Convicted on All Four Counts, Including Conspiring to Kill Americans and Conspiring to Provide Material Support to Terrorists* (Drug Enforcement Administration, November 3, 2011), online at https://www.dea.gov/press-releases/2011/11/03/international-arms-dealer-viktor-bout-convicted-new-york-terrorism-crimes   ("Bout was convicted today of conspiring to kill U.S. nationals; conspiring to kill U.S. officers and employees; conspiring to acquire and use anti-aircraft missiles; and conspiring to provide material support to a designated foreign terrorist organization.").

[55]    Romagro Cereal SRL is also linked to other companies within the BAC network through Ali Ahmad Choueib (whose mother is a member of the Issawi family). Both Mr. Choueib's personal account at LCB and the account of his Turkish trading company, Golden Eye Trading Ithalat Ihracat Ltd., were identified by Lebanese authorities and closed as part of SGBL's acquisition of LCB. The account balances for both accounts migrated to Defendant FENICIA BANK.

804.    Imad Chukrallah Nasrallah was also a partner with Imad Bakri's brother, Walid

Bakri, in another Lebanese company called Rimco which laundered more than $1 million U.S.

dollars within a two-year period through LCB, on Hezbollah's behalf.

805.    Metro Trading Company SAL Offshore and Rimco worked together to launder

funds on behalf of their principals and Hezbollah.

806.    In less than two years, Imad Chukrallah Nasrallah laundered more than $5 million

U.S. dollars through his personal account at Lebanese Canadian Bank on Hezbollah's behalf.

## 2.    HEZBOLLAH'S    CONFLICT    DIAMOND    AND    MONEY LAUNDERING NETWORK

807.    As discussed above, the BAC's networks overlap considerably so that clear

delineations between diamond smugglers, money launderers, drug traffickers or arms dealers do

not exist.

808.    One of Hezbollah's early sources of revenue came from the Lebanese criminal

networks active in sub-Saharan Africa.

809.    These networks included families long involved in dealing in Conflict Diamonds,

particularly in West Africa.

810.    The families that control these networks have invested a substantial portion of their

illicit proceeds in Lebanese real estate, often forming separate companies to deposit the millions

of dollars they have laundered through black market sales and phony invoicing of Conflict

Diamonds back into Lebanese exchange houses and ultimately, Defendants.

811.    These include the Nassour, Ahmad and Khanafer clans and individuals and

companies that have facilitated their money laundering operations over the past two decades.

812.    In 2002, the United Nations Security Council ("UNSC") issued a report about

Conflict Diamonds titled: *Final report of the Panel of Experts on the Illegal Exploitation of*

*Natural Resources and Other Forms of Wealth of the Democratic Republic of the Congo* ("the

UNSC Report").

813.    The UNSC Report stated that the Nassour, Ahmad and Khanafer clans provided

banknote counterfeiting, money laundering and diamond smuggling services to Hezbollah and

other Hezbollah-related entities:

> The Panel has documents showing that three "clans" of Lebanese origin,
> who operate licensed diamond businesses in Antwerp, purchased diamonds
> from the Democratic Republic of the Congo worth $150 million in 2001,
> either directly through Kinshasa or through comptoirs in the Republic of the
> Congo. The three "clans" - Ahmad, Nassour and Khanafer - are distinct
> criminal organizations that operate internationally. Their activities, known
> to intelligence services and police organizations, include counterfeiting,
> money-laundering and diamond smuggling. Several credible sources have
> reported that the clans also have ties with Amal and Hezbollah. Some
> businesses associated with the clans are Sierra Gem Diamonds, Asa Diam,
> Triple A Diamonds and Echogem. A group linked to the clans' operations
> is providing counterfeit United States dollars to former generals from the
> time of President Mobutu, who are trying to overthrow the Government of
> the Democratic Republic of the Congo.

814.    In fact, all three clans and their Conflict Diamonds and Money Laundering

Networks are tightly integrated into Hezbollah's BAC and The System, and a significant portion

of the vast quantities of U.S. dollar-denominated banknotes they obtain and launder from South

America, Africa and the Persian Gulf were deposited in and flowed through Lebanese exchange

houses and Defendants herein.

815.    In 2011, the U.S. National Security Council ("NSC") released a report addressing

the converging threats to U.S. national security from transnational organized crime—including

Hezbollah.[56]

816.    For example, the NSC's report identified, among other threats, a growing nexus

---

[56]    *Strategy to Combat Transnational Organized Crime* (National Security Council, July 2011), online at
https://obamawhitehouse.archives.gov/sites/default/files/microsites/2011-strategy-combat-transnational-organized-
crime.pdf.

between crime, terrorism and insurgencies:

> Terrorists and insurgents increasingly are turning to [Transnational Organized Crime] to generate funding and acquire logistical support to carry out their violent acts. The Department of Justice reports that 29 of the 63 organizations on its FY 2010 Consolidated Priority Organization Targets list, which includes the most significant international drug trafficking organizations (DTOs) threatening the United States, were associated with terrorist groups. Involvement in the drug trade by the Taliban and the Revolutionary Armed Forces of Colombia (FARC) is critical to the ability of these groups to fund terrorist activity. We are concerned about *Hizballah's drug and criminal activities*, as well as indications of links between al-Qa'ida in the Lands of the Islamic Maghreb and the drug trade. (Emphasis added.)

817.    As these Conflict Diamond transnational criminal organizations grew in size, expanding in scope and reach over time, they became invaluable service providers to other BAC enterprises that were in need of, among other things, discreet access to ports and airfields in Africa, reliable bulk cash couriers, favorable government contracts and innovative ways to launder narcotics proceeds through trade-based money laundering techniques.

## a.   <u>The Nassour Clan Network</u>

818.    Ibrahim Khalil Nassour was a prominent Lebanese businessman who controlled a major diamond business in Antwerp. In 1984, Nassour established a company called Diamonds Forever with his sons Khalil Ibrahim Nassour, Muhammad Ibrahim Nassour and Aziz Ibrahim Nassour.

819.    LCB maintained account no. 172662* for Mr. Nassour until it was closed in July 2012.

820.    Ibrahim Khalil Nassour also owns and controls a Lebanese sister company to Diamonds Forever called Diamonds Forever SAL.

821.    For many years, Diamonds Forever was known as the key Nassour business before it entered into bankruptcy in 1999. One of its principal businesses was counterfeiting U.S. and Zaire banknotes.

822.    Ibrahim Nassour was also the director of Echogem, a diamond exporter based in Antwerp, Belgium and closely tied to the Democratic Republic of Congo.

823.    The UNSC Report, Annex III, listed Echogem as one of several companies found to have violated the Organization for Economic Cooperation and Development's ("OECD's") Guidelines for Multinational Enterprises.[57]

824.    According to a published report, Ibrahim Nassour is a "fanatic Shi'a Muslim, strong supporter of Hezbollah. Important sponsor figure in the Hezbollah structure and leadership."

825.    Ibrahim Khalil Nassour had eight children:

- Khalil Ibrahim Nassour;
- Muhammad Ibrahim Nassour;
- Aziz Ibrahim Nassour;
- Sahar Ibrahim Nassour;
- Diana Nassour;
- Abdul Menhem Ibrahim Nassour;
- Hassan Ibrahim Nassour; and
- Ali Ibrahim Nassour.

826.    Ibrahim Nassour's son Khalil Nassour was also affiliated with Diamonds Forever in Antwerp (where Khalil Nassour was a co-founder of the company), and he co-founded several Nassour family-controlled companies in Lebanon including La National SAL, Centrum Mark SAL, and Diamonds Forever SAL.

---

[57]    *OECD Guidelines for Multinational Enterprises* (Organization for Economic Cooperation and Development, 2011) online at http://www.oecd.org/daf/inv/mne/48004323.pdf.

827.    Khalil Nassour's wife, Batul Hassan Youssef Nassour, and two of the couple's sons

are also affiliated with these same Lebanese companies as well as more than a dozen additional

companies.

828.    In 2001, Khalil Nassour was implicated in a massive $90 million U.S. dollar

diamond fraud at the ABN AMRO Bank in Amsterdam's diamond district.

829.    According to published reports, Khalil Nassour built the Sahara Hotel in South

Sudan, which was managed by his brother-in-law, Nazim Adel Fayad (who was separately

implicated, together with Aziz Nassour in a counterfeiting scheme in Lebanon in the 1990s).

830.    Ibrahim Nassour's son Muhammad Ibrahim Nassour was also affiliated with

Diamonds Forever in Antwerp (where Muhammad Ibrahim Nassour was a co-founder of the

company), and he also served as co-director of both Echogem and Sourans Diamonds in Antwerp

(with his brother Aziz Nassour).

831.    Abdul Menhem Ibrahim Nassour and Ali Ibrahim Nassour were also involved in

Nassour-controlled companies, including Diamonds Forever and Echogem.

832.    Ibrahim Nassour's son Aziz Nassour served as director of one of the family's

diamond firms in Belgium known as ASA Diam NV, which it jointly controlled with the Ahmad

clan (discussed below).[58]

833.    In the early 2000s, Aziz Nassour spent significant time in both Belgium and

Lebanon.

834.    Aziz Nassour's sister, Diana Nassour, is married to Ali Sa'id Ahmad and is

registered as a co-director of another key company in the network known as Sierra Gem Diamonds

---

[58]    Annex III of the UNSC Report also listed ASA Diam NV as one of several companies found to have violated
OECD Guidelines for Multinational Enterprises. As noted above, the 2002 UNSC Report noted that the company
provided "counterfeit United States dollars" and was associated with the Ahmad criminal organization.

NV that was registered in Antwerp, Belgium in 1980.

835.    From 1985 to 1986 Aziz Nassour reportedly operated a gold and diamond buying office in Liberia. Later he became very close to the then-dictator of the Democratic Republic of Congo – Mobutu Sese Seko – reportedly earning the nickname 'Aziz Mobutu.'

836.    Aziz Nassour reportedly left the Democratic Republic of Congo in 1994 and eventually used ASA Diam NV, a company controlled by his brother-in-law Ali Said Ahmad, to import the diamonds into Belgium. During 2000, for example, he reportedly imported diamonds worth approximately $14 million from the Democratic Republic of Congo, mostly from Kisangani.

837.    The Nassour and Ahmad clans – working together and separately – have long engaged in a variety of methods and schemes to smuggle Conflict Diamonds, secure trading rights in Africa and launder money, both on their own behalf and on Hezbollah's behalf.

838.    For example, according to Belgian authorities, Aziz Nassour "established a mechanism whereby rough diamonds, the so-called 'conflict or blood diamonds' were smuggled from the region of Kono (Sierra Leone) via Monrovia (Liberia) to the Antwerp diamond market." Nassour's right hand man and key figure acting for him in Africa was Samih Ossaily.

839.    Mr. Ossaily was introduced by Aziz Nassour to Ali Darwish,[59] who had a personal relationship with Ibrahim Bah, a leader of the Revolutionary United Front ("RUF"), a group that fought a vicious civil war in Sierra Leone until 2002.

840.    In late 2000, Mr. Ossaily worked with Mr. Bah to smuggle Conflict Diamonds from Sierra Leone to Belgium where they could be "laundered" through ASA Diam NV.

841.    A World Bank report estimated that diamond exports from Sierra Leone were worth $138 million U.S. dollars per year, of which only $1.2 million were legal.

---

[59]     Possibly, Ali Hussein Darwish, discussed below.

842.    From January 2000 through August 2001, according to a later financial audit under the auspices of Belgian authorities, ASA Diam NV moved $19 million U.S. dollars from Belgium to Lebanon, of which $16.5 million U.S. dollars was in cash withdrawals.

843.    Between January and May 2001, Mr. Nassour withdrew another $20 million U.S. dollars in cash from an account controlled by ASA Diam NV. Some of the money was transferred to Beirut after passing through the London offices of BYBLOS BANK Europe SA.[60]

844.    Defendant BYBLOS BANK owns over 99 percent of Byblos Bank Europe.

845.    Aziz Nassour later admitted that "certain sums, entered up for invoices from 'Bureau Aziz Nassour' were used to purchase real estate in Lebanon." Mr. Nassour appears to have maintained a personal account at a Lebanese bank not named in this Action.

846.    Mr. Nassour and ASA Diam NV were also linked to the RUF in Sierra Leone and both Al Qaeda and Iran.

847.    According to the Belgian police, ASA Diam NV phone records in Belgium indicated that from January to May 2001, a considerable number of telephone calls were made to Liberia and to RUF members in Sierra Leone. After May 2001, phone records show that calls were placed from ASA Diam NV's office to Afghanistan, Pakistan, Iran and Iraq.

848.    When interviewed, Mr. Nassour admitted to calling a Lebanese minister who was in Iran on personal business but could not explain the other calls, stating that anyone could have walked into the office and used the phone.

849.    Belgian police later concluded that Mr. Nassour "is the leader of an international

---

[60]    According to a U.N. investigation: "The company, represented by Ali Ahmad in its response to the Panel, confirms buying diamonds from a Mr. Aziz Nassour, but asserts that the consignments were imported into Belgium with official invoices having been declared at E.C. airports in a correct way. Asa Diam NV maintains that it was not its responsibility to search out whether Mr. Nassour was dealing in any incorrect way whatsoever." Left unstated is the familial relationship between Mr. Nassour and Mr. Ahmad.

criminal organization who delivers weapons to African war-territories in exchange for "blood" diamonds. The money is subsequently being laundered on the Antwerp Diamond Market."

850.    Using interviews and phone records, Belgian police further linked Mr. Nassour via ASA Diam NV's offices in Antwerp to his brother-in-law Ali Said Ahmad and the phone calls from the company's offices to weapons purchases.

851.    Mr. Nassour's phone records also linked certain weapons purchases to Sierra Gem Diamonds NV, Said Ali Ahmad and his sons Nazim and Hassan (discussed below).

852.    Sierra Gem Diamonds NV was also linked to phone calls placed from its offices on September 10, 2001 to an individual named Zine Qayoum who was in direct contact with notorious arms dealer Victor Bout and unidentified Iranians.

853.    Ibrahim Nassour's daughter, Diana Nassour, married Ali Said Ali Ahmad (discussed below). She was registered as a director of Sierra Gem Diamonds NV in Antwerp.

854.    Primo-Gem SPRL in the Democratic Republic of Congo is reportedly controlled jointly by the Nassour and ahmad clans.

855.    The company held an account at LCB that received at least $4.2 million U.S. dollars from the Ahmad-controlled Primogems in transactions that flowed through LCB's U.S. correspondent accounts.

### b.  The Ahmad Clan Network

856.    Ali Ahmad and his wife Zahra had five children who together built a sprawling criminal and commercial network through Africa and Europe that would feed The System's coffers in Lebanon.

857.    Members of the Ahmad family often marry cousins within the various branches of the clan, benefiting the overall cohesion of their illicit business operations.

858.    Together they form a vast criminal network that started in the diamond trade, but long ago expanded to numerous forms of illicit finance and money laundering, both for personal profit, and in the service of Hezbollah's BAC.

859.    Ali Ahmad's children (born in the 1920s and 1930s) included Said Ali Ahmad, Youssef Ali Ahmad, Suleiman Ali Ahmad, Ahmad Ali Ahmad and Ali Ahmad.

860.    They and their web of companies are used in furtherance of the BAC's global money laundering activities.

861.    Said Ali Ahmad established several companies in Africa, Lebanon and Belgium. These companies were used as vehicles by which the Ahmad clan transported (or smuggled) diamonds (including Conflict Diamonds) and laundered enormous sums of money (primarily in U.S. dollars) – including substantial sums for Hezbollah.

862.    Said Ali Ahmad's son, Nazim Ahmad, later emerged as a key Hezbollah BAC facilitator who controls a network of companies in Africa, Lebanon, Dubai and Belgium.

863.    Nazim Ahmad's brothers, cousins and extended family play a significant role in his criminal network. The network was involved in smuggling Conflict Diamonds, money laundering (including narcotics proceeds) and weapons trafficking.

864.    Until the period following the September 11, 2001 terrorist attacks, when law enforcement agencies around the world increased their scrutiny of suspected money launderers, the Ahmad clan smuggled diamonds and laundered money primarily by shipping diamonds from companies they controlled in the Democratic Republic of Congo to other companies they controlled in Antwerp, Belgium.

865.    In addition to the added scrutiny brought about by the September 11, 2001 terrorist attacks, the Kimberley Process ("KP") established in 2003 created a Kimberley Process

Certification Scheme ("KPCS") under which states began to implement safeguards on shipments of rough diamonds and created a certification process to label diamonds as "conflict free."

866.    Since the Ahmad clan operated its diamond companies primarily in conflict zones in Africa and the clan's business model was built on fueling corruption and exploiting war-torn areas of Africa, the Kimberley Process threatened unwanted scrutiny of their operations and led them to establish a number of parallel commercial entities in Dubai, United Arab Emirates, that could serve as an alternative route for shipping Conflict Diamonds and laundering bulk cash.

867.    Until 2005, Nazim Ahmad often arranged for members of the Ahmad clan and trusted business partners to receive direct payments from diamond companies he controlled in Dubai, United Arab Emirates, Panama, Democratic Republic of Congo and elsewhere in Africa. These payments were typically processed through Belgium (through companies like Sierra Gem Diamonds NV and Blue Star Diamond Offshore SAL), then through the United States and then deposited into accounts in Lebanon belonging to individual members of the Ahmad clan and trusted business partners, usually involving transfers from companies controlled by Nazim Ahmad such as Rilton Traders in Dubai and Primogems in the Democratic Republic of Congo.[61]

868.    The following individuals and companies were among the recipients of illicit funds in U.S. dollars directed by Nazim Ahmad's network via Rilton Traders in Dubai and Primogems to accounts at Defendant banks in Lebanon through their correspondent banks in the United States:

| Sender | Recipient | Bank | Minimum Funds Transferred via New York |
|---|---|---|---|
| **PRIMOGEMS** | PRIMOGEM SPRL | LCB | $4,200,000 |
| **PRIMOGEMS** | Elissa Company | MEAB BANK | $   400,000 |
| **PRIMOGEMS** | Rim Reda Baqir / Rana Hachem | BANK AUDI | $   150,000 |

---

[61]     Primo-Gem SPRL (the Democratic Republic of Congo affiliate of Primogems) held an account at LCB that received over $4 million (in U.S. dollars) from its sister companies via electronic funds transfers that cleared through correspondent accounts in New York.

| PRIMOGEMS | Saleh Ali Assi | BANQUE LIBANO-FRANÇAISE | $2,200,000 |
| Rilton Traders | | | $1,700,000 |
| Rilton Traders | | FRANSABANK | $  150,000 |
| Rilton Traders | Hussein Ahmad Issawi | LCB | $20,000,000 |
| Rilton Traders | Mahmoud Nayef Ahmad | BLOM BANK | $6,200,000 |
| Rilton Traders | Abd al-Ilah Mahmud Ashur | FENICIA BANK | $1,400,000 |
| Rilton Traders | Ali Hussein Darwish | SGBL | $  300,000 |
| Rilton Traders | Fawzi or Johanna Malek | SGBL | $  400,000 |
| Rilton Traders | Johanna Malek | BANQUE LIBANO-FRANÇAISE | $3,200,000 |
| PRIMOGEMS | Musa Muhammad Ahmad | JAMMAL TRUST BANK | $      5,000 |
| Rilton Traders | | | $    30,000 |
| Rilton Traders | Primo International SAL | BANQUE LIBANO-FRANÇAISE | $  100,000 |
| | | BLOM BANK | $  550,000 |
| Rilton Traders | Rami Kamil Ya'qub Baqir | BLOM BANK | $    10,000 |
| Rilton Traders | Randa Muhammad Malek | FENICIA BANK | $    95,000 |
| | | BLOM BANK | $  200,000 |
| PRIMOGEMS | Rim Reda Baqir | BANK AUDI | $      8,000 |
| Rilton Traders | | | $    49,500 |
| Rilton Traders | Salman Ali Ahmad | BLOM BANK | $  600,000 |
| | | LCB | $  280,000 |
| Rilton Traders | Sleiman Ali Ahmad | BANQUE LIBANO-FRANÇAISE | $2,300,000 |
| Rilton Traders | Ramzi Muhammad Malek | FRANSABANK | $    70,000 |
| Rilton Traders | Hussein Ali Atwi | BYBLOS BANK | $    10,000 |
| Rilton Traders | Hijazi Trading Establishment | BANK OF BEIRUT | $    50,000 |
| Rilton Traders | Samir Muhammad Hijazi | BLOM BANK | $  950,000 |

869.   The above list reflects only a small subset of the family members and business associates that constituted Nazim Ahmad's diamond smuggling and money laundering network,

190

and it also reflects merely a small fraction of the U.S. dollars that flowed through that network via Dubai and Antwerp, through the United States and into accounts held by members of the network at Defendant banks.

870.    Following the U.N.'s 2002 investigation into Conflict Diamonds (which identified Ahmad clan companies) and a subsequent Belgian police investigation focused (at least initially) on possible weapons trafficking to Sierra Leone and other African conflict zones, Nazim Ahmad altered his approach and began using G & S Diamonds in Dubai, among other corporate entities, as his principal mechanism for depositing funds worth hundreds of millions of U.S. dollars in Lebanese banks rather than drawing further scrutiny to his family members and business associates.

871.    To that end, Nazim Ahmad began transferring hundreds of millions of dollars to G & S Diamonds' account(s) at LCB but also transferred a smaller volume of U.S. dollars (through correspondent accounts in New York) for deposit into G & S Diamonds' account at Defendant LEBANON AND GULF BANK.

872.    Below is a partial list and overview of individuals and companies affiliated with the Hezbollah's Ahmad Clan Network and the Defendants that maintained accounts for them and provided them with financial services:

| Ahmad Corporate Network | Bank |
| --- | --- |
| **Nazim Said Ali Ahmad** | • LCB<br>• BANK AUDI<br>• BLOM BANK<br>• SGBL |
| **Primo International SAL Offshore** | • BLOM BANK<br>• BANQUE LIBANO-FRANÇAISE |
| **Blue Star Diamond Offshore SAL** | • LCB |
| **G & S Diamonds** | • LCB<br>• LEBANON AND GULF BANK |
| **ASA Diam NV** | • BYBLOS BANK |

| | |
|---|---|
| **Primo-Gem SPRL** | • LCB |
| **Kohinoor SAL** | • LCB<br>• SGBL |
| **ACE Group SAL** | • FRANSABANK |
| **Blue City SAL** | • FRANSABANK |
| **Ali Ahmed Group – Holding SAL** | • FRANSABANK |
| **United Investment Group SAL** | • SGBL |
| **Golden Square SAL** | • FRANSABANK |
| **Spider Group SAL** | • FRANSABANK |
| **Paloma Group SAL** | • FRANSABANK |
| **Hassan Said Ahmad** | • LCB |
| **Issam Suleiman Ahmad** | • LCB |
| **Johanna Malek** | • SGBL<br>• BANQUE LIBANO-FRANÇAISE |
| **Musa Muhammad Ahmad** | • JAMMAL TRUST BANK |
| **Rami Kamil Ya'qub Baqir** | • LCB<br>• BLOM BANK |
| **Rim Reda Baqir** | • BANK AUDI<br>• LCB |
| **Fawzi Muhammad Malek** | • LCB<br>• SGBL<br>• BANK AUDI |
| **Ramzi Muhammad Malek** | • FRANSABANK |
| **Randa Muhammad Malek** | • BLOM BANK<br>• FENICIA BANK |
| **Seada Said Ali Ahmad** | • LCB |
| **Mahmoud Nayef Ahmad** | • BLOM BANK |
| **Ali Hussein Darwish** | • SGBL<br>• LCB<br>• BANK AUDI<br>• BYBLOS BANK |
| **Abd al-Ilah Mahmud Ashur** | • FENICIA BANK |
| **Saleh Ali Assi** | • BANQUE LIBANO-FRANÇAISE<br>• FRANSABANK<br>• LCB<br>• SGBL<br>• MEAB BANK |
| **Salman Ali Ahmad** | • BLOM BANK<br>• LCB |
| **Said Hassan Fuani** | • LCB<br>• FENICIA BANK<br>• BANK AUDI<br>• MEAB BANK |

| | • BYBLOS BANK |
| | • BANQUE LIBANO-FRANÇAISE |
| **Samir Muhammad Hijazi** | • BLOM BANK |
| | • LCB |
| | • FENICIA BANK |
| | • BANK OF BEIRUT |

#### i.    Said Ali Ahmad

873.    As noted above, while Nazim Ahmad is effectively the leader of the Ahmad clan's criminal network, Said Ali Ahmad (born in 1935) is the scion of the Ahmad clan – long known as both a prominent criminal organization in Africa and Hezbollah supporters and operatives.[62]

874.    Said Ali Ahmad and his wife, Hind Abbas Ahmad, had eight children:

- Nazim Said Ali Ahmad (a/k/a Nazim Ahmad);
- Ali Said Ali Ahmad;
- Hassan Said Ali Ahmad;
- Muhammad Said Ali Ahmad;
- Hussein Said Ali Ahmad;
- Ibtisam Said Ali Ahmad;
- Seada Said Ali Ahmad; and
- Muna Said Ali Ahmad.

875.    Companies affiliated with Said Ali Ahmad include the following entities:

- **Said Ali Ahmad (Company)**. The company's corporate registration indicates that Said Ali Ahmad established it in 1975.

- **Primo International NV / Primo International SAL Offshore**. The sister companies played a significant role in laundering money for the Ahmad clan's Conflict Diamonds business in Belgium. Nazim Ahmad also transferred (at least) hundreds of thousands of U.S. dollars from nominal diamond sales in Belgium through New York *en route* to accounts of the Beirut affiliate, Primo International SAL Offshore that owned U.S. dollar-denominated accounts at Defendants BLOM BANK and BANQUE LIBANO-FRANÇAISE. Primo International has served as an important money laundering conduit for Hezbollah's BAC.

- **Sierra Gem Diamonds NV**. The company appears in the UNSC Report Annex I (Companies on which the Panel recommends the placing of

---

[62]    Ahmad was also close to Nabih Berri, the Amal leader and current speaker of the Lebanese parliament.

financial restrictions). It is directly connected to Primo-Gem SPRL in Kinshasa, Democratic Republic of Congo and Primo in the Central African Republic. It has used a small Belgian bank that specializes exclusively in serving the diamond industry to transfer funds around the world. The following individuals were involved with the company:

- o   Said Ahmad operated the company with his three sons and daughter-in-law; and
- o   Nazim Ahmad controlled the company.

- **Beirut Diam SAL**. The company was registered in 2006. Nazim Ahmad used Beirut Diam SAL to launder significant sums of U.S. dollars through LCB. The following individuals were involved with the company:

  - o   Nazim Ahmad was listed as the owner of most of the shares of the company;
  - o   Rima Kamil Ya'qub Baqir (Nazim Ahmad's wife) was listed as owner of a minority stake of the company;
  - o   Rami Kamil Ya'qub Baqir, was listed as owner of a minority stake of the company;
  - o   Said Ali Ahmad was listed as a director of the company;
  - o   Kamil Rashad Azar was listed as the company's attorney.

- **Terina Jewelry SARL**. The following individuals were involved with the company:

  - o   Said Ali Ahmad was listed as owner and co-founder of the company;
  - o   Nazim Ahmad was listed as co-founder of the company; and
  - o   Naila Najib Hatem was listed as the company's attorney.

- **Pure Diam DMCC SAL Offshore**. The following individuals were involved with the company:

  - o   Said Ali Ahmad was listed as a shareholder, co-founder and board member of the company;
  - o   Imad Suleiman Ahmad was listed as the largest shareholder of the company; and
  - o   Seada Said Ali Ahmad (Said's daughter and Imad's wife) was listed as a shareholder of the company.

- **Beirut Trade SAL**. The following individuals were involved with the company:

  - o   Said Ali Ahmad was listed as a shareholder and board member of the company;

- o Nazim Ahmad was listed as shareholder, authorized signatory and chairman of the company;
- o Rima Kamil Ya'qub Baqir was listed as a shareholder and sat on the board of directors of the company;
- o Batul Hassan Youssef Nassour was listed as a shareholder of the company;
- o Muhsin Ali Ahmad (son of Ali Ahmad) was listed as a board member and a shareholder of the company; and
- o Kamil Rashad Azar was listed as the company's attorney.

- **Nour Holding SAL**. The following individuals were involved with the company:

  - o Said Ali Ahmad was listed as a shareholder, co-founder, authorized signatory and board member of the company;
  - o Nazim Ahmad was listed as the majority shareholder and chairman of the company;
  - o Rima Kamil Ya'qub Baqir was listed as a board member of the company; and
  - o Kamil Rashad Azar was listed as the company's attorney.

### ii. Nazim Said Ali Ahmad

876.    Nazim Said Ali Ahmad (a/k/a Nazem Ahmad) is a senior BAC operative who has enjoyed a storied career as diamond dealer (including Conflict Diamonds), money launderer (and real estate mogul), weapons-trafficker and more recently, art collector.

877.    Nazim Said Ali Ahmad has worked closely with other members of his extended family, the Nassour clan, the Tajideens, Adham Tabaja and other nodes of the BAC's criminal network.

878.    Both he and his family are closely tied to Hezbollah, and he reportedly has close ties to the IRGC.

879.    Nazim Ahmad effectively controls most, if not all, of the companies his father established and many others. They are all part of a closed network (that enlists family members and trusted business partners) that has laundered *billions* of U.S. dollars over the past two decades, much of it for Hezbollah.

880.    Nazim Ahmad's wife, Rima Kamil Ya'qub Baqir (a/k/a Baker), and two children, Hind Nazim Ahmad and Firas Nazim Ahmad, are also involved in businesses he controls.[63]

881.    Rima Baqir sits on the boards of 14 companies controlled by the family.

882.    Rima's brother and Nazim Ahmad's brother-in-law – Rami Kamil Ya'qub Baqir (a/k/a Baker) – is also involved in the business and sits on the boards of nine companies controlled by the family.

883.    Nazim Ahmad used Rilton Traders to launder at least $10,000 in U.S. dollar-denominated proceeds from the Ahmad family's criminal activities, moving funds from Belgium in U.S. dollars (through New York) to Lebanon using his brother-in-law Rami's personal account at Defendant BLOM BANK on the family's (and Hezbollah's) behalf.

884.    Rami Baqir (a/k/a Baker) also held personal account no. 172430* at LCB that was closed in September 2011.

885.    Rami and his wife, Rim Reda Baqir (a/k/a Baker), held a joint account at LCB (account no. 172262*) before it was forced to close in 2011 as part of SGBL's acquisition of LCB.

886.    Nazim Ahmad laundered more than $10 million U.S. dollars through that joint account at LCB.

887.    Rim Reda Baqir also held multiple accounts at Defendant BANK AUDI through which Hezbollah's BAC laundered at least tens of thousands of U.S. dollars through New York that originated with, among others, Rilton Traders, Primo and Primogems.

888.    Nazim Said Ali Ahmad's money laundering activities (including through several companies he controls) were at the center of the LCB terror financing scandal.

889.    According to the U.S. Department of Justice:

---

[63]    Firas Nazim Ahmad and his uncle Rami Kamil Ya'qub Baqir are partners and minority shareholders in Rifieh Pour L'amélioration SARL, a company controlled by Youssef and Ibrahim Tajideen.

LCB maintained a banking relationship with individuals and entities involved in the African diamond smuggling trade. For example, LCB maintained a banking relationship with Nazem Ibrahim Ahmad,[64] a Belgian of Lebanese origin trading in rough diamonds. On October 8, 2002 the United Nations Security Council's Panel of Experts on the Illegal Exportation of Natural Resources and Other Forms of Wealth of the Democratic Republic of Congo ("DRC") issued a report, S/2002/1146, addressing possible actions to help bring an end to the plundering of the natural resources of the DRC and the effect of those actions on the humanitarian and economic situation of the DRC.

The report described the Sierra Gem Diamonds Company, whose principals were Nazem Ahmad, Hassan Ahmad, and Said Ali Ahmad, as associated with one of three Lebanese clans that purchased $150 million in diamonds from the DRC in 2001. The report alleged that the three clans, including the Ahmad clan, had ties to Hizballah and also were involved in counterfeiting, money-laundering and diamond smuggling. In response to an LCB customer due diligence report on Ahmad and the UN report S/2002/1146, the LCB credit department stated that "we consider such allegation as part of the propaganda and war launched by the Jewish state against Lebanon," and authorized an increase in credit limits for Ahmad.

890.   As noted above, Nazim Said Ali Ahmad transferred hundreds of millions of U.S. dollars on behalf of Hezbollah, his criminal associates and for his own personal gain, from accounts he and his extended family controlled at banks in Belgium, various locations in Africa and the United Arab Emirates; and he poured those funds into U.S. dollar-denominated accounts at LCB, Defendants BLOM BANK and BANK AUDI, and others via the U.S. banking system.

891.   Nazim Said Ali Ahmad's own personal account no. 172382* was used to move tens of millions of dollars through the United States to various accounts at LCB.

892.   The additional hundreds of millions of U.S. dollars Nazim Said Ali Ahmad directed through the United States to accounts at LCB were (often briefly) deposited in accounts owned by companies and individuals that were controlled by (a) Mr. Ahmad (e.g. Blue Star Diamond

---

[64]   The DOJ appears to have misstated Ahmad's middle name, but the description confirms that the person identified is in fact Nazim Said Ali Ahmad.

Offshore SAL, Beirut Diam SAL, Rami Kamil Ya'qub Baqir); (b) other branches of the Ahmad clan (*e.g.* Suleiman Ahmad, Fawzi Malik); (c) Ibrahim and Hussein Issawi (*e.g.* Socimex SPRL); (d) Muhammad and Ali Hussein Darwish; and (e) other parts of the BAC's African networks.[65]

893.    Nazim Ahmad was such an important client of LCB that he was granted a $15 million U.S. dollar privilege even though the bank was fully aware of the 2002 U.N. Security Council report, the travel ban imposed, and his association with money laundering.

894.    According to the Lebanese government, when LCB was finally compelled to close Nazim Said Ali Ahmad's account, the balance migrated to accounts owned by Mr. Ahmad and maintained by, respectively, Defendants BANK AUDI, BLOM BANK and SGBL.

895.    Companies controlled and/or affiliated with Nazim Said Ali Ahmad include the following entities:[66]

- **Sierra Gem Diamonds NV** (discussed above).

- **Primo International SAL Offshore** (discussed above).

- **G & S Diamonds (a/k/a G&S Diamond FZE)**. The company is nominally incorporated in the UAE and operated by Ali Rauf Osseiran, but the entity is under Nazim Ahmad's control and he used it to move *hundreds of millions* of U.S. dollars through the United States to various accounts that Mr. Ahmad beneficially owned at LCB, including account no. 172210* which was closed in July 2011. Along with Mr. Ahmad, G & S Diamonds was a focal point of LCB's August 13, 2007 Internal Audit Report that described, among other things, suspicious transactions during an 18 months period totaling $5 billion U.S. dollars with "[l]arge amounts … being withdrawn and paid cash to different parties" and accounts showing a "big volume of movement" but "very low balances (below USD 5,000) reflecting the fact that accounts are being used [on a] transitory basis for funds transfer[s]."

---

[65]    Said Hassan Fuani was another member of Nazim Ahmad's network. He owned account no. 170178* at LCB until November 2011. Mr. Fuani laundered more than $50 million for the Ahmad Network. According to the Lebanese government, when his account at LCB was closed the balance migrated to accounts owned by Mr. Fuani at Defendants FENICIA BANK, BANK AUDI, MEAB BANK, BYBLOS BANK and BANQUE LIBANO-FRANÇAISE.

[66]    The Lebanese government also associated Nazim Ahmad with Enmaa Dalhamiya Company SAL (a/k/a Delhamieh Development), which is a Taj al-din family controlled real estate company. Ahmad likely served as a front for the Taj al-Dins' acquisition of a controversial property in the Chouf District for $220 million U.S. dollars.

G & S Diamond maintained one or more U.S. dollar-denominated accounts at Defendant LEBANON AND GULF BANK. It also transferred more than $4 million U.S. dollars through New York on behalf of the BAC that it deposited in its account(s) at Defendant LEBANON AND GULF BANK.

- **Blue Star Diamonds**. Nazim Said Ali Ahmad served as chairman of the company and its majority shareholder. During the relevant period, the company laundered approximately $100 million through LCB with the help of G & S Diamonds and Hussein Issawi. Along with Nazim Ahmad himself, Blue Star Diamonds was a focal point of LCB's August 13, 2007 Internal Audit Report (described above). LCB knew that Blue Star Diamonds, G & S Diamond, Hussein Ahmad Issawi, Ali Musa Nachar and Khalil Nassour were all moving funds between accounts with no legitimate business purpose, but Blue Star Diamonds' account at LCB (no. 172160*) was only closed in 2011.

- **Beirut Diam SAL** (discussed above).

- **Beirut Gem SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company; and
  o Nazim Ahmad's wife and brother-in-law were listed as board members of the company.

- **Aramoun 1506 SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company;
  o Nazim Ahmad's wife, brother-in-law and son were listed as board members of the company; and
  o Kamil Rashad Azar was listed as the company's attorney.

- **Debbiye 143 SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company;
  o Nazim Ahmad's wife, brother-in-law and son were listed as board members of the company; and
  o Kamil Rashad Azar was listed as the company's attorney.

- **Noumayriye 1057 SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company;
  o Nazim Ahmad's wife, brother-in-law and son were listed as board members of the company; and
  o Kamil Rashad Azar was listed as the company's attorney.

- **Gebaa 2480 SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company;
  o Nazim Ahmad's wife, brother-in-law and son were listed as board members of the company; and
  o Kamil Rashad Azar was listed as the company's attorney.

- **Damour 850 SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company;
  o Nazim Ahmad's wife, brother-in-law and son were listed as board members of the company; and
  o Kamil Rashad Azar was listed as the company's attorney.

- **Monte Carlo Beach Company SAL**. The following individuals were involved with the company:

  o Nazim Ahmad was listed as shareholder and chairman of the company;
  o Nazim Ahmad's wife was listed as a board member of the company; and
  o Kamil Rashad Azar was listed as the company's attorney.

- **Terina Jewelry SARL** (discussed above).

- **Nour Holding SAL** (discussed above).

- **Beirut Trade SAL** (discussed above).

### iii.   Hassan Said Ali Ahmad

896.   Hassan Ahmad (a/k/a Hassan Said Ahmad) is a naturalized Brazilian of Lebanese

descent, born in Sierra Leone and bearer of a Belgian passport. Hassan Ahmad owned individual account no. 174265* at LCB, prior to the account's forced closure in August 2011.

897.   According to a published Brazilian police synopsis of the evidence, Hassan Ahmad, along with the other large diamond exporters of the region, were believed to be running a large-scale operation for the illegal export of diamonds in the early 2000s.

898.   This included transferring Brazilian diamonds (often at inflated prices) to other Ahmad family-controlled companies in Belgium as well as SAM Diamonds in Dubai.

899.   Using dummy corporations, phony front men, and Brazilian illicit money changers (a/k/a *doleiros*), Hassan Ahmad and his associates were suspected of tax evasion, document forgery of Kimberley Certificates, money laundering and corruption of public officials.

900.   Hassan Ahmad was reportedly arrested by Brazilian authorities in 2006 but appears to have successfully fled Brazil thereafter.

901.   Companies controlled and/or affiliated with Hassan Ahmad include:

- **Sierra Gem Diamonds NV** (discussed above).

- **Triple A Diamonds NV**. The company was registered in Antwerp, Belgium in 1986 as a conduit for Conflict Diamonds shipped by Sierra Gem Diamonds NV. The company was named in the 2002 UNSC Report as part of the network of criminal organizations known to intelligence services and police organizations that engage in counterfeiting, money-laundering and diamond smuggling. The following individuals were involved with the company:

  o   Hassan Said Ali Ahmad was listed as a director of the company;
  o   Afif Ahmad Ahmad was listed as a director of the company;
  o   Musa Ahmad Ahmad was listed as a director of the company; and
  o   Ali Ahmad Ahmad was listed as a director of the company.

- **Primeira Gema Comercio Importacao e Exportacao Ltda**. This now-defunct Brazilian diamond export company was controlled by Hassan Ahmad and exported diamonds through Hassan's brother Ali and his company ASA Diam NV as well as Primogems.

- **African Star**. Hassan Ahmad was listed as the administrator and delegate administrator.

### iv.    Ali Said Ali Ahmad

902.    Ali Said Ali Ahmad is married to Diana Nassour and serves as an important link between the Nassour and Ahmad criminal organizations.

903.    He is associated with several key companies linked to Conflict Diamond smuggling and weapons trafficking, including the following entities:

- **Sierra Gem Diamonds NV** (discussed above).

- **Primo-Gem SPRL** (a/k/a Primogem), Kinshasa, Democratic Republic of Congo.

- **ASA Diam NV**.

- **ASA International**, incorporated in Antwerp, Belgium in 1992. Ali Said Ali Ahmad's sister, Ibtisam Said Ali Ahmad, was at least nominally involved in the company.

904.    Ali Said Ali Ahmad, his brothers Nazim Ahmad and Hassan Ahmad, and Ali's wife Diana were all listed as directors of Sierra Gem Diamonds NV located in Antwerp, Belgium (founded in 1980).

905.    According to Belgian police, surveillance of the company's phones linked Sierra Gem Diamonds NV to Iran and infamous international arms trafficker Victor Bout.

906.    Sierra Gem Diamonds NV's sister company in Kinshasa, Democratic Republic of Congo, known as Primo-Gem SPRL, was connected to Primo International NV. It also maintained an account at LCB and transferred significant U.S. dollar-denominated funds between the Democratic Republic of Congo and Lebanon through correspondent bank accounts at U.S. financial institutions.

# A-281

### v.   Ibtisam Said Ali Ahmad

907.   Ibtisam Said Ali Ahmad is married to Adel Hassan Makki and they jointly operate Kohinoor SAL, a Lebanese jewelry manufacturer co-founded with Ali Ahmad Ahmad.

908.   Kohinoor SAL owned corporate Hezbollah-affiliated account no. 172945* at LCB until it was closed in August 2011. Defendant SGBL maintained an account and provided financial services to Kohinoor SAL.

909.   Adel Hassan Makki owned one of the Hezbollah-affiliated accounts at LCB (no. 75637*) that was forcibly closed in 2011.

### vi.   Seada Said Ali Ahmad

910.   Seada Said Ali Ahmad is married to her cousin, Imad Suleiman Ahmad, who is the director of Ahmad Diamond Corporation in Belgium together with their daughter Maya Ahmad.

911.   She is also a minority shareholder (together with her father) in a Lebanese diamond company called Pure Diam DMCC Offshore SAL which is owned and operated by her husband, Imad. The company shares the same accountant/auditor as MGM Construction SAL (which was founded by Muhammad Issam Abu Darwish).

912.   Imad Suleiman Ahmad is also a shareholder in Société Foncière Al Ghaba SAL, together with his cousin, Rasha Ali Ahmad, daughter of Ali Ahmad Ahmad.

913.   Seada Said Ali Ahmad held one of the Hezbollah-affiliated accounts at LCB (account no. 174335*) that was forcibly closed in October 2011.

### vii.   Youssef Ali Ahmad

914.   Youssef Ali Ahmad and his wife had seven children. His second-oldest son, Abdel Karim Youssef Ahmad, married his cousin, Nawal Ali Ahmad, the daughter of Ali Ali Ahmad.

915.   Abdel Karim Youssef Ahmad is the chairman of Imperial Heals SAL where

Diamonds Forever SAL (controlled by the Nassour clan) holds a significant interest and Ali Ali Ahmad's daughter sits on the board of directors.

916.    Abdel Karim Youssef Ahmad is also a partner with Saleh Ali Asi in the Lebanese Development & Investment Company LLC and with Ali Ahmad Ahmad and his family in ACE Group SAL (discussed below) and Blue City SAL (which holds an account with Defendant FRANSABANK, discussed below).

917.    His brother, Abd al-Aziz Youssef Ahmad, is partners with Defendant FENICIA BANK's attorney Waddah Hanna al-Sha'er.

### viii.    Suleiman Ali Ahmad

918.    Suleiman Ali Ahmad had seven children, five of whom are relevant here:

- Imad Suleiman Ahmad;
- Taysir Suleiman Ahmad;
- Issam Suleiman Ahmad;
- Najwa Suleiman Ahmad; and
- Maryam Suleiman Ahmad.

919.    Imad Suleiman Ahmad (discussed above) married Seada Said Ali Ahmad (his cousin).

920.    His brother Taysir Suleiman Ahmad is listed as a director of Ahmad Diamond Corporation in Belgium.

921.    Their brother Issam Suleiman Ahmad held account no. 110320* at LCB that was forcibly closed in October 2011.

922.    Suleiman Ali Ahmad's daughter, Najwa Suleiman Ahmad, married Afif Ahmad (discussed below).

923.    Suleiman Ali Ahmad's daughter Maryam Suleiman Ahmad, married Muhammad Malek and had three children named Fawzi Muhammad Malek, Ramzi Muhammad Malek, and Randa Muhammad Malek.

924.    Fawzi Muhammad Malek became a diamond trader in Mozambique. He married a woman named Johanna Malek.

925.    Nazim Ahmad used Rilton Traders to launder more than $400,000 U.S. dollars in proceeds from the Ahmad family's criminal activities in Belgium to Fawzi and Johanna Malek. The funds were repatriated to Lebanon (using electronic funds transfers that were cleared and settled through correspondent bank accounts in New York) and deposited into Fawzi Muhammad Malek and Johanna Malek's jointly owned U.S. dollar-denominated account at Defendant SGBL.

926.    Fawzi Muhammad Malek also owned individual account no. 172370* at LCB until he was forced to close it in 2011 as a result of Defendant SGBL's acquisition of LCB.

927.    According to the Lebanese government, the balance in the account migrated to an account at Defendant BANK AUDI.

928.    Nazim Ahmad also used Rilton Traders to launder more than $3 million U.S. dollars in proceeds from the Ahmad family's criminal activities in Belgium to Johanna Malek. The funds were repatriated to Lebanon (using electronic funds transfers that were cleared and settled through correspondent bank accounts in New York) and deposited into Johanna Malek's individually owned U.S. dollar-denominated account at Defendant BANQUE LIBANO-FRANÇAISE.

929.    Nazim Ahmad also used Rilton Traders to launder at least $70,000 U.S. dollars in proceeds from the Ahmad family's criminal activities in Belgium to Ramzi Muhammad Malek. The funds were repatriated to Lebanon (using electronic funds transfers that were cleared and settled through correspondent bank accounts in New York) and deposited into Ramzi Muhammad

Malek's individually owned U.S. dollar-denominated account at Defendant FRANSABANK.

930.    Nazim Ahmad also used Rilton Traders to launder more than $200,000 U.S. dollars

in proceeds from the Ahmad family's criminal activities in Belgium. The funds were repatriated

to Lebanon (using electronic funds transfers that were cleared and settled through correspondent

bank accounts in New York) and deposited into Randa Muhammad Malek's individually owned

U.S. dollar-denominated account at Defendant BLOM BANK and more than $90,000 U.S. dollars

to her individually owned U.S. dollar-denominated account at Defendant FENICIA BANK.

### ix.    Ahmad Ali Ahmad

931.    Born in 1929, Ahmad Ali Ahmad was Said Ali Ahmad's older brother. He died in

2012.

932.    Like his brother, he made his fortune as a local crime boss in Africa, establishing

the Ahmad Ali Ahmad Company in Lebanon in 1975, co-founding Sierra Gem Diamonds NV with

his brothers in Antwerp in 1980, and later co-founding Triple A International SPRL in the

Democratic Republic of Congo and Triple A Team Ltd. in Lebanon in 1992. As noted above, the

2002 UNSC Report noted that the company provided "counterfeit United States dollars" and was

associated with the Ahmad criminal organization.

933.    In 1996, he co-founded the following entity:

- **Ali Ahmed Group - Holding SAL**. The following individuals were
  involved with the company:

  o  Ahmad Ali Ahmad was listed as the co-founder and a shareholder
     of the company;
  o  Afif Ahmad was listed as the co-founder of the company;
  o  Nader Nasim Basma, a local Hezbollah official from Ain Baal, was
     listed as the shareholder (holding 1,475 shares), authorized
     signatory and chairman of the company;

206

o Muhammad Abd Ali Rustam[67] was listed as the general manager, shareholder (holding 1,475 shares) and board member of the company;

o Musa Ahmad Ahmad was listed as the co-founder, shareholder (holding 50 shares) and board member of the company; and

o Fadi Adel Jamal al-Din was listed as the company's attorney.

Defendant FRANSABANK maintained an account for and provided financial services to Ali Ahmed Group - Holding SAL.

934.    He and his wife, Nayifah Suleiman, had seven children:

- Afif Ahmad;
- Musa Ahmad Ahmad;
- Ali Ahmad Ahmad;
- Nadia Ahmad Ahmad;
- Lina Ahmad Ahmad;
- Hassan Ahmad Ahmad; and
- Hismahan Ahmad Ahmad.

935.    Afif Ahmad married Najwa Suleiman Ahmad (his cousin) and has been involved in at least ten companies, including Triple A Team Ltd. with his father and brothers Musa, Ali and Hassan.

936.    He also co-founded United Investment Group SAL in 1994 with his brothers Musa, Ali and Hassan. Rami Kamil Ya'qub Baqir (Nazim Ahmad's brother-in-law) is the chairman of the company, and the company shareholders include Nazim Ahmad's wife, Rima, and daughter, Hind.

937.    United Investment Group SAL owned a corporate account at Defendant SGBL.

938.    Afif Ahmad also co-founded Golden Square SAL, which owned a corporate account at Defendant FRANSABANK.

---

[67]     Rustam was also listed as the general manager of DITREX Diamonds DMCC in Dubai, which was owned by Ali Rauf Osseiran (held account no. 172655* at LCB), a close business associate of Nazim Ahmad. LCB maintained account no. 61343 for DITREX until it was closed in July 2011.

939.    Musa Ahmad Ahmad was involved in more than fifteen companies in Belgium, Lebanon and the Democratic Republic of Congo including Triple A Diamonds NV[68] and Golden Square SAL.

940.    In 2002, the United Nations recommended imposing a travel ban on Musa Ahmad Ahmad for his role in smuggling Conflict Diamonds.

941.    In 1998, Musa Ahmad Ahmad co-founded the following entity:

- **ACE Group SAL**. The following individuals were involved with the company:

    o   Nadia Ahmad Ali Ahmad was listed as the shareholder, authorized signatory and chairman of the company;
    o   Ali Ahmad Ahmad was listed as the co-founder of the company;
    o   Musa Ahmad Ahmad was listed as the co-founder of the company;
    o   Youssef Ali Ahmad's son, Abd al-Karim Youssef Ahmad, was listed as the co-founder of the company; and
    o   Fadi Adel Jamal al-Din was listed as the company's attorney.

    Defendant FRANSABANK maintained an account for and provided financial services to ACE Group SAL.

942.    The following network of related companies are affiliated with Ahmad Ali Ahmad, his children and grandchildren as part of the larger Ahmad clan criminal network:

- **Blue City SAL**. The company was established in 1998. The following individuals were involved with the company:

    o   Ahmad Ali Ahmad was listed as a shareholder, board member and authorized signatory of the company;
    o   Ali Ahmad Ahmad was listed as a co-founder of the company;
    o   Muhammad Abd Ali Rustam was listed as one of the shareholders and board members of the company;
    o   Rasha Ali Ahmad (Ali Ahmad Ahmad's daughter) was listed as a shareholder and board member of the company;
    o   Youssef Ali Ahmad's son, Abd al-Karim Youssef Ahmad was listed as the co-founder of the company;
    o   Zuhayr Habib Saydani was listed as the company's auditor; and
    o   Fadi Adel Jamal al-Din was listed as the company's attorney.

---

[68]    He was also linked to Millenium Diamond SPRL in the Democratic Republic of Congo.

Defendant FRANSABANK maintained an account for and provided financial services to Blue City SAL.

- **Spider Group SAL**. The company was established in 1997. The following individuals were involved with the company:

  o Rasha Ali Ahmad was listed as chairman, director general, shareholder and authorized signatory of the company;
  o Musa Ahmad Ahmad was listed as a co-founder of the company;
  o Ali Ahmad Ahmad was listed as a co-founder of the company;
  o Muhammad Abd Ali Rustam was listed as one of the shareholders and board members of the company;
  o Lina Ahmad Ahmad was listed as a shareholder and board member of the company;
  o Al-Sirat Holding SAL was listed as a shareholder and board member of the company;
  o Zuhayr Habib Saydani was listed as the company's auditor; and
  o Fadi Adel Jamal al-Din was listed as the company's attorney.

- **Paloma Group SAL**. The company was established in 1997. The following individuals were involved with the company:

  o Nadia Ahmad Ahmad was listed as chairman, director general, shareholder and authorized signatory of the company;
  o Musa Ahmad Ahmad was listed as a co-founder of the company;
  o Ali Ahmad Ahmad was listed as a co-founder of the company;
  o Muhammad Abd Ali Rustam was listed as one of the co-founders of the company;
  o Al-Sirat Holding SAL was listed as a shareholder and board member of the company;
  o Lina Ahmad Ahmad was listed as a shareholder and board member of the company;
  o Zuhayr Habib Saydani was listed as the company's auditor; and
  o Fadi Adel Jamal al-Din was listed as the company's attorney.

Defendant FRANSABANK maintained an account for and provided financial services to Paloma Group SAL.

- **Al-Sirat Holding SAL**. The company was established in 2003. The following individuals were involved with the company:

  o Rasha Ali Ahmad (Ali Ahmad Ahmad's daughter) was listed as chairman, director general, shareholder and authorized signatory of the company;
  o Lina Ahmad Ahmad was listed as a shareholder and board member of the company;

o Hismahan Ahmad Ahmad was listed as a shareholder and board member of the company;
o Zuhayr Habib Saydani was listed as the company's auditor; and
o Fadi Adel Jamal al-Din was listed as the company's attorney.

### c. The Issawi Family Network

#### i. Ibrahim Ahmad Issawi

943. Ibrahim Issawi (a/k/a Issaoui) is a member of the BAC in central Africa who has laundered tens of millions of dollars on behalf of Hezbollah's African networks (particularly the Ahmad, Nassour and Khanafer clans) as part of his overall business of laundering *hundreds of millions of dollars* in partnership with Muhammad Bazzi (SDGT) using LCB, the Ayash Exchange and at least one other Lebanese bank.

944. Mr. Issawi is also a prominent businessman in the Democratic Republic of Congo where he operates, among other things, a successful car dealership that also maintained an account at LCB until 2011.

945. Mr. Issawi is the President of L'Union Libanaise Culturelle Mondiale (a/k/a World Lebanese Cultural Union "WLCU"), a business association in the Democratic Republic of Congo. Other prominent members include Issam Nabih Hamad, a partner in Société Financière de Banque SARL, and Saleh Ali Assi.

946. He also operated a commodities business in Kinshasa known as Sky Star (which was the owner of account no. 172688* at LCB until July 2011).

947. Nazim Said Ali Ahmad arranged, on behalf of Hezbollah, his criminal associates and for his own personal gain, for the transfer of large sums (denominated in U.S. dollars) from Rilton Traders to Sky Star's Lebanese bank accounts.

948. Both Mr. Issawi and his brother were identified by LCB in minutes to a January 25, 2007 Anti-Money Laundering Special Committee meeting as directly connected to Ali Tajideen

(SDGT) and they were affirmatively exempted from declaring the source of funds for entities designated by the United States ("Case Exempted clients from declaring source of funds for entities appearing on OFAC list.").

949.    Mr. Safa was noted as responsible for this issue.

950.    According to the Lebanese government, when LCB was finally compelled to close Mr. Issawi's accounts at LCB in 2011,[69] the balance on his account no. 172333* migrated to accounts owned by Mr. Issawi at Defendants BANK AUDI, BANQUE LIBANO-FRANÇAISE SAL, and Byblos Bank Europe.

951.    Before his accounts were closed, Mr. Issawi had laundered (at least) hundreds of millions of U.S. dollars through LCB alone.

952.    At around the same time his other accounts were closed, a separate account he held together with his wife, Lama Hussein Bdeir Issawi, was liquidated in cash as was an account she separately held in her own name.

953.    Lama Hussein Bdeir Issawi's brother Ibrahim Hussein Bdeir and father Hussein Ibrahim Bdeir are active in business with Mr. Issawi.[70]

---

[69]     Mr. Issawi also jointly owned U.S. dollar-denominated account no. 174342* at LCB with his wife Lama Hussein Bdeir Issawi (closed in June 2012), and she held her own individual account no. 173840* at LCB which was closed in August 2011.

[70]     Lama Hussein Bdeir's brother owned account no. 28933* at LCB until it was closed in September 2011. His father, Hussein Ibrahim Bdeir, owned account no. 173842* at LCB until September 2011. According to the Lebanese government, the account balance migrated to Hussein Ibrahim Bdeir's accounts at Defendants MEAB BANK and BANQUE LIBANO-FRANÇAISE. Hussein Ibrahim Bdeir was also the chairman and majority shareholder of Al-Jiyeh for Tourism and Construction SAL, which owned account no. 22186* at LCB until September 2011. According to the Lebanese government, the account balance migrated to Defendants BANK AUDI and FENICIA BANK. Another Bdeir family hotel development company known as "Platinum Residence" owned account no. 145585* at LCB until August 2011. According to the Lebanese government, part of the account balance was converted to cash and the remainder migrated to the company's account at Defendant FRANSABANK. Ibrahim Hussein Bdeir was also the general manager and majority shareholder in La Voile Sur Mer SARL, a company involved in construction and tourism projects. It owned account no. 45320* at LCB until it was closed in July 2011. According to the Lebanese government, part of the account balance was transferred to an account owned by the company at Defendant FENICIA BANK.

954.    Ibrahim Hussein Bdeir held account no. 28933* at LCB until it was closed in

September 2011.

955.    Mr. Issawi, his brothers Hussein, Ha'el, and Wa'el and their company, Socimex

SPRL, were a focal point of LCB's August 13, 2007 Internal Audit Report that described, among

other things, transactions during an 18 months period totaling $5 billion U.S. dollars with "[l]arge

amounts … being withdrawn and paid cash to different parties" and accounts showing a "big

volume of movement" but "very low balances (below USD 5,000) reflecting the fact that accounts

are being used [on a] transitory basis for funds transfer[s]."

956.    Socimex SPRL laundered more than $10 million U.S. dollars through LCB at Mr.

Issawi's direction.

957.    According to the Lebanese government, when LCB was finally compelled to close

Socimex's account no. 172687* in July 2011, the account migrated to Socimex's account at

Defendant BANQUE LIBANO-FRANÇAISE.

958.    Companies controlled and/or affiliated with Ibrahim Issawi include the following

entities:

- **Socimex SPRL**. Kinshasa-based company created in 1996 or 1998 "to
  supply the country [Congo] with healthy food products at competitive
  prices accessible to all social strata." The following individuals were
  involved with the company:

  o  Ibrahim Ahmad Issawi was listed as the managing partner and
     majority shareholder (64%) of the company; and
  o  Wa'el Ahmad Issawi, Ibrahim Issawi's son, was listed as owning
     2,000 shares (8%) of the company.

- **Sea & Palm SARL**. This company was incorporated in 1992. The
  following individuals were involved with the company:

  o  Mr. Issawi was listed as manager and shareholder of the company;
  o  Tradium Holding SAL, Mr. Issawi's holding company, was listed as
     holding most of the shares of the company;

o Wa'el Ibrahim Issawi was listed as holding the rest of the shares of the company; and

o Joseph George Zgheib was listed as the company's attorney.

According to the Lebanese government, LCB maintained account no. 174032* for Sea & Palm SARL until it was finally compelled to close the account in July 2011.

- **Tradium Holding SAL**. The following individuals were involved with the company:

  o Ibrahim Issawi was listed as chairman and the owner of most of the shares of the company;

  o Ha'el Issawi was listed on the board of directors of the company;

  o Lama Hussein Bdeir was listed on the board of directors of the company; and

  o Joseph George Zgheib was listed as co-founder and attorney.

- **Investment Group for Construction and Development SAL**. The following individuals were involved with the company:

  o Mr. Issawi was listed as the chairman, a shareholder and authorized signatory of the company;

  o Lama Hussein Bdeir was listed as a board member and a shareholder of the company;

  o Iqaruna Projects and Development Holding, controlled by Ibrahim Issawi, was listed as the majority shareholder of the company;

  o Claire Elias Assaf was listed as co-founder of the company (she also co-founded Team 5 (Holding) SAL with Muhammad Issam Abu Darwish and Global Electrical Group Holding SAL with Muhammad Ibrahim Bazzi - SDGT); and

  o Joseph George Zgheib was the company's attorney (he was also a founder of Team 5 (Holding) SAL and of Global Electrical Group Holding SAL, where he was listed as the attorney as well.)

According to the Lebanese government, Investment Group for Construction and Development SAL owned account no. 255790* at LCB until April 2010.

- **Mercury 3670 SARL**. The following individuals were involved with the company:

  o Mr. Issawi was listed as the founder, authorized signatory, board member and largest shareholder of the company;

  o Muhammad Issam Abu Darwish was listed as chairman, shareholder, co-founder, and authorized signatory of the company;

     o   Sami Issam Abu Darwish was listed as a shareholder and board member of the company;

     o   Mustafa Faysal Ahmad was listed as a co-founder of the company; and

     o   Fadi Adel Jamal al-Din was listed as the company's attorney.

- **Central Motors SPRL**. The company sold cars in the Democratic Republic of Congo. The following individuals were involved with the company:

     o   Mr. Issawi was listed as owner of the company; and

     o   Issawi's mother, brother, sister (Hiba) and wife were listed as co-owners of the company.

According to the Lebanese government, Central Motors SPRL owned an active account no. 29827* at LCB until it was closed in June 2011.

- **Iqaruna (Holding) SAL**. The following individuals were involved with the company:

     o   Ibrahim Issawi was listed as chairman and owner of most of the shares of the company;

     o   Ha'el Issawi was listed as a member of the board of directors of the company;

     o   Lama Hussein Bdeir was listed as a member of the board of directors of the company;

     o   Claire Elias Assaf was listed as a co-founder of the company; and

     o   Joseph George Zgheib was listed as the co-founder and attorney of the company.

### ii.    Hussein Ahmad Issawi

959.    Hussein Ahmad Issawi (Ibrahim's brother) is also a member of the BAC in central Africa who has laundered tens of millions of dollars on behalf of Hezbollah's African networks (particularly the Ahmad and Darwish clans) as part of the Issawi brothers' overall business of laundering hundreds of millions of dollars using LCB and at least three other Lebanese banks, including Defendant FENICIA BANK.

960.    Hussein Issawi is reported to be a business partner of Muhammad Bazzi (SDGT) and to have laundered funds for the Tajideen family's Ovlas Trading SA (SDGT) and for several

Ahmad clan individuals and companies through his account at LCB.

961.    Hussein Issawi also used his LCB accounts to transfer funds for Nazim Ahmad's Blue Star Diamond and Beirut Diam SAL, and for Rami Kamil Ya'qub Baqir, all accountholders at LCB.

962.    Mr. Issawi also laundered funds originating with Nazim Ahmad's network through LCB account no. 172781* owned by Soficom SPRL until it was closed in August 2011. Soficom SPRL was controlled by Muhammad Hussein Darwish (discussed below).

963.    Soficom SPRL laundered more than $75 million U.S. dollar through LCB account no. 172781.

964.    When LCB was finally compelled to close Hussein Ahmad Issawi's account no. 171035* in August 2011, according to the Lebanese government the balance migrated to Defendant FENICIA BANK and another financial institution.

### iii.    Wa'el Ahmad Issawi

965.    Wa'el Ahmad Issawi (Ibrahim's youngest brother) is also a member of the BAC in central Africa who worked with and for his brothers at Socimex SPRL in the Democratic Republic of Congo and maintained an account at LCB until 2011.

966.    When LCB was finally compelled to close Wa'el Ahmad Issawi's account no. 172424* in 2011, according to the Lebanese government the account migrated to Defendant BANQUE LIBANO-FRANÇAISE.

### iv.    Ha'el Ahmad Issawi

967.    Ha'el Ahmad Issawi was listed as a board member of two companies controlled by his brother Ibrahim Issawi: Tradium Holding SAL and Iqaruna (Holding) SAL, and as a shareholder in at least three companies also controlled by his brother Ibrahim Issawi.

968.    He owned account no. 172208* at LCB that was closed in 2011, but it is not clear where the account migrated to thereafter.

### d.  The Abu Darwish Family Network

969.    The Abu Darwish family had connections to Lebanon's General Security Directorate in the 1980s.

970.    Issam Abu Darwish had four children:

- Muhammad Issam Abu Darwish;
- Sami Issam Abu Darwish;
- Rima Issam Abu Darwish; and
- Fatimah Issam Abu Darwish.

971.    Issam Abu Darwish maintained account no. 133754* at LCB until it was closed in September 2011 as part of SGBL's acquisition of LCB.

972.    According to the Lebanese government, Issam Abu Darwish's account was among the grouping of Hezbollah-affiliated accounts associated with his son Muhammad Issam Abu Darwish.

973.    When LCB finally closed the account, Issam Abu Darwish transferred the balance to his account at Defendant BANK AUDI.

974.    Issam Abu Darwish's son Sami is registered in ten or more companies jointly with his brother, Muhammad Issam Abu Darwish, and in more than 20 companies in Lebanon overall, but appears to be very much the junior partner in Muhammad Issam Abu Darwish's business empire.

975.    On September 16, 1997, Muhammad Issam Abu Darwish and his three siblings co-founded National Crushers Company SARL, but do not appear to have held an ownership stake or to have established a permanent address for the company.

976.    Instead, twenty-five percent of the company's shares were owned by Jaafar Musa

Musa, a Hezbollah official from Houmine al-Faouqa and founding partner of Arch Consulting SARL (discussed above), part of Jihad al-Bina's (SDGT) network of construction companies.

977.    Another twenty-five percent of National Crushers Company SARL's shares were owned by Ali Muhammad Ghandur who worked at Jihad al-Bina's Meamar Company for Engineering and Development SARL.

978.    The remaining fifty percent of the company's shares were held by Azam Abd-al-Aziz Kawtharani, manager of Meamar Company for Engineering and Development SARL.

979.    Kawtharani has also served as executive manager for the projects of the Iranian Authority for the Rehabilitation of Lebanon, making him effectively an employee and agent of the IRGC-QF.

980.    The lawyer for National Crushers Company SARL was Osama Abbas Ramal who also served as the lawyer for several Jihad al-Bina companies including, Seasons Corporation for Agricultural Projects and Services SARL, Meamar Company for Engineering and Development SARL, Arch Consulting SARL, Al-Raed SAL and Gas Transport and Storage SARL.

981.    National Crushers Company SARL appears to have been a Jihad al-Bina affiliated forerunner of National Crushers Company SAL (discussed above), the IRGC-QF construction firm headed by General Shateri (SDGT).

982.    Through his father's connections, Muhammad Issam Abu Darwish expanded his business relationships beyond Jihad al-Bina and made connections in Iraq that secured him certain government contracts with the Iraqi government under Saddam Hussein.

983.    After the overthrow of Hussein's regime in 2003, Muhammad Issam Abu Darwish stayed in Iraq and teamed up with the controversial U.S. defense contractor known as Custer Battles.

984.     At the same time, Mr. Darwish maintained excellent relations with both Hezbollah and Amal in Lebanon and likely with Syrian intelligence services as well.

985.     From 1993 forward, Muhammad Issam Abu Darwish incorporated or joined more than 50 companies in Lebanon.

986.     Three of the companies – Ras Beirut 1442 SAL, Ideal Development I.D. SAL, and International Contractors and Developers SAL – maintained accounts at LCB before the bank was forced to close them and their account balances migrated to Defendant BANQUE LIBANO-FRANÇAISE.

987.     Ras Beirut 1442 SAL maintained account no. 173662* until it was closed in July 2011.

988.     Ideal Development I.D. SAL maintained account no. 40569* until it was closed in August 2011.

989.     International Contractors and Developers SAL maintained account no. 173306* until it was closed in July 2011.

990.     The Abu Darwish family holding company known as Team 5 (Holding) SAL owns part of Mercury Development Group (Holding) SAL (a company controlled by Mustafa Faysal Ahmad, another person the Lebanese government identified as part of the Hezbollah-affiliated client list at LCB) that, in turn, owns a property in Beirut mortgaged to Defendant JAMMAL TRUST BANK.[71]

991.     Muhammad Issam Abu Darwish is a shareholder in multiple companies with Mustafa Faysal Ahmad and at least one company with BAC facilitator and money launderer,

---

[71]     Mustafa Faysal Ahmad and his family also own Mercury Development Offshore SAL, which they established in 2005. The company held U.S. dollar-denominated account no. 172590* at LCB until June 2012. According to the Lebanese government, the balance in that account migrated to Defendant FRANSABANK. Mercury Development Offshore SAL also held accounts at Defendants BANK OF BEIRUT (Tyre) and SGBL (St. Charles Branch).

Ibrahim Issawi.

992.   Muhammad Issam Abu Darwish was also a co-founder and a shareholder of The New Millennium for Middle East and Africa SAL, an entity which owned account no. 172615* at LCB until the account was forced to close in August 2011.

993.   According to the Lebanese government, Muhammad Issam Abu Darwish owned at least one U.S. dollar-denominated account personally at LCB (account no. 172517*) and two other joint accounts, one with his wife, Carol Rogier Habib (account no. 172689*), and one with his business partner, Akram Ahmad al-Bast (account no. 173985*). All three accounts were flagged by SGBL's 2012 audit and Lebanese government investigation.

994.   According to the Lebanese government, when LCB was finally compelled to close Muhammad Issam Abu Darwish's accounts, the account balance he owned individually migrated to his account at Defendant BANQUE LIBANO-FRANÇAISE; the account balance he jointly owned with his wife migrated to their accounts at Defendants BANK AUDI, BANQUE LIBANO-FRANÇAISE and MEAB BANK; and the account Mr. Darwish owned jointly with one of his business partners (no. 173985*), Akram Ahmad al-Bast, migrated to Defendants FRANSABANK, BANQUE LIBANO-FRANÇAISE, SGBL, MEAB BANK and BANK AUDI.

995.   In addition to Ras Beirut 1442 SAL, which maintained an account at LCB before the bank was forced to close it and it migrated to Defendant BANQUE LIBANO-FRANÇAISE, and National Crushers Company SARL (discussed above), at least two of Sami Issam Abu Darwish's companies particularly underscore his role in the BAC network: S.I.M. SAL Offshore, which he co-founded and was majority shareholder in, and Atilla SAL (which had a U.S. dollar-denominated account at LCB until 2012).

996.   Sami Issam Abu Darwish was the majority shareholder of S.I.M. SAL Offshore,

but the company's chairman and co-founder was Muhammad Abdallah al-Amin (SDGT), a protégé of Adham Tabaja.

997.   Sami Issam Abu Darwish also held approximately 12 percent of Atilla SAL's shares. Basel Nabih Berri, the son of Amal leader and speaker of the Lebanese parliament, held double that stake; and the aforementioned Mustafa Faysal Ahmad served as chairman and general manager of the company and as its largest shareholder.

998.   Sami Issam Abu Darwish was also listed as a shareholder, authorized signatory and board member of Builders International SAL.

999.   Builders International SAL maintained account no. 32740* at LCB until it was forced to close in August 2011.

1000.   According to the Lebanese government, when LCB was finally compelled to close Builders International SAL's account, the account migrated to Defendant BANQUE LIBANO-FRANÇAISE.

### e.   The Darwish Family Network

1001.   The Darwish clan is based primarily in Lebanon and the Democratic Republic of Congo and is heavily involved in laundering money for Hezbollah's BAC.

1002.   One or more of the Darwish brothers has also spent considerable time in Guinea and has been active in the diamond trade in that country.

1003.   The Darwish brothers were known smugglers of diamonds and bulk cash on behalf of themselves, other businesses within the Lebanese diaspora, and Hezbollah.

1004.   Muhammad Hussein Darwish was a board member and partner in Société Financière de Banque SARL (a/k/a Sofibanque), a financial institution based in the Democratic

Republic of Congo that was majority owned by LCB and used by Hezbollah to launder large sums of illicit funds.

1005. Muhammad Hussein Darwish was the owner of four accounts at LCB until the bank closed them in 2011 as part of the bank's acquisition by Defendant SGBL.

1006. Muhammad Hussein Darwish and his brother, Ali Hussein Darwish, were the joint owners of two accounts (no. 24247* closed in September 2011; and no. 172805* closed in May 2011) that were maintained by LCB. According to the Lebanese government, the account balance of one of those two LCB accounts migrated to the Darwish brothers' jointly owned accounts that were maintained by, respectively, Defendants SGBL, BANK AUDI and BYBLOS BANK.

1007. Muhammad Hussein Darwish and his brother, Khodr Hussein Darwish, were joint owners of LCB account no. 172612*, which was cashed out when the account was closed in August 2011.

1008. Soficom SPRL, one of the companies Muhammad Hussein Darwish controlled in the Democratic Republic of Congo, also owned LCB account no. 172781*, which was shuttered in 2011 as part of LCB's acquisition by Defendant SGBL.

1009. Nabila Ya'qub Wazni was a partner in Soficom SPRL. According to the Lebanese government, she owned account no. 173614* at LCB individually and account no. 172823* jointly with her daughter. More than $15 million U.S. dollars flowed through the joint account alone. Both accounts were closed in 2011 and both migrated to Defendant BANQUE LIBANO-FRANÇAISE and another bank.

1010. Another company part-owned by Muhammad Hussein Darwish called SOGEAC SPRL owned account no. 172683* at LCB, which was closed in August 2011.[72]

---

[72] Isam Nabih Hamad, a partner in both SOGEAC and Sofibanque, also held a Hezbollah-affiliated account at LCB which was closed in August 2011.

1011.   According to the Lebanese government, the account balance migrated to SOGEAC's accounts at Defendants BLOM BANK and BANQUE LIBANO-FRANÇAISE.

1012.   In addition to sharing account no. 172612* owned jointly with his brother Muhammad Hussein Darwish, Khodr Hussein Darwish owned account no. 172613* individually at LCB until August 2011.

1013.   According to the Lebanese government, the account balance migrated to Defendant BYBLOS BANK and another bank.

1014.   Khodr Hussein Darwish co-owned a second account (no. 21930*) jointly with an individual named Kifah Sleiman which was closed in July 2011 and also migrated to Defendant BYBLOS BANK and another bank.

1015.   Khodr Hussein Darwish also owned two accounts at LCB with his cousin Safi Yehya Darwish which were closed in July (account no. 20300*) and August 2011 (account no. 174198*). According to the Lebanese government, the account balance in one of the accounts migrated to Defendants BYBLOS BANK, MEAB BANK and two other banks.[73]

1016.   Nazim Ahmad used Rilton Traders to launder proceeds worth at least hundreds of thousands of U.S. dollars from the Ahmad family's criminal activities in Belgium to Khodr Hussein Darwish. The funds were repatriated to Lebanon through correspondent bank accounts in New York using yet another U.S. dollar-denominated account at Defendant BANQUE LIBANO-FRANÇAISE SAL that was owned individually by Khodr Hussein Darwish.

1017.   Khodr Hussein Darwish was listed as the director general and chairman of Madina SAL Offshore in Lebanon. Safi Yehya Darwish served as a board member; Jihad Muhammad

---

[73]   Safi Yehya Darwish also held account no. 174199* at LCB individually. According to the Lebanese government, when the account was closed in August 2011, it migrated to Defendant MEAB BANK and another bank.