# 21-2019

IN THE

# United States Court of Appeals

## FOR THE SECOND CIRCUIT

◆◆

ROBERT BARTLETT, TERREL CHARLES BARTLETT, LINDA JONES, SHAWN BARTLETT, MAXINE E. CROCKETT, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RICKY LEON CROCKETT, MARVISE L. CROCKETT, TRACIE ARSIAGA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT R. ARSIAGA, SYLVIA MACIAS, GILBERT ARSIAGA, JR., GEORGE ARSIAGA, MATTHEW ARSIAGA, ANGEL MUNOZ, ROBI ANN GALINDO, PATRICIA ARSIAGA, ON BEHALF OF THE ESTATE OF JEREMY ARSIAGA, CEDRIC HUNT, STEVEN GREENWOOD, STEVEN W. HILLER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEPHEN DUSTIN HILLER, JEREMY CHURCH, SANDRA HANKINS, INGRID FISHER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF STEVEN SCOTT FISHER, KRISTIN WALKER, STEVEN T. FISHER, KATHLEEN GRAMKOWSKI,

*(Caption continued on inside covers)*

—————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

## JOINT APPENDIX
## VOLUME III OF V
### (Pages A-601 to A-900)

MICHAEL RADINE
DINA GIELCHINSKY
GARY M. OSEN
AARON A. SCHLANGER
OSEN LLC
190 Moore Street, Suite 272
Hackensack, New Jersey 07601
(201) 265-6400

*Attorneys for Plaintiffs-Appellees*

DAVID B. RIVKIN, JR.
ELIZABETH PRICE FOLEY
MARK W. DELAQUIL
KENDALL E. WANGSGARD
BAKER & HOSTETLER LLP
Washington Square
1050 Connecticut Avenue, NW
Suite 1100
Washington, DC 20036
(202) 816-1500

*Attorneys for Movant-Appellant
and Defendant-Appellant*

Daniel Carvill, Mary Carvill, Peggy Carvill-Liguori, Individually and on Behalf of the Estate of Frank T. Carvill, Pamela Adle-Watts, John Watts, Gloria Nesbitt, Individually and on Behalf of the Estate of Deforest L. Talbert, D.J.H., a minor, Tawanna Talbert Darring, Latasha Marble, James Talbert, Miranda Pruitt, Velina Sanchez, Individually and on Behalf of the Estate of Moses Rocha, Aloysius Sanchez, Jr., Rommel Rocha, Phillip Sanchez, Gloria P. Reynoso, Individually and on Behalf of the Estate of Yadir G. Reynoso, Jasmin Reynoso, Patricia Reynoso, Jose Reynoso, Ashley Wells Simpson, Individually and on Behalf of the Estate of Larry Lloyd Wells, Chad Wells, Crystal Stewart, Chasity Wells-George, Candice Machella, Billy Doal Wells, Hope Elizabeth Veverka, Donna Jean Heath, Individually and on Behalf of the Estate of David Michael Heath, Lola Jean Modjeska, John David Heath, Olga Lydia Gutierrez, Individually and on Behalf of the Estate of Jacob David Martir, Ismael Martir, Nathaniel Foley, Michael Scott DeWilde, Steven Morris, Danielle Dechaine-Morris, Nicholas Morris, K.M., a minor, Monica Arizola, Roberto Aaron Arizola, Roberto Arizola, Sr., Cecilia Arizola, Danny Arizola, Ricardo Arizola, Greg Klecker, Raymond Montgomery, Patricia Montgomery, Tony Wood, Joedi Wood, Adam Wood, Megan Wood, Lisa Ramaci, Lisa Ramaci Individually and on Behalf of the Estate of Steven Vincent, Isabell Vincent, Charles Vincent, Maria Vidal, Tamara Hassler, Richard E. Hassler, Joanne Sue Hassler, Scott Huckfeldt, Kathryn Huckfeldt, Alisha Huckfeldt, Matthew Huckfeldt, Timothy Newman, Padraic J. Newman, Amenia Jonaus, Individually and on Behalf of the Estate of Jude Jonaus, Gernessoit Jonaus, Daphnie Jonaus Martin, Ricky Jonaus, Marckendy Jonaus, Claire Jonaus, Sharen Jonaus Martin, Masina Tuliau, Audelia Morin, Esteban Morin, Estavan Morin, Sr., Brianna Renee Navejas, Margarito A. Martinez, Amy Lynn Robinson, Individually and on Behalf of the Estate of Jeremiah Robinson, Floyd Burton Robinson, Individually and on Behalf of the Estate of Jeremiah Robinson, Jacob Michael Robinson, Lucas William Robinson, Jodee Johnson, James Higgins, Wendy Coleman, Brian Radke, Nova Radke, Steven Vernier, Jr., Clifford L. Smith, Jr., Individually and on Behalf of the Estate of Kevin J. Smith, Georgianna Stephens-Smith, Corena Martin, Adam Mattis, Terrance Peterson, III, Petra Spialek, David G. Cardinal, Jr., Individually and on Behalf of the Estate of Anthony Cardinal, Richelle Hecker, Individually and on Behalf of the Estate of William F. Hecker, III, Victoria Hecker, W.H., a minor, C.H., a minor, William F. Hecker, Jr., Nancy Hecker, John D. Hecker, Robert F. Mariano, Debra Mariano, Bobbie D. Mariano, Vickie Michay White, Individually and on Behalf of the Estate of Stephen J. White, Gladys E. Reyes Centeno, Veronica Lopez Reyes, Individually and on Behalf of the Estate of Jason Lopez Reyes, Zoraima Lopez, Jennifer Link, Sharon Johnston, Kenny Lee, Tom B. Lee, Ling P. Lee, Deborah Noble, Individually and on Behalf of the Estate of Charles E. Matheny, IV, David Noble, Charles E. Matheny, III, Judy Collado, Kaiya Collado, Justin Waldeck, Tanja Kuhlmeier, Individually and

ON BEHALF OF THE ESTATE OF DANIEL KUHLMEIER, ROBERT J. KUHLMEIER, THERESA A. KUHLMEIER, THERESA ANN KUHLMEIER, EDWARD KUHLMEIER, THOMAS KUHLMEIER, JOHN KUHLMEIER, ROBERT W. KUHLMEIER, PATRICK FARR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CLAY P. FARR, SILVER FARR, CARROL ALDERETE, ANTHONY ALDERETE, CHAD FARR, RAYANNE HUNTER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WESLEY HUNTER, W.H., A MINOR, T.H., A MINOR, FABERSHA FLYNT LEWIS, CHRISTOPHER ANTHONY BERSHEFSKY, LORENZO SANDOVAL, JR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ISRAEL DEVORAGARCIA, LORENZO SANDOVAL, JR., ADRIAN SANDOVAL, ROSA ESTHER SANDOVAL, HENRY J. BANDHOLD, SR., INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF SCOTT BANDHOLD, AFONSO BANDHOLD, MARIANA BANDHOLD, H. JOSEPH BANDHOLD, DONALD C. BANDHOLD, JOSHUA P. STEIN, NICOLE B. STEIN, NICOLE B. STEIN, A MINOR, J.S.S., A MINOR, JESSE P. STEIN, ERIK ROBERTS, E.C.R, A MINOR, ROBIN ROBERTS, JAMES CRAIG ROBERTS, CARA ROBERTS, COLIN ROBERTS, LUKE MURPHY, WILLETTE MURPHY, SHANE IRWIN, T.R., A MINOR, HELEN MARGUERITE IRWIN, NICOLE IRWIN, MARIA GOMEZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOSE GOMEZ, JOHN DANA GREER, STEPHANIE SANDER, CHRISTOPHER D. GREER, JOSEPH L. GREER, CARL K. GREER, CHRISTOPHER JOYNER, ANNE P. JOYNER, BRIAN MONTOGMERY, K.K, A MINOR, NECOLE DUNLOW SMITH, MICHAEL R. MILLS, M.R.M., A MINOR, EDDIE JO PALINSKY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JERRY A. PALINSKY, JR., JERRY A. PALINSKY, II, ADINA PALINSKY, JERRY A. PALINSKY, SR., KATHLEEN HOKE, JOEL PALINSKY, KARALEEN HERB, ERIC BRANDON STONEKING, CARRIE SUE STONEKING, FAITH RENEE STONEKING, NANETTE SAENZ, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CARLOS N. SAENZ, JUAN SAENZ, JOAQINA SAENZ CHORENS, LUZ MARIA ESTRADA-PULIDO, FRANCES CATHERINE CASTRO, ELVA ESPINOZA, AMANDA VACHO, ON BEHALF OF THE ESTATE OF NATHAN J. VACHO AND ON BEHALF OF E.V., A MINOR, BAYLI VACHO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF NATHAN J. VACHO, JOHN VACHO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF CAROL VACHO, ASHLEY VACHO LESLIE, RONALD VEVERKA, CAROL POLLEY, DOUGLAS VEVERKA, SANDRA SOLIDAY, JEANETTE WEST, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT H. WEST, SHELBY WEST, DONNA ENGEMAN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOHN W. ENGEMAN, SHANNON SHUMATE, LAUREN SHUMATE, L.S., A MINOR, NICOLE DICENZO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DOUGLAS ANDREW DICENZO, D.D., A MINOR, LARRY DICENZO, KATHY CRANE, JOHNNY ALLEN BLAIR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ROBERT EDWARD BLAIR, CHARLEE BLAIR WEBB, C.L., A MINOR, ARNE EASTLUND, TINA EASTLUND, SVEN EASTLUND, TAYLOR EASTLUND, ELIZABETH JO EASTLUND, MATTHEW ADAMSON, R.A., A MINOR, KATHY ADAMSON, RICHARD ADAMSON, CHRISTOPHER ADAMSON, JEFFREY ADAMSON, JUSTIN ADAMSON, JAMES SHEPARD, JOHN P. SKLANEY,, III, KATHY CRABTREE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DANIEL CRABTREE, M.C., A MINOR, JUDY ANN CRABTREE, RONALD WAYNE CRABTREE, DEBRA WIGBELS, JUDY HUENINK, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF BENJAMIN J. SLAVEN, SEAN SLAVEN, NICOLE LANDON, MISTI FISHER, STEVEN J. FRIEDRICH, A.F., A MINOR, PHILIP ALAN DERISE, NORMA ALICIA CONTRERAS, JONATHAN

CONTRERAS, JR., CARLOS CONTRERAS, CESAR CONTRERAS, HERNAN CONTRERAS, NOEL CONTRERAS, DANNYEL CONTRERAS, SHARON M. PUGH, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KENNETH IRVING PUGH, BRITNEY E. CARTER, ALICIA PEARSON, DANIEL J. EVANS, JUSTIN EVANS, KEVIN GRAVES, NICHOLAS GENE KOULCHAR, MICHAEL KOULCHAR, SUHEIL CAMPBELL, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EDGARDO ZAYAS, A.Z.C., a minor, CATHY ANDINO, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF EDWIN A. ANDINO JR., LUIS JUNIOR PUERTAS, LIDIA SULLIVAN, GABRIELA D. PUERTAS VERGARA-DONOSO, CHRISTOPHER MICHAEL MELENDEZ, NARCISO MELENDEZ, CHRISTINA MELENDEZ, LAUREL BARATTIERI, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GUY BARATTIERI, PATRICIA WHEATLEY, REBECCA BARATTIERI, NICOLE BARATTIERI, GINA TESNAR, GLORIA L. MAGANA, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KENNY FRANCES STANTON JR., MARIO STANTON, BRANDIE STANTON, TERRYMARIE STANTON, FRED FRIGO, NANNETTE BRYNE-HAUPT, LYNN FOREHAND, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF RYAN HAUPT, LANCE HAUPT, RHONDA HAUPT, TIFANY THOMPSON, SABRINA CUMBE, WILLIAM WITTE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KEVIN M. WITTE, MICHAEL MOCK, TAMMY DORSEY, ERIC PHYE, JAMES GMACHOWSKI, CONSTANCE BRIAN, AMBER HENSLEY, DAVID W. HAINES, DAWN HAINES, MACKENZIE HAINES, KARAR ALABSAWI, MICHELLE TAYLOR, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAVID G. TAYLOR, JR., J.T., a minor, PHYLLIS TAYLOR, JOHN TAYLOR, BRIAN B. TAYLOR, JUDAS RECENDEZ, TYLER NORAGER, SHALEE NORAGER, M.N., a minor, HARRY RILEY BOCK, JILL ANN BOCK, MARIAH SIMONEAUX, KOUSAY AL-TAIE, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF AHMED AL-TAIE, NAWAL AL-TAIE, BASHAR AL-TAIE, HATHAL K. TAIE, LAWRENCE KRUGER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF ERIC KRUGER, CAROL KRUGER, C.K., a minor, E.K., a minor, DOUGLAS KRUGER, JACKIE FARRAR-FINKEN, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF PAUL FINKEN, EMILIE FINKEN, C.F., a minor, J.F., a minor, STEPHEN FINKEN, ALAN FINKEN, RICHARD FINKEN, DAVID FINKEN, MARK FINKEN, JEAN PRUITT, JOAN HENSCHEID, PETER FINKEN, LORI ANN McCOY, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF GREGORY McCOY, L.M., a minor, T.M., a minor, GLENN MICHAEL COX, SANGSOON KIM, SEOP STEVE KIM, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JANG HO KIM, MICHELLE KIM, KURTISS LAMB, FRANCIS L. COTE, NANCY COTE, CHRISTOPHER COTE, SAMANTHA DUNFORD, MAXIMILLIAN SHROYER, SAMANTHA DUNFORD, CASEY REUBEN, BREE REUBEN, PATRICK REUBEN, JACKIE STEWART, MARK MUNNS, CRISTA MUNNS, SHARON DeBRABANDER, DENNIS DeBRABANDER, NICOLE DeBRABANDER, JOELLA PRATT, HELEN FRASER, RICHARD FRASER, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF DAVID M. FRASER, TRICIA ENGLISH, NATHAN ENGLISH, N.C.E., a minor, A.S.E., a minor, TODD DAILY, ON BEHALF OF THE ESTATE OF SHAWN L. ENGLISH, JOSHUA STARKEY, BRENT HINSON, WILLIAM HINSON, FRAN HINSON, HILARY WESTERBERG, JOHN GIBSON, STEPHANIE GIBSON WEBSTER, SEAN ELLIOTT, TRAVIS GIBSON, WILLIAM RONALD LITTLE, BRENDA LITTLE, INDIVIDUALLY AND ON BEHALF OF WILLIAM RONALD LITTLE, JR., KIRA SIKES, RANDOLPH DELBERT NANTZ, JOSHUA RYAN NANTZ, CHAQUITA TALBERT, ALOYSIUS SANCHEZ, SR., VICTORIA M. FOLEY,

Individually and on Behalf of the Estate of Alexander Scott Arredondo, Gwendolyn Morin-Marentes, Individually and on Behalf of the Estate of Steve Morin, Jr., Alvis Burns, Keith Veverka, Suzzettee Lawson, Individually And On Behalf Of The Estate Of Isaac S. Lawson, Chastity Dawn Laflin, Alexander Zayas, Colin Haines, Lori Ann McCormick, Lori Ann McCormick Individually And On Behalf Of The Estate Of Clinton McCormick, Deborah Beavers, Denise Vennix, Individually And On Behalf Of The Estate Of Alan R. Blohm, Jeremy Blohm, Individually And On Behalf Of The Estate Of Chris Blohm, Kiana Blohm, James Smith, Mauk Mauk, Robert Vaccaro, Joanne Gutcher, Charlotte Freeman, Individually And On Behalf Of The Estate Of Brian S. Freeman, G.F., a minor, I.F., a minor, Kathleen Snyder, Randolph Freeman, Kathaleen Freeman, Albert Snyder, Richard Lee, Danny Chism, Elizabeth Chism, Individually And On Behalf Of The Estate Of Johnathan B. Chism, Vanessa Chism, Julie Chism, Russell J. Falter, Individually And On Behalf Of The Estate Of Shawn P. Falter, Linda Falter, Marjorie Falter, Russell C. Falter, John Sackett, Jason Sackett, Michael Lucas, Marsha Novak, David Lucas, Tim Lucas, Andrew Lucas, Shannon Millican, Individually And On Behalf Of The Estate Of Johnathon M. Millican, Paul Mitchell Millican, Noala Fritz, Individually And On Behalf Of The Estate Of Jacob Fritz And The Estate Of Lyle Fritz, Daniel Fritz, Ethan Fritz, Billy Wallace, Billy Wallace, Stefanie Wallace, Austin Wallace, Devon Wallace, C.W., a minor, Evan Kirby, Marcia Kirby, Steven Kirby, Johnny Washburn, Marvin Thornsberry, Cynthia Thornsberry, A.B., a minor, Tracy Anderson, Jeffrey Anderson, Adam G. Stout, Andrew Jeffrey Anderson, Elizabeth Lynn Islas, Anastasia Fuller, Individually And On Behalf Of The Estate Of Alexander H. Fuller, A.F., a minor, L.R.-W., a minor, Heath Damon Hobson, Jodi Michelle Hobson, Samantha Balsley, Individually And On Behalf Of The Estate Of Michael C. Balsley, Jodi Michelle Hobson, M.D.H., a minor, Nichole Garrigus, Deadra Garrigus, Individually And On Behalf Of The Estate Of Mickel D. Garrigus, David Garrigus, Kyla Ostenson, Matthew Garrigus, Shawn Ryan, Sharon Y. Dunn Smith, Individually And On Behalf Of The Estate Of Terrence Dunn, Dennis Dunn, Richard Landeck, Victoria Landeck, Lavonna Harper, Melba Anne F. Harris, Paul D. Harris, Hyunjung Glawson, Individually And On Behalf Of The Estate Of Curtis E. Glawson, Yolanda Brooks, Curtis Glawson,, Sr., Kierra Glawson, Sabrina Glawson, On Behalf Of The Estate Of Cortez Glawson, Jazmon Reyna, Ryan Sabinish, R.J.S., a minor, S.J.S., a minor, Carrie Thompson, Individually And On Behalf Of The Estate Of Sean M. Thomas, A.T., a minor, Daniel Thomas, Sr., Diana Thomas, Daniel Thomas, Jr., Kelly Gillis, Melinda Flick, Ann Christopher, Individually And On Behalf Of The Estate Of Kwesi Christopher, Nancy Fuentes, Individually And On Behalf Of The Estate Of Daniel A. Fuentes, Armando Fuentes, Julio Fuentes, Tatyana Fuentes, Emma McGarry, D.J.F., a minor, John Kirby, Michael Murphy-Sweet, Elizabeth Murphy-Sweet, Anona Gonelli, Lindsay Young, Individually And On Behalf Of The Estate Of Brett A. Walton,

Leasa Dollar, Eugene Delozier, Michelle Klemensberg, Individually And On Behalf Of The Estate Of Larry R. Bowman, Scott Lilley, Frank Lilley, Jolene Lilley, Matthew Lilley, Ava Tomson, Individually And On Behalf Of The Estate Of Lucas V. Starcevich, Richard Tomson, Glenda Starcevich, Ariana Starcevich, Trenton Starcevich, Samantha Tomson, Andrew Tomson, Jared S. Stevens, S.W., a minor, Bradley Starcevich, Susan Maria Doskocil Hicks, Individually And On Behalf Of The Estate Of Glenn Dale Hicks, Jr., Glenn Dale Hicks, Jr., David James Hicks, John Christopher Hicks, S.L.H., a minor, Karen Funcheon, Individually And On Behalf Of The Estate Of Alexander J. Funcheon, Robert Funcheon, Dwight Martin, Individually And On Behalf Of The Estate Of Jay E. Martin, Dove Deanna Adams, Raven Adams, Lark Adams, Holly Burson, Individually And On Behalf Of The Estate Of Jerome Potter, Nancy Umbrell, Individually And On Behalf Of The Estate Of Colby J. Umbrell, Mark Umbrell, Casey Boehmer, Jeremy D. Smith, Daniel Dixon, Individually And On Behalf Of The Estate Of Ilene Dixon And The Estate Of Robert J. Dixon, Jessica Hubbard, On Behalf Of The Estate Of Robert J. Dixon, M.R., a minor, L.R., a minor, David Dixon, Daniel Austin Dixon, Gretchen Lang, Rebecca J. Oliver, Daniel C. Oliver, Kimberlee Austin-Oliver, Tiffany M. Little, Individually And On Behalf Of The Estate Of Kyle A. Little, K.L., a minor, Shelley Ann Smith, Dakota Smith-Lizotte, Kimberlee Austin-Oliver, Tiffany M. Little, Individually And On Behalf Of The Estate Of Kyle A. Little, K.L., a minor, Shelley Ann Smith, Dakota Smith-Lizotte, Shyanne Smith-Lizotte, Erin Lee Dructor, individually and on behalf of the Estate of Blake Stephens, Trent Stephens, Kathleen Stephens, Derek Stephens, Rhett Stephens, Summer Stephens, Brittani Hobson, Cynthia Conner, William Farrar, Sr., Individually and on behalf of the Estate of William Farrar, Joshua Brooks, Joyce Brooks, Daniel Tyler Brooks, Delilah Brown, individually and on behalf of the Estate of Scott J. Brown, Tonya K. Dressler, Ardith Cecil Dressler, Melissa Dressler, Tanya Suzzette Dressler, Daniel Dressler, Elizabeth Masterson, individually and on behalf of the Estate of Joshua D. Brown, Marian Brown, Wayne Brown, Danielle Sweet, A.B., a minor, G.B., a minor, Donna Kuglics, individually and on behalf of the Estate of Matthew J. Kuglics, Les Kuglicis, Emily Adams, Derek Gajdos, Tammy Denboer, Brandeaux Campbell, Ryan Wilson, Jami Lin Wilson, Matthew Lammers, Alicia Lammers, Barbara Lammers, Gary Lammers, Stacy Pate, Angel Gomez, Denise Jackson, Scott Hood, Flora Hood, Dixie Flagg, Stephanie Hood, Cheyenne Flagg, William Parker, Meghan Parker-Crockett, Andrew Moores, Sheila Tracy, Individually and behalf of the Estate of Jacob Tracy, Donald Tracy, Nichole Sweeney, Christina Sheridan, Matthew Benson, Melissa Benson, C.B., a minor, B.B., a minor, Daniel P. Benson, Carol Benson, Daniel R. Benson, Raymond Nigel Spencer, Jr., Sylvia Johnson Spencer, Michael Dean Moody, individually and on behalf of the Estate of Michael Dean Moody, Jr., Connie Moody, Kedrick Dante Moody, Drew Edwards, Donielle Edwards, Arifah Hardy, T.C., a

MINOR, AUNDRA CRAIG, JOYCE CRAIG, DEBRA COOK-RUSSELL, NASHIMA WILLIAMS CRAIG, JONATHAN CRAIG, ANDRE BROWN, MICHAEL COOK, VALENCIA COOK, KATHERINE M. CROW, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF WILLIAM J. CROW, K.A.C., A MINOR, CANDACE CATHRYN HUDSON, INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF KATHRYN ANN MONDINI, K.E.C, A MINOR, JOHN TAYLOR, CARROL ALDERETE, TRACYANDERSON, J.J., R.J.S., LORI ANN MCCORMICK, TINA EASTLUND, NANETTE SAENZ, BARBARAFARLEY, JACKIE MERK HLASTAN, KATHRYN HUCKFELDT, RANDOLPH FREEMAN, MAXINE E.CROCKETT, CAMERON FARLEY, JUAN SAENZ, THOMAS SMITH, JENNIFER RENEE YORK, BOONCHOB PRUDHOME, STEPHANIE MCCULLEY, DREW EDWARDS, RHONDA KEMPER, DANIEL C. OLIVER, CECILIA ARIZOLA, JACOB MICHAEL ROBINSON, MICHELLE TAYLOR, T.M.(A MINOR), DEREK STEPHENS, BRUCE LUKOW, KATHY KUGLER, STEPHANIE HOOD, M.R.(A MINOR), TONYA FREEMAN, MICHELLE BENAVIDEZ, EDWARD KUHLMEIER, JUSTIN ADAMSON, NICHOLE LOHRIG, ANTHONY ALDERETE, NAWAL ALTAIE, WILLIAM WITTE, ANNE P. JOYNER, CLIFFORD VAUGHN, A.F.(A MINOR), LAUREN SHUMATE, TAWANNA TALBERT DARRING, DANIEL BENAVIDEZ, SKYLAR HAKE, MICHAEL LUKOW, CHARLEE BLAIR WEBB, HENRY J. BANDHOLD, SR, JEFFREY D. PRICE, MARC STEARNS, BRANDON ARNOLD, ADAM WOOD, CHRISTOPHER LEVI, I.W., NICHOLAS GENE KOULCHAR, WAYNE BROWN, C.S.(A MINOR), B.B., GREG KLECKER, GLENN DALE HICKS, SR, ROBERT FUNCHEON, NANCY UMBRELL, COLLEEN CZAPLICKI, JOAQINA SAENZ CHORENS, DANIELCARVILL, ALOYSIUS SANCHEZ, SR, AVA TOMSON, NATHANIEL FOLEY, DONNA JEAN HEATH,AUDELIA MORIN, KATRINA COE, G.H., PHILIP ALAN DERISE, MARLYNN GONZALES, JOSHUADENMAN, CORY SMITH, ANGELA M. LAIRD, MEGAN WOOD, L.W., MATTHEW CRAIG, JUDY ANN CRABTREE, ANDREW LUKOW, DARLENE SHELTON, WESLEY WILLIAMSON, LUKE MURPHY, RAYMOND NIGEL SPENCER, SR., DEADRA GARRIGUS, KATHRYN HEAD, DENISE VENNIX, K.A.C, LARRY DICENZO, JOYCE CRAIG, CESAR CONTRERAS, EMILY LEVI, JOEDI WOOD, JOSEPH LUKOW, CANA HICKMAN, ROBIN ROBERTS, SARAH DUDEK, S.S., SEAN ELLIOTT, GEORGIANNA STEPHENSSMITH, JORDAN M. LAIRD, CHRISTOPHER BOUTEN, PATRICK WARD, MELISSA DRESSLER, TATYANA FUENTES, TANJA KUHLMEIER, ERIC PHYE, GLORIA P REYNOSO, JOAN HENSCHEID, NICHOLAS MORRIS, STEVEN J. FRIEDRICH, G.L., MATTHEW MENKE, ROBERT KUGLER, TERREL CHARLES BARTLETT, CATHY ANDINO, ADAM MATTIS, PHYLLIS TAYLOR, J.M.H., AMBER HABSIEGER, ARIANA STARCEVICH, K.A., HEATH DAMON HOBSON, S.L.H., BRENT HINSON, TIMOTHY TIFFNER, E.R., KIMBERLEE AUSTINOLIVER, MARK HURST, LISA RAMACI, KELLY GILLIS, NORMA ALICIA CONTRERAS, M.B.S., J.L.(A MINOR), JOSEPH T. MILLER, JEREMY D. SMITH, DONALD MAYES, ALAN BURKS, MEGAN PEOPLE, JOHN RICHARD TULLY, II, BRETT FARLEY, CHRISTOPHER JOYNER, ANGELICA ANDRADE, MATTHEW GARRIGUS, STEVEN T. FISHER, JENNIFER ROOSE, CASSANDRA BAILEY, ERIC NEIBERGER, SHAREN JONAUS MARTIN, TRENT STEPHENS, LEE WOLFER, NICHOLAS PROWSE, THERESA DAVIS, KAIYA COLLADO, TABITHA MCCOY, JUSTIN WALDECK, JONI ARIEL REEVES LITTLE, TAMMY DORSEY, JODEE JOHNSON, ROBERTO ARIZOLA, SR, NATHAN ENGLISH, ALISON BURKS MCRUIZ, CYNTHIA DELGADO, ANDREW BRADLEY, KEDRICK DANTE MOODY, DON JASON STONE, DONNA LEWIS, ANDY POOL, JERRY L. MYERS, JEFFREY C. MANN, GEORGE ARSIAGA, JOHN STEARNS, BRIDGET JUNEAU, BREANNA LYNN GASPER, DONNA FARLEY, AUSTIN

WALLACE, BRIAN T. SHELTON, AFONSO BANDHOLD, MARY NEIBERGER, NANCY HECKER, KIRA SIKES, RICHARD TOMSON, MACKENZIE HAINES, CHRISTOPHER BOGART, LUZ MARIA EstradaPulido, JESSICA H. WILLIAMS, NICHOLAS BAUMHOER, SANDRA HANKINS, ESTEBAN MORIN, MICHAEL KOULCHAR, GINA TESNAR, LINDSAY YOUNG, REBECCA J. OLIVER, CHARLES B. GREGSTON, JAMES SMITH, JACKIE FARRARFinken, SABRINA GLAWSON, MICHAEL SCOTT DEWILDE, SHANNON SHUMATE, JOHN D HECKER, LILLIAN HURST, DAVID WAYNE HARTLEY, RYAN WILSON, LOLA JEAN MODJESKA, BEVERLEY WOLFER, DENICE YORK, FABERSHA FLYNT LEWIS, KERI HAKE, PAMELA AdleWatts, ROBI ANN GALINDO, BRANDIE STANTON, KURTISS LAMB, BRYAN S. SHELTON, M.R.M, JOHNNY JAVIER MILES, JR, JACQUELINE A. SMITH, MELISSA BENSON, MARK MUNNS, CARL K. GREER, CARRIE THOMPSON, TOM B. LEE, RICHARD FRASER, JOANNE SUE HASSLER, ANDREW LUCAS, HUNTER L. LAIRD, JONATHAN CONTRERAS, SR, MARIA ALVAREZ, ALEXANDER ZAYAS, NANNETTE BryneHaupt, CONNIE HADDOCK, JENNIFER LINK, DOVE DEANNA ADAMS, CHARLOTTE FREEMAN, HOLLY BURSON, CHRISTOPHER WATTS, NATALIA WHITE, ZACHARY HAKE, T.S. (A MINOR), SEAN HARRINGTON, TAMARA RUNZEL, SHYANNE SmithLizotte, K.B., SUZZETTEE LAWSON, CEDRIC HUNT, E.C.R., GLADYS E. REYES CENTENO, LAVONNA HARPER, DAWN HAINES, ROBERT NEIBERGER, JENNIFER MORMAN, HARRY RILEY BOCK, CARLOS CONTRERAS, DEVON WALLACE, TIFFANY M. LITTLE, MARY JANE VANDEGRIFT(INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF MATTHEW R. VANDEGRIFT), SAMANTHA DUNFORD, CHRISTINA MELENDEZ, CALVIN CANINE, LES KUGLICIS, WAYNE NEWBY, REBECCA BARATTIERI, KYLA OSTENSON, FRANCES CATHERINE CASTRO, JUDY HOFFMAN, BRENDA LITTLE, PAULA MENKE, CONNIE MOODY, DEBRA WIGBELS, JEAN DAMMANN, DONNA ENGEMAN, STEPHANIE KIDDER, SYLVIA JOHNSON SPENCER, DEBORAH SMITH, DEBRA CookRussell, MICHAEL HABSIEGER, H. JOSEPH BANDHOLD, I.F., MEGAN MAUK, ESTAVAN MORIN, SR, J.T.B., RAYANNE HUNTER, DANIEL BENAVIDEZ, JR, HERNAN CONTRERAS, TAYLOR EASTLUND, CHRISTINA SMITH, MICHEAL PAUL ALLEN SHELSWELL, J.M., JUDY COLLADO, DIXIE FLAGG, CHASTITY DAWN LAFLIN, ASHLEY VACHO LESLIE, RICKY JONAUS, M.R.M., TANYA EVRARD, COLIN HAINES, LUCAS WILLIAM ROBINSON, JOHN RICHARD TULLY, MARK UMBRELL, P.A., JEAN PRUITT, VERONICA PENA ANDRADE, RICHARD LEE, CAROL BENSON, ROBERTO AARON ARIZOLA, TIMOTHY NEWMAN, COLIN ROBERTS, ROBERTO ANDRADE, SR., SVEN EASTLUND, SABRINA CHAPMAN, SHANE IRWIN, SCOTT LILLEY, CRYSTAL TUTWILER, SUHEIL CAMPBELL, DOUGLAS KRUGER, DAVID FINKEN, MARIANA BANDHOLD, PETRA SPIALEK, VELINA SANCHEZ, DANIEL THOMAS, SR, PATRICIA MONTGOMERY, JAMES VAUGHN, A.L.R., K.K, DAVID C. IVERSON, KAYTRINA JACKSON, L.R., N.C.E., T.C., DIANNE O'NEILL, WILLIAM PARKER, ETHAN FRITZ, EDNA LUZ BURGOS, WILLIAM FARRAR,SR.., BRANDEAUX CAMPBELL, CHRISTINA SHERIDAN, JERRY A. PALINSKY, SR, STEVE WADLEIGH, KATHLEEN HOKE, MICHELLE WEST, TIFANY THOMPSON, JESSECA LYN TSOSIE, KEVIN GRAVES, JUDAS RECENDEZ, CORENA MARTIN, DANIEL FRITZ, MIRANDA PRUITT, JAMES KINSEY, KEMELY PICKETT, JARRETT WARD, D.A.S., MARY CARVILL, JEFFREY ANDERSON, VICTOR RAY WISE II, BILLY DOAL WELLS, NICOLE BARATTIERI, NICHOLE GARRIGUS, VICTORIA LANDECK, DONNA KUGLICS, CHRISTOPHER SONGER, JESSALYN HOLT, VALENCIA COOK, LING P. LEE, ROSEMARIE ALFONSO, DANIEL

DRESSLER, LARK ADAMS, RICHARD E. HASSLER, ERIK ROBERTS, PATRICIA WHEATLEY, A.M.H., MARGARITA ARISTIZABAL, THERESA HART, MARY JANE VANDEGRIFT(INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF JOHN VANDEGRIFT), DANIEL MENKE, JOSEPH L. GREER, SHELLEY ANN CASEY, CHRISTOPHER MILLER, RENE POOL, JARED S. STEVENS, KENNY LEE, A.Z.C., MELINDA FLICK, JOHN GIBSON, OLGA LYDIA GUTIERREZ, FRED FRIGO, NICOLE A. KAPLAN, REBECCA L. SAMTENFINCH, TAMMY VANDERWAAL, TYLER NORAGER, BRITNEY E. CARTER, DAVID JAMES HICKS, SHANNON MILLICAN, R.A., CARLLIE PAUL, THEODORE LESTER, LORI ANN MCCOY, K.L., BOBBIE D. MARIANO, C.L.(A MINOR), ANASTASIA FULLER, RICHARD FINKEN, JOSHUA SCHICHTL, KIERRA GLAWSON, FAITH RENEESTONEKING, PATRICIA REYNOSO, BRIANNA RENEE NAVEJAS, POLOKA AIETI, DONIELLE EDWARDS, SHELBY WEST, VICTORIA M. FOLEY, RUSSEL HICKS, JR., ELVA ESPINOZA, CHAD FARR, CRISTA MUNNS, DAVID ARNOLD, ANTHONY HUDSON, JOSEPH HELTON, SR., JOHN D. LAMIE, GEORGE D. WHITE, C.F., BASHAR ALTAIE, MATTHEW LILLEY, VIVIAN PICKETT, BILLY JOHNSON, CARA ROBERTS, C.B., CHRIS FARLEY, JESSICA HUBBARD, RANDALL GEIGER, ROBERT CANINE, JOHN SACKETT, J.T., LEASA DOLLAR, JOHN MCCULLEY, CANDICE MACHELLA, MATTHEW LAMMERS, WILLIAM RONALD LITTLE, CASSIE COLLINS, CHRISTOPHER COTE, NICOLE LANDON, JOSHUA P. STEIN, CARRIE SUE STONEKING, URSULA ANN JOSHUA, MATTHEW BENSON, JAMES CANINE, CHRISTINA BIEDERMAN, MARIO STANTON, VERONICA DENISSE ANDRADE, BILLY WALLACE, DIANA THOMAS, MONICA ARIZOLA, DAKOTA SMITHLIZOTTE, LEAANN WADLEIGH, LESLIE K. REEVESHARDCASTLE, A.S.E., TONY GONZALEZ, JENNIFER LYNN HUNT, SLADE VICTOR TULLY, DOUGLAS VEVERKA, THOMAS KUHLMEIER, JOHN VACHO, KIMBERLY VESEY, ELIZABETH CHISM, AVA LANETTE BRADLEY, HILARY WESTERBERG, M.C., DEBORAH BEAVERS, MAX W. HURST, TANYA SUZZETTE DRESSLER, JAMIE BARNES, PEGGY CARVILLLIGUORI, JEFFREY ADAMSON, SAMANTHA BALSLEY, ELIZABETH JO EASTLUND, ANGEL MAYES, ALOYSIUS SANCHEZ, JR, JUDITH TIFFNER, T.R., HOPE ELIZABETH VEVERKA, A.S., ARIFAH HARDY, JUSTIN EVANS, GILBERT ARSIAGA, JR, SELICIA FIELD, A.B.(A MINOR), FRANK LILLEY, JEANNINE VAUGHN, NOEL CONTRERAS, ADINA PALINSKY, BRIAN MONTGOMERY, EMANUELA FLOREXIL, STEPHEN FINKEN, RUSSELL J. FALTER, CASEY REUBEN, M.A.H., STEVEN GREENWOOD, SEOP KIM, PAUL MITCHELL MILLICAN, JAMES TALBERT, GEORGE J. WHITE, ANITA BAKER, KARALEEN HERB, PAM MARION, KELLI D. HAKE, BRIAN G. TAYLOR, MATTHEW ARSIAGA, DONALD C. BANDHOLD, JEANNE RHEA MCMANUS, DANIEL PRICE, MARK FINKEN, K.M., VICKIE MICHAY WHITE, REBEKAH SCOTT, ERIC BILLITER, MICHAEL J. MILLER, RICHELLE HECKER, STEVEN KIRBY, MARLEN PICKETT, SHAYLYN C. REECE, GLORIA L. MAGANA, ROMMEL ROCHA, T.H., MARILYN LOUISE TULLY, TAMARA HASSLER, DAVID DIXON, BRITTANI HOBSON, HELEN FRASER, JOHN DAVID HEATH, JOHN KUHLMEIER, P.H., KIMBERLY SONGER, MATTHEW FIESER, BRIAN COKE, DEREK ALLEN HOLLCROFT, ADAM MAGERS, JOYCE BROOKS, MARICEL MURRAY, SEBASTIAN NIUMAN, SAMANTHA TUCKER, JOSHUA P.G. WOLD, ANDREW TOMSON, JACOB BAUER, JOHNNY JAVIER MILES, SR, CLAIRE JONAUS, DANNYEL CONTRERAS, STEPHANIE C. SANDER, ROBERT WHITE, CHRISTOPHER D. GREER, DANNY CHISM, MICHAEL DEAN MOODY, ROBERT VACCARO, SHALEE NORAGER, MICHAEL LUCAS, ARDELL THOMSEN, TIMOTHY W. ELLEDGE, ARNE EASTLUND, DAVID W.

HAINES, MELBA ANNE F. HARRIS, JESSE P. STEIN, RALPH THOMSEN, MICHAEL WEATHERLY, SUSAN MARIA DOSKOCIL HICKS, VERONICA LOPEZ REYES, AUNDRA CRAIG, SANDRA SOLIDAY, ANDREW MOORES, L.R.W., RONALD SLOAN, KATHLEEN SNYDER, HATHAL K. TAIE, SHEILA TRACY, ROBERT F. MARIANO, JUDY HUENINK, MICHAEL SMITH, DENNIS DUNN, CYNTHIA CONNER, IMO AIETI, CONSTANCE BRIAN, JOHN O'NEILL, DAVID KAPLAN, ELENA SHAW, G.B.(A MINOR), ANGELA ALVAREZ, AMI NEIBERGER, JOLENE LILLEY, JENNIE L. MORIN, JONATHAN CRAIG, ANDRE BROWN, JAMES DRESSLER, KATHY ADAMSON, RHETT MURPHY, MICHAEL R. MILLS, CAROL POLLEY, CYNTHIA THORNSBERRY, ALAN FINKEN, CELESTE YANTIS, KRISTIN WHITE, JASON ROBINSON, JODI MICHELLE HOBSON, SCOTT HOOD, SHAULA SHAFFER, DANIEL J. EVANS, C.W., MARION CRIMENS, GABRIELA D. PUERTAS VERGARADONOSO, DONALD TRACY, DONALD FIELD, CHRISTOPHER GOLEMBE, ANGELICA FIELD, LANI D. BOGART, FRANK L. CONVERSE, RUSSELL C. FALTER, MARVISE L. CROCKETT, JEAN MARIANO, SENOVIA FIELD, JESSICA CABOT, LORENZO SANDOVAL, JR, EUGENE DELOZIER, SHARON JOHNSTON, STACY PATE, SHILYN JACKSON, VICTORIA HECKER, MARIO BOWEN, SETH TIFFNER, JOHN P. SKLANEY, III, JOELLA PRATT, PRESTON SHANE REECE, JEREMY BAUER, DAVID G. CARDINAL, JR, JEREMY CHURCH, LAUREL BARATTIERI, EDDIE JO PALINSKY, CHEYENNE FLAGG, JOEL PALINSKY, S.J.S., BRENDA CHAND, SAMANTHA TOMSON, MICHELLE KIM, JERRY A. PALINSKY, II, LATASHA MARBLE, PHILLIP SANCHEZ, LUIS GARZA, CHRISTOPHER MICHAEL MELENDEZ, JOHN DANA GREER, PADRAIC J. NEWMAN, ALICIA PEARSON, LINDA GIBSON, CHRISTOPHER ADAMSON, ELIZABETH MASTERSON, GREGORY BAUER, M.N., KATHY CRABTREE, J.R., EVAN D. BOGART, MAXIMILLIAN SHROYER, CHASITY WELLSGEORGE, MICHELLE KLEMENSBERG, JOHNNY WASHBURN, G.F., ISABELL VINCENT, MICHAELMURPHYSWEET, MARGARITO A. MARTINEZ, JR, STEFANIE WALLACE, NATHAN NEWBY, VANESSA CHISM, ZORAIMA LOPEZ, SUSAN ARNOLD, EMILIE FINKEN, VICKIE MCHONE, JOSHUA TIFFNER, MATTHEW HUCKFELDT, JAYDEAN HAMILTON, MARIAH SIMONEAUX, SHARON M. PUGH, DONNIE MARION, JAMES CRAIG ROBERTS, AMBER HENSLEY, AMENIA JONAUS, MELISSA DOHENY, SHELLEY ANN SMITH, NOEL S. FARLEY, TAMMY KINNEY, GLORIA NESBITT, KIMBERLY MILLER, SEAN SLAVEN, ERIC BRANDON STONEKING, JULIE CHISM, DWIGHT MARTIN, KATHY CRANE, RONALD VEVERKA, TRAVIS GIBSON, NOALA FRITZ, MATTHEW L. MERGELE, LAWRENCE KRUGER, SHARON Y. DUNN SMITH, JOSE REYNOSO, BRADLEY STARCEVICH, DANIEL P. BENSON, KEITH VEVERKA, PATRICIA SMITH, E.W., SHIRLEY STEARNS, ADAM G. STOUT, ARMANDO FUENTES, RONALD WAYNE CRABTREE, SANDRA VALENCIA, KAREN FUNCHEON, ISMAEL MARTIR, E.K., BRYANT BEARFIELD, WILLIAM J. LEE, MARVIN THORNSBERRY, ANN CHRISTOPHER, CHRISTOPHER DAVID, TAUSOLO AIETI, BENJAMIN DANIEL CARRINGTON, NANCY COTE, JANET JONES, MERLESE PICKETT, NICOLE IRWIN, AMANDA VACHO, RICHARD CASEY, PERRY WHITE, SHARON DEBRABANDER, ADRIAN SANDOVAL, JAMI LIN WILSON, HYUNJUNG GLAWSON, LINDA FALTER, KARAR ALABSAWI, JASON SACKETT, ROADY LANDTISER, JEREMY BLOHM, PETER FINKEN, TERRANCE PETERSON, III, ANGELINE JACKSON, ERIC LEVI, FRANCES ROBINSON, RYAN SABINISH, SHELBY WHITE, ASHLEY GUDRIDGE HOUPPERT, JOSHUA BROOKS, MICHAEL COOK, NICHOLE SWEENEY, SARAH CROSBY, JAMES SHEPARD, STEPHANIE JUNEAU, ROBERT W. KUHLMEIER, GARY LAMMERS, LINDA JONES, SHAWN BARTLETT, TEMIKA SWINTON, JOHN

Daggett, Lynn Forehand, Janet L. Rios, Mark E. Thomsen, Lauren Niquette, Joel Hernandez, Victoria Hernandez, Athena Hall, Matthew C. Beatty, Andrew Charles Major, H.K., Kiersten Hall, Jerrin Matthew Ogden, Ronald Alldridge, Brooke Kenney, K.R.G., Todd Alldridge, Rene Gutel, Abigail Hall, Joann Alldridge, Andrew James Raymond, Kandi Danielle Whiteside, Thomas Niquette, A.M.M., Ana M. Gomez, Randall Klingensmith, Sharon Smithey Whiteside, Kaitlyn Adams, Angela M. Garcia, Ryan Bowman, Michael Pasco, Andrew Hall, Daniel Kenney, Christopher Whiteside, Sean M. Niquette, Christopher Satterfield, Grant H. Von Letkemann, II, Ashley Meikel Major, Brian Clark Alldridge, Sheryl Ann Chen, Tara Hutchinson, Randi Jean Martz, J.K., K.M.G., M.J.H., Stephen W. Evans, Jackson Wiley Whiteside, Tyler Nicholas Ogden, M.T.W., Richard Hedgecock, II, Matthew Whiteside, Mackenzie G. Hall, Dianna Alldridge, Mary Niquette, Mark A. Hall, Gary Douglas Fishbeck, Toni Attanasio,

*Plaintiffs-Appellees,*

—against—

Dr. Muhammad Baasiri,

*Movant-Appellant,*

Jammal Trust Bank SAL,

*Defendant-Appellant.*

# TABLE OF CONTENTS

PAGE

EDNY Docket Entries Docket No.19-cv-00007 ......................... A-1

Amended Complaint, filed August 2, 2019 ........................... A-45

    Attachment A to Amended Complaint—
    Proposed Summons to Fenicia Bank ........................... A-867

    Exhibit 1 to Amended Complaint—
    Sale and Purchase Agreement between Lebanese Canadian
    Bank S.A.L. and Societe Generale De Banque Au Liban S.A.L.,
    dated June 22, 2011............................................ A-868

    Exhibit 2 to Amended Complaint—
    English and Arabic copies of ISRO's Donation Program Form .... A-872

Exhibit A to Response in Opposition to the Motion to Dismiss—
    U.S. Department of the Treasury Press Release – "Treasury
    Labels Bank Providing Financial Services to Hizballah as
    Specially Designated Global Terrorist", dated August 29, 2019 ... A-879

Pre-Motion Conference Letter to Hon. Carol B. Amon from Jammal
    Trust Bank S.A.L., dated September 1, 2020 ..................... A-887

Letter to Hon. Carol B. Amon from Gary M. Osen in Response
    to the September 1, 2020 Letter by Jammal Trust Bank S.A.L.,
    dated September 8, 2020 ....................................... A-889

August 31, 2020 Court Hearing Transcript before
    Hon. Carol B. Amon ........................................... A-891

October 26, 2020 Court Hearing Transcript before
    Hon. Carol B. Amon ........................................... A-947

Declaration of Dr. Muhammad Baasiri, filed December 30, 2020 ...... A-957

PAGE

Exhibit A to Declaration of Muhammad Baasiri—
Law 110 issued on July 11, 1991 – Reform of the Banking Sector . A-964

Exhibit B to Declaration of Muhammad Baasiri—
Central Bank of Lebanon's Notification,
dated September 27, 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-989

Second Declaration of Dr. Muhammad Baasiri,
filed December 30, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-993

Appendix to Second Declaration of Muhammad Baasiri—
Law of 1 Aug. 1963, Code of Money and Credit, (Leb.) . . . . . . . . . . . A-994

Declaration of David B. Rivkin, Jr., filed December 30, 2020 . . . . . . . . A-1129

Declaration of Patrick Duprey, filed December 30, 2020 . . . . . . . . . . . . . A-1130

Exhibit 1 to Declaration of Patrick Duprey—
Article titled "Lebanon Picks New Premier in Bid to Break
Political Deadlock," published on The Wall Street Journal's
website on December 19, 2019 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1133

Exhibit 2 to Declaration of Patrick Duprey —
Article titled "Lebanon's Government Resigns After Protests,
Deadly Beirut Explosion," published on The Wall Street
Journal's website on August 10, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . A-1138

Exhibit 3 to Declaration of Patrick Duprey—
Article titled "NY-based Company Pulls out of Lebanon Bank's
Forensic Audit," published by the Associated Press on
November 20, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1146

Exhibit 4 to Declaration of Patrick Duprey—
Article titled "Lebanon's Central Bank Fuels Corruption,
Extremism Concerns," published on The Wall Street Journal's
website on November 30, 2020 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . A-1152

iii

PAGE

Exhibit 5 to Declaration of Patrick Duprey —
Article titled "Behind the Beirut Explosion: Seven Years of
Official Neglect," published on The Wall Street Journal's
website on August 7, 2020 ..................................... A-1160

Exhibit 6 to Declaration of Patrick Duprey—
Capital Market Development Technical Note,
dated December 2013 ......................................... A-1173

Exhibit 7 to Declaration of Patrick Duprey—
Article titled "Lebanese Judge Orders 'Protective Freeze' on
Assets of C. Bank Governor," published by Reuters
on July 20, 2020............................................... A-1177

Exhibit 8 to Declaration of Patrick Duprey —
Article titled "Lebanese Central Bank Governor Inflated Assets
as Liabilities Grew – Audit," published by Reuters on
July 23, 2020................................................. A-1188

Exhibit 9 to Declaration of Patrick Duprey —
News Investigation "Lebanon's Offshore Governor" by
Organized Crime and Corruption Reporting Project ("OCCRP"),
published on their website on August 11, 2020 .................. A-1200

Second Amended Complaint Excerpts, filed on December 31, 2020 ... A-1220

January 26, 2021 Court Hearing Transcript before
Hon. Carol B. Amon ......................................... A-1228

Memorandum and Order of the Hon. Carol B. Amon,
dated August 6, 2021 ........................................ A-1272

Notice of Interlocutory Appeal, filed August 19, 2021 ............... A-1296

3233.   Joshua Starkey has been diagnosed with PTSD. He has sought counseling and has been prescribed medication to address related issues.

3234.   As a result of the attack, and the injuries he suffered, Plaintiff Joshua Starkey has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3235.   Plaintiff Joshua Starkey was discharged from the U.S. military on January 1, 2019.

**81.     THE DECEMBER 4, 2006 ATTACK – BAGHDAD**

**The Hinson Family**

3236.   Plaintiff Brent Hinson is a citizen of the United States and domiciled in the State of Florida.

3237.   On December 4, 2006, Brent Hinson, then 19, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3238.   The weapon used to injure Brent Hinson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3239.   As a result of the attack, Brent Hinson suffered shrapnel injuries and was unable to walk for two weeks following the attack. He also required physical therapy.

3240.   As a result of the attack, and the injuries he suffered, Plaintiff Brent Hinson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3241.   Plaintiff William Hinson is a citizen of the United States and domiciled in the State of Florida. He is the father of Brent Hinson.

3242.   Plaintiff Fran Hinson is a citizen of the United States and domiciled in the State of Florida. She is the mother of Brent Hinson.

3243.   Plaintiff Hilary Westerberg is a citizen of the United States and domiciled in the State of New Hampshire. She is the sister of Brent Hinson.

3244.   As a result of the attack, and the injuries suffered by Brent Hinson, Plaintiffs William Hinson, Fran Hinson and Hilary Westerberg have experienced severe mental anguish, and extreme emotional pain and suffering.

## 82.   THE DECEMBER 10, 2006 ATTACK – BAGHDAD

**The Gibson Family**

3245.   Brennan C. Gibson was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

3246.   On December 10, 2006, Brennan C. Gibson aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3247.   Brennan C. Gibson was killed in the attack.

3248.   The weapon used to kill Brennan C. Gibson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3249.   Plaintiff Linda Gibson is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Brennan C. Gibson.

3250.   Plaintiff John Gibson is a citizen of the United States and domiciled in the State of Oregon. He is the stepfather of Brennan C. Gibson.

3251.   Plaintiff Stephanie Gibson Webster is a citizen of the United States and domiciled in the State of Oregon. She is the stepsister of Brennan C. Gibson.

3252.   Plaintiff Sean Elliott is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Brennan C. Gibson.

3253.   Plaintiff Travis Gibson is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Brennan C. Gibson.

3254.   As a result of the attack, and the death of Brennan C. Gibson, Plaintiffs Linda Gibson, John Gibson, Stephanie Gibson Webster, Sean Elliott and Travis Gibson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 83.   THE DECEMBER 20, 2006 ATTACK – BAGHDAD

**The Little Family**

3255.   Plaintiff William Ronald Little is a citizen of the United States and domiciled in the State of Florida.

3256.   On December 20, 2006, William Ronald Little, then 43, a former soldier in the U.S. military, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3257.   Mr. Little was injured in the attack.

3258.   The weapon used to injure Mr. Little was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3259.   As a result of the attack, Mr. Little sustained shrapnel to his right eye socket necessitating the placement of a metal plate under his right eye. Shrapnel also impacted the right side of his face and his arm.

3260.   He lost a portion of muscle tissue in his back and shoulder area, and part of his right triceps muscle was detached. He no longer has full range of motion in his right arm.

# A-604

3261.   He sustained nerve damage to his right cheek, sinus area, and his upper lip. He has undergone rhinoplasty and other procedures to address the injuries to these areas.

3262.   As a result of the attack, and the injuries he suffered, Plaintiff William Ronald Little has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3263.   Plaintiff Brenda Little is a citizen of the United States and domiciled in the State of Florida. She is the wife of William Ronald Little.

3264.   Plaintiff Kira Sikes is a citizen of the United States and domiciled in the State of Florida. She is the daughter of William Ronald Little and Brenda Little.

3265.   Plaintiff William Ronald Little, Jr. is a citizen of the United States and domiciled in the State of Florida. He is the son of William Ronald Little and Brenda Little.

3266.   Brenda Little brings an action individually and on behalf of William Ronald Little, Jr. as his power of attorney.

3267.   As a result of the attack, and the injuries William Ronald Little has suffered, Plaintiffs Brenda Little, Kira Sikes and William Ronald Little, Jr. have experienced severe mental anguish, and extreme emotional pain and suffering.

**The Denman Family**

3268.   Plaintiff Joshua Denman is a citizen of the United States and domiciled in the State of Florida.

3269.   On December 20, 2008, Joshua Denman, then 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3270.   Joshua Denman was injured in the attack.

3271.   The weapon used to injure Joshua Denman was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3272.   As a result of the attack, Plaintiff Joshua Denman sustained shrapnel in his right arm and right hand. He has undergone surgery and procedures to address the removal of shrapnel and scar tissue.

3273.   As a result of the attack, and the injuries he suffered, Plaintiff Joshua Denman has experienced physical and mental anguish and extreme emotional pain and suffering.

3274.   Plaintiff Joshua Denman was discharged from the U.S. military on January 1, 2019.

**84.**   **THE DECEMBER 22, 2006 ATTACK – BAGHDAD**

**The Nantz Family**

3275.   Plaintiff Randolph Delbert Nantz is a citizen of the United States and domiciled in the State of Texas.

3276.   On December 22, 2006, Randolph Delbert Nantz, then 38, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3277.   The weapon used to injure Randolph Delbert Nantz was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3278.   As a result of the blast, Randolph Delbert Nantz suffered serious injuries, including nerve damage, burns on 23% of his body, and the amputation of his left leg below the knee.

3279.   As a result of the attack, and the injuries he suffered, Plaintiff Randolph Delbert Nantz has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3280.   Plaintiff Joshua Ryan Nantz is a citizen of the United States and domiciled in the State of Texas. He is the son of Randolph Delbert Nantz.

3281.   As a result of the attack, and the injuries suffered by Randolph Delbert Nantz, Plaintiff Joshua Ryan Nantz has experienced severe mental anguish, and extreme emotional pain and suffering.

3282.   Plaintiff Randolph Nantz was discharged from the U.S. military on November 4, 2012.

## 85.   **THE DECEMBER 27, 2006 ATTACK – BAGHDAD**

**The McCormick Family**

3283.   Clinton McCormick was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

3284.   On December 27, 2006, Clinton McCormick, aged 20, was serving in the United States military in Iraq when an IED emplaced by JAM Special Groups detonated near his vehicle.

3285.   Clinton McCormick was killed in the attack.

3286.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3287.   Plaintiff Lori Ann McCormick is a citizen of the United States and domiciled in the State of Florida. She is the mother of Clinton McCormick.

3288.   Plaintiff Lori Ann McCormick brings an action individually and on behalf of the Estate of Clinton McCormick, as its legal representative.

3289.   As a result of the attack, and the death of Clinton McCormick, Lori Ann McCormick has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**86.   THE DECEMBER 30, 2006 ATTACK – BAGHDAD**

**The Sullivan Family**

3290.   John M. Sullivan was a citizen of the United States and domiciled in the State of Tennessee when he was killed in Iraq.

3291.   On December 30, 2006, John M. Sullivan, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3292.   John M. Sullivan was killed in the attack.

3293.   The weapon used to kill John M. Sullivan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3294.   Plaintiff Deborah Beavers is a citizen of the United States and domiciled in the State of Tennessee. She is the mother of John M. Sullivan.

3295.   As a result of the attack, and the death of John M. Sullivan, Plaintiff Deborah Beavers has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**87.   THE DECEMBER 31, 2006 ATTACK – BAGHDAD**

**The Blohm Family**

3296.   Alan R. Blohm was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

3297.   On December 31, 2006, Alan R. Blohm, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3298.   Alan R. Blohm was killed in the attack.

3299.   The weapon used to kill Alan R. Blohm was a Hezbollah-designed and Iranian-

manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3300.   Plaintiff Denise Vennix is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Alan R. Blohm.

3301.   Plaintiff Denise Vennix brings an action individually and on behalf of the Estate of Alan R. Blohm, as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

3302.   Chris Blohm was a citizen of the United States at the time of the death of Alan R. Blohm. He was the father of Alan R. Blohm. He died on May 4, 2017.

3303.   Plaintiff Jeremy Blohm is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Alan R. Blohm.

3304.   Plaintiff Jeremy Blohm brings an action individually and on behalf of the Estate of Chris Blohm, as its legal representative.

3305.   Plaintiff Kiana Blohm is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Alan R. Blohm.

3306.   As a result of the attack, and the death of Alan R. Blohm, the late Chris Blohm experienced, and Plaintiffs Denise Vennix, Jeremy Blohm and Kiana Blohm have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 88.   THE DECEMBER 31, 2006 ATTACK – BAQUBAH

**The Smith Family**

3307.   Richard Smith was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

3308.   On December 31, 2006, Richard Smith, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3309.   Richard Smith was killed in the attack.

3310.   The weapon used to kill Richard Smith was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3311.   Plaintiff James Smith is a citizen of the United States and domiciled in the State of Texas. He is the father of Richard Smith.

3312.   Plaintiff Megan Mauk is a citizen of the United States and domiciled in the State of Texas. She is the sister of Richard Smith.

3313.   As a result of the attack, and the death of Richard Smith, Plaintiffs James Smith and Megan Mauk have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 89.   THE JANUARY 14, 2007 ATTACK – BAGHDAD

**The Vaccaro Family**

3314.   Plaintiff Robert Vaccaro is a citizen of the United States and domiciled in the State of Rhode Island.

3315.   On January 14, 2007, Robert Vaccaro, then 23, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

3316.   The weapon used to injure Robert Vaccaro was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3317.   Mr. Vaccaro was in a coma for three weeks following the attack and endured several surgeries.

3318.   As a result of the attack, Mr. Vaccaro was diagnosed with a TBI, which caused him to suffer from seizures.

3319.   Mr. Vaccaro has had speech therapy, occupational therapy, and physical therapy to treat his injuries.

3320.   He has also been diagnosed with PTSD.

3321.   Mr. Vaccaro has been prescribed medication to treat his injuries.

3322.   As a result of the attack, and the injuries he suffered, Plaintiff Robert Vaccaro has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 90.   **THE JANUARY 18, 2007 ATTACK – BAGHDAD**

**The Rechenmacher Family**

3323.   William Joshua Rechenmacher was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

3324.   On January 18, 2007, William Joshua Rechenmacher, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3325.   William Joshua Rechenmacher was killed in the attack.

3326.   The weapon used to kill William Joshua Rechenmacher was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3327.   Plaintiff Joanne Gutcher is a citizen of the United States and domiciled in the State of Florida. She is the mother of William Joshua Rechenmacher.

3328.   As a result of the attack, and the death of William Joshua Rechenmacher, Plaintiff

Joanne Gutcher has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**91.**     **THE JANUARY 20, 2007 ATTACK – KARBALA**

3329.   In the early evening of January 20, 2007, Iran launched a coordinated terrorist attack against the Provincial Joint Coordination Center ("PJCC") in Karbala, about thirty miles south of Baghdad.

3330.   The attack on the PJCC was largely planned by Hezbollah, under the direction of Ali Mussa Daqduq, and carried out by Hezbollah agents and AAH operatives led by Qais al-Khazali.

3331.   Just after nightfall, a five-car convoy of black GMC Suburban sport-utility vehicles ("SUVs") – the type frequently used by the U.S. government in Iraq – made its way through three checkpoints on the access road approaching the PJCC.

3332.   The vehicles contained at least a dozen AAH operatives dressed in U.S. military-style fatigues, carrying American-type weapons.

3333.   After they entered the PJCC compound, the five vehicles split up, with some parking in front, and others waiting at the Iraqi Police checkpoints along the southern approach to the PJCC compound.

3334.   After exiting their vehicles, the AAH terrorists greeted in fluent English the two U.S. soldiers guarding the PJCC's western entrance before launching a surprise attack.

3335.   The AAH operatives shot and wounded the two U.S. soldiers outside the PJCC's main building and opened fire on the PJCC compound with automatic rifles, while two small teams quickly moved inside the main building and assaulted the Communications Room with small arms fire.

3336.   One U.S. soldier, Johnathon M. Millican, fell on a grenade that was thrown into the Communications Room, while other soldiers prevented the attackers from overrunning their position.

3337.   Although Mr. Millican was killed, and several other U.S. soldiers injured, his selfless act provided his fellow soldiers in the PJCC's main building a few extra moments to recover and begin returning fire.

3338.   For his act of bravery, Johnathon M. Millican was posthumously awarded the Silver Star medal by the U.S. Army.

3339.   At the same time that AAH terrorists were attacking the PJCC's main building, other AAH operatives conducted a coordinated attack on the compound's barracks and back gate, before abducting four U.S. soldiers (the two wounded soldiers and two officers from inside the main building) and fleeing the compound.

3340.   Five of the AAH getaway vehicles drove east, crossing the Euphrates River and then turned north. Three others departed in the opposite direction to confuse any pursuing forces.

3341.   After over an hour of travel on the main roads, the five SUVs were stopped at a checkpoint in Mahawil, after U.S. forces put out a radio alert regarding the abducted soldiers.

3342.   The AAH terrorists then abandoned the main road for back roads, and the Iraqi Police and Iraqi Army forces at the Mahawil checkpoint gave chase.

3343.   Realizing the likelihood of escaping with their captives was low, and darkness making back road navigation all but impossible, the AAH operatives murdered the four Americans they had just kidnapped and abandoned their bodies and the vehicles near the town of Mahawil. Three of the four Americans died at the scene.

3344.   Only one of the four abducted U.S. soldiers, Brian S. Freeman, was still alive when

534

# A-613

rescuers reached the scene. Two of the soldiers were found in the back of one of the SUVs, handcuffed together and shot dead. A third soldier was found dead on the ground, near the abandoned vehicles. Mr. Freeman had also been shot in the head and died on the way to the hospital.

3345.   The terrorist group that planned and executed the PJCC attack, AAH, was trained and armed by Iran's IRGC with Hezbollah's assistance.

3346.   On March 20, 2007, two months after the attack was perpetrated, Hezbollah operative Ali Mussa Daqduq and AAH leader Qais al-Khazali and his brother Laith al-Khazali were captured by Coalition Forces in southern Iraq.

3347.   The United States government charged them with responsibility for the Karbala PJCC attack.

3348.   Documents captured with Qais al-Khazali showed that the IRGC-QF had gathered detailed information on "soldiers' activities, shift changes and defenses" at the PJCC "and this information was shared with the attackers."

3349.   A 22-page memorandum found with Daqduq "detailed the planning, preparation, approval process and conduct of the [Karbala] operation," among others. Other documents discussed tactics to attack Iraqi and Coalition Forces.

3350.   Daqduq also had a personal journal that noted his having met with Special Groups members who were targeting other Iraqis and Coalition Forces in the Diyala province using IEDs, as well as small-arms fire.

3351.   According to U.S. military officials, both Daqduq and Qais al-Khazali admitted that senior leadership within the IRGC-QF knew of and helped plan the Karbala attack.

3352.   It was later reported that U.S. spy satellites spotted a full-scale mockup of the

Karbala PJCC at the IRGC-QF Farj Garrison in the city of Ahwaz, Iran.

3353.   Analysis of the satellite imagery indicated that the IRGC had duplicated the PJCC's layout to specifically train the AAH operatives for the attack.

3354.   The terror attack on the PJCC was commanded by Azhar al-Dulaymi. He was trained by Hezbollah operatives, including Daqduq, near the city of Qom, Iran, where he and his AAH operatives trained to execute military-style, precision kidnappings.

3355.   Although al-Dulaymi commanded the attack, Daqduq, a longtime Hezbollah commander, masterminded it, authorized it and directed its execution down to the minor details.

3356.   Daqduq advised AAH commanders al-Dulaymi and Qais al-Khazali and served as a liaison between the IRGC-QF and Qais al-Khazali, who along with Laith al-Khazali oversaw the attack.

3357.   The U.S. Department of the Treasury's November 19, 2012 press release announcing Daqduq's designation as an SDGT stated, in part:

> Daqduq is a senior Hezbollah commander responsible for numerous attacks against Coalition Forces in Iraq, including planning an attack on the Karbala Joint Provincial Coordination Center (JPCC) [sic] on January 20, 2007, which resulted in the deaths of five U.S. soldiers.

3358.   Daqduq is Lebanese-born and served in Hezbollah for twenty-four years prior to the attack on the Karbala PJCC.

3359.   Daqduq served as a bodyguard for Hezbollah leader Hassan Nasrallah and also led Hezbollah operations in large areas of Lebanon.

3360.   According to the U.S. government, Daqduq "was in Iraq working as a surrogate for Iranian Revolutionary Guards Corps Quds Force operatives involved with special groups."

3361.   In 2005, Daqduq was directed by senior Lebanese Hezbollah leadership to go to Iran and work with the IRGC-QF to train Iran's proxies in Iraq.

3362.   According to the U.S. government: "In May 2006, [Daqduq] traveled to Tehran with Yussef Hashim, a fellow Lebanese Hezbollah and head of their operations in Iraq. There they met with the commander and deputy commander of the Iranian Quds Force special external operations."

3363.   Daqduq was ordered to go to Iraq to report on the training and operations of the Iraqi Special Groups.

3364.   In the year prior to his capture in 2007, Daqduq made four trips to Iraq, where he monitored and reported on the training and arming of the Special Groups in mortars and rockets, manufacturing and employment of IEDs, and kidnapping operations.

3365.   Most significantly, Daqduq was tasked with organizing the Special Groups in ways that mirrored the way Hezbollah was organized in Lebanon.

3366.   Daqduq also helped the IRGC train Iraqis at multiple sites in Iran.

3367.   Using training groups of approximately twenty to sixty Iraqis at a time, Daqduq instructed his trainees on how to use EFPs, mortars and rockets, as well as intelligence, sniper and kidnapping operations.

3368.   The IRGC then provided operational, intelligence and logistical support to insert the terrorist trainees back into various Iraqi cities where they rejoined their respective Special Groups.

3369.   The IRGC also supplied the Special Groups with weapons and a funding stream ranging from an estimated $750,000 to $3 million per month.

3370.   On April 26, 2007, the Commander of the Multi-National Force – Iraq, Gen. David Petraeus, gave a briefing in which he stated:

> The Iranian involvement has really become much clearer to us and brought
> into much more focus during the interrogation of the members -- the heads

of the Khazali network and some of the key members of that network that have been in detention now for a month or more. This is the head of the secret cell network, the extremist secret cells. They were provided substantial funding, training on Iranian soil, advanced explosive munitions and technologies as well as run of the mill arms and ammunition, in some cases advice and in some cases even a degree of direction. When we captured these individuals -- the initial capture, and then there have been a number of others since then -- we discovered, for example, a 22-page memorandum on a computer that detailed the planning, preparation, approval process and conduct of the operation that resulted in five of our soldiers being killed in Karbala. It also detailed -- there are numerous documents which detailed a number of different attacks on coalition forces, and our sense is that these records were kept so that they could be handed in to whoever it is that is financing them. And there's no question, again, that Iranian financing is taking place through the Quds force of the Iranian Republican Guards Corps.

3371.  The Americans killed during the Karbala attack included Brian S. Freeman, Johnathan B. Chism, Shawn P. Falter, Johnathon M. Millican and Jacob Fritz. The Americans injured during the Karbala attack included Billy Wallace, Evan Kirby, Johnny Washburn and Marvin Thornsberry.

## The Freeman Family

3372.  Brian S. Freeman was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

3373.  Plaintiff Charlotte Freeman is a citizen of the United States and domiciled in the State of California. She is the widow of Brian S. Freeman.

3374.  Plaintiff Charlotte Freeman brings an action individually and on behalf of the Estate of Brian S. Freeman as its legal representative.

3375.  Plaintiff G.F., a minor represented by his legal guardian Charlotte Freeman, is a citizen of the United States and domiciled in the State of California. He is the son of Brian S. Freeman.

3376.  Plaintiff I.F., a minor represented by her legal guardian Charlotte Freeman, is a

citizen of the United States and domiciled in the State of California. She is the daughter of Brian S. Freeman.

3377.   Plaintiff Kathleen Snyder is a citizen of the United States and domiciled in the State of Utah. She is the mother of Brian S. Freeman.

3378.   Plaintiff Albert Snyder is a citizen of the United States and domiciled in the State of Utah. He is the stepfather of Brian S. Freeman.

3379.   Plaintiff Randolph Freeman is a citizen of the United States and domiciled in the State of California. He is the father of Brian S. Freeman.

3380.   Plaintiff Kathaleen Freeman is a citizen of the United States and domiciled in the State of California. She is the stepmother of Brian S. Freeman.

3381.   Plaintiff Richard Lee is a citizen of the United States and domiciled in the State of California. He is the stepbrother of Brian S. Freeman.

3382.   As a result of the attack, and the death of Brian S. Freeman, Plaintiffs Charlotte Freeman, G.F., I.F., Kathleen Snyder, Albert Snyder, Randolph Freeman, Kathaleen Freeman and Richard Lee have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/father's society, companionship, comfort, advice and counsel.

**The Chism Family**

3383.   Johnathan B. Chism was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

3384.   Plaintiff Danny Chism is a citizen of the United States and domiciled in the State of Louisiana. He is the father of Johnathan B. Chism.

3385.   Plaintiff Elizabeth Chism is a citizen of the United States and domiciled in the State of Louisiana. She is the mother of Johnathan B. Chism.

3386.   Plaintiff Elizabeth Chism brings an action individually and on behalf of the Estate of Johnathan B. Chism as its legal representative.

3387.   Plaintiff Vanessa Chism is a citizen of the United States and domiciled in the State of Louisiana. She is the stepmother of Johnathan B. Chism.

3388.   Plaintiff Julie Chism is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Johnathan B. Chism.

3389.   As a result of the attack, and the death of Johnathan B. Chism, Plaintiffs Danny Chism, Elizabeth Chism, Vanessa Chism, and Julie Chism have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Falter Family**

3390.   Shawn P. Falter was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

3391.   Plaintiff Russell J. Falter is a citizen of the United States and domiciled in the State of New York. He is the father of Shawn P. Falter.

3392.   Plaintiff Russell J. Falter brings an action individually and on behalf of the Estate of Shawn P. Falter, as its legal representative.

3393.   Plaintiff Linda Falter is a citizen of the United States and domiciled in the State of New York. She is the stepmother of Shawn P. Falter.

3394.   Plaintiff Marjorie Falter is a citizen of the United States and domiciled in the State of New York. She is the sister of Shawn P. Falter.

3395.   Plaintiff Russell C. Falter is a citizen of the United States and domiciled in the State of New York. He is the brother of Shawn P. Falter.

3396.   Plaintiff John Sackett is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Shawn P. Falter.

3397.   Plaintiff Jason Sackett is a citizen of the United States and domiciled in the State of New York. He is the brother of Shawn P. Falter.

3398.   Plaintiff Michael Lucas is a citizen of the United States and domiciled in the State of New York. He is the stepbrother of Shawn P. Falter.

3399.   Plaintiff Marsha Novak is a citizen of the United States and domiciled in the State of California. She is the stepsister of Shawn P. Falter.

3400.   Plaintiff David Lucas is a citizen of the United States and domiciled in the State of New York. He is the stepbrother of Shawn P. Falter.

3401.   Plaintiff Tim Lucas is a citizen of the United States and domiciled in the State of New York. He is the stepbrother of Shawn P. Falter.

3402.   Plaintiff Andrew Lucas is a citizen of the United States and domiciled in the State of Alaska. He is the stepbrother of Shawn P. Falter.

3403.   As a result of the attack, and the death of Shawn P. Falter, Plaintiffs Linda Falter, Russell J. Falter, Marjorie Falter, Russell C. Falter, John Sackett, Jason Sackett, Michael Lucas, Marsha Novak, David Lucas, Tim Lucas, and Andrew Lucas have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Millican Family**

3404.   Johnathon M. Millican was a citizen of the United States and domiciled in the State of Alaska when he was killed in Iraq.

3405.   Plaintiff Shannon Millican is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Johnathon M. Millican.

3406.   Plaintiff Shannon Millican brings an action individually and on behalf of the Estate of Johnathon M. Millican, as its legal representative.

3407.   Plaintiff Paul Mitchell Millican is a citizen of the United States and domiciled in the State of Alabama. He is the father of Johnathon M. Millican.

3408.   As a result of the attack, and the death of Johnathon M. Millican, Plaintiffs Shannon Millican and Paul Mitchell Millican have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

**The Fritz Family**

3409.   Jacob Fritz was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

3410.   Plaintiff Noala Fritz is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Jacob Fritz.

3411.   Lyle Fritz was a citizen of the United States at the time of the death of Jacob Fritz. He was the father of Jacob Fritz. Lyle Fritz died on June 11, 2011.

3412.   Plaintiff Noala Fritz brings an action individually and on behalf of the Estate of Lyle Fritz, as its legal representative.

3413.   Plaintiff Daniel Fritz is a citizen of the United States and domiciled in the State of Nebraska. He is the brother of Jacob Fritz.

3414.   Plaintiff Ethan Fritz is a citizen of the United States and domiciled in the State of Nebraska. He is the brother of Jacob Fritz.

3415.   As a result of the attack, and the death of Jacob Fritz, the late Lyle Fritz experienced, and Plaintiffs Noala Fritz, Daniel Fritz, and Ethan Fritz have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Wallace Family**

3416.   Plaintiff Billy Wallace is a citizen of the United States and domiciled in the State of Indiana.

3417.   Mr. Wallace was wounded while helping to defend the PJCC's main building.

3418.   He sustained serious shrapnel injuries when a grenade exploded in the doorway of the room that he was defending.

3419.   Mr. Wallace also suffered hearing loss and tinnitus.

3420.   He suffers from PTSD, for which he has received ongoing treatment.

3421.   As a result of the attack, and the injuries he suffered, Plaintiff Billy Wallace has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3422.   Plaintiff Stefanie Wallace is a citizen of the United States and domiciled in the State of Indiana. She is the wife of Billy Wallace.

3423.   Plaintiff Austin Wallace is a citizen of the United States and domiciled in the State of Florida. He is the son of Billy Wallace.

3424.   Plaintiff Devon Wallace is a citizen of the United States and domiciled in the State of Indiana. He is the son of Billy Wallace.

3425.   Plaintiff C.W., a minor represented by his legal guardians Billy Wallace and Stefanie Wallace, is a citizen of the United States and domiciled in the State of Indiana. He is the son of Billy Wallace.

3426.   As a result of the attack, and the injuries Billy Wallace suffered, Plaintiffs Stefanie Wallace, Austin Wallace, Devon Wallace and C.W. have experienced severe mental anguish and extreme emotional pain and suffering.

3427.   Plaintiff Billy Wallace was discharged from the U.S. military on July 31, 2014.

**The Kirby Family**

3428.   Plaintiff Evan Kirby is a citizen of the United States and domiciled in the State of Ohio.

3429.   Mr. Kirby was wounded during the attack on the PJCC's barracks.

3430.   As a result of an explosion that occurred during the attack, Mr. Kirby was thrown into the air and sustained injuries to his back and spine.

3431.   The aforementioned injuries have caused him great pain.

3432.   As a result of the attack, and the injuries he suffered, Plaintiff Evan Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3433.   Plaintiff Marcia Kirby is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Evan Kirby.

3434.   Plaintiff Steven Kirby is a citizen of the United States and domiciled in the State of Ohio. He is the father of Evan Kirby.

3435.   As a result of the attack and the injuries Evan Kirby suffered, Plaintiffs Marcia Kirby and Steven Kirby have experienced severe mental anguish and extreme emotional pain and suffering.

3436.   Plaintiff Evan Kirby was discharged from the U.S. military on October 7, 2011.

**The Washburn Family**

3437.   Plaintiff Johnny Washburn is a citizen of the United States and domiciled in the State of Wisconsin.

3438.   Mr. Washburn was wounded while helping to defend the PJCC's main building.

3439.   He was in the same room as Johnathon M. Millican when the grenade detonated that killed Mr. Millican.

3440.   In addition to witnessing Mr. Millican's murder, Mr. Washburn also observed other soldiers being killed and injured.

3441.   Mr. Washburn attempted to assist the aforementioned soldiers.

3442.   His clothing was covered in blood, causing him great distress, as he was initially unable to determine if the blood was his own or belonged to one of the surrounding soldiers.

3443.   These images and memories of what he witnessed throughout the attack have caused him great distress.

3444.   He has experienced sleep-related problems and headaches following the attack.

3445.   As a result of the attack, and the injuries he suffered, Plaintiff Johnny Washburn has experienced severe mental anguish and extreme emotional pain and suffering.

3446.   Plaintiff Johnny Washburn was discharged from the U.S. military on July 25, 2019.

**The Thornsberry Family**

3447.   Plaintiff Marvin Thornsberry is a citizen of the United States and domiciled in the State of Michigan.

3448.   Mr. Thornsberry was in the PJCC's adjacent building when the attack occurred.

3449.   He has experienced survivor's guilt following the attack.

3450.   Mr. Thornsberry has been prescribed medication to address issues of depression and anxiety.

3451.   As a result of the attack, and the injuries he suffered, Plaintiff Marvin Thornsberry has experienced severe mental anguish and extreme emotional pain and suffering.

3452.   Plaintiff Cynthia Thornsberry is a citizen of the United States and domiciled in the State of Michigan. She is the wife of Marvin Thornsberry.

3453.   Plaintiff A.B., a minor represented by his legal guardian Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Cynthia Thornsberry and the stepson of Marvin Thornsberry.

3454.   Plaintiff M.T., a minor represented by her legal guardians Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Marvin Thornsberry and Cynthia Thornsberry.

3455.   Plaintiff N.T., a minor represented by his legal guardians, Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Marvin Thornsberry and Cynthia Thornsberry.

3456.   Plaintiff L.T., a minor represented by her legal guardians, Marvin Thornsberry and Cynthia Thornsberry, is a citizen of the United States and domiciled in the State of Michigan. She is the daughter of Marvin Thornsberry and Cynthia Thornsberry.

3457.   As a result of the attack and the injuries Marvin Thornsberry suffered, Plaintiffs Cynthia Thornsberry, A.B., M.T., N.T., and L.T. have experienced severe mental anguish and extreme emotional pain and suffering.

3458.   Plaintiff Marvin Thornsberry was discharged from the U.S. military on December 7, 2012.

92.     **THE JANUARY 22, 2007 ATTACK – BAGHDAD**

**The Stout Family**

3459.   Brandon L. Stout was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

3460.   On January 22, 2007, Brandon L. Stout, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3461.   Brandon L. Stout was killed in the attack.

3462.   The weapon used to kill Brandon L. Stout was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3463.   Plaintiff Tracy Anderson is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Brandon L. Stout.

3464.   Plaintiff Jeffrey Anderson is a citizen of the United States and domiciled in the State of Michigan. He is the stepfather of Brandon L. Stout.

3465.   Plaintiff Adam G. Stout is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Brandon L. Stout.

3466.   Plaintiff Andrew Jeffrey Anderson is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Brandon L. Stout.

3467.   Plaintiff Elizabeth Lynn Islas is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Brandon L. Stout.

3468.   As a result of the attack, and the death of Brandon L. Stout, Plaintiffs Tracy Anderson, Jeffrey Anderson, Adam G. Stout, Andrew Jeffrey Anderson and Elizabeth Lynn Islas

have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**93.**    **THE JANUARY 25, 2007 ATTACK – BAGHDAD**

**The Fuller Family**

3469.    Alexander H. Fuller was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

3470.    On January 25, 2007, Alexander H. Fuller, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3471.    Alexander H. Fuller was killed in the attack.

3472.    The weapon used to kill Alexander H. Fuller was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3473.    Plaintiff Anastasia Fuller is a citizen of the United States and domiciled in the State of Massachusetts. She is the widow of Alexander H. Fuller.

3474.    Plaintiff Anastasia Fuller brings an action individually and on behalf of the Estate of Alexander H. Fuller, as its legal representative.

3475.    Plaintiff A.F., a minor represented by her legal guardian Anastasia Fuller, is a citizen of the United States and domiciled in the State of Massachusetts. She is the daughter of Alexander H. Fuller.

3476.    As a result of the attack, and the death of Alexander H. Fuller, Plaintiffs Anastasia Fuller and A.F. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

548

**The Balsley Family**

3477.   Michael C. Balsley was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

3478.   On January 25, 2007, Michael C. Balsley, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3479.   Michael C. Balsley was killed in the attack.

3480.   The weapon used to kill Michael C. Balsley was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3481.   Plaintiff Samantha Balsley is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Michael C. Balsley.

3482.   Plaintiff Samantha Balsley brings an action individually and on behalf of the Estate of Michael C. Balsley, as its legal representative.

3483.   Plaintiff L.R.-W., a minor represented by his legal guardian Samantha Balsley, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Michael C. Balsley.

3484.   As a result of the attack, and the death of Michael C. Balsley, Plaintiffs Samantha Balsley and L.R.-W. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**94.**     **THE JANUARY 27, 2007 ATTACK – BAGHDAD**

**The Hobson Family**

3485.   Plaintiff Heath Damon Hobson is a citizen of the United States and domiciled in the State of Massachusetts.

3486.   On January 27, 2007, Heath Damon Hobson, then 34, was serving in the U.S. military in Iraq.

3487.   Heath Damon Hobson was in the motor pool at Camp Travis in the U.S. Embassy compound in Baghdad when multiple rockets were fired by Special Groups operatives at the compound and landed in his proximity.

3488.   Heath Damon Hobson was injured in the attack perpetrated by Hezbollah-trained Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3489.   As a result of the attack, Heath Damon Hobson sustained a shrapnel-induced open leg fracture and an arterial tear and significant blood loss. He was evacuated to a Combat Support Hospital where he underwent an arterial graft to salvage his leg and received external fixation to stabilize his leg. He was then flown to Balad, Iraq and then to Germany, finally arriving at Walter Reed Army Hospital in Washington, DC to be treated for his injuries. To this day, he has a loss of the use of his right foot and ankle, bone and soft-tissue loss, nerve damage, vascular damage, disfigurement, and PTSD.

3490.   Mr. Hobson has received extensive medical treatment at various hospitals to address the injuries he sustained in the attack.

3491.   As a result of the attack, and the injuries he suffered, Plaintiff Heath Damon Hobson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

550

3492.    Plaintiff Jodi Michelle Hobson is a citizen of the United States and domiciled in the State of Massachusetts. She is the wife of Heath Damon Hobson.

3493.    Plaintiff M.D.H., a minor, represented by his legal guardian Heath Damon Hobson, is a citizen of the United States and domiciled in the State of Massachusetts. He is the son of Heath Damon Hobson.

3494.    As a result of the attack, and the injuries Heath Damon Hobson suffered, Plaintiffs Jodi Michelle Hobson and M.D.H. have experienced severe mental anguish and extreme emotional pain and suffering.

###    95.    THE JANUARY 27, 2007 ATTACK – TAJI

**The Garrigus Family**

3495.    Mickel D. Garrigus was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

3496.    On January 27, 2007, Mickel D. Garrigus, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3497.    Mickel D. Garrigus was killed in the attack.

3498.    The weapon used to kill Mickel D. Garrigus was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3499.    Plaintiff Deadra Garrigus is a citizen of the United States and domiciled in the State of Washington. She is the mother of Mickel D. Garrigus.

3500.    Plaintiff Deadra Garrigus brings an action individually and on behalf of the Estate of Mickel D. Garrigus, as its legal representative.

551

3501.   Plaintiff David Garrigus is a citizen of the United States and domiciled in the State of Washington. He is the stepfather of Mickel D. Garrigus.

3502.   Plaintiff Nichole Garrigus is a citizen of the United States and domiciled in the State of Washington. She is the sister of Mickel D. Garrigus.

3503.   Plaintiff Kyla Ostenson is a citizen of the United States and domiciled in the State of Washington. She is the sister of Mickel D. Garrigus.

3504.   Plaintiff Matthew Garrigus is a citizen of the United States and domiciled in the State of Washington. He is the brother of Mickel D. Garrigus.

3505.   As a result of the attack, and the death of Mickel D. Garrigus, Plaintiffs Deadra Garrigus, David Garrigus, Nichole Garrigus, Kyla Ostenson and Matthew Garrigus have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 96.   THE FEBRUARY 1, 2007 ATTACK – BAGHDAD

**The Ryan Family**

3506.   Plaintiff Shawn Ryan is a citizen of the United States and domiciled in the State of Texas.

3507.   On February 1, 2007, Shawn Ryan was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3508.   The weapon used to injure Shawn Ryan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3509.   As a result of the attack, Mr. Ryan sustained shrapnel injuries that left him permanently disabled.

3510.   As a result of the attack, and the injuries he suffered, Plaintiff Shawn Ryan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3511.   Plaintiff Shawn Ryan was discharged from the U.S. military on June 27, 2012.

## 97.   THE FEBRUARY 2, 2007 ATTACK – MAHMUDIYAH

**The Dunn Family**

3512.   Terrence Dunn was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

3513.   On February 2, 2007, Terrence Dunn, aged 38, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3514.   Terrence Dunn was killed in the attack.

3515.   The weapon used to kill Terrence Dunn was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3516.   Plaintiff Sharon Y. Dunn Smith is a citizen of the United States and domiciled in the State of Texas. She is the sister of Terrence Dunn.

3517.   Plaintiff Sharon Y. Dunn Smith brings an action individually and on behalf of the Estate of Terrence Dunn, as its legal representative.

3518.   Plaintiff Dennis Dunn is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Terrence Dunn.

3519.   As a result of the attack, and the death of Terrence Dunn, Plaintiffs Sharon Y. Dunn Smith and Dennis Dunn have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

**The Landeck Family**

3520.   Kevin C. Landeck was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

3521.   On February 2, 2007, Kevin C. Landeck, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3522.   Kevin C. Landeck was killed in the attack.

3523.   The weapon used to kill Kevin C. Landeck was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3524.   Plaintiff Richard Landeck is a citizen of the United States and domiciled in the State of Illinois. He is the father of Kevin C. Landeck.

3525.   Plaintiff Victoria Landeck is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Kevin C. Landeck.

3526.   As a result of the attack, and the death of Kevin C. Landeck, Plaintiffs Richard Landeck and Victoria Landeck have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

**98.       THE FEBRUARY 26, 2007 ATTACK – DIWANIYAH**

**The Beardsley Family**

3527.   William J. Beardsley was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

3528.   On February 26, 2007, William J. Beardsley, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3529.   William J. Beardsley was killed in the attack.

3530.   The weapon used to kill William J. Beardsley was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3531.   Plaintiff Lavonna Harper is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of William J. Beardsley.

3532.   As a result of the attack, and the death of William J. Beardsley, Plaintiff Lavonna Harper has experienced the loss of her son's society, companionship, comfort, advice and counsel.

**99.**    **THE MARCH 15, 2007 ATTACK – BAQUBAH**

**The Harris Family**

3533.   Blake Harris was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

3534.   On March 15, 2007, Blake Harris, aged 27, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

3535.   Blake Harris was killed in the attack.

3536.   The weapon used to kill Blake Harris was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3537.   Plaintiff Melba Anne F. Harris is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Blake Harris.

3538.   Plaintiff Paul D. Harris is a citizen of the United States and domiciled in the State of Georgia. He is the father of Blake Harris.

3539.   As a result of the attack, and the death of Blake Harris, Plaintiffs Melba Anne F.
Harris and Paul D. Harris have experienced severe mental anguish, extreme emotional pain and
suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### 100.   THE MARCH 20, 2007 ATTACK – BAGHDAD

**The Glawson Family**

3540.   Curtis E. Glawson was a citizen of the United States and domiciled in the State of
Alabama when he was killed in Iraq.

3541.   On March 20, 2007, Curtis E. Glawson, aged 24, was serving in the U.S. military
in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3542.   Curtis E. Glawson was killed in the attack.

3543.   The weapon used to kill Curtis E. Glawson was a Hezbollah-designed and Iranian-
manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using
specialized training and components supplied by Hezbollah and the IRGC.

3544.   Plaintiff Hyunjung Glawson is domiciled in the State of Florida. She is the widow
of Curtis E. Glawson.

3545.   Plaintiff Hyunjung Glawson brings an action individually and on behalf of the
Estate of Curtis E. Glawson, as its legal representative, for his death and any suffering and/or
economic loss he/his Estate sustained as a result of the attack.

3546.   Plaintiff Yolanda M. Brooks is a citizen of the United States and domiciled in the
State of Alabama. She is the mother of Curtis E. Glawson.

3547.   Plaintiff Curtis Glawson, Sr. is a citizen of the United States and domiciled in the
State of Georgia. He is the father of Curtis E. Glawson.

3548.   Plaintiff Kierra Glawson is a citizen of the United States and domiciled in the State of Louisiana. She is the sister of Curtis E. Glawson.

3549.   Cortez Glawson was a citizen of the United States at the time of the death of Curtis E. Glawson. He was the brother of Curtis E. Glawson. Cortez Glawson died on January 24, 2018.

3550.   Sabrina Glawson is a citizen of the United States and domiciled in the State of Alabama. She brings an action on behalf of the Estate of Cortez Glawson, as its legal representative.

3551.   Plaintiff Jazmon Reyna is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Curtis E. Glawson.

3552.   As a result of the attack, and the death of Curtis E. Glawson, the late Cortez Glawson experienced, and Plaintiffs Hyunjung Glawson, Yolanda M. Brooks, Curtis Glawson, Sr., Kierra Glawson and Jazmon Reyna have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 101.   THE MARCH 23, 2007 ATTACK – NASIRIYAH

### The Sabinish Family

3553.   Plaintiff Ryan Sabinish is a citizen of the United States and domiciled in the State of Minnesota.

3554.   On March 23, 2007, Ryan Sabinish, then 25, was serving in the U.S. military in Iraq.

3555.   Mr. Sabinish, a gunner, was tasked with protecting his base from mortar and rocket attacks.

3556.   While he was conducting his operations, his vehicle was struck by an EFP emplaced by Special Groups.

3557.   The weapon used to injure Mr. Sabinish was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3558.   As a result of the attack, Mr. Sabinish experienced severe blood loss and sustained injuries to his back, hip, and lower extremities.

3559.   In addition, shrapnel penetrated and scarred his right arm.

3560.   Mr. Sabinish has been diagnosed with a TBI.

3561.   He also suffers from PTSD.

3562.   Mr. Sabinish has been hospitalized for his emotional injuries and has sought mental health treatment as an outpatient. He continues to seek treatment.

3563.   He has been prescribed medication to address his emotional health issues, and he continues to take medication to treat them.

3564.   As a result of the attack, and the injuries he suffered, Plaintiff Ryan Sabinish has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3565.   Plaintiff R.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

3566.   Plaintiff S.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

3567.   As a result of the attack, and the injuries suffered by Ryan Sabinish, Plaintiffs R.J.S. and S.J.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

**102.** **THE MARCH 27, 2007 ATTACK – BAGHDAD**

**The Thomas Family**

3568.   Sean M. Thomas was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

3569.   On March 27, 2007, Sean M. Thomas, aged 33, was serving in the U.S. military when he was killed in a 107mm rocket attack perpetrated by JAM Special Groups operatives.

3570.   Sean M. Thomas was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3571.   Plaintiff Carrie Thompson is a citizen of the United States and domiciled in the State of Pennsylvania. She is the widow of Sean M. Thomas.

3572.   Plaintiff Carrie Thompson brings a claim individually and on behalf of the Estate of Sean M. Thomas, as its legal representative.

3573.   Plaintiff A.T., a minor represented by her legal guardian, Carrie Thompson, is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Sean M. Thomas.

3574.   Plaintiff Daniel Thomas, Sr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Sean M. Thomas.

3575.   Plaintiff Diana Thomas is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Sean M. Thomas.

3576.   Plaintiff Daniel Thomas, Jr. is a citizen of the United States and domiciled in the State of Pennsylvania. He is the brother of Sean M. Thomas.

3577.   Plaintiff Kelly Gillis is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Sean M. Thomas.

3578.   Plaintiff Melinda Flick is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Sean M. Thomas.

3579.   As a result of the attack, and the death of Sean M. Thomas, Plaintiffs Carrie Thompson, A.T., Daniel Thomas Sr., Diana Thomas, Daniel Thomas Jr., Kelly Gillis and Melinda Flick have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

103.   **THE MARCH 31, 2007 ATTACK – DIWANIYAH**

**The Christopher Family**

3580.   Kwesi Christopher was a citizen of the United States and domiciled in Brooklyn, in the State of New York, when he was killed in Iraq.

3581.   On March 31, 2007, Kwesi Christopher, aged 25, a former soldier in the U.S. military, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near him.

3582.   Kwesi Christopher was killed in the attack.

3583.   The weapon used to kill Kwesi Christopher was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3584.   Plaintiff Ann Christopher is a citizen of the United States and domiciled in the State of Florida. She is the mother of Kwesi Christopher.

3585.   Plaintiff Ann Christopher brings an action individually and on behalf of the Estate of Kwesi Christopher, as its legal representative.

3586.   As a result of the attack, and the death of Kwesi Christopher, Plaintiff Ann Christopher has experienced severe mental anguish, extreme emotional pain and suffering, and

loss of her son's society, companionship, comfort, advice and counsel.

### 104.   THE APRIL 4, 2007 ATTACK – NASIRIYAH

**The Sabinish Family**

3587.   Plaintiff Ryan Sabinish is a citizen of the United States and domiciled in the State of Minnesota.

3588.   On April 4, 2007, Ryan Sabinish, then 25, was serving in the U.S. military in Iraq.

3589.   Mr. Sabinish was driving the third vehicle of a convoy when an EFP emplaced by Special Groups detonated near the first vehicle. During the attack, a secondary IED detonated, striking an Iraqi civilian vehicle.

3590.   The weapon used in the attack was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3591.   Mr. Sabinish dismounted his vehicle and would not allow the civilian vehicle to drive away from the scene. He witnessed a wounded child inside the vehicle die.

3592.   Mr. Sabinish was subsequently diagnosed with PTSD and has experienced suicidal ideation. He has been hospitalized for his emotional injuries and has sought mental health treatment as an outpatient.

3593.   Mr. Sabinish continues to seek treatment, including counseling, and has been prescribed anti-anxiety medications, anti-depressants, and medication to address sleep-related issues. He continues to take medication to treat his emotional injuries.

3594.   As a result of the attack, and the injuries he suffered, Ryan Sabinish has experienced severe mental anguish and extreme emotional pain and suffering.

3595.   Plaintiff R.J.S., a minor represented by her legal guardian Ryan Sabinish, is a

citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

3596.    Plaintiff S.J.S., a minor represented by her legal guardian Ryan Sabinish, is a citizen of the United States and domiciled in the State of Minnesota. She is the daughter of Ryan Sabinish.

3597.    As a result of the attack, and the injuries suffered by Ryan Sabinish, Plaintiffs R.J.S. and S.J.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

**105.    THE APRIL 6, 2007 ATTACK – BAGHDAD**

**The Fuentes Family**

3598.    Daniel A. Fuentes was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

3599.    On April 6, 2007, Daniel A. Fuentes, aged 19, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3600.    Daniel A. Fuentes was killed in the attack.

3601.    The weapon used to kill Daniel A. Fuentes was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3602.    Plaintiff Nancy Fuentes is a citizen of the United States and domiciled in the State of New York. She is the mother of Daniel A. Fuentes.

3603.    Plaintiff Nancy Fuentes brings an action individually and on behalf of the Estate of Daniel A. Fuentes.

3604.    Plaintiff Armando Fuentes is a citizen of the United States and domiciled in the State of New York. He is the father of Daniel A. Fuentes.

3605.    Plaintiff Julio Fuentes is a citizen of the United States and domiciled in the State of

New York. He is the brother of Daniel A. Fuentes.

3606.   Plaintiff Tatyana Fuentes is a citizen of the United States and domiciled in the State of New York. She is the sister of Daniel A. Fuentes.

3607.   Plaintiff Emma McGarry is a citizen of the United States and domiciled in the State of New York. She was the fiancée of Daniel A. Fuentes.

3608.   Plaintiff D.J.F., a minor represented by his legal guardian, Emma McGarry, is a citizen of the United States and domiciled in the State of New York. He is the son of Daniel A. Fuentes.

3609.   As a result of the attack, and the death of Daniel A. Fuentes, Plaintiffs Nancy Fuentes, Armando Fuentes, Julio Fuentes, Tatyana Fuentes, Emma McGarry and D.J.F. have experienced the loss of their son's/brother's/fiancée's/father's society, companionship, comfort, advice and counsel.

## 106.   THE APRIL 6, 2007 ATTACK – SADR CITY

**The Kirby Family**

3610.   Plaintiff John Kirby is a citizen of the United States and domiciled in the State of Texas.

3611.   On April 6, 2007, John Kirby, then 31, was serving in the U.S. military in Iraq when both an EFP and an ambulance rigged with explosives detonated near his vehicle.

3612.   The weapon used to injure John Kirby was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3613.   As a result of the attack, Mr. Kirby suffered burns on his upper back. He also suffers from a TBI and PTSD.

3614.   As a result of the attack, and the injuries he suffered, Plaintiff John Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3615.   Plaintiff John Kirby was discharged from the U.S. military on August 25, 2009.

### 107.   THE APRIL 7, 2007 ATTACK – BAGHDAD

**The Murphy-Sweet Family**

3616.   Philip A. Murphy-Sweet was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

3617.   On April 7, 2007, Philip A. Murphy-Sweet, aged 42 was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3618.   Philip A. Murphy-Sweet was killed in the attack.

3619.   The weapon used to kill Philip A. Murphy-Sweet was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3620.   Plaintiff Michael Murphy-Sweet is a citizen of the United States and domiciled in the State of Idaho. He is the brother of Philip A. Murphy-Sweet.

3621.   Plaintiff Elizabeth Murphy-Sweet is a citizen of the United States and domiciled in the State of Idaho. She is the sister of Philip A. Murphy-Sweet.

3622.   Plaintiff Anona Gonelli is a citizen of the United States and domiciled in the State of Idaho. She is the sister of Philip A. Murphy-Sweet.

3623.   As a result of the attack, and the death of Philip A. Murphy-Sweet, Plaintiffs Michael Murphy-Sweet, Elizabeth Murphy-Sweet and Anona Gonelli have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

**108.** **THE APRIL 9, 2007 ATTACK – BAGHDAD**

**The Walton Family**

3624.   Brett A. Walton was a citizen of the United States and domiciled in the State of Oregon when he was killed in Iraq.

3625.   On April 9, 2007, Brett A. Walton, aged 37, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3626.   Brett A. Walton was killed in the attack.

3627.   The weapon used to kill Brett A. Walton was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3628.   Plaintiff Lindsay Young is a citizen of the United States and domiciled in the State of Oregon. She is the widow of Brett A. Walton.

3629.   Plaintiff Lindsay Young brings an action individually and on behalf of the Estate of Brett A. Walton, as its legal representative.

3630.   Plaintiff S.W., a minor represented by her legal guardian Lindsay Young, is a citizen of the United States and domiciled in the State of Oregon. She is the daughter of Brett A. Walton.

3631.   As a result of the attack, and the death of Brett A. Walton, Plaintiffs Lindsay Young and S.W. have experienced the loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Holden Family**

3632.   Brian L. Holden was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

3633.   On April 9, 2007, Brian L. Holden, aged 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his HMMWV in Baghdad.

3634.   Brian L. Holden was killed in the attack.

3635.   The weapon used to kill Brian L. Holden was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3636.   Plaintiff Leasa Dollar is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Brian L. Holden.

3637.   Plaintiff Eugene DeLozier is a citizen of the United States and domiciled in the State of Washington. He is the stepfather of Brian L. Holden.

3638.   As a result of the attack, and the death of Brian L. Holden, Plaintiffs Leasa Dollar and Eugene DeLozier have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

**109.   THE APRIL 13, 2007 ATTACK – BAGHDAD**

**The Bowman Family**

3639.   Larry R. Bowman was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

3640.   On April 13, 2007, Larry R. Bowman, aged 29, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3641.   Larry R. Bowman was killed in the attack.

3642.   The weapon used to kill Larry R. Bowman was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using

specialized training and components supplied by Hezbollah and the IRGC.

3643.   Plaintiff Michelle Klemensberg is a citizen of the United States and domiciled in the State of California. She is the widow of Larry R. Bowman.

3644.   Plaintiff Michelle Klemensberg brings an action individually and on behalf of the Estate of Larry R. Bowman, as its legal representative.

3645.   As a result of the attack, and the death of Larry R. Bowman, Plaintiff Michelle Klemensberg has experienced the loss of her husband's society, companionship, comfort, advice and counsel.

## 110.   THE APRIL 15, 2007 ATTACK – BAGHDAD

### The Lilley Family

3646.   Plaintiff Scott Lilley is a citizen of the United States and domiciled in the State of New Mexico.

3647.   On April 15, 2007, Scott Lilley, then 28, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3648.   The weapon used to injure Mr. Lilley was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3649.   As a result of the attack, shrapnel struck Mr. Lilley's head and entered his skull. He developed significant swelling of the brain.

3650.   Surgeons removed a portion of Mr. Lilley's skull to alleviate the swelling.

3651.   He remained in a coma for over 24 hours.

3652.   Mr. Lilley also underwent procedures in an attempt to prevent brain aneurisms.

3653.   The injury to his brain resulted in Mr. Lilley's inability to do simple and complex tasks that included walking, eating, and talking.

3654.   His received physical and occupational therapy so he could relearn these and other skills.

3655.   Mr. Lilley has developed short-term memory loss since the attack and has difficulty following up with tasks and recalling information. He has been diagnosed with ADHD and has been prescribed medication to address this condition.

3656.   As a result of the attack, and the injuries he suffered, Plaintiff Scott Lilley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3657.   Plaintiff Frank Lilley is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Scott Lilley.

3658.   Plaintiff Jolene Lilley is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Scott Lilley.

3659.   Plaintiff Matthew Lilley is a citizen of the United States and domiciled in the State of Texas. He is the brother of Scott Lilley.

3660.   As a result of the attack, and the injuries Scott Lilley suffered, Plaintiffs Frank Lilley, Jolene Lilley, and Matthew Lilley have experienced severe mental anguish and extreme emotional pain and suffering.

3661.   Plaintiff Scott Lilley was discharged from the U.S. military on December 23, 2010.

**111.   THE APRIL 16, 2007 ATTACK – BAGHDAD**

**The Starcevich Family**

3662.   Lucas V. Starcevich was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

568

3663.   On April 16, 2007, Lucas V. Starcevich, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3664.   Lucas V. Starcevich was killed in the attack.

3665.   The weapon used to kill Lucas V. Starcevich was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3666.   Plaintiff Ava Tomson is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Lucas V. Starcevich.

3667.   Plaintiff Ava Tomson brings an action individually and on behalf of the Estate of Lucas V. Starcevich, as its legal representative.

3668.   Plaintiff Richard Tomson is a citizen of the United States and domiciled in the State of Illinois. He is the stepfather of Lucas V. Starcevich.

3669.   Plaintiff Bradley Starcevich is a citizen of the United States and domiciled in the State of Illinois. He is the father of Lucas V. Starcevich.

3670.   Plaintiff Glenda Starcevich is a citizen of the United States and domiciled in the State of Illinois. She is the stepmother of Lucas V. Starcevich.

3671.   Plaintiff Ariana Starcevich is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Lucas V. Starcevich.

3672.   Plaintiff Trenton Starcevich is a citizen of the United States and domiciled in the State of California. He is the brother of Lucas V. Starcevich.

3673.   Plaintiff Samantha Tomson is a citizen of the United States and domiciled in the State of Illinois. She is the stepsister of Lucas V. Starcevich.

3674.   Plaintiff Andrew Tomson is a citizen of the United States and domiciled in the State

of Illinois. He is the stepbrother of Lucas V. Starcevich

3675.   As a result of the attack, and the death of Lucas V. Starcevich, Plaintiffs Ava Tomson, Richard Tomson, Bradley Starcevich, Glenda Starcevich, Ariana Starcevich, Trenton Starcevich, Samantha Tomson and Andrew Tomson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 112.   THE APRIL 28, 2007 ATTACK – BAGHDAD

**The Stevens Family**

3676.   Plaintiff Jared S. Stevens is a citizen of the United States and domiciled in the State of Maryland.

3677.   On April 28, 2007, Jared S. Stevens was serving in the U.S. military in Iraq when he came under sniper fire by JAM Special Groups.

3678.   Jared S. Stevens was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3679.   As a result of the attack, Mr. Stevens was shot in the lip, lacerating it.

3680.   As a result of the attack, and the injuries he suffered, Plaintiff Jared S. Stevens has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3681.   Plaintiff Jared S. Stevens was discharged from the U.S. military on September 30, 2018.

### 113.   THE APRIL 28, 2007 ATTACK – SALMAN PAK

**The Hicks Family**

3682.   Glenn Dale Hicks, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

3683.   On April 28, 2007, Glenn Dale Hicks, Jr., then 24, was serving in the U.S. military in Iraq when an IED emplaced by Special Groups detonated near his vehicle. His unit was on a routine patrol heading southwest on Route Kelp in the vicinity of Salman Pak, Iraq when the M1151 in which he was traveling was struck by an IED and subsequent small arms fire.

3684.   Glenn Dale Hicks, Jr. was killed in the attack from blast injuries.

3685.   The Special Groups terror cell operatives that emplaced the IED that killed Glenn Dale Hicks, Jr. were trained by Hezbollah and funded and supplied by the IRGC-QF and they launched the attack at the direction of both Hezbollah and the IRGC-QF, as their proxy.

3686.   Plaintiff Susan Maria Doskocil Hicks is a citizen of the United States and domiciled in the State of Texas. She is the mother of Glenn Dale Hicks, Jr.

3687.   Plaintiff Susan Maria Doskocil Hicks brings an action individually and on behalf of the Estate of Glenn Dale Hicks, Jr., as its legal representative.

3688.   Plaintiff Glenn Dale Hicks, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the father of Glenn Dale Hicks, Jr.

3689.   Plaintiff David James Hicks is a citizen of the United States and domiciled in the State of Texas. He is the brother of Glenn Dale Hicks, Jr.

3690.   Plaintiff John Christopher Hicks is a citizen of the United States and domiciled in the State of Texas. He is the brother of Glenn Dale Hicks, Jr.

3691.   Plaintiff S.L.H., a minor, represented by his legal guardian Susan Maria Doskocil Hicks, is a citizen of the United States and domiciled in the State of Texas. He is the brother of Glenn Dale Hicks, Jr.

3692.   As a result of the attack, and the death of Glenn Dale Hicks, Jr., Plaintiffs Susan Maria Doskocil Hicks, Glenn Dale Hicks, Sr., David James Hicks, John Christopher Hicks, and

S.L.H. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 114.    THE APRIL 29, 2007 ATTACK – BAGHDAD

**The Funcheon Family**

3693.    Alexander J. Funcheon was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

3694.    On April 29, 2007, Alexander J. Funcheon, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his unit.

3695.    Alexander J. Funcheon was killed in the attack.

3696.    The weapon used to kill Alexander J. Funcheon was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3697.    Plaintiff Karen Funcheon is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Alexander J. Funcheon.

3698.    Plaintiff Karen Funcheon brings an action individually and on behalf of the Estate of Alexander J. Funcheon, as its legal representative.

3699.    Plaintiff Robert Funcheon is a citizen of the United States and domiciled in the State of Kansas. He is the father of Alexander J. Funcheon.

3700.    As a result of the attack, and the death of Alexander J. Funcheon, Plaintiffs Karen Funcheon and Robert Funcheon have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

**The Martin Family**

3701.   Jay E. Martin was a citizen of the United States and domiciled in the State of Maryland when he was killed in Iraq.

3702.   On April 29, 2007, Jay E. Martin, aged 29, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his unit.

3703.   Jay E. Martin was killed in the attack.

3704.   The weapon used to kill Jay E. Martin was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3705.   Plaintiff Dwight Martin is a citizen of the United States and domiciled in the State of Maryland. He is the father of Jay E. Martin.

3706.   Plaintiff Dwight Martin brings an action individually and on behalf of the Estate of Jay E. Martin, as its legal representative.

3707.   Plaintiff Dove Deanna Adams is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jay E. Martin.

3708.   Plaintiff Raven Adams is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jay E. Martin.

3709.   Plaintiff Lark Adams is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Jay E. Martin.

3710.   As a result of the attack, and the death of Jay E. Martin, Plaintiffs Dwight Martin, Dove Deanna Adams, Raven Adams and Lark Adams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 115.   THE MAY 3, 2007 ATTACK – BAGHDAD

**The Potter Family**

3711.   Jerome Potter was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

3712.   On May 3, 2007, Jerome Potter, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3713.   Jerome Potter was killed in the attack.

3714.   The weapon used to kill Jerome Potter was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3715.   Plaintiff Holly Burson is a citizen of the United States and domiciled in the State of Washington. She is the mother of Jerome Potter.

3716.   Plaintiff Holly Burson brings an action individually and on behalf of the Estate of Jerome Potter, as its legal representative.

3717.   As a result of the attack, and the death of Jerome Potter, Plaintiff Holly Burson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 116.   THE MAY 3, 2007 ATTACK – MUSAYYIB

**The Umbrell Family**

3718.   Colby J. Umbrell was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

3719.   On May 3, 2007, Colby J. Umbrell aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3720.   Colby J. Umbrell was killed in the attack.

3721.   The weapon used to kill Colby J. Umbrell was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3722.   Plaintiff Nancy Umbrell is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Colby J. Umbrell.

3723.   Plaintiff Nancy Umbrell brings an action individually and on behalf of the Estate of Colby J. Umbrell, as its legal representative.

3724.   Plaintiff Mark Umbrell is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Colby J. Umbrell.

3725.   Plaintiff Casey Boehmer is a citizen of the United States and domiciled in the State of Maryland. She is the sister of Colby J. Umbrell.

3726.   As a result of the attack, and the death of Colby J. Umbrell, Plaintiffs Nancy Umbrell, Mark Umbrell and Casey Boehmer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 117.   THE MAY 5, 2007 ATTACK – KAMALIYAH

## The Smith Family

3727.   Plaintiff Jeremy D. Smith is a citizen of the United States and domiciled in the State of North Carolina.

3728.   On May 5, 2007, Jeremy D. Smith was serving in the U.S. military in COP Bushmaster in Kamaliyah, Iraq when he was injured in a mortar attack perpetrated by JAM Special Groups operatives.

3729.   Jeremy D. Smith was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3730.   As a result of the attack, Jeremy D. Smith suffered shrapnel injuries to his right arm and right leg. He also suffered a damaged ligament in his right ankle.

3731.   As a result of the attack, and the injuries he suffered, Plaintiff Jeremy D. Smith has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3732.   Plaintiff Jeremy D. Smith remains on active duty with the U.S. military.

**118.   THE MAY 6, 2007 ATTACK – BAGHDAD**

**The Dixon Family**

3733.   Robert J. Dixon was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

3734.   On May 6, 2007, Robert J. Dixon aged 27, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3735.   Robert J. Dixon was killed in the attack.

3736.   The weapon used to kill Robert J. Dixon was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3737.   Ilene Dixon was a citizen of the United States at the time of the death of Robert J. Dixon. She was the mother of Robert J. Dixon. She died on November 18, 2014.

3738.   Plaintiff Daniel Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the father of Robert J. Dixon.

3739.   Plaintiff Daniel Dixon brings an action individually and on behalf of the Estate of Ilene Dixon as its legal representative.

3740.   Plaintiff Daniel Dixon also brings an action on behalf of the Estate of Robert J. Dixon, as its co-legal representative.

3741.   Jessica Hubbard is a citizen of the United States and domiciled in the State of Michigan. She is the ex-wife of Robert J. Dixon and is the legal guardian of Plaintiffs M.R., a minor, and L.R., a minor, and co-legal representative of the Estate of Robert J. Dixon.

3742.   Jessica Hubbard brings an action solely on behalf of Plaintiffs M.R. and L.R., minors, and on behalf of the Estate of Robert J. Dixon, as its co-legal representative.

3743.   Plaintiff M.R., a minor represented by his legal guardian, Jessica Hubbard, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Robert J. Dixon.

3744.   Plaintiff L.R., a minor represented by his legal guardian, Jessica Hubbard, is a citizen of the United States and domiciled in the State of Michigan. He is the son of Robert J. Dixon.

3745.   Plaintiff David Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Robert J. Dixon.

3746.   Plaintiff Daniel Austin Dixon is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Robert J. Dixon.

3747.   Plaintiff Gretchen Lang is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Robert J. Dixon.

3748.   As a result of the attack, and the death of Robert J. Dixon, the late Ilene Dixon experienced, and Plaintiffs Daniel Dixon, M.R., L.R., David Dixon, Daniel Austin Dixon and Gretchen Lang have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's/brother's society, companionship, comfort, advice and counsel.

119.   **THE MAY 6, 2007 ATTACK – BAGHDAD**

**The Martinez Family**

3749.   Virgil C. Martinez was a citizen of the United States and domiciled in the State of Utah when he was killed in Iraq.

3750.   On May 6, 2007, Virgil C. Martinez, aged 33, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3751.   Virgil C. Martinez was killed in the attack.

3752.   The weapon used to kill Virgil C. Martinez was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3753.   Plaintiff Rebecca J. Oliver is a citizen of the United States and domiciled in the State of Utah. She is the mother of Virgil C. Martinez.

3754.   Plaintiff Daniel C. Oliver is a citizen of the United States and domiciled in the State of Utah. He is the stepfather of Virgil C. Martinez.

3755.   Plaintiff Kimberlee Austin-Oliver is a citizen of the United States and domiciled in the State of Utah. She is the sister of Virgil C. Martinez.

3756.   As a result of the attack, and the death of Virgil C. Martinez, Plaintiffs Rebecca J. Oliver, Daniel C. Oliver and Kimberlee Austin-Oliver have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**120.**   **THE MAY 8, 2007 ATTACK – SALMAN PAK**

**The Little Family**

3757.   Kyle A. Little was a citizen of the United States and domiciled in the State of Massachusetts when he was killed in Iraq.

3758.   On May 8, 2007, Kyle A. Little, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3759.   Kyle A. Little was killed in the attack.

3760.   The weapon used to kill Kyle A. Little was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3761.   Plaintiff Tiffany M. Little is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Kyle A. Little.

3762.   Plaintiff Tiffany M. Little brings an action individually and on behalf of the Estate of Kyle A. Little as its legal representative.

3763.   Plaintiff K.L., a minor represented by her legal guardian Tiffany M. Little, is a citizen of the United States and domiciled in the State of Alabama. She is the daughter of Kyle A. Little.

3764.   Plaintiff Shelley Ann Smith is a citizen of the United States and domiciled in the State of Massachusetts. She is the mother of Kyle A. Little.

3765.   Plaintiff Dakota Smith-Lizotte is a citizen of the United States and domiciled in the State of Massachusetts. He is the brother of Kyle A. Little.

3766.   Plaintiff Shyanne Smith-Lizotte is a citizen of the United States and domiciled in the State of Massachusetts. She is the sister of Kyle A. Little.

3767.   As a result of the attack, and the death of Kyle A. Little, Plaintiffs Tiffany M. Little, K.L., Shelley Ann Smith, Dakota Smith-Lizotte, and Shyanne Smith-Lizotte have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

### 121.   THE MAY 8, 2007 ATTACK – BAGHDAD

**The Stephens Family**

3768.   Blake Stephens was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

3769.   On May 8, 2007, Blake Stephens, aged 25, was serving in the United States military in Iraq when an EFP emplaced by JAM Special Groups detonated near his vehicle near Salman Pak, a town south of Baghdad.

3770.   Blake Stephens was killed in the attack.

3771.   The weapon used to kill Blake Stephens was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3772.   Plaintiff Erin Lee Dructor is a citizen of the United States and domiciled in the State of California. She is the widow of Blake Stephens.

3773.   Plaintiff Erin Lee Dructor brings an action individually and on behalf of the Estate of Blake Stephens, as its legal representative.

3774.   Plaintiff Trent Stephens is a citizen of the United States and domiciled in the State of Idaho. He is the father of Blake Stephens.

3775.   Plaintiff Kathleen Stephens is a citizen of the United States and domiciled in the State of Idaho. She is the mother of Blake Stephens.

3776.   Plaintiff Derek Stephens is a citizen of the United States and domiciled in the State of Idaho. He is the brother of Blake Stephens.

3777.   Plaintiff Rhett Stephens is a citizen of the United States and domiciled in the State of California. He is the brother of Blake Stephens.

3778.   Plaintiff Summer Stephens is a citizen of the United States and domiciled in the State of California. She is the sister of Blake Stephens.

3779.   Plaintiff Brittani Hobson is a citizen of the United States and domiciled in the State of Idaho. She is the sister of Blake Stephens.

3780.   As a result of the attack, and the death of Blake Stephens, Plaintiffs Erin Lee Dructor, Trent Stephens, Kathleen Stephens, Derek Stephens, Rhett Stephens, Summer Stephens, and Brittani Hobson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 122.   THE MAY 9, 2007 ATTACK – AL-HILLAH

**The Conner Family**

3781.   Bradly D. Conner was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

3782.   On May 9, 2007, Bradly D. Conner, aged 41, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3783.   Bradly D. Conner was killed in the attack.

3784.   The weapon used to kill Bradly D. Conner was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3785.   Plaintiff Cynthia Conner is a citizen of the United States and domiciled in the State of Alabama. She is the widow of Bradly D. Conner.

3786.   As a result of the attack, and the death of Bradly D. Conner, Plaintiff Cynthia Conner has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's companionship, comfort, advice and counsel.

### 123.   THE MAY 11, 2007 ATTACK – AL ISKANDARIYAH

**The Farrar Family**

3787.   William A. Farrar was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

3788.   On May 11, 2007, William A. Farrar, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3789.   William A. Farrar was killed in the attack.

3790.   The weapon used to kill William A. Farrar was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3791.   Plaintiff William Farrar, Sr. is a citizen of the United States and domiciled in the State of California. He is the father of William A. Farrar.

3792.   Plaintiff William Farrar, Sr. brings an action individually and on behalf of the Estate of William A. Farrar, as its legal representative.

3793.   As a result of the attack, and the death of William A. Farrar, Plaintiff William Farrar, Sr. has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

### 124.    THE MAY 14, 2007 ATTACK – BAGHDAD

#### The Brooks Family

3794.   Plaintiff Joshua Brooks is a citizen of the United States and domiciled in the State of Tennessee.

3795.   On May 14, 2007, Joshua Brooks, then 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups hit the HMMWV in which he was traveling in Baghdad.

3796.   The weapon used to injure Joshua Brooks was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3797.   The blast shattered Mr. Brooks' left fibula.

3798.   Mr. Brooks also suffered tissue loss in his left leg, nerve and tendon damage in his left foot and ankle and scarring on his left foot.

3799.   Mr. Brooks has undergone over twenty surgeries to treat his injuries. His injuries have also necessitated extensive physical therapy.

3800.   Mr. Brooks was diagnosed with PTSD and a TBI. He has been prescribed medication and has sought counseling to treat the emotional impact of the attack.

3801.   As a result of the attack, and the injuries he suffered, Plaintiff Joshua Brooks has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3802.   Plaintiff Joyce Brooks is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of Joshua Brooks.

3803.   Plaintiff Danny Brooks is a citizen of the United States and domiciled in the State of Kentucky.  He is the father of Joshua Brooks.

3804.   Plaintiff Daniel Tyler Brooks is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Joshua Brooks.

3805.   As a result of the attack, and the injuries Joshua Brooks has suffered, Plaintiffs Joyce Brooks, Danny Brooks and Daniel Tyler Brooks have experienced severe mental anguish and extreme emotional pain and suffering.

### 125.   THE MAY 18, 2007 ATTACK – BAGHDAD

**The Brown Family**

3806.   Scott J. Brown was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

3807.   On May 18, 2007, Scott J. Brown, aged 33, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3808.   Scott J. Brown was killed in the attack.

3809.   The weapon used to kill Scott J. Brown was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3810.   Plaintiff Delilah Brown is a citizen of the United States and domiciled in the State of Tennessee. She is the widow of Scott J. Brown.

3811.   Plaintiff Delilah Brown brings an action individually and on behalf of the Estate of Scott J. Brown, as its legal representative.

3812.   As a result of the attack, and the death of Scott J. Brown, Plaintiff Delilah Brown has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

**126.**     **THE MAY 29, 2007 ATTACK – SADR CITY**

**The Kirby Family**

3813.   Plaintiff John Kirby is a citizen of the United States and domiciled in the State of Texas.

3814.   On May 29, 2007, John Kirby, then 31, was serving in the U.S. military in Iraq when he came under sniper fire by JAM Special Groups.

3815.   John Kirby was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3816.   As a result of the attack, Mr. Kirby was shot in the arm breaking his humerus in three places and later requiring an implant.

3817.   As a result of the attack, and the injuries he suffered, Plaintiff John Kirby has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**127.**     **THE JUNE 2, 2007 ATTACK – BAGHDAD**

**The Dressler Family**

3818.   Shawn E. Dressler was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

3819.   On June 2, 2007, Shawn E. Dressler, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3820.   Shawn E. Dressler was killed in the attack.

3821.   The weapon used to kill Shawn E. Dressler was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3822.   Plaintiff Tonya K. Dressler is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Shawn E. Dressler.

3823.   Plaintiff Ardith Cecil Dressler is a citizen of the United States and domiciled in the State of Arizona. He is the father of Shawn E. Dressler.

3824.   Plaintiff Melissa Dressler is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Shawn E. Dressler.

3825.   Plaintiff Tanya Suzzette Dressler is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Shawn E. Dressler.

3826.   Plaintiff Daniel Dressler is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Shawn E. Dressler.

3827.   Plaintiff James Dressler is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Shawn E. Dressler.

3828.   As a result of the attack, and the death of Shawn E. Dressler, Plaintiffs Tonya K. Dressler, Ardith Cecil Dressler, Melissa Dressler, Tanya Suzzette Dressler, Daniel Dressler and James Dressler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Brown Family**

3829.   Joshua D. Brown was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

3830.   On June 2, 2007, Joshua D. Brown, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3831.   Joshua D. Brown was killed in the attack.

3832.   The weapon used to kill Joshua D. Brown was a Hezbollah-designed and Iranian-

manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3833.   Plaintiff Elizabeth Masterson is a citizen of the United States and domiciled in the State of Michigan. She is the widow of Joshua D. Brown.

3834.   Plaintiff Elizabeth Masterson brings an action individually and on behalf of the Estate of Joshua D. Brown, as its legal representative.

3835.   Plaintiff Marian Brown is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Joshua D. Brown.

3836.   Plaintiff Wayne Brown is a citizen of the United States and domiciled in the State of Michigan. He is the father of Joshua D. Brown.

3837.   As a result of the attack, and the death of Joshua D. Brown, Plaintiffs Elizabeth Masterson, Marian Brown and Wayne Brown have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's society, companionship, comfort, advice and counsel.

### 128.   THE JUNE 5, 2007 ATTACK – KIRKUK

**The Balmer Family**

3838.   Ryan A. Balmer was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

3839.   On June 5, 2007, Ryan A. Balmer, aged 33, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3840.   Ryan A. Balmer was killed in the attack.

3841.   The weapon used to kill Ryan A. Balmer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using

specialized training and components supplied by Hezbollah and the IRGC.

3842.   Plaintiff Danielle Sweet is a citizen of the United States and domiciled in the State of Florida. She is the widow of Ryan A. Balmer.

3843.   Plaintiff Danielle Sweet brings an action individually and on behalf of the Estate of Ryan A. Balmer, as its legal representative.

3844.   Plaintiff A.B., a minor represented by his legal guardian Danielle Sweet, is a citizen of the United States and domiciled in the State of Florida. He is the son of Ryan A. Balmer.

3845.   Plaintiff G.B., a minor represented by her legal guardian Danielle Sweet, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Ryan A. Balmer.

3846.   As a result of the attack, and the death of Ryan A. Balmer, Plaintiffs Danielle Sweet, A.B. and G.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Kuglics Family**

3847.   Matthew J. Kuglics was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

3848.   On June 5, 2007, Matthew J. Kuglics, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3849.   Matthew J. Kuglics was killed in the attack.

3850.   The weapon used to kill Matthew J. Kuglics was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3851.   Plaintiff Donna Kuglics is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Matthew J. Kuglics.

588

3852.   Plaintiff Donna Kuglics brings an action individually and on behalf of the Estate of Matthew J. Kuglics, as its legal representative.

3853.   Plaintiff Les Kuglics is a citizen of the United States and domiciled in the State of Ohio. He is the father of Matthew J. Kuglics.

3854.   Plaintiff Emily Adams is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Matthew J. Kuglics.

3855.   As a result of the attack, and the death of Matthew J. Kuglics, Plaintiffs Donna Kuglics, Les Kuglics and Emily Adams have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 129.   THE JUNE 6, 2007 ATTACK – BAGHDAD

**The Gajdos Family**

3856.   Shawn D. Gajdos was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

3857.   On June 6, 2007, Shawn D. Gajdos, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3858.   Shawn D. Gajdos was killed in the attack.

3859.   The weapon used to kill Shawn D. Gajdos was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3860.   Plaintiff Derek Gajdos is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Shawn D. Gajdos.

3861.   Plaintiff Tammy DenBoer is a citizen of the United States and domiciled in the State of Michigan. She is the sister of Shawn D. Gajdos.

3862.   As a result of the attack, and the death of Shawn D. Gajdos, Plaintiffs Derek Gajdos and Tammy DenBoer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

### 130.   THE JUNE 8, 2007 ATTACK – BAGHDAD

**The Campbell Family**

3863.   Plaintiff Brandeaux Campbell is a citizen of the United States and domiciled in the State of Texas.

3864.   On June 8, 2007, Brandeaux Campbell, then 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3865.   The weapon used to injure Mr. Campbell was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3866.   Brandeaux Campbell was severely wounded in the attack resulting in a concussion; his forehead, mouth, and tongue being sliced open; and shrapnel lodged in both his shoulder and leg.

3867.   As a result of the attack, and the injuries he suffered, Plaintiff Brandeaux Campbell has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**The Wilson Family**

3868.   Plaintiff Ryan Wilson is a citizen of the United States and domiciled in the State of Florida.

3869.   On June 8, 2007, Ryan Wilson was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3870.   The weapon used to injure Mr. Wilson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3871.   Ryan Wilson was wounded in the attack resulting in shrapnel wounds to his right arm.

3872.   As a result of the attack, and the injuries he suffered, Plaintiff Ryan Wilson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3873.   Plaintiff Jami Lin Wilson is a citizen of the United States and domiciled in the State of Florida. She is the wife of Ryan Wilson.

3874.   As a result of the attack, and the injuries Ryan Wilson has suffered, Plaintiff Jami Lin Wilson has experienced severe mental anguish and extreme emotional pain and suffering.

### 131.   THE JUNE 10, 2007 ATTACK – BAGHDAD

**The Lammers Family**

3875.   Plaintiff Matthew Lammers is a citizen of the United States and domiciled in the State of North Carolina.

3876.   On June 10, 2007, Matthew Lammers, then 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3877.   Matthew Lammers was injured in the attack.

3878.   The weapon used to injure Matthew Lammers was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

591

3879.   As a result of the attack, Matthew Lammers' left hand was completely severed. Both of his legs were nearly severed below his kneecaps.

3880.   His femoral arteries had been cut, and he lost a significant amount of blood.

3881.   After the attack, Mr. Lammers began to asphyxiate due to his lungs filling with bodily fluids. He remained conscious while this occurred.

3882.   Mr. Lammers' injuries necessitated that he undergo surgery to fully amputate both of his legs below the knees. He has been rendered a triple amputee.

3883.   He underwent multiple procedures and frequent wound cleanings. His treatment included debridement of muscle tissue.

3884.   Mr. Lammers has prosthetics to assist with the use of his left hand. He must use a wheelchair to ambulate.

3885.   He has experienced and continues to experience severe phantom limb pain and pain in his back.

3886.   Mr. Lammers has undergone extensive physical therapy.

3887.   He has been diagnosed with a TBI.

3888.   Mr. Lammers has also been diagnosed with PTSD and depression and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

3889.   Mr. Lammers continues to experience pain and emotional distress each day, and he receives continuing treatment for his injuries.

3890.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew Lammers has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3891.   Plaintiff Alicia Lammers is a citizen of the United States and domiciled in the state of North Carolina. She is the wife of Matthew Lammers.

3892.   Plaintiff Barbara Lammers is a citizen of the United States and domiciled in the state of Kansas. She is the mother of Matthew Lammers.

3893.   Plaintiff Gary Lammers is a citizen of the United States and domiciled in the state of Kansas. He is the father of Matthew Lammers.

3894.   Plaintiff Stacy Pate is a citizen of the United States and domiciled in the state of Kansas. She is the sister of Matthew Lammers.

3895.   As a result of the attack, and the injuries Matthew Lammers has suffered, Plaintiffs Alicia Lammers, Barbara Lammers, Gary Lammers and Stacy Pate have experienced severe mental anguish and extreme emotional pain and suffering.

**The Gomez Family**

3896.   Plaintiff Angel Gomez is a citizen of the United States and domiciled in the State of Texas.

3897.   On June 10, 2007, Angel Gomez, then 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

3898.   The weapon used to injure Angel Gomez was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3899.   The blast injured Mr. Gomez's right leg, necessitating its amputation below the knee.

3900.   Mr. Gomez sustained shrapnel to his back, which resulted in complete muscle atrophy in his back.

3901.   He was wearing Interceptor Body Armor ("IBA"), which included ballistic plates to protect his abdomen. The shrapnel hit the IBA plates, which slit Mr. Gomez's abdomen open and caused internal injuries.

3902.   Mr. Gomez was also diagnosed with a concussion, a TBI, and PTSD.

3903.   Mr. Gomez lived in a hospital for a year and a half while receiving treatment and undergoing numerous surgeries. He has been prescribed medication to treat his injuries.

3904.   As a result of the attack, and the injuries he suffered, Plaintiff Angel Gomez has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 132.   THE JUNE 11, 2007 ATTACK – BAGHDAD

**The Payne Family**

3905.   Cameron K. Payne was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

3906.   On June 11, 2007, Cameron K. Payne, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3907.   Cameron K. Payne was killed in the attack.

3908.   The weapon used to kill Cameron K. Payne was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3909.   Plaintiff Denise Jackson is a citizen of the United States and domiciled in the State of California. She is the mother of Cameron K. Payne.

594

3910.   As a result of the attack, and the death of Cameron K. Payne, Plaintiff Denise Jackson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 133.   THE JUNE 13, 2007 ATTACK - SCANIA

**The Parker Family**

3911.   Richard Parker was a citizen of the United States and domiciled in the State of Maine when he was killed in Iraq.

3912.   On June 13, 2007, Richard Parker, aged 26, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3913.   Richard Parker died on June 14, 2007 as a result of injuries sustained in the attack.

3914.   The weapon used to kill Richard Parker was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3915.   Plaintiff Scott Hood is a citizen of the United States and domiciled in the State of Maine. He is the father of Richard Parker.

3916.   Plaintiff Flora Hood is a citizen of the United States and domiciled in the State of Maine. She is the stepmother of Richard Parker.

3917.   Plaintiff Dixie Flagg is a citizen of the United States and domiciled in the State of Maine. She is the mother of Richard Parker.

3918.   Plaintiff Stephanie Hood is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

3919.   Plaintiff Cheyenne Flagg is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

3920.   Plaintiff William Parker is a citizen of the United States and domiciled in the State of Maine. He is the brother of Richard Parker.

3921.   Plaintiff Meghan Parker-Crockett is a citizen of the United States and domiciled in the State of Maine. She is the sister of Richard Parker.

3922.   As a result of the attack, and the death of Richard Parker, Plaintiffs Scott Hood, Flora Hood, Dixie Flagg, Stephanie Hood, Cheyenne Flagg, William Parker, and Meghan Parker-Crockett have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 134.   THE JUNE 14, 2007 ATTACK – SCANIA

**The Moores Family**

3923.   Plaintiff Andrew Moores is a citizen of the United States and domiciled in the State of Maine.

3924.   On June 14, 2007, Andrew Moores, then 23, was serving in the United States military in Iraq. Mr. Moores was the truck commander in a gun truck that was part of a convoy tasked with escorting military vehicles between Kuwait and Iraq, when an EFP emplaced by Special Groups detonated near his vehicle.

3925.   The weapon used to injure Andrew Moores was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3926.   As a result of the attack, Andrew Moores sustained shrapnel in his left hand and suffered injury to his right shoulder, which necessitated surgery and physical therapy. He experiences limitations on his shoulder movement to this day.

3927.   Mr. Moores also injured his neck as a result of the attack and takes medication for pain.

3928.   Andrew Moores was diagnosed with PTSD, for which he sought counseling. He takes medication for his PTSD, as well as medication for the sleep issues he experiences stemming from the attack.

3929.   As a result of the attack, and the injuries he suffered, Plaintiff Andrew Moores has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 135.   THE JUNE 17, 2007 ATTACK – BAGHDAD

**The Tracy Family**

3930.   Jacob Tracy was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

3931.   On June 17, 2007, Jacob Tracy, aged 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

3932.   Jacob Tracy was injured in the attack and died on June 18, 2007 from the injuries he sustained in the attack.

3933.   The weapon used to kill Jacob Tracy was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3934.   Plaintiff Sheila Tracy is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Jacob Tracy.

3935.   Plaintiff Sheila Tracy brings an action individually and on behalf of the Estate of Jacob Tracy, as its legal representative.

3936. Plaintiff Donald Tracy is a citizen of the United States and domiciled in the State of Illinois. He is the father of Jacob Tracy.

3937. Plaintiff Nichole Sweeney is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Jacob Tracy.

3938. Plaintiff Christina Sheridan is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Jacob Tracy.

3939. As a result of the attack, and the death of Jacob Tracy, Plaintiffs Sheila Tracy, Donald Tracy, Nichole Sweeney, and Christina Sheridan have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Benson Family**

3940. Plaintiff Matthew Benson is a citizen of the United States and domiciled in the State of Arizona.

3941. On June 17, 2007, Matthew Benson, then 28, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

3942. The weapon used to injure Matthew Benson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3943. As a result of the attack, Matthew Benson sustained a skull fracture.

3944. Copper shavings were embedded in his body.

3945. Mr. Benson also sustained burns and bruising on his back as well as lacerations to his hands, face, and head.

3946.   He has experienced severe headaches.

3947.   Mr. Benson has been diagnosed with PTSD.

3948.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew Benson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

3949.   Plaintiff Melissa Benson is a citizen of the United States and domiciled in the State of Arizona. She is the wife of Matthew Benson.

3950.   Plaintiff C.B., a minor represented by his legal guardian, Matthew Benson, is a citizen of the United States and domiciled in the State of Arizona. He is the son of Matthew Benson.

3951.   Plaintiff B.B., a minor represented by his legal guardian, Matthew Benson, is a citizen of the United States and domiciled in the State of Arizona. He is the son of Matthew Benson.

3952.   Plaintiff Daniel P. Benson is a citizen of the United States and domiciled in the State of Kansas. He is the father of Matthew Benson.

3953.   Plaintiff Carol Benson is a citizen of the United States and domiciled in the State of Kansas. She is the mother of Matthew Benson.

3954.   Plaintiff Daniel R. Benson is a citizen of the United States and domiciled in the State of Kansas. He is the brother of Matthew Benson.

3955.   As a result of the attack, and the injuries Matthew Benson has suffered, Plaintiffs Melissa Benson, C.B., B.B., Daniel P. Benson, Carol Benson and Daniel R. Benson have experienced severe mental anguish, and extreme emotional pain and suffering.

3956.   Plaintiff Matthew Benson was discharged from the U.S. military on January 1, 2019.

### 136.    THE JUNE 20, 2007 ATTACK – BAGHDAD

**The Raymond Family**

3957.   Plaintiff Andrew James Raymond is a citizen of the United States and domiciled in the State of New York.

3958.   On June 20, 2007, Andrew James Raymond, then 48, was serving in the U.S. military in Iraq when his base came under attack from 107mm rockets.

3959.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3960.   Andrew James Raymond was injured in the attack when the rockets struck the building in which he was situated.

3961.   As a result of the attack, Mr. Raymond suffered hearing loss and tinnitus.

3962.   He was subsequently diagnosed with PTSD.

3963.   As a result of the attack, and the injuries he suffered, Plaintiff Andrew James Raymond has experienced physical and mental anguish and extreme emotional pain and suffering.

3964.   Plaintiff Andrew James Raymond was discharged from the U.S. military on June 1, 2013.

### 137.    THE JUNE 21, 2007 ATTACK – BAGHDAD

**The Spencer Family**

3965.   Raymond N. Spencer was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

3966.   On June 21, 2007, Raymond N. Spencer, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3967.   Raymond N. Spencer was killed in the attack.

3968.   The weapon used to kill Raymond N. Spencer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3969.   Plaintiff Raymond Nigel Spencer, Sr. is a citizen of the United States and domiciled in the State of Idaho. He is the father of Raymond N. Spencer.

3970.   Plaintiff Sylvia Johnson Spencer is a citizen of the United States and domiciled in the State of Idaho. She is the stepmother of Raymond N. Spencer.

3971.   As a result of the attack, and the death of Raymond N. Spencer, Plaintiffs Raymond Nigel Spencer, Sr. and Sylvia Johnson Spencer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### 138.   THE JUNE 23, 2007 ATTACK – BAGHDAD

**The Moody Family**

3972.   Michael Dean Moody, Jr. was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

3973.   On June 23, 2007, Michael Dean Moody, Jr., aged 21, was serving in the U.S. military in Iraq when an IED emplaced by JAM Special Groups detonated near his vehicle while he was patrolling south of Sadr City. The IED strike was followed by small arms fire in the vicinity of the explosion.

3974.   Michael Dean Moody, Jr. was killed in the attack.

3975.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

3976.   Plaintiff Michael Dean Moody, Sr. is a citizen of the United States and domiciled in the State of Virginia. He is the father of Michael Dean Moody, Jr.

3977.   Plaintiff Michael Dean Moody, Sr. brings an action individually and on behalf of the Estate of Michael Dean Moody, Jr., as its legal representative.

3978.   Plaintiff Connie Moody is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Michael Dean Moody, Jr.

3979.   Plaintiff Kedrick Dante Moody is a citizen of the United States and domiciled in the State of Virginia. He is the brother of Michael Dean Moody, Jr.

3980.   As a result of the attack, and the death of Michael Dean Moody, Jr., Plaintiffs Michael Dean Moody, Sr., Connie Moody, and Kedrick Dante Moody have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 139.   THE JUNE 25, 2007 ATTACK – BAGHDAD

**The Edwards Family**

3981.   Plaintiff Drew Edwards is a citizen of the United States and domiciled in the State of Missouri.

3982.   On June 25, 2007, Drew Edwards, then 22, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

3983.   The weapon used to injure Drew Edwards was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3984.   As a result of the attack, Drew Edwards suffered an injury to his neck.

3985.   Mr. Edwards has been diagnosed with a TBI.

3986.   He was also diagnosed with PTSD. He has been prescribed medication to address the emotional impact of the attack.

3987.   As a result of the attack, and the injuries he suffered, Plaintiff Drew Edwards has experienced physical injury, severe mental anguish and extreme emotional pain and suffering.

3988.   Plaintiff Donielle Edwards is a citizen of the United States and domiciled in the State of Missouri. She is the wife of Drew Edwards.

3989.   As a result of the attack, and the injuries Drew Edwards has suffered, Plaintiff Donielle Edwards has experienced severe mental anguish and extreme emotional pain and suffering.

**The Craig Family**

3990.   Andre Craig, Jr. was a citizen of the United States and domiciled in the State of Connecticut when he was killed in Iraq.

3991.   On June 25, 2007, Andre Craig, Jr., aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

3992.   Andre Craig, Jr. was killed in the attack.

3993.   The weapon used to kill Andre Craig, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

3994.   Plaintiff Arifah Hardy is a citizen of the United States and domiciled in the State of Connecticut. She was the fiancée of Andre Craig, Jr.

3995.   Plaintiff T.C., a minor represented by her legal guardian, Arifah Hardy, is a citizen of the United States and domiciled in the State of Connecticut. She is the daughter of Andre Craig, Jr.

3996.   Plaintiff Aundra Craig is a citizen of the United States and domiciled in the State of Connecticut. He is the father of Andre Craig, Jr.

3997.   Plaintiff Joyce Craig is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Andre Craig, Jr.

3998.   Plaintiff Debra Cook-Russell is a citizen of the United States and domiciled in the State of Connecticut. She is the sister of Andre Craig, Jr.

3999.   Plaintiff Nashima Williams Craig is a citizen of the United States and domiciled in the State of Connecticut. She is the sister of Andre Craig, Jr.

4000.   Plaintiff Matthew Craig is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

4001.   Plaintiff Jonathan Craig is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

4002.   Plaintiff Andre Brown is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

4003.   Plaintiff Michael Cook is a citizen of the United States and domiciled in the State of Connecticut. He is the brother of Andre Craig, Jr.

4004.   Plaintiff Valencia Cook is a citizen of the United States and domiciled in the State of Connecticut. She is the sister of Andre Craig, Jr.

4005.   As a result of the attack, and the death of Andre Craig, Jr., Plaintiffs Aundra Craig, Joyce Craig, Debra Cook-Russell, Nashima Williams Craig, Matthew Craig, Jonathan Craig,

Andre Brown, Michael Cook and Valencia Cook have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their fiancée's/father's/son's/brother's society, companionship, comfort, advice and counsel.

### 140.   THE JUNE 28, 2007 ATTACK – BAGHDAD

**The Crow Family**

4006.   William J. Crow was a citizen of the United States and domiciled in the State of Kansas when he was killed in Iraq.

4007.   On June 28, 2007, William J. Crow, aged 28, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4008.   William J. Crow died on June 28, 2007 as a result of injuries sustained in the attack.

4009.   The weapon used to kill William J. Crow was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4010.   Plaintiff Katherine M. Crow is a citizen of the United States and domiciled in the State of Texas. She is the widow of William J. Crow.

4011.   Plaintiff Katherine M. Crow brings an action individually and on behalf of the Estate of William J. Crow, as its legal representative.

4012.   Plaintiff K.A.C., a minor represented by her legal guardian, Katherine M. Crow, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of William J. Crow.

4013.   Plaintiff K.E.C., a minor represented by her legal guardian, Katherine M. Crow, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of William J. Crow.

4014.   Plaintiff Candace Cathryn Hudson is a citizen of the United States and domiciled in the State of Florida. She is the sister of William J. Crow.

4015.   Kathryn Ann Mondini was a citizen of the United States at the time of the death of William J. Crow. She was the mother of William J. Crow. She died on April 18, 2014.

4016.   Plaintiff Candace Cathryn Hudson brings an action individually and on behalf of the Estate of Kathryn Ann Mondini, as its legal representative.

4017.   As a result of the attack, and the death of William J. Crow, the late Kathryn Ann Mondini experienced, and Plaintiffs Katherine M. Crow, K.A.C., K.E.C. and Candace Cathryn Hudson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/husband's/father's/brother's society, companionship, comfort, advice and counsel.

### 141.   THE JUNE 29, 2007 ATTACK – BAGHDAD

**The Adair Family**

4018.   James L. Adair was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4019.   One June 29, 2007, James L. Adair, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4020.   James L. Adair was killed in the attack.

4021.   The weapon used to kill James L. Adair was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4022.   Plaintiff Amanda B. Adair is a citizen of the United States and domiciled in the State of Texas. She is the sister of James L. Adair.

4023.   As a result of the attack, and the death of James L. Adair, Plaintiff Amanda B. Adair

606

has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

## 142.   THE JUNE 30, 2007 ATTACK – BAGHDAD

**The Tutwiler Family**

4024.   Plaintiff Patrick Tutwiler is a citizen of the United States and domiciled in the State of Tennessee.

4025.   On June 30, 2007, Patrick Tutwiler was serving in the U.S. military in Iraq when he came under sniper fire by JAM Special Groups terror operatives.

4026.   As a result of the attack, Mr. Tutwiler was shot through the face and neck.

4027.   Patrick Tutwiler was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4028.   As a result of the attack, and the injuries he suffered, Plaintiff Patrick Tutwiler has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4029.   Plaintiff Crystal Tutwiler is a citizen of the United States and domiciled in the State of Tennessee. She is the wife Patrick Tutwiler.

4030.   As a result of the attack, and the injuries suffered by Patrick Tutwiler, Plaintiff Crystal Tutwiler has experienced severe mental anguish, and extreme emotional pain and suffering.

## 143.   THE JULY 5, 2007 ATTACK – BAGHDAD

**The Ring Family**

4031.   Michelle R. Ring was a citizen of the United States and domiciled in the State of Oregon when she was killed in Iraq.

4032.   On July 5, 2007, Michelle R. Ring, aged 26, was serving in the U.S. military when she was killed in a mortar attack perpetrated by JAM Special Groups terror operatives.

4033.   Michelle R. Ring was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4034.   Plaintiff Shirley Stearns is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Michelle R. Ring.

4035.   Plaintiff John Stearns is a citizen of the United States and domiciled in the State of Oregon. He is the father of Michelle R. Ring.

4036.   Plaintiffs Shirley Stearns and John Stearns bring an action individually and on behalf of the Estate of Michelle R. Ring, as its legal representatives.

4037.   Plaintiff Karen Hall is a citizen of the United States and domiciled in the State of Alaska. She is the sister of Michelle R. Ring.

4038.   Plaintiff Marilyn Haybeck is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Michelle R. Ring.

4039.   Plaintiff Marc Stearns is a citizen of the United States and domiciled in the State of Oregon. He is the son of Michelle R. Ring.

4040.   James Cole is a citizen of the United States and domiciled in the State of Tennessee. He was the ex-husband of Michelle R. Ring and is the legal guardian of Plaintiff B.C., a minor. James Cole brings an action solely on behalf of Plaintiff B.C., a minor.

4041.   Plaintiff B.C., a minor represented by his legal guardian, James Cole, is a citizen of the United States and is domiciled in the State of Tennessee. He is the son of Michelle R. Ring.

4042.   As a result of the attack, and the death of Michelle R. Ring, Plaintiffs Shirley Stearns, John Stearns, Karen Hall, Marilyn Haybeck, Marc Stearns and B.C. have experienced

severe mental anguish, extreme emotional pain and suffering, and loss of their daughter's/sister's/mother's society, companionship, comfort, advice and counsel.

**144.** **THE JULY 6, 2007 ATTACK – BAGHDAD**

**The Lamie Family**

4043.   Gene Lamie was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

4044.   On July 6, 2007, Gene Lamie, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4045.   Gene Lamie was killed in the attack.

4046.   The weapon used to kill Gene Lamie was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4047.   Plaintiff John D. Lamie is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Gene Lamie.

4048.   As a result of the attack, and the death of Gene Lamie, Plaintiff John D. Lamie has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

**145.** **THE JULY 6, 2007 ATTACK – BAGHDAD**

**The Lewis Family**

4049.   Jason Dale Lewis was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

4050.   On July 6, 2007, Jason Dale Lewis, aged 30, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4051.   Jason Dale Lewis was killed in the attack.

4052.   The weapon used to kill Jason Dale Lewis was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4053.   Plaintiff Donna Lewis is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Jason Dale Lewis.

4054.   Plaintiff Donna Lewis brings an action individually and on behalf of the Estate of Jason Dale Lewis, as its legal representative.

4055.   Plaintiff J.L., a minor represented by his legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jason Dale Lewis.

4056.   Plaintiff J.L., a minor represented by his legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. He is the son of Jason Dale Lewis.

4057.   Plaintiff G.L., a minor represented by her legal guardian Donna Lewis, is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Jason Dale Lewis.

4058.   Plaintiff Jean Mariano is a citizen of the United States and domiciled in the State of Connecticut. She is the mother of Jason Dale Lewis.

4059.   As a result of the attack, and the death of Jason Dale Lewis, Plaintiffs Donna Lewis, J.L., J.L., G.L. and Jean Mariano have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's society, companionship, comfort, advice and counsel.

**The McRill Family**

4060.   Robert McRill was a citizen of the United States and domiciled in the State of

610

Virginia when he was killed in Iraq.

4061.   On July 6, 2007, Robert McRill, aged 42, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4062.   Robert McRill was killed in the attack.

4063.   The weapon used to kill Robert McRill was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4064.   Plaintiff Katherine McRill-Fellini is a citizen of the United States and domiciled in the State of Virginia. She is the widow of Robert McRill.

4065.   Plaintiff Katherine McRill-Fellini brings an action individually and on behalf of the Estate of Robert McRill, as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

4066.   Plaintiff Brett Coke is a citizen of the United States and domiciled in the State of New York. He is the stepson of Robert McRill.

4067.   Plaintiff Brian Coke is a citizen of the United States and domiciled in the State of Virginia. He is the stepson of Robert McRill.

4068.   Plaintiff Ronald McRill is a citizen of the United States and domiciled in the State of California. He is the brother of Robert McRill.

4069.   As a result of the attack, and the death of Robert McRill, Plaintiffs Katherine McRill-Fellini, Brett Coke, Brian Coke and Ronald McRill have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/brother's society, companionship, comfort, advice and counsel.

146.   **THE JULY 6, 2007 ATTACK – BAGHDAD**

**The Mergele Family**

4070.   Plaintiff Matthew L. Mergele is a citizen of the United States and domiciled in the State of Tennessee.

4071.   On July 6, 2007, Matthew L. Mergele was serving in the U.S. military in Iraq when an IED emplaced by JAM Special Groups terror operatives detonated while he was on a dismounted patrol near Rustimaya.

4072.   Matthew L. Mergele was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4073.   As a result of the attack, Mr. Mergele was blown back by the blast. He suffered difficulty hearing in his left ear, ringing in his ears and headaches.

4074.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew L. Mergele has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4075.   Plaintiff Matthew L. Mergele was discharged from the U.S. military on January 1, 2019.

147.   **THE JULY 7, 2007 ATTACK – BAGHDAD**

**The Miller Family**

4076.   Mikeal Miller was a citizen of the United States and domiciled in the State of Oregon when he was injured in Iraq.

4077.   On July 7, 2007, Mikeal Miller, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4078.   Mikeal Miller was severely injured in the attack when shrapnel went through his left eye and lodged in the back of his head.

612

4079.   Mr. Miller never regained consciousness after the attack.

4080.   He remained in a coma and died on January 27, 2008 as a result of the attack.

4081.   The weapon used to kill Mikeal Miller was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4082.   Plaintiff Rene Pool is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Mikeal Miller.

4083.   As a result of the attack, and the death of Mikeal Miller, Plaintiff Rene Pool has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 148.   THE JULY 11, 2007 ATTACK – BAGHDAD

**The Hollcroft Family**

4084.   Plaintiff Derek Allen Hollcroft is a citizen of the United States and domiciled in the State of Florida.

4085.   On July 11, 2007, Derek Allen Hollcroft, then 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle

4086.   The weapon used to injure Derek Allen Hollcroft was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4087.   As a result of the attack, Derek Allen Hollcroft sustained a TBI and post-concussion syndrome that has caused frequent chronic headaches and migraines and affected his memory.

4088.   As a result of the attack, and the injuries he suffered, Derek Allen Hollcroft has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 149.    THE JULY 17, 2007 ATTACK – BAGHDAD

**The Bobb Family**

4089.   Brandon K. Bobb was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

4090.   On July 17, 2007, Brandon K. Bobb, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4091.   Brandon K. Bobb was killed in the attack.

4092.   The weapon used to kill Brandon K. Bobb was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4093.   Plaintiff Paula C. Bobb-Miles is a citizen of the United States and domiciled in the State of Texas. She is the mother of Brandon K. Bobb.

4094.   Plaintiff Paula C. Bobb-Miles brings an action individually and on behalf of the Estate of Brandon K. Bobb, as its legal representative.

4095.   Plaintiff Johnny Javier Miles, Sr. is a citizen of the United States and domiciled in the State of Texas. He is the stepfather of Brandon K. Bobb.

4096.   Plaintiff Johnny Javier Miles, Jr. is a citizen of the United States and domiciled in the State of Texas. He is the brother of Brandon K. Bobb.

4097.   Plaintiff Racquel Arnae Bobb Miles is a citizen of the United States and domiciled in the State of Texas. She is the sister of Brandon K. Bobb.

4098.   As a result of the attack, and the death of Brandon K. Bobb, Plaintiffs Paula C. Bobb-Miles, Johnny Javier Miles, Sr., Johnny Javier Miles, Jr. and Racquel Arnae Bobb Miles

614

have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Joshua Family**

4099.   Ron J. Joshua, Jr. was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4100.   On July 17, 2007, Ron J. Joshua, Jr., aged 19, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4101.   Ron J. Joshua, Jr. was killed in the attack.

4102.   The weapon used to kill Ron J. Joshua, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4103.   Plaintiff Ursula Ann Joshua is a citizen of the United States and domiciled in the State of New Mexico. She is the mother of Ron J. Joshua, Jr.

4104.   Plaintiff Ursula Ann Joshua brings an action individually and on behalf of the Estate of Ron J. Joshua, Jr. as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

4105.   As a result of the attack, and the death of Ron J. Joshua, Jr., Plaintiff Ursula Ann Joshua has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**150.**   **THE JULY 17, 2007 ATTACK – SADR CITY**

**The Harrelson Family**

4106.   James J. Harrelson was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

4107.   On July 17, 2007, James J. Harrelson, aged 19, was serving in the United States military in Iraq when JAM-Special Groups detonated an IED near his vehicle in Sadr City, Baghdad.

4108.   James J. Harrelson was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4109.   Plaintiff Tammy Kinney is a citizen of the United States and domiciled in the State of Alabama. She is the mother of James J. Harrelson.

4110.   As a result of the attack, and the death of James J. Harrelson, Plaintiff Tammy Kinney has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

**The Price Family**

4111.   Plaintiff Daniel Price is a citizen of the United States and domiciled in the State of Illinois.

4112.   On July 17, 2007, Daniel Price, then 20, was serving in the United States military in Iraq when JAM-Special Groups detonated an IED near his vehicle in Sadr City, Baghdad.

4113.   Daniel Price was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4114.   As a result of the attack, Mr. Price suffered shrapnel wounds to his face that cut his tear duct. He also suffered a fractured leg.

4115.   Mr. Price also suffers from a TBI and PTSD.

4116.   As a result of the attack, and the injuries he suffered, Plaintiff Daniel Price has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4117.   Plaintiff Steven Price is a citizen of the United States and domiciled in the State of Tennessee. He is the brother of Daniel Price.

4118.   As a result of the attack and the injuries Daniel Price suffered, Plaintiff Steven Price has experienced severe mental anguish and extreme emotional pain and suffering.

**The Aieti Family**

4119.   Plaintiff Tausolo Aieti is a citizen of the United States and domiciled in the State of Nevada.

4120.   On July 17, 2007, Tausolo Aieti, then 20, was serving in the United States military in Iraq when JAM-Special Groups detonated an IED near his vehicle in Sadr City, Baghdad.

4121.   Tausolo Aieti was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4122.   As a result of the attack, Mr. Aieti suffered a broken leg.

4123.   Mr. Aieti also suffers from a TBI and PTSD.

4124.   As a result of the attack, and the injuries he suffered, Plaintiff Tausolo Aieti has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4125.   Plaintiff Imo Aieti is a citizen of the United States and domiciled in the State of Texas. He is the brother of Tausolo Aieti.

4126.   Plaintiff Lisi Aieti is a citizen of the United States and domiciled in the State of Utah. She is the sister of Tausolo Aieti.

4127.   Plaintiff Poloka Aieti is a citizen of the United States and domiciled in the State of Utah. He is the brother of Tausolo Aieti.

4128.   As a result of the attack, and the injuries suffered by Tausolo Aieti, Plaintiffs Imo Aieti, Lisi Aieti and Poloka Aieti have experienced severe mental anguish, and extreme emotional pain and suffering.

4129.   Plaintiff Tausolo Aieti was discharged from the U.S. military on April 28, 2012.

**151.   THE JULY 17, 2007 ATTACK – BAGHDAD**

**The Bouten Family**

4130.   Plaintiff Christopher Bouten is a citizen of the United States and domiciled in the State of Kentucky.

4131.   On July 17, 2007, Christopher Bouten was serving in the United States military in Iraq when he was injured during a mortar attack launched by JAM Special Groups terror operatives in the Kamaliyah neighborhood in eastern Baghdad.

4132.   Christopher Bouten was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4133.   As a result of the attack, Mr. Bouten suffered shrapnel wounds to his back, neck and leg.

4134.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Bouten has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4135.   Plaintiff Erin Bouten is a citizen of the United States and domiciled in the State of Kentucky. She is the wife of Christopher Bouten.

4136.   As a result of the attack and the injuries Christopher Bouten suffered, Plaintiff Erin Bouten has experienced severe mental anguish and extreme emotional pain and suffering.

4137.   Plaintiff Christopher Bouten was discharged from the U.S. military on October 20, 2017.

152.   **THE JULY 19, 2007 ATTACK – HUSSEINYAH**

**The Dudek Family**

4138.   Plaintiff Daniel Dudek is a citizen of the United States and domiciled in the State of Washington.

4139.   On July 19, 2007, Daniel Dudek was serving in the U.S. military in Iraq.

4140.   Mr. Dudek was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4141.   The weapon used to injure Mr. Dudek was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4142.   As a result of the attack, Mr. Dudek suffers from limited paralysis in his hips and legs, and complete paralysis in both of his ankles and feet. He also has a Lumbar 3/4 cauda equina with no glute muscles and no ability to move the muscles in his calf/ankles/feet and has reduced feeling in his legs down to his ankles. He also has a deep shrapnel hole in his back and pieces of fragmentation all throughout his left arm, hips, and buttocks area.

4143.   As a result of the attack, and the injuries he suffered, Plaintiff Daniel Dudek has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4144.   Plaintiff Margaret Dudek is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Daniel Dudek.

4145.   Plaintiff Katie Woodard is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Daniel Dudek.

4146.   Plaintiff Sarah Dudek is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Daniel Dudek.

4147.   Plaintiff Andrew Dudek is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Daniel Dudek.

4148.   As a result of the attack, and the injuries suffered by Daniel Dudek, Plaintiffs Margaret Dudek, Katie Woodard, Sarah Dudek and Andrew Dudek have experienced severe mental anguish, and extreme emotional pain and suffering.

4149.   Plaintiff Daniel Dudek was discharged from the U.S. military on January 1, 2019.

**153.   THE JULY 23, 2007 ATTACK – BAGHDAD**

**The Florexil Family**

4150.   Camy Florexil was a citizen of the United States and domiciled in the State of Pennsylvania when he was injured in Iraq.

4151.   On July 23, 2007, Camy Florexil, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4152.   Camy Florexil was injured in the attack and died on July 24, 2007 from the injuries he sustained in the attack.

4153.   The weapon used to kill Camy Florexil was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4154.   Plaintiff Emanuela Florexil is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Camy Florexil.

4155.   Plaintiff Emanuela Florexil brings an action individually and on behalf of the Estate of Camy Florexil, as its legal representative.

4156.   As a result of the attack, and the death of Camy Florexil, Plaintiff Emanuela Florexil has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her brother's society, companionship, comfort, advice and counsel.

### 154.   THE JULY 24, 2007 ATTACK – BAGHDAD

**The Miller Family**

4157.   Plaintiff Joseph T. Miller is a citizen of the Unites States and domiciled in the State of Ohio.

4158.   On July 24, 2007, Joseph T. Miller was serving in the U.S. military in Iraq.

4159.   Mr. Miller was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4160.   The weapon used to injure Mr. Miller was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4161.   As a result of the attack, Mr. Miller suffered a ruptured left ear drum, a TBI and post-concussive syndrome.

4162.   As a result of the attack, and the injuries he suffered, Plaintiff Joseph T. Miller has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 155.   THE JULY 24, 2007 ATTACK – UMM QASR

**The Harrington Family**

4163.   Plaintiff Sean Harrington is a citizen of the United States and domiciled in the State of Pennsylvania.

4164.   On July 24, 2007, Sean Harrington, then 22, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling outside of Umm Qasr.

4165.   The weapon used to injure Sean Harrington was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4166.   Shrapnel from the EFP struck Sean Harrington's head and face, and copper from the EFP's liner remains fused to his face.

4167.   The impacting shrapnel has resulted in a partial loss of sight in his right eye and most of his hearing in his right ear.

4168.   Mr. Harrington has been diagnosed with a TBI. Medication has been prescribed to address this condition. He continues to endure migraines as a result of the attack.

4169.   Mr. Harrington was also diagnosed with PTSD a result of the attack, for which he has received treatment.

4170.   As a result of the attack, and the injuries he suffered, Plaintiff Sean Harrington has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**156.   THE JULY 31, 2007 ATTACK – BAGHDAD**

**The Heinlein Family**

4171.   Charles T. Heinlein, Jr. was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

4172.   On July 31, 2007, Charles T. Heinlein, Jr., aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4173.   Charles T. Heinlein, Jr. was killed in the attack.

4174.   The weapon used to kill Charles T. Heinlein, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4175.   Plaintiff Jessica Heinlein is a citizen of the United States and domiciled in the State of Washington. She is the widow of Charles T. Heinlein, Jr.

4176.   Plaintiff Jessica Heinlein brings an action individually and on behalf of the Estate of Charles T. Heinlein, Jr., as its legal representative.

4177.   Plaintiff Charles Heinlein, Sr. is a citizen of the United States and domiciled in the State of Michigan. He is the father of Charles T. Heinlein, Jr.

4178.   Plaintiff Jody Lyn Heinlein is a citizen of the United States and domiciled in the State of Texas. She is the sister of Charles T. Heinlein, Jr.

4179.   As a result of the attack, and the death of Charles T. Heinlein, Jr., Plaintiffs Jessica Heinlein, Charles Heinlein, Sr. and Jody Lyn Heinlein have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

**The Jairala Family**

4180.   Alfred H. Jairala was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

4181.   On July 31, 2007, Alfred H. Jairala, aged 29, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

4182.   Alfred H. Jairala was killed in the attack.

4183.   The weapon used to kill Alfred H. Jairala was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4184.   Plaintiff Margarita Aristizabal is a citizen of the United States and domiciled in the State of Florida. She is the widow of Alfred H. Jairala.

4185.   Plaintiff Margarita Aristizabal brings an action individually and on behalf of the Estate of Alfred H. Jairala, as its legal representative.

4186.   Plaintiff J.J., a minor represented by her legal guardian, Margarita Aristizabal, is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Alfred H. Jairala.

4187.   Plaintiff Sebastian Niuman is a citizen of the United States and domiciled in the State of Florida. He is the stepson of Alfred H. Jairala.

4188.   As a result of the attack, and the death of Alfred H. Jairala, Plaintiffs Margarita Aristizabal, J.J., and Sebastian Niuman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### 157.   THE AUGUST 6, 2007 ATTACK – BAGHDAD

**The Neiberger Family**

4189.   Christopher Neiberger was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

4190.   On August 6, 2007, Christopher Neiberger, aged 22, was serving in the United States military in Iraq when an EFP emplaced by JAM Special Groups detonated near his vehicle in Baghdad.

4191.   Christopher Neiberger was killed in the attack.

4192.   The weapon used to kill Christopher Neiberger was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4193.   Plaintiff Richard Neiberger is a citizen of the United States and domiciled in the State of Florida. He is the father of Christopher Neiberger.

4194.   Plaintiff Mary Neiberger is a citizen of the United States and domiciled in the State of Florida. She is the mother of Christopher Neiberger.

4195.   Plaintiff Ami Neiberger is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Christopher Neiberger.

4196.   Plaintiff Robert Neiberger is a citizen of the United States and domiciled in Washington, D.C. He is the brother of Christopher Neiberger.

4197.   Plaintiff Eric Neiberger is a citizen of the United States and domiciled in Florida. He is the brother of Christopher Neiberger.

4198.   Plaintiff Eric Neiberger brings an action individually and on behalf of the Estate of Christopher Neiberger, as its legal representative.

4199.   As a result of the attack, and the death of Christopher Neiberger, Plaintiffs Richard Neiberger, Mary Neiberger, Ami Neiberger, Robert Neiberger, and Eric Neiberger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**158.   THE AUGUST 14, 2007 ATTACK – BAGHDAD**

**The Casey Family**

4200.   Plaintiff Brian J. Casey is a citizen of the United States and domiciled in the State of Montana.

4201.   On August 14, 2007, Brian J. Casey was serving in the U.S. military in Iraq when he came under sniper fire by JAM Special Groups terror operatives.

4202.   Brian J. Casey was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4203.   As a result of the attack, Mr. Casey suffered a collapsed lung and fractured ribs.

4204.   As a result of the attack, and the injuries he suffered, Plaintiff Brian J. Casey has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4205.   Plaintiff Brittany Hogan is a citizen of the United States and domiciled in the State of Montana. She was the wife of Brian J. Casey.

4206.   Plaintiff Shelley Ann Casey is a citizen of the United States and domiciled in the State of North Carolina. She is mother of Brian J. Casey.

4207.   Plaintiff Richard Casey is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Brian J. Casey.

4208.   As a result of the attack, and the injuries suffered by Brian J. Casey, Plaintiffs Brittany Hogan, Shelley Ann Casey and Richard Casey have experienced severe mental anguish, and extreme emotional pain and suffering.

4209.   Plaintiff Brian J. Casey was discharged from the U.S. military on September 1, 2009.

**159.   THE AUGUST 17, 2007 ATTACK – BASRA**

**The Chand Family**

4210.   Michael Chand, Sr. was a citizen of the United States and domiciled in the State of California when he was kidnapped and killed in Iraq.

4211.   Michael Chand, Sr. worked in southeast Iraq as a civilian contractor who provided security relating to road construction projects.

4212.   On August 17, 2007, Mr. Chand's convoy was ambushed by roughly 300 JAM fighters near the JAM stronghold of Amarah, northwest of Basra. Mr. Chand suffered a gunshot wound in the ambush and was kidnapped by JAM.

4213.   He was held in captivity by JAM for several years afterward and was tortured in captivity. He was 52 years old at the time of his kidnapping.

4214.   On or about March 13, 2010, his body was returned to the U.S. government. The autopsy report revealed that Mr. Chand was killed by multiple gunshot wounds to the head and body, and his injuries were consistent with the conclusion that he had been tortured.

4215.   Initial reports of the August 17, 2007 attack suggested that Mr. Chand had been killed in the attack.

4216.   On August 24, 2007, the U.S. State Department officially informed Mr. Chand's wife, Sally Chand, that he was dead.

4217.   On October 31, 2007, the State Department reversed course and informed Ms. Chand, that, according to eyewitnesses, Mr. Chand was actually alive and being held in captivity. However, efforts to secure his release over the next several years failed, and, on or about March 13, 2010, the Chand family learned that JAM had tortured and executed Mr. Chand while he was being held in captivity.

4218.   The JAM terror cell that kidnapped and murdered Mr. Chand was trained by Hezbollah and funded and armed by the IRGC-QF.

4219.   Plaintiff Sally Chand is a citizen of the United States and domiciled in the State of California. She is the widow of Michael Chand, Sr.

4220.   Plaintiff Sally Chand brings an action individually and on behalf of the Estate of Michael Chand, Sr., as its legal representative.

4221.   Plaintiff Michael Chand, Jr. is a citizen of the United States and domiciled in the State of California. He is the son of Michael Chand, Sr.

4222.   Plaintiff Christina Mahon is a citizen of the United States and domiciled in the State of California. She is the daughter of Michael Chand, Sr.

4223.   Plaintiff Ryan Chand is a citizen of the United States and domiciled in the State of California. He is the son of Michael Chand, Sr.

4224.   Plaintiff Brenda Chand is a citizen of the United States and domiciled in the State of California. She is the daughter of Michael Chand, Sr.

4225.   As a result of the August 17, 2007 attack, and the subsequent kidnapping and execution of Michael Chand, Sr., Plaintiffs Sally Chand, Michael Chand, Jr., Christina Mahon, Ryan Chand and Brenda Chand have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

### 160.   THE AUGUST 23, 2007 ATTACK – BAGHDAD

**The Bowen Family**

4226.   Plaintiff Mario Bowen is a citizen of the United States and domiciled in the State of Tennessee.

4227.   On August 23, 2007, Mario Bowen was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4228.   The weapon used to injure Mario Bowen was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4229.   As a result of the attack, Mr. Bowen was rendered unconscious. He suffers from a TBI, memory loss, headaches and speech issues.

4230.   As a result of the attack, and the injuries he suffered, Plaintiff Mario Bowen has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4231.   Plaintiff Mario Bowe was discharged from the U.S. military on January 1, 2019.

**161.   THE AUGUST 23, 2007 ATTACK – AZIZIYAH**

**The Hochstetler Family**

4232.   Plaintiff James David Hochstetler is a citizen of the United States and domiciled in the State of Tennessee.

4233.   On August 23, 2007, James David Hochstetler, then 29, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4234.   The weapon used to injure James David Hochstetler was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4235.   As a result of the blast, James David Hochstetler suffered serious injuries, including severe injuries to his hand and face.

Case 1:19-cv-00007-CBA-TAM   Document 105   Filed 08/02/19   Page 664 of 822 PageID #: 7932

4236.   As a result of the attack, and the injuries he suffered, Plaintiff James David Hochstetler has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4237.   Plaintiff Leanne Lizabeth Hochstetler is a citizen of the United States and domiciled in the State of Tennessee. She is the wife of James David Hochstetler.

4238.   Plaintiff J.H., a minor represented by his legal guardian, Leanne Lizabeth Hochstetler, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of James David Hochstetler.

4239.   Plaintiff P.H., a minor represented by her legal guardian, Leanne Lizabeth Hochstetler, is a citizen of the United States and domiciled in the State of Tennessee. She is the daughter of James David Hochstetler.

4240.   Plaintiff Kyle Austin Marshall is a citizen of the United States and domiciled in the State of Tennessee. He is the son of James David Hochstetler.

4241.   As a result of the attack, and the injuries suffered by James David Hochstetler, Plaintiffs Leanne Lizabeth Hochstetler, J.H., P.H. and Kyle Austin Marshall have experienced severe mental anguish, and extreme emotional pain and suffering.

4242.   Plaintiff James David Hochstetler was discharged from the U.S. military on December 19, 2016.

**The Tully Family**

4243.   Michael Tully was a citizen of the United States and domiciled in the State of Pennsylvania when he was killed in Iraq.

4244.   On August 23, 2007, Michael Tully, aged 33, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4245.   Michael Tully was killed in the attack.

4246.   The weapon used to kill Michael Tully was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4247.   Plaintiff John Richard Tully is a citizen of the United States and domiciled in the State of Pennsylvania. He is the father of Michael Tully.

4248.   Plaintiff John Richard Tully brings an action individually and on behalf of the Estate of Michael Tully, as its legal representative.

4249.   Plaintiff Marilyn Louise Tully is a citizen of the United States and domiciled in the State of Pennsylvania. She is the mother of Michael Tully.

4250.   Plaintiff Slade Victor Tully is a citizen of the United States and domiciled in the State of Pennsylvania. He is the son of Michael Tully.

4251.   Plaintiff John Richard Tully II is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Michael Tully.

4252.   Plaintiff Heather Ann Farkas is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Michael Tully.

4253.   As a result of the attack, and the death of Michael Tully, Plaintiffs John Richard Tully, Marilyn Louise Tully, Slade Victor Tully, John Richard Tully II and Heather Ann Farkas have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's/brother's society, companionship, comfort, advice and counsel.

**The Hunt Family**

4254.   Plaintiff Robert James Hunt is a citizen of the United States and domiciled in the State of Washington.

4255.   On August 23, 2007, Robert James Hunt, then 37, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4256.   The weapon used to injure Robert James Hunt was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4257.   As a result of the blast, Robert James Hunt suffered lacerations to his neck and head. He also suffered shrapnel wounds to the left side of his head, upper torso, right arm and right hand.

4258.   As a result of the attack, and the injuries he suffered, Plaintiff Robert James Hunt has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4259.   Plaintiff M.A.H., a minor represented by his legal guardian, Robert James Hunt, is a citizen of the United States and domiciled in the State of Washington. He is the son of Robert James Hunt.

4260.   Plaintiff A.M.H., a minor represented by her legal guardian, Robert James Hunt, is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Robert James Hunt.

4261.   Plaintiff Boonchob "Lynn" Prudhome is a citizen of the United States and domiciled in the State of Texas. She is the mother of Robert James Hunt.

4262.   As a result of the attack, and the injuries suffered by Robert James Hunt, Plaintiffs M.A.H., A.M.H. and Boonchob "Lynn" Prudhome have experienced severe mental anguish, and extreme emotional pain and suffering.

4263.   Plaintiff Robert James Hunt was discharged from the U.S. military on June 30, 2017.

## 162.   THE SEPTEMBER 2, 2007 ATTACK – BAGHDAD

**The White Family**

4264.   Delmar White was a citizen of the United States and domiciled in the State of Kentucky when he was killed in Iraq.

4265.   On September 2, 2007, Delmar White, aged 37, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4266.   Delmar White was killed in the attack.

4267.   The weapon used to kill Delmar White was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4268.   Plaintiff Michele White is a citizen of the United States and domiciled in the State of Kentucky. She is the widow of Delmar White.

4269.   Plaintiff Michele White brings an action individually and on behalf of the Estate of Delmar White, as its legal representative.

4270.   Plaintiff S.W., a minor represented by his legal guardian, Michele White, is a citizen of the United States and domiciled in the State of Kentucky. He is the son of Delmar White.

4271.   Plaintiff Shelby White is a citizen of the United States and domiciled in the State of Kentucky. She is the daughter of Delmar White.

4272.   Plaintiff Perry White is a citizen of the United States and domiciled in the State of Kentucky. He is the brother of Delmar White.

4273.   Plaintiff Robert White is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Delmar White.

4274.   As a result of the attack, and the death of Delmar White, Plaintiffs Michele White, S.W., Shelby White, Perry White and Robert White have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/brother's companionship, comfort, advice and counsel.

**163.   THE SEPTEMBER 2, 2007 – RUSTAMIYAH**

**The Wold Family**

4275.   Plaintiff Joshua P.G. Wold is a citizen of the United States and domiciled in the State of Oregon.

4276.   On September 2, 2007, Joshua P.G. Wold was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. The convoy he was travelling in also came under small arms fire.

4277.   The weapon used to injure Joshua P.G. Wold was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4278.   As a result of the attack and the injuries sustained in the attack, Mr. Wold required partial amputation of his right foot.

4279.   As a result of the attack, and the injuries he suffered, Plaintiff Joshua P.G. Wold has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4280.   Plaintiff E.W., a minor represented by her legal guardian Joshua P.G. Wold, is a citizen of the United States and domiciled in the State of Oregon. She is the daughter of Joshua P.G. Wold.

4281.   Plaintiff P.A., a minor represented by her legal guardian Joshua P.G. Wold, is a citizen of the United States and domiciled in the State of Oregon. She is the stepdaughter of Joshua P.G. Wold.

4282.   Plaintiff Celeste Yantis is a citizen of the United States and domiciled in the State of Washington. She was the wife of Joshua P.G. Wold.

4283.   As a result of the attack, and the injuries suffered by Joshua P.G. Wold, Plaintiffs E.W., P.A. and Celeste Yantis have experienced severe mental anguish, and extreme emotional pain and suffering.

### 164.   THE SEPTEMBER 4, 2007 ATTACK – BAGHDAD

**The Murray Family**

4284.   Joel L. Murray was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

4285.   On September 4, 2007, Joel L. Murray, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4286.   Joel L. Murray was killed in the attack.

4287.   The weapon used to kill Joel L. Murray was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4288.   Plaintiff Maricel Murray is a citizen of the United States and domiciled in the State of Kansas. She is the widow of Joel L. Murray.

4289.   Plaintiff Maricel Murray brings an action individually and on behalf of the Estate of Joel L. Murray, as its legal representative.

4290.   Plaintiff J.M., a minor represented by his legal guardian, Maricel Murray, is a citizen of the United States and domiciled in the State of Kansas. He is the son of Joel L. Murray.

4291.   As a result of the attack, and the death of Joel L. Murray, Plaintiffs Maricel Murray and J.M. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Shelton Family**

4292.   Randol S. Shelton was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

4293.   On September 4, 2007, Randol S. Shelton, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4294.   Randol S. Shelton was killed in the attack.

4295.   The weapon used to kill Randol S. Shelton was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4296.   Plaintiff Bryan S. Shelton is a citizen of the United States and domiciled in the State of Illinois. He is the father of Randol S. Shelton.

4297.   Plaintiff Bryan S. Shelton brings an action individually and on behalf of the Estate of Randol S. Shelton, as its legal representative.

4298.   Plaintiff Darlene Shelton is a citizen of the United States and domiciled in the State of Illinois. She is the mother of Randol S. Shelton

4299.   Plaintiff Amanda Shelton is a citizen of the United States and domiciled in the State of Illinois. She is the sister of Randol S. Shelton.

4300.   Plaintiff Bryan T. Shelton is a citizen of the United States and domiciled in the State of Illinois. He is the brother of Randol S. Shelton.

4301.   As a result of the attack, and the death of Randol S. Shelton, Plaintiffs Bryan S. Shelton, Darlene Shelton, Amanda Shelton and Bryan T. Shelton have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 165.   THE SEPTEMBER 12, 2007 ATTACK – BAGHDAD

**The Laird Family**

4302.   Plaintiff Dan Laird is a citizen of the United States and domiciled in the State of Florida.

4303.   On September 12, 2007, Mr. Laird, then 32, was a civilian contractor with Blackwater Worldwide in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4304.   The weapon used to injure Dan Laird was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4305.   As a result of the blast, Dan Laird suffered a concussion and nerve damage in his right leg, and a level 5 AC separation that required him to undergo surgery on his right shoulder.

4306.   He also sustained emotional injuries, including panic attacks and anxiety, for which he has sought counseling.

4307.   As a result of the attack, and the injuries he suffered, Plaintiff Dan Laird has experienced severe physical and mental anguish and extreme emotional pain and suffering.

Case 1:19-cv-00007-CBA-TAM   Document 105   Filed 08/02/19   Page 672 of 822 PageID #: 7940

4308.   Plaintiff Angela M. Laird is a citizen of the United States and domiciled in the State of Florida. She is the wife of Dan Laird.

4309.   Plaintiff Jordan M. Laird is a citizen of the United States and domiciled in the State of Florida. He is the son of Dan Laird.

4310.   Plaintiff Hunter L. Laird is a citizen of the United States and domiciled in the State of Florida. She is the daughter of Dan Laird.

4311.   Plaintiff C.L., a minor represented by his legal guardian, Angela M. Laird, is a citizen of the United States and domiciled in the State of Florida. He is the son of Dan Laird.

4312.   As a result of the attack, and the injuries Dan Laird has suffered, Plaintiffs Angela M. Laird, Jordan M. Laird, Hunter L. Laird and C.L. have experienced severe mental anguish, and extreme emotional pain and suffering.

### 166.   THE SEPTEMBER 22, 2007 ATTACK – RUSTAMIYAH

**The Reeves Family**

4313.   Joshua H. Reeves was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

4314.   On September 22, 2007, Joshua H. Reeves, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by JAM Special Groups detonated near his vehicle.

4315.   Joshua H. Reeves lost consciousness from the pain and shock of the injuries he suffered, but initially survived the EFP detonation. He died from his injuries later that day – one day after his first child, a son, was born.

4316.   The weapon used to kill Joshua H. Reeves was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4317.   Plaintiff Leslie K. Reeves-Hardcastle is a citizen of the United States and domiciled in the State of Tennessee. She is the widow of Joshua H. Reeves.

4318.   Plaintiff Leslie K. Reeves-Hardcastle brings an action individually and on behalf of the Estate of Joshua Reeves, as its legal representative.

4319.   Plaintiff J.R., a minor represented by his legal guardian, Leslie K. Reeves-Hardcastle, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Joshua H. Reeves.

4320.   Plaintiff James L. Reeves is a citizen of the United States and domiciled in the State of Georgia. He is the father of Joshua H. Reeves.

4321.   Plaintiff W. Jean Reeves is a citizen of the United States and domiciled in the State of Georgia. She is the mother of Joshua H. Reeves.

4322.   Plaintiff Jared Reeves is a citizen of the United States and domiciled in the State of Georgia. He is the brother of Joshua H. Reeves.

4323.   Plaintiff Sherri C. Holiman is a citizen of the United States and domiciled in the State of Florida. She is the sister of Joshua H. Reeves.

4324.   Plaintiff Joni Ariel Reeves Little is a citizen of the United States and domiciled in the State of Florida. She is the sister of Joshua H. Reeves.

4325.   As a result of the September 22, 2007 attack, and the death of Joshua Reeves, Plaintiffs Leslie K. Reeves-Hardcastle, J.R., James L. Reeves, W. Jean Reeves, Jared Reeves, Sherri C. Holiman and Joni Ariel Reeves Little have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**167.    THE SEPTEMBER 26, 2007 ATTACK – BAGHDAD**

**The Lee Family**

4326.   Plaintiff William Lee is a citizen of the United States and domiciled in the State of Virginia.

4327.   On September 26, 2007, William Lee, then 44, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated as his vehicle passed by. William Lee was seated behind the driver in an up-armored M1151 vehicle traveling southwest on Route Raiders in the Saidiya neighborhood of Iraq when the vehicle in which he was traveling was struck by an EFP.

4328.   The weapon used to injure William Lee was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4329.   As a result of the attack, Mr. Lee sustained shrapnel injuries to his face including above his right eye and to various other parts of his body. One piece of shrapnel became lodged in his right medial sinus cavity while another piece of shrapnel impacted the subcutaneous nerve network in his right thigh which has caused intermittent shooting pain in his right leg that continues to a lesser degree even today. He has been informed that there is likely a piece of shrapnel from the EFP also lodged in his right anterior cruciate ligament.

4330.   Mr. Lee has also suffered from PTSD.

4331.   As a result of the attack, and the injuries he suffered, Plaintiff William Lee has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4332.   Plaintiff Alexandria L. Lee is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of William Lee.

4333.   Plaintiff William J. Lee is a citizen of the United States and domiciled in the State of Virginia. He is the son of William Lee.

4334.   Plaintiff Lillie Lai Lee is a citizen of the United States and domiciled in the State of Virginia. She is the ex-wife of William Lee. They were married at the time of the attack in which William Lee was injured and did not obtain a divorce until December 2018. The marital discord resulting in divorce was caused in significant part by the PTSD that William Lee has battled since he was injured in the EFP attack.

4335.   As a result of the attack, and the injuries William Lee suffered, Plaintiffs Alexandria L. Lee, William J. Lee, and Lillie Lai Lee have experienced severe mental anguish and extreme emotional pain and suffering.

### The Hunt Family

4336.   Plaintiff Jennifer Lynn Hunt is a citizen of the United States and domiciled in the State of Maryland.

4337.   On September 26, 2007, Jennifer Lynn Hunt, then 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated as her vehicle passed by. Jennifer Lynn Hunt was the driver in an up-armored M1151 vehicle traveling southwest on Route Raiders in the Saidiya neighborhood of Iraq when the vehicle that she was driving was struck by an EFP.

4338.   The weapon used to injure Jennifer Lynn Hunt was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4339.   As a result of the attack, Jennifer Lynn Hunt sustained shrapnel wounds to her face and to both of her arms, nerve damage to her dominant hand, burn injuries to her back and scarring.

4340.   She also suffers from PTSD.

4341.   As a result of the attack, and the injuries she suffered, Plaintiff Jennifer Lynn Hunt has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**168.   THE SEPTEMBER 29, 2007 ATTACK – BAGHDAD**

**The Golembe Family**

4342.   Plaintiff Christopher Golembe is a citizen of the United States and domiciled in the State of West Virginia.

4343.   On September 29, 2007, Christopher Golembe, then 22, was serving in the U.S. military in Iraq, when his vehicle was struck by an EFP emplaced by Special Groups.

4344.   The weapon used to injure Christopher Golembe was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4345.   Mr. Golembe sustained a concussion as a result of the attack.

4346.   He has nightmares and has experienced survivor's guilt.

4347.   He has been diagnosed with PTSD and has sought counseling.

4348.   Mr. Golembe has suffered memory loss since the attack and has difficulty recalling information.

4349.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Golembe has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4350.   Plaintiff Kathryn Head is a citizen of the United States and domiciled in the State of Virginia. She is the of mother of Christopher Golembe.

4351.   As a result of the attack, and the injuries Christopher Golembe suffered, Plaintiff Kathryn Head has experienced severe mental anguish and extreme emotional pain and suffering.

4352.   Plaintiff Christopher Golembe was discharged from the U.S. military on October 18, 2012.

**The Watts Family**

4353.   Plaintiff Christopher Watts is a citizen of the United States and domiciled in the State of Texas.

4354.   On September 29, 2007, Christopher Watts, then 22, was serving in the U.S. military in Iraq, when his vehicle was struck by an EFP emplaced by Special Groups.

4355.   The weapon used to injure Christopher Watts was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4356.   Mr. Watts sustained a concussion as a result of the attack. He has been diagnosed with a TBI.

4357.   He experiences memory loss and at times his speech is slurred.

4358.   He has been prescribed anti-depressants and medication to address sleep-related issues.

4359.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Watts has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4360.   Plaintiff Christopher Watts was discharged from the U.S. military on October 12, 2013.

**169.   THE SEPTEMBER 30, 2007 ATTACK – BAGHDAD**

**The Olguin Family**

4361.   Randell Olguin was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4362.   On September 30, 2007, Randell Olguin, aged 24, was serving in the U.S. military in Iraq when his unit came under sniper fire by JAM Special Groups terror operatives.

4363.   Randell Olguin was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4364.   Plaintiff Janet L. Rios is a citizen of the United States and domiciled in the State of Texas. She is the sister of Randell Olguin.

4365.   Plaintiff Anita Baker is a citizen of the United States and domiciled in the State of Texas. She is the sister of Randell Olguin.

4366.   Plaintiff Jennie L. Morin is a citizen of the United States and domiciled in the State of Texas. She is the sister of Randell Olguin.

4367.   As a result of the attack, and the death of Randell Olguin, Plaintiffs Janet L. Rios, Anita Baker and Jennie L. Morin have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

**170.   THE OCTOBER 18, 2007 ATTACK – BAGHDAD**

**The Geiger Family**

4368.   Wayne M. Geiger was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

4369.   On October 18, 2007, Wayne M. Geiger, aged 23, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Baghdad.

4370.   Wayne M. Geiger was killed in the attack.

4371.   The weapon used to kill Wayne M. Geiger was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4372.   Plaintiff Randall Geiger is a citizen of the United States and domiciled in the State of California. He is the father of Wayne M. Geiger.

4373.   Plaintiff Randall Geiger brings an action individually and on behalf of the Estate of Wayne M. Geiger, as its legal representative.

4374.   Plaintiff Kimberly Geiger is a citizen of the United States and domiciled in the State of California. She is the mother of Wayne M. Geiger.

4375.   Plaintiff Jesseca Lyn Tsosie is a citizen of the United States and domiciled in the State of California. She is the sister of Wayne M. Geiger.

4376.   As a result of the attack, and the death of Wayne M. Geiger, Plaintiffs Randall Geiger, Kimberly Geiger and Jesseca Lyn Tsosie have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's companionship, comfort, advice and counsel.

## 171.   THE OCTOBER 21, 2007 ATTACK – ISKANDARIYAH

**The Donoho Family**

4377.   Plaintiff Eric Donoho is a citizen of the United States and domiciled in the State of Indiana.

4378.   On October 21, 2007, Eric Donoho, then 29, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Iskandariyah.

4379.   The weapon used to injure Eric Donoho was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4380.   Mr. Donoho suffered a concussion as a result of the blast.

4381.   He was also diagnosed with a TBI and PTSD. He has been prescribed daily medication to address these conditions.

4382.   Mr. Donoho continues to endure migraines as a result of the attack.

4383.   As a result of the attack, and the injuries he suffered, Plaintiff Eric Donoho has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 172.   THE OCTOBER 29, 2007 ATTACK – UMM QASR

**The Ginavan Family**

4384.   Plaintiff Tyler Ginavan is a citizen of the United States and domiciled in the State of Kansas.

4385.   On October 29, 2007, Tyler Ginavan, then 26, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Umm Qasr.

4386.   The weapon used to injure Mr. Ginavan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4387.   As a result of the attack, copper from the EFP lodged in Mr. Ginavan's face, neck, knee, and calf. Copper from the EFP remains fused to Mr. Ginavan's jawline.

4388.   Mr. Ginavan has been diagnosed with PTSD, and he has received treatment and counseling. He has been prescribed medication to address both the physical pain and emotional impact of the attack.

4389.   As a result of the attack, and the injuries he suffered, Plaintiff Tyler Ginavan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 173.   THE NOVEMBER 7, 2007 ATTACK – BAGHDAD

**The Tiffner Family**

4390.   Benjamin David Tiffner was a citizen of the United States and domiciled in the State of West Virginia when he was killed in Iraq.

4391.   On November 7, 2007, Benjamin David Tiffner, aged 31, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle in Baghdad.

4392.   Benjamin David Tiffner was killed in the attack.

4393.   The weapon used to kill Benjamin David Tiffner was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4394.   Plaintiff Timothy Tiffner is a citizen of the United States and domiciled in the State of Tennessee. He is the father of Benjamin David Tiffner.

4395.   Plaintiff Timothy Tiffner brings a claim individually and on behalf of the Estate of Benjamin David Tiffner, as its legal representative.

4396.   Plaintiff Judith Tiffner is a citizen of the United States and domiciled in the State of Tennessee.  She is the mother of Benjamin David Tiffner.

4397.   Plaintiff Joshua Tiffner is a citizen of the United States and domiciled in the State

of Utah. He is the brother of Benjamin David Tiffner.

4398.   Plaintiff Seth Tiffner is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Benjamin David Tiffner.

4399.   Plaintiff Sarah Crosby is a citizen of the United States and domiciled in the State of Alaska. She is the sister of Benjamin David Tiffner.

4400.   As a result of the attack, and the death of Benjamin David Tiffner, Plaintiffs Timothy Tiffner, Judith Tiffner, Joshua Tiffner, Seth Tiffner and Sarah Crosby have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 174.    THE NOVEMBER 14, 2007 ATTACK – BAGHDAD

**The Burks Family**

4401.   Peter Burks was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4402.   On November 14, 2007, Peter Burks, aged 26, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle in Baghdad.

4403.   Peter Burks was killed in the attack.

4404.   The weapon used to kill Peter Burks was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4405.   Plaintiff Alan Burks is a citizen of the United States and domiciled in the State of Texas. He is the father of Peter Burkes.

4406.   Plaintiff Alan Burks brings a claim individually and on behalf of the Estate of Peter Burks, as its legal representative.

4407.   Plaintiff Jackie Merck Hlastan is a citizen of the United States and domiciled in the State of Texas. She is the mother of Peter Burks.

4408.   Plaintiff G.B., a minor represented by her legal guardian, Alan Burks, is a citizen of the United States and domiciled in the State of New Jersey. She is the sister of Peter Burks.

4409.   Plaintiff Alison Burks McRuiz is a citizen of the United States and domiciled in the State of Texas. She is the sister of Peter Burks.

4410.   Plaintiff Sarah Phillips is a citizen of the United States and domiciled in the State of Texas. She is the sister of Peter Burks.

4411.   Plaintiff Zachary Burks is a citizen of the United States and domiciled in the State of Alabama. He is the brother of Peter Burks.

4412.   As a result of the attack, and the death of Peter Burks, Plaintiffs Alan Burks, Jackie Merck Hlastan, G.B., Alison Burks McRuiz, Sarah Phillips and Zachary Burks have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 175.    THE NOVEMBER 26, 2007 ATTACK – AZIZIYAH

**Juneau Family**

4413.   William ("Bill") Juneau was a citizen of the Unites States and domiciled in the State of Minnesota when he was killed in Iraq.

4414.   On November 26, 2007, William Juneau, aged 36, was serving as a civilian contractor in southern Iraq when an IED emplaced by JAM Special Groups terror operatives detonated near his vehicle.

4415.   William Juneau was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4416.   Plaintiff Bridget Juneau is a citizen of the United States and domiciled in the State of Minnesota. She is the twin sister of William Juneau.

4417.   Plaintiff Bridget Juneau brings an action individually and on behalf of the Estate of William Juneau, as its legal representative.

4418.   Plaintiff Stephanie Juneau is a citizen of the United States and domiciled in the State of Montana. She is the sister of William Juneau.

4419.   As a result of the attack, and the death of William Juneau, Plaintiffs Bridget Juneau and Stephanie Juneau have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their brother's society, companionship, comfort, advice and counsel.

### 176.   THE DECEMBER 1, 2007 ATTACK – BAGHDAD

**The Reece Family**

4420.   Matthew K. Reece was a citizen of the United States and domiciled in the State of Arkansas when he was killed in Iraq.

4421.   On December 1, 2007, Matthew K. Reece, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4422.   Matthew K. Reece was killed in the attack.

4423.   The weapon used to kill Matthew K. Reece was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4424.   Plaintiff Tammy Vanderwaal is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Matthew K. Reece.

4425.   Plaintiff A.L.R., a minor represented by her legal guardian Tammy Vanderwaal, is a citizen of the United States and domiciled in the State of Arkansas. She is the daughter of Matthew K. Reece.

4426.   Plaintiff Preston Shane Reece is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Matthew K. Reece.

4427.   Plaintiff Shaylyn C. Reece is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Matthew K. Reece.

4428.   As a result of the attack, and the death of Matthew K. Reece, Plaintiffs Tammy Vanderwaal, A.L.R., Preston Shane Reece and Shaylyn C. Reece have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's/brother's society, companionship, comfort, advice and counsel.

## 177.   THE DECEMBER 9, 2007 ATTACK – AZ ZUBAYDIYAH

**The Shaw Family**

4429.   Micah Shaw was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

4430.   On December 9, 2007, Micah Shaw, aged 32, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4431.   Micah Shaw was killed in the attack.

4432.   The weapon used to kill Micah Shaw was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4433.   Plaintiff Elena Shaw is a citizen of the United States and domiciled in the State of New Hampshire. She is the widow of Micah Shaw.

4434.   Plaintiff C.S., a minor represented by his legal guardian Elena Shaw, is a citizen of the United States and domiciled in the State of New Hampshire. He is the minor son of Micah Shaw.

4435.   Plaintiff L.S., a minor represented by her legal guardian Elena Shaw, is a citizen of the United States and domiciled in the State of New Hampshire. She is the minor daughter of Micah Shaw.

4436.   Plaintiff Emily Shaw is a citizen of the United States and domiciled in the State of Pennsylvania. She is the daughter of Micah Shaw.

4437.   As a result of the attack, and the death of Micah Shaw, Plaintiffs Elena Shaw, C.S., L.S. and Emily Shaw have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Doheny Family**

4438.   Michael Doheny was a citizen of the United States and domiciled in the State of Nebraska when he was killed in Iraq.

4439.   On December 9, 2007, Michael Doheny, aged 30, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4440.   Michael Doheny was killed in the attack.

4441.   The weapon used to kill Michael Doheny was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4442.   Plaintiff Melissa Doheny is a citizen of the United States and domiciled in the State of Nebraska. She is the widow of Michael Doheny.

4443.   Plaintiff Melissa Doheny brings a claim individually and on behalf of the Estate of Michael Doheny, as its legal representative.

4444.   Plaintiff Kathy Kugler is a citizen of the United States and domiciled in the State of Nebraska. She is the mother of Michael Doheny.

4445.   Plaintiff Robert Kugler is a citizen of the United States and domiciled in the State of Oregon. He is the brother of Michael Doheny.

4446.   As a result of the attack, and the death of Michael Doheny, Plaintiffs Melissa Doheny, Kathy Kugler and Robert Kugler have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

**The Evrard Family**

4447.   Steven Evrard was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4448.   On December 9, 2007, Steven Evrard, aged 36, was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4449.   Steven Evrard was killed in the attack.

4450.   The weapon used to kill Steven Evrard was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4451.   Plaintiff Tanya Evrard is a citizen of the United States and domiciled in the State of Texas. She is the widow of Steven Evrard.

4452.   As a result of the attack, and the death of Steven Evrard, Plaintiff Tanya Evrard has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

**The Johnson Family**

4453.   Plaintiff Billy Johnson is a citizen of the United States and domiciled in the State of Tennessee.

4454.   On December 9, 2007, Billy Johnson was serving as a civilian contractor in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4455.   The weapon used to injure Billy Johnson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4456.   As a result of the attack, Mr. Johnson's right leg was amputated below the knee. He also required multiple surgical implants in his left leg and left arm. In addition, Mr. Johnson suffered amputation of one finger on his left hand and partial amputation of a finger on his right hand.

4457.   Mr. Johnson has endured more than fifty surgical procedures including multiple skin grafts.

4458.   He also sustained a TBI and suffers from PTSD.

4459.   As a result of the attack, and the injuries he suffered, Plaintiff Billy Johnson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 178. THE JANUARY 6, 2008 ATTACK – BAGHDAD

#### The Gudridge Family

4460. James D. Gudridge was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

4461. On January 6, 2008, James D. Gudridge, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4462. James D. Gudridge was killed in the attack.

4463. The weapon used to kill James D. Gudridge was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4464. Plaintiff Judy Hoffman is a citizen of the United States and domiciled in the State of Florida. She is the mother of James D. Gudridge.

4465. Plaintiff Ashley Gudridge Houppert is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of James D. Gudridge.

4466. As a result of the attack, and the death of James D. Gudridge, Plaintiffs Judy Hoffman and Ashley Gudridge Houppert have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

#### The Schichtl Family

4467. Plaintiff Joshua Schichtl is a citizen of the United States and domiciled in the State of Florida.

4468. On January 6, 2008, Joshua Schichtl, then 40, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4469.   The weapon used to injure Joshua Schichtl was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4470.   As a result of the attack, Joshua Schichtl sustained shrapnel to his body, impacting his left eye, face and bicep. He also lost the use of his right eye.

4471.   As a result of the blast, his cheekbone and roof of his mouth were shattered, and he lost several of his teeth. His lower jawbone was broken in 19 locations and he has had pins placed in the area to attempt to provide some stability. He is still unable to open his mouth as wide as necessary and chewing continues to be difficult.

4472.   Mr. Schichtl received medical treatment both as an in-patient and resident for approximately five years.

4473.   He has undergone multiple surgeries including bone and skin grafts, many of which have involved the reconstruction of his mouth.

4474.   Significant scarring is apparent on his face.

4475.   Mr. Schichtl has been diagnosed with a TBI and an anxiety disorder and has sought and continues to seek counseling.

4476.   He still experiences frequent pain.

4477.   As a result of the attack, and the injuries he suffered, Plaintiff Joshua Schichtl has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4478.   Plaintiff Mark Schichtl is a citizen of the United States and domiciled in the State of Arkansas. He is the father of Joshua Schichtl.

4479.   Plaintiff Katherine Prowse is a citizen of the United States and domiciled in the State of Arkansas. She is the sister of Joshua Schichtl.

4480.   Plaintiff Nicholas Prowse is a citizen of the United States and domiciled in the State of Arkansas. He is the brother of Joshua Schichtl.

4481.   Plaintiff H.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

4482.   Plaintiff S.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

4483.   Plaintiff C.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

4484.   Plaintiff A.S., a minor represented by his legal guardian, Joshua Schichtl, is a citizen of the United States and domiciled in the State of Florida. He is the son of Joshua Schichtl.

4485.   As a result of the attack, and the injuries Joshua Schichtl has suffered, Plaintiffs Mark Schichtl, Katherine Prowse, Nicholas Prowse, H.S., S.S., C.S. and A.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

4486.   Plaintiff Joshua Schichtl was discharged from the U.S. military on May 28, 2012.

**The Wadleigh Family**

4487.   Plaintiff Steve Wadleigh is a citizen of the United States and domiciled in the State of Washington.

4488.   On January 6, 2008, Steve Wadleigh, then 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4489.   The weapon used to injure Steve Wadleigh was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4490.   As a result of the attack, Steve Wadleigh sustained shrapnel to his face, neck, and

657

shoulder. Shrapnel was imbedded in his jawbone, necessitating both facial surgery and oral surgeries.

4491.   The impact of the blast caused his head to be thrown into the window of the vehicle. Mr. Wadleigh sustained a concussion and has been diagnosed with a TBI.

4492.   In addition, his ear drum was perforated, and his tooth was broken.

4493.   The vision in his left eye has been diminished and he continues to experience pain in his shoulder and hip.

4494.   Mr. Wadleigh has been diagnosed with PTSD, and he has sought counseling. He has experienced night terrors and has been prescribed medication to address them and other sleep-related issues.

4495.   The effects of the PTSD, along with the TBI, impact his daily living.

4496.   As a result of the attack, and the injuries he suffered, Plaintiff Steve Wadleigh has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4497.   Plaintiff Lea-Ann Wadleigh is a citizen of the United States and domiciled in the State of Washington. She is the wife of Steve Wadleigh.

4498.   As a result of the attack, and the injuries Steve Wadleigh has suffered, Plaintiff Lea-Ann Wadleigh has experienced severe mental anguish, and extreme emotional pain and suffering.

4499.   Plaintiff Steve Wadleigh was discharged from the U.S. military on January 1, 2019.

**179.   THE JANUARY 30, 2008 ATTACK – BAGHDAD**

**The Lukow Family**

4500.   Plaintiff Michael Lukow is a citizen of the United States and domiciled in the State of Utah.

4501.   On January 30, 2008, Michael Lukow was serving in the U.S. military in Iraq.

4502.   Mr. Lukow was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4503.   The weapon used to injure Mr. Lukow was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4504.   As a result of the attack, Mr. Lukow's foot was amputated.

4505.   As a result of the attack, and the injuries he suffered, Plaintiff Michael Lukow has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4506.   Plaintiff Rikki Lukow is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Michael Lukow.

4507.   Plaintiff Bruce Lukow is a citizen of the United States and domiciled in the State of Colorado. He is the father of Michael Lukow.

4508.   Plaintiff Joseph Lukow is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Michael Lukow.

4509.   Plaintiff Andrew Lukow is a citizen of the United States and domiciled in the State of Wisconsin. He is the brother of Michael Lukow.

4510.   Plaintiff Kristen Kelley is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Michael Lukow.

4511.   As a result of the attack and the injuries Michael Lukow suffered, Plaintiff Rikki Lukow, Bruce Lukow, Joseph Lukow, Andrew Lukow and Kristen Kelley have experienced severe mental anguish and extreme emotional pain and suffering.

4512.   Plaintiff Michael Lukow was discharged from the U.S. military on January 1, 2019.

180.    **THE FEBRUARY 19, 2008 ATTACK – BAGHDAD**

**The Alvarez Family**

4513.   Conrad Alvarez was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4514.   On February 19, 2008, Conrad Alvarez, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4515.   Conrad Alvarez was injured in the attack and died on February 20, 2008 from the injuries he sustained in the attack.

4516.   The weapon used to kill Conrad Alvarez was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4517.   Plaintiff Maira Alvarez is a citizen of the United States and domiciled in the State of Texas. She is the widow of Conrad Alvarez.

4518.   Plaintiff Maira Alvarez brings a claim individually and on behalf of the Estate of Conrad Alvarez, as its legal representative.

4519.   Plaintiff K.A., a minor represented by his legal guardian, Maira Alvarez, is a citizen of the United States and domiciled in the State of Texas. He is the son of Conrad Alvarez.

4520.   Angela Alvarez is a citizen of the United States and domiciled in the State of California. She is the ex-wife of Conrad Alvarez and is the legal guardian of Plaintiffs A.A. and C.A. Angela Alvarez brings an action solely on behalf of Plaintiffs A.A. and C.A., both minors.

4521.   Plaintiff A.A., a minor represented by her legal guardian, Angela Alvarez, is a citizen of the United States and domiciled in the State of California. She is the daughter of Conrad Alvarez.

4522.   Plaintiff C.A., a minor represented by her legal guardian, Angela Alvarez, is a citizen of the United States and domiciled in the State of California. She is the daughter of Conrad Alvarez.

4523.   Plaintiff Belinda Garcia is a citizen of the United States and domiciled in the State of Texas. She is the mother of Conrad Alvarez.

4524.   As a result of the attack, and the death of Conrad Alvarez, Plaintiffs Maira Alvarez, K.A., A.A., C.A. and Belinda Garcia have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's society, companionship, comfort, advice and counsel.

## The Whitehorse Family

4525.   Plaintiff Jason Whitehorse is a citizen of the United States and domiciled in the State of New Mexico.

4526.   On February 19, 2008, Jason Whitehorse, then 22, was serving in the U.S. military in Iraq.

4527.   Mr. Whitehorse was on a routine patrol in Baghdad when his vehicle was struck by an EFP emplaced by Special Groups.

4528.   The weapon used to injure Mr. Whitehorse was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4529.   As a result of the attack, he sustained injuries due to the impact of shrapnel impacting his body. This has resulted in scarring.

4530.   Apart from the shrapnel-related injuries, Mr. Whitehouse also sustained burns to his skin. This has also resulted in scarring.

4531.   Mr. Whitehorse has been diagnosed with PTSD and major depression and has received treatment and counseling.

4532.   Mr. Whitehorse continues to experience emotional distress, depression and survivor's guilt.

4533.   As a result of the attack, and the injuries he suffered, Plaintiff Jason Whitehorse has experienced severe mental anguish and extreme emotional pain and suffering.

4534.   Plaintiff Jason Whitehorse was discharged from the U.S. military on November 22, 2011.

## 181.   THE FEBRUARY 19, 2008 ATTACK – BAGHDAD

**The Mann Family**

4535.   Plaintiff Jeffrey C. Mann is a citizen of the United States and domiciled in the State of North Carolina.

4536.   On February 19, 2008, Jeffrey C. Mann, then 25, was serving in the U.S. military in Iraq.

4537.   Jeffrey C. Mann was inside a building at Forward Operating Base Rustamiyah in the southeast portion of Baghdad when the base was hit with a barrage of IRAMs fired from a dump truck in close proximity to the base.

4538.   One of the rockets caused a fuel tank on the base to explode, which destroyed part of the building in which Jeffrey C. Mann was standing.

4539.   KH operatives fired the IRAMs at the base. Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy.

4540.   The concussive blast of the explosion threw Jeffrey C. Mann backward, and he hit his head causing him to lose consciousness.

4541.   As a result of the attack, Jeffrey C. Mann suffered a TBI that has impeded his ability to concentrate or work. He also suffers from migraines and difficulty in completing tasks. The injuries he sustained have also caused him impaired vision and loss of feeling in part of his face in addition to tinnitus and hearing loss. He also suffered injuries to his back which now require him to walk with a cane when walking for any extended period of time while also suffering pain and numbness in his legs.

4542.   He also suffers from PTSD.

4543.   As a result of the attack, and the injuries he suffered, Jeffrey C. Mann has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4544.   Plaintiff Jeffrey C. Mann was discharged from the U.S. military on January 1, 2010.

**182.   THE MARCH 11, 2008 ATTACK – BABIL PROVINCE**

**The West Family**

4545.   Laurent J. West was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

4546.   On March 11, 2008, Laurent J. West, aged 32, was serving in the U.S. military in Iraq when an IED (likely an EFP) was emplaced and detonated near his vehicle by JAM Special Groups.

4547.   Laurent J. West was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4548.   Plaintiff Michelle West is a citizen of the United States and domiciled in the State of New Mexico. She is the widow of Laurent J. West.

4549.   As a result of the attack, and the death of Laurent J. West, Plaintiff Michelle West has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

### 183.   THE MARCH 12, 2008 ATTACK – CAMP ADDER

**The Samten Family**

4550.   Tenzin Lobsang Samten was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

4551.   On March 12, 2008, Tenzin Lobsang Samten, aged 33, was serving in the U.S. military in Iraq near the city of An-Nasiriyah when his vehicle was struck by mortar fire launched by JAM Special Groups terror operatives.

4552.   Tenzin Lobsang Samten was killed in the attack.

4553.   The attack that killed Tenzin Lobsang Samten was carried out by JAM Special Groups operatives working at the behest of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing tactics taught to them by Hezbollah.

4554.   Plaintiff Rebecca L. Samten-Finch is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Tenzin Lobsang Samten.

4555.   Plaintiff Rebecca L. Samten-Finch brings an action individually and on behalf of the Estate of Tenzin Lobsang Samten, as its legal representative.

4556.   Plaintiff D.A.S., a minor, represented by her legal guardian, Rebecca L. Samten-Finch, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Tenzin Lobsang Samten.

4557.   Plaintiff M.B.S., a minor, represented by his legal guardian, Rebecca L. Samten-Finch, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Tenzin Lobsang Samten.

4558.   As a result of the attack, and the death of Tenzin Lobsang Samten, Plaintiffs Rebecca L. Samten-Finch, D.A.S., and M.B.S. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Bradley Family**

4559.   Juantrea Tyrone Bradley was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

4560.   On March 12, 2008, Juantrea Tyrone Bradley, then 28, was serving in the U.S. military in Ira near the city of An-Nasiriyah when his vehicle was struck by mortar fire launched by JAM Special Groups terror operatives.

4561.   Juantrea Tyrone Bradley was killed in the attack.

4562.   The attack that killed Juantrea Tyrone Bradley was carried out by JAM Special Groups operatives working at the behest of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing tactics taught to them by Hezbollah.

4563.   Plaintiff Ava Lanette Bradley is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Juantrea Tyrone Bradley.

4564.   Plaintiff Ava Lanette Bradley brings an action individually and on behalf of the Estate of Juantrea Tyrone Bradley, as its legal representative.

4565.   Plaintiff A.D.B., a minor, represented by her legal guardian, Ava Lanette Bradley, is a citizen of the United States and domiciled in the State of North Carolina. She is the daughter of Juantrea Tyrone Bradley.

4566.   Plaintiff T.T.B., a minor, represented by his legal guardian, Ava Lanette Bradley, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Juantrea Tyrone Bradley.

4567.   Plaintiff J.T.B., a minor, represented by his legal guardian, Ava Lanette Bradley, is a citizen of the United States and domiciled in the State of North Carolina. He is the son of Juantrea Tyrone Bradley.

4568.   Plaintiff Anthony Hudson is a citizen of the United States and domiciled in the State of North Carolina. He is the stepson of Juantrea Tyrone Bradley.

4569.   As a result of the attack, and the death of Juantrea Tyrone Bradley, Plaintiffs Ava Lanette Bradley, A.D.B., T.T.B., J.T.B., and Anthony Hudson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 184.   THE MARCH 14, 2008 ATTACK – MUSAYYIB

**The Bewley Family**

4570.   Plaintiff Austin Bewley is a citizen of the United States and domiciled in the State of Oregon.

4571.   On March 14, 2008, Austin Bewley, then 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling on the way to Baghdad.

4572.   The weapon used to injure Austin Bewley was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4573.   Mr. Bewley suffered shrapnel wounds in his left leg, right hand, and face.

4574.   He was also diagnosed with PTSD.

4575.   Mr. Bewley was prescribed pain medication and medication to regrow the nerve in his leg. He was also prescribed medication to treat the symptoms of his PTSD.

4576.   As a result of the attack, and the injuries he suffered, Plaintiff Austin Bewley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4577.   Plaintiff Austin Bewley was discharged from the U.S. military on December 16, 2010.

**185.   THE MARCH 17, 2008 ATTACK – BAGHDAD**

**The Levi Family**

4578.   Plaintiff Christopher Levi is a citizen of the United States and domiciled in the State of New York.

4579.   On March 17, 2008, Christopher Levi, then 23, was serving in the U.S. military in Iraq.

4580.   Mr. Levi was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4581.   The weapon used to injure Mr. Levi was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4582.   As a result of the attack, Mr. Levi lost both of his legs.

4583.   He also sustained a fracture of his right ulna and loss of the second metacarpal in his right hand.

4584.   In addition to adjusting to life as a double amputee through the use of prosthetics and a wheelchair, Mr. Levi continues to experience numbness in his left arm.

4585.   He also suffers from a TBI.

4586.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Levi has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4587.   Plaintiff Eric Levi is a citizen of the United States and domiciled in the State of New York. He is the father of Christopher Levi.

4588.   Plaintiff Debra Levi is a citizen of the United States and domiciled in the State of New York. She is the mother of Christopher Levi.

4589.   Plaintiff Emily Levi is a citizen of the United States and domiciled in the State of New York. She is the sister of Christopher Levi.

4590.   Plaintiff Kimberly Vesey is a citizen of the United States and domiciled in the State of New York. She is the sister of Christopher Levi.

4591.   As a result of the attack, and the injuries suffered by Christopher Levi, Plaintiffs Eric Levi, Debra Levi, Emily Levi and Kimberly Vesey have experienced severe mental anguish, and extreme emotional pain and suffering.

4592.   Plaintiff Christopher Levi was discharged from the U.S. military on November 29, 2010.

**186.   THE MARCH 17, 2008 ATTACK – BAGHDAD**

**The Elledge Family**

4593.   Michael D. Elledge was a citizen of the United States and domiciled in the State of

Indiana when he was killed in Iraq.

4594.   On March 17, 2008, Michael D. Elledge, aged 41, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

4595.   Michael D. Elledge was killed in the attack.

4596.   The weapon used to injure Mr. Elledge was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4597.   Plaintiff Marion Crimens is a citizen of the United States and domiciled in the State of Florida. She is the mother of Michael D. Elledge.

4598.   Plaintiff Timothy W. Elledge is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Michael D. Elledge.

4599.   As a result of the attack, and the death of Michael D. Elledge, Plaintiffs Marion Crimens and Timothy W. Elledge have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Simpson Family**

4600.   Christopher Simpson was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

4601.   On March 17, 2008, Christopher Simpson, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4602.   Christopher Simpson was killed in the attack.

4603.   The weapon used to kill Christopher Simpson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4604.   Plaintiff Mary Catherine McLaughlin is a citizen of the United States and domiciled in the State of New York. She is the mother of Christopher Simpson.

4605.   As a result of the attack, and the death of Christopher Simpson, Plaintiff Mary Catherine McLaughlin has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 187.   THE MARCH 23, 2008 ATTACK – BAGHDAD

**The Habsieger Family**

4606.   Andrew J. Habsieger was a citizen of the United States and domiciled in the State of Missouri when he was killed in Iraq.

4607.   On March 23, 2008, Andrew J. Habsieger, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4608.   Andrew J. Habsieger was killed in the attack.

4609.   The weapon used to kill Andrew J. Habsieger was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4610.   Plaintiff Brenda Habsieger is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Andrew J. Habsieger.

4611.   Plaintiff Brenda Habsieger brings an action individually and on behalf of the Estate of Andrew J. Habsieger, as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

4612.   Plaintiff Michael Habsieger is a citizen of the United States and domiciled in the State of Missouri. He is the father of Andrew J. Habsieger.

4613.   Jacob Michael Habsieger was a citizen of the United States at the time of the death of Andrew J. Habsieger. He was the brother of Andrew J. Habsieger. Jacob Michael Habsieger died on March 5, 2018.

4614.   Amber Habsieger is a citizen of the United States and domiciled in the State of Missouri. She brings an action on behalf of the Estate of Jacob Michael Habsieger, as its legal representative.

4615.   As a result of the attack, and the death of Andrew J. Habsieger, the late Jacob Michael Habsieger experienced, and Plaintiffs Brenda Habsieger and Michael Habsieger have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Hake Family**

4616.   Christopher M. Hake was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

4617.   On March 23, 2008, Christopher M. Hake, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4618.   Christopher M. Hake was killed in the attack.

4619.   The weapon used to kill Christopher M. Hake was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4620.   Plaintiff Kelli D. Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Christopher M. Hake.

4621.   Plaintiff Kelli D. Hake brings an action individually and on behalf of the Estate of Christopher M. Hake, as its legal representative.

4622.   Plaintiff G.H., a minor represented by his legal guardian Kelli D. Hake, is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Christopher M. Hake.

4623.   Plaintiff Denice York is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Christopher M. Hake.

4624.   Plaintiff Russel York is a citizen of the United States and domiciled in the State of Oklahoma. He is the stepfather of Christopher M. Hake.

4625.   Plaintiff Peter Hake is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Christopher M. Hake.

4626.   Plaintiff Jill Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the stepmother of Christopher M. Hake.

4627.   Plaintiff Zachary Hake is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Christopher M. Hake.

4628.   Plaintiff Keri Hake is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Christopher M. Hake.

4629.   Plaintiff Skylar Hake is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Christopher M. Hake.

4630.   Plaintiff Jennifer Renee York is a citizen of the United States and domiciled in the State of Oklahoma. She is the stepsister of Christopher M. Hake.

4631.   Plaintiff Jason York is a citizen of the United States and domiciled in the State of Oklahoma. He is the stepbrother of Christopher M. Hake.

4632.   As a result of the attack, and the death of Christopher M. Hake, Plaintiffs Kelli D.

672

Hake, G.H., Denice York, Russel York, Peter Hake, Jill Hake, Zachary Hake, Keri Hake, Skylar Hake, Jennifer Renee York and Jason York have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**The Delgado Family**

4633.   George Delgado was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

4634.   On March 23, 2008, George Delgado, aged 21, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

4635.   George Delgado was killed in the attack.

4636.   The weapon used to kill George Delgado was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4637.   Plaintiff Maria E. Calle is a citizen of the United States and domiciled in the State of California. She is the mother of George Delgado.

4638.   Plaintiff Maria E. Calle brings an action individually and on behalf of the Estate of George Delgado, as its legal representative.

4639.   Plaintiff Cynthia Delgado is a citizen of the United States and domiciled in the State of California. She is the sister of George Delgado.

4640.   As a result of the attack, and the death of George Delgado, Plaintiffs Maria E. Calle and Cynthia Delgado have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The McCoy Family**

4641.   Steve A. McCoy was a citizen of the United States and domiciled in the State of Georgia when he was injured in Iraq.

4642.   On March 23, 2008, Steve A. McCoy, aged 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

4643.   The weapon used to kill Steve A. McCoy was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4644.   As a result of the attack, Steve A. McCoy sustained third degree burns over 98% of his body. The explosion and resulting fire also caused the loss of some fingers, his ear, and his nose.

4645.   After initial treatment in Iraq and Germany, Steve A. McCoy received extensive treatment in the United States. During the course of his treatment he underwent a number of skin grafts.

4646.   He was heavily sedated for hours each day so that his bandages could be changed, and his wounds could be treated.

4647.   Occasionally, he was conscious and able to communicate through blinking and other methods. Following a tracheotomy procedure, he developed a limited ability to speak.

4648.   His condition also required respiratory therapy and dialysis treatment.

4649.   Steve A. McCoy died on June 10, 2008 as a result of the injuries he sustained in the attack.

4650.   Plaintiff Tabitha McCoy is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Steve A. McCoy.

4651.   Plaintiff Tabitha McCoy brings an action individually and on behalf of the Estate of Steve A. McCoy, as its legal representative.

4652.   Plaintiff L.M., a minor represented by his legal guardian Tabitha McCoy, is a citizen of the United States and domiciled in the State of Georgia. He is the son of Steve A. McCoy.

4653.   Plaintiff R.M., a minor represented by her legal guardian Tabitha McCoy, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Steve A. McCoy.

4654.   As a result of the attack, and the death of Steve A. McCoy, Plaintiffs Tabitha McCoy, L.M. and R.M. have experienced severe mental anguish, extreme emotional pain and suffering and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Fieser Family**

4655.   Plaintiff Matthew Fieser is a citizen of the United States and domiciled in the State of Washington.

4656.   On March 23, 2008, Matthew Fieser, then 25, was serving in the U.S. military in Iraq.

4657.   He was an occupant in a vehicle traveling in the same convoy when an EFP emplaced by Special Groups detonated near the lead vehicle, resulting in the deaths of four soldiers that day and the death of Steve A. McCoy, who subsequently died as a result of his injuries.

4658.   The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4659.   Following the blast, the lead vehicle began to burn, eventually burning uncontrollably.

4660.   Steve A. McCoy, the truck commander of the lead vehicle exited the vehicle, his body and clothes on fire. Nearly all his clothes had been burned off.

4661.   After the vehicle in which Mr. Fieser was traveling approached the disabled vehicle, he dismounted. While engulfed in flames, Mr. McCoy began running toward Mr. Fieser, screaming and crying out to him.

4662.   Although severely burned all over his body, Mr. McCoy remained conscious following the attack. After a period of time, Mr. Fieser helped to move Mr. McCoy onto a support to prepare him for transport.

4663.   Mr. Fieser traveled alongside Steve A. McCoy and continued to talk to him as he was transported to the hospital. Throughout this period, Steve A. McCoy continued to scream with pain and cough up a foamy substance.

4664.   After arriving at the hospital, Mr. Fieser learned that the other occupants of the lead vehicle had been severely burned, could not be extricated from their vehicle, and did not survive.

4665.   Mr. Fieser has been diagnosed with PTSD and has experienced nightmares.

4666.   Mr. Fieser has sought counseling and has been prescribed medication, including anti-depressants, to treat his condition.

4667.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew Fieser has experienced severe mental anguish and extreme emotional pain and suffering.

4668.   Plaintiff Matthew Fieser was discharged from the U.S. military on October 23, 2012.

676

**The Carrington Family**

4669.   Plaintiff Benjamin Daniel Carrington is a citizen of the United States and domiciled in the State of Georgia.

4670.   On March 23, 2008, Benjamin Daniel Carrington, then 22, was serving in the U.S. military in Iraq.

4671.   Mr. Carrington was the driver of the vehicle in which Plaintiff Matthew Fieser was traveling when an EFP emplaced by Special Groups detonated near the lead vehicle in the convoy, resulting in the deaths of four soldiers that day and the death of Steve A. McCoy, who subsequently died as a result of his injuries.

4672.   The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4673.   Mr. Carrington witnessed the attack scene and the aftermath, including Mr. McCoy, who was engulfed in flames.

4674.   He has been diagnosed with PTSD.

4675.   Mr. Carrington has sought counseling and has been prescribed medication to treat his condition.

4676.   As a result of the attack, and the injuries he suffered, Plaintiff Benjamin Daniel Carrington has experienced mental anguish and extreme emotional pain and suffering.

4677.   Plaintiff Benjamin David Carrington was discharged from the U.S. military on June 22, 2011.

**The Heslop Family**

4678.   Plaintiff Jonathan Heslop is a citizen of the United States and domiciled in the State of Ohio.

4679.   On March 23, 2008, Jonathan Heslop, then 23, was serving in the U.S. military in Iraq.

4680.   Jonathan Heslop was the gunner of the vehicle that Benjamin Carrington was driving and was traveling in the same convoy when an EFP emplaced by Special Groups detonated near the lead vehicle, resulting in the deaths of four soldiers that day and the death of Steve A. McCoy, who subsequently died as a result of his injuries.

4681.   The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4682.   Mr. Heslop witnessed the attack scene and the aftermath, including seeing Mr. McCoy when he was engulfed in flames.

4683.   Jonathan Heslop has been diagnosed with PTSD.

4684.   Mr. Heslop has sought counseling to address the PTSD and the impact that the attack has had upon him. He has been prescribed medication to treat this condition.

4685.   As a result of the attack, and the injuries he suffered, Plaintiff Jonathan Heslop has experienced severe mental anguish and extreme emotional pain and suffering.

**The Mason Family**

4686.   Plaintiff Russell Mason is a citizen of the United States and domiciled in the State of Maryland.

4687.   On March 23, 2008, Russell Mason, then 23, was serving in the U.S. military in Iraq.

4688.   Russell Mason was the commander of the convey and was an occupant in the vehicle being driven by Benjamin Carrington traveling in the same convoy when an EFP emplaced by Special Groups detonated near the lead vehicle, resulting in the deaths of four soldiers that day and the death of Steve A. McCoy, who subsequently died as a result of his injuries.

4689.   The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4690.   Following the blast, the lead vehicle began to burn, eventually burning uncontrollably.

4691.   Steve A. McCoy, the truck commander of the lead vehicle exited the vehicle, his body and clothes on fire. Nearly all his clothes had been burned off.

4692.   After the vehicle in which Mr. Mason was traveling approached the disabled vehicle, he dismounted. While engulfed in flames, Steve A. McCoy began running toward Mr. Fieser, screaming and crying out to him.

4693.   While trying to help Steve A. McCoy, they came under fire from the ground floor and a second-floor window positions south of where the convey had been attacked.

4694.   Mr. Mason suffers from PTSD and has experienced survivor's guilt. He has received treatment and counseling for these issues.

4695.   As a result of the attack, and the injuries he suffered, Plaintiff Russell Mason has experienced severe mental anguish and extreme emotional pain and suffering.

4696.   Plaintiff Russell Mason was discharged from the U.S. military on August 15, 2012.

**The Pool Family**

4697.   Plaintiff Andy Pool is a citizen of the United States and domiciled in the State of Arkansas.

4698.   On March 23, 2008, Andy Pool, then 26, was serving in the U.S. military in Iraq.

4699.   Andy Pool was an occupant of the vehicle that Benjamin Carrington was driving when an EFP emplaced by Special Groups detonated near the lead vehicle in the convoy, resulting in the deaths of four soldiers that day and the subsequent death of Steve A. McCoy.

4700.   The weapon that caused the deaths of the soldiers who had been traveling in the lead vehicle was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4701.   Mr. Pool witnessed the attack scene and the aftermath, including seeing Steve A. McCoy when he was engulfed in flames. Although Mr. McCoy was essentially unrecognizable, Mr. Pool realized it was him solely from his tattoo that was somewhat visible.

4702.   Mr. Pool traveled alongside Mr. McCoy and continued to talk to him as he was transported to the hospital. Throughout this period, Mr. McCoy continued to scream with pain. While en route to the hospital, Mr. McCoy asked Mr. Pool to tell his wife and children that he loved them.

4703.   Mr. Pool endures extreme survivor's guilt. He has also experienced nightmares and sleep issues.

4704.   He has been diagnosed with PTSD.

4705.   Mr. Pool has sought counseling to address the PTSD and the impact that the attack has had upon him. He has been prescribed medication to treat this condition and the sleep issues that have developed since the attack.

4706.   As a result of the attack, and the injuries he suffered, Plaintiff Andy Pool has experienced severe mental anguish and extreme emotional pain and suffering.

4707.   Plaintiff Andy Pool was discharged from the U.S. military on June 14, 2019.

**188.   THE MARCH 23, 2008 ATTACK – BAGHDAD**

**The Converse Family**

4708.   Paul R. Converse was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

4709.   On March 23, 2008, Paul R. Converse, aged 56, was a civilian working as an auditor for the Special Inspector General for Iraq Reconstruction ("SIGIR") in Baghdad.

4710.   On March 23, 2008, a barrage of six 107mm rockets were fired by JAM Special Groups into the Green Zone in Baghdad where Paul R. Converse was working on Easter Sunday.

4711.   Paul R. Converse was mortally wounded in the rocket attack and succumbed to his wounds the following day.

4712.   The JAM Special Groups terror operatives that murdered Paul R. Converse were trained by Hezbollah and funded and armed by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF, as their proxy.

4713.   Plaintiff Frank L. Converse is a citizen of the United States and domiciled in the State of Washington. He is the brother of Paul R. Converse.

4714.   Plaintiff Frank L. Converse brings an action individually and on behalf of the Estate of Paul R. Converse, as its legal representative.

4715.   As a result of the attack, and the death of Paul R. Converse, Plaintiff Frank L. Converse has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

### 189.   THE MARCH 27, 2008 ATTACK – SADR CITY

**The Gerber Family**

4716.   Plaintiff Anthony M. Gerber is a citizen of the United States and domiciled in the State of Washington.

4717.   On March 27, 2008, Anthony M. Gerber was serving in the U.S. military in Iraq.

4718.   Mr. Gerber was in a convoy when an EFP emplaced by Special Groups struck the vehicle immediately in front of his.

4719.   The weapon used to injure Mr. Gerber was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4720.   Additionally, Mr. Gerber was also involved in additional attacks involving JAM during the Battle of Sadr City. He was involved in several counter-offensives against JAM terrorists. He was the target of regular ambushes by JAM that relied on the use of women and children as human shields and RPG and sniper attacks. Mr. Gerber was also part of: the fight surrounding the construction of the wall on Route Gold; the battle involving Chris Kyle depicted in *American Sniper*; and the fighting to interdict JAM attempts to resupply Sadr City and/or counter JAM attempts to overwhelm the Americans on the flanks of Sadr City during the Battle of Sadr City.

4721.   As a result of this attack and the additional combat Mr. Gerber was involved in, he suffered multiple concussions and suffers from PTSD, a TBI, chronic back pain and tinnitus.

682

4722.   As a result of the attack, and the injuries he suffered, Plaintiff Anthony M. Gerber has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4723.   Plaintiff Anthony M. Gerber was discharged from the U.S. military on November 15, 2009.

**The Gregston Family**

4724.   Plaintiff Charles B. Gregston is a citizen of the United States and domiciled in the State of California.

4725.   Charles B. Gregston served in Iraq as part of the 1-2 Stryker Calvary Regiment. During 2007 and 2008, he was deployed in and/or near Sadr City, Iraq for 15 months. For the entire Battle of Sadr City, Mr. Gregston was either directly in Sadr City or doing patrols on the outskirts of the area. Mr. Gregston's second and final deployment was from November 2009 to December 2010, when he was stationed on the outskirts of Baghdad.

4726.   During both deployments in Iraq, Mr. Gregston's unit confronted JAM Special Groups. He was an immediate responder during the JAM Special Groups sniper attack that killed Randell Olguin on September 30, 2007, and the JAM Special Groups' EFP attack that killed Joshua A. Molina and injured Plaintiff Anthony M. Gerber on March 27, 2008. Mr. Gregston was exposed to multiple roadside bombs while his unit patrolled JAM Special Groups' strongholds.

4727.   The weapon used to kill Joshua A. Molina was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4728.   The attacks described herein were perpetrated by JAM Special Groups operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

4729.   Due to his multiple encounters with JAM, JAM Special Groups and exposure to multiple blasts from JAM and JAM Special Groups devices, Mr. Gregston sustained a number of injuries, including PTSD, TBIs, and tinnitus, resulting in, among other things, permanent hearing loss. Due to his injuries, he received a 100% disability rating from the VA.

4730.   As a result of the JAM and JAM Special Groups attacks, Charles B. Gregston has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4731.   Plaintiff Charles B. Gregston was discharged from the U.S. military on February 2, 2013.

### 190.   THE MARCH 29, 2008 ATTACK – BAGHDAD

**The Miller Family**

4732.   Patrick J. Miller was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

4733.   On March 29, 2008, Patrick J. Miller aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4734.   Patrick J. Miller was killed in the attack.

4735.   The weapon used to kill Patrick J. Miller was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4736.   Plaintiff Kimberly Miller is a citizen of the United States and domiciled in the State of Florida. She is the mother of Patrick J. Miller.

4737.   Plaintiff Michael J. Miller is a citizen of the United States and domiciled in the State of Florida. He is the brother of Patrick J. Miller.

4738.   As a result of the attack, and the death of Patrick J. Miller, Plaintiffs Kimberly

684

Miller and Michael J. Miller have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**191.   THE MARCH 29, 2008 ATTACK – BAGHDAD**

**The Reiher Family**

4739.   Plaintiff Carl Reiher is a citizen of the United States and domiciled in the State of Arkansas.

4740.   On March 29, 2008, Carl Reiher was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4741.   The weapon used to injure Carl Reiher was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4742.   As a result of the attack, Mr. Reiher's left arm was amputated. He also sustained multiple burn injuries.

4743.   As a result of the attack, and the injuries he suffered, Plaintiff Carl Reiher has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4744.   Plaintiff Carl Reiher was discharged from the U.S. military on November 11, 2009.

**192.   THE MARCH 30, 2008 ATTACK – BAGHDAD**

**The Bailey Family**

4745.   Plaintiff Walter Bailey is a citizen of the United States and domiciled in the State of Florida.

4746.   On March 30, 2008, Walter Bailey, then 19, was serving in the U.S. military in Iraq.

4747.   Mr. Bailey was returning to base when his vehicle was struck by an EFP emplaced by Special Groups.

4748.   The weapon used to injure Mr. Bailey was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4749.   As a result of the attack, Mr. Bailey sustained multiple pieces of shrapnel in his right arm and both legs. He was also struck by shrapnel in his face and arm.

4750.   As a result of the attack, Mr. Bailey lost consciousness.

4751.   He has been diagnosed with both a TBI and PTSD.

4752.   Mr. Bailey has also experienced memory loss.

4753.   He has sought and continues to avail himself of counseling for the emotional injuries caused by the attack.

4754.   As a result of the attack, and the injuries he suffered, Plaintiff Walter Bailey has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4755.   Plaintiff Cassandra Bailey is a citizen of the United States and domiciled in the State of Florida. She is the wife of Walter Bailey.

4756.   As a result of the injuries suffered by Walter Bailey, Cassandra Bailey has sought counseling and been prescribed medication.

4757.   As a result of the attack, and the injuries Walter Bailey suffered, Plaintiff Cassandra Bailey has experienced severe mental anguish, and extreme emotional pain and suffering.

### 193.   THE MARCH 30, 2008 ATTACK – BAGHDAD

**The Gilmore Family**

4758.   Terrell W. Gilmore, Sr. was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

4759.   On March 30, 2008, Terrell W. Gilmore, Sr., aged 38, was serving in the U.S.

military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4760.   Terrell W. Gilmore, Sr. was killed in the attack.

4761.   The weapon used to kill Terrell W. Gilmore, Sr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4762.   The terrorist group that planned and executed the attack, the Mahdi Army/Special Groups, was trained and armed by Iran's IRGC-QF with the assistance of Hezbollah.

4763.   Plaintiff Kacey Gilmore is a citizen of the United States and domiciled in the State of Louisiana. She is the daughter of Terrell W. Gilmore, Sr.

4764.   Plaintiff Terrell Gilmore, Jr. is a citizen of the United States and domiciled in the State of Louisiana. He is the son of Terrell W. Gilmore, Sr.

4765.   As a result of the attack, and the death of Terrell W. Gilmore, Sr., Plaintiffs Kacey Gilmore and Terrell Gilmore, Jr. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

## 194.   THE MARCH 31, 2008 ATTACK – BAGHDAD

### The Dhanoolal Family

4766.   Dayne D. Dhanoolal was a citizen of the United States and domiciled in the State of New York when he was killed in Iraq.

4767.   On March 31, 2008, Dayne D. Dhanoolal, aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4768.   Dayne D. Dhanoolal was killed in the attack.

4769.   The weapon used to kill Dayne D. Dhanoolal was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction,

using specialized training and components supplied by Hezbollah and the IRGC.

4770.   Plaintiff Kynesha Dhanoolal is a citizen of the United States and domiciled in the State of South Carolina. She is the widow of Dayne D. Dhanoolal.

4771.   Plaintiff Kynesha Dhanoolal brings an action individually and on behalf of the Estate of Dayne D. Dhanoolal, as its representative.

4772.   As a result of the attack, and the death of Dayne D. Dhanoolal, Plaintiff Kynesha Dhanoolal has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her husband's society, companionship, comfort, advice and counsel.

## 195.   THE APRIL 3, 2008 ATTACK – SADR CITY

### The Robinson Family

4773.   Plaintiff Jason Robinson is a citizen of the United States and domiciled in the State of Virginia.

4774.   On April 3, 2008, Jason Robinson was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4775.   The weapon used to injure Jason Robinson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4776.   As a result of the attack, Jason Robinson sustained shrapnel wounds to his face, neck and shoulder. The blast also dislocated two lumbar disks and ruptured both of his eardrums.

4777.   As a result of the attack, and the injuries he suffered, Plaintiff Jason Robinson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4778.   Plaintiff Frances Robinson is a citizen of the United States and domiciled in the State of Virginia. She is the wife of Jason Robinson.

4779.   Plaintiff E.R., a minor represented by her legal guardian, Frances Robinson, is a citizen of the United States and domiciled in the State of Virginia. She is the daughter of Jason Robinson.

4780.   Plaintiff William Justin Weatherly is a citizen of the United States and domiciled in the State of Virginia. He is the stepson of Jason Robinson.

4781.   Plaintiff Michael Weatherly is a citizen of the United States and domiciled in the State of Texas. He is the stepson of Jason Robinson.

4782.   As a result of the attack, and the injuries suffered by Jason Robinson, Plaintiffs Frances Robinson, E.R., William Justin Weatherly and Michael Weatherly have experienced severe mental anguish, and extreme emotional pain and suffering.

4783.   Plaintiff Jason Robinson was discharged from the U.S. military on January 4, 2016.

## 196.   THE APRIL 4, 2008 ATTACK – BAGHDAD

### The von Letkemann Family

4784.   Plaintiff Grant von Letkemann is a citizen of the United States and domiciled in the State of Colorado.

4785.   On April 4, 2008, Plaintiff Grant von Letkemann, then 35, was serving in the U.S. military in Iraq when his base came under attack from 107mm rockets.

4786.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4787.   Grant von Letkemann was injured in the attack when one of the rockets landed in his vicinity.

4788.   As a result of the attack, Mr. von Letkmann sustained a TBI and a pulmonary blast injury, and he suffered from tinnitus and headaches.

4789.    He was also diagnosed with PTSD.

4790.    As a result of the attack, and the injuries he suffered, Plaintiff Grant von Letkemann has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4791.    Plaintiff Grant von Letkemann was discharged from the U.S. military on November 13, 2013.

**197.    THE APRIL 6, 2008 ATTACK – BAGHDAD**

**The Pickett Family**

4792.    Emanuel Pickett was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

4793.    On April 6, 2008, Emanuel Pickett, aged 34, was serving in the U.S. military when he was involved in a mortar and rocket attack, including 107mm rockets.

4794.    Emanuel Pickett was killed in the attack launched by JAM Special Groups terror operatives.

4795.    The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

4796.    Plaintiff Merlese Pickett is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Emanuel Pickett.

4797.    Plaintiff Merlese Pickett brings an action individually and on behalf of the Estate of Emanuel Pickett as its legal representative.

4798.    Plaintiff Harry Cromity is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

4799.    Plaintiff Marlen Pickett is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

4800.   Plaintiff Kemely Pickett is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Emanuel Pickett.

4801.   Plaintiff Vivian Pickett is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Emanuel Pickett.

4802.   Plaintiff Kyshia Sutton is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Emanuel Pickett.

4803.   As a result of the attack, and the death of Emanuel Pickett, Plaintiffs Merlee Pickett, Harry Cromity, Marlen Pickett, Kemely Pickett, Vivian Pickett and Kyshia Sutton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 198.   THE APRIL 6, 2008 ATTACK – BAGHDAD

**The Scott Family**

4804.   Stephen K. Scott was a citizen of the United States and domiciled in the State of Alabama when he was killed in Iraq.

4805.   On April 6, 2008, Stephen K. Scott, aged 54, was serving in the United States military in Iraq when JAM Special Groups terror operatives attacked his unit.

4806.   Stephen K. Scott was killed in the attack.

4807.   The attack was perpetrated by JAM Special Groups terror operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

4808.   Plaintiff Rachel M. Gillette is a citizen of the United States and domiciled in the State of Missouri. She is the daughter of Stephen K. Scott.

4809.   Plaintiff Rebekah Scott is a citizen of the United States and domiciled in the State

of Missouri. She is the daughter of Stephen K. Scott.

4810.   As a result of the attack, and the death of Stephen K. Scott, Plaintiffs Rachel M. Gillette and Rebekah Scott have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their father's society, companionship, comfort, advice and counsel.

**The Wolfer Family**

4811.   Stuart Wolfer was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

4812.   On April 6, 2008, Stuart Wolfer, aged 36, was serving in the United States military in Iraq when JAM Special Groups terror operatives attacked his unit.

4813.   Stuart Wolfer was killed as a result of injuries sustained in the attack.

4814.   The attack was perpetrated by JAM Special Groups terror operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

4815.   Plaintiff Lee Wolfer is a citizen of the United States and domiciled in the State of Iowa. She is the widow of Stuart Wolfer.

4816.   Plaintiff Lee Wolfer brings an action individually and on behalf of the Estate of Stuart Wolfer, as its legal representative.

4817.   Plaintiff L.W., a minor represented by her legal guardian, Lee Wolfer, is a citizen of the United States and domiciled in the State of Iowa. She is the daughter of Stuart Wolfer.

4818.   Plaintiff M.W., a minor represented by her legal guardian, Lee Wolfer, is a citizen of the United States and domiciled in the State of Iowa. She is the daughter of Stuart Wolfer.

4819.   Plaintiff I.W., a minor represented by her legal guardian, Lee Wolfer, is a citizen of the United States and domiciled in the State of Iowa. She is the daughter of Stuart Wolfer.

4820.   Plaintiff Beverly Wolfer is a citizen of the United States and domiciled in the State of New York. She is the sister of Stuart Wolfer.

4821.   As a result of the attack, and the death of Stuart Wolfer, Plaintiffs Lee Wolfer, L.W., M.W., I.W., and Beverly Wolfer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/brother's society, companionship, comfort, advice and counsel.

## 199.   THE APRIL 7, 2008 ATTACK – BAGHDAD

### The Smith Family

4822.   Timothy Smith was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

4823.   On April 7, 2008, Timothy Smith, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4824.   Timothy Smith was killed in the attack.

4825.   The weapon used to kill Timothy Smith was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4826.   Plaintiff Patricia Smith is a citizen of the United States and domiciled in the State of California. She is the mother of Timothy Smith.

4827.   Plaintiff Michael Smith is a citizen of the United States and domiciled in the State of Florida. He is the father of Timothy Smith.

4828.   Plaintiff Jacqueline A. Smith is a citizen of the United States and domiciled in the State of California. She is the sister of Timothy Smith.

4829.   Plaintiff Thomas Smith is a citizen of the United States and domiciled in the State of California. He is the brother of Timothy Smith.

4830.   As a result of the attack, and the death of Timothy Smith, Plaintiffs Patricia Smith, Michael Smith, Jacqueline A. Smith and Thomas Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 200.   THE APRIL 7, 2008 ATTACK – BAGHDAD

**The Vaughn Family**

4831.   Richard A. Vaughn was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

4832.   On April 7, 2008, Richard A. Vaughn, aged 22, was serving in the U.S. military in Iraq when a vehicle in his unit was struck by an EFP emplaced by Special Groups and Richard A. Vaughn and his unit came under attack by RPGs and small arms fire.

4833.   Richard A. Vaughn was killed in the attack.

4834.   The weapon used in the attack that killed Richard A. Vaughn was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4835.   Plaintiff Rachelle Idol is a citizen of the United States and domiciled in the State of North Carolina. She is the widow of Richard A. Vaughn.

4836.   Plaintiff James Vaughn is a citizen of the United States and domiciled in the State of Arizona. He is the father of Richard A. Vaughn.

4837.   Plaintiff Jeannine Vaughn is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Richard A. Vaughn.

4838.   Plaintiff Clifford Vaughn is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Richard A. Vaughn.

4839.   As a result of the attack, and the death of Richard A. Vaughn, Plaintiffs Rachelle Idol, James Vaughn, Jeannine Vaughn and Clifford Vaughn have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 201.   THE APRIL 8, 2008 ATTACK – KHARGULIAH

### The Hartley Family

4840.   Jeffery Hartley was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4841.   On April 8, 2008, Jeffery Hartley, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4842.   Jeffery Hartley was killed in the attack.

4843.   The weapon used to kill Jeffery Hartley was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4844.   Plaintiff David Hartley is a citizen of the United States and domiciled in the State of Texas. He is the father of Jeffery Hartley.

4845.   Plaintiff David Hartley brings an action individually and on behalf of the Estate of Jeffery Hartley, as its legal representative.

4846.   Plaintiff David Wayne Hartley is a citizen of the United States and domiciled in the State of Texas. He is the brother of Jeffrey Hartley.

4847.   Plaintiff Kaylie Hartley is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jeffery Hartley.

4848.   Plaintiff Lisa Duncan is a citizen of the United States and domiciled in the State of Texas. She is the sister of Jeffery Hartley.

4849.   As a result of the attack, and the death of Jeffery Hartley, Plaintiffs David Hartley David Wayne Hartley, Kaylie Hartley and Lisa Duncan have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 202.   THE APRIL 9, 2008 ATTACK – SADR CITY

**The Ault Family**

4850.   Jesse A. Ault was a citizen of the United States and domiciled in the State of Virginia when he was killed in Iraq.

4851.   On April 9, 2008, Jesse A. Ault, aged 28, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4852.   Jesse A. Ault was killed in the attack.

4853.   The weapon used to kill Jesse A. Ault was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4854.   Plaintiff Virginia Billiter is a citizen of the United States and domiciled in the State of West Virginia. She is the mother of Jesse A. Ault.

4855.   Plaintiff Eric Billiter is a citizen of the United States and domiciled in the State of West Virginia. He is the stepfather of Jesse A. Ault.

4856.   Plaintiff Adrianne Kidd is a citizen of the United States and domiciled in the State of North Carolina. She is the stepsister of Jesse A. Ault.

4857.   As a result of the attack, and the death of Jesse A. Ault, Plaintiffs Virginia Billiter, Eric Billiter and Adrianne Kidd have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 203.   THE APRIL 12, 2008 ATTACK

#### The Swinton Family

4858.   Plaintiff Allen Swinton is a citizen of the United States and domiciled in the State of Georgia.

4859.   On April 12, 2008, Allen Swinton, then 33, was serving in the U.S. military in Iraq.

4860.   Mr. Swinton's unit was providing escort duties when his vehicle was struck by an EFP emplaced by Special Groups.

4861.   The weapon used to injure Mr. Swinton was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4862.   As a result of the explosion, Mr. Swinton's artery was severed; he lost a great amount of blood; multiple pieces of shrapnel entered his lower extremities; and his right hand was injured.

4863.   Mr. Swinton underwent surgery to tie his artery; he also underwent multiple surgeries to remove shrapnel from his body.

4864.   He has also undergone physical therapy to treat the injuries he sustained to his legs and hand.

4865.   Mr. Swinton continues to experience pain in his lower extremities and will likely require additional treatment to address the remaining shrapnel in his body.

4866.   As a result of the attack, and the injuries he suffered, Plaintiff Allen Swinton has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4867.   Plaintiff Temika Swinton is a citizen of the United States and domiciled in the State of Georgia. She is the wife of Allen Swinton.

4868.   Plaintiff T.S., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Allen Swinton and Temika Swinton.

4869.   Plaintiff T.S., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Allen Swinton and Temika Swinton.

4870.   Plaintiff T.B., a minor represented by her legal guardian Temika Swinton, is a citizen of the United States and domiciled in the State of Georgia. She is the daughter of Temika Swinton and the stepdaughter of Allen Swinton.

4871.   Plaintiff Linda Pritchett is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Allen Swinton.

4872.   As a result of the attack, and the injuries Allen Swinton suffered, Plaintiffs Temika Swinton, T.S., T.S., T.B. and Linda Pritchett have experienced severe mental anguish and extreme emotional pain and suffering.

**204.** **THE APRIL 12, 2008 ATTACK – BAGHDAD**

**The Allmon Family**

4873.   William E. Allmon was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

4874.   On April 12, 2008, William E. Allmon, aged 25, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4875.   William E. Allmon was killed in the attack.

4876.   The weapon used to kill William E. Allmon was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4877.   Plaintiff William Allmon is a citizen of the United States and domiciled in the State of Georgia. He is the father of William E. Allmon.

4878.   Plaintiff William Allmon brings an action individually and on behalf of the Estate of William E. Allmon, as its legal representative.

4879.   As a result of the attack, and the death of William E. Allmon, Plaintiff William Allmon has experienced severe mental anguish, extreme emotional pain and suffering and loss of his son's society, companionship, comfort, advice and counsel.

**205.** **THE APRIL 17, 2008 ATTACK – SADR CITY**

**The Sloan Family**

4880.   Plaintiff Ronald Sloan is a citizen of the United States and domiciled in the State of Tennessee.

4881.   On April 17, 2008, Ronald Sloan, age 32, was serving in the U.S. military in Iraq.

4882.   Mr. Sloan was on patrol in Sadr City when the Abrams tank he was in was struck by an EFP emplaced by Special Groups.

4883.   The weapon used to injure Mr. Sloan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4884.   As a result of the attack, Mr. Sloan was struck by shrapnel on the right side of his face and neck.

4885.   He was medevaced to the 86th combat support hospital for treatment of his wounds. He was then sent to the Green Zone for further evaluation.

4886.   Mr. Sloan also suffers from PTSD as a result of the attack.

4887.   As a result of the attack, and the injuries he suffered, Plaintiff Ronald Sloan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4888.   Plaintiff Ronald Sloan was discharged from the U.S. military on May 31, 2015.

**206.**   **THE APRIL 21, 2008 ATTACK – BASRA**

**The Vandegrift Family**

4889.   Matthew R. Vandegrift was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

4890.   On April 21, 2008, Matthew R. Vandegrift, aged 28, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

4891.   Matthew R. Vandegrift was killed in the attack.

4892.   The weapon used to kill Matthew R. Vandegrift was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4893.   Plaintiff Mary Jane Vandegrift is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Matthew R. Vandegrift.

4894.   Plaintiff Mary Jane Vandegrift brings an action individually and on behalf of the Estate of Matthew R. Vandegrift, as its legal representative.

4895.   John Vandegrift was a citizen of the United States at the time of the death of Matthew R. Vandegrift. He was the father of Matthew R. Vandegrift. John Vandegrift died on September 23, 2016.

4896.   Plaintiff Mary Jane Vandegrift brings an action individually and on behalf of the Estate of John Vandegrift, as its legal representative.

4897.   As a result of the attack, and the death of Matthew R. Vandegrift, the late John Vandegrift experienced, and Plaintiff Mary Jane Vandegrift has experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### 207.   THE APRIL 21, 2008 ATTACK – SADR CITY

**The Thomsen Family**

4898.   Plaintiff Mark E. Thomsen is a citizen of the Unites States and domiciled in the State of Arkansas.

4899.   On April 21, 2008, Mark E. Thomsen was serving in the U.S. military in Iraq when his unit was attacked with an IRAM.

4900.   The attack was perpetrated by Hezbollah-trained and IRGC-QF-supplied operatives of the JAM and KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

4901.   As a result of the attack, Mark E. Thomsen suffered a concussion.

4902.   He also suffers from a TBI and PTSD.

701

4903.   As a result of the attack, and the injuries he suffered, Plaintiff Mark E. Thomsen has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4904.   Plaintiff Ardell Thomsen is a citizen of the United States and domiciled in the State of Arkansas. She is the mother of Mark E. Thomsen.

4905.   Plaintiff Ralph Thomsen is a citizen of the United States and domiciled in the State of Arkansas. He is the father of Mark E. Thomsen.

4906.   As a result of the attack, and the injuries suffered by Mark E. Thomsen, Plaintiffs Ardell Thomsen and Ralph Thomsen have experienced severe mental anguish, and extreme emotional pain and suffering.

4907.   Plaintiff Mark E. Thomsen was discharged from the U.S. military on January 10, 2011.

### 208.   THE APRIL 21, 2008 ATTACK – BAGHDAD

**The Bogart Family**

4908.   Plaintiff Evan D. Bogart is a citizen of the Unites States and domiciled in the State of Arizona.

4909.   On April 21, 2008, Evan Bogart was serving in the U.S. military in Iraq.

4910.   Mr. Bogart was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4911.   The weapon used to injure Mr. Bogart was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4912.   As a result of the attack, Mr. Bogart sustained burns and blast injuries to his face as well as a shrapnel injury to his left shoulder.

4913.   He also suffers from PTSD and tinnitus.

4914.   As a result of the attack, and the injuries he suffered, Plaintiff Evan D. Bogart has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4915.   Plaintiff Lani D. Bogart is a citizen of the Unites States and domiciled in the State of Arizona. She is the mother of Evan D. Bogart.

4916.   Plaintiff Douglas R. Bogart is a citizen of the Unites States and domiciled in the State of Arizona. He is the brother of Evan D. Bogart.

4917.   Plaintiff Christopher Bogart is a citizen of the Unites States and domiciled in the State of Arizona. He is the brother of Evan D. Bogart.

4918.   Plaintiff Cana Hickman is a citizen of the Unites States and domiciled in the State of Texas. She is the sister of Evan D. Bogart.

4919.   As a result of the attack, and the injuries suffered by Evan D. Bogart, Plaintiffs Lani D. Bogart, Douglas R. Bogart, Christopher Bogart and Cana Hickman have experienced severe mental anguish, and extreme emotional pain and suffering.

4920.   Plaintiff Evan D. Bogart was discharged from the U.S. military on November 29, 2011.

### 209.   THE APRIL 21, 2008 ATTACK – SADR CITY

**The Rosa-Valentin Family**

4921.   Plaintiff Luis Rosa-Valentin is a citizen of the United States and domiciled in the State of Maryland.

4922.   On April 21, 2008, Luis Rosa-Valentin, then 24, was serving in the U.S. military in Iraq.

4923.   Mr. Rosa-Valentin was on foot patrol in the Al Amin neighborhood of Baghdad

when he was struck by an EFP emplaced by Special Groups.

4924.   The weapon used to injure Mr. Rosa-Valentin was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4925.   As a result of the attack, Mr. Rosa-Valentin lost both of his legs and his left arm. He also suffered blindness in one eye, lost his hearing, and broke every bone in his face.

4926.   He has also been diagnosed with a TBI and PTSD.

4927.   As a result of the attack, and the injuries he suffered, Plaintiff Luis Rosa-Valentin has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4928.   Plaintiff M.R., a minor represented by her legal guardian Luis Rosa-Valentin, is a citizen of the United States and domiciled in the State of Maryland. She is the daughter of Luis Rosa-Valentin.

4929.   Plaintiff Iliana M. Rosa-Valentin is a citizen of the Unites States and domiciled in the State of Maryland. She is the sister of Luis Rosa Valentin.

4930.   As a result of the attack, and the injuries suffered by Luis Rosa-Valentin, Plaintiffs M.R. and Iliana M. Rosa-Valentin have experienced severe mental anguish, and extreme emotional pain and suffering.

4931.   Plaintiff Luis Rosa-Valentin was discharged from the U.S. military on May 28, 2010.

### 210.   THE APRIL 28, 2008 ATTACK – BAGHDAD

**The Marion Family**

4932.   Adam L. Marion was a citizen of the Unites States and domiciled in the State of North Carolina when he was killed in Iraq.

4933.   On April 28, 2008, Adam L. Marion, aged 26, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs by Hezbollah-trained and IRGC-QF-supplied operatives of the KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

4934.   Adam L. Marion was killed in the attack.

4935.   Plaintiff Pam Marion is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Adam L. Marion.

4936.   Plaintiff Donnie Marion is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Adam L. Marion.

4937.   Plaintiff Adrian McCann is a citizen of the United States and domiciled in the State of North Carolina. She is the sister of Adam L. Marion.

4938.   As a result of the attack, and the death of Adam L. Marion, Plaintiffs Pam Marion, Donnie Marion and Adrian McCann have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Stone Family**

4939.   Mark Stone was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

4940.   On April 28, 2008, Mark Stone, aged 22, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs by Hezbollah-trained and IRGC-QF-supplied operatives of the KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

4941.   Mark Stone was killed in the attack.

4942.   Plaintiff Don Jason Stone is a citizen of the United States and domiciled in the State of Texas. He is the brother of Mark Stone.

705

4943.   As a result of the attack, and the death of Mark Stone, Plaintiff Don Stone has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his brother's society, companionship, comfort, advice and counsel.

**The Sloan Family**

4944.   Plaintiff Ronald Sloan is a citizen of the United States and domiciled in the State of Tennessee.

4945.   On April 28, 2008, Ronald Sloan, age 32, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs by Hezbollah-trained and IRGC-QF-supplied operatives of the KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

4946.   As a result of the attack, Mr. Sloan was knocked unconscious. He also suffered ear pain and general discomfort.

4947.   Mr. Sloan has subsequently been diagnosed as suffering from a TBI and PTSD.

4948.   As a result of the attack, and the injuries he suffered, Plaintiff Ronald Sloan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4949.   Plaintiff Ronald Sloan was discharged from the U.S. military on May 31, 2015.

**211.   THE APRIL 28, 2008 ATTACK – SADR CITY**

**The Woodard Family**

4950.   Plaintiff David Woodard is a citizen of the United States and domiciled in the State of Georgia.

4951.   On April 28, 2008, David Woodard, then 34, was serving in the U.S. military in Iraq.

4952.   Mr. Woodard was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4953.   The weapon used to injure Mr. Woodard was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4954.   As a result of the attack, a large fragment from the EFP struck Mr. Woodard's right leg and blew out four inches of his leg bone. Two large shrapnel fragments entered his left calf, removing approximately 25% of the calf muscle, and another fragment entered near his Achilles tendon.

4955.   As a result of the attack, and the injuries he suffered, Plaintiff David Woodard has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4956.   Plaintiff D.M.W., a minor represented by his legal guardian David Woodard, is a citizen of the United States and domiciled in the State of Georgia. He is the son of David Woodard.

4957.   As a result of the attack, and the injuries suffered by David Woodard, Plaintiff D.M.W. has experienced severe mental anguish, and extreme emotional pain and suffering.

4958.   Plaintiff David Woodard was discharged from the U.S. military on December 9, 2010.

## 212.   THE APRIL 28, 2008 ATTACK – SADR CITY

**The Magers Family**

4959.   Plaintiff Adam Magers is a citizen of the United States and domiciled in the State of Missouri.

4960.   On April 28, 2008, Adam Magers was serving in the U.S. military in Iraq and was at Joint Security Station Thawra in Sadr City when it was attacked with IRAMs by Hezbollah-trained and IRGC-QF-supplied operatives of the KH Special Groups acting as agents and proxies of Hezbollah and the IRGC-QF.

4961.   As a result of the attack, Mr. Magers suffered lacerations on his left arm, hands, and right ear, and small cuts on the back of his neck. He also sustained injuries to his shoulder, which ultimately required surgery

4962.   As a result of the attack, and the injuries he suffered, Plaintiff Adam Magers has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 213.   <u>THE APRIL 29, 2008 ATTACK – BAGHDAD</u>

**The Kaplan Family**

4963.   Plaintiff Preston Charles Kaplan is a citizen of the United States and domiciled in the State of Texas.

4964.   On April 28, 2008, Preston Charles Kaplan, then 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated as his vehicle passed by. He was the turret gunner in an M1114 up-armored HMMWV that was hit with an EFP on the front passenger-side door while traveling in the Kadhimiya neighborhood of Baghdad.

4965.   The weapon used to injure Preston Charles Kaplan was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4966.   As a result of the attack, Mr. Kaplan sustained a penetrating wound to his right leg including blast injuries to his tibial shaft. Shrapnel lacerated his popliteal artery and injured his peroneal nerve.

4967.   He also sustained a TBI, bilateral hearing loss, tinnitus, scarring, sleep apnea, GERD, and PTSD.

4968.   After numerous attempts to save Mr. Kaplan's right leg below the knee, he underwent a below-the-knee amputation 19 months after the attack and suffered additional infections following the amputations that required significant additional surgeries.

4969.   Mr. Kaplan has received extensive medical treatment – including various surgeries and prosthetic fittings – at several hospitals, where he has spent years in treatment.

4970.   As a result of the attack, and the injuries he suffered, Preston Charles Kaplan has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4971.   Plaintiff Nicole A. Kaplan is a citizen of the United States and domiciled in the State of Texas. She is the wife of Preston Charles Kaplan.

4972.   Plaintiff Noni Kaplan is a citizen of the United States and domiciled in the State of California. She is the mother of Preston Charles Kaplan.

4973.   Plaintiff David Kaplan is a citizen of the United States and domiciled in the State of California. He is the father of Preston Charles Kaplan.

4974.   Plaintiff Jaime Zarcone is a citizen of the United States and domiciled in the State of California. She is the sister of Preston Charles Kaplan.

4975.   Plaintiff Jessalyn Holt is a citizen of the United States and domiciled in the State of California. She is the sister of Preston Charles Kaplan.

4976.   As a result of the attack, and the injuries Preston Charles Kaplan suffered, Plaintiffs Nicole A. Kaplan, Noni Kaplan, David Kaplan, Jaime Zarcone, and Jessalyn Holt have experienced severe mental anguish and extreme emotional pain and suffering.

4977.   Plaintiff Preston Charles Kaplan was discharged from the U.S. military on June 18, 2012.

**214.    THE APRIL 29, 2008 ATTACK – SADR CITY**

**The Garza Family**

4978.    Plaintiff Luis Garza is a citizen of the United States and domiciled in the State of Florida.

4979.    On April 29, 2008, Luis Garza, then 22, was serving in the U.S. military in Iraq.

4980.    Mr. Garza was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

4981.    The weapon used to injure Mr. Garza was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4982.    As a result of the attack, Mr. Garza suffered shrapnel injuries to his face. He also suffers from PTSD and sleep apnea. Eventually, part of his kidney had to be removed as a result of the wounds he suffered.

4983.    As a result of the attack, and the injuries he suffered, Plaintiff Luis Garza has experienced severe physical and mental anguish and extreme emotional pain and suffering.

4984.    Plaintiff Luis Garza was discharged from the U.S. military on April 25, 2010.

**215.    THE APRIL 30, 2008 ATTACK – BAGHDAD**

**The Tucker Family**

4985.    Ronald J. Tucker was a citizen of the Unites States and domiciled in the State of Colorado when he was killed in Iraq.

4986.    On April 30, 2008, Ronald J. Tucker, aged 21, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his HMMWV in Baghdad.

4987.   Ronald J. Tucker was killed in the attack.

4988.   The weapon used to kill Ronald J. Tucker was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

4989.   Plaintiff Susan Arnold is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Ronald J. Tucker.

4990.   Plaintiff Susan Arnold brings an action individually and on behalf of the Estate of Ronald J. Tucker, as its legal representative.

4991.   Plaintiff David Arnold is a citizen of the United States and domiciled in the State of Colorado. He is the stepfather of Ronald J. Tucker.

4992.   Plaintiff Samantha Tucker is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Ronald J. Tucker.

4993.   Plaintiff Brandon Arnold is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Ronald J. Tucker.

4994.   Plaintiff Daisy Tucker is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Ronald J. Tucker.

4995.   As a result of the attack, and the death of Ronald J. Tucker, Plaintiffs Susan Arnold, David Arnold, Samantha Tucker, Brandon Arnold and Daisy Tucker have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 216.   THE MAY 1, 2008 ATTACK – SADR CITY

**The Daggett Family**

4996.   John K. Daggett was a citizen of the United States and domiciled in the State of

Arizona when he was injured in Iraq.

4997.   On May 1, 2008, John K. Daggett, aged 21, was serving in the U.S. military in Iraq when a rocket propelled grenade fired by a JAM Special Groups terror operative hit the vehicle in which he was travelling.

4998.   John K. Daggett was injured in the attack, and he died on May 15, 2008 from the injuries he sustained in the attack.

4999.   John K. Daggett was killed in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5000.   Plaintiff John Daggett is a citizen of the United States and domiciled in the State of Arizona. He is the father of John K. Daggett.

5001.   Plaintiff Colleen Czaplicki is a citizen of the United States and domiciled in the State of Arizona. She is the mother of John K. Daggett.

5002.   As a result of the attack, and the death of John K. Daggett, Plaintiffs John Daggett and Colleen Czaplicki have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### 217.   THE MAY 2, 2008 ATTACK – BAGHDAD

**The Hicks Family**

5003.   Corey L. Hicks was a citizen of the United States and domiciled in the State of Arizona when he was killed in Iraq.

5004.   On May 2, 2008, Corey L. Hicks, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5005.   Corey L. Hicks was killed in the attack.

5006.   The weapon used to kill Corey L. Hicks was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5007.   Plaintiff Russel Hicks, Sr. is a citizen of the United States and domiciled in the State of Wyoming. He is the father of Corey L. Hicks.

5008.   Plaintiff Russel Hicks, Jr. is a citizen of the United States and domiciled in the State of Arizona. He is the brother of Corey L. Hicks.

5009.   As a result of the attack, and the death of Corey L. Hicks, Plaintiffs Russel Hicks, Sr. and Russel Hicks, Jr. have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 218.   THE MAY 9, 2008 ATTACK – BAGHDAD

### The Williamson Family

5010.   Plaintiff Wesley Williamson is a citizen of the United States and domiciled in the State of Texas.

5011.   On May 9, 2008, Wesley Williamson, then 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5012.   The weapon used to injure Mr. Williamson was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5013.   As a result of the attack, Mr. Williamson's right ulna and radius were completely shattered, and his posterior interosseous nerve was severed.

5014.   Shrapnel also penetrated his body.

713

5015.   Mr. Williamson received medical treatment in Iraq, Germany, Washington D.C., and Brooke Army Medical Center in San Antonio, Texas.

5016.   He has undergone multiple procedures to stabilize his condition and address his injuries.

5017.   In an attempt to regain functionality of his right arm and hand, Mr. Williamson underwent multiple surgeries.

5018.   These surgeries included the installation of plates and 16 screws in his right arm and tendon transfer surgery.

5019.   Mr. Williamson underwent occupational therapy for approximately 18 months. During that time, he was prescribed medications to manage the pain that he experienced.

5020.   The injury to his hand has resulted in a loss of dexterity to his fingers. This has forced Mr. Williamson to re-learn simple everyday tasks such as typing.

5021.   He experiences pain and limitations of movement daily.

5022.   Mr. Williamson has suffered memory loss since the attack and has difficulty recalling information.

5023.   He has been diagnosed with PTSD and a TBI and has sought counseling and been prescribed medication to treat those conditions.

5024.   As a result of the attack, and the injuries he suffered, Plaintiff Wesley Williamson has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5025.   Plaintiff Jesse Williamson is a citizen of the United States and domiciled in the State of New Mexico. He is the brother of Wesley Williamson.

5026.    As a result of the attack, and the injuries Wesley Williamson has suffered, Plaintiff Jesse Williamson has experienced severe mental anguish, and extreme emotional pain and suffering.

5027.    Plaintiff Wesley Williamson was discharged from the U.S. military on March 26, 2010.

### 219.    THE MAY 9, 2008 ATTACK – SADR CITY

**The Garza Family**

5028.    Plaintiff Luis Garza is a citizen of the United States and domiciled in the State of Florida.

5029.    On May 9, 2008, Luis Garza, then 22, was serving in the U.S. military in Iraq.

5030.    Mr. Garza was in a convoy when an EFP emplaced by Special Groups struck his vehicle.

5031.    The weapon used to injure Mr. Garza was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5032.    As a result of the attack, Mr. Garza suffered shrapnel injuries to his face.

5033.    He also suffers from PTSD and sleep apnea.

5034.    Eventually, part of Mr. Garza's kidney had to be removed as a result of the wounds he suffered.

5035.    As a result of the attack, and the injuries he suffered, Plaintiff Luis Garza has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**220.** **THE MAY 9, 2008 ATTACK – SADR CITY**

**The Magers Family**

5036.   Plaintiff Adam Magers is a citizen of the United States and domiciled in the State of Missouri.

5037.   On May 9, 2008, Adam Magers was serving in the U.S. military in Iraq.

5038.   Mr. Magers was in a convoy when four separate EFPs emplaced by Special Groups struck the convoy in which he was traveling.

5039.   The weapon used to injure Mr. Magers was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5040.   As a result of the attack, Mr. Magers suffers from a TBI.

5041.   As a result of the attack, and the injuries he suffered, Plaintiff Adam Magers has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**221.** **THE MAY 11, 2008 ATTACK – BAGHDAD**

**The O'Neill Family**

5042.   Plaintiff Patrick O'Neill is a citizen of the United States and domiciled in the State of Virginia.

5043.   On May 11, 2008, Patrick O'Neill, then 18, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5044.   Patrick O'Neill was injured in the attack.

5045.   The weapon used to injure Patrick O'Neill was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5046.   As a result of the attack, Mr. O'Neill was rendered unconscious.

5047.   He had sustained shrapnel in his back, buttock, and right shoulder and had also suffered injuries to his neck and face.

5048.   Mr. O'Neill's shoulder had been fractured and his right ear was severed in multiple places.

5049.   Shrapnel had also pierced through Mr. O'Neill's body, causing his right lung to collapse.

5050.   He continues to experience pain in his chest and shoulder.

5051.   Mr. O'Neill was diagnosed with PTSD and has sought counseling. He continues to have nightmares stemming from the attack.

5052.   As a result of the attack, and the injuries he suffered, Plaintiff Patrick O'Neill has experienced physical and mental anguish and extreme emotional pain and suffering.

5053.   Plaintiff John O'Neill is a citizen of the United States and domiciled in the State of Virginia. He is the father of Patrick O'Neill.

5054.   Plaintiff Dianne O'Neill is a citizen of the United States and domiciled in the State of Virginia. She is the mother of Patrick O'Neill.

5055.   As a result of the attack, and the injuries Patrick O'Neill has suffered, Plaintiffs John O'Neill and Dianne O'Neill have experienced severe mental anguish, and extreme emotional pain and suffering.

5056.   Plaintiff Patrick O'Neill was discharged from the U.S. military on December 4, 2009.

### 222.   THE MAY 11, 2008 ATTACK – BALAD

**The Luckett Family**

5057.   Plaintiff Daniel Luckett is a citizen of the United States and domiciled in the State of Kentucky.

5058.   On May 11, 2008, Daniel Luckett, then 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5059.   The weapon used to injure Daniel Luckett was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5060.   As a result of the attack, Daniel Luckett's left foot was sheared off above the ankle, and his right foot was cut off above the toes.

5061.   As a result of the attack, and the injuries he suffered, Plaintiff Daniel Luckett has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5062.   Plaintiff Daniel Luckett was discharged from the U.S. military on August 14, 2013.

### 223.   THE MAY 25, 2008 ATTACK – AN-NAJAF

**The Gasper Family**

5063.   Frank J. Gasper was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

5064.   On May 25, 2008, Frank J. Gasper, aged 25, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling in Najaf.

5065.   Frank J. Gasper was killed in the attack.

5066.   The weapon used to kill Frank J. Gasper was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5067.   Plaintiff Breanna Lynn Gasper is a citizen of the United States and domiciled in the State of Georgia. She is the widow of Frank J. Gasper.

5068.   Plaintiff Breanna Lynn Gasper brings an action individually and on behalf of the Estate of Frank J. Gasper, as its legal representative.

5069.   Plaintiff Jamie Barnes is a citizen of the United States and domiciled in the State of California. She is the sister of Frank J. Gasper.

5070.   As a result of the attack, and the death of Frank J. Gasper, Plaintiffs Breanna Lynn Gasper and Jamie Barnes have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/brother's society, companionship, comfort, advice and counsel.

### 224.   THE JUNE 7, 2008 ATTACK – BAGHDAD

**The Hurst Family**

5071.   David R. Hurst was a citizen of the United States and domiciled in the State of Louisiana when he was killed in Iraq.

5072.   On June 7, 2008, David R. Hurst, aged 31, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5073.   David R. Hurst was killed in the attack.

5074.   The weapon used to kill David R. Hurst was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5075.   Plaintiff Max W. Hurst is a citizen of the United States and domiciled in the State of Louisiana. He is the father of David R. Hurst.

5076.   Plaintiff Max W. Hurst brings an action individually and on behalf of the Estate of David R. Hurst, as its legal representative.

5077.   Plaintiff Lillian Hurst is a citizen of the United States and domiciled in the State of Louisiana. She is the stepmother of David R. Hurst.

5078.   Plaintiff Christopher Hurst is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of David R. Hurst.

5079.   Plaintiff Mark Hurst is a citizen of the United States and domiciled in the State of Louisiana. He is the brother of David R. Hurst.

5080.   As a result of the attack, and the death of David R. Hurst, Plaintiffs Max W. Hurst, Lillian Hurst, Christopher Hurst and Mark Hurst have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 225.   THE JUNE 24, 2008 ATTACK - BAGHDAD

**The Farley Family**

5081.   Steven L. Farley was a citizen of the United States and domiciled in the State of Oklahoma when he was killed in Iraq.

5082.   Steven L. Farley worked in Iraq under the auspices of the U.S. Department of State as a member of a Provincial Reconstruction Team ("PRT") in eastern Baghdad in 2008.

5083.   On June 24, 2008, a JAM-Special Groups cell executed a sophisticated assassination bombing in a local government office in Sadr City that targeted Americans and local

government officials who were not Sadr followers. The bomb killed eleven people, including Mr. Farley and three other Americans.

5084.   The attack was perpetrated by JAM Special Groups operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

5085.   Plaintiff Donna Farley is a citizen of the United States and domiciled in the State of Oklahoma. She is the widow of Steven Farley.

5086.   Plaintiff Noel J. Farley, Sr. is a citizen of the United States and domiciled in the State of Oklahoma. He is the father of Steven Farley.

5087.   Plaintiff Barbara Farley is a citizen of the United States and domiciled in the State of Oklahoma. She is the mother of Steven Farley.

5088.   Plaintiff Brett Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Steven Farley.

5089.   Plaintiff Cameron Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Steven Farley.

5090.   Plaintiff Chris Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the son of Steven Farley.

5091.   Plaintiff Vickie McHone is a citizen of the United States and domiciled in the State of Oklahoma. She is the sister of Steven Farley.

5092.   Plaintiff Noel S. Farley is a citizen of the United States and domiciled in the State of Oklahoma. He is the brother of Steven Farley.

5093.   As a result of the June 24, 2008 attack, and the death of Steven Farley, Plaintiffs Donna Farley, Noel J. Farley, Sr., Barbara Farley, Brett Farley, Jessica Farley, Cameron Farley,

Chris Farley, Vickie McHone and Noel S. Farley have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**The Suveges Family**

5094.   Nicole Suveges was a citizen of the United States and domiciled in the State of Illinois when she was killed in Iraq.

5095.   Nicole Suveges was a political scientist who worked for BAE Systems in the Human Terrain System (HTS) program in eastern Bagdad in 2008. The HTS program was designed to promote cultural understanding between the U.S. military and Iraqis.

5096.   On June 24, 2008, a JAM-Special Groups cell executed a sophisticated assassination bombing in a local government office in Sadr City that targeted Americans and local government officials who were not Sadr followers. The bomb killed eleven people, including Ms. Suveges and three other Americans.

5097.   The attack was perpetrated by JAM Special Groups operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

5098.   Plaintiff David C. Iverson is a citizen of the United States and domiciled in the State of Maryland. He is the widower of Nicole Suveges.

5099.   As a result of the attack, and the death of Nicole Suveges, Plaintiff David C. Iverson has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his wife's society, companionship, comfort, advice and counsel.

# A-801

226.    **THE AUGUST 4, 2008 ATTACK – BAGHDAD**

**The Menke Family**

5100.   Jonathan D. Menke was a citizen of the United States and domiciled in the State of Indiana when he was killed in Iraq.

5101.   On August 4, 2008, Jonathan D. Menke, aged 22, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5102.   Jonathan D. Menke was killed in the attack.

5103.   The weapon used to kill Jonathan D. Menke was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5104.   Plaintiff Daniel Menke is a citizen of the United States and domiciled in the State of Indiana. He is the father of Jonathan D. Menke.

5105.   Plaintiff Daniel Menke brings an action individually and on behalf of the Estate of Jonathan D. Menke, as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

5106.   Plaintiff Paula Menke is a citizen of the United States and domiciled in the State of Indiana. She is the stepmother of Jonathan D. Menke.

5107.   Plaintiff Matthew Menke is a citizen of the United States and domiciled in the State of Indiana. He is the stepbrother of Jonathan D. Menke.

5108.   Plaintiff Nichole Lohrig is a citizen of the United States and domiciled in the State of Indiana. She is the sister of Jonathan D. Menke.

5109.   As a result of the attack, and the death of Jonathan D. Menke, Plaintiffs Daniel Menke, Paula Menke, Matthew Menke and Nichole Lohrig have experienced severe mental

anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 227.   THE AUGUST 13, 2008 ATTACK – BAGHDAD

**The Hale Family**

5110.   James M. Hale was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

5111.   On August 13, 2008, James M. Hale, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5112.   James M. Hale was killed in the attack.

5113.   The weapon used to kill James M. Hale was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5114.   Plaintiff Jessica H. Williams is a citizen of the United States and domiciled in the State of Texas. She is the widow of James M. Hale.

5115.   Plaintiff Jessica H. Williams brings an action individually and on behalf of the Estate of James M. Hale, as its legal representative.

5116.   Plaintiff J.M.H., a minor represented by his legal guardian, Jessica H. Williams, is a citizen of the United States and domiciled in the State of Texas. He is the son of James M. Hale.

5117.   Plaintiff J.J.H., a minor represented by his legal guardian, Jessica H. Williams, is a citizen of the United States and domiciled in the State of Texas. He is the son of James M. Hale.

5118.   Plaintiff J.H., a minor represented by his legal guardian, Jessica H. Williams, is a citizen of the United States and domiciled in the State of Texas. He is the son of James M. Hale.

5119.   As a result of the attack, and the death of James M. Hale, Plaintiffs Jessica H. Williams, J.M.H., J.J.H. and J.H. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 228.   THE AUGUST 26, 2008 ATTACK – SADR CITY

**The Alfonso Family**

5120.   Carlo E. Alfonso was domiciled in the State of Washington when he was killed in Iraq.

5121.   On August 26, 2008, Carlo E. Alfonso, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5122.   Carlo E. Alfonso was killed in the attack.

5123.   The weapon used to kill Carlo E. Alfonso was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5124.   Plaintiff Rosemarie Alfonso is a citizen of the United States and domiciled in the State of Washington. She is the widow of Carlo E. Alfonso.

5125.   Plaintiff K.B., a minor represented by his legal guardian Rosemarie Alfonso, is a citizen of the United States and domiciled in the State of Washington. He is the son of Carlo E. Alfonso.

5126.   As a result of the attack, and the death of Carlo E. Alfonso, Plaintiffs Rosemarie Alfonso and K.B. have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's society, companionship, comfort, advice and counsel.

**The Latham Family**

5127.   Plaintiff Tyler Latham is a citizen of the United States and domiciled in the State of Michigan.

5128.   On August 26, 2008, Tyler Latham, age 22, was serving in the U.S. military in Iraq, when his vehicle was struck by an EFP emplaced by Special Groups.

5129.   The weapon used to injure Tyler Latham was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5130.   As a result of the attack, Mr. Latham sustained significant injuries to his left hand. This required complex surgery to reconnect tendons and ligaments in that hand.

5131.   The damage to his hand has necessitated extensive physical therapy.

5132.   He also sustained significant injuries due to the impact of multiple pieces of shrapnel lodging in his face, legs, and arm. This necessitated surgery and treatment.

5133.   Mr. Latham continues to experience limitations in strength and mobility of his left hand.

5134.   He suffers with chronic pain in his left hand and arm.

5135.   In addition, Mr. Latham has been diagnosed with a TBI.

5136.   As a result of the attack, and the injuries he suffered, Plaintiff Tyler Latham has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5137.   Plaintiff Tyler Latham was discharged from the U.S. military on December 15, 2009.

**The Koulchar Family**

5138.   Plaintiff Nicholas Gene Koulchar is a citizen of the United States and domiciled in the State of Michigan.

5139.   On August 26, 2008, Nicholas Gene Koulchar, then 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle. Nicholas Gene Koulchar was the gunner in an RG-33 armored vehicle that was the lead vehicle in a convoy conducting route-clearing in the vicinity of Route Grizzlies and Route Gold in Sadr City. Nicholas Gene Koulchar's vehicle was struck by an EFP that had been mounted at a height of 86 inches in a shack near the side of the road.

5140.   The weapon used to injure Nicholas Gene Koulchar was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5141.   As a result of the attack, Mr. Koulchar sustained traumatic bilateral above-knee amputations, scarring on his lower body and back, genital trauma, facial scars, ulnar neuropathy and dysesthesia in his right hand, tinnitus, and PTSD.

5142.   He was transported to a Medical Aid Station in Sadr City and then to central Baghdad where he was stabilized following multiple surgeries and then airlifted to Landstuhl, Germany and then to Walter Reed Army Medical Center in Washington, DC.

5143.   Mr. Koulchar has received extensive medical treatment – including various surgeries and prosthetic fittings – at several hospitals, where he has spent years in treatment.

5144.   As a result of the attack, and the injuries he suffered, Nicholas Gene Koulchar has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5145.   Plaintiff Michael Koulchar is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Nicholas Gene Koulchar.

5146.   As a result of the attack, and the injuries Nicholas Gene Koulchar suffered, Plaintiff Michael Koulchar has experienced severe mental anguish and extreme emotional pain and suffering.

5147.   Plaintiff Nicholas Gene Koulchar was discharged from the U.S. military on October 27, 2010.

### 229.   THE SEPTEMBER 4, 2008 ATTACK – BAGHDAD

**The Mayne Family**

5148.   Kennith W. Mayne was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

5149.   On September 4, 2008, Kennith W. Mayne, aged 29, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5150.   Kennith W. Mayne was killed in the attack.

5151.   The weapon used to kill Kennith W. Mayne was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5152.   Plaintiff Michelle Benavidez is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Kennith W. Mayne.

5153.   Plaintiff Michelle Benavidez brings an action individually and on behalf of the Estate of Kennith W. Mayne, as its legal representative.

5154.   Plaintiff Daniel Benavidez is a citizen of the United States and domiciled in the State of Colorado. He is the stepfather of Kennith W. Mayne.

5155.   Plaintiff Christina Biederman is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Kennith W. Mayne.

5156.   Plaintiff Daniel Benavidez, Jr. is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Kennith W. Mayne.

5157.   Plaintiff Jennifer Morman is a citizen of the United States and domiciled in the State of Colorado. She is the sister of Kennith W. Mayne.

5158.   As a result of the attack, and the death of Kennith W. Mayne, Plaintiffs Michelle Benavidez, Daniel Benavidez, Christina Biederman, Daniel Benavidez, Jr. and Jennifer Morman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Miller Family**

5159.   Plaintiff Christopher Miller is a citizen of the United States and domiciled in the State of Ohio.

5160.   On September 4, 2008, Christopher Miller, then 19, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5161.   The weapon used to injure Christopher Miller was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5162.   As a result of the attack, Mr. Miller lost part of his right leg, rendering him a below-the-knee amputee.

5163.   He also lost part of his left leg.

5164.   Mr. Miller developed gangrene in both his leg and foot, necessitating multiple medical procedures.

5165.   During part of his treatment, he was placed in a medically induced coma.

5166.   Mr. Miller has received physical therapy.

5167.   He has also received counseling for his emotional injuries.

5168.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Miller has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5169.   Plaintiff Christopher Miller was discharged from the U.S. military on February 10, 2010.

### 230.   THE OCTOBER 5, 2008 ATTACK – MUSAYYIB

**The Bearfield Family**

5170.   Plaintiff Bryant Bearfield is a citizen of the United States and domiciled in the State of New York.

5171.   On October 5, 2008, Bryant Bearfield, then 23, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near the vehicle in which he was traveling on Route Cleveland.

5172.   The weapon used to injure Bryant Bearfield was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5173.   As a result of the blast, Bryant Bearfield suffered shrapnel wounds to his head, and a concussion.

5174.   Mr. Bearfield was also diagnosed with anxiety as a result of the attack.

5175.   As a result of the attack, and the injuries he suffered, Plaintiff Bryant Bearfield has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5176.   Plaintiff Bryant Bearfield was discharged from the U.S. military on January 1, 2019.

## 231.   THE OCTOBER 16, 2008 ATTACK – BAQUBAH

### The Eggleston Family

5177.   Cody J. Eggleston was a citizen of the United States and domiciled in the State of Oregon when he was injured in Diyala Province, Iraq and subsequently died as a result of those injuries.

5178.   On October 16, 2008, Cody J. Eggleston, aged 21, was serving in the U.S. military when he was involved in a 107mm rocket attack perpetrated by JAM Special Groups.

5179.   Cody J. Eggleston was fatally injured in the attack and died on October 24, 2008 from the injuries he sustained in the attack.

5180.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5181.   Plaintiff Angeline (Angie) Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the mother of Cody J. Eggleston.

5182.   Plaintiff Kaytrina Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Cody J. Eggleston.

5183.   Plaintiff Shilyn Jackson is a citizen of the United States and domiciled in the State of Oregon. She is the sister of Cody J. Eggleston.

5184.   As a result of the attack, and the death of Cody J. Eggleston, Plaintiffs Angie Jackson, Kaytrina Jackson and Shilyn Jackson have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 232.   THE DECEMBER 28, 2008 ATTACK – SADR CITY

**The Gonzales Family**

5185.   Tony J. Gonzales was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

5186.   On December 28, 2008, Tony J. Gonzales, aged 20, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5187.   Tony J. Gonzales was killed in the attack.

5188.   The weapon used to kill Tony J. Gonzales was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5189.   Plaintiff Tony Gonzales is a citizen of the United States and domiciled in the State of Texas. He is the father of Tony J. Gonzales.

5190.   Plaintiff Marlynn Gonzales is a citizen of the United States and domiciled in the State of Texas. She is the mother of Tony J. Gonzales.

5191.   Plaintiff Tamara Runzel is a citizen of the United States and domiciled in the State of California. She is the sister of Tony J. Gonzales.

5192.   Plaintiff Megan People is a citizen of the United States and domiciled in the State of California. She is the sister of Tony J. Gonzales.

5193.   Plaintiff Shaula Shaffer is a citizen of the United States and domiciled in the State of Texas. She is the sister of Tony J. Gonzales.

5194.   As a result of the attack, and the death of Tony J. Gonzales, Plaintiffs Tony Gonzales, Marlynn Gonzales, Tamara Runzel, Megan People, and Shaula Shaffer have

experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 233.   THE DECEMBER 28, 2008 ATTACK – SADR CITY

**The Paul Family**

5195.   Plaintiff Carllie Paul is a citizen of the United States and domiciled in the State of Florida.

5196.   On December 28, 2008, Carllie Paul, then 22, was serving in the U.S. military in Iraq when his M1151 vehicle was attacked with grenades and small arms fire by JAM Special Groups terror operatives.

5197.   Carllie Paul was injured in the attack perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5198.   As a result of the attack, Carllie Paul sustained burns to both of his arms resulting in lasting scars and injuries to his back. He was airlifted to Landstuhl, Germany where he stayed for approximately two weeks after which he was transferred to Fort Bliss, Texas.

5199.   He also suffered from severe PTSD. He has difficulty sleeping, experiences nightmares, and suffers from depression, anxiety, and suicidal ideation.

5200.   As a result of the attack, and the injuries he suffered, Carllie Paul has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5201.   Plaintiff Carllie Paul was discharged from the U.S. military on April 14, 2015.

### 234.   THE JANUARY 10, 2009 ATTACK – BAGHDAD

**The Bauer Family**

5202.   Justin Bauer was a citizen of the United States and domiciled in the State of Colorado when he was killed in Iraq.

5203.   On January 10, 2009, Justin Bauer, aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5204.   Justin Bauer was killed in the attack.

5205.   The weapon used to kill Justin Bauer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5206.   Plaintiff Kari Carosella is a citizen of the United States and domiciled in the State of Colorado. She is the widow of Justin Bauer.

5207.   Plaintiff Kari Carosella brings an action individually and on behalf of the Estate of Justin Bauer, as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

5208.   Plaintiff Gregory Bauer is a citizen of the United States and domiciled in the State of New Mexico. He is the father of Justin Bauer.

5209.   Plaintiff Connie Haddock is a citizen of the United States and domiciled in the State of Colorado. She is the mother of Justin Bauer.

5210.   Plaintiff Jacob Bauer is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Justin Bauer.

5211.   Plaintiff Jeremy Bauer is a citizen of the United States and domiciled in the State of Colorado. He is the brother of Justin Bauer.

5212.   As a result of the attack, and the death of Justin Bauer, Plaintiffs Kari Carosella, Gregory Bauer, Connie Haddock, Jacob Bauer and Jeremy Bauer have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Bradley Family**

5213.   Plaintiff Andrew Bradley is a citizen of the United States and domiciled in the State of Texas.

5214.   On January 10, 2009, Andrew Bradley, then 20, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

5215.   The weapon used to injure Andrew Bradley was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5216.   As a result of the attack, Mr. Bradley lost part of his right leg, rendering him a below-the-knee amputee.

5217.   He also sustained burns on his left foot and has experienced nerve damage in that foot.

5218.   Apart from treatment in Iraq and Germany, Mr. Bradley received in-patient treatment at Brooke Army Medical Center for over one year.

5219.   Surgeons performed bone reconstruction to retain as much of his joint area as possible.

5220.   Mr. Bradley also underwent multiple procedures to address infections in his wounds.

5221.   He has received physical therapy and has been prescribed medications to address pain resulting from his injuries.

5222.   Mr. Bradley has also required treatment for medical conditions that developed from issues involving his prosthetics.

5223.   Mr. Bradley continues to experience pain and emotional distress each day, and he receives treatment for his injuries as necessary.

5224.   As a result of the attack, and the injuries he suffered, Plaintiff Andrew Bradley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5225.   Plaintiff Julie Salhus is a citizen of the United States and domiciled in the State of Texas. She is the mother of Andrew Bradley.

5226.   Plaintiff Kristen Galen is a citizen of the United States and domiciled in the State of Texas. She is the sister of Andrew Bradley.

5227.   As a result of the attack, and the injuries Andrew Bradley suffered, Plaintiffs Julie Salhus and Kristen Galen have experienced severe mental anguish and extreme emotional pain and suffering.

5228.   Plaintiff Andrew Bradley was discharged from the U.S. military on February 23, 2010.

**The Ward Family**

5229.   Plaintiff Patrick Ward is a citizen of the United States and domiciled in the State of Pennsylvania.

5230.   On January 10, 2009, Patrick Ward, then aged 36, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

5231.   Mr. Ward was an occupant in the third vehicle traveling in a four-vehicle convoy, when the lead vehicle was hit by an EFP.

5232.   The EFP used to injure Patrick Ward was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC

5233.   After the EFP impacted the lead vehicle, Mr. Ward got out of his vehicle and went to check on the occupants of the lead vehicle. He observed that the back of Justin Bauer's legs had been blown off and that he appeared to be dead. He assisted the medic in extricating Andrew Bradley, whose right leg had been severed, out of the HMMWV.

5234.   Following the explosion of the EFP, the convoy was attacked by a sniper on a nearby roof.

5235.   As a result of the attack, Mr. Ward was diagnosed with PTSD. He sought counseling once he came back to the U.S.

5236.   As a result of the attack, Plaintiff Patrick Ward has experienced severe mental anguish and extreme emotional pain and suffering.

5237.   Plaintiff Jarrett Ward is a citizen of the United States and domiciled in the State of Pennsylvania. He is the son of Patrick Ward.

5238.   As a result of the attack, and the injuries Patrick Ward suffered, Plaintiff Jarrett Ward has experienced severe mental anguish and extreme emotional pain and suffering.

5239.   Plaintiff Patrick Ward was discharged from the U.S. military on January 1, 2011.

### 235.   THE JANUARY 18, 2009 ATTACK – BAGHDAD

**The Andrade Family**

5240.   Roberto Andrade, Jr. was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

5241.   On January 18, 2009, Roberto Andrade, Jr., aged 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5242.   Roberto Andrade, Jr. was killed in the attack.

5243.   The weapon used to kill Roberto Andrade, Jr. was a Hezbollah-designed and

Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5244.   Plaintiff Roberto Andrade, Sr. is a citizen of the United States and domiciled in the State of Arizona. He is the father of Roberto Andrade, Jr.

5245.   Plaintiff Roberto Andrade, Sr. brings an action individually and on behalf of the Estate of Roberto Andrade, Jr., as its legal representative, for his death and any suffering and/or economic loss he/his Estate sustained as a result of the attack.

5246.   Plaintiff Veronica Pena Andrade is a citizen of the United States and domiciled in the State of Arizona. She is the stepmother of Roberto Andrade, Jr.

5247.   Plaintiff Sandra Valencia is a citizen of the United States and domiciled in the State of Arizona. She is the mother of Roberto Andrade, Jr.

5248.   Plaintiff Angelica Andrade is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Roberto Andrade, Jr.

5249.   Plaintiff Veronica Denisse Andrade is a citizen of the United States and domiciled in the State of Arizona. She is the sister of Roberto Andrade, Jr.

5250.   As a result of the attack, and the death of Roberto Andrade, Jr., Plaintiffs Roberto Andrade, Sr., Veronica Pena Andrade, Sandra Valencia, Angelica Andrade, and Veronica Denisse Andrade have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

### 236.   THE FEBRUARY 18, 2009 ATTACK – MAYSAN PROVINCE

**The Hedgecock Family**

5251.   Plaintiff Richard Hedgecock, II is a citizen of the United States and domiciled in the State of North Carolina.

5252.   On February 18, 2009, Richard Hedgecock, II then 30, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated when his vehicle passed by it.

5253.   The weapon used to injure Richard Hedgecock, II was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5254.   As a result of the attack, Mr. Hedgecock lost consciousness briefly and sustained a concussion.

5255.   He also sustained a broken nose, lacerations to his hand and leg, and he experienced blurry vision.

5256.   Mr. Hedgecock was also diagnosed with a TBI.

5257.   As a result of the attack, and the injuries he suffered, Plaintiff Richard Hedgecock, II has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5258.   Plaintiff Richard Hedgecock, II was discharged from the U.S. military on April 21, 2015.

### 237.   THE FEBRUARY 26, 2009 ATTACK – ADHAMIYAH

**The Connelly Family**

5259.   Brian Connelly was a citizen of the United States and domiciled in the State of New Jersey when he was killed in Iraq.

5260.   On February 26, 2009, Brian Connelly, aged 26, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle in the Adhamiyah District in eastern Baghdad.

5261.   Brian Connelly was killed in the attack.

5262.   The weapon used to kill Brian Connelly was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5263.   Plaintiff Kara Connelly is a citizen of the United States and domiciled in the State of New Jersey. She is the widow of Brian Connelly.

5264.   Plaintiff Jean Dammann is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Brian Connelly.

5265.   Plaintiff Mark Dammann is a citizen of the United States and domiciled in the State of Ohio. He is the father of Brian Connelly.

5266.   Plaintiff Kevin Connelly is a citizen of the United States and domiciled in the State of New Jersey. He is the brother of Brian Connelly.

5267.   As a result of the attack, and the death of Brian Connelly, Plaintiffs Kara Connelly, Jean Dammann, Mark Dammann and Kevin Connelly have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

## 238.   <u>THE APRIL 13, 2009 ATTACK</u>

**The Bowman Family**

5268.   Plaintiff Ryan Bowman[114] is a citizen of the United States and domiciled in the State of Pennsylvania.

---

[114]   Ryan Bowman, plaintiff in the related action *Bowman v. Société Générale de Banque au Liban*, No. 19-cv-02096-CBA-VMS (E.D.N.Y.) before this Court, joins this Amended Complaint to assert claims against Defendant FENICIA BANK only. He also intends to amend the *Bowman* complaint pursuant to Federal Rule of Civil Procedure 15(a) to include the same allegations relating to the remaining Defendants that are added herein and to move to consolidate these effectively identical actions.

5269.   On April 13, 2009, Ryan Bowman, then 23, was serving in the U.S. military in Iraq when the Chinook helicopter he was traveling in was attacked with an RPG-29 fired by Special Groups terror operatives.

5270.   Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy.

5271.   At the time of the attack, Mr. Bowman was not clipped into the Chinook helicopter. When the pilot of the Chinook helicopter took evasive actions to avoid the RPG-29, Mr. Bowman bounced around the helicopter, suffering a TBI and permanent injury to his back.

5272.   Mr. Bowman has received a 100% disability rating by the Veterans Administration.

5273.   As a result of the attack, and the injuries he suffered, Plaintiff Ryan Bowman has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5274.   Plaintiff Ryan Bowman was discharged from the U.S. military on April 25, 2014.

**239.   THE APRIL 22, 2009 ATTACK – SALADIN PROVINCE**

**The Beatty Family**

5275.   Plaintiff Matthew C. Beatty is a citizen of the United States and domiciled in the State of Texas.

5276.   On April 22, 2009, Matthew C. Beatty, then 38, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated when his vehicle passed by it.

5277.   The weapon used to injure Matthew C. Beatty was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

741

5278.   As a result of the attack, Mr. Beatty sustained a concussion and suffered from smoke inhalation.

5279.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew C. Beatty has experienced physical and mental anguish and extreme emotional pain and suffering.

5280.   Plaintiff Matthew C. Beatty was discharged from the U.S. military on October 25, 2017.

### 240.   THE APRIL 22, 2009 ATTACK – BAGHDAD

**The Davis Family**

5281.   Brad A. Davis was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

5282.   On April 22, 2009, Brad A. Davis, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5283.   Brad A. Davis was killed in the attack.

5284.   The weapon used to kill Brad A. Davis was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5285.   Plaintiff Theresa Davis is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Brad A. Davis.

5286.   As a result of the attack, and the death of Brad A. Davis, Plaintiff Theresa Davis has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 241.   THE MAY 16, 2009 ATTACK – BASRA

**The Schaefer Family**

5287.   David Schaefer was a citizen of the United States and domiciled in the State of Illinois when he was killed in Iraq.

5288.   On May 16, 2009, David Schaefer, aged 27, was serving in the United States military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5289.   David Schaefer was killed in the attack.

5290.   The weapon used to kill David Schaefer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5291.   Plaintiff Rhonda Kemper is a citizen of the United States and domiciled in the State of Kentucky. She is the mother of David Schaefer.

5292.   As a result of the attack, and the death of David Schaefer, Plaintiff Rhonda Kemper has experienced severe mental anguish, extreme emotional pain and suffering, and loss of her son's society, companionship, comfort, advice and counsel.

### 242.   THE MAY 17, 2009 ATTACK – BAGHDAD

**The Canine Family**

5293.   Plaintiff Robert Canine is a citizen of the United States and domiciled in the State of Missouri.

5294.   On May 17, 2009, Robert Canine, age 29, was serving in the U.S. military in Iraq.

5295.   Mr. Canine was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP emplaced by Special Groups.

5296.   The weapon used to injure Mr. Canine was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5297.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel and portions of the explosive device impacting his body.

5298.   Mr. Canine's injuries included significant damage to his right leg and foot and the essential removal of the toes of his left foot as well as the loss of a great deal of blood.

5299.   The injuries necessitated the amputation of his right leg and left foot.

5300.   Apart from the injuries to his legs and feet, he also sustained a large laceration that ran from his buttocks to the back of his knee.

5301.   Mr. Canine has suffered infections that have required treatment and assessment.

5302.   Apart from medical treatment while in Iraq, Mr. Canine received treatment and rehabilitation at Walter Reed Army Medical Center for approximately 18 months.

5303.   Mr. Canine has been diagnosed with PTSD and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

5304.   Mr. Canine continues to experience pain and emotional distress each day, and he receives treatment for his injuries.

5305.   As a result of the attack, and the injuries he suffered, Plaintiff Robert Canine has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5306.   Plaintiff S.C., a minor, represented by his legal guardian Robert Canine, is a citizen of the United States and domiciled in the State of Missouri. He is the son of Robert Canine.

5307.   Plaintiff Janet Jones is a citizen of the United States and domiciled in the State of Missouri. She is the mother of Robert Canine.

5308.   Plaintiff Calvin Canine is a citizen of the United States and domiciled in the State of Missouri. He is the father of Robert Canine.

5309.   Plaintiff James Canine is a citizen of the United States and domiciled in the State of Missouri. He is the brother of Robert Canine.

5310.   Plaintiff Jennifer Roose is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Robert Canine.

5311.   As a result of the attack, and the injuries Robert Canine suffered, Plaintiffs S.C., Janet Jones, Calvin Canine, James Canine and Jennifer Roose have experienced severe mental anguish and extreme emotional pain and suffering.

5312.   Plaintiff Robert Canine was discharged from the U.S. military on November 24, 2010.

**The Murphy Family**

5313.   Plaintiff Rhett Murphy is a citizen of the United States and domiciled in the State of Minnesota.

5314.   On May 17, 2009, Rhett Murphy, then 30, was serving in the U.S. military in Iraq.

5315.   Mr. Murphy was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

5316.   The weapon used to injure Mr. Murphy was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5317.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel striking his body. This has resulted in scarring.

5318.   Apart from the shrapnel-related injuries he also sustained injuries to the tendons in his left hand a fracture of his finger. These have necessitated various surgical procedures.

5319.   Mr. Murphy has been diagnosed with PTSD and major depression and has received treatment and counseling. He has been prescribed medication to address both the pain and emotional impact of the attack.

5320.   Mr. Murphy continues to experience emotional distress, and he receives treatment for his injuries.

5321.   As a result of the attack, and the injuries he suffered, Plaintiff Rhett Murphy has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5322.   Plaintiff Rhett Murphy was discharged from the U.S. military on September 27, 2010.

**The Landtiser Family**

5323.   Plaintiff Roady Landtiser is a citizen of the United States and domiciled in the State of Oklahoma.

5324.   On May 17, 2009, Roady Landtiser, then 21, was serving in the U.S. military in Iraq.

5325.   Mr. Landtiser was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

5326.   The weapon used to injure Mr. Landtiser was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5327.   As a result of the attack, he sustained a concussion and was rendered unconscious.

5328.   He developed tinnitus in his right ear, and this condition continues to the present day.

5329.   Mr. Landtiser has experienced flashbacks and night terrors.

5330.   He has been diagnosed with PTSD. He has received treatment, has been prescribed medication, and sought counseling for these issues.

5331.   As a result of the attack, and the injuries he suffered, Plaintiff Roady Landtiser has experienced physical injuries, severe mental anguish and extreme emotional pain and suffering.

5332.   Plaintiff Roady Landtiser was discharged from the U.S. military on December 20, 2009.

**The Richards Family**

5333.   Plaintiff Nathan Richards is a citizen of the United States and domiciled in the State of Florida.

5334.   On May 17, 2009, Nathan Richards, then 22, was serving in the U.S. military in Iraq.

5335.   Mr. Richards was on a routine patrol in northwest Baghdad when his vehicle was struck by an EFP.

5336.   The weapon used to injure Mr. Richards was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5337.   As a result of the attack, he sustained a concussion and was knocked unconscious. His eardrum was also ruptured as a result of the blast.

5338.   Mr. Richards has developed vertigo and has experienced migraines.

747

5339.   He has been diagnosed with a TBI and has dealt with long-term and short-term memory loss.

5340.   He has been diagnosed with PTSD and has had nightmares and flashbacks as well as experienced survivor's guilt. He has received treatment and counseling for these issues.

5341.   As a result of the attack, and the injuries he suffered, Plaintiff Nathan Richards has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5342.   Plaintiff Steven Richards is a citizen of the United States and domiciled in the State of Massachusetts. He is the father of Nathan Richards.

5343.   As a result of the attack, and the injuries suffered by Nathan Richards, Plaintiff Steven Richards has experienced severe mental anguish, and extreme emotional pain and suffering.

5344.   Plaintiff Nathan Richards was discharged from the U.S. military on November 26, 2009.

## 243.   THE JUNE 14, 2009 ATTACK – BALAD

### The Songer Family

5345.   Plaintiff Christopher Songer is a citizen of the United States and domiciled in the State of Washington.

5346.   On June 14, 2009, Christopher Songer, then 36, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5347.   The weapon used to injure Christopher Songer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5348.   As a result of the attack, Christopher Songer suffered a broken middle finger, deep

lacerations on both hands requiring reconstructive surgery, shrapnel throughout his body, burns to hands, arms, face and legs, a large shoulder wound and multiple bone fractures. He also suffered from smoke inhalation which damaged lungs, nerve damage and hearing loss.

5349.   He also suffers from a TBI.

5350.   As a result of the attack, and the injuries he suffered, Plaintiff Christopher Songer has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5351.   Plaintiff Kimberly Songer is a citizen of the United States and domiciled in the State of Washington. She is the wife of Christopher Songer.

5352.   Plaintiff C.S., a minor represented by his legal guardian, Kimberly Songer, is a citizen of the United States and domiciled in the State of Washington. He is the son of Christopher Songer.

5353.   As a result of the attack, and the injuries suffered by Christopher Songer, Plaintiffs Kimberly Songer and C.S. have experienced severe mental anguish, and extreme emotional pain and suffering.

**244.   THE JUNE 28, 2009 ATTACK – BAGHDAD**

**The David Family**

5354.   Timothy A. David was a citizen of the United States and domiciled in the State of Michigan when he was killed in Iraq.

5355.   On June 28, 2009, Timothy A. David, aged 28, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5356.   Timothy A. David was killed in the attack.

5357.   The weapon used to kill Timothy A. David was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using

specialized training and components supplied by Hezbollah and the IRGC.

5358.   Plaintiff Linda David is a citizen of the United States and domiciled in the State of Michigan. She is the mother of Timothy A. David.

5359.   Plaintiff Linda David brings an action individually and on behalf of the Estate of Timothy A. David, as its legal representative.

5360.   Michael David was a citizen of the United States at the time of the death of Timothy A. David. He was the father of Timothy A. David. Michael David passed away on May 30, 2018.

5361.   Plaintiff Linda David brings an action individually and on behalf of the Estate of Michael David, as its legal representative.

5362.   Plaintiff Christopher David is a citizen of the United States and domiciled in the State of Michigan. He is the brother of Timothy A. David.

5363.   As a result of the attack, and the death of Timothy A. David, the late Michael David experienced, and Plaintiffs Linda David and Christopher David have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## 245.   THE JULY 16, 2009 ATTACK – BASRA

**The Drevnick Family**

5364.   Daniel P. Drevnick was a citizen of the United States and domiciled in the State of Minnesota when he was killed in Iraq.

5365.   On July 16, 2009, Daniel P. Drevnick, aged 22, was serving in the U.S. military when he was killed by a 107mm rocket launched by JAM Special Groups.

5366.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5367.   Plaintiff Kenneth J. Drevnick is a citizen of the United States and domiciled in the State of Wisconsin. He is the father of Daniel P. Drevnick.

5368.   As a result of the attack, and the death of Daniel P. Drevnick, Plaintiff Kenneth J. Drevnick has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

### 246.   THE AUGUST 21, 2009 ATTACK – BAGHDAD

**The Klingensmith Family**

5369.   Plaintiff Randall Klingensmith is a citizen of the United States and domiciled in the State of Georgia.

5370.   On August 21, 2009, Randall Klingensmith, then 38, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated when his vehicle passed by it. The convoy he was travelling in subsequently came under small arms fire.

5371.   The weapon used to injure Randall Klingensmith was a Hezbollah-designed and Iranian manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5372.   The vehicle Mr. Klingensmith was in was split open by the EFP. He was evacuated from the scene of the attack and subsequently flown to Germany for treatment.

5373.   As a result of the attack, Mr. Klingensmith was placed in a medically induced coma.

5374.   He has undergone more than 40 surgical procedures.

5375.   As a result of the attack, Mr. Klingensmith's left ear drum was ruptured, his lower back was fractured, he sustained shrapnel wounds to his right leg, and part of his left leg was blown off. Some of his teeth were broken and he also sustained a TBI.

5376.   In addition to the extensive physical injuries Mr. Klingensmith sustained, he also suffers from severe headaches, has difficulty sleeping and has nightmares. He also suffers from PTSD, depression and anxiety.

5377.   As a result of the attack, and the injuries he suffered, Plaintiff Randall Klingensmith has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 247.   THE SEPTEMBER 8, 2009 ATTACK – TIKRIT

**The Myers Family**

5378.   Zachary T. Myers was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

5379.   On September 8, 2009, Zachary T. Myers, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5380.   Zachary T. Myers was killed in the attack.

5381.   The weapon used to kill Zachary T. Myers was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5382.   Plaintiff Megan Marie Sabatino is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Zachary T. Myers.

5383.   Plaintiff Megan Marie Sabatino brings an action individually and on behalf of the Estate of Zachary T. Myers, as its legal representative.

5384.   Plaintiff R.N.S., a minor represented by her legal guardian Megan Marie Sabatino, is a citizen of the United States and domiciled in the State of Ohio. She is the daughter of Zachary T. Myers.

5385.   Plaintiff Tonya Freeman is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of Zachary T. Myers.

5386.   Plaintiff Jerry L. Myers is a citizen of the United States and domiciled in the State of Ohio. He is the father of Zachary T. Myers.

5387.   Plaintiff Jeffrey D. Price is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of Zachary T. Myers.

5388.   As a result of the attack, and the death of Zachary T. Myers, Plaintiffs Megan Marie Sabatino, R.N.S., Tonya Freeman, Jerry L. Myers and Jeffrey D. Price have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/father's/son's/ brother's society, companionship, comfort, advice and counsel.

**The Smith Family**

5389.   Shannon M. Smith was a citizen of the United States and domiciled in the State of Ohio when he was killed in Iraq.

5390.   On September 8, 2009, Shannon M. Smith was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5391.   Shannon M. Smith was killed in the attack.

5392.   The weapon used to kill Shannon M. Smith was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5393.   Plaintiff Cassie Collins is a citizen of the United States and domiciled in the State of Ohio. She is the widow of Shannon M. Smith.

5394.   Plaintiff Cassie Collins brings an action individually and on behalf of the Estate of Shannon M. Smith as its legal representative.

5395.   Plaintiff Deborah Smith is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Shannon M. Smith.

5396.   Plaintiff James Smith is a citizen of the United States and domiciled in the State of Ohio. He is the father of Shannon M. Smith.

5397.   Plaintiff Cory Smith is a citizen of the United States and domiciled in the State of Ohio. He is the brother of Shannon M. Smith.

5398.   Plaintiff Christina Smith is a citizen of the United States and domiciled in the State of Ohio. She is the sister of Shannon M. Smith.

5399.   As a result of the attack, and the death of Shannon M. Smith, Plaintiffs Cassie Collins, Deborah Smith, James Smith, Cory Smith and Christina Smith have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

### 248.   <u>THE SEPTEMBER 8, 2009 ATTACK – BAGHDAD</u>

**<u>The Helton Family</u>**

5400.   Joseph D. Helton, Jr. was a citizen of the United States and domiciled in the State of Georgia when he was killed in Iraq.

5401.   On September 8, 2009, Joseph D. Helton, Jr., aged 24, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5402.   Joseph D. Helton, Jr. was killed in the attack.

5403.   The weapon used to kill Joseph D. Helton, Jr. was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

754

5404.   Plaintiff Joseph Helton, Sr. is a citizen of the United States and domiciled in the State of Washington. He is the father of Joseph D. Helton, Jr.

5405.   Plaintiff Joseph Helton, Sr. brings an action individually and on behalf of the Estate of Joseph D. Helton, Jr., as its legal representative.

5406.   Plaintiff Jessica Cabot is a citizen of the United States and domiciled in the State of California. She is the sister of Joseph D. Helton, Jr.

5407.   Plaintiff Jeanne Rhea McManus is a citizen of the United States and domiciled in the State of Pennsylvania. She is the sister of Joseph D. Helton, Jr.

5408.   As a result of the attack, and the death of Joseph D. Helton, Jr., Plaintiffs Joseph Helton, Sr., Jessica Cabot, and Jeanne Rhea McManus have experienced severe mental anguish, extreme emotional pain and suffering and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**The Wise Family**

5409.   Plaintiff Victor Ray Wise, II is a citizen of the United States and domiciled in the State of Kentucky.

5410.   On September 8, 2009, Victor Ray Wise, II, then 22, was serving in the U.S. military in Iraq when an EFP detonated near his vehicle.

5411.   The weapon used to injure Victor Ray Wise, II was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5412.   Mr. Wise was in the gunner's hatch when the EFP hit the vehicle he was in.

5413.   He was extricated from the vehicle and tourniquets were placed on his legs, and he was initially treated at Camp Falcon. He was then taken to a hospital up north for surgery.

5414.   He was subsequently taken to Landstuhl, Germany and then Walter Reed Army
Medical Center where he spent six months. He has undergone eleven surgeries. After six months
at Walter Reed Army Medical Center, Mr. Wise was sent to Omaha Offutt Air Force Base, where
he was treated at the base hospital.

5415.   Because the EFP hit Mr. Wise sustained bilateral shrapnel wounds and burns to his
thighs, traumatic loss of his left big toe and multiple skin graft surgeries on his right and left quads
where he also sustained nerve damage.

5416.   Mr. Wise was diagnosed with PTSD as a result of the attack.

5417.   As a result of the attack, and the injuries he suffered, Plaintiff Victor Ray Wise, II
has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 249.   **THE OCTOBER 12, 2009 ATTACK – AMARA**

**The Evans Family**

5418.   Plaintiff Stephen W. Evans is a citizen of the United States and domiciled in the
State of California.

5419.   On October 12, 2009, Plaintiff Stephen W. Evans, then 20, was serving in the U.S.
Military in Iraq when an EFP emplaced by Special Groups detonated when his vehicle passed by
it.

5420.   The weapon used to injure Plaintiff Stephen W. Evans was a Hezbollah-designed
and Iranian manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their
direction, using specialized training and components supplied by Hezbollah and the IRGC.

5421.   Mr. Evans was struck by shrapnel and suffered both hard and soft tissue damage.
Part of his left leg was severely damaged, he suffered burns to his body and face, and shrapnel
peppered the left side of his body.

5422.   The force of the EFP blast caused his skull to fracture, broke his jaw and other bones in his face, and left him unconscious for several days after the attack.

5423.   He spent approximately 30 months hospitalized and underwent numerous surgeries.

5424.   Mr. Evans was also diagnosed with a TBI.

5425.   As a result of the attack, and the injuries he suffered, Plaintiff Stephen W. Evans has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**250.   THE JANUARY 18, 2010 ATTACK – BAGHDAD**

**The Lester Family**

5426.   Plaintiff Theodore Lester is a citizen of the United States and domiciled in the State of Texas.

5427.   On January 18, 2010, Theodore Lester, then 32, and a former soldier in the U.S. military, was serving as a civilian contractor in Baghdad, Iraq when his camp was attacked with Katyusha rockets deployed by JAM Special Groups.

5428.   While running for cover from the Katyusha rockets, Mr. Lester was injured in the attack when he stepped into an existing mortar impact hole. Mr. Lester fell to the ground and was forced to crawl to cover.

5429.   The rocket attack was perpetrated by JAM Special Groups terror operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

5430.   Mr. Lester was only able to obtain an X-ray of his foot a day later, which revealed that he had fractured three bones in his left foot. Mr. Lester still experiences pain in his left leg and foot from his injuries.

5431.   Mr. Lester was subsequently diagnosed with, and treated for, PTSD.

5432.    As a result of the attack, and the injuries he suffered, Plaintiff Theodore Lester has experienced severe physical and mental anguish and extreme emotional pain and suffering.

## 251.    THE APRIL 27, 2010 ATTACK – KHALIS

**The Coe Family**

5433.    Keith Coe was a citizen of the United States and domiciled in the State of Florida when he was killed in Iraq.

5434.    On April 27, 2010, Keith Coe, aged 30, was serving in the U.S. military in Iraq.

5435.    Mr. Coe was north of his base in Iraq when his vehicle was struck by an EFP emplaced by Special Groups.

5436.    The weapon used to kill Mr. Coe was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5437.    Plaintiff Katrina Coe is a citizen of the United States and domiciled in the State of Tennessee. She is the widow of Keith Coe.

5438.    Plaintiff Katrina Coe brings an action individually and on behalf of the Estate of Keith Coe, as its legal representative.

5439.    Plaintiff K.A.C., a minor represented by his legal guardian, Katrina Coe, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Keith Coe.

5440.    Plaintiff K.A.C., a minor represented by his legal guardian, Katrina Coe, is a citizen of the United States and domiciled in the State of Tennessee. He is the son of Keith Coe.

5441.    Plaintiff K.A.C., a minor represented by her legal guardian, Katrina Coe, is a citizen of the United States and domiciled in the State of Tennessee. She is the daughter of Keith Coe.

5442.   Plaintiff Rhonda Smith is a citizen of the United States and domiciled in the State of Florida. She is the mother of Keith Coe.

5443.   Plaintiff Matthew Coe is a citizen of the United States and domiciled in the State of Florida. He is the brother of Keith Coe.

5444.   Plaintiff Sabrina Chapman is a citizen of the United States and domiciled in the State of Florida. She is the sister of Keith Coe.

5445.   As a result of the attack, and the death of Keith Coe, Plaintiffs Katrina Coe, K.A.C, K.A.C., K.A.C., Rhonda Smith, Matthew Coe and Sabrina Chapman have experienced severe physical and mental anguish and extreme emotional pain and suffering and loss of their husband's/father's/son's/brother's society, companionship, comfort, advice and counsel.

**The Baumhoer Family**

5446.   Plaintiff Nicholas Baumhoer is a citizen of the United States and domiciled in the State of Indiana.

5447.   On April 27, 2010, Nicholas Baumhoer, age 20, was serving in the U.S. military in Iraq.

5448.   Mr. Baumhoer was north of his base in Iraq when his vehicle was struck by an EFP emplaced by Special Groups.

5449.   The weapon used to injure Mr. Baumhoer was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5450.   As a result of the attack, he sustained significant injuries due to the impact of shrapnel to his face and left arm. He also sustained a concussion.

5451.   Mr. Baumhoer underwent surgery to address internal bleeding and the removal of shrapnel.

5452.   As a result of the attack, and the injuries he suffered, Plaintiff Nicholas Baumhoer has experienced severe physical and mental anguish and extreme emotional pain and suffering.

**252.   THE SEPTEMBER 1, 2010 ATTACK – MAYSAN PROVINCE**

**The Whiteside Family**

5453.   Plaintiff Matthew Whiteside is a citizen of the United States and domiciled in the State of South Carolina.

5454.   On September 1, 2010, Matthew Whiteside, then 26, was serving in the U.S. military in Iraq when his base came under mortar attack from 107mm rockets.

5455.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5456.   Mr. Whiteside's bunker was struck by a 107 mm shell. As a result, he sustained a dislocated shoulder and was diagnosed with a TBI.

5457.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew Whiteside has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5458.   Plaintiff Kandi Danielle Whiteside is a citizen of the United States and domiciled in the State of South Carolina. She is the wife of Matthew Whiteside.

5459.   Plaintiff M.T.W., a minor represented by her legal guardians Matthew Whiteside and Kandi Danielle Whiteside, is a citizen of the United States and domiciled in the State of South Carolina. She is the daughter of Matthew Whiteside.

5460.   Plaintiff Sharon Smithey Whiteside is a citizen of the United States and domiciled in the State of Mississippi. She is the mother of Matthew Whiteside.

5461.   Plaintiff Jackson Wiley Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Whiteside.

5462.   Plaintiff Christopher Whiteside is a citizen of the United States and domiciled in the State of Mississippi. He is the brother of Matthew Whiteside.

5463.   As a result of the attack (as well as the July 3, 2011 attack discussed below), and the injuries Matthew Whiteside suffered, Plaintiffs Kandi Danielle Whiteside, M.T.W., Sharon Smithey Whiteside, Jackson Wiley Whiteside and Christopher Whiteside have experienced severe mental anguish and extreme emotional pain and suffering.

### 253.   THE MARCH 10, 2011 ATTACK – BAGHDAD

**The Kinsey Family**

5464.   Plaintiff James Kinsey is a citizen of the United States and domiciled in the State of Arkansas.

5465.   On March 10, 2011, James Kinsey, then 34, was serving in the U.S. military in Iraq when his base came under indirect fire by JAM Special Groups terror operatives working at the direction of Hezbollah and the IRGC-QF, using weapons supplied by the IRGC-QF and employing training provided by Hezbollah.

5466.   An Iranian-made 240mm rocket exploded within the base perimeter, approximately 50 meters from where Mr. Kinsey was standing.

5467.   The resulting blast threw Mr. Kinsey into a barrier wall, and he suffered a severe concussion.

5468.   Mr. Kinsey was later diagnosed with a TBI and PTSD from the attack.

5469.   As a result of the attack, and the injuries he suffered, Plaintiff James Kinsey has experienced severe mental anguish and extreme emotional pain and suffering.

### 254.   THE APRIL 2, 2011 ATTACK – ISKANDARIYAH PROVINCE

**The Garcia Family**

5470.   Christian Anthony Saracho Garcia was a citizen of the United States and domiciled in the State of Texas when he was killed in Iraq.

5471.   On April 2, 2011, Christian Anthony Saracho Garcia, aged 30, was serving in the U.S. military in Iraq when his base came under mortar attack perpetrated by JAM Special Groups terror operatives.

5472.   Christian Anthony Saracho Garcia died as a result of wounds sustained in the attack.

5473.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5474.   Plaintiff Angela M. Garcia is a citizen of the United States and domiciled in the State of Texas. She is the widow of Christian Anthony Saracho Garcia.

5475.   Plaintiff Angela M. Garcia brings an action individually and on behalf of the Estate of Christian Anthony Saracho Garcia as its legal representative.

5476.   Plaintiff K.M.G., a minor represented by her legal guardian Angela M. Garcia, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Christian Anthony Saracho Garcia.

5477.   Plaintiff K.R.G., a minor represented by her legal guardian Angela M. Garcia, is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Christian Anthony Saracho Garcia.

5478.   Plaintiff Joel Hernandez is a citizen of the United State and domiciled in the State of Texas. He is the stepson of Christian Anthony Saracho Garcia.

762

5479.   Plaintiff Christopher Satterfield is a citizen of the United State and domiciled in the State of Texas. He is the stepson of Christian Anthony Saracho Garcia.

5480.   Plaintiff Victoria Hernandez is a citizen of the United State and domiciled in the State of Texas. She is the stepdaughter of Christian Anthony Saracho Garcia.

5481.   As a result of the attack, and the death of Christian Anthony Saracho Garcia, Plaintiffs Angela M. Garcia, K.M.G., K.R.G., Joel Hernandez, Christopher Satterfield and Victoria Hernandez have experienced severe mental anguish, extreme emotional pain and suffering and the loss of their husband's/father's society, companionship, comfort, advice and counsel.

## 255.   THE APRIL 15, 2011 ATTACK – BAGHDAD

**The Pasco Family**

5482.   Plaintiff Michael Pasco is a citizen of the United States and domiciled in the State of Kentucky.

5483.   On April 15, 2011, Michael Pasco, then 28, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle slicing it in half.

5484.   The weapon used to injure Michael Pasco was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5485.   As a result of the attack, Mr. Pasco suffered a broken hand, numerous shrapnel wounds across his body, and was diagnosed with a TBI.

5486.   As a result of the attack, and the injuries he suffered, Plaintiff Michael Pasco has experienced severe physical and mental anguish and extreme emotional pain and suffering.

256.    **THE APRIL 22, 2011 ATTACK – NUMANIYAH**

**The Stiggins Family**

5487.    Antonio Stiggins was a citizen of the United States and domiciled in the State of
New Mexico when he was killed in Iraq.

5488.    On April 22, 2011, Antonio Stiggins, aged 25, was serving in the U.S. military in
Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5489.    Antonio Stiggins was killed in the attack.

5490.    The weapon used to kill Antonio Stiggins was a Hezbollah-designed and Iranian-
manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using
specialized training and components supplied by Hezbollah and the IRGC.

5491.    Plaintiff Angel Mayes is a citizen of the United States and domiciled in the State of
New Mexico. She is the mother of Antonio Stiggins.

5492.    Plaintiff Angel Mayes brings an action individually and on behalf of the Estate of
Antonio Stiggins, as its legal representative.

5493.    Plaintiff Luke Stiggins is a citizen of the United States and domiciled in the State
of New Mexico. He is the father of Antonio Stiggins.

5494.    Plaintiff Donald Mayes is a citizen of the United States and domiciled in the State
of New Mexico. He is the stepfather of Antonio Stiggins.

5495.    As a result of the attack, and the death of Antonio Stiggins, Plaintiffs Angel Mayes,
Luke Stiggins, and Donald Mayes have experienced severe mental anguish, extreme emotional
pain and suffering, and loss of their son's society, companionship, comfort, advice and counsel.

### 257.   THE MAY 22, 2011 ATTACK – BAGHDAD

**The Beattie Family**

5496.   Clifford Beattie was a citizen of the United States and domiciled in the State of Washington when he was killed in Iraq.

5497.   On May 22, 2011, Clifford Beattie, aged 37, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5498.   Clifford Beattie was killed in the attack.

5499.   The weapon used to kill Clifford Beattie was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5500.   Plaintiff Rhonda Beattie is a citizen of the United States and domiciled in the State of Ohio. She is the mother of Clifford Beattie.

5501.   Plaintiff Rhonda Beattie brings an action individually and on behalf of the Estate of Clifford Beattie, as its legal representative.

5502.   Plaintiff Jaydean Hamilton is a citizen of the United States and domiciled in the State of Washington. She is the daughter of Clifford Beattie.

5503.   As a result of the attack, and the death of Clifford Beattie, Plaintiffs Rhonda Beattie and Jaydean Hamilton have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/father's society, companionship, comfort, advice and counsel.

### 258.   THE JUNE 6, 2011 ATTACK – BAGHDAD

**The Fishbeck Family**

5504.   Christopher Brook Fishbeck was a citizen of the United States and domiciled in the State of California when he was killed in Iraq.

5505.   On June 6, 2011, Christopher Brook Fishbeck, then 24 was serving in the U.S. military in Iraq when the base he was at, Forward Operating Base Loyalty in Baghdad, came under attack by IRAMs.

5506.   Christopher Brook Fishbeck was killed in the attack.

5507.   KH operatives fired the IRAMs at the base. Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy. Specifically, KH claimed responsibility for the attack that killed Christopher Brook Fishbeck.

5508.   Plaintiff Stephanie Kidder is a citizen of the United States and domiciled in the State of California. She is the wife of Christopher Brook Fishbeck.

5509.   Plaintiff Toni Attanasio is a citizen of the United States and domiciled in the State of California. She is the mother of Christopher Brook Fishbeck.

5510.   Plaintiff Toni Attanasio brings and action individually and on behalf of the Estate of Christopher Brook Fishbeck as its legal representative.

5511.   Plaintiff Gary Douglas Fishbeck is a citizen of the United States and domiciled in the State of California. He is the father of Christopher Brook Fishbeck.

5512.   Plaintiff Ana M. Gomez is a citizen of the United States and domiciled in the State of California, she is the stepmother of Christopher Brook Fishbeck.

5513.   Plaintiff Randi Jean Martz is a citizen of the United States and domiciled in the State of California. She is the sister of Christopher Brook Fishbeck.

5514.   Plaintiff Rene Gutel is a citizen of the United States and domiciled in the State of Virginia. She is the sister of Christopher Brook Fishbeck.

5515.   As a result of the attack, and the death of Christopher Brook Fishbeck, Plaintiffs Stephanie Kidder, Toni Attansio, Gary Douglas Fishbeck, Ana M. Gomez, Randi Jean Martz and Rene Gutel have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their husband's/son's/brother's society, companionship, comfort, advice and counsel.

### 259.   THE JUNE 18, 2011 ATTACK - AL-QADISIYAH

### The Hall Family

5516.   Plaintiff Mark A. Hall is a citizen of the United States and domiciled in the State of Montana.

5517.   On June 18, 2011, Mark A. Hall, then 41, was serving in the U.S. military in Iraq when his base came under attack from 107mm rockets.

5518.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5519.   A 107mm round hit within a few meters of Mr. Hall's position, and he was rendered unconscious and sustained a concussion.

5520.   He suffers from depression and was diagnosed with PTSD.

5521.   As a result of the attack, and the injuries he suffered, Plaintiff Mark A. Hall has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5522.   Plaintiff Athena Hall is a citizen of the United States and domiciled in the State of Montana. She is the wife of Mark A. Hall.

5523.   Plaintiff M.J.H., a minor represented by her legal guardian Mark Hall, is a citizen of the United States and domiciled in the State of Montana. She is the daughter of Mark A. Hall.

5524.   Plaintiff Kiersten Hall is a citizen of the United States and domiciled in the State of Montana. She is the daughter of Mark A. Hall.

5525.   Plaintiff Kaitlyn Adams is a citizen of the United States and domiciled in the State of Utah. She is the daughter of Mark A. Hall.

5526.   Plaintiff Mackenzie G. Hall is a citizen of the United States and domiciled in the State of Montana. She is the daughter of Mark A. Hall.

5527.   Plaintiff Abigail Hall is a citizen of the United States and domiciled in the State of Montana. She is the daughter of Mark A. Hall.

5528.   Plaintiff Andrew Hall is a citizen of the United States and domiciled in the State of Montana. He is the son of Mark A. Hall.

5529.   As a result of the attack and the injuries suffered by Mark A. Hall, Plaintiffs Athena Hall, M.J.H., Kiersten Hall, Kaitlyn Adams Mackenzie G. Hall, Abigail Hall and Andrew Hall have experienced severe mental anguish and extreme emotional pain and suffering.

## 260.   THE JUNE 29, 2011 ATTACK – WASIT PROVINCE

**The White Family**

5530.   Plaintiff George D. White is a citizen of the United States and domiciled in the State of Minnesota.

5531.   On June 29, 2011, George D. White, then 39, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs fired by KH Special Groups terror operatives.

5532.   Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy.

5533.   The rocket fire and one of the many explosions caused George D. White to be thrown toward the bunker.

5534.   Immediately following the attack, Mr. White suffered vision and hearing loss as

well as ringing in his ears. The vision loss – encompassing his night vision – and the ringing in his ears continue to the present.

5535.  He has been diagnosed with a TBI, and has experienced severe headaches, nightmares and difficulty sleeping – all conditions that he has received treatment for.

5536.  In addition, Mr. White suffers from PTSD and depression.

5537.  As a result of the attack, and the injuries he suffered, Plaintiff George D. White has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5538.  Plaintiff Natalia White is a citizen of the United States and domiciled in the State of Minnesota. She is the wife of George D. White.

5539.  Plaintiff Kristin White is a citizen of the United States and domiciled in the State of Texas. She is the daughter of George D. White.

5540.  Plaintiff George J. White is a citizen of the United States and domiciled in the State of Florida. He is the father of George D. White.

5541.  Plaintiff Edna Luz Burgos is a citizen of the United States and domiciled in Puerto Rico. She is the mother of George D. White.

5542.  As a result of the attack, and the injuries George D. White suffered, Plaintiffs Natalia White, Kristin White, George J. White and Edna Luz Burgos have experienced severe mental anguish and extreme emotional pain and suffering.

**The McCulley Family**

5543.  Plaintiff John McCulley is a citizen of the United States and domiciled in the State of Texas.

5544.   On June 29, 2011, John McCulley, then 32, a former soldier in the U.S. military, was serving as a civilian contractor in Iraq when he was attacked with IRAMs fired by KH Special Groups terror operatives.

5545.   Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy.

5546.   Two rockets landed near Mr. McCulley.

5547.   Mr. McCulley was struck by shrapnel.

5548.   His right arm was severed at the elbow, and his left leg was badly damaged.

5549.   Mr. McCulley was hospitalized on several occasions to treat his injuries, and he has had more than 20 surgeries.

5550.   Mr. McCulley has been diagnosed with a TBI, PTSD, and has been treated for depression.

5551.   As a result of the attack, and the injuries he suffered, Plaintiff John McCulley has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5552.   Plaintiff Stephanie McCulley is a citizen of the United States and domiciled in the State of Texas. She is the wife of John McCulley.

5553.   Plaintiff T.M., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Texas. He is the son of John McCulley.

5554.   Plaintiff R.M., a minor represented by his legal guardians John McCulley and Stephanie McCulley, is a citizen of the United States and domiciled in the State of Texas. He is the son of John McCulley.

5555.   As a result of the attack, and the injuries John McCulley suffered, Plaintiffs Stephanie McCulley, T.M., and R.M. have experienced severe mental anguish and extreme emotional pain and suffering.

**The Field Family**

5556.   Plaintiff Donald Field is a citizen of the United States and domiciled in the State of Texas.

5557.   On June 29, 2011, Donald Field, then 42, was serving in the U.S. military in Iraq when his unit was attacked with IRAMs fired by KH Special Groups terror operatives.

5558.   Those operatives were trained by Hezbollah and funded and supplied by the IRGC-QF, and they launched the attack at the direction of both Hezbollah and the IRGC-QF as their proxy.

5559.   One of the many explosions caused a concrete retaining wall to fall, portions of which landed on Donald Field, rendering him unconscious.

5560.   When he came to, he was able to extricate himself from the debris and noticed much of his clothing had been burned and torn.

5561.   Both lower lobes of Mr. Field's lungs had collapsed due to the force of the blast and the concrete wall having landed on him.

5562.   He sustained injuries to his back, primarily to his lower vertebrae, requiring surgery. He has limited motion.

5563.   He has been prescribed medication to address the pain he experiences on a daily basis.

5564.   As a result of the blast, Mr. Field also suffered first- and second-degree burns on his head, neck, and the back of his arms.

5565.   Mr. Field also injured the right side of his head and right ear; he has undergone multiple surgeries to address those injuries. He has experienced and continues to deal with short-term cognitive and memory issues.

5566.   Mr. Field has been diagnosed with a TBI.

5567.   He has sought counseling and continues to seek treatment with a psychiatrist. He has been prescribed medication for anxiety and mood-related issues.

5568.   As a result of the attack, and the injuries he suffered, Plaintiff Donald Field has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5569.   Plaintiff Angelica Field is a citizen of the United States and domiciled in the State of Texas. She is the wife of Donald Field.

5570.   Plaintiff Senovia Field is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Donald Field.

5571.   Plaintiff Selicia Field is a citizen of the United States and domiciled in the State of Texas. She is the daughter of Donald Field.

5572.   As a result of the attack, and the injuries Donald suffered, Plaintiffs Angelica Field, Senovia Field and Selicia Field have experienced severe mental anguish and extreme emotional pain and suffering.

**261.   THE JULY 3, 2011 ATTACK – AMARA**

**The Whiteside Family**

5573.   As noted above, Plaintiff Matthew Whiteside is a citizen of the United States and domiciled in the State of South Carolina.

5574.   On July 3, 2011, Matthew Whiteside, then 26, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle while he was *en* route from his Forward Operating Base in Amara, Iraq to the Adder Air Force Base outside of Nasara.

5575.   The weapon used to injure Matthew Whiteside was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5576.   As a result of the attack, Mr. Whiteside suffers from PTSD.

5577.   As a result of the attack, and the injuries he suffered, Plaintiff Matthew Whiteside has experienced severe physical and mental anguish and extreme emotional pain and suffering.

### 262.   THE JULY 7, 2011 ATTACK – BAGHDAD

**The Newby Family**

5578.   Nicholas W. Newby was a citizen of the United States and domiciled in the State of Idaho when he was killed in Iraq.

5579.   On July 7, 2011, Nicholas W. Newby, aged 20, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5580.   Nicholas W. Newby was killed in the attack.

5581.   The weapon used to kill Nicholas W. Newby was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5582.   Plaintiff Theresa Hart is a citizen of the United States and domiciled in the State of Idaho. She is the mother of Nicholas W. Newby.

5583.   Plaintiff Wayne Newby is a citizen of the United States and domiciled in the State of Idaho. He is the father of Nicholas W. Newby.

5584.   Plaintiff Nathan Newby is a citizen of the United States and domiciled in the State of Idaho. He is the brother of Nicholas W. Newby.

5585.   As a result of the attack, and the death of Nicholas W. Newby, Plaintiffs Theresa Hart, Wayne Newby and Nathan Newby have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

**263.   THE JULY 8, 2011 ATTACK – BAGHDAD**

**The Ogden Family**

5586.   Plaintiff Tyler Nicholas Ogden is a citizen of the United States and domiciled in the State of Ohio.

5587.   On July 8, 2011, Tyler Nicholas Ogden, then age 29, was serving with the U.S. military in Iraq when his base came under attack from 107mm rockets.

5588.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5589.   A 107mm round landed approximately 30 feet from where Tyler Ogden was situated and knocked him to the ground.

5590.   When he stood up, he realized that had struck in the thigh by shrapnel.

5591.   As a result of that attack, Tyler Ogden's thigh muscle was damaged, and he developed problems with the use of his knee and ankle.

5592.   He also sustained hearing loss and developed asthma.

5593.   As a result of the attack, and the injuries he suffered, Plaintiff Tyler Nicholas Ogden has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5594.   Plaintiff Sheryl Ann Chen is a citizen of the United States domiciled in Ohio and is the mother of Tyler Nicholas Ogden.

5595.   Plaintiff Jerrin Matthew Ogden is a citizen of the United States domiciled in Ohio and is the brother of Tyler Nicholas Ogden.

5596.   As a result of the attack and the injuries sustained by Plaintiff Tyler Ogden, Plaintiffs Sheryl Ann Chen and Jerrin Ogden have experienced severe mental anguish and extreme emotional pain and suffering.

264.   **THE JULY 10, 2011 ATTACK – MAYSAN PROVINCE**

**The Niquette Family**

5597.   Plaintiff Sean M. Niquette is a citizen of the United States and domiciled in the State of New York.

5598.   On July 10, 2011, Sean M. Niquette, then 25, was serving in the U.S. military in Iraq when his Contingency Forward Operating Base came under attack from 107 mm rockets.

5599.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5600.   As Mr. Niquette was running for cover, a rocket landed about 15 yards from where he was located. Mr. Niquette sustained a concussion and was diagnosed with a TBI.

5601.   As a result of the attack, Mr. Niquette suffers from depression, anxiety, memory loss and migraines.

5602.   As a result of the attack, and the injuries he suffered, Plaintiff Sean Niquette has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5603.   Plaintiff Lauren Niquette is a citizen of the United States and domiciled in the State of New York. She is the wife of Sean M. Niquette.

5604.   Plaintiff Mary Niquette is a citizen of the United States and domiciled in the State of Florida. She is the mother of Sean M. Niquette.

5605.   Plaintiff Thomas Niquette is a citizen of the United States and domiciled in Florida. He is the father of Sean M. Niquette.

5606.   As a result of the attack and the injuries suffered by Sean M. Niquette, Plaintiffs Laruen Niquette, Mary Niquette and Thomas Niquette have experienced severe mental anguish and extreme emotional pain and suffering.

**The Kenney Family**

5607.   Plaintiff Daniel Kenney is a citizen of the United States and domiciled in the State of New York.

5608.   On July 10, 2011, Daniel Kenny, then 29, was serving in the U.S. military in Iraq when his Contingency Forward Operating Base came under attack from 107 mm rockets.

5609.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5610.   As Mr. Kenney was running for cover, a rocket landed within approximately 15 of his location, throwing him to the ground and concussing him.

5611.   As a result of the attack, Mr. Kenney suffers from depression, anxiety and PTSD.

5612.   As a result of the attack, and the injuries he suffered, Plaintiff Daniel Kenney has experienced mental anguish and extreme emotional pain and suffering.

5613.   Plaintiff Brooke Kenney is a citizen of the United States and domiciled in the State of New York. She is the wife of Daniel Kenney.

5614.   Plaintiff J.K., a minor, represented by his legal guardians Daniel Kenney and Brooke Kenney, is a citizen of the United States and domiciled in the State of New York. He is the son of Daniel and Brooke Kenney.

5615.   Plaintiff H.K., a minor, represented by her legal guardians Daniel Kenney and Brooke Kenney, is a citizen of the United States and domiciled in the State of New York. She is the daughter of Daniel and Brooke Kenney.

5616.   As a result of the attack, and the injuries suffered by Daniel Kenney, Plaintiffs Brooke Kenney, J.K. and H.K. have each experienced severe mental anguish and extreme emotional pain and suffering.

### 265.   THE JULY 15, 2011 ATTACK – BASRA

### The Elliott Family

5617.   Daniel L. Elliott was a citizen of the United States and domiciled in the state of North Carolina when he was killed in Iraq.

5618.   On July 15, 2011, Daniel L. Elliott, aged 21, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

5619.   Daniel L. Elliott was killed in the attack.

5620.   The weapon used to kill Daniel L. Elliott was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5621.   Plaintiff Ed Elliott is a citizen of the United States and domiciled in the State of North Carolina. He is the father of Daniel L. Elliott.

5622.   As a result of the attack, and the death of Daniel L. Elliott, Plaintiff Ed Elliott has experienced severe mental anguish, extreme emotional pain and suffering, and loss of his son's society, companionship, comfort, advice and counsel.

### 266.   THE OCTOBER 12, 2011 ATTACK – AMARA

**The Alldridge Family**

5623.   Plaintiff Brian Clark Alldridge is a citizen of the United States and domiciled in the State of Texas.

5624.   On October 12, 2011, Brian Clark Alldridge, then 35, was serving in the U.S military in Iraq when his Contingency Forward Operating Base came under a 107mm rocket attack perpetrated by JAM Special Groups terror operatives.

5625.   The attack was perpetrated by Hezbollah-trained JAM Special Groups under the control and direction of the IRGC-QF and Hezbollah.

5626.   As a result of the attack, Mr. Alldridge was hit by shrapnel and sustained blast injuries.

5627.   He suffered hearing loss, has tinnitus and requires a hearing aid.

5628.   Mr. Alldridge was diagnosed with a TBI. He was also diagnosed with PTSD and anxiety, for which he has sought counseling. He is able to sleep very little at night.

5629.   Mr. Alldridge has received a 100% disability rating by the Veteran's Administration.

5630.   As a result of the attack, and the injuries he suffered, Plaintiff Brian Clark Alldridge has experienced severe physical and mental anguish and extreme emotional pain and suffering.

5631.   Plaintiff Joann Alldridge is a citizen of the United States and domiciled in the State of Texas. She is the wife of Brian Clark Alldridge.

5632.   Plaintiff Andrew Charles Major is a citizen of the United States and domiciled in the State of Texas. He is the stepson of Brian Clark Alldridge.

5633.   Plaintiff Ashley Meikel Major is a citizen of the United States and domiciled in the State of Texas. She is the stepdaughter of Brian Clark Alldridge.

5634.   Plaintiff A.M.M., a minor represented by her legal guardian Joann Alldridge, is a citizen of the United States and domiciled in the State of Texas. She is the stepdaughter of Brian Clark Alldridge.

5635.   Plaintiff DiAnna Alldridge is a citizen of the United States and domiciled in the State of Washington. She is the mother of Brian Clark Alldridge.

5636.   Plaintiff Ronald Alldridge is a citizen of the United States and domiciled in the State of Washington. He is the father of Brian Clark Alldridge.

5637.   Plaintiff Todd Alldridge is a citizen of the United States and domiciled in the State of Indiana. He is the brother of Brian Clark Alldridge.

5638.   As a result of the attack, and the injuries suffered by Brian Clark Alldridge, Plaintiffs Joann Alldridge, Andrew Charles Major, Ashley Meikel Major, A.M.M., DiAnna Alldridge, Ronald Alldridge and Todd Alldridge have experienced severe mental anguish and extreme emotional pain and suffering.

## 267.   THE NOVEMBER 14, 2011 ATTACK – BAGHDAD

### The Hickman Family

5639.   David Emanuel Hickman was a citizen of the United States and domiciled in the State of North Carolina when he was killed in Iraq.

5640.   On November 14, 2011, David Emanuel Hickman, aged 23, was serving in the U.S. military in Iraq when an EFP emplaced by Special Groups detonated near his vehicle.

779

5641.   David Emanuel Hickman was killed in the attack.

5642.   The weapon used to kill David Emanuel Hickman was a Hezbollah-designed and Iranian-manufactured EFP emplaced by agents of Hezbollah and the IRGC-QF at their direction, using specialized training and components supplied by Hezbollah and the IRGC.

5643.   Plaintiff Veronica Hickman is a citizen of the United States and domiciled in the State of North Carolina. She is the mother of David Emanuel Hickman.

5644.   Plaintiff David Eugene Hickman is a citizen of the United States and domiciled in the State of North Carolina. He is the father of David Emanuel Hickman.

5645.   Plaintiff Devon Fletcher Hickman is a citizen of the United States and domiciled in the State of North Carolina. He is the brother of David Emanuel Hickman.

5646.   As a result of the attack, and the death of David Emanuel Hickman, Plaintiffs Veronica Hickman, David Eugene Hickman and Devon Fletcher Hickman have experienced severe mental anguish, extreme emotional pain and suffering, and loss of their son's/brother's society, companionship, comfort, advice and counsel.

## CLAIMS FOR RELIEF

## FIRST CLAIM FOR RELIEF

## CIVIL LIABILITY UNDER 18 U.S.C. § 2333(a) FOR VIOLATIONS OF 18 U.S.C. § 2339B CONSTITUTING ACTS OF INTERNATIONAL TERRORISM

5647.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5648.   During all relevant times, each Defendant knew that Hezbollah engaged in acts of international terrorism and each Defendant knew that Hezbollah had been designated an FTO.

5649.   Each Defendant knowingly provided material support to Hezbollah during the period between 2003 through 2011 and by maintaining accounts for and transferring millions of dollars through the U.S. financial system for Hezbollah's benefit.

5650.   Each Defendant's conduct *involved* acts dangerous to human life and constitute violations of 18 U.S.C. § 2339B.

5651.   By knowingly providing material support to Hezbollah, each Defendant's conduct objectively appeared to be intended to intimidate or coerce a civilian population or influence the policy of a government by intimidation or coercion by substantially assisting Hezbollah in operating its global terror network.

5652.   By knowingly providing material support to Hezbollah and providing a financial lifeline in the form of global access to critical U.S. dollars, each Defendant substantially and foreseeably contributed to Hezbollah's capacity to orchestrate, direct and commit terrorist attacks, including the terrorist attacks that injured Plaintiffs.

5653.   Each Defendant's activities occurred primarily outside the United States.

5654.   As the U.S. Department of the Treasury noted in 2016 (quoting Adam J. Szubin, then-Acting Under Secretary for Terrorism and Financial Intelligence), Hezbollah "relies upon accomplices in the business community to place, manage, and launder its terrorist funds."

5655.   Defendants herein were the most central accomplices Hezbollah relied upon for facilitating its financial operations.

5656.   Defendants' knowing provision of material support to FTO Hezbollah was a substantial reason that Hezbollah and the IRGC-QF were able to orchestrate the terrorist attacks at issue.

5657.   Defendants' knowing provision of material support to FTO Hezbollah increased its ability to plan, direct and commit deadly attacks that were a foreseeable consequence of facilitating the transfer of millions of U.S. dollars to persons and entities Hezbollah controlled.

## SECOND CLAIM FOR RELIEF

## CIVIL LIABILITY UNDER 18 U.S.C. § 2333(d) FOR AIDING AND ABETTING HEZBOLLAH, A FOREIGN TERRORIST ORGANIZATION

5658.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5659.   Plaintiffs were all injured by acts of international terrorism as defined by 18 U.S.C. § 2331.

5660.   Plaintiffs were all injured by acts of international terrorism committed, planned and authorized by FTO Hezbollah (and in some cases, also FTO Kata'ib Hezbollah).

5661.   Hezbollah had been designated an FTO (since 1997) as of the date of all the attacks alleged herein.

5662.   As set forth in detail above, the IRGC–QF tasked Hezbollah with directing their Iraqi agents to launch terrorist attacks on U.S. service members in Iraq.

5663.   Accordingly, Hezbollah trained, organized, advised and directed various terror cells that acted as its agents and proxies, launching attacks on U.S. and Coalition Forces at Hezbollah's behest and under its guidance.

5664.   Each Defendant aided and abetted Hezbollah in its commission of these acts of international terrorism, including the terrorist attacks that injured Plaintiffs, by providing substantial and vital assistance to Hezbollah and its IJO during the period between 2003 through 2011 and transferring hundreds of millions of dollars through the U.S. financial system for its benefit.

5665.   Defendants substantially assisted Hezbollah by, *inter alia*, laundering hundreds of millions of dollars for Hezbollah that it needed to sustain its operations and to commit acts of international terrorism.

5666.   As noted above, Abdallah Safieddine (SDGT) was the Hezbollah leader responsible for ensuring that proceeds from narcotics trafficking laundered through Defendants made their way to the IJO to fund Hezbollah's lethal operations in Iraq.

5667.   Each Defendant understood its role in helping fuel Hezbollah's illicit activities, was generally aware that by providing substantial assistance to Hezbollah it was aiding and abetting Hezbollah's terrorist and criminal activities and nonetheless continually assisted Hezbollah in its efforts.

5668.   The amount and extent of assistance each Defendant provided—illegal access to millions of U.S. dollars and the international financial system—was integral to Hezbollah's overall terrorist activities and the foreseeable acts of terrorism at issue.

5669.   Each Defendant knowingly provided this substantial assistance to Hezbollah for years.

5670.   Each Defendant knew that Hezbollah was not only an FTO, but among the most dangerous terrorist groups in the world, and that providing illegal access to the U.S. financial system would foreseeably aid Hezbollah in committing acts of international terrorism, including terrorism in Iraq.

5671.   As the U.S. Department of the Treasury noted in 2016 (quoting Adam J. Szubin, then-Acting Under Secretary for Terrorism and Financial Intelligence), Hezbollah "relies upon accomplices in the business community to place, manage, and launder its terrorist funds."

5672.   Defendants herein were important accomplices relied upon by Hezbollah in collecting and distributing its operational funding, and they fully understood their role in Hezbollah's operations.

5673.   Plaintiffs' injuries were proximately caused by Hezbollah's conduct, which each Defendant substantially assisted.

## THIRD CLAIM FOR RELIEF

## CIVIL LIABILITY UNDER 18 U.S.C. § 2333(d) FOR DEFENDANTS' ROLE IN HEZBOLLAH'S CONSPIRACY TO MURDER AMERICANS IN IRAQ

5674.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5675.   During the relevant period, Hezbollah and the IRGC-QF formed a conspiracy whose objectives included launching terrorist attacks against U.S. and MNF-I personnel in Iraq. As part of that conspiracy, Hezbollah and the IRGC-QF agreed to finance these terrorist attacks primarily with U.S. dollar-denominated assets.

5676.   Defendants joined that conspiracy by knowingly agreeing to provide Hezbollah with illegal material support in the form of financial services critical to Hezbollah's capacity to commit terrorist attacks in Iraq.

5677.   Defendants agreed to join with Hezbollah and its agents (both natural persons and corporate entities and associations) to participate in unlawful acts (violations of U.S. criminal laws, including 18 U.S.C. § 2339B) and to provide substantial assistance to Hezbollah in furtherance of the common scheme by which Defendants served as vital conduits for Hezbollah's illicit financing network.

5678.   Defendants knew the objective of the conspiracy was to provide material support for and increase Hezbollah's capacity to, *inter alia*, commit terrorist attacks.

784

5679.   Defendants knew that by joining the conspiracy to provide material support to Hezbollah in the forms set forth herein they were contributing substantially to Hezbollah's capacity to commit terrorist attacks.

5680.   The terrorist attacks at issue were foreseeably committed in furtherance of and as foreseeable consequences of the conspiracy.

5681.   Plaintiffs' injuries were a foreseeable and proximate result of the conspiracy.

**FOURTH CLAIM FOR RELIEF**

**SUCCESSOR LIABILITY OF SGBL**

5682.   Plaintiffs repeat and re-allege each and every allegation of the foregoing paragraphs as if fully set forth herein.

5683.   In addition to its own participation in The System and liability to Plaintiffs under the first three claims for relief set forth above, Defendant SGBL is liable for LCB's role in The System as its successor, including as to LCB's liabilities.

5684.   Within three weeks of the February 10, 2011 announcement of the U.S. Department of the Treasury identifying Lebanese Canadian Bank together with its subsidiaries as a financial institution of primary money laundering concern under Section 311 of the USA PATRIOT Act, Defendant SGBL agreed to purchase LCB's assets and liabilities.

5685.   This was memorialized in a Purchase Agreement dated June 22, 2011.

5686.   As noted above, Section 2.3 of the Sale and Purchase Agreement stated:

> The Assumed Liabilities consist *inter alia* of any and all of the Seller's liabilities and/or obligations and/or debts of any kind, character or description, absolute or contingent, accrued or unaccrued, disputed or undisputed, liquidated or unliquidated, secured or unsecured, joint or several, due or to become due, vested or unvested, determined, determinable or otherwise, to the extent they relate to the Seller's Business, all as at the Completion Date.

785

5687.   According to an affidavit and verification signed and filed on behalf of Defendant SGBL in *United States v. Lebanese Canadian Bank,* No. 11-cv-09186 (S.D.N.Y.):

> SGBL only finalized the purchase of certain assets and liabilities of LCB after a rigorous filtering process that eliminated any and all questionable accounts.

5688.   According to the Lebanese government, however, SGBL elected to maintain accounts for more than 20 of the Hezbollah-identified individuals and entities on the auditors' lists, including, *e.g.*, Muhammad Hussein Darwish, Ali Hussein Darwish, and Muhammad Issam Abu Darwish.

5689.   Moreover, as noted above, many of Hezbollah's and the Iranian governmental entities' accounts at LCB were omitted from the Lebanese reports inventorying suspect accounts at LCB and there is no indication that these (unlisted) accounts were ever closed by Defendant SGBL.

5690.   These "phantom" accounts included, among others, those held for Yousser Company for Finance and Investment (SDGT), the Martyrs Foundation – Lebanon (SDGT), Hussein al-Shami (SDGT), Al-Mabarrat Charitable Society, Lebanese Arab Touristic Company and Al-Aytam Company for General Trading and Fuels.

5691.   As noted above, many of these accounts that were identified in the 2011 DOJ civil action against LCB were later not listed in the Lebanese government reports on LCB.

5692.   At least two of the LCB accounts identified in the 2011 DOJ civil action – Elissa Holding SAL (SDNTK) and Yousser Company for Finance and Investment (SDGT) – were retained by Defendant SGBL who continued to provide them with banking services after the LCB sale of assets and liabilities was completed.

786

5693.   In sum, Defendant SGBL did undertake a review of LCB's roster of customers and did require LCB to close *some* of Hezbollah's BAC accounts before LCB's customer accounts were taken over by SGBL, but the exercise was intended solely to protect Defendant SGBL's reputation in acquiring a pariah bank; not to cut Hezbollah off from SGBL or to end SGBL's role in The System.

5694.   For the foregoing reasons, Defendant SGBL is liable for the acts of LCB to the same extent that LCB would be found liable.

5695.   Defendant SGBL is liable for LCB's violation of 18 U.S.C. § 2333(a) (for violations of 18 U.S.C. § 2339B) and 18 U.S.C. § 2333(d).

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs pray that this Court:

(a)     Accept jurisdiction over this action;

(b)     Enter judgment against each Defendant and in favor of all Plaintiffs for compensatory damages (including for physical and emotional pain and suffering; loss of society, companionship, comfort, advice and counsel; and economic loss for all Plaintiffs) in amounts to be determined at trial;

(c)     Enter judgment against each Defendant and in favor of Plaintiffs for treble damages pursuant to 18 U.S.C. § 2333;

(d)     Enter judgment against each Defendant and in favor of Plaintiffs for any and all costs sustained in connection with the prosecution of this action, including attorneys' fees, pursuant to 18 U.S.C. § 2333; and

(e)     Grant such other and further relief as justice requires.

PLAINTIFFS DEMAND A TRIAL BY JURY ON ALL ISSUES SO TRIABLE.

Dated: August 2, 2019

By    /s/ Gary M. Osen
                **OSEN LLC**
                Gary M. Osen, Esq.
                Ari Ungar, Esq.
                Aaron Schlanger, Esq.
                2 University Plaza, Suite 402
                Hackensack, NJ 07601
                (201) 265-6400
                (201) 265-0303 Fax

                **TURNER & ASSOCIATES, P.A.**
                Tab Turner, Esq.
                (admitted pro hac vice)
                4705 Somers Avenue, Suite 100
                North Little Rock, AR 72116
                (501) 791-2277

                **MOTLEY RICE, LLC**
                Michael Elsner, Esq.
                28 Bridgeside Boulevard, P.O. Box 1792
                Mount Pleasant, SC 29465
                (843) 216-9000

                Attorneys for Plaintiffs

# A-867

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| ROBERT BARTLETT, et al., | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| SOCIÉTÉ GÉNÉRALE DE BANQUE AU LIBAN SAL, et al., | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.  19-cv-00007 (CBA)(VMS)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   FENICIA BANK
Beirut Central District
Foch Street
Fenicia Bank Building
P.O. Box: 113-6248
Beirut 1103-2110 Lebanon

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Gary M. Osen
2 University Plaza, Suite 402
Hackensack, NJ 07601

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____                    _____
*Signature of Clerk or Deputy Clerk*

# Exhibit 1

Ex. 7, at 1

EXECUTION COPY

## SALE AND PURCHASE AGREEMENT

ٳٳ آذار ١١٠٢

BETWEEN

LEBANESE CANADIAN BANK S.A.L.

AND

SOCIETE GENERALE DE BANQUE AU LIBAN S.A.L.

DATED
June 22, 2011



Page 1 of

# A-870

EXECUTION COPY

## 2. SALE OF ASSETS AND ASSUMPTION OF LIABILITIES

### 2.1 Sale of Assets and Assumption of Liabilities

On the Completion Date, the Seller shall transfer, convey, and assign, upon the terms and subject to the conditions set forth in this Agreement, to the Purchaser, and the Purchaser shall receive and assume from the Seller, all of the Seller's Assets and Liabilities in accordance with Law n° 192 of January 4, 1993 on *Facilitating Bank Merger* and as set forth in sub-Clauses 2.2, 2.3 and 2.4 herein.

### 2.2 Transferred Assets

The transferred Assets shall consist *inter alia* of any and all rights, titles and interests of the Seller in and to the Properties, assets, and rights of every nature, kind and description, tangible and intangible whether real, personal or mixed, whether accrued or unaccrued, absolute or contingent, disputed or undisputed, liquidated or unliquidated, secured or unsecured, joint or several, due or to become due, vested or unvested, determined, determinable or otherwise as at the Completion Date, to the extent they relate to the Seller's Business, including without limitation: Advances, Commitments, Assumed Contracts, Disclosure Documents, Securities, Leases, Owned Properties, IT System, Equipment, Supplier Contracts, Books, good will, shares held by the Seller in its Subsidiaries, profits for the fiscal years 2010 and 2011 and all rights in connection with the Business, all as at the Completion Date.

### 2.3 Assumed Liabilities

The Assumed Liabilities consist *inter alia* of any and all of the Seller's liabilities and/or obligations and/or debts of any kind, character or description, absolute or contingent, accrued or unaccrued, disputed or undisputed, liquidated or unliquidated, secured or unsecured, joint or several, due or to become due, vested or unvested, determined, determinable or otherwise, to the extent they relate to the Seller's Business, all as at the Completion Date.

### 2.4 Transfer of Risk

From the Signature Date until the Completion Date, the Seller shall retain possession of the Assets and the Liabilities and shall, subject to the provisions of this Agreement especially the provisions of Clause 10 carry on the Business;

Upon and with effect from the Completion Date, title and risk of loss of damage to the Assets and the Liabilities shall pass directly from the Seller to the Purchaser in accordance with Law n° 192 of January 4, 1993 on *Facilitating Bank Merger*.

# A-871

EXECUTION COPY

| Riad El Solh 1107<br><br>Beirut – Lebanon<br><br>Marked for the attention of Mr. Georges Zard<br>Abou Jaoudé, Chairman and General Manager | building No. 20, 7th Floor<br>Metn – Lebanon | |
| --- | --- | --- |
| **To the Purchaser at:** | **With a copy (which shall not constitute notice) to:** | |
| SOCIETE GENERALE DE BANQUE AU LIBAN S.A.L.<br><br>Sehnaoui building<br>Saloumeh square/ Sin El Fil<br>B.P. 11-2955, Beirut, Lebanon<br>Marked for the attention of<br>Mr. Antoun N. Sehnaoui | Mr. Antoun N. Sehnaoui<br><br>At its personal address:<br>Debs building, El Saydeh street<br>Karm El Zeitoun | |

Or any such other address of which the relevant Party shall have given notice for this purpose to the other Party under this Clause 22.

Any notice or other communication shall be deemed to have been given:

- If delivered by hand with acknowledgment of receipt, on the date of delivery; or
- If sent by courier with acknowledgment of receipt, on the third Business Day after it was given to the courier.

For the purposes of this Agreement, notices or other communications shall not be validly given if sent by e-mail.

**AS WITNESS** the hands of the duly authorized representatives of the Parties on the date which appears first on page 4.

Executed in Beirut on June 22, 2011

LEBANESE CANADIAN BANK S.A.L.

**MR. Georges E. Zard Abou Jaoude**
Chairman and General Manager

**MR. Mohammad Hamdoun**
General Manager

SOCIETE GENERALE DE BANQUE AU LIBAN S.A.L.

**MR. Antoun N. Sehnaoui**
Chairman and General Manager

**MR. Gérard Garzuel**
Chief Operating Officer

Page 52 of 52

# Exhibit 2









# A-877

# <u>Front Page of Receipts</u>

*Unofficial Translation*

**Donation Receipt**

No. 034500

[Organization's logo]

Date:  [Blank]

The Organization for Support <u>of the Islamic Resistance thanks</u> [underlined with a pen]
Mr. [Blank]
for his contribution in the amount of:

For:
Subscription ☐   Collection Box **X**   Donation ☐   Other…

Recipient's signature: [Blank]

Note: It is required that the representative sign the card and confirm the date of validity.

# <u>Back Page of Receipts</u>

The Organization for Support of the Islamic Resistance reminds [its contributors of] the following projects:

1. Monthly subscription [plan].
2. Collection box project for the children and homes.
3. Al Quds replica project for display in stores and businesses.
4. Support for a mujahid project.
5. Equipping a mujahid project.
6. Contribution to the cost of a rocket. [Number is circled and marked by an x in ink].
7. Contribution to the cost of bullets.
8. Donations in kind project for (food, household items, clothing, shoes, etc.).
9. [Illegible text].

The Organization for Support to the Islamic Resistance authorizes the legal receipt of tithing and alms from every authority.

Contact the administration: 556943          [Beiru]t: 556941/01
The South:743848/0?
The Biqa': 374379/08.
The North:  437567/06.

# A-878

## <u>Front Page of Receipts</u>
*Unofficial Translation*

**Donation Receipt**

No. 415626

[Organization's logo]

Date:  [Blank]

The Organization for Support of the Islamic Resistance thanks the honorable Mr. [Blank] for his contribution in the amount of: [Blank]

For:
Subscription ☐    Collection Box **X**    Donation ☐    Other…

Recipient's signature: …….

Note: It is required that the representative sign the card and confirm the date of validity.

## <u>Back Page of Receipts</u>

The Organization for Support of the Islamic Resistance reminds [its contributors of] the following projects:

1. Monthly subscription plan.
2. Collection box project for the children and homes.
3. Al Quds replica project for display in stores and businesses.
4. Support for a mujahid project.
5. Equipping a mujahid project.
6. Contribution to the cost of a rocket. [Number is circled].
7. Contribution to the cost of bullets.
8. Donations in kind project for (food, household items, clothing, shoes, etc.).
9. [Illegible text].

The Organization for Support to the Islamic Resistance authorizes the legal receipt of tithing and alms from every authority.

Contact the administration:  [The numbers are missing] 42
Beirut: 556941/01.
The South: [number is missing]
 The Biqa': 374379/08.
The North:  437567/06.

# Exhibit A

# A-880

Treasury Labels Bank Providing Financial Services to Hizballah as Specially Designated Global Terrorist | U.S. Department of the Treasury

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 2 of 8 PageID #: 8541



## U.S. DEPARTMENT OF THE TREASURY



HOME    NEWS    PRESS RELEASES

# NEWS

**Press Releases**

Statements & Remarks

Readouts

Testimonies

Featured Stories

Press Contacts

# PRESS RELEASES

## Treasury Labels Bank Providing Financial Services to Hizballah as Specially Designated Global Terrorist

August 29, 2019

**Washington** — Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) sanctioned Jammal Trust Bank SAL (Jammal Trust), a Lebanon-based financial institution that knowingly facilitates banking activities for Hizballah.  Specifically, OFAC



# A-881

Treasury Labels Bank Providing Financial Services to Hizballah as Specially Designated Global Terrorist | U.S. Department of the Treasury

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 3 of 8 PageID #: 8542

designated Jammal Trust as a Specially Designated Global Terrorist (SDGT) pursuant to Executive Order (E.O.) 13224 for assisting in, sponsoring, or providing financial, material, or technological support for, or financial or other services to or in support of, Hizballah.  Jammal Trust has a longstanding relationship with a key Hizballah financial entity and provides financial services to Hizballah's Executive Council and the Iran-based Martyrs Foundation.  As part of today's action, OFAC also designated Jammal Trust's Lebanon-based subsidiaries Trust Insurance S.A.L., Trust Insurance Services S.A.L., and Trust Life Insurance Company S.A.L., for being owned or controlled by Jammal Trust.

"Treasury is targeting Jammal Trust Bank and its subsidiaries for brazenly enabling Hizballah's financial activities.  Corrupt financial institutions like Jammal Trust are a direct threat to the integrity of the Lebanese financial system.  Jammal Trust provides support and services to Hizballah's Executive Council and the Martyrs Foundation, which funnels money to the families of suicide bombers," said Sigal Mandelker, Under Secretary for Terrorism and Financial Intelligence.  "The U.S. will continue to work with the Central Bank of Lebanon to deny Hizballah access to the international financial system.  This action is a warning to all who provide services to this terrorist group."

Today's action highlights how Hizballah continues to prioritize its interests, and those of its chief sponsor, Iran, over the welfare of Lebanese citizens and Lebanon's economy.  We regret that Hizballah has brought hardship to the Shia community, in particular, and call upon the Lebanese Government to exert every effort to mitigate the impacts on innocent account holders who did not realize Hizballah was putting their savings at risk.  The United States is confident that the Central Bank of Lebanon and other Lebanese institutions, through their legal and regulatory policies and oversight functions, will continue to work to protect the stability and soundness of Lebanon's financial system, which is critical to supporting a stable and prosperous economy.

The Department of State designated Hizballah as a Foreign Terrorist Organization in October 1997 and as a Specially Designated Global Terrorist (SDGT) pursuant to E.O. 13224 in October 2001.  Hizballah was first listed in January 1995 in the Annex to E.O. 12947, which targets terrorists who threaten to disrupt the Middle East peace process, and also designated in August 2012 pursuant to E.O. 13582, which targets the Government of Syria and its supporters.

# A-882

Treasury Labels Bank Providing Financial Services to Hizballah as Specially Designated Global Terrorist | U.S. Department of the Treasury

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 4 of 8 PageID #: 8543

**JAMMAL TRUST BANK SAL**

Jammal Trust assists in, sponsors, or provides financial, material, or technological support for, or financial or other services to or in support of, Hizballah.

Jammal Trust knowingly facilitates the banking activities of U.S.-designated entities openly affiliated with Hizballah, Al-Qard al-Hassan and the Martyrs Foundation, in addition to services it provides to Hizballah's Executive Council.  Hizballah has used accounts at Jammal Trust to pay its operatives and their families, and Jammal Trust has actively attempted to conceal its banking relationship with numerous wholly owned Martyrs Foundation subsidiaries.  When opening purportedly "personal accounts" at Jammal Trust, Al-Qard al-Hassan officials clearly identified themselves to Jammal Trust as senior members of the terrorist group.  Jammal Trust then facilitated these accounts to be used to conduct business on Al-Qard al-Hassan's behalf. Such a scheme is representative of the deep coordination between Hizballah and Jammal Trust, which dates back to at least the mid-2000s and which spans many of the bank's branches in Lebanon.  Also, Hizballah Member of Parliament Amin Sherri coordinates Hizballah's financial activity at Jammal Trust with the bank's management.  OFAC designated Amin Sherri in July 2019 for acting for or on behalf of Hizballah pursuant to E.O. 13224.

The Treasury Department designated the Martyrs Foundation, including its U.S. branch, and Al-Qard al-Hassan, under E.O. 13224 in July 2007.  The Martyrs Foundation is an Iranian parastatal organization that channels financial support from Iran to several terrorist organizations in the Levant, including Hizballah and the Palestinian Islamic Jihad (PIJ).  Martyrs Foundation branches in Lebanon have also provided financial support to the families of killed or imprisoned Hizballah and PIJ members, including suicide bombers in the Palestinian territories. Additionally, Hizballah used Al-Qard al-Hassan as a cover to manage its financial activity, and it has assumed a prominent role in Hizballah's financial infrastructure.

**TRUST INSURANCE S.A.L.**

OFAC designated Trust Insurance S.A.L. (Trust Insurance) for being owned or controlled by Jammal Trust.

# A-883

Treasury Labels Bank Providing Financial Services to Hizballah as Specially Designated Global Terrorist | U.S. Department of the Treasury

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 5 of 8 PageID #: 8544

In 2001, Trust Insurance and Trust Life Insurance Company S.A.L. became members of the Jammal Trust group, to provide standard insurance products to individuals and institutional clients.  Trust Insurance, which was established in 1996, is a subsidiary of Jammal Trust and is 99.42% owned by the bank.

## TRUST INSURANCE SERVICES S.A.L.

OFAC designated Trust Insurance Services S.A.L. (Trust Insurance Services) for being owned or controlled by Jammal Trust.

Trust Insurance Services, which was established in 2012, is a subsidiary of Jammal Trust and is 90% owned by the bank.

## TRUST LIFE INSURANCE COMPANY S.A.L.

OFAC designated Trust Life Insurance Company S.A.L. (Trust Life) for being owned or controlled by Jammal Trust.

Trust Life, which provides life insurance services, was established in 2001.  Trust Life and Trust Insurance products are backed by Jammal Trust.  Moreover, Trust Life is a subsidiary of Jammal Trust and is 99.56% owned by the bank.

## SANCTIONS IMPLICATIONS

The Treasury Department continues to prioritize disruption of the full range of Hizballah's illicit financial activity.  With this action, OFAC has designated over 50 Hizballah-affiliated individuals and entities since 2017.

As a result of today's sanctions, all property and interests in property of these targets that are in the United States or in the possession or control of U.S. persons must be blocked and reported to OFAC.  OFAC's regulations generally prohibit all dealings by U.S. persons or within the United States (including transactions transiting the United States) that involve any property or interests in property of blocked or designated persons.  In addition, persons that engage in certain transactions with the individuals and entities designated today may themselves be

# A-884

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 6 of 8 PageID #: 8545

exposed to sanctions or subject to an enforcement action.

The four entities designated today are further subject to secondary sanctions pursuant to the Hizballah Financial Sanctions Regulations, which implements the Hizballah International Financing Prevention Act of 2015, as amended by the Hizballah International Financing Prevention Amendments Act of 2018.  Pursuant to this authority, OFAC can prohibit or impose strict conditions on the opening or maintaining in the United States of a correspondent account or a payable-through account by a foreign financial institution that knowingly facilitates a significant transaction for Hizballah, or a person acting on behalf of or at the direction of, or owned or controlled by, Hizballah.

View identifying information related to today's action here.

#### 

## LATEST NEWS

December 16, 2019

Treasury International Capital Data for October

Treasury Sanctions Two Senior South Sudanese Officials for Obstructing Reconciliation Efforts

Remarks by Deputy Secretary Justin G. Muzinich The Partnership to Combat Human Rights Abuse and Corruption

December 13, 2019

Treasury Designates Prominent Lebanon and DRC-Based Hizballah Money Launderers

December 12, 2019

Treasury Sanctions Son of Nicaraguan President Ortega for Money Laundering and Supporting Corruption



# A-885

Treasury Labels Bank Providing Financial Services to Hizballah as Specially Designated Global Terrorist | U.S. Department of the Treasury

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 7 of 8 PageID #: 8546

## BUREAUS

Alcohol and Tobacco Tax and Trade (TTB)

Bureau of Engraving and Printing (BEP)

Bureau of the Fiscal Service (BFS)

Financial Crimes Enforcement Network (FinCEN)

Internal Revenue Service (IRS)

Office of the Comptroller of the Currency (OCC)

U.S. Mint

## INSPECTOR GENERAL SITES

Office of Inspector General (OIG)

Treasury Inspector General for Tax Administration (TIGTA)

Special Inspector General, Troubled Asset Relief Program (SIGTARP)

Report Scams, Fraud, Waste & Abuse

## U.S. GOVERNMENT SHARED

Enterprise Business Solutions

Administrative Resource Center (ARC)- Bureau of the Fiscal Service

Treasury Direct Services for Governments

## ADDITIONAL RESOURCES

Privacy Act

Small Business Contacts

Budget and Performance

TreasuryDirect.gov Securities/Bonds

Freedom of Information Act (FOIA)

No FEAR Act Data

Whistleblower Protection

## OTHER GOVERNMENT SITES

USA.gov

USAJOBS.gov

OPM.gov

MyMoney.gov

Data.gov

Forms.gov

Regulations.gov

PaymentAccuracy.gov

my Social Security

العربية | 中文 | Español | 한국어 | Tagalog | TiếngViệt

# A-886

Case 1:19-cv-00007-CBA-TAM   Document 142-2   Filed 02/03/20   Page 8 of 8 PageID #: 8547

Privacy Policy  •  Google Privacy  •  Site Map  •  Site Policies and Notices  •  FAQs
•  Feedback  •  Careers  •  Accessibility

*Required Plug-ins*  *Adobe® Reader®*

# BakerHostetler

Baker&Hostetler LLP

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5403

T  202.861.1500
F  202.861.1783
www.bakerlaw.com

David B. Rivkin, Jr.
direct dial: 202.861.1731
drivkin@bakerlaw.com

September 1, 2020

**VIA ECF**

Honorable Carol Bagley Amon
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Robert Bartlett, et al. v. Société Générale de Banque au Liban, et al.*, 1:19-cv-00007

Dear Judge Amon:

Pursuant to your Honor's Individual Rule 3A, I am writing on behalf of Jammal Trust
Bank ("JTB"), a defendant in the above-referenced action, as well as Dr. Muhammad Baasiri, in
his official capacity as Liquidator of JTB, appointed by the Central Bank of Lebanon, to request
a pre-motion conference, or an order dispensing with the need for a pre-motion conference,
discussing the anticipated motions (and bases therefor) outlined below.

Following yesterday's oral argument on defendants' motions to dismiss for failure to
state a claim and want of personal jurisdiction, your Honor reserved judgment on those motions.
Given where thing stand at this time, JTB believes that it needs to file the motions outlined
herein.

Specifically, as mentioned by JTB's counsel (Mark DeLaquil) during yesterday's oral
argument, JTB sought liquidation and was placed in receivership on September 24, 2019,
pursuant to Article 17 of Law 110 of Lebanese law. Pursuant to Article 17, JTB has ceased all
banking operations and the disposition of its assets is now controlled by the Central Bank of
Lebanon. The Central Bank has approved a liquidator, Dr. Muhammad Baasiri, who is statutorily
charged with overseeing JTB's liquidation, which is "done under the supervision and control of
the Central Bank of Lebanon." Law 110, art. 17 ¶ 2.

Dr. Baasiri, in his official capacity as JTB's Liquidator on behalf of the Central Bank of
Lebanon, thus anticipates filing a motion for substitution of party under Federal Rule of Civil
Procedure 25(c), as well as an alternative motion to intervene as a defendant, either as of right or
permissively, under Federal Rule of Civil Procedure 24.

Honorable Carol Bagley Amon
September 1, 2020
Page 2


Depending on how the Court rules on the anticipated motions under Rules 24 (intervention) and 25 (substitution), JTB and/or Dr. Bassiri anticipate filing a motion to dismiss based on two alternative, independent grounds:

(1) a 12(b)(1) motion to dismiss for want of subject matter jurisdiction, based upon:

A.  the redressability requirement of Article III, § 2 of the U.S. Constitution;

B.  the prohibition on advisory opinions provided by the "case" or "controversy" requirement of Article III, § 2 of the U.S. Constitution;

C.  sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. § 1603; and

D.  sovereign immunity under the Anti-Terrorism Act, 18 U.S.C. § 2337(2); and

(2) a motion to dismiss based on the common law doctrine of international comity. *See, e.g., Finanz AG Zurich v. Banco Economico S.A.*, 192 F.3d 240 (2d Cir. 1999).

If Dr. Baasiri's Rule 25(c) motion to substitute is granted, JTB would no longer be a named party and consequently would not need to file the above-referenced motions to dismiss for want of subject matter jurisdiction and/or comity; those motions would instead be filed by Dr. Baasiri alone, in his official capacity as Liquidator, on behalf of the Central Bank of Lebanon.

If Dr. Baasiri's Rule 25(c) motion to substitute is denied but his Rule 24 motion to intervene is granted, then JTB will remain in the case and both Dr. Baasiri and JTB will file the above-referenced motions to dismiss for want of subject matter jurisdiction and/or comity. If the Court denies both Dr. Baasiri's Rule 25 motion to substitute and his Rule 24 motion to intervene, then JTB alone will file the above-referenced motions to dismiss for want of subject matter jurisdiction and/or comity.

For the foregoing reasons, JTB and Dr. Baasiri respectfully request a pre-motion conference, or an order dispensing with the need for a pre-motion conference, and the setting of a briefing schedule for the above-referenced motions.

Respectfully submitted,


*/s/ David B. Rivkin, Jr.*
David B. Rivkin, Jr.


cc:      All Counsel of Record (via ECF)

# A-889

OSEN LLC
ATTORNEYS AT LAW
WWW.OSENLAW.COM

2 UNIVERSITY PLAZA, SUITE 402, HACKENSACK, NJ 07601          1441 BROADWAY, SUITE 6022, NEW YORK, NY 10018
T. 201.265.6400     F. 201.265.0303                                                           T.212.354.0111

September 8, 2020

**VIA ECF**

Honorable Carol Bagley Amon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***Bartlett, et al. v. Société Générale de Banque au Liban S.A.L., et al.,***
***No. 19-cv-0007***

**Jammal Trust Bank Pre-Motion Conference Letter**

Dear Judge Amon:

We write on Plaintiffs' behalf in response to Defendant Jammal Trust Bank's ("JTB") September 1, 2020 letter ("Ltr.") requesting a pre-motion conference (or waiver thereof) to file a motion for substitution of a party under Fed. R. Civ. P. 25(c) and an alternative motion to intervene as a defendant, either as of right or permissively, under Fed. R. Civ. P. 24. Ltr. at 1.[1] Depending on the Court's resolution of those motions, JTB and/or its liquidator anticipate filing motions to dismiss based on lack of subject matter jurisdiction and the doctrine of international comity. Ltr. at 2.

The stated impetus for these various alternative motions is the fact that JTB "was placed in receivership on September 24, 2019," Ltr. at 1. Because JTB's motion to dismiss the amended complaint was served on November 1, 2019, JTB's decision to first raise this issue one day after oral argument on its motion to dismiss might be interpreted as gamesmanship.

Although JTB's letter is somewhat opaque, Plaintiffs infer that JTB hopes to file the aforementioned Fed. R. Civ. P. 12(b)(1) motion to dismiss predicated on substitution (in one form or another) of the JTB receivership as the "proper" party and argue that since that substituted party

---

[1]     It is not clear from JTB's letter whether or on what legal basis the JTB liquidator, Dr. Muhammad Baasiri, has standing to intervene. For example, the letter does not state whether the liquidator has already petitioned a bankruptcy court and obtained recognition of a foreign proceeding pursuant to Chapter 15 of the Bankruptcy Code before applying to this Court for relief. Nor does the letter explicate the circumstances under which this or any other U.S. court may afford "comity or cooperation" to a foreign proceeding which seeks to discharge the obligations of a Specially Designated Global Terrorist or its successor-in-interest.

# A-890

Letter to Hon. Carol Bagley Amon
September 8, 2020
Page **2** of **2**

"is now controlled by the Central Bank of Lebanon," it must be dismissed for lack of subject matter jurisdiction.

Notwithstanding JTB's apparent desire to raise Fed. R. Civ. P. 12 grounds for dismissal piecemeal, there is no reason why the Court need address the issues raised by JTB's letter prior to ruling on the pending motions to dismiss. This is particularly true in this case because issues concerning receivership are generally focused on creditors' attempts to collect debts in bankruptcy. Whatever issues Plaintiffs may later face as potential judgment holders against JTB are not currently before the Court. Even then, JTB is a Specially Designated Global Terrorist ("SDGT"), and all of its assets in the United States are frozen by operation of U.S. law — irrespective of any proceedings in Lebanon. It is highly improbable that U.S. law would afford any weight to Lebanese proceedings with respect to seized assets of an SDGT *in the United States*.[2] Moreover, Plaintiffs' claims against such frozen assets are, and would remain, against JTB (the designated entity); they would *not* be limited to enforcement actions against any receivership organized in Lebanon to address the claims of JTB's Lebanese customers and creditors. The receivership's potential effect on Plaintiffs' future prospects for executing on JTB's liquidated assets *in Lebanon* — a jurisdiction that is (a) de facto controlled by Hezbollah and (b) where financing Hezbollah is lawful — do not constitute grounds to divest this Court of jurisdiction over Plaintiffs' claims against JTB.

In sum, separate and apart from the merits (or lack thereof) of JTB's proposed motions, Plaintiffs see no reason why the Court need schedule a conference or establish a briefing schedule on the issues presented in JTB's letter until after the pending motions to dismiss are decided.

Respectfully submitted,

/s/ Gary M. Osen

cc:     All counsel by ECF

---

[2]     Actions to enforce judgments against blocked assets of SDGTs must satisfy the requirements of § 201(a) of the Terrorism Risk Insurance Act of 2002, Pub. L. No. 107-297, 116 Stat. 2322. Section 201(a) provides that the "blocked assets" of a terrorist party or "any agency or instrumentality" of a terrorist party are "subject to execution or attachment in aid of execution" to satisfy a judgment against that terrorist party.

```
 1   UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF NEW YORK
 2   --------------------------------x
                                      19-CV-0007(CBA)
 3   ROBERT BARTLETT, ET AL.,
                                      United States Courthouse
 4            Plaintiffs,            Brooklyn, New York

 5            -against-              August 31, 2020
                                      2:00 p.m.
 6
     SOCIETE GENERALE DE BANQUE AU LIBAN
 7   SAL, ET AL.,

 8            Defendants.
     --------------------------------x
 9
                TRANSCRIPT OF CIVIL CAUSE FOR ORAL ARGUMENT
10               BEFORE THE HONORABLE CAROL B. AMON
                    UNITED STATES DISTRICT JUDGE
11
     APPEARANCES
12
     Attorney for Plaintiff:  OSEN LLC
13                            2 University Plaza, Suite 402
                              Hackensack, New Jersey 07601
14                            BY:  GARY M. OSEN, ESQ.

15   Attorney for Banque Libano-Francaise SAL
                              MAYER BROWN LLP
16                            1221 Avenue of the Americas
                              New York, New York 10020
17                            BY:  MARK G. HANCHET, ESQ

18   Attorney for Bank Audi S.A.L.
                              MAYER BROWN LLP
19                            1221 Avenue of the Americas
                              New York, New York 10020
20                            BY:  ANDREW J. PINCUS, ESQ.

21   Attorney for            DLA PIPER LLP (US)
     Byblos Bank S.A.L.      1251 Avenue of the Americas
22   Bank of Beirut and      New York, New York 10020-1104
     the Arab Countries SAL  BY:  JONATHAN D. SIEGFRIED, ESQ
23   Lebanon and
     Gulf Bank SAL
24

25
```

```
 1   APPEARANCES(Continued)

 2   Attorney for BLOM Bank
     Fransabank SAL           DECHERT LLP
 3                            1095 Avenue of the Americas
                              New York, New York 10036
 4                            BY:  LINDA C. GOLDSTEIN, ESQ.

 5   Attorney for MEAB Bank
     Fenicia Bank s.a.l.      SQUIRE PATTON BOGGS (US)LLP
 6                            2550 M Street, NW
                              Washington, D.C. 20037
 7                            BY:  MITCHELL R. BERGER, ESQ.
                                   GASSAN A. BALOUL, ESQ.
 8
     Attorney for Bank of Beirut
 9                            SHEARMAN & STERLING
                              599 Lexington Avenue
10                            New York, New York 10022-6069
                              BY:  BRIAN H. POLOVOY, ESQ.
11
     Attorney for Societe Generale de Banque au Liban
12                            ASHCROFT LAW FIRM, LLC
                              200 State Street 7th Floor
13                            Boston, Massachusetts 02109
                              BY:  MICHAEL J. SULLIVAN, ESQ.
14
     Attorney for Jammal Trust Bank SAL
15                            BAKER & HOSTETLER LLP
                              Washington Square, Suite 1100
16                            1050 Connecticut Avenue, NW
                              Washington, D.C. 20036
17                            BY:  MARK DeLAQUIL, ESQ.

18

19

20

21   Court Reporter:          Georgette K. Betts, RPR, FCRR, CCR

22                            Phone:  (718)804-2777
                              Fax:    (718)804-2795
23                            Email:  Georgetteb25@gmail.com

24   Proceedings recorded by mechanical stenography.  Transcript
     produced by computer-aided transcription.
25
```

PROCEEDINGS

1          THE COURT:  Good afternoon.  This is Judge Amon on

2     the line.  I'll ask my law clerk, Mr. Marks, to please call

3     the case.

4          THE LAW CLERK:  Hello?

5          THE COURT:  Hello?

6          THE LAW CLERK:  Hello, can you hear me?

7          THE COURT:  Yes.

8          THE LAW CLERK:  This is --

9          THE COURT:  Go ahead.

10          THE LAW CLERK:  This is case number 19-CV-007,

11     Bartlett, et al. v. Societe Generale de Banque au Liban SAL on

12     for oral argument on defendants' motions to dismiss.

13          Our court reporter is Georgette Betts and she is on

14     the line and counsel have entered their appearances and, Your

15     Honor, if you'd like, we can have counsel restate their

16     appearance on the record.

17          THE COURT:  They previously entered their appearance

18     with the court reporter; is that correct?

19          THE LAW CLERK:  Yes.

20          THE COURT:  Then we don't need to do that again.

21          As I understand it, on the issues of liability, with

22     the exception of JTB's liability and successor liability, that

23     Mr. Hanchet will address that for the defense counsel why the

24     complaint should be dismissed; is that correct?

25          MR. HANCHET:  This is Mark Hanchet, yes, that's

PROCEEDINGS

1    correct, Your Honor.

2           THE COURT:  All right, Mr. Hanchet, you want -- and

3    Mr. Osen, you're on for the plaintiffs and you'll respond; is

4    that correct?

5           MR. OSEN:  That is correct, Your Honor.

6           THE COURT:  Mr. Hanchet, you want to be heard?

7           MR. HANCHET:  Yes, Your Honor, thank you very much.

8           Once again this is Mark Hanchet of Mayer Brown.  I'm

9    presenting argument on behalf of the moving defendants with

10   respect, as Your Honor said, to the issues raised in the joint

11   motion to dismiss.  Counsel for each defendant bank of course

12   is present and can address any question the Court may have

13   specific to that individual bank as set forth, Your Honor, in

14   the chart attached to our August 28th letter.  And as Your

15   Honor pointed out, counsel for SGBL will separately address

16   issues relating to Count Four and we are not arguing on behalf

17   of Jammal Trust.

18          THE COURT:  And there is counsel for Jammal Trust, I

19   believe that is Mr. DeLaquil, is that how you pronounce your

20   name?

21          MR. DeLAQUIL:  This is Mark DeLaquil.

22          THE COURT:  DeLaquil, okay.

23          MR. DeLAQUIL:  Different people in my family

24   pronounce it differently.  I pronounce it DeLaquil.

25          THE COURT:  I just pronounced it as your aunt did I

# A-895

PROCEEDINGS

1    guess, so we'll leave it at that.  Okay.

2            I'm sorry, Mr. Hanchet, you want to continue?

3            MR. HANCHET:  Yes, Your Honor.  Your Honor no doubt

4    is familiar with the pleadings and familiar with the briefings

5    so I'll keep my remarks relatively short.  I can summarize the

6    facts in 30 seconds.

7            Basically, Your Honor, the moving defendants are 11

8    banks that are all based in Lebanon and together these banks

9    constitute the vast majority, really the entire banking sector

10   of Lebanon, and these banks are alleged to have provided

11   arms-length, routine banking services to commercial customers

12   in Lebanon.

13           There are no allegations --

14           THE COURT:  Well --

15           MR. HANCHET:  Yes, Your Honor.

16           THE COURT:  Some of those commercial customers -- I

17   mean it's also alleged that they provided banking services to

18   at least a couple of entities that were known to be directly

19   tied into Hezbollah, correct?

20           MR. HANCHET:  Well, Your Honor, that's -- the

21   plaintiffs have alleged such connections, but I would point

22   out that other courts that have considered very similar

23   allegations have deemed those to not be credible or

24   sufficient, but be that as it may, Your Honor, it's important

25   to understand of course that the customers that the banks were

Case 1:19-cv-00007-CBA-TAM   Document 166   Filed 12/01/20   Page 6 of 56 PageID #: 8728

PROCEEDINGS

1    servicing were not Hezbollah.  They were commercial customers.

2    They were car washes, they were amusement parks, et cetera.

3              THE COURT:  Well, not all of them though.  Weren't

4    some of them -- weren't there individual accounts held by

5    people who were alleged to be operatives of Hezbollah?

6              MR. HANCHET:  Your Honor, there are no credible

7    allegations -- yes, there are allegations of that yes, Your

8    Honor, I agree with that statement.

9              THE COURT:  Well, then how -- I mean you say there

10   are no credible allegations.  I mean there is an allegation

11   that a person was, you know, an operative with Hezbollah, how

12   do we determine that that's not credible --

13             MR. HANCHET:  Well, Your Honor, there's no --

14             THE COURT:  -- I mean, is that your point?

15             MR. HANCHET:  My point is there are no specific

16   allegations that get into the details of these individuals

17   allegedly with ties to Hezbollah.  But, Your Honor, even if we

18   accept that some of these customers have some sort of tie with

19   Hezbollah, and the specifics are not alleged in the complaint,

20   Your Honor, that says nothing to do -- that has nothing to do

21   with the actual injuries that were suffered in this case.

22             The plaintiffs, as Your Honor well knows, are U.S.

23   service personnel that served in Iraq between 2004 and 2011

24   and they suffered injuries from violent attacks carried out by

25   Shia militia in Iraq.

Case 1:19-cv-00007-CBA-TAM   Document 166   Filed 12/01/20   Page 7 of 56 PageID #: 8729

PROCEEDINGS

 1          Now the plaintiffs basically say that the banks

 2    should be held responsible for these injuries under the ATA

 3    and JASTA, but what is it that the Lebanese banks have to do

 4    with these attacks that occurred in another country?

 5    Plaintiffs basically say that Hezbollah, and Your Honor was

 6    touching on this, helped train and support the militias that

 7    carried out the attacks.  Plaintiffs say, also, that the

 8    defendants conducted banking services on behalf of certain

 9    entities with vague links to Hezbollah.  But the fact is, even

10    though the banks provided banking services to commercial

11    entities in Lebanon and even though the attacks were carried

12    out by Shia militias in Iraq, Hezbollah is being used to link

13    the attackers with the banks.  That's the nature of the

14    claims, Your Honor.  And similar ATA and JASTA actions that

15    have been brought against commercial entities in this district

16    and beyond have been rejected.  Those lawsuits, some of them

17    involve the same plaintiffs, some of them involve the same

18    attacks and some even the same defendants as in this case have

19    been dismissed because the plaintiffs utterly failed to link

20    the commercial defendants to the violence that injured the

21    plaintiffs.

22          THE COURT:  So is it a causation problem?  Let's

23    separate it into the primary liability and the aiding and

24    abetting liability.  What is the defect, the principal defect

25    that you see in the primary liability?

PROCEEDINGS

1      MR. HANCHET:  There are two problems, Your Honor, in

2  the primary liability context.  One is, as you pointed to

3  proximate causation.  As Your Honor well knows, *Rothstein*, the

4  Second Circuit authority on this in this particular context

5  says, that the conduct must lead directly to plaintiffs'

6  injuries, the conduct must be a substantial factor in causing

7  those injuries, and those injuries must be foreseeable as a

8  consequence of the conduct --

9      THE COURT:  And you're saying --

10      MR. HANCHET:  -- your Honor, none of that applies

11  here.  I'm sorry.

12      THE COURT:  Well, they're saying that they were

13  helping provide financing to Hezbollah and that Hezbollah in

14  turn was responsible for these terrorist attacks because they

15  trained the individuals.  Why isn't that a sufficient link?

16      MR. HANCHET:  Well, Your Honor, that is exactly the

17  link that they're trying to -- that they are trying to draw

18  here.  They're saying basically that the plaintiffs provided

19  banking services to customers in Lebanon, those customers --

20  that banking activity helped Hezbollah grow into a global

21  empire which allowed Hezbollah to develop training camps,

22  which allowed Hezbollah to provide some type of support to

23  Shia militias in Iraq, and it's those militias that

24  perpetrated the violence that injured the plaintiffs.  Your

25  Honor, that's a pretty lengthy chain and when other plaintiffs

PROCEEDINGS

1  have tried to assert just that type of theory, and I point the

2  Court, respectfully, towards *Al Rajhi Bank*, *Zapata*, *Kaplan*

3  *Freeman*, *O'Sullivan*, these are all cases we cited in our

4  papers, those causal theories have failed.  Allegations

5  regarding Hezbollah's so-called alter egos being various

6  entities that are sprinkled throughout the complaint are

7  insufficient under *Iqbal*.  It's just alter ego conjecture.

8  They offer no facts permitting the plausible inference that

9  these entities are fronts for Hezbollah.

10           So, Your Honor, that's the proximate causation

11  argument.  The other defect --

12           THE COURT:  Well, assuming that there were

13  allegations that were sufficient to link them to Hezbollah, is

14  the complaint still deficient in your view?

15           MR. HANCHET:  It is, Your Honor, because in order to

16  properly plead a primary liability claim under the ATA, they

17  have to meet the ATA's definitional requirements of

18  international terrorism.  And, here, they would have to allege

19  that the moving defendant itself each committed an act of

20  international terrorism and there is no court that has said

21  that providing banking services to commercial entities

22  qualifies as an act that is dangerous to human life.

23           Secondly, Your Honor --

24           THE COURT:  But there's the Seventh Circuit case

25  that does talk about the fact that if you donate directly to a

PROCEEDINGS

1   terrorist organization that is sufficient.

2           MR. HANCHET:  Well, Your Honor, I think you're

3   referring to the *Boim* case.

4           THE COURT:  Yes, *Boim*.

5           MR. HANCHET:  Yes, and in all candor, *Boim* has been

6   overtaken by a series of other cases that have cast doubt on

7   that particular proposition, but most recently *Linde* speaks

8   directly to this issue, Your Honor.

9           The second issue that I really want to focus Your

10  Honor's attention on in terms of --

11          THE COURT:  Well, you act as if -- or you make the

12  point that *Boim* is, I guess you're saying is no longer a case

13  that the Court should rely on, but can you distinguish this

14  circumstance from *Boim*, distinguish what happened here from

15  that case?

16          MR. HANCHET:  Well, Your Honor, in -- I'm trying to

17  remember the specific facts of *Boim*, Your Honor, I'm afraid I

18  can't do that sitting here right now.

19          THE COURT:  Okay.  Continue.

20          MR. HANCHET:  Your Honor, the second defect with

21  primary liability is the plaintiffs' failure to plead

22  objective terroristic intent.  The plaintiffs have to

23  establish and plead, plausibly, that the moving defendants

24  harbored terroristic intent and, frankly, a reasonable

25  observer here would hardly embrace the notion that the banks