## United States Court of Appeals
FOR THE
SECOND CIRCUIT

_____

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 8th day of March, two thousand twenty-three.

Present:
>    Dennis Jacobs,
>    Michael H. Park,
>    William J. Nardini,
>        *Circuit Judges*.

_____

Robert Bartlett et al.,

>    *Plaintiffs-Appellees*,

v.                                                                              No. 21-2019
                                                                                **ORDER**

Dr. Muhammad Baasiri,

>    *Movant-Appellant*,

Jammal Trust Bank SAL,

>    *Defendant-Appellant*.

_____

On March 2, 2023, the Court heard oral argument in this appeal. One of the issues briefed and discussed by the parties is whether the time-of-filing rule from *Dole Food Co. v. Patrickson*, 538 U.S. 468 (2003), precludes a post-filing claim of sovereign immunity under the Foreign Sovereign Immunities Act ("FSIA") when the defendant, sued as a private party, goes into liquidation under foreign law in a process governed by a foreign central bank. In light of the potential foreign-relations implications of answering this question, as well as the interest of the United States in the interpretation and application of the FSIA, we hereby solicit the views of the U.S. Department of State on this issue.

The U.S. Department of State is invited to file a brief in this case expressing the views of the United States, not to exceed 20 pages, by May 5, 2023.

>    FOR THE COURT:
>    Catherine O'Hagan Wolfe, Clerk of Court

