**UNITED STATES COURT OF APPEALS**
THURGOOD MARSHALL UNITED STATES COURTHOUSE
40 FOLEY SQUARE
NEW YORK, NY 10007

CATHERINE O'HAGAN WOLFE
CLERK OF COURT

(212) 857-8585
FAX (212) 857-8710

March 8, 2023

Hon. Elizabeth B. Prelogar
Solicitor General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

Re: *Bartlett v. Baasiri*, Docket No. 21-2019

Dear Ms. Prelogar:

The above-referenced case is currently pending before a panel of this Court. I write to advise you that the panel to which the case is assigned has invited the U.S. Department of State to file a brief in this case expressing the views of the United States. The panel requests that the response be no more than 20 pages, double-spaced, and that it be submitted by May 5, 2023.

Enclosed is a copy of the letter and order sent to the U.S. Department of State. The Clerk's Office will send by email a copy of the briefs and appendices.

If you have any questions, please contact me.

Very truly yours,

Catherine O'Hagan Wolfe
Clerk of Court

cc: Richard C. Visek, Acting Legal Adviser of the U.S. Department of State
Mark W. DeLaquil, Esq.
Michael Radine, Esq.