UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 21-2019

**Caption [use short title]**

**Motion for:** Forty-five day extension of the deadline by which to file the amicus brief invited by the Court

**Set forth below precise, complete statement of relief sought:**

The United States seeks a forty-five day extension of the deadline by which to file a brief invited by the Court, which would make the brief due June 19, 2023.

Bartlett v. Baasiri et al.

**MOVING PARTY:** United States  **OPPOSING PARTY:**

☐ Plaintiff  ☐ Defendant
☐ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Lewis S. Yelin  **OPPOSING ATTORNEY:**

[name of attorney, with firm, address, phone number and e-mail]

U.S. Department of Justice, Civil Division, Appellate Staff
960 Pennsylvania Ave., NW, Rm. 7239
Washington, DC  20530

(202) 514-3425
lewis.yelin@usdoj.gov

**Court- Judge/ Agency appealed from:** EDNY/Carol Bagley Amon

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes  ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☑ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?  ☑ Yes  ☐ No  If yes, enter date: March 2, 2023

**Signature of Moving Attorney:**

s/ Lewis S. Yelin  **Date:** Apr. 14, 2023  **Service by:** ☑ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

ROBERT BARTLETT, *et al.*,
      Plaintiffs-Appellees,

v.

DR. MUHAMMAD BAASIRI,
      Movant - Appellant,

JAMMAL TRUST BANK SAL,
      Defendant – Appellant.

No. 21-2019

## MOTION BY THE UNITED STATES
## FOR EXTENSION OF TIME IN WHICH TO FILE INVITED AMICUS BRIEF

The United States hereby moves for a 45-day extension of the deadline by which to file an amicus brief invited by the Court. With such an extension, an amicus brief would be due June 19, 2023. The reasons for this request are explained in the accompanying affidavit of counsel. Counsel for the parties indicated that their clients consent to this extension.

Respectfully submitted,

SHARON SWINGLE

s/ *Lewis S. Yelin*
LEWIS S. YELIN
   *Attorneys, Appellate Staff, Civil Division*
   *United States Department of Justice*
   *950 Pennsylvania Ave., NW, Rm. 7239*
   *Washington, D.C. 20530*
   (202) 514-3425

April 14, 2023

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

| | |
|---|---|
| ROBERT BARTLETT, *et al.*,<br>    Plaintiffs-Appellees,<br><br>v.<br><br>DR. MUHAMMAD BAASIRI,<br>    Movant - Appellant,<br><br>JAMMAL TRUST BANK SAL,<br>    Defendant – Appellant. | No. 21-2019 |

## AFFIDAVIT OF LEWIS S. YELIN IN SUPPORT OF MOTION BY THE UNITED STATES FOR EXTENSION OF TIME IN WHICH TO FILE INVITED AMICUS BRIEF

I, Lewis S. Yelin, hereby state as follows:

1. On March 8, 2023, the Court invited the U.S. Department of State to file a brief expressing the views of the United States addressing "whether the time-of-filing rule from *Dole Food Co. v. Patrickson*, 538 U.S. 468 (2003), precludes a post-filing claim of sovereign immunity under the Foreign Sovereign Immunities Act ('FSIA') when the defendant, sued as a private party, goes into liquidation under foreign law in a process governed by a foreign central

3

bank." The Court directed that any amicus brief be filed by May 5, 2023.

2. The Solicitor General of the United States is the official authorized to decide whether the United States will participate as amicus curiae in the courts of appeals. 28 C.F.R. § 0.20(c). In making her decision, the Solicitor General typically is informed by the views of interested agencies, as well as by recommendations prepared by United States Department of Justice's Civil Division, which handles litigation on behalf of the United States in the courts of appeals, and by recommendations from an Assistant to the Solicitor General and a Deputy Solicitor General. Government attorneys study the parties' filings and the district court record in preparing their recommendations and listen to the oral argument when it is available as in this case.

3. The process of preparing recommendations for the Solicitor General concerning amicus participation often is time consuming. That is true in this case, in which the Department of Justice is closely consulting with the Department of State on a complex question of statutory interpretation on an issue that has potential foreign-relations

4

implications, as the Court's March 8 order observed. The United States has not previously taken a position on the question the Court has asked the government to address, and the question is not one that the courts of appeals have addressed in any detail.

4. An additional 45 days is required to afford sufficient time for the process required to develop informed recommendations for the Solicitor General so that she may decide whether to authorize amicus participation and, if that is authorized, what the position of the United States will be.

5. On April 14, 2023, I contacted counsel for the parties by telephone to inform them of the United States' intent to seek a 45-day extension of the filing deadline. David Rivkin, counsel for the Appellants, and Michael Radine, counsel for the Appellees, said that their respective clients consent to the requested extension.

\* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

        Respectfully submitted,

        *s/ Lewis S. Yelin*
        LEWIS S. YELIN
          *Attorney, Appellate Staff, Civil Division*
          *United States Department of Justice*
          *950 Pennsylvania Ave., NW, Rm. 7239*
          *Washington, D.C. 20530*
          (202) 514-3425

April 14, 2023

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that the preceding motion and affidavit comply with Federal Rule of Appellate Procedure 27(d)(1)(E) because they were prepared with CenturyExpd BT 14-point, a proportionally spaced font, and they comply with Federal Rule of Appellate Procedure 27(d)(2)(A) because they together contain 491 words, according to the word count of Microsoft Word.

*s/ Lewis S. Yelin*
Counsel for the United States
